UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MARTIN SHKRELI and
EVAN GREEBEL,

        Defendants.

- - - - - - - - - - - - - - - - X

NOTICE OF APPEARANCE

15-CR-00637 (KAM)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Alixandra E. Smith from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Alixandra E. Smith
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East, 5th Floor
    Brooklyn, New York 11201
    Tel:  (718) 254-6370
    Fax:  (718) 254-7499
    Email: alixandra.smith@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Alixandra E. Smith at the email address set forth above.

Dated: Brooklyn, New York
December 17, 2015

                Respectfully submitted,

                ROBERT L. CAPERS
                United States Attorney

       By:   /s/ Alixandra E. Smith
                Alixandra E. Smith
                Assistant U.S. Attorney

cc: Clerk of the Court (KAM)