# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

United States of America

-v-

_EVAN GREEBEL_
Defendant.

NOTICE OF APPEARANCE

Docket Number : _15-637_

Judge : _Matsumoto, J_

Date : _12/17/15_

PLEASE NOTICE, that I have been RETAINED by _Evan Greebel_ the above named defendant, _for purposes of arraignment only_. I was admitted to practice in this district on _approx 1988_.

Signature : _[signature]_

Print Name : _Jonathan S Sack + Benjamin Fischer_

Bar Code : _JSS-3211 / BSF-0142_

Office Address : _565 5th Avenue_
_NY, NY 10017_

Telephone # : _(212) 856-9600_

*** NOTICE TO ATTORNEY***

  **Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.