## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Robert M. Levy        **DATE :** 12/17/15

**DOCKET NUMBER:**   15CR637(KAM)      **LOG # :**  7:16 - 7:33

**DEFENDANT'S NAME :**   Evan Greebel
  ✓ Present   ___ Not Present   ✓ Custody   ___ Bail

**DEFENSE COUNSEL :**   Jonathan Sack & Benjamin Fischer
  ___ Federal Defender   ___ CJA   ✓ Retained

**A.U.S.A:**  Winston Paes & Alixandra Smith    **DEPUTY CLERK :**   Felix Chin

**INTERPRETER :** _____ (Language) _____

___ Hearing held.   ___ Hearing adjourned to ___

✓ Defendant was released on **$ 1 million** PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

**2** Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by ___

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type ___   Start ___   Stop ___

✓ Order of Speedy Trial entered.   Code Type ___   Start 12/17/15   Stop 1/20/16

✓ Defendant's first appearance.   ✓ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 1/20/16 @ 10:00 before Judge Matsumoto

**OTHERS :** _____