# Attachment 1

- Bargain and Sale Deed, with Covenant against Grantor's Acts – Individual or Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT – THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

**THIS INDENTURE**, made the 22nd day of July in the year 2014

**BETWEEN**

**Amy E. Smithline a/k/a Amy E. Strauch, residing at 25 Penn Boulevard, Scarsdale, NY 10583;**

party of the first part and

**Evan Greebel and Jodi Greebel, husband and wife, residing at 360 E. 72nd Street, #A2801, New York, NY 10065;**

party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of

TEN and 00/100 ($10.00) ************************************************ dollars, and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the **Village and Town of Scarsdale, County of Westchester, and State of New York, as more particularly described on the annexed Schedule A.**

BEING and intended to be the same premises conveyed to parties of the first herein by a **deed dated March 8, 2005 and recorded March 10, 2005 under control number 451010118 in The Westchester County Clerk's Office.**

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

*Amy E. Smithline a/k/a Amy E. Strauch*
**Amy E. Smithline a/k/a Amy E. Strauch**

ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of Westchester ss:

On the 22 day of July in the year **2014**, before me, the undersigned personally appeared
**Amy E. Smithline** personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

*[signature]*
NOTARY PUBLIC

GALE CARUSO
Notary Public, State Of New York
No.01CA6089581
Qualified In Bronx County
Commission Expires March 24, 20 15

ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of         ss:

On the    day of July in the year **2014**, before me, the undersigned personally appeared
personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
NOTARY PUBLIC

**Bargain and Sale Deed
With Covenants**

Title No.  818294 (D-NY-RP-CA)

**Amy E. Smithline
TO
Evan Greebel and Jodi Greebel**

SECTION: 23
BLOCK: 1
LOT: 10A

COUNTY AND TOWN: Westchester/Scarsdale
STREET ADDRESS:  25 Penn Boulevard
                 Scarsdale, NY 10583

**RETURN BY MAIL TO:**

Charles Greebel, Esq.
15 Neperhan Road
Tarrytown, NY 10591

## SCHEDULE A DESCRIPTION

Title Number: 818294(D-NY-RP-CA)                    Policy Number 2730732-91581292

ALL that certain plot, piece or parcel of land with the buildings and improvements thereon erected, situate, lying and being in the Village and Town of Scarsdale, County of Westchester, State of New York, bounded and described as follows:

BEGINNING at a point on the northerly side of Penn Boulevard distant 472 feet East of Weaver Street;

THENCE along land now or formerly of Gladys S. George, North 3 degrees 06 minutes 38 seconds West, 166.27 feet;

RUNNING THENCE North 86 degrees 43 minutes 46 seconds East along the boundary line between Westchester Estates and Quaker Ridge Gardens, 123 feet to a point;

RUNNING THENCE South 3 degrees 06 minutes 38 seconds East along land now or formerly of Georgiana S. Perkins, 166.61 feet to the northerly side of Penn Boulevard;

RUNNING THENCE South 86 degrees 53 minutes 22 seconds West along said northerly side of Penn Boulevard, 123 feet to the point or place of BEGINNING.