# Attachment 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                        :    Index No.: 70823/2015
:
       Plaintiff,                               :    Address of Plaintiff:
:    271 Cadman Plaza East
    -against-                                    :    Brooklyn, NY 11201
:
EVAN GREEBEL,                                    :
JODI GREEBEL,                                    :
       Defendants.                             :    JUDGMENT BY
:    CONFESSION
:
------------------------------------------------------------------X

Amount Confessed..........................................................................$1,000,000.00
Interest.................................................................................................. 0.00
                                                                  $ 1,000,000.00

Costs by Statute........................................................................................0.00
Transcript................................................................................................ 0.00
Fees on Execution................................................................................... 0.00
Satisfaction.............................................................................................0.00
Filing Fee................................................................................................ 0.00
**Total:**...................................................................................**$1,000,000.00**

STATE OF NEW YORK         )
COUNTY OF WESTCHESTER     ) ss.:

<u>**ATTORNEY'S AFFIRMATION**</u>

      The undersigned, attorney at law of the State of New York, affirms that he is attorney of record for the plaintiff herein and states that the disbursements above specified are correct and true and have been or will necessarily be made or incurred herein and are reasonable in amount and affirms this statement to be true under the penalties of perjury.

Dated: December 21, 2015
       New York, New York                      United States Attorney
                                                                 Eastern District of New York

                                          By:    _____
                                                        Winston Paes
                                                        Assistant United States Attorney

JUDGMENT entered the 22nd day of December, 2015.

On filing the foregoing affidavit of Confession of Judgment made by the defendants herein, sworn to the ____ day of December, 2015.

NOW, ON MOTION OF United States Attorney for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201, attorney for plaintiff, it is

ADJUDGED that the UNITED STATES OF AMERICA, plaintiff, located at the United States Attorney's Office, 271 Cadman Plaza East, Brooklyn, New York 11201, does recover of EVAN GREEBEL and JODI GREEBEL, defendants, residing at 25 Penn Boulevard, Scarsdale, New York 10583, the sum of $1,000,000.00, with interest of $0, making a total of $1,000,000.00, together with $0 costs and disbursements, amounting in all to the sum of $1,000,000.00, and that the plaintiff has execution thereof.

_____
Clerk

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
-------------------------------------------------------------------X
                                                :
UNITED STATES OF AMERICA,                       :   Index No.: 70823/2015
                                                :
            Plaintiff,                          :
                                                :   AFFIDAVIT OF
        -against-                               :   CONFESSION OF
                                                :   JUDGMENT
EVAN GREEBEL,                                   :
JODI GREEBEL,                                   :
            Defendants.                         :
                                                :
-------------------------------------------------------------------X

STATE OF NEW YORK        )
COUNTY OF WESTCHESTER    ) ss.:

EVAN GREEBEL and JODI GREEBEL, being duly sworn, depose and say:

1. That deponents are the Defendants herein. The Defendants hereby confess judgment herein and authorize entry thereof against Defendants in the sum of $1,000,000.00, subject to the conditions set forth in paragraph 4(b) below.

2. Defendants reside at 25 Penn Boulevard, Scarsdale, New York 10583.

3. Defendants Evan Greebel and Jodi Greebel jointly own the house located at 25 Penn Boulevard, Scarsdale, New York 10583 in its entirety, subject to an outstanding mortgage loan with Cenlar in the approximate balance of $1,334,336.52.

4. This confession of judgment is for a debt justly <u>to become due</u> to the plaintiff arising from the following facts:

    a. The Defendants, EVAN GREEBEL and JODI GREEBEL, make this affidavit to help secure an appearance bond executed in the United States District Court for the Eastern District of New York in connection with the following case now pending in the United

States District Court for the Eastern District of New York, *United States v. Shkreli, et al.*, No. 15 Cr. 637 (KAM) (E.D.N.Y.);

    b. The Defendants have executed this affidavit and authorize entry of judgment against them in the amount of $1,000,000 through the aforementioned ownership of the house to secure the United States of America only in the event that Evan Greebel, a named defendant in *United States v. Shkreli, et al.*, No. 15 Cr. 637 (KAM) (E.D.N.Y.), breaches the terms and conditions of his appearance bond such that forfeiture of his bond is duly ordered by the court in the matter of *United States v. Shkreli, et al.*, No. 15 Cr. 637 (KAM) (E.D.N.Y.);

    c. The property being posted to secure the bonds is located at 25 Penn Boulevard, Scarsdale, New York 10583;

    d. This Confession of Judgment shall become null and void at the conclusion of the matter captioned *United States v. Shkreli, et al.*, No. 15 Cr. 637 (KAM) (E.D.N.Y.), as to Evan Greebel.

_____
EVAN GREEBEL

Sworn to before me this
21st day of December, 2015

_____
Notary Public

MARK RUNGE
Notary Public - State of New York
NO. 01RU6269746
Qualified in Westchester County
My Commission Expires 10/01/2016

_____
JODI GREEBEL

Sworn to before me this
21st day of December, 2015

_____
Notary Public

MARK RUNGE
Notary Public - State of New York
NO. 01RU6269746
Qualified in Westchester County
My Commission Expires 10/01/2016