

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

WMP/AES                          *271 Cadman Plaza East*
F. #2014R00501                   *Brooklyn, New York 11201*

January 15, 2016

<u>By ECF and Hand Delivery</u>

Marcus A. Asner, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690

Jonathan S. Sack, Esq.
Morvillo, Abramowitz, Grand, Iason & Silberberg P.C.
565 Fifth Avenue
New York, NY  10017

> Re:   United States v. Martin Shkreli, <u>et al</u>.
>       <u>Criminal Docket No. 15-637 (KAM)</u>

Dear Messrs. Asner and Sack:

In accordance with Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter.  This disclosure supplements the government's earlier disclosure under cover of letter dated December 22, 2015.  The government again requests reciprocal discovery from the defendants.

Enclosed please find a thumb drive that contains copies of the following materials:

| Description | Bates Range |
|---|---|
| Records received from Retrophin, Inc. | R000001 to R023545 |
| Records received from Deutsche Bank concerning an account related to Martin Shkreli | Deutsche-000001 to Deutsche-000011 |
| Records received from E*Trade concerning six accounts related to defendant Martin Shkreli | ETRADE-000001 to ETRADE-0011270 |
| Records received from Laidlaw & Company concerning an account related to defendant Martin Shkreli | Laidlaw-000001 to Laidlaw-000053 |

| Description | Bates Range |
|---|---|
| Records received from Merrill Lynch concerning accounts related to defendant Martin Shkreli | MerLyn-000001 to MerLyn-000171 |
| Records received from Stern Agee concerning an account related to defendant Martin Shkreli | Agee-000001 to Agee-000025 |
| Records received from JP Morgan Chase concerning accounts related to defendant Martin Shkreli, Retrophin LLC, and Retrophin, Inc. | JPMC-000001 to JPMC-001041 |
| Records received from Citrin Cooperman concerning Retrophin, Inc. | CITRON000001 to CITRON313896 |
| Records received from Marcum LLP concerning Retrophin, Inc. | Marcum Retrophin EDNY_00000001 to Marcum Retrophin EDNY_00016195 |
| Records received from Standard Registrar concerning Retrophin, Inc. | Standard-000001 to Standard-000421 |
| Records received from T-Mobile concerning a telephone number ending in 2783 | TMobile-000001 to TMobile-000312 |
| Records received from Twitter concerning accounts named "Legitbiotech" and "Thug_BioaAnalyst" | Twitter-000001 to Twitter-000005 |
| Records received from NAV Consulting concerning various MSMB entities | NAV0000001 to NAV0065589 |

In addition, enclosed please copies of the following materials received by the United States Attorney's Office from the Securities and Exchange Commission ("SEC"):

| Description | Bates Range |
|---|---|
| Records received by the SEC from Bank of America concerning an account related to MSMB Healthcare | SEC-BOA-P-0000001 to SEC-BOA-P-0000094; SEC-BOA-E-0000001 |
| Records received by the SEC from the Financial Industry Regulatory Authority ("FINRA") concerning a FINRA action brought by Merrill Lynch against defendant Martin Shkreli, Marek Biestek, and MSMB Capital (the "Merrill Lynch FINRA action") | SEC-FINRA-E-0000001 to SEC-FINRA-E-0000651 |
| Records received by the SEC from Interactive Brokers Group concerning MSMB Capital | SEC-IB-E-0000001 to SEC-IB-E-0009952 |

| Description | Bates Range |
|---|---|
| Records received by the SEC from Jefferies concerning Desert Gateway and Retrophin, Inc. | JEFF-SEC000001 to JEFF-SEC000202 |
| Records received by the SEC from JP Morgan Chase, including records concerning accounts related to the MSMB entities | SEC-JPMC-P-0000001 to SEC-JPMC-P-0000212 |
| Records received by the SEC concerning an account related to MSMB Capital | SEC-KCA-E-0000001 to SEC-KCA-E-0000008 |
| Records received by the SEC from Merrill Lynch concerning the Merrill Lynch FINRA action | ML_SEC_00000001 to ML_SEC_00006610 |
| Records received by the SEC from MSMB Capital Management | MSMB000001 to MSMB014033; SEC-MSMB-E-000001 to SEC-MSMB-E-000065 |
| Records received by the SEC from National Financial Services, including records concerning accounts related to defendant Martin Shkreli and Retrophin, Inc. | SEC-NFS-E-0000001 to SEC-NFS-E-0000256 |
| Records concerning Retrophin, Inc. v. Timothy Pierotti | SEC-NY8799-P-0000001 to SEC-NY8799-P-0000026 |
| Records received by the SEC from an MSMB Capital investor | SEC-NY8799-E-0000153 to SEC-NY8799-E-0000168 |
| Records received by the SEC from Rothstein Kass related to MSMB Consumer LP | SEC-RK-E-0000001 to SEC-RK-E-0000548 |
| Records received by the SEC from Scottrade concerning an account related to defendant Martin Shkreli | SEC-Scottrade-P-0000001 to SEC-Scottrade-P-0000004; SEC-SCOTTRADE-E-0000001 to SEC-SCOTTRADE-E-0000044 |
| Records received by the SEC from Standard Registrar | SEC-SRT-E-0000001 to SEC-SRT-E-0000022 |
| Records received by the SEC from Retrophin, Inc. | RTRX000000563 to RTRX000004483 |

Please also note that the thumb drive is encrypted, and that the password for the drive will be provided via email.  If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

ROBERT L. CAPERS
United States Attorney

By:    /s/ Alixandra Smith
Winston Paes
Alixandra Smith
Assistant U.S. Attorneys
(718) 254-6023(Paes)/6370(Smith)

Enclosure

cc:    Clerk of the Court (KAM) (by ECF) (w/o enclosures)

4