UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

MARTIN SHKRELI and EVAN GREEBEL,

        Defendants.

---

No. 15-cr-00637 (KAM)

ECF Case

## NOTICE OF CHANGE

*To the Clerk of Court and all parties of record:*

    PLEASE TAKE NOTICE that the contact information for Jonathan S. Sack, counsel on record for Evan Greebel in the current case, should be amended as follows:

    Jonathan S. Sack
    Morvillo Abramowitz Grand Iason & Anello P.C.
    565 Fifth Avenue
    New York, New York 10017
    (212) 856-9600 (phone)
    (212) 856-9494 (fax)
    jsack@maglaw.com

    Additionally, all future papers and ECF notifications should be sent to Jonathan S. Sack at the email address stated above.

Dated: January 26, 2016
       New York, New York

                              MORVILLO ABRAMOWITZ GRAND
                               IASON & ANELLO P.C.

                              s/ Jonathan S. Sack
                              Jonathan S. Sack
                              565 Fifth Avenue
                              New York, New York 10017
                              (212) 856-9600 (phone)
                              (212) 856-9494 (fax)
                              jsack@maglaw.com