UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        Plaintiffs,

v.

MARTIN SHKRELI and EVAN GREEBEL,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 15-cr-00637 (KAM)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lisa H. Rubin of Gibson, Dunn & Crutcher LLP, an attorney admitted to practice in this Court, hereby enters her appearance in the above-captioned matter as counsel for Defendant Evan Greebel and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendant Evan Greebel.  The undersigned is a member of this Court in good standing.

Dated: New York, New York
       February 8, 2016

GIBSON, DUNN & CRUTCHER LLP

By:  s/ Lisa H. Rubin
     Lisa H. Rubin

200 Park Avenue, 48th Floor
New York, New York 10166-0193
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4035
LRubin@gibsondunn.com

*Attorneys for Defendant Evan Greebel*