UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>MARTIN SHKRELI and EVAN GREEBEL,<br><br>Defendants. | Case No. 15-cr-00637 (KAM) |

## NOTICE OF MOTION FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Jonathan S. Sack, Jonathan S. Sack and Benjamin S. Fischer of Morvillo, Abramowitz, Grand, Iason, & Anello, P.C. hereby respectfully request permission to withdraw their appearances in the above-captioned case on behalf of Defendant Evan Greebel, pursuant to Local Criminal Rule 1.1(b) and Local Civil Rule 1.4. Mr. Greebel has engaged new counsel, who have entered appearances in the case, and he has consented to the requested withdrawal. No delay in the progress of this case should result from a withdrawal. The case is currently scheduled for a status conference before the Court on May 3, 2016. We are not asserting a retaining or charging lien in this case.

Dated: March 11, 2016
       New York, New York

                                              Respectfully Submitted,

                                              MORVILLO, ABRAMOWITZ,
                                              GRAND, IASON, & ANELLO, P.C.

By:   */s/ Jonathan S. Sack*
Jonathan S. Sack
Morvillo, Abramowitz,
Grand, Iason, & Anello, P.C.
565 Fifth Avenue
New York, New York 10017
Telephone: (212) 856-9600
Fax: (212) 856-9494
Email: jsack@maglaw.com