UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MARTIN SHKRELI and EVAN GREEBEL,

Defendants.

Case No. 15-cr-00637 (KAM)

# DECLARATION OF JONATHAN S. SACK
## IN SUPPORT OF MOTION FOR WITHDRAWAL OF APPEARANCE

Jonathan S. Sack, an attorney at law duly admitted to practice in the State of New York, hereby declares under penalty of perjury as follows:

1. I am a member of the Bar of this Court and a principal of the law firm Morvillo, Abramowitz, Grand, Iason & Anello, P.C., counsel for Defendant Evan Greebel in the above-captioned case. My colleague Benjamin Fischer and I have entered appearances in this case. I make this declaration in support of the accompanying Motion for Withdrawal of Appearance (the "Motion").

2. Mr. Greebel has now engaged new counsel, Reed Brodsky, Joel Cohen, and Lisa Rubin of Gibson, Dunn & Crutcher LLP, who have entered appearances in the case. (ECF Nos. 37-39). Mr. Greebel consents to the withdrawal of Morvillo, Abramowitz, Grand, Iason & Anello, P.C. and Mr. Fischer and me from this case.

3. As of the making of this Declaration, the case currently is scheduled for a status conference before the Court on May 3, 2016. No delay in progress of this case should result from this withdrawal.

4. Morvillo, Abramowitz, Grand, Iason & Anello, P.C. is not asserting a retaining or

charging lien in this matter.

     5.    In view of the foregoing and the accompanying Motion, I respectfully request permission to withdraw all appearances by Morvillo, Abramowitz, Grand, Iason & Anello, P.C. and attorneys associated with the firm, in the above-captioned case.

Dated:  March 11, 2016
          New York, New York

                                                    JONATHAN S. SACK