

U.S. Department of Justice

United States Attorney
Eastern District of New York

WMP/AES
F.#2014R00501

271 Cadman Plaza East
Brooklyn, New York 11201

March 16, 2016

By Hand and ECF

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Martin Shkreli et al.
     Criminal Docket No. 15-637 (KAM)

Dear Judge Matsumoto:

   Enclosed please find a stipulation and proposed order governing discovery materials provided by the government in the above-captioned case, which has been signed by the government and defendant Evan Greebel. The stipulation protects the personal financial information and personally identifiable information of individuals contained within those discovery materials. The government respectfully requests that the Court so order the stipulation.

           Respectfully submitted,

           ROBERT L. CAPERS
           United States Attorney

       By:  /s/ Alixandra Smith
           Winston Paes
           Alixandra Smith
           Assistant U.S. Attorneys
           (718) 254-6023/6370

cc:  All counsel (via ECF)