

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WMP/JK/AES  *271 Cadman Plaza East*
F. #2014R00501  *Brooklyn, New York 11201*


April 28, 2016

By ECF and FedEx

| | |
|---|---|
| Benjamin Brafman, Esq. | Joel Cohen, Esq. |
| Marc Agnifilo, Esq. | Reed Brodsky, Esq. |
| Andrea Zellan, Esq. | Lisa Rubin, Esq. |
| Brafman & Associates, P.C. | Gibson Dunn |
| 767 Third Avenue, 26th Floor | 200 Park Avenue |
| New York, New York 10017 | New York, NY 10166-0193 |

   Re: United States v. Martin Shkreli, et al.
      Criminal Docket No. 15-637 (KAM)

Dear Counsel:

   In accordance with Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter.[1] This disclosure supplements the government's earlier disclosure under cover of letters dated December 22, 2015, January 15, 2016, March 16, 2016 (Greebel) and March 25, 2016 (Shkreli). In addition, this disclosure is governed by the stipulations so ordered by the Court between the government and defendants (filed as Dkt. Nos. 44 and 47). The government again requests reciprocal discovery from the defendants.

   Enclosed please find a thumb drive[2] that contains copies of the following materials:

---

[1] The government is providing the discovery described herein to defendant Greebel on April 28, 2016. The government is waiting to receive a thumb drive from defendant Shkreli; once that thumb drive is received, the government will provide the identical discovery to defendant Shkreli.

[2] Once you have downloaded the discovery from the thumb drive, please return the drive to our office so that we can re-use it for the next production; we can only provide one thumb drive per defendant. Alternatively, you may provide us with a thumb drive or external hard drive that we can use for future productions.

| Description | Bates Range |
|---|---|
| Records received from Retrophin, Inc. | R024568 to R048350 |
| Records received from Ladenburg Thalman regarding account related to Retrophin Inc. | Ladenburg-000001 to Ladenburg-001688 |
| Records received from Bank of America regarding account related to MSMB Healthcare LP | BOA-000001 to BOA-000186 |
| Records received from JP Morgan Chase regarding accounts related to Desert Gateway Inc.; Retrophin Inc.; Isotope Research LLC; Surepoint Capital Management LLC; Surepoint Management LLC; MKM Incubator LLC; MSMB Healthcare Management LLC; MSMB Endocytosis Management LLC; Simpleapp, LLC; MSMB Isotope Management LLC; MSMB Isotope GP LLC; MSMB Isotope Fund LP; MSMB Consumer LP; MSMB Consumer Management LLC; MSMB Consumer GP LLC; MSMB Healthcare Investors LLC; Martin Shkreli; Ironman Acquisition Management LLC; Surepoint Investment Fund LLC; Turing Pharmaceuticals LLC; Raptr Technologies LLC; and MSMB Capital Management LP | JPMC-001042 to JPMC-004601 |
| Records received from individual DD[3] | DD-000001 to DD-000132 |
| Records received from individual AG | AG 001109 to AG 001117 |
| Records received from individual JN | JN0621 to JN0628 |
| Records received from AT&T | AT&T-000001 to AT&T-000792 |
| Records received from the Federal Reserve | FEDWIRE-000001 |
| Records received from XO Comm | XOCOMM-000001 |

---

[3] To protect the privacy of individuals who have produced records, the government references these individuals by their initials only; in addition, to the extent that the Bates prefix reveals the identity of an individual, portions of the prefix have been replaced here with asterisks (**).  The identity of these individuals is readily apparent from the records enclosed herein; however, should the defendants have any questions about the identity of these individuals, the government will provide that information under separate cover.

2

In addition, enclosed please copies of the following materials received by the United States Attorney's Office from the United States Securities and Exchange Commission ("SEC"):

| Description | Bates Range |
| --- | --- |
| Records received by the SEC from individual GB | SEC-B*****G-E-0000001 to SEC- B*****G-E-0000056 |
| Records received by the SEC from individual DG | SEC-G*****D-P-0000001 to SEC-G*****D-P-0000081 |
| Records received by the SEC from individual RJ | SEC-J******R-E-0000001 to SEC-J******R-E-0000227 |
| Records received by the SEC from individual SM | SM-0000001 to SM-0000178A |
| Records received by the SEC from individual SS | SEC-S********S-E-0000001 to SEC-S********S-E-0000209 |
| Records received by the SEC from individual MT | SEC-T******M-P-0000001 to SEC-T******M-P-0000206 |
| Records received by the SEC from Retrophin | RTRX000000001 to RTRX000027954 |

Please also note that the thumb drive is encrypted, and that the password for the drive will be provided via email. If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

    Very truly yours,

    ROBERT L. CAPERS
    United States Attorney

By:   /s/ Alixandra Smith
    Winston Paes
    Jacquelyn Kasulis
    Alixandra Smith
    Assistant U.S. Attorneys
    (718) 254-7000

Enclosure

cc:    Clerk of the Court (KAM) (by ECF) (w/o enclosures)