UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 15-cr-00637 (KAM) |
| MARTIN SHKRELI and EVAN GREEBEL, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, Mr. Winston Y. Chan of the law firm of Gibson, Dunn & Crutcher LLP (San Francisco) hereby moves this Court for an Order for admission to practice *pro hac vice* in this Court to appear as counsel for defendant Evan Greebel ("Greebel") in the above-captioned action.

Mr. Chan is a member in good standing of the bar of the State of California, and there are no pending disciplinary proceedings against him in any state or federal court. Attached hereto as Exhibit A is a certificate of good standing for Mr. Chan from the bar of the State of California. A proposed Order is also attached hereto.

Dated: May 2, 2016
GIBSON, DUNN & CRUTCHER LLP

By:   *s/ Winston Y. Chan*
Winston Y. Chan

555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
wchan@gibsondunn.com

*Attorney for Defendant Evan Greebel*