

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WMP/JK/AES  *271 Cadman Plaza East*
F. #2014R00501  *Brooklyn, New York 11201*

June 2, 2016

By ECF and FedEx

| | |
|---|---|
| Benjamin Brafman, Esq. | Joel Cohen, Esq. |
| Marc Agnifilo, Esq. | Reed Brodsky, Esq. |
| Andrea Zellan, Esq. | Lisa Rubin, Esq. |
| Brafman & Associates, P.C. | Gibson Dunn |
| 767 Third Avenue, 26th Floor | 200 Park Avenue |
| New York, New York 10017 | New York, NY 10166-0193 |

Re: United States v. Martin Shkreli, et al.
Criminal Docket No. 15-637 (KAM)

Dear Counsel:

In accordance with Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. This disclosure supplements the government's earlier disclosure under cover of letters dated December 22, 2015, January 15, 2016, March 16, 2016 (Greebel), March 25, 2016 (Shkreli) amd April 28, 2016. In addition, this disclosure is governed by the stipulations so ordered by the Court between the government and defendants (filed as Dkt. Nos. 44 and 47). The government again requests reciprocal discovery from the defendants.

Enclosed please find a DVD labeled "June 1, 2016 Production 15-CR-637" that contains copies of materials received from Katten Muchin Rosenmann LLP ("Katten"), which have been Bates stamped GR_0000001-GR0000786. These materials are being provided to you in the format in which they were received by the government. Please note that the documents in the Bates range GR_0000099-143 are minutes from meetings of either Retrophin's Board or Audit Committee; these documents are not Bates-stamped, but are instead contained within individual Bates-stamped folders in order to preserve metadata, and are named by their document and version numbers in Katten's iManage system. The spreadsheet that is Bates numbered GR_0000144 contains the iManage history for these documents.

In addition, the DVD contains a duplicate copy of the materials received from individual SH (Bates range SH-EDNY 00000001 to SH-EDNY 00002101), which was originally provided to the defendants on March 25, 2016. Counsel for defendant Greebel has indicated that while the documents can be read, the Bates numbers do not appear on the individual tifs in that production; this duplicate production should help address that technical issue.

Please also note that the DVD is encrypted, and that the password will be provided via email. If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

    Very truly yours,

    ROBERT L. CAPERS
    United States Attorney

By:   /s/ Alixandra Smith
    Winston Paes
    Jacquelyn Kasulis
    Alixandra Smith
    Assistant U.S. Attorneys
    (718) 254-7000

Enclosure

cc:     Clerk of the Court (KAM) (by ECF) (w/o enclosures)