# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

June 10, 2016

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Shkreli* et al., 15 Cr. 637 (E.D.N.Y.)

Dear Judge Matsumoto:

I write on behalf of Evan Greebel. At the June 6, 2016 status conference, we requested that Mr. Greebel be permitted to travel to New Jersey for family and professional reasons and indicated that neither the government nor pretrial services has any objections. Your Honor then ruled that "[h]e will then be allowed to travel to New Jersey as well," and directed our firm to submit letters from each of Mr. Greebel's suretors "to indicate that they don't have an objection." Transcript of June 6, 2016 Status Conference at 22:25-23:1; 23:10-11. Those letters are attached hereto as Exhibits A and B.

We thank the Court for its attention to this issue.

Respectfully submitted,

Reed Brodsky

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.