# EXHIBIT A

June 8, 2016

**VIA ECF**

Re:    <u>United States v. Shkreli</u> et al., 15 Cr. 637 (E.D.N.Y.)

Dear Judge Matsumoto:

I write on behalf of Evan Greebel. As Mr. Greebel's mother and a suretor for his appearance bond, I have no objections to his request to travel to New Jersey to visit family and for professional reasons.

Respectfully submitted,

*Barbara Greebel*

Barbara Greebel