# EXHIBIT B

June 8, 2016

VIA ECF

Re:     *United States v. Shkreli* et al., 15 Cr. 637 (E.D.N.Y.)

Dear Judge Matsumoto:

I write on behalf of Evan Greebel. As Mr. Greebel's wife and a suretor for his appearance bond, I have no objections to his request to travel to New Jersey to visit family and for professional reasons.

Respectfully submitted,

*/s/ Jodi Greebel*

Jodi Greebel