

|  |  |
|---|---|
| WMP/JMK/AES | **U.S. Department of Justice** |
| F. #2014R00501 | |
|  | *United States Attorney* |
|  | *Eastern District of New York* |
|  | *271 Cadman Plaza East* |
|  | *Brooklyn, New York 11201* |

August 5, 2016

By Email and ECF

| | |
|---|---|
| Benjamin Brafman, Esq. | Joel Cohen, Esq. |
| Marc Agnifilo, Esq. | Reed Brodsky, Esq. |
| Andrea Zellan, Esq. | Lisa Rubin, Esq. |
| Brafman & Associates, P.C. | Gibson Dunn |
| 767 Third Avenue, 26th Floor | 200 Park Avenue |
| New York, New York 10017 | New York, NY 10166-0193 |

      Re:    United States v. Martin Shkreli, et al.
                  Criminal Docket No. 15-637 (KAM)

Dear Counsel:

        In accordance with Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. This disclosure supplements the government's earlier disclosure under cover of letters dated December 22, 2015, January 15, 2016, March 16, 2016 (Greebel), March 25, 2016 (Shkreli), April 28, 2016, June 2, 2016, June 15, 2016 and July 19, 2016. In addition, this disclosure is governed by the stipulations so ordered by the Court between the government and defendants (filed as Dkt. Nos. 44 and 47).

        Enclosed is a DVD with the following materials (please note that documents related to the FBI reports have been provided only to the defendant to whom the items relate)[1]:

- FBI reports, with related documents, concerning the arrest of defendant Evan Greebel (GREEBEL000002-19);

- FBI reports, with related documents, concerning the arrest of defendant Martin Shkreli (SHKRELI000276-298);

---

[1] Materials Bates stamped SHKRELI000281-298 have been provided only to defendant Shkreli, and materials Bates stamped GREEBEL00005-19 have been provided only to defendant Greebel.

2

  Additionally, enclosed on the disc is a letter from Cooley LLP, dated September 30, 2015 (Bates numbered SHKRELI000274-75), detailing the scope of Retrophin's waiver of the attorney-client privilege.

  Please note that all of these materials are encrypted; the government will provide passwords under separate cover.

        Very truly yours,

        ROBERT L. CAPERS
        United States Attorney
        Eastern District of New York

    By:  /s/ Alixandra Smith
        Winston Paes
        Jacquelyn Kasulis
        Alixandra Smith
        Assistant U.S. Attorneys
        (718) 254-7000

Enclosure

cc: Clerk of the Court (KAM) (via ECF) (w/o enclosure)