# Exhibit B

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WMP/JK/AES
F. #2014R00501

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 13, 2016

By Email and FedEx

Benjamin Brafman, Esq.
Marc Agnifilo, Esq.
Andrea Zellan, Esq.
Brafman & Associates, P.C.
767 Third Avenue, 26th Floor
New York, New York 10017

Joel Cohen, Esq.
Reed Brodsky, Esq.
Lisa Rubin, Esq.
Gibson Dunn
200 Park Avenue
New York, NY 10166-0193

Re: United States v. Martin Shkreli, et al.
Criminal Docket No. 15-637 (KAM)

Dear Counsel:

The government writes to inform you, in an abundance of caution, that [redacted] may have information that is helpful to the defense in the above-referenced case. Specifically, the government provides the following information:

- The materials Bates numbered R024568-R026471, which were produced to the defendants on April 28, 2016, contain statements made by and/or on behalf of [redacted] that he performed services as a consultant for Retrophin in connection with his consulting agreement with the company. [redacted] is currently represented by [redacted] who can be reached at [redacted].

- During an initial interview with law enforcement, [redacted] stated, in sum and substance, that he served a "life coach" to defendant Shkreli and performed some consulting services for Retrophin in connection with a consulting agreement. In subsequent interviews, [redacted] stated, in sum and substance, that he only signed the consulting agreement as a means to recover his investment in MSMB Healthcare, and that he did not provide any consulting services to Retrophin in connection with the agreement. [redacted] is currently represented by [redacted] who can be reached at [redacted].

- During an initial interview with law enforcement, [redacted] stated, in sum and substance, that he performed some consulting services for Retrophin in connection with a consulting agreement. In subsequent interviews, [redacted] admitted, in sum

and substance, that he only signed a consulting agreement with Retrophin to recover his investment in Elea Capital, and that he did not provide any consulting services to Retrophin in connection with the agreement. ▮▮▮▮ is currently represented by ▮▮▮▮▮▮▮▮ who can be reached at ▮▮▮▮

In addition, in anticipation of the defendants' potential pre-trial motions, the government encloses for defendant Greebel a copy of defendant Shkreli's prior statements (Bates numbered SHKRELI000001-273, and previously produced to defendant Shkreli on December 22, 2015), and encloses for defendant Shkreli a copy of defendant Greebel's prior statements (Bates numbered GREEBEL000001, and previously produced to defendant Greebel on December 22, 2015).

The government is in receipt of a letter from counsel for defendant Shkreli dated July 5, 2016, and a letter from counsel for defendant Greebel dated July 12, 2016, each requesting the production of materials covered by Brady v. Maryland, 373 U.S. 83 (1963), and Giglio v. United States, 405 U.S. 150 (1972). The government is aware of and will continue to comply with all of its disclosure obligations.

Very truly yours,

ROBERT L. CAPERS
United States Attorney

By:   /s/ Alixandra Smith
Winston Paes
Jacquelyn Kasulis
Alixandra Smith
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc:   The Honorable Kiyo A. Matsumoto (by hand delivery) (w/o enclosures)