

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| WMP/JMK/AES | *271 Cadman Plaza East* |
| F. #2014R00501 | *Brooklyn, New York 11201* |

September 22, 2016

By Email and ECF

| | |
|---|---|
| Benjamin Brafman, Esq. | Joel Cohen, Esq. |
| Marc Agnifilo, Esq. | Reed Brodsky, Esq. |
| Andrea Zellan, Esq. | Lisa Rubin, Esq. |
| Brafman & Associates, P.C. | Gibson Dunn |
| 767 Third Avenue, 26th Floor | 200 Park Avenue |
| New York, New York 10017 | New York, NY 10166-0193 |

Re: United States v. Martin Shkreli, et al.
Criminal Docket No. 15-637 (KAM)

Dear Counsel:

In accordance with Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. This disclosure supplements the government's earlier disclosure under cover of letters dated December 22, 2015, January 15, 2016, March 16, 2016 (Greebel), March 25, 2016 (Shkreli), April 28, 2016, June 2, 2016, June 15, 2016, July 19, 2016 and August 5, 2016. In addition, this disclosure is governed by the stipulations so ordered by the Court between the government and defendants (filed as Dkt. Nos. 44 and 47).

Enclosed is a DVD with the following materials:

- Copies of materials received from Katten Muchin Rosenmann LLP, which have been Bates stamped GR_00004484-GR_00004543.

- Copies of materials received from individual ML, which have been Bates stamped ML_0000001-ML_00000129.

Please note that all of these materials are encrypted; the government will provide passwords under separate cover.

Very truly yours,

ROBERT L. CAPERS
United States Attorney
Eastern District of New York

By:  /s/ Alixandra Smith
Winston Paes
Jacquelyn Kasulis
Alixandra Smith
Assistant U.S. Attorneys
(718) 254-7000

Enclosure

cc:   Clerk of the Court (KAM) (via ECF) (w/o enclosure)