

U.S. Department of Justice

United States Attorney
Eastern District of New York

WMP/JMK/AES
F.#2014R00501

271 Cadman Plaza East
Brooklyn, New York 11201

September 22, 2016

<u>By Hand and ECF</u>

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  United States v. Martin Shkreli, <u>et al.</u>
           <u>Criminal Docket No. 15-637 (KAM)</u>

Dear Judge Matsumoto:

      Pursuant to the Court's August 5, 2016 scheduling order, the government's opposition to the defendants' discovery motions (filed on September 16, 2016) is currently due on Wednesday, September 28, 2016; the defendants' replies are due on Wednesday, October 5, 2016; and a status conference/oral argument is set for October 11, 2016 at 2:30 p.m. Due to the upcoming Jewish holidays, the parties jointly request that the schedule be amended slightly, so that the government's opposition is due on Tuesday, October 4, 2016, and the defendants' replies are due on Tuesday, October 11, 2016. The parties also respectfully request that the status conference/oral argument be moved to October 14, 2016, at 1:00 p.m. (or at some time in the early afternoon on that date), when counsel for all parties are available.

                    Respectfully submitted,

                    ROBERT L. CAPERS
                    United States Attorney

      By:    /s/
                    Winston M. Paes
                    Jacquelyn M. Kasulis
                    Alixandra E. Smith
                    Assistant U.S. Attorneys
                    (718) 254-6023/6103/6370

cc:     All counsel (via ECF)