# EXHIBIT B

Government's Productions to Defendants Shkreli and Greebel[1]

| Source of Records | Bates Range | Date(s) of Production | Format of Production |
|---|---|---|---|
| Video recording of Shkreli's post-arrest statement on 12/17/2015 | SHKRELI000001 | 12/22/2015 (Shkreli) 7/13/2016 (Greebel) | Video |
| Report of Shkreli's statements to FBI on 1/29/2015 | SHKRELI000002 to SHKRELI000025 | 12/22/2015 (Shkreli) 7/13/2016 (Greebel) | PDF |
| Testimony of defendant Shkreli before SEC on 8/23/2013 and 2/24/2014 | SHKRELI000026 to SHKRELI000273 | 12/22/2015 (Shkreli) 7/13/2016 (Greebel) | PDF |
| Attorney-client privilege waiver from Cooley LLP | SHKRELI000274 | 8/5/2016 | PDF |
| Reports detailing Shkreli's arrest on 12/17/2015 | SHKRELI000276 to SHKRELI000278 | 8/5/2016 | PDF |
| Report of statements made by Shkreli to the FBI on 12/17/2016 | SHKRELI000279 to SHKRELI000280 | 8/5/2015 | PDF |
| Arrest paperwork for Shkreli | SHKRELI000281 to SHKRELI000298 | 8/5/2016 (Shkreli only) | PDF |
| Video recording of Greebel's post-arrest statement on 12/17/2015 | GREEBEL000001 | 12/22/2015 (Greebel) 7/13/2016 (Shkreli) | Video |
| Reports detailing Greebel's arrest on 12/17/2015 | GREEBEL000002 to GREEBEL000004 | 8/5/2016 | PDF |
| Arrest paperwork for Greebel | GREEBEL000005 to GREEBEL000019 | 8/5/2016 (Greebel only) | PDF |
| Retrophin, Inc. | R000001 to R023545 | 1/15/2016 | Load file with tiffs and natives |
| Retrophin, Inc. | R023546 to R024565 | 3/16/2016 | Load file with tiffs and natives |
| Retrophin, Inc. | R024568 to R048350 | 4/28/2016 | Load file with tiffs and natives |

---

[1] The information in this chart was all contained in the government's cover letters accompanying the various productions, with the exception (in some cases) of the information in the "Format of Production" column.

1

| Source of Records | Bates Range | Date(s) of Production | Format of Production |
|---|---|---|---|
| Katten Muchin Rosenmann LLP | GR_0000001 to GR_0000786 | 6/2/2016 | Natives only – Word, Excel, PDF *GR_0000099-GR_0000143 are from Greebel's iManage system |
| Katten Muchin Rosenmann LLP | GR_0000787 to GR_0004484 | 6/15/2016 | Load file with tiffs and natives |
| Katten Muchin Rosenmann LLP | GR_0004485 to GR_0004543 | 9/22/2016 | Load file with tiffs and natives |
| Marcum LLP (concerning Retrophin, Inc.) | Marcum Retrophin EDNY_00000001 to Marcum Retrophin EDNY_00016195 | 1/15/2016 | Load file with tiffs and natives |
| Marcum LLP (concerning Retrophin, Inc.) | Marcum Retrophin EDNY_00016196 to Marcum Retrophin EDNY_34018; a laptop computer containing materials provided by Marcum LLP | 7/19/2016 | Load file with tiffs and natives; Native files on laptop |
| Citrin Cooperman (concerning Retrophin, Inc.) | CITRON000001 to CITRON313896 | 1/15/2016 | Load file with tiffs and natives |
| Citrin Cooperman (concerning MSMB Capital and Retrophin, Inc.) | CITRON313897 to CITRON2649670 | 3/16/2016 | Load file with tiffs and natives |
| Crime Fraud Emails (in redacted form, as provided to Judge Weinstein) | RP or KMR_RTRX; 133 Tabs | 3/16/2016 | PDF |
| Individual DB | C***000001 to C***000777 | 3/16/2016 | PDF |
| Individual SB | SHB000001 to SHB000181 | 3/16/2016 | PDF |

2

| Source of Records | Bates Range | Date(s) of Production | Format of Production |
|---|---|---|---|
| Individual AG | AG000001 to AG001108 | 3/16/2016 | PDF |
| Individual DG | DG-000000001 to DG-000000097 | 3/16/2016 | Load file with tiffs and natives |
| Individual FH | FH-EDNY00000001 to FH-EDNY00000012 | 3/16/2016 | Load file with tiffs and natives |
| Individual SH | SH-EDNY 00000001 to SH-EDNY 00002101 | 3/16/2016 6/2/2016 | Load file with tiffs and natives |
| Individual RJ | RJ-00001 to RJ-00151 | 3/16/2016 | Load file with tiffs and natives |
| Individual JN | JN 0619 to JN 0620 | 3/16/2016 | PDF |
| Individual TP | P*******000001 to P*******000266 | 3/16/2016 | PDF |
| Individual SR | SR000001 to SR006727 | 3/16/2016 | Load file with tiffs and natives |
| Individual SR | R********0000001 to R********0000104 | 3/16/2016 | PDF |
| Individual LR | LR00000001 to LR00004932 | 3/16/2016 | Load file with tiffs and natives |
| Individual BS | BS_00000001 to BS_00003422 | 3/16/2016 | Load file with tiffs and natives |
| Individual CS | S******000001 to S******000129 | 3/16/2016 | PDF |
| Individual JS | SU000001 to SU000523 | 3/16/2016 | Excel and PDF (majority OCR) |
| Individual ES | S*******DOJ00001 to S*******DOJ 01823 | 3/16/2016 | PDF |
| Individual JN | SEC-*****-P-0000010 to SEC-*****-P-0000618 | 3/16/2016 | Load file with tiffs and natives |
| Individual DD | DD-000001 to DD-000132 | 4/28/2016 | Load file with tiffs and natives |
| Individual AG | AG 001109 to AG 001117 | 4/28/2016 | PDF |

3

| Source of Records | Bates Range | Date(s) of Production | Format of Production |
|---|---|---|---|
| Individual JN | JN0621 to JN0628 | 4/28/2016 | PDF |
| Individual ML | ML0001 to ML0129 | 9/22/2016 | PDF |
| Deutsche Bank (concerning an account related to Martin Shkreli) | Deutsche-000001 to Deutsche-000011 | 1/15/2016 | PDF |
| E*Trade (concerning six accounts related to defendant Martin Shkreli) | ETRADE-000001 to ETRADE-0011270 | 1/15/2016 | PDF |
| Laidlaw & Company (concerning an account related to defendant Martin Shkreli) | Laidlaw-000001 to Laidlaw-000053 | 1/15/2016 | PDF |
| Merrill Lynch (concerning accounts related to defendant Martin Shkreli) | MerLyn-000001 to MerLyn-000171 | 1/15/2016 | PDF |
| Sterne Agee (concerning an account related to defendant Martin Shkreli) | Agee-000001 to Agee-000025 | 1/15/2016 | PDF |
| JP Morgan Chase (concerning accounts related to defendant Martin Shkreli, Retrophin LLC, and Retrophin, Inc.) | JPMC-000001 to JPMC-001041 | 1/15/2016 | PDF |
| Standard Registrar (concerning Retrophin, Inc.) | Standard-000001 to Standard-000421 | 1/15/2016 | Excel and PDF |
| T-Mobile (concerning a telephone number ending in 2783) | TMobile-000001 to TMobile-000312 | 1/15/2016 | PDF |
| Twitter (concerning accounts named "Legitbiotech" and "Thug_BioaAnalyst") | Twitter-000001 to Twitter-000005 | 1/15/2016 | PDF |
| NAV Consulting (concerning various MSMB entities) | NAV0000001 to NAV0065589 | 1/15/2016 | PDF |
| Apex Clearing (concerning accounts related to AG) | APEX-000001 to APEX-001834 | 3/16/2016 | Excel and PDF |
| Fidelity (concerning accounts related to defendant Martin Shkreli and Alan Geller) | Fidelity-000001 to Fidelity-000422 | 3/16/2016 | PDF |
| Interactive Brokers (concerning accounts related to defendant Martin Shkreli and MB) | Interactive-000001 to Interactive-003002 | 3/16/2016 | PDF |
| RBC (concerning transactions related to Park Avenue Discoveries) | RBC-000001 to RBC-000551 | 3/16/2016 | Excel and PDF |

| Source of Records | Bates Range | Date(s) of Production | Format of Production |
|---|---|---|---|
| Scottrade (concerning accounts related to defendant Martin Shkreli, MB, TF, KM, TP, ES, and AV) | Scottrade-000001 to Scottrade-001688 | 3/16/2016 | PDF |
| UBS (concerning accounts related to defendant Martin Shkreli and AG) | UBS-000001 to UBS-001181 | 3/16/2016 | PDF |
| Experian (concerning defendants Evan Greebel and Martin Shkreli) | Experian-000001 to Experian-000022 | 3/16/2016 | PDF |
| GoDaddy (concerning MSMB entities) | GD 000001 to GD 000570 | 3/16/2016 | PDF |
| Bank of America (concerning account related to MSMB Healthcare) | BOA-000001 to BOA-000186 | 4/28/2016 | Excel and PDF |
| JP Morgan Chase (concerning accounts related to Desert Gateway Inc.; Retrophin Inc.; Isotope Research LLC; Surepoint Capital Management LLC; Surepoint Management LLC; MKM Incubator LLC; MSMB Healthcare Management LLC; MSMB Endocytosis Management LLC; Simpleapp, LLC; MSMB Isotope Management LLC; MSMB Isotope GP LLC; MSMB Isotope Fund LP; MSMB Consumer LP; MSMB Consumer Management LLC; MSMB Consumer GP LLC; MSMB Healthcare Investors LLC; Martin Shkreli; Ironman Acquisition Management LLC; Surepoint Investment Fund LLC; Turing Pharmaceuticals LLC; Raptr Technologies LLC; and MSMB Capital Management LP) | JPMC-001042 to JPMC-004601 | 4/28/2016 | PDF |
| Ladenburg Thalmann (concerning account related to Retrophin, Inc.) | Ladenburg-000001 to Ladenburg-001688 | 4/28/2016 | PDF |
| AT&T (concerning a telephone number ending in 9172) | AT&T-000001 to AT&T-000792 | 4/28/2016 | PDF |
| Federal Reserve Bank | FEDWIRE-000001 | 4/28/2016 | Microsoft Access File |
| XO Comm | XOCOMM-000001 | 4/28/2016 | Excel |

| Source of Records | Bates Range | Date(s) of Production | Format of Production |
|---|---|---|---|
| Bank of America (concerning accounts related to MSMB Healthcare) [from SEC] | SEC-BOA-E-0000001; SEC-BOA-P-0000001 to SEC-BOA-P-0000094 | 1/15/2016 | Load file with tiffs and natives |
| FINRA (concerning defendant Martin Shkreli, M.B. and MSMB Capital) [from SEC] | SEC-FINRA-E-0000001 to SEC-FINRA-E-0000651 | 1/15/2016 | Load file with tiffs and natives |
| Interactive Brokers Group (concerning MSMB Capital) [from SEC] | SEC-IB-E-0000001 to SEC-IB-E-0009952 | 1/15/2016 | Load file with tiffs and natives |
| Jeffries (concerning accounts related to the MSMB entities) [from SEC] | JEFF-SEC000001 to JEFF-SEC000202 | 1/15/2016 | Load file with tiffs and natives |
| JP Morgan Chase (concerning accounts related to MSMB entities) [from SEC] | SEC-JPMC-P-0000001 to SEC-JPMC-P-0000212 | 1/15/2016 | Load file with tiffs and natives |
| Knight Capital Americas (concerning an account related to MSMB Capital) | SEC-KCA-E-0000001 to SEC-KCA-E-0000008 | 1/15/2016 | Load file with tiffs and natives |
| Merrill Lynch (concerning the Merrill Lynch FINRA action) [from SEC] | ML_SEC_00000001 to ML_SEC_00006610 | 1/15/2016 | Load file with tiffs and natives |
| MSMB Capital Management [from SEC] | MSMB000001 to MSMB014033; SEC-MSMB-E-000001 to SEC-MSMB-E-000065 | 1/15/2016 | Load file with tiffs and natives |
| National Financial Services (concerning accounts related to defendant Martin Shkreli and Retrophin, Inc.) [from SEC] | SEC-NFS-E-0000001 to SEC-NFS-E-0000256 | 1/15/2016 | Load file with tiffs and natives |
| Records concerning Retrophin, Inc. v. Timothy Pierotti [from SEC] | SEC-NY8799-P-0000001 to SEC-NY8799-P-0000026 | 1/15/2016 | Load file with tiffs and natives |
| MSMB Capital investor [from SEC] | SEC-NY8799-E-0000153 to SEC-NY8799-E-0000168 | 1/15/2016 | Load file with tiffs and natives |
| Rothstein Kass (concerning MSMB Consumer LP) [from SEC] | SEC-RK-E-0000001 to SEC-RK-E-0000548 | 1/15/2016 | Load file with tiffs and natives |

| Source of Records | Bates Range | Date(s) of Production | Format of Production |
|---|---|---|---|
| Scottrade (concerning an account related to defendant Martin Shkreli) [from SEC] | SEC-Scottrade-P-0000001 to SEC-Scottrade-P-0000004; SEC-SCOTTRADE-E-0000001 to SECSCOTTRADE-E-0000044 | 1/15/2016 | Load file with tiffs and natives |
| Standard Registrar (concerning Retrophin, Inc.) [from SEC] | SEC-SRT-E-0000001 to SEC-SRT-E-0000022 | 1/15/2016 | Load file with tiffs and natives |
| Retrophin, Inc. [from SEC] | RTRX000000563 to RTRX000004483 | 1/15/2016 | Load file with tiffs and natives |
| Individual GB [from SEC] | SEC-B*****G-E-0000001 to SEC- B*****G-E-000056 | 4/28/2016 | Load file with tiffs and natives |
| Individual DG [from SEC] | SEC-G*****D-P-000001 to SEC-G*****D-P-000081 | 4/28/2016 | Load file with tiffs and natives |
| Individual RJ [from SEC] | SEC-J******R-E-0000001 to SEC-J******R-E-0000227 | 4/28/2016 | Load file with tiffs and natives |
| Individual SM [from SEC] | SM-0000001 to SM-0000178A | 4/28/2016 | Load file with tiffs and natives |
| Individual SS [from SEC] | SEC-S********S-E-0000001 to SEC-S********S-E-0000209 | 4/28/2016 | Load file with tiffs and natives |
| Individual MT [from SEC] | SEC-T******M-P-0000001 to SECT******M-P-0000206 | 4/28/2016 | Load file with tiffs and natives |
| Retrophin, Inc. [from SEC] | RTRX000000001 to RTRX000027954 | 4/28/2016 | Load file with tiffs and natives |