# EXHIBIT C

1

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------x
                                            15-CR-637 (KAM)
UNITED STATES OF AMERICA,
                                         United States Courthouse
          Plaintiff,                     Brooklyn, New York

          -against-                      June 6, 2016
                                         12:45 p.m.
MARTIN SHKRELI and EVAN GREEBEL,

          Defendants.

---------------------------------x

              TRANSCRIPT OF CRIMINAL CAUSE FOR
                     STATUS CONFERENCE
          BEFORE THE HONORABLE KIYO A. MATSUMOTO
                UNITED STATES DISTRICT JUDGE

APPEARANCES
For the Government:        ROBERT L. CAPERS, ESQ.
                           United States Attorney
                           Eastern District of New York
                           271 Cadman Plaza East
                           Brooklyn, New York 11201
                           BY:  WINSTON M. PAES, AUSA
                                ALIXANDRA E. SMITH, AUSA
                                JACQUELYN KASULIS, AUSA

For Defendant Shkreli:     BRAFMAN & ASSOCIATES, P.C.
                           BY:  BENJAMIN BRAFMAN, ESQ.
                                MARC AGNIFILO, ESQ.
                                ANDREA ZELLAN, ESQ.

For Defendant Greebel:     GIBSON DUNN & CRUTCHER, LLP
                           BY:  JOEL M. COHEN, ESQ.
                                LISA H. RUBIN, ESQ.
                                REED BRODSKY, ESQ.

Court Reporter:            Georgette K. Betts, RPR, CSR, OCR
                           Phone:  (718)804-2777
                           Fax:    (718)804-2795
                           Email:  Georgetteb25@gmail.com

Proceedings recorded by mechanical stenography.  Transcript
produced by computer-aided transcription.
```

1  there are a number of outstanding subpoenas that have not yet
2  been returned and none of us can anticipate how that will
3  impact the magnitude of the discovery that's already involved
4  in the case.
5          Mr. Paes is correct, there are millions of pages
6  that have been produced in this case.  To us, that's
7  significant.  In fact, the volume, in our view, is staggering.
8  There are nearly 3 million pages.  On Friday afternoon we
9  received 800 new pages from the Katten Muchin firm.  Your
10 Honor may know that Mr. Greebel was a former partner at Katten
11 Muchin during many of the times and events alleged in the
12 indictment.  We understand from the government that Katten
13 Muchin will be making a further production on that subpoena.
14 The contents and the volume of that production, we cannot
15 know.
16         Your Honor, with respect to the Marcum laptop, we
17 appreciate that the government has continued to engage in
18 conversations with us and with Marcum about the contours of a
19 protective order, and we're not yet there yet.  We're
20 continuing to have productive conversations, but we don't know
21 what's on that laptop, Your Honor.  It's our understanding
22 that they contain final workpapers put into electronic
23 binders.  We were very relieved to understand this week for
24 the first time, according to Marcum's counsel, that all the
25 documents will be able to be transferred over to electronic

1  discovery platforms or other computers, so we would be able to
2  see them in a format that's intelligible to us, but
3  notwithstanding that, Your Honor, we don't know the size of
4  that production, we don't know what's on that laptop.
5           We also understand from Marcum's counsel that they
6  have yet to make yet another production to the government of
7  additional draft workpapers including emails.  They have not
8  made that production to the government yet, according to a
9  call that we had last week.
10          And, Your Honor, beyond those two additional
11 sources, we further understand from the government, which
12 confirmed this to us last week in a phone call preceding this
13 conference, that there are still more outstanding subpoenas.
14 I don't believe even the government can anticipate what the
15 volume will be and what the timing will be on the return of
16 those documents.  And because of that we don't believe we're
17 in a position today to either set a trial date or motion
18 practice.
19          Mr. Brafman referred to a potential severance
20 motion -- I apologize for the feedback.  That potential
21 severance motion will not only be impacted by our digestion of
22 the superceding indictment, but also by our review of the
23 discovery, including that discovery that's still outstanding.
24          So, Your Honor, for those reasons we would ask that
25 you return to the plan that we believe we all agreed to at the