

U.S. Department of Justice

United States Attorney
Eastern District of New York

WMP/JMK/AES
F.#2014R00501

271 Cadman Plaza East
Brooklyn, New York 11201

October 13, 2016

By Hand and ECF

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  United States v. Martin Shkreli et al.
             Criminal Docket No. 15-637 (KAM)

Dear Judge Matsumoto:

      Enclosed please find stipulations and proposed orders governing discovery materials from the firm Marcum LLP ("Marcum") provided by the government in the above-captioned case, which have been signed by (1) the government and defendant Martin Shkreli on September 9, 2016, and (2) the government and defendant Evan Greebel on September 23, 2016. The stipulations provide additional protection for confidential and proprietary information in those materials, and also provides for the return of laptops provided by Marcum at the conclusion of the case. The government respectfully requests that the Court so order these stipulations.

                    Respectfully submitted,

                    ROBERT L. CAPERS
                    United States Attorney

      By:    /s/ Alixandra Smith
           Winston Paes
           Alixandra Smith
           Assistant U.S. Attorneys
           (718) 254-6023/6370

cc:    All counsel (via ECF)