# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.2390
Fax: +1 212.716.0790
RBrodsky@gibsondunn.com

November 8, 2016

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Shkreli* et al., 15 Cr. 637 (E.D.N.Y.)

Dear Judge Matsumoto:

All the parties respectfully submit this letter requesting clarification of the Court's November 8, 2016 order scheduling a conference on November 17, 2016 to address Mr. Shkreli's pending motion to compel his subpoena to Katten Muchin Rosenman LLP. In light of that hearing taking place just one day prior to the current November 18, 2016 deadline for the filing of severance motions, and because the issues relating to the motion to compel are intertwined with any severance motion, the parties jointly request that the Court clarify whether its November 8, 2016 scheduling order also adjourns the current severance motion schedule, as requested by the parties in their October 31, 2016 filing. Such a clarification would additionally enable counsel to determine what resources, if any, are necessary to meet the current filing deadline of November 18, 2016, notwithstanding the unresolved issues relating to the motion to compel.

Respectfully submitted,

*/s/ Reed Brodsky /kc*

Reed Brodsky

cc: All counsel (via ECF)