# Exhibit A

**Bcc:** Tom@retrophin.com[Tom@retrophin.com];
Andrew.Vaino@retrophin.com[Andrew.Vaino@retrophin.com]; Martin@retrophin.com[Martin@retrophin.com];
ron.tilles@retrophin.com[ron.tilles@retrophin.com]; Leonora@retrophin.com[Leonora@retrophin.com];
Michael.Smith@retrophin.com[Michael.Smith@retrophin.com]; marek@retrophin.com[marek@retrophin.com];
pamela@retrophin.com[pamela@retrophin.com]; justin@retrophin.com[justin@retrophin.com];
courtney@retrophin.com[courtney@retrophin.com]; hplotkin@retrophin.com[hplotkin@retrophin.com];
jared@retrophin.com[jared@retrophin.com]; Fazela@retrophin.com[Fazela@retrophin.com]
**To:** Retrophininc[Retrophininc@retrophin.com]
**From:** Fazela Mohamed
**Sent:** Thur 5/23/2013 2:47:10 PM
**Subject:** Retrophin Workplace Policies
**MAIL_RECEIVED:** Thur 5/23/2013 2:47:11 PM
Acknowledgement of Understanding.pdf
BUSINESS CASUAL DRESS GUIDELINES.pdf
Email Policy.pdf
Internet Usage Policy.pdf
SEXUAL HARASSMENT POLICY.pdf
Personal Electronic Device Policy.pdf

Good Morning,

My first task as HR Associate was to develop a number of policies to provide guidance to our employees regarding appropriate workplace behavior in an effort to maintain a level of professionalism.  Please see attached the following policies:

Internet Usage Policy

Email Policy

Personal Electronic Device Policy

Sexual Harassment and Discrimination

Lunch/Work Hours Policy

Business Casual Dress Guidelines

Once you have read through each of the policies, please sign the Acknowledgement and return it to my attention.  If you have any questions, please feel free to contact me.

Retrophin values the talents and abilities of our employees and seeks to foster an open,

cooperative, and dynamic environment in which employees and the Company alike can thrive. Thank you for your cooperation.

**Fazela Mohamed**

*HR Associate*

Retrophin, Inc.

777 Third Avenue, 22nd Floor

New York, NY 10017

[fmohamed@retrophin.com](mailto:fmohamed@retrophin.com)

Tel. : (917) 261-3682

Fax : (646) 861-6485

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**Acknowledgement of Understanding**

I have read and agree to comply with the terms of the following policies:

Internet Usage Policy
Email Policy
Personal Electronic Device Policy
Sexual Harassment and Discrimination Policy
Business Casual Dress Guidelines
Lunch/Work Hours Policy

I understand that violation of any of these policies may result in disciplinary action, including possible termination and civil and criminal penalties.

Printed Name: _____

Signature: _____

Date: _____

## Email Policy

This policy addresses the appropriate use of the Company's email system. This policy applies to all Company users. The Company's users are responsible for understanding and following the Company's Email Policy. Failure to adhere to this policy may result in disciplinary action, including termination.

1. APPLICABILITY: This E-Mail Policy governs all electronic communications using the Company's computers and related communications equipment and connections. This includes any e-mail communication or attempted communication, whether internal or external and whether incoming or outgoing. It also includes communications over third-party e-mail software or web sites (e.g., gmail, yahoo, etc.) if accessed on a Company computer.

2. PURPOSES: The purpose of the Company's e-mail system is to permit fast and efficient communications, both internally and externally. It greatly enhances our ability to respond to clients' needs quickly and efficiently, and it is a necessary tool in modern business communications and an integral component of the Company's technology infrastructure. Accordingly, Retrophin employees should use the Company's e-mail system, like any other Company resource, only for Company purposes. It should not be used for any other purpose, including to send or receive personal messages or in support of personal business ventures or political or religious causes.

3. OWNERSHIP/PRIVACY: The PCs used by Company personnel and the information contained on them are the property of Retrophin, Inc., not the user. All electronic data (including communications received, sent, to be sent or only partially drafted) that are transmitted through Company facilities and/or stored on a Company computer or storage media are the property of the Company. Such electronic communications are not to be considered private communications. As permitted by law, the Company at its discretion may monitor e-mail communications for various purposes, including maintenance, repair and inspection of the e-mail system, investigations into claims of wrongdoing, and determining whether the system is being used in accordance with this E-Mail Policy, and the Company reserves the right to access and disclose the contents of e-mail messages on its system for any purpose. By using the Company's communications facilities, employees and others using the system (for example, senders of e-mails to Company e-mail addresses) waive any right to privacy in electronic communications and consent to the possible interception and disclosure of these communications. The Company's e-mail system is not the U.S. Postal Service: there is no guarantee of privacy.

4. CONTENT: Company personnel should never include in an e-mail message (or for that matter in any Company-relevant materials or communications whatsoever, whether electronic or not) any vulgarity, obscenity or abusive or offensive language, including language that might be perceived to constitute racial or sexual slurs or harassment. The Company considers this rule to be of paramount importance, such that its violation is grounds for serious disciplinary action or dismissal.

5. VIRUS PROTECTION: The Company has installed virus protection software on its computers to check for viruses in, among other things, incoming e-mails and files attached thereto. Users should never disable, bypass or defeat this virus detection capability. Virus infection of a single PC has the potential to seriously infect and possibly disable the Company's entire computer system.

6. RECIPIENTS: E-mail messages should be transmitted only to individuals who need to receive them in furtherance of Company business. If you wish to reply to an e-mail received by a large number of people, such as a Company-wide distribution, do not select "Reply All" unless you are certain that the message

should be sent to every recipient on the list. Company personnel should maintain and use their e-mail address lists carefully. E-mails are very susceptible to erroneous addressing; it is extremely easy to address an e-mail message to the wrong addressee or group of addressees.

7. ARCHIVING: Under normal circumstances, the Company archives and backs-up e-mail messages on long-term data storage media. Because this is not in a form that permits expedient retrieval of individual messages, however, and also because circumstances may arise from time to time which prompt us to delete such archived materials, one should not consider the Company's process to be a substitute for the user's own individual e-mail archiving procedures.

8. INTERNET SECURITY: The Company takes special precautions to ensure the security of data transmitted over its internal computer communications equipment. External communications, however, are another matter: because of the public nature of the Internet, data transmitted over that medium are susceptible to interception by unintended recipients. Relatively secure transmission over the Internet often can be achieved through careful use of certain techniques, though, such as password protection of a Word document. Company personnel desiring to transmit sensitive material over the Internet are very strongly urged to utilize one or more of these techniques.

9. VIOLATIONS: Violations of this Policy may result in disciplinary action and can result in termination of employment.

10. AMENDMENTS: This Email Policy may be revised or amended at any time.