# Exhibit D



William J. Schwartz                                                                          Via Email
+1 212 479 6290
wschwartz@cooley.com


November 8, 2016

Michael I. Verde, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, New York  10022-2585

        Re:    *United States v. Martin Shkreli*, No. 15-cr-00637 (KAM)

Dear Mr. Verde:

        I write in response to your letter dated October 31, 2016.

        Except for the limited waiver contained in our letter to the government dated September 30, 2015, which is attached as Exhibit A to Katten's response to the motion to compel filed by Martin Shkreli, Retrophin continues to assert its attorney-client privilege in connection with its representation by Katten.

        We request the opportunity to review any production of documents Katten plans to make in response to the subpoena attached to your October 31 letter to assure that privileged communications are not inadvertently included.

Very truly yours,

William J. Schwartz


WJS:den

cc:     Ted S. Helwig, Esq. (via email)