# Exhibit E



# Katten
Katten Muchin Rosenman LLP

Direct Billing Inquiries to:  
Lisa Henry  
212-940-6636

575 Madison Avenue  
New York, NY 10022-2585

February 15, 2012

Retrophin, LLC  
Attn: Martin Shkreli  
330 Madison Avenue  
6th Floor  
New York, NY 10017

Invoice No. 1300913841  
Client No. 381676  
Matter No. 00001

FEIN: 36-2796532

**Re: License Agreements** (381676.00001)

For legal services rendered through January 31, 2012 ........................................... $49,313.00

Disbursements and other charges .................................................................................... $35.00

**CURRENT INVOICE TOTAL:** **$49,348.00**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales

Client: 381676 –                                                                                      Invoice No. 1300913841
                                                                                                      Invoice Date: February 15, 2012

## PROFESSIONAL SERVICES
Matter 00001: License Agreements

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 11 Jan 12 | Greebel, Evan L. | Review documents | 2.50 |
| 12 Jan 12 | Greebel, Evan L. | Retrophin-call w/ D. Buzkin and M. Shkreli, review documents and telik confi | 5.10 |
| 13 Jan 12 | Greebel, Evan L. | Retrophin--Conversation w/ W. Kaplan and M. Shkreli, review and edit confi and review documents and conversation w/ D. Bukzin | 5.40 |
| 17 Jan 12 | Greebel, Evan L. | Retrophin--review ligand license and warf draft license | 3.10 |
| 17 Jan 12 | Goldstein, Doron S. | Review Retrophin License Agreement and consider approaches. | 0.90 |
| 18 Jan 12 | Greebel, Evan L. | Retrophin--review license agreement and term sheet | 3.70 |
| 18 Jan 12 | Kim, Keun Dong | Project Candle Stick - draft due diligence request; discussions with E. Greebel; compile corporate governance book. | 1.50 |
| 18 Jan 12 | Goldstein, Doron S. | Call with E. Greebel regarding Retrophin License Agreement; review precedents. | 0.30 |
| 19 Jan 12 | Greebel, Evan L. | Retrophin--call w/ Ligand and review terms, edit WARF agreement | 7.10 |
| 19 Jan 12 | Goldstein, Doron S. | Review Retrophin License Agreement; correspondence regarding same. | 0.50 |
| 20 Jan 12 | Greebel, Evan L. | Retrophin--Conversation w/ D. Goldstein and M. Shkreli, review and edit WARF agreement and review and edit Ligand confi | 5.30 |
| 20 Jan 12 | Goldstein, Doron S. | Call & meeting with E. Greebel regarding Retrophin License Agreement; consider issues and approaches; revise agreement. | 3.20 |
| 21 Jan 12 | Greebel, Evan L. | Retrophin--conversation w/ D. Goldstein and M. Shkreli, review and edit WARF agreement | 2.10 |
| 21 Jan 12 | Goldstein, Doron S. | Review and revise Retrophin License Agreement; call with E. Greebel & M. Shekreli regarding same. | 0.90 |
| 22 Jan 12 | Greebel, Evan L. | Retrophin--conversation w/ M. Shkreli and D. Goldstein, review and edit WARF agreement | 1.90 |
| 22 Jan 12 | Goldstein, Doron S. | Review and revise Retrophin License Agreement; email same; review patent. | 0.90 |
| 23 Jan 12 | Greebel, Evan L. | Conversation w. M. Shkreli and D. Goldstein, review and edit WARF agreement | 4.10 |
| 24 Jan 12 | Greebel, Evan L. | Conversation w/ M. Shkreli, F. Russel, revew and edit confi and discuss patents w/ D. Goldstein | 2.90 |
| 26 Jan 12 | Greebel, Evan L. | Conversation w/ M. Shkreli and review BMS agreement | 2.10 |
| 26 Jan 12 | Goldstein, Doron S. | Review Ligand materials. | 0.70 |
| 27 Jan 12 | Sarney, Michael F. | Review e-mails re patent sublicense; discuss with D Goldstein | 0.30 |
| 27 Jan 12 | Greebel, Evan L. | Conversation w/ M. Shkreli, D. Goldstein, C. Berkman, review BMS documents and sublicense agreement | 3.40 |
| 27 Jan 12 | Goldstein, Doron S. | Call with E. Greebel re: Ligand license; review background materials; conference with M. Sarney regarding same; review background on U Minn patent. | 1.20 |
| 29 Jan 12 | Sarney, Michael F. | Review draft Patent Sublicense Agreement | 1.00 |

2

Client: 381676 –                                                                                       Invoice No. 1300913841
                                                                                                        Invoice Date: February 15, 2012

## PROFESSIONAL SERVICES
Matter 00001: License Agreements

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 29 Jan 12 | Goldstein, Doron S. | Review BMS License Agreement and Ligand Sublicense. | 2.10 |
| 30 Jan 12 | Sarney, Michael F. | Review Patent License Agreement and Sublicense Agreement; draft comments re agreements; discuss with D Goldstein; revise Sub License Agreement | 1.70 |
| 30 Jan 12 | Greebel, Evan L. | Review sublicense agreement | 2.10 |
| 30 Jan 12 | Goldstein, Doron S. | Review Ligand Sublicense; conferences with M. Sarney regarding same; conference with E. Greebel regarding same; review and revise sublicense. | 2.80 |
| 31 Jan 12 | Sarney, Michael F. | Review Term Sheet and Sub License royalty terms; discussed with D Goldstein | 0.30 |
| 31 Jan 12 | Greebel, Evan L. | Conversation w/ M. Shkreli and D. Goldstein, review and edit sublicense agreement | 5.50 |
| 31 Jan 12 | Goldstein, Doron S. | Review and revise Ligand Sublicense; correspondence regarding same. | 1.30 |
| | | **TOTALS:** | **75.90** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00001: License Agreements

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 42758 | Goldstein, Doron S. | 14.80 | 685.00 | $10,138.00 |
| 20222 | Greebel, Evan L. | 56.30 | 650.00 | $36,595.00 |
| 41659 | Kim, Keun Dong | 1.50 | 455.00 | $682.50 |
| 20096 | Sarney, Michael F. | 3.30 | 575.00 | $1,897.50 |
| | **TOTAL:** | **75.90** | | **$49,313.00** |

3

Client: 381676 –                                                                                    Invoice No. 1300913841
                                                                                                    Invoice Date: February 15, 2012

## DISBURSEMENTS
Matter 00001: License Agreements

| Date | Description | Amount |
|---|---|---:|
| 31 Jan 12 | Automated Document Preparation: 1/31/12 | 35.00 |
| | **TOTAL:** | **$35.00** |

## SUMMARY OF DISBURSEMENTS
Matter 00001: License Agreements

| | | |
|---|---|---:|
| Word Processing | | $35.00 |
| | **TOTAL:** | **$35.00** |

**MATTER TOTAL:**     **$49,348.00**

4

RP00175805



**Katten**
Katten Muchin Rosenman LLP

575 Madison Avenue
New York, NY  10022-2585

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 20222 - Evan L. Greebel | **Invoice No.:** | 1300913841 |
| **Client:** | 381676 - Retrophin, LLC | **Invoice Date:** | 15 Feb 12 |
| **Matter:** | 00001 - License Agreements | | |

**Current Invoice Charges:**   $49,348.00

**Wire Instructions:**
Reference: 381676.00001

JP Morgan Chase Bank
1211 Avenue of the Americas, 39th Floor
New York, New York 10036
Attn: Phillipa Wittock
Phone: 866-325-5939
ABA #021000021
Swift Code: CHASUS33

For Credit To: Katten Muchin Rosenman LLP
Operating Account
Account #967343933

When wiring a payment please fax a copy of the Remittance to Jean Monteforte at 212-940-6660

Please direct any billing inquiries to Lisa Henry at 212-940-6636