# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>MARTIN SHKRELI and EVAN GREEBEL,<br><br>Defendants. | 15-CR-637 (KAM)<br><br>**[Proposed] Order** |

THIS MATTER having come before the Court on Defendant Martin Shkreli's Motion to Compel the Law Firm Katten, Muchin Rosenman, LLP to Comply with a Document Subpoena (Dkt. 103) and the Court having considered the papers in support of the motion and the letters filed by the parties, together with their exhibits, as well as the arguments presented during the conference on November 22, 2016, and the Court having issued an Order on November 30, 2016 (Dkt. 120) (the "November 30 Order"),

IT IS HEREBY ORDERED that, pursuant to Rule 502(d) of the Federal Rules of Evidence, Katten Muchin Rosenman LLP's production of its communications with Martin Shkreli to Mr. Shkreli in accordance with paragraph 3(a) of the November 30 Order shall not constitute a waiver, in this or any other proceeding, of any attorney-client privilege or work-product protection that nonparty Retrophin, Inc. may have in such materials. This Order shall be interpreted to provide the maximum protection allowed by Rule 502(d) of the Federal Rules of Evidence.

**SO ORDERED:**

Dated: December __, 2016                    _____