

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| AES | *271 Cadman Plaza East* |
| F. #2014R00501 | *Brooklyn, New York 11201* |

February 8, 2017

<u>By Hand and ECF</u>

| | |
|---|---|
| Benjamin Brafman, Esq. | Reed Brodsky, Esq. |
| Marc Agnifilo, Esq. | Lisa Rubin, Esq. |
| Andrea Zellan, Esq. | Winston Chan, Esq. |
| Brafman & Associates, P.C. | Gibson Dunn |
| 767 Third Avenue, 26th Floor | 200 Park Avenue |
| New York, New York 10017 | New York, NY 10166-0193 |

Re: United States v. Martin Shkreli, <u>et al</u>.
<u>Criminal Docket No. 15-637 (KAM)</u>

Dear Counsel:

In accordance with Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. This disclosure supplements the government's earlier disclosure under cover of letters dated December 22, 2015, January 15, 2016, March 16, 2016 (Greebel), March 25, 2016 (Shkreli), April 28, 2016, June 2, 2016, June 15, 2016, July 19, 2016, August 5, 2016, September 22, 2016 and December 14, 2016. In addition, this disclosure is governed by the stipulations so ordered by the Court between the government and defendants (filed as Dkt. Nos. 44 and 47).

Enclosed is a DVD with copies of materials received from Retrophin, Inc., which have been Bates stamped R052286 - R057610.

Please note that these materials are encrypted; the government will provide passwords under separate cover.

                                                Very truly yours,

                                                ROBERT L. CAPERS
                                                United States Attorney
                                                Eastern District of New York

By:   /s/ Alixandra Smith
        Winston Paes
        Jacquelyn Kasulis
        Alixandra Smith
        Assistant U.S. Attorneys
        (718) 254-7000

Enclosure

cc:     Clerk of the Court (KAM) (via ECF) (w/o enclosure)