# Exhibit 2

WITHHELD FROM PUBLIC FILING BECAUSE DOCUMENT APPEARS AS ITEM NUMBER 3474 ON PRIVILEGE LOG OF MARTIN SHKRELI DATED JAN. 20, 2017