# Exhibit 3

| | |
|---|---|
| **From:** | **Steve Richardson** <███████████████> |
| **Sent:** | **Saturday, December 15, 2012 2:10 PM** |
| **To:** | **Martin@msmbcapital.com** |
| **Subject:** | **Re: hi** |

Hi M, Ok I have sent the wire instruction for Monday for $10,000.
Lets go with it as a loan, repayable by early January.
Please confirm safe receipt
See you during the week
S


-----Original Message-----
From: Martin Shkreli <Martin@msmbcapital.com>
To: Steve Richardson <███████████████>
Sent: Fri, Dec 14, 2012 2:24 pm
Subject: RE: hi

the other thing that would work is a loan - we'd give you the funds back by 12/31 - we just ran way short on this going public thing and they want their money ASAP

**From:** Steve Richardson [mailto:███████████████]
**Sent:** Friday, December 14, 2012 2:22 PM
**To:** Martin Shkreli
**Subject:** Re: hi

Hi M, really fun evening, thanks for making it happen, always good to see the team lets it hair down!

On the $50k, is this a sunk a cost, or further buy-in to the stock? I'll commit $10k and wire to you on Monday. Am I doing this on the agreement/wire instructions you just sent?

Will work with Nora to make sure we get time to have more fun next week

Excited to watch RTRX come to life!!!!
hugs
S

-----Original Message-----
From: Martin Shkreli <Martin@msmbcapital.com>
To: ███████████████>
Sent: Fri, Dec 14, 2012 1:36 pm
Subject: hi

thanks for last night. drinking was fun for once!!!
we are raising $50,000 from 5 people to cover an unexpected merger shell cost for Retrophin - Brent and the MSMB partners are so far in - is there any way you could support us as well? timeframe would be today/monday

also they assigned us a ticker symbol - on monday RTRX will be live!!! our very own company!!!!

Confidential - Rule 6(e) Grand Jury Materials
FOIA Confidential Treatment Requested