# Exhibit 4

**From:**  Martin Shkreli <Martin@msmbcapital.com>
**Sent:**  Monday, December 17, 2012 2:23 PM
**To:**  ███████████████
**Subject:**  loan

we received $10,000 and are booking it as a loan

Confidential - Rule 6(e) Grand Jury Materials
FOIA Confidential Treatment Requested

SR001302