# Exhibit 6

WITHHELD FROM PUBLIC FILING BECAUSE DOCUMENT APPEARS AS ITEM NUMBER 2287 ON PRIVILEGE LOG OF MARTIN SHKRELI DATED JAN. 20, 2017