# Exhibit 8

Bus Platinum Privileges



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

🕽  1.888.BUSINESS (1.888.287.4637)

🖱  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

MSMB HEALTHCARE LP
330 MADISON AVE FL 6
NEW YORK, NY  10017-5041

## Your Business Economy Checking
## Bus Platinum Privileges

for November 1, 2015 to November 30, 2015                                             Account number: ███████9143
**MSMB HEALTHCARE LP**

### Account summary

| | |
|---|---:|
| Beginning balance on November 1, 2015 | $772,860.25 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -15.00 |
| **Ending balance on November 30, 2015** | **$772,845.25** |

# of deposits/credits: 0
# of withdrawals/debits: 1
# of deposited items: 0
# of days in cycle: 30
Average ledger balance: $772,847.75



Small Business
Online Banking

**TIP OF THE MONTH**

### Take a simple step to help avoid overdraft fees



An overdraft can happen to any business. To help prevent overdraft fees, set up email, text and Mobile Banking app alerts to keep track of transactions and balance changes.*

To learn more and set up Overdraft Protection for your eligible accounts, visit **bankofamerica.com/businessODP** today.

*Alerts received as text messages may incur a charge from your service provider. The Mobile Banking app and Mobile Banking app alerts are not available on select devices. Mobile Banking app alerts are not available on the mobile website.  AR9LLTXQ | SSM-02-15-0019.K

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2015 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



# Your checking account

**MSMB HEALTHCARE LP**  |  Account # ███████9143  |  November 1, 2015 to November 30, 2015

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 11/06/15 | ONLINE BUSINESS SUITE ACCT MGMT SERVICES | -15.00 |

**Total service fees** — **-$15.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|
| 11/01 | 772,860.25 | 11/06 | 772,845.25 |

✓ To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

## How can we improve your business banking?

You can help us improve our products and services by joining the **Bank of America® Advisory Panel**. And just for joining, you'll be entered into a drawing for a chance to win a $3,000 cash prize.[1]

To learn more and join, enter code **SBDD** at **bankofamerica.com/advisorypanel** today.

[1]No purchase necessary. Sweepstakes ends 1/31/2016. Open to all U.S. residents, 18 years of age or older. For official rules and entry go to bankofamerica.com/advisorypanel. Void where prohibited. ©2015 Bank of America Corporation        ARLDSJH6  |  SSM-08-15-0429.B

This page intentionally left blank