# Exhibit 9

**From:**          **Kevin Mulleady**
**Sent:**          **Thursday, March 31, 2011 12:13 AM**
**To:**            **Martin Shkreli**
**Subject:**      **RE: EAPD - amazing**

On phone with Andrew docs coming over now.  We will have tonight.

**From:** Martin Shkreli
**Sent:** Wednesday, March 30, 2011 8:07 PM
**To:** Kevin Mulleady
**Subject:** RE: EAPD - amazing

You can be the bad guy all you want but forwarding my message removes my plausible deniability

**From:** Kevin Mulleady
**Sent:** Wednesday, March 30, 2011 8:06 PM
**To:** Martin Shkreli
**Subject:** RE: EAPD - amazing

Sometimes you have to loss it a little bit to get ppl to perform

**From:** Martin Shkreli
**Sent:** Wednesday, March 30, 2011 8:03 PM
**To:** Kevin Mulleady
**Subject:** RE: EAPD - amazing

These things take time and I think they took the 'second close date' of 4/30/2011 as free license to basically move the project to that due date

**From:** Kevin Mulleady
**Sent:** Wednesday, March 30, 2011 8:01 PM
**To:** Martin Shkreli
**Subject:** RE: EAPD - amazing

NO FUCK THAT!!!!!!

**From:** Martin Shkreli
**Sent:** Wednesday, March 30, 2011 8:01 PM
**To:** Kevin Mulleady
**Subject:** RE: EAPD - amazing

Was meant for me and you. didn't really want to bother them…

**From:** Kevin Mulleady
**Sent:** Wednesday, March 30, 2011 7:58 PM
**To:** AGrumet@eapdlaw.com
**Subject:** FW: EAPD - amazing

CONFIDENTIAL

R021202

**From:** Martin Shkreli
**Sent:** Wednesday, March 30, 2011 7:37 PM
**To:** Kevin Mulleady
**Subject:** EAPD - amazing

Still no PPM even though I explicitly said 31st is the last day. Amazing. Making me look awful.

Martin Shkreli

R021203