# Exhibit 13

FEDERAL BUREAU OF INVESTIGATION

Date of entry   02/11/2015

On January 29, 2015, MARTIN SHKRELI, Chief Executive Officer (CEO), TURING PHARMACEUTICALS (TURING), ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████, was interviewed at the United States Attorney's Office (USAO), Eastern District of New York (EDNY), by Special Agent (SA) Christopher S. Delzotto, SA Michael C. Braconi, Assistant United States Attorney (AUSA) Winston Paes, AUSA Alixandria Smith, and Paralegal Amelia Clark.  After being advised of the identity of the interviewing officials and the nature of the interview, SHKRELI stated the following:

SHKRELI contacted EDNY to set up the captioned interview because of a published Bloomberg article titled, "Retrophin (RTRX) Founder Said Probed Over Securities Dealings." SHKRELI's goal of the captioned interview was to get to the bottom of the aforementioned article.  SHKRELI also believed that there were erroneous assumptions made in the article titled, "Biotech Company Retrophin Fired CEO Because of Stock Irregularities", authored by PAUL BARRETT. SHKRELI was not sure what stock irregularities took place. RTRX's Board of Directors (BOD) never once brought up securities violations in conversations with SHKRELI.

In or around September 30, 2014, STEVE RICHARDSON and STEVE ASELAGE visited SHKRELI in his RTRX office. RICHARDSON and ASELAGE informed SHKRELI that they no longer wanted SHKRELI to remain as the CEO of RTRX. RICHARDSON said something to the effect of, "I think it is time for someone else to become the CEO of RTRX." SHKRELI was disappointed because he built the RTRX business. SHKRELI single-handedly grew RTRX's share price from $3 per share to $25 per share. RTRX also became a leader in the bio-technology industry under SHKRELI. SHKRELI responded to RICHARDSON and ASELAGE by asking the question, Have you asked the shareholders? RICHARDSON and ASELAGE told SHKRELI that they were not planning on obtaining any additional input from

| Investigation on | 01/29/2015 | at | Brooklyn, New York, United States (In Person) |
|---|---|---|---|

File # 318D-NY-4644148   Date drafted 02/03/2015

by DELZOTTO CHRISTOPHER S, Michael C. Braconi

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

RTRX shareholders about whether or not SHKRELI should step down as RTRX's CEO. SHKRELI asked ASELAGE and RICHARDSON why they wanted him to step down as CEO. ASELAGE and RICHARDSON explained to SHKRELI that he does not listen to RTRX's BOD. The BOD wanted SHKRELI to stop tweeting online and he refused. RTRX's BOD cared more about their image, than creating value for its shareholders. Around this time, SHKRELI was busy working on a $1 billion deal with NOVARTIS. The conversation was concluded when SHKRELI wished ASELAGE and RICHARDSON good luck. The result of this conversation led SHKRELI to start his own company. Many people believed RTRX lost its best asset the day SHKRELI was fired. After SHKRELI was fired by RTRX, he began contacting RTRX investors to understand whether or not stepping down as RTRX's CEO was what they wanted. SHKRELI asked a number of RTRX investors to contact the BOD and make their voices heard. The RTRX shareholders were less supportive of SHKRELI than SHKRELI thought they would be. JIM SILVERMAN at OPAL EYE and QVT supported SHKRELI as CEO. BROADFIN CAPITAL was less supportive of SHKRELI, and DAVID CHEN was undecided. SHKRELI believed that ASELAGE was not the best choice to become RTRX's next CEO because he was a sales guy and lacked creativity.

RTRX's top shareholders included SHKRELI, DAVID CHEN (GENECIN), PERCEPTIVE LIFE SCIENCES (PLS), BROADFIN CAPITAL, and RISK REWARD CAPITAL.

Prior to RTRX's acquisition of MANCHESTER PHARMACEUTICALS (MP) was made public, SHKRELI did share this information with some of his constituents, like QVT. SHKRELI was careful not to use the name, MP, when discussing the potential deal. SHKRELI was always careful to warn shareholders prior to divulging any material, non public information to them. Some shareholders, like ADAM STONE at PLS, would ask SHKRELI prior to discussing potential transactions, whether or not SHKRELI was going to discuss inside information so he was aware of it beforehand.

The morning the press release was made public about SHKRELI's firing, SHKRELI invited some RTRX employees to his apartment to discuss a potential proxy fight over SHKRELI's firing. MICHAEL SMITH, JUSTIN DEMARTINO, MAREK BIESTEK, COURTNEY BOND, and EDWIN URUTIA, all members of RTRX's Business Development team, who were responsible for identifying all of RTRX's assets, were all present at the meeting held in SHKRELI's apartment. SMITH offered a suggestion to the group, which was, Do whatever brought them the most money.

SHKRELI believed his three year employment agreement with RTRX did not allow him to be fired unless he was convicted of a crime. SHKRELI thought about suing RTRX because the firing came without warning, for no good

reason, and, based on the employment contract, RTRX had no ability to fire SHKRELI. Rather than fire SHKRELI, RTRX eventually decided to put SHKRELI on leave.

The conclusion of RTRX and SHKRELI parting ways was a settlement. Part of the settlement was RTRX agreed to sell three of their assets to SHKRELI for use in SHKRELI's new company, TURING. RTRX wanted to remain a small company. The key to the settlement was that SHKRELI could continue to negotiate with BAYER, a German bio-technology company, that owned a good drug prospect that SHKRELI remained interested in. RTRX sent SHKRELI a list of drugs that he could not negotiate on. SHKRELI also agreed to pay RTRX $3 million and has already paid $1 million.

In an article titled, "Ousted Retrophin CEO Sold Stock While Urging Investors to Buy", author ADAM FEUERSTEIN leaked inside information to the public. Around the time of the article, TURING raised $58 million to buy Biltricide from German drug giant BAYER but the deal never wound up materializing. SHKRELI received a call from BAYER and they referenced FEUERSTEIN's article as the reason why they were calling the deal off. BAYER claimed that they were not aware that SHKRELI was planning to raise Biltricide's price so drastically. SHKRELI's offer to BAYER was for 23 times value. The offer was a premium price to pay to BAYER because similar drugs were bought for 4 times value. SHKRELI believed RYAN LANE, EMPREY CAPITAL MANAGEMENT, leaked the BAYER deal to FEUERSTEIN even after LANE signed a Non-Disclosure Agreement (NDA) with RTRX.

SHKRELI started TURING to pursue the BAYER deal. However, SHKRELI acquired four drugs, Ketamine, Oxytocin, Vecamyl, and Stiripentol, from RTRX, to add to TURING's portfolio.

TURING hired ROTH CAPITAL to sell private shares of TURING.

TURING recently hired STEVE THOMAS as its Chemist.

At the captioned interview, SHKRELI produced an email titled, "Where are we?", dated September 18, 2014, from MEG VALEUR-JENSEN. JENSEN was RTRX's General Counsel. The aforementioned email referenced RTRX's stock option plan. RTRX had the ability to issue up to 3 million stock options. RTRX's Chief Financial Officer, MARC PANOFF, was responsible for monitoring the stock option plan, making sure RTRX did not issue more shares than it was allowed to. This email discussed the fact that RTRX either came close to or actually issued more than the 3 million shares allowed. PANOFF had no idea how many options RTRX had issued. ASELAGE thought this was a huge issue. SHKRELI thought it was something that could be fixed, possibly by cancelling some of the outstanding stock options. The issuance of more shares than allowed by RTRX was echoed in this email and what SHKRELI

318D-NY-4644148

Continuation of FD-302 of  Interview of Martin Shkreli  , On  01/29/2015 , Page  4 of 8

believed BARRETT was alluding to in his story, "Biotech Company Retrophin Fired CEO Because of Stock Irregularities." SHKRELI explained that NASDAQ allowed inducement grants, when a company like RTRX issued more options than they were allowed to. However, the inducement grants must be publicized by the issuance of a press release. SHKRELI hired PANOFF. SHKRELI berated PANOFF often because PANOFF could not put together a budget, could not talk to investors, and could only perform standard accounting functions. Toward the end of his employment with RTRX, PANOFF "mailed it in."

TIM PIEROTTI worked for MSMB. PIEROTTI stole millions from SHKRELI. SHKRELI gave PIEROTTI shares in RTRX equivalent to a five percent ownership stake. The very next day, after PIEROTTI received the RTRX shares from SHKRELI, PIEROTTI stopped showing up at RTRX's office. PIERROTTI wound up settling with SHKRELI, paying SHKRELI millions. PIEROTTI was in terrible financial shape personally so SHKRELI gave PIEROTTI a check for $5,000, which PIEROTTI cashed. SHKRELI confronted PIEROTTI on the telephone and threatened him. SHKRELI never crossed the line. SHKRELI did write PIEROTTI's wife a letter. SHKRELI suspected that PIEROTTI dumped the RTRX shares that SHKRELI gave him.

SHKRELI and, maybe MAREK BIESTEK, decided on the RTRX stock split amongst employees. Other RTRX employees wanted stock too. JACKSON SU begged for stock, received RTRX stock, and then abruptly quit. SU sued SHKRELI over salary and benefits.

SHKRELI explained the title of the article, "Ousted Retrophin CEO Sold Stock While Urging Investors to Buy", authored by FEUERSTEIN, was not true. SHKRELI never sold RTRX stock around September 30, 2014. Around this time, SHKRELI had just been fired by RTRX. SHKRELI tweeted to the street because he wanted investors to know that he was not just going to dump his RTRX stock after being fired. If SHKRELI dumpled his RTRX stock, the stockholders would lose. In or around September or October 2014, SHKRELI filed a Form 4 because he bought RTRX shares. SHKRELI liked Twitter because it allowed for massive communications. Most of SHKRELI's tweets are not RTRX-related, they are about every day things.

SHKRELI tweeted, "Not selling RTRX. The stock is very very, cheap. The revenue generating assets alone are worth >$25/ share with a very onerous EOL assumption." In this tweet, SHKRELI was trying to tell RTRX shareholders not to worry, but he also wanted to tell investors why he left RTRX.

SHKRELI could care less about what RTRX's share price went to because he built a billion dollar company because he was smart and resourceful.

SHKRELI000005

About 45 days after SHKRELI was fired by RTRX, he dumped about 50 percent of his shares in RTRX to raise money for the Bayer deal.

SHKRELI used a Trader at UBS named ED PAINTER.

On September 9, 2014, SHKRELI engaged in a swap transaction. UBS agreed to loan SHKRELI money for collateral in RTRX share. UBS had a right to buy the shares at a certain ceiling and SHKRELI had a right to sell the shares at a certain floor.

On December 13, 2013, JUSTIN DEMARTINO, a member of RTRX's Business Development team, found a promising deal. The deal was MANCHESTER PHARMACEUTICALS (MP) and the drug was Chenodal. SHKRELI did some modeling on Chenodal and believed the drug was mis-priced. Mostly SHKRELI and DEMARTINO worked on this deal. RON TILLES worked as RTRX's chief negotiator with MP. MP was a very secretive comapny. The two Principals at MP were KEN GREATHOUSE and BRIAN LAST NAME UNKNOWN (LNU). RTRX paid MP 12 times its sales price. SHKRELI worked mostly on the price negotiation with MP. Everyone employed by RTRX knew alot about the MP deal including: BOND, URUTIA, DEMARTINO, SMITH, BIESTEK, and PANOFF. RTRX sent MP an email offering $30 million for their company. The email cut straight to the point and banks were not involved. MP was nervous about the seriousness of the bid and did not know RTRX as a company. Chenodal was a similiar drug to that of INTERCEPT's drug.

In or around December 2013, SHKRELI bought about 150,000 RTRX shares from TOM FERNANDEZ, BIESTEK, and TILLES. SHKRELI wanted to increase his ownership stake in RTRX. SHKRELI did not have to pay cash for the stock until a future date in time. They called it a forward. SHKRELI filed a Form 4 because he was going to take control of the stock in the forward transaction within 12 months. This transaction never actually took place.

In or around March 2006, SHKRELI opened and operated a hedge fund called ELEA CAPITAL. It did not perform. SHKRELI lost $2 million. It was open for about a year. SHKRELI was the lone Portfolio Manager.

On November 1, 2009, SHKRELI started MSMB, another hedge fund. MSMB started with $350,000. MSMB was split between MSMB CAPITAL MANAGEMENT and MSMB HEALTHCARE. MSMB CAPITAL MANAGEMENT solicited approximately $3 or $4 million worth of investor contributions. MSMB HEALTHCARE solicited approximately $4 or $5 million worth of investor contributions. SHKRELI lost a lot of the money invested with MSMB because of his trading. On or around February 1, 2011, SHKRELI had a large loss in Orexigen.

When RTRX was founded, the decision on who would own RTRX shares had to be made. It was decided that RTRX's founders would own most of RTRX's

stock. Both MSMB funds bought shares in RTRX. RTRX was split into RTRX INC. and RTRX LLC. Shortly after RTRX was formed, MSMB received shares in RTRX and investors encouraged it. At this point in time, DARREN BLANTON was not happy with MSMB. BLANTON wanted his money back. BLANTON called the Securities and Exchange Commission (SEC). SHKRELI has since patched up his relationship with BLANTON. BLANTON now wants to invest in TURING.

In terms of performance, SHKRELI did not misrepresent MSMB to its investors. MSMB investors were excited about RTRX, they knew about it. Investors wanted SHKRELI to form a drug company. Monthly MSMB investors received statements. SHKRELI calculated the performance of the fund himself, using Excel. SHKRELI used an accounting principal, called Last Cell Principal, that utilized the value of the last share sold. An alternative to the Last Cell Principal was a calculation based on the cost basis. FRED HASSAN and BRENT SAUNDERS agreed to buy RTRX shares for $20 per share. RTRX utilized NAV CONSULTING and VALUATION RESEARCH CONSULTANTS, outside firms, to valuate RTRX, even when the company was private.

In or around September 2012, RTRX wanted to purchase a suite of drugs from VALIENT (VRX). SHKRELI also wanted to go public with RTRX through a reverse merger. The reverse merger was a faster process than the Initial Price Offering (IPO) process. RTRX needed to go public fast to close the VRX deal. If RTRX went public, there was a lot more investors available to finance the company. The VRX deal was not completed. RTRX and LIGAND PHARMACEUTICALS (San Diego) licensed drugs together.

Regarding RTRX's reverse merger, JACKSON SU completed all of the applicable paperwork. EVAN GREEBEL was the attorney RTRX used. Auditing firms, CITRON COOPERMAN and MARKUM, also worked on the reverse merger. KEVIN MULLEADY, who received a 5 percent ownership stake in RTRX, worked to identify potential shells RTRX could use to go public. MULLEADY now works at TURING. RTRX used the DESERT GATEWAY (DG) shell to go public. SHKRELI dealt with MICHAEL FEARNOW, who owned the DG shell. SHKRELI picked the DG shell from amongst the shells MULLEADY identified. The DG shell was not necessarily the cheapest shell and it gave RTRX stock to FEARNOW. RTRX had common and preferred stock issued. The RTRX common stock was used for the founders and employees.

DG had a convertible note attached to it. FEARNOW owned the note. The note converted to 2.5 million unrestricted shares of DG. The note was split into 5 percent stakes in RTRX, amongst approximately five to seven people. The note was used to create an additional 2.5 million RTRX shares. There was 5 million DG shares converted into RTRX shares. The unrestricted stock

was preferred to the restricted stock. The note yielding the unrestricted stock was not the main reason for selecting the DG shell. GREEBEL was on the DG deal and ROTH CAPITAL facilitated it.

BIESTEK, TILLES, FERNANDEZ, MULLEADY, PIEROTTI, VAINO, and EDMUND SULLLIVAN all received a piece of the 2.5 million unrestricted RTRX shares. The unrestricted shares were used to give RTRX employees an incentive when RTRX went public. SHKRELI expected those who received the unrestricted RTRX shares not to trade them. The individuals who received the 2.5 million unrestrcited RTRX shares bought the shares from FEARNOW for one penny each, not from SHKRELI. SHKRELI made the decision on who would receive the unrestricted RTRX shares from FEARNOW.

RTRX's BOD, which was comprised mostly of SHKRELI and maybe STEVE ASELAGE, thought the DG shell was the best way for RTRX to go public. SHKRELI thought it would be disrespectful for the RTRX unrestricted stockholders to sell the shares they were given because RTRX was going through Private Investment in Public Equity (PIPE) financing at the time. SHKRELI gave what he desrcibed as an "over-the-wall" notice to everyone at RTRX who was in the possession of inside information about the PIPE financing. SHKRELI did not expect anyone to sell who was in the possession of this inside information.

PIEROTTI told SHKRELI and BIESTEK that he considered the unrestricted RTRX shares as "found money." PIEROTTI did not think he could get any money for the unrestricted RTRX shares given to him. SHKRELI was not happy with PIEROTTI when PIEROTTI dumped his unrestricted RTRX shares. SHKRELI viewed the unrestricted RTRX shares as an employee stock ownership plan. SHKRELI called PIEROTTI and asked for the RTRX shares back. SHKRELI even told PIEROTTI that he could return his unrestricted shares to FEARNOW. Once PIEROTTI received the unrestricted RTRX shares, PIEROTTI did not show up to work again to perform his duties. The unrestricted RTRX shares, of which PIEROTTI recieved a portion, was a way to give RTRX employees an incentive. SHKRELI did not actively look for shells with unrestricted shares attached to them.

SHKRELI gave what he described as an "over-the-wall" notice to all RTRX employees about trading on material, non-public information. The "over-the-wall" notice was given to all seven RTRX employees who received unrestricted RTRX shares.

At the end of the day, no investor in RTRX or MSMB has ever lost money.

(Administrative Note: At the captioned interview, SHKRELI passed out hard copies of the following: 1) An article titled, "Ousted Retrophin CEO

318D-NY-4644148

Continuation of FD-302 of  Interview of Martin Shkreli ,On  01/29/2015 , Page  8 of 8

Sold Stock While Urging Investors to Buy," authored by Adam Feuerstein; 2) A Bloomberg article titled, "Retrophin Founder Said Probed Over Securities Dealings; 3) An email, subject line: Where are we?, from Meg Valeur-Jensen, dated September 18, 2014; 4) A screen-shot from the USPTO Patent Full-Text and Image Database (U.S. Patent 8,673,883); 5) An article titled, "Biotech Company Retrophin fired CEO Because of Stock Irregularities," authored by Paul Barrett. All documents are attached hereto.)