# Exhibit 14

Martin Shkreli beefs with Ghostface Killah, TMZ - CBS News

By **ANDREA PARK** / **CBS NEWS** / January 29, 2016, 5:17 PM

# Martin Shkreli beefs with Ghostface Killah, TMZ



Martin Shkreli (C), chief executive officer of Turing Pharmaceuticals and KaloBios Pharmaceuticals Inc, departs U.S. Federal Court after an arraignment following his being charged in a federal indictment filed in Brooklyn relating to his management of hedge fund MSMB Capital Management and biopharmaceutical company Retrophin Inc. in New York in this December 17, 2015, file photo.   /   **REUTERS**

Martin Shkreli keeps stirring the pot, and this time, his beef is with both rapper Ghostface Killah, of Wu-Tang Clan, and celebrity gossip site TMZ.

Shkreli, who is the owns the only copy of the Wu-Tang album "Once Upon a Time in Shaolin," created a video in which he threatened to remove all of Ghostface Killah's work from the album. The rant was in response to Ghostface's calling Shkreli a "s***head."

In the video, Shkreli is holding a glass of wine and backed up by three men who are all wearing masks in the video.

"Most people don't ever try to beef with me," warns Shkreli. "Do you know why? Why do you guys think?" Shkreli turns to his hype men and one shouts, "They ain't

stupid!" while Shkreli responds, "Because my buddy [Ghostface] is that dumb."

"That's a big mistake," Shkreli continues. "You're trying to reclaim your spotlight from my spotlight. That's not going to work, Ghost."

Then Shkreli threatens to erase Ghostface from the album.

"You're my son," he says. "You have to listen to me. I butter your bread."

One of the hype men shouts, "You be a ghost for real, mother f***er," ostensibly threatening to kill the rapper.

Shkreli demands a written apology "from the heart," and one of his goons notes, "Not in crayons, neither!"

Later, Shkreli video-chatted with TMZ boss Harvey Levin and two other staffers on TMZ Live, where they asked him if he was worried about making a threat while he is on bail; Shkreli was charged with securities fraud and conspiracy in a case stemming from one of his previous drug companies.

But Shkreli said he and Ghostface simply exchanged words and that he was not making a criminal threat.

When Levin asked Shkreli about the Wu-Tang album, he answered that it was none of his money: "I paid the money so you won't know."

Later, when one staffer asked Shkreli if he was worried about the repercussions of threatening rappers, he said, "No, *they're* worried about the repercussions," and called the interviewer disrespectful. He also added that he's not worried at all about the criminal prosecution. All three of the TMZ reporters laughed loudly during the entire video chat.