# Exhibit 15

Case 1:15-cr-00637-KAM   Document 160-15   Filed 02/17/17   Page 2 of 3 PageID #: 1350

**OPINION   EDITORIAL**

# Martin Shkreli's fall is cause for rejoicing left and right

By Post Editorial Board                                           December 17, 2015  |  8:57pm



Martin Shkreli
Splash News

If you want to play the big free-market bad boy, don't have a dirty past: That looks to be the lesson of Martin Shkreli's fall.

Turing Pharmaceuticals CEO Shkreli won infamy for boosting the price of a key anti-AIDS drug into the stratosphere — then bragging about it. But on Thursday, the Securities and Exchange Commission had him arrested for securities fraud.

The US attorney alleges the 32-year-old Brooklynite used profits from his old firm Retrophin Inc. as a "personal piggy bank" to pay investors in his hedge fund.

The feds will have to make their case, but much of America will be happy to see Shkreli behind bars. In September, word broke that he'd hiked the per-pill price for Daraprim — a 62-year-old drug now used to fight AIDS — from $13.50 to $750. That may have been legal, but it sure was dumb.

Shkreli's shameless huckstering and self-promotion only stoked the rage. Hillary Clinton, Bernie Sanders, et al. naturally rushed to make this jerk the face of the pharmaceutical industry, or capitalism itself.

Yet capitalism was riding to the rescue: Other firms were rushing cheaper generics to the market.

He's now charged for activity that predates the Daraprim affair. The allegations, if proven true, show that he's not just greedy and slimy, but a crook.

If so, let Shkreli rot in prison. For once, left and right will unite — in cheers.