# Exhibit 17

# Martin Shkreli's greatest hits of his absolute worst moments



Martin Shkreli is escorted by law enforcement agents in New York Thursday, Dec. 17, 2015, after being taken into custody following a securities probe.

IMAGE: CRAIG RUTTLE/ASSOCIATED PRESS

BY JASON ABBRUZZESE AND HEIDI MOORE
DEC 17, 2015

Martin Shkreli, the internet's most hated pharma bro, was arrested this morning on charges of securities fraud, demonstrating that karma is very real.

While Shkreli's arrest has to do with his previous business ventures — for which he allegedly misappropriated money — and not his unconscionable attempts to raise drug prices, but it's worth revisiting all the ways in which he has ticked off everyone on the internet. Herewith, a handy guide to Shkreli's worst moments.

### Buys rights to Daraprim, raises price 4,000%

September 19, 2015 was a simpler time. Donald Trump had not yet called for Muslims to be banned from entering the U.S. Adele fans were still anticipating her new album. Nobody really knew the name Martin Shkreli.

The next day, the world would be changed forever.

On September 20, the *New York Times* published a story on Shkreli and his company, Turing Pharmaceuticals. Turing had purchased the rights to Daraprim, a drug used to treat parasitic infections. It then raised the price to around $750 per pill. Shkreli claimed that doing so would provide the company would money to research new drugs. Few believed him.

### Says he'll lower the price, backtracks on that claim

Following the report on the price, just about everybody piled on Shkreli. Hillary Clinton and Bernie Sanders called him out personally. Other pharma execs said he represented the worst part of their industry. The media could barely get enough.

So just three days later, Shrkeli relented. He said that he would lower the price. It seemed like he had to. Otherwise, he would have quickly become the most hated man in America not named Trump.

But something was sketchy. He did not say when or by how much he would reduce the price.

### Claims Daraprim will be free for people who need it

The plot thickened as Shkreli insisted that his plan all along was to offer Daraprim for free for people who couldn't afford it — a detail he had strangely failed to mention in his previous communiques about his intentions — and which by the way, wouldn't really work.

> I like to stir the pot, but I would never, ever price a drug beyond a sick person's reach.
>
> — Martin Shkreli (@MartinShkreli) December 16, 2015

> If you can afford our drugs with insurance, great. If you can't, you can have it for free. Our system works.
>
> — Martin Shkreli (@MartinShkreli) December 16, 2015

> @MartinShkreli bro, not a hater but isn't the costs to insurance eventually passed down to the consumer?
>
> — Bill Cullen (@oracle_head) December 16, 2015

### Bernie Sanders gives back a Shkreli donation

There was a brief time when it seemed Shkreli might try to rehab his image instead of going full-on cartoon megavillain.

He publicly announced that he would be donating $2,700 to the presidential

campaign of Senator Bernie Sanders, a politician that has criticized the pharmma industry and called for price caps on drugs. Shkreli told CNN that he hoped the donation would allow him to meet Sanders so they could discuss the drug industry.

Sanders said he would not accept the money, instead donating it to a health clinic.

Shkreli reacted with his usual level of outrage.

> SO ANGRY AT @BernieSanders I COULD PUNCH A WALL!!!!!!!!!!!!!!!!!!!!!!!1
>
> — Martin Shkreli (@MartinShkreli) October 18, 2015

## Feuding with Wu-Tang Clan's RZA

When it came out that Shkreli had purchased a one-of-a-kind Wu-Tang Clan album for $2 million, the hip hop community was not very pleased that the soon-to-be-arrested pharma dude would own the mysterious collection of almost never-before-heard tracks.

Members of the Wu-Tang Clan didn't seem particularly happy about it either. RZA, who formed Wu-Tang and led production of the album, released a statement saying that Shkreli's business practices had not been made public when they had agreed to the deal.

Shkreli took it as a slight and another opportunity to make headlines. In an interview with website HipHopDX, Shkreli fired back.

"What the fuck does that mean?" Shkreli said when asked about the email. "I fucking make money. That's what I do. That's why I can fucking afford a fucking $2 million album. What do you think I do, make cookies? No, motherfucker. I sell drugs. [Laughs] I felt insulted."

RZA did not provide much of a response apart from the tweet below, a reference to an Internet rumor that Wu-Tang or Bill Murray were allowed one attempt to steal the album back.

Shkreli went on to say — and to retweet his own quote — about the Wu-Tang Clan, "if I hand you $2 million, fucking show me some respect. At least have the decency to say nothing or 'no comment.'"

> "If I hand you $2 million, fucking show me some respect. At least have the decency to say nothing or 'no comment.'"
> https://t.co/yr4UVdMDxe
>
> — Martin Shkreli (@MartinShkreli) December 16, 2015

A hedge-fund bro freely calling out a member of the Wu-Tang Clan is not a world we want to live in.

## Disrespecting Taylor Swift

In that same interview, Shkreli said that he would let Taylor Swift listen to the album in return for sexual favors. We don't feel the need to give those comments much more attention, so just use it as a reminder that he's a pretty awful person.

## Says he will bail out imprisoned rapper Bobby Shmurda

Harder to do in Shkreli's current circumstances.

## His Twitter feed is a biohazard site

A toxic mix of hubris, arrogance, insults and self-promotion, Shkreli's twitter feed is a Trumpian spectacle of narcissism and lack of self-awareness. He is an active tweeter, which gives ample ammunition for his enemies.

> pretty much https://t.co/mkTDZOWS4q
>
> — Martin Shkreli (@MartinShkreli) December 14, 2015

> @SidizenKane i am the original internet troll, child.

> — Martin Shkreli (@MartinShkreli) December 14, 2015

> @mugatushair dude they don't even want me to testify in front of congress for fear of the verbal destruction which would lie in the wake
>
> — Martin Shkreli (@MartinShkreli) December 12, 2015

### Called himself a more successful Albanian than Mother Teresa

"You know I'm Albanian? I'm the most successful Albanian ever to walk the earth," Shkreli once said with his usual understatement.

*Fortune* investigated his claim and found it to be — surprise! — untrue, citing numerous Albanians including Jim and John Belushi, Regis Philbin, Eliza Dushku and Mother Teresa. When challenged by Fortune on whether Shkreli really considered him more successful than Mother Teresa, who saved lives, Shkreli replied, "Financially? I believe she prided herself on having no worldly possessions."

> @ben_geier financially? i believe she prided herself on having no worldly possessions. MIX TAPE OUT 2016
>
> — Martin Shkreli (@MartinShkreli) December 16, 2015

Depending on the outcome of the securities fraud investigation, Shkreli may soon find himself in the same boat.

**TOPICS:** BUSINESS, MARTIN SHKRELI