# Exhibit 20

Case 1:15-cr-00637-KAM Document 160-20 Filed 02/17/17 Page 2 of 3 PageID #: 1396

some



ENTERTAINMENT (/ENTERTAINMENT/) > CELEBRITIES (/ENTERTAINMENT/CELEBRITIES/)

# Martin Shkreli is going to be Katy Perry's 'new right-wing boyfriend?' Ew. (http://www.someecards.com/entertainment/celebrities/martin-shkreli-offered-to-be-katy-perrys-bf-lily-allen/)

Filed by **Myka Fox (/author/mykafox)** | Nov 09, 2016 @ 4:00pm

SHARE

MORE

Last night, singer and badass Katy Perry reacted to the election results like so many women who are terrified about what a Hillary Clinton loss could mean, and tweeted that she was crying her eyes out.



2/17/2017 'Martin Shkreli Is Going To Be Katy Perry's New Right-Wing Boyfriend?' Ew. | Someecards Celebrities

Case 1:15-cr-00687-KAM Document 160-20 Filed 02/17/17 Page 3 of 3 PageID #: 1397

Cue AIDS-meds-gouging (http://www.someecards.com/news/so-that-happened/turing-pharmaceuticals-price-increase/), Kurt Cobain-legacy-witholding (http://www.someecards.com/news/politics/martin-shkreli-donald-trump-unreleased-nirvana-tracks/), Martin "Pharma-Clown" Shkreli, offering up his greasy shoulder for Perry's falsies to fall on.

> As your new right-wing boyfriend, I will comfort you. https://t.co/wRJa22UOIG (https://t.co/wRJa22UOIG)
>
> — *Martin Shkreli (@MartinShkreli)* November 9, 2016 *(https://twitter.com/MartinShkreli/status/796390475460591616)*

Ewwwww. Time and place, Shkreli. The time for you to hit on Katy Perry is never. And the place for you to hit on Katy Perry is nowhere. She doesn't need you. Sit your butt down and go back to begging your exes to let you give them oral for $10K (http://www.someecards.com/love/dating-relationships/martin-shkreli-girlfriend-oral/).

Fortunately, singer British singer Lily Allen reached across the Atlantic to smack him in his smirking cheeks



Get him.

© Copyright 2017 Someecards, Inc.

SHARE    MORE