# Exhibit 21

# BuzzFeed

News    Videos    Quizzes    Tasty    DIY    More ⌄          Get Our News App

       

## "Pharma Bro" Martin Shkreli Suspended From Twitter After Harassing A "Teen Vogue" Writer

"He's an entitled creep and absolutely deserves to have his account suspended — perhaps indefinitely," writer Lauren Duca said.

Originally posted on Jan. 8, 2017, at 10:56 a.m.
Updated on Jan. 8, 2017, at 11:10 a.m.

**David Mack**
BuzzFeed News Reporter



### BuzzFeed NEWS

**In The News Today**

- President Trump held a combative, marathon press conference where he denied ties with Russia and lashed out at the media for "fake news."

- Donald Trump said he would issue a new travel ban next week, and Justice Department lawyers asked an appeals court to halt the case on the first ban.

- Erik Prince, Betsy DeVos's brother and Blackwater founder, is setting up a private army for China, sources tell BuzzFeed News.

- Starbucks and fashion brand Lilly Pulitzer teamed up to sell a line of bottles, and fans say they're already sold out at many Starbucks locations ☕️ 😞

Download the BuzzFeed News app

### This is journalist Lauren Duca.



An Antivaxxer And Robert De Niro Just Announced A $100,000



Twitter

Connect With  USNews

Like Us On Facebook

Follow Us On Twitter

News moves fast. Keep up with the BuzzFeed News daily email.

Your Email Address    Sign up

More News

Last month, Duca had a massive viral hit when she penned a *Teen Vogue* opinion piece that argued Donald Trump had conned the American public.



teenvogue.com

This is Martin Shkreli, a former pharmaceutical executive who earned widespread scorn for hiking the price of a lifesaving drug before he was charged in 2015 with fraud.



Drew Angerer / Getty Images

Shkreli has routinely voiced his support for Donald Trump to his almost 200,000 Twitter followers.

Duca told BuzzFeed News on Sunday that she has never met Shkreli, but that he has recently been tweeting about trying to date her.

Case 1:15-cr-00637-KAM Document 160-21 Filed 02/17/17 Page 5 of 12 PageID #: 1402

"He has been harassing me for a while. It's an ongoing thing," she said. "He's been actively tweeting about dating me."

"I don't know if he's encouraging people to do this, but there's been a small contingent of trolls telling me to sleep with him — but not that politely," she said.

On Thursday, Shkreli contacted Duca via direct message and asked her to accompany him to Trump's inauguration. "I saw that as an act of trolling, so I didn't see the need to respect his privacy," she said of her decision to share his message with her Twitter followers.



On Sunday, Duca said she noticed that Shkreli had altered his profile to include a collage of photos of her, along with the words, "For Better or Worse, Til Death do Us Part, I'll Love You With Every Single Beat of my Heart."



Twitter

He also changed his Twitter profile picture to an image of Duca and her husband, but with his face photoshopped over her spouse.

Duca said she was "disturbed" when she saw the images, which she said are from Google, Twitter, and Facebook.

"I don't know how this could possibly be allowed because this is an act of targeted harassment," she said. "I know Twitter is struggling to figure out what makes the most sense [with its user guidelines]...but this is an entire profile dedicated to upsetting me."

**Duca tweeted the pictures on Sunday, asking Twitter founder and CEO Jack Dorsey why Shkreli's actions were permissible on the social network.**



## The tweet soon went viral, prompting strong reactions from Duca's supporters.

**OhNoSheTwitnt**
@OhNoSheTwitnt

Follow

I honestly didn't know it was possible to be more repulsed by @MartinShkreli than I already was, but these are crazy, fucked up times. twitter.com/laurenduca/sta…

8:16 AM - 8 Jan 2017

138 473

*Twitter*

*Twitter*

## Shkreli then replied directly to Duca's tweet, writing, "dont disrespect the sovereignity of my love for you. your being unfair. [*sic*]"



*Twitter*

**In a series of tweets, he also defended his actions as a simple "collage."**



*Twitter*





*Twitter*



*Twitter*





*Twitter*

BuzzFeed News contacted Shkreli on Twitter, but he then tweeted out the exchange with the words, "And also what is the buzzing feed."



*Twitter*

Twitter representatives did not immediately respond to requests for comment on whether Shkreli's actions constituted harassment.



Drew Angerer / Getty Images

However, after BuzzFeed News first contacted Twitter, Shkreli's account was subsequently suspended from the network.



Twitter

A company spokesperson then told BuzzFeed News, "The Twitter Rules prohibit targeted harassment, and we will take action on accounts violating those policies."

BuzzFeed News then informed Duca that Shkreli's account had been suspended, to which she responded: "He's an entitled creep and absolutely deserves to have his account suspended — perhaps indefinitely."



Lauren Duca/Twitter

"I think Martin should know that under no circumstances would I touch him with a 10-foot pole," she said. "It has nothing to do with Donald Trump, but with the fact that he has committed an act of pharmaceutical terrorism."

### Martin Shkreli Charged With Running A "Ponzi" Scheme Released On $5 Million Bond
buzzfeed.com

### Meet The Man Who Raised The Price Of A Lifesaving Drug From $13.50 To $750
buzzfeed.com

David Mack is a reporter and weekend editor for BuzzFeed News in New York. Contact David Mack at david.mack@buzzfeed.com.

Got a confidential tip? Submit it here.