# Exhibit 23

Martin Shkreli Will Need Ointment After This Sick Burn From Colbert | The Huffington Post

Case 1:15-cr-00637-KAM   Document 160-23   Filed 02/17/17   Page 2 of 3 PageID #: 1417

COMEDY

# Martin Shkreli Will Need Ointment After This Sick Burn From Colbert

Hopefully no one's inflated the price of ointment for you, Martin.

08/29/2016 01:12 pm ET



Andy McDonald

Comedy Writer / Editor, The Huffington Post

On Friday's show, Stephen Colbert addressed the controversy of EpiPen, the medical device used to treat severe allergic reactions, which was driven up in price dramatically by pharmaceutical company Mylan, resulting in a large consumer backlash and claims of price gouging.

Colbert likened it to another instance involving entrepreneur and pharmaceutical executive Martin Shkreli, who increased the price of an AIDS drug over 5,000 percent.

After showing Shkerli's photo on screen, Colbert pulled out an EpiPen and this tweet was born.



Martin Shkreli tweeted back, in the tone-deaf manner which we're all very accustomed to at this point.

> *Suck a dick?* https://t.co/yA7DPvnRC4
>
> — Martin Shkreli (@MartinShkreli) August 27, 2016

Good one.

The next morning, Colbert replied from his personal Twitter account, and laid down a devastating mic-dropper.



Oooooooh, good thing no one's inflating the cost of Neosporin out of your price range, Shkreli, because you just got *BURNED*.

**Also on HuffPost**



Martin Shkreli Faces

More:   Stephen Colbert   The Late Show   Martin Shkreli

**Suggest a correction**