# Exhibit 24

| ENTERTAINMENT

# Pharma bro Martin Shrekli takes on Patton Oswalt in Twitter war

BY **NICOLE HENSLEY**  FOLLOW
NEW YORK DAILY NEWS    Tuesday, September 6, 2016, 4:32 AM

Pharma bro Martin Shkreli took on comedian Patton Oswalt in a Twitter battle — and was demolished.

The disgraced CEO spewed the first shots, insulting the "Ratatouille" funnyman for poking fun at the #TrumpCantSwim meme, a hashtag rumor that pondered whether or not GOP presidential candidate Donald Trump could swim.

"Who r u again," Shkreli coyly asked Oswalt.



Actor Patton Oswalt kept Martin Shkreli in his place as an amateur Twitter troll during a social media battle late Monday. (RICHARD SHOTWELL/INVISION/AP)

The trolling back-and-forth went on for about two hours late Monday after Oswalt engaged the 33-year-old pharmaceutical villain only known for inflating the per-tablet price of a lifesaving drug.

**Martin Shkreli asks lawyer if he can play Pokémon after hearing**

The seasoned comedian dubbed Shkreli the "Transdermal Patch Adams."

> ☐ **this pathetic loser would never be able to go toe-to-toe with me in a discussion about anything. comedian idiot!**
>
> **https://t.co/wlCS83U3e4**
>
> — Martin Shkreli (@MartinShkreli) September 6, 2016

Shkreli was shunned amass for refusing to testify before Congress after increasing Daraprim from $13.50 to $750 for patients suffering from toxoplasmosis.

"Now run along," Oswalt wrote. "Live your life & die wealthy yet confused by how empty you feel in those last seconds."



Former pharmaceutical executive Martin Shkreli didn't have anything nice to say about funnyman Patton Oswalt. (TOM HAYS/AP)

Shkreli took the bait and called his social media opponent a "pathetic loser," boasting his comedic prowess was superior.

**Patton Oswalt plans to return to stand-up next month**

Oswalt was not short on replies. After all, he added internet troll to his acting repertoire while playing a guest role on TV series "Portlandia" as commenter Thor87.

"Dude, 12-year-olds on a Skittles rush can troll better than you," he wrote, later encouraging Shkreli to try his hand at "crushing the comedy landscape."

Shkreli said he's too busy making money.

Shkreli defended drug manufacturer Myland last month for increasing the price of EpiPen by 500% to $600 per two-pack.

After watching what Oswalt described as Ann Coulter's "tragic" attempt to be funny during the

Comedy Central Roast of Rob Lowe, Oswalt called it a night on Twitter with the coup de grace — claiming victory against Shkreli.

Well, @MartinShkreli, this was...enervating," Patton wrote. "Tell the people you pay to tell you you're funny to ALSO assure you that you won. G'night."