# Exhibit 26

2/17/2017 Pharmaceutical Exec: Hillary Clinton Has Parkinson's Disease » Alex Jones' Infowars: There's a war on for your mind!

Case 1:15-cr-00637-KAM Document 160-26 Filed 02/17/17 Page 2 of 5 PageID #: 1433

# Pharmaceutical Exec: Hillary Clinton Has Parkinson's Disease

**"Involuntary movements" and difficulty walking is a form of dyskinesia**

Paul Joseph Watson | Infowars.com - August 8, 2016  942 Comments

According to pharmaceutical executive Martin Shkreli, footage of Hillary Clinton exhibiting bizarre behavior is proof that the presidential candidate is suffering from Parkinson's disease.

> WATCH: @MartinShkreli on #HillarysHealthhttps://t.co/iDIUT2wpG4
>
> — G (@1080p) August 7, 2016

Citing his "15 year background in drug discovery and pharmaceuticals," Shkreli asserts that the videos of Hillary's strange facial movements and her difficulties with walking are "pretty unmistakable signs of Parkinson's disease."

Explaining that a stroke or a concussion wouldn't explain the symptoms, Shkreli says that Hillary's walking difficulties are a "cardinal symptom of Parkinson's disease" and what is known as "freezing gait". Shkreli adds that he helped develop a drug to treat the problem.

Hillary's "on-off episodes" are a result of dopamine depletion, according to Shkreli, which is impacting Hillary's movement.

"We've all seen the videos of her kind of making these perplexed facial movements," says Shkreli, noting that Hillary's over-reaction to balloons at the DNC was "unusual" because it betrayed an "inability to control her facial movements".

However, Hillary's seizure-like behavior in response to reporters asking questions in another clip was even more odd because she "made this involuntary movement for about ten seconds which was truly unusual," states Shkreli, identifying the condition as a form of Parkinson's-induced dyskinesia.

"This ia classic symptom….if you showed someone that symptom and said 'name the disorder' it's not a seizure….that is simply involuntary movement, it's PD-LID, no doubt about it in my mind," adds Shkreli, concluding that when matched with Hillary's "freezing gait," it "explains everything."

Shkreli emphasizes the fact the he is non-partisan and has given more money to Democrats than Republicans.

Despite his controversial background (Shkreli was once labeled the "most hated man in America" for raising the price of the drug Daraprim by 5556 per cent), his voice adds to the innumerable health experts and doctors who have been asking serious questions about Hillary's ill health.

We highlighted Hillary's bizarre behavior and her health problems in a video last week that has since gone viral and received well over a million views.

2/17/2017 Pharmaceutical Exec: Hillary Clinton Has Parkinson's Disease » Alex Jones' Infowars: There's a war on for your mind!

Case 1:15-cr-00637-KAM Document 160-26 Filed 02/17/17 Page 3 of 5 PageID #: 1434



The Truth About Hillary's Bizarre Behavior

Suspicions over Hillary's health have raged in recent days, with the Drudge Report running a series of headlines highlighting her numerous falls and difficulties walking.

In response, media outlets are beginning to characterize questions about Hillary's health as little more than 'right-wing conspiracy theories,' although assertions by leftists that Donald Trump is mentally ill have not received similar treatment.



2/17/2017 Pharmaceutical Exec: Hillary Clinton Has Parkinson's Disease » Alex Jones' Infowars: There's a war on for your mind!

Case 1:15-cr-00637-KAM Document 160-26 Filed 02/17/17 Page 4 of 5 PageID #: 1435



Other questions continue to swirl, including claims that one of Hillary' "handlers," who calmed her during the recent interruption of one of her speeches, carries around a an auto-injector syringe for the administration of the anti-seizure drug Diazepam.



According to Shkreli, the syringe "may be an Apokyn pen, used to treat Parkinson's," noting that it was the same color.

Case 1:15-cr-00637-KAM Document 160-26 Filed 02/17/17 Page 5 of 5 PageID #: 1436



Protesters Interrupt Hillary Clinton In Las Vegas

"Knowing what we know now, and looking at the above video, it looks like after Hillary seized up like a deer in headlights, the medic tries to calm her down, but was having problems because the Secret Service members on stage were freaking her out," according to the Ralph Retort.

"The medic must have realized he wasn't going to calm her down until Secret Service got off stage, so he went up to each of them individually, telling them to go away."

Twitter users are now calling for Hillary to be given a mental and physical health screening under the hashtag #Hillary'sHealth.

Infowars will continue to report on the controversy as it develops….

**SUBSCRIBE** on YouTube:



Paul Joseph Watson

YouTube  791K

Follow on Twitter:    Follow @PrisonPlanet

Facebook: https://www.facebook.com/paul.j.watson.71

*********************

Paul Joseph Watson is the editor at large of Infowars.com and Prison Planet.com.