# Exhibit 27

# Martin Shkreli heckles Hillary Clinton outside Chelsea's home

BY ERIN DURKIN    JASON SILVERSTEIN
NEW YORK DAILY NEWS    Updated: Sunday, September 11, 2016, 2:35 PM



Autoplay: On | Off

He's sick in the head.
"Pharma bro" Martin Shkreli heckled Hillary Clinton as she left her daughter's apartment after a health scare Sunday morning — even though he recently apologized for spreading lies about her well-being.
The out-of-work and attention-starved businessman Periscoped himself running to Chelsea Clinton's Madison Square Park apartment, after her mother nearly collapsed at the 9/11 memorial service. Shkreli then waited for Clinton outside, along with media and security, while live-streaming for two hours.
Shkreli — who lives nearby, in Murray Hill — shouted, "Why are you so sick?" at the Democratic presidential nominee as she left  the building. He also chanted "Drop out!" and "Trump!"



Martin Shkreli (center) leaving a court appearance in July for his securities fraud case. (SIPKIN, COREY/NEW YORK DAILY NEWS)

Clinton's camp said she went to the apartment after feeling "overheated" at the ceremony, but made a swift recovery.

Speaking to the Daily News, Shkreli lied about the apartment secretly being an "advanced medical facility."

"She looked fine," Shkreli said about Clinton.





**Dan Merica**
@danmericaCNN

Follow

So, Martin Shkreli, former CEO of Turing Pharmaceuticals, was outside for Clinton's apartment departure

8:55 AM - 11 Sep 2016

509    1,209

"Like I said, Chelsea Clinton does not live in that apartment. That apartment is an advanced medical facility."

"I saw her coming out," he added.

"No one saw her going in obviously. She was presumably in some kind of stretcher…Nobody saw that. That's my imagination at work."



Hillary Clinton leaving her daughter's apartment Sunday morning. (TODD MAISEL/NEW YORK DAILY NEWS)

Shkreli later tweeted he "enjoyed" berating the Democratic presidential nominee, who did not appear to hear him. The disgraced former pharmaceutical executive — who was fired from his own company over his fraud charges — tried getting his name back in the news this summer by claiming Clinton has early onset Parkinson's disease. His lies came after Clinton's GOP rivals raised similar, albeit less severe, questions about Clinton's health.

He then tweeted a rare apology in late August, saying he had "carefully reconsidered" his intentional misinformation.

 **I make a statement on Clinton's health. I apologize for rushing to judgment but encourage more health disclosure.**

**pic.twitter.com/eXcQJuqKXX**

— Martin Shkreli (@MartinShkreli) August 28, 2016

"I started this line of commentary not to rush to judgment on Clinton's health," he wrote.

"In doing that, I apologize."

Shkreli, a one-time Bernie Sanders supporter, has endorsed Donald Trump for president.

© 2016 New York Daily News