# Exhibit 28



METRO

# 'Why are you so sick?': Martin Shkreli shows up to taunt Clinton

By Marisa Schultz and Bruce Golding                                  September 11, 2016  |  2:19pm



Martin Shkreli, who said he was reporting using a video service called "periscope" on his smartphone, stands with reporters after Hillary Clinton leaves her daughter's apartment.
AP

**SEE ALSO**



**Hillary Clinton leaves 9/11 ceremony after medical episode**

Attention-loving pharma bad boy Martin Shkreli took advantage of Hillary Clinton's Sunday-morning health scare to scream "Why are you so sick?" as she left daughter Chelsea Clinton's apartment afterward.

The accused securities fraudster told his 140,000 Twitter followers that he was heading to the former first daughter's home after news broke that the Democratic presidential nominee was brought there following her near-collapse at Ground Zero.

Shkreli, who's free on $5 million bail, used the Periscope live-video app to document himself joining a scrum of reporters outside.

"I enjoyed screaming "why are you so sick" and "go trump" at @HillaryClinton . Get well soon bae!" he tweeted.

Shkreli also told his live viewers that a little girl who ran up and hugged Clinton was part of an orchestrated political stunt.

Case 1:15-cr-00637-KAM Document 160-29 Filed 02/17/17 Page 3 of 3 PageID #: 1444

Shkreli's Periscope feed drew more than 1,200 viewers at one point, but interest quickly dropped once he turned his attention to discussing the feds' pending case against him.

Shreki is charged with illegally siphoning funds from a biotech firm he founded and other white-collar crimes.

He was busted after gaining infamy for raising the price of a drug used to treat AIDS patients by more than 5,500 percent.



 **Mike Balsamo** @MikeBalsamo1  Follow

Martin Shkreli is outside Chelsea Clinton's apartment.

9:05 AM - 11 Sep 2016

13    20

FILED UNDER   CHELSEA CLINTON, HILLARY CLINTON, HILLARY'S HEALTH, MARTIN SHKRELI, PERISCOPE

Recommended by

# NEVER MISS A STORY
**Get The Post delivered directly to your inbox**

☑ NY Post Morning Report
☑ Page Six Daily
☑ Breaking News
☑ Special Offers

Enter Your Email Address

**SIGN UP**

By clicking above you agree to our Terms of Use and Privacy Policy.