# Exhibit 29



POLITICS   09/12/2016 06:39 am ET | **Updated** Sep 12, 2016

# Martin Shkreli Taunts Hillary Clinton: 'Are You Alive?'

Troll has another moment of infamy.

By Ron Dicker



Hillary Clinton leaving Chelsea's apt after feeling ill at 9/11 Memorial

This is a low blow, even for "Pharma Bro."

Donald Trump supporter and internet troll Martin Shkreli heckled Hillary Clinton when she left daughter Chelsea's Manhattan apartment on Sunday after feeling ill at a 9/11 ceremony.

Shkreli even posted a video (above) on his Twitter page that showed him yelling at the Democratic presidential candidate: "Are you alive? Do you need Pharma Bro's help?"

H  Martin Shkreli Taunts Hillary Clinton: 'Are You Alive?'

*I enjoyed screaming "why are you so sick" and "go trump" at @HillaryClinton . Get well soon bae!*

— Martin Shkreli (@MartinShkreli) September 11, 2016





Shkreli also told the News that Chelsea Clinton's apartment "is an advanced medical facility" and that the former secretary of state presumably entered the building "in some kind of stretcher. ... That's my imagination at work."



## Martin Shkreli Taunts Hillary Clinton: 'Are You Alive?'



Shkreli sure loves the attention. Just last week he picked Twitter fights with "Captain America" actor Chris Evans and comedian Patton Oswalt. But let's consider the source. Shkreli, the former pharmaceutical CEO, faces fraud charges and is the guy whose company raised the price of an antiparasitic drug often used to treat HIV patients by more than 5,000 percent.

*This story has been updated to clarify the type of drug whose price was raised.*

*Do you have information you want to share with the Huffington Post? Here's how.*

ALSO ON HUFFPOST