# Exhibit 30

**SFGATE** http://www.sfgate.com/news/article/Pharma-Bro-Shkreli-heckles-Hillary-Clinton-9216227.php

# 'Pharma Bro' Martin Shkreli waits outside apartment, heckles Hillary Clinton after health scare

Dianne de Guzman   Updated 12:26 pm, Monday, September 12, 2016

ADVERTISEMENT

Video: Martin Shkreli heckles Hillary Clinton as she leaves daughter's home after health scare

"Pharma Bro" Martin Shkreli took his online Twitter rage to the streets of New York, where he was among the crowds waiting for Hillary Clinton after her medical episode at a 9/11 memorial service Sunday.

Standing outside Chelsea Clinton's New York City apartment, Shkreli heckled Hillary Clinton and yelled, "Go Trump!" and "Why are you so sick?" as she exited the building, according to Mediaite.

And since the ex-Turing Pharmaceuticals CEO can never do anything without seeking publicity, Shkreli posted a Periscope video of the debacle and later tweeted, "I enjoyed screaming 'why are you sick' and 'go trump' at @HillaryClinton. Get well soon bae!"

He also later posted a YouTube video of Clinton leaving the building as someone, presumably Shkreli, yelled out, "Do you need Pharma bro's help?"

(She doesn't.)

Shkreli also gave sketchy — ahem, "imaginative" — interviews to media outlets while there, telling the Daily News that Clinton was going to an "advanced medical facility."

"Like I said, Chelsea Clinton does not live in that apartment. That apartment is an advanced medical facility," Shkreli told the news site.





**IMAGE 1 OF 4**

Former Turing Pharmaceuticals CEO Martin Shkreli, who said he was reporting using a video service called "Periscope" on his smartphone, stands with reporters after Democratic presidential candidate Hillary Clinton leaves an apartment building Sunday, Sept. 11, 2016, in New York. Clinton's campaign said the Democratic presidential nominee left the 9/11 anniversary ceremony in New York early after feeling "overheated."

"I saw her coming out," he added. "No one saw her going in obviously. She was presumably in some kind of stretcher...Nobody saw that. That's my imagination at work."

The New York Post reported that the Periscope feed had more than 1,200 viewers during the broadcast, but many left after Shkreli began talking about his federal case.

Clinton told reporters she was feeling "great" after she left Chelsea's apartment building, and her doctor announced that Clinton was diagnosed with pneumonia on Friday and was told to rest.