# Exhibit 31

SPORT   TV & SHOWBIZ   LIVING   **NEWS**   VIDEOS   SUN BINGO   SUN BETS

Sign in

UK Edition | Search

Corrections
Syndication

All News   UK News   **World News**   Politics   Tech and science   Opinion

Contact Us
Commissioning Terms
Help Hub

THE SUN, A NEWS UK COMPANY



# 'WHY ARE YOU SO SICK?' 'Pharma Bro' Martin Shkreli trolls Hillary Clinton in street after she appeared to collapse at 9/11 memorial event

'Most hated' drug firm boss who raised price of HIV medicine turned up outside Clinton's daughter Chelsea's New York flat to heckle her about her health

VIDEO   BY TOM MICHAEL   |   12th September 2016, 12:20 am

By continuing to use the site, you agree to the use of cookies. You can change this and find out more by following **this link**   Close

HOME  FOOTBALL  SPORT  TV & SHOWBIZ  LIVING  NEWS  VIDEOS  SUN BINGO  SUN BETS

'PHARMA Bro' Martin Shkreli has trolled Hillary Clinton in the street after she was taken ill earlier today.

The businessman – who became notorious after hiking up the price of a lifesaving HIV drug by 5000 per cent – waited across from her daughter's apartment where she had been resting.



6

Shkreli shouted abuse at Clinton from across the street in New York



6

The presidential candidate was taken to her daughter's flat after feeling unwell at a 9/11 memorial

By continuing to use the site, you agree to the use of cookies. You can change this and find out more by following **this link**     Close

HOME    FOOTBALL    SPORT    TV & SHOWBIZ    LIVING    NEWS    VIDEOS    SUN BINGO    SUN BETS

6

As Clinton emerged, Shkreli shouted: 'Trump! Trump! Trump!'

Standing outside, he shouted: "Are you alive? Do you need Pharma Bro's help?"

As she emerged from the building in New York, he screamed at her to drop out of the upcoming election race.

Filming much of the incident, at one point he turns the camera around to record himself as he chants: "Trump! Trump! Trump!"

He can also be heard shouting: "Why are you so sick?"

## RELATED STORIES

   

**CLINTON COUGHS** Hillary Clinton was diagnosed with pneumonia on Friday, says doctor

**COLLAPSING CLINTON** Dramatic video captures moment Hillary Clinton 'faints' at 9/11 ceremony after being

**'I'M NOT ILL!'** Hillary Clinton opens a jar of gherkins during TV interview in bizarre bid to prove her physical health

**MEXICAN STANDOFF** Donald Trump says Mexico WILL pay for wall on US border… but country's PM says

B U la a a w e

Shkreli later posted the video on YouTube with the caption: "Me yelling stupid stuff at Hillary."

He also took to Twitter to publicise what he had been up to, writing: "I enjoyed screaming "why are you so sick" and "go trump' at @HillaryClinton. Get well soon bae!"

Clinton earlier left a memorial ceremony to mark the 15th anniversary of 9/11 after feeling unwell.

Footage emerged showing the presidential hopeful being propped up by aides as she appeared to faint while returning to her vehicle.

EXCLUSIVE

EXCLUSIVE

polie force two 'rowdy

By continuing to use the site, you agree to the use of cookies. You can change this and find out more by following this link    Close

HOME  FOOTBALL  SPORT  TV & SHOWBIZ  LIVING  NEWS  VIDEOS  SUN BINGO  SUN BETS

Shocking moment Hillary Clinton 'faints' as she is rushed away from 9/11 memorial



AP  6

Shkreli became notorious after hiking up the price of a lifesaving HIV drug by 5000 per cent last year



AP  6

The businessman waited outside after Clinton was taken to her daughter's flat to rest

by

By continuing to use the site, you agree to the use of cookies. You can change this and find out more by following **this link**    Close

HOME  FOOTBALL  SPORT  TV & SHOWBIZ  LIVING  NEWS  VIDEOS  SUN BINGO  SUN BETS



6

The Democrat candidate appeared to faint at a 9/11 memorial ceremony

She was taken to her daughter Chelsea's apartment in the city to rest before emerging to tell reporters she felt great.

But it has since emerged the Democratic candidate was diagnosed with pneumonia on Friday.

Her doctor Lisa Bardack said in statement: "Secretary Clinton has been experiencing a cough related to allergies.

"On Friday, during follow up evaluation of her prolonged cough, she was diagnosed with pneumonia.

"She was put on antibiotics, and advised to rest and modify her schedule.

"While at this morning's event, she became overheated and dehydrated.

"I have just examined her and she is now re-hydrated and recovering nicely."

We pay for your stories! Do you have a story for The Sun Online news team? Email us at tips@the-sun.co.uk or call 0207 782 4368.

The Sun

TOPICS   DONALD TRUMP   HILLARY CLINTON   MARTIN SHKRELI   9/11
US PRESIDENTIAL ELECTIONS

     1 COMMENTS

MORE FROM THE SUN                                            by

By continuing to use the site, you agree to the use of cookies. You can change this and find out more by following this link   Close