# Exhibit 32



🏠 Home  ›  Hillary Clinton  ›  Martin Shkreli  ›  Pharmaceutical Tycoon Martin Shkreli Attacks…

## Pharmaceutical Tycoon Martin Shkreli Attacks Hillary Clinton: Tweets Private Email

Fri, October 7, 2016 7:27pm EST by Beth Shilliday   |   9 Comments

Case 1:15-cr-00637-KAM   Document 160-32   Filed 02/17/17   Page 3 of 4 PageID #: 25378



*Rex/Shutterstock*





**View Gallery
78 Photos**

Oh good grief! Evil pharmaceutical tycoon Martin Shkreli has gone WAY too far in his support for Donald Trump. He's tweeted out Hillary Clinton's personal e-mail and the private contacts on Oct. 7 — including phone numbers — for all of her top aides! Keep reading for more on his shocking actions.

Just in case you needed another reason to hate on nefarious pharmaceutical businessman **Martin Shkreli**, 33, he's proved to be a total punk once again by attacking **Hillary Clinton**, 68, and tweeting out what he claims is her personal e-mail for all the world to see. Not only that, he gave out the private e-mail AND phone number for her Director of Operations **Marissa McAuliffe**! Martin is a big **Donald Trump** supporter so it's unclear if he's doing this in support of the Republican presidential nominee, or if this is just the latest swipe in his ongoing hate campaign against Hillary.





He went on to also tweet out the the apparent personal e-mail for Hil's campaign manager **Robby Mook** and her closest aide **Huma Abedin**, as well as other top Hillary campaign officials. Martin's been piling on Hillary for months now, but leaking the private contacts for her campaign staff has gone WAY too far!

### Click for more pics of Hillary

It bad enough that he's been trolling her all over the place making the false claim that she has Parkinson's disease, which he self-diagnosed. He even showed up at **Chelsea Clinton**'s NYC apartment after Hil fell faint at a 9/11 memorial and shouted out "Why are you sick" as Hillary left and waved to supporters.

Martin is most infamously known as the ex CEO of Turing Pharmaceuticals, which under him bought the rights to an anti-malaria drug used by HIV/AIDS patients and hiked the price from $13.50 to $750 per pill, causing a national outcry. He's since been indicted on federal fraud charges for looting another pharma company and defrauding investors.

**HollywoodLifers**, do you think Martin's latest antics have gone too far? Is he just making you hate him more?

## More Martin Shkreli News:

Kanye West Album Delayed After Martin Shkreli Offers $10 Million For Exclusive Rights
Martin Shkreli: 5 Things To Know About Disgraced CEO Feuding With Ghostface Killah
Martin Shkreli, AIDS-Pill Price Gouging CEO, Arrested On Fraud Charges: World Cheers