# Appendix

ORAL ARGUMENT REQUESTED AND SCHEDULED FOR APRIL 7, 2017

## APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|---|---|---|---|---|---|
| 1 | 12/16/2015 | *HipHopDX* | Martin Shkreli Plans To Bail-Out Bobby Shmurda | 1. "I'm just getting fed up. If [rapper Ghostface Killah] doesn't think I have the resources to do something, he fucking doesn't know me. If Ghostface can make people disappear, what the fuck do you think I can do? I'll fucking snap the CD on fucking TV and not even listen to it if that's what he fucking wants."<br><br>2. "People that know me know that there's a little Bobby-equivalent in my blood, too. That comes from growing up on the edge of the hood, I would say. I've had guns pointed at me. I've had tons of that shit happen. I know that world. Not knee deep, but know it enough to know what it is. I'm definitely the real fucking deal. This is not a fucking act. I threatened that fucking guy and his fucking kids because he fucking took $3 million from me and he ended up paying me back. He called my bluff. He said, "You're not fucking going to go after me." [I said] "Yes I motherfucking will." I had two guys parked outside of his house for six months watching his every fucking move. I can get down. I don't think RZA knows that. I think he thinks I'm some powder puff white guy CEO that's got too much money. No. No, no, no. I definitely don't spend $2 million for nothing. That's a lot of money, even if you're Carl Icahn. I'd encourage him to shut the fuck up before he goes a little too far. We'll see what happens. I think he's a smart man. He definitely acts like his shit doesn't stink and he invented rap. This concept of selling one album, this shit's backfiring for him now…."<br><br>3. "If Taylor Swift wants to come over and suck my dick, I'll play [the Wu Tang Clan album] for her." | http://hiphopdx.com/interviews/id.2825/title.martin-shkreli-plans-to-bail-out-bobby-shmurda# |

# APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|---|---|---|---|---|---|
| 2 | 12/16/2015 | *New York Daily News* | "Pharma Bro" Martin Shkreli Says He Wants To Bail Out Brooklyn Rapper Bobby Shmurda, Aims Sexist Barb at Taylor Swift | "Shkreli also discussed Wu-Tang Clan's 'Once Upon a Time in Shaolin' album, which he refuses to play on a live stream. When asked about sharing it, he said, laughing, 'if Taylor Swift wants to come over and suck my d—, I'll play it for her.'" | http://www.nydailynews.com/news/national/martin-shkreli-aims-sexist-barb-taylor-swift-article-1.2467801 |
| 3 | 12/16/2015 | *Billboard* | Wu-Tang Clan Album Owner Martin Shkreli Wants to Bail Out Bobby Shmurda | "'I can get down. I don't think RZA knows that,' Shkreli said about his conflict with [Wu Tang Clan member] RZA. 'I think he thinks I'm some powder puff white guy CEO that's got too much money. No. No, no, no. I definitely don't spend $2 million for nothing. That's a lot of money, even if you're Carl Icahn. I'd encourage him to shut the fuck up before he goes a little too far. We'll see what happens. I think he's a smart man. He definitely acts like his shit doesn't stink and he invented rap. This concept of selling one album, this shit's backfiring for him now....'" | http://www.billboard.com/articles/columns/hip-hop/6812854/wu-tang-clan-album-martin-shkreli-bobby-shmurda-bail |
| 4 | 12/16/2015 | *Complex* | The Guy Who Bought Wu-Tang Clan's One-of-a-Kind Album Wants to Bail Out Bobby Shmurda | "Shkreli, who is best known as the man who purchased an AIDS drug and jacked up the price, also talked about his deal with Wu-Tang for the album. He said that he wasn't happy with RZA's statement after the deal was announced and that if they had another meeting, it wouldn't go well. 'What the fuck does that mean? Fucking defend me. I didn't pay you $2 million to talk shit about me,' he said. In his statement, RZA said that the group was unaware of Shkreli's prior business practices when they made the original agreement." | http://www.complex.com/music/15/12/martin-shkreli-wants-to-bail-out-bobby-shmurda |
| 5 | 12/16/2015 | *Vanity Fair* | Pharma Bro Martin Shkreli Wants to Be a Rap Mogul, Bail Out Rapper Bobby Shmurda | "Shkreli, who referred to himself as 'the most successful Albanian to ever walk the face of this Earth,' did not take kindly to [Wu Tang Clan member RZA's] perceived slight [of Shkreli], and referred to the situation as an 'emerging war' between the two of them as part of an expletive-laden challenge: 'I bought the most expensive album in the history of mankind and fucking RZA is talking shit behind my back and online in plain sight. That's not the way I do business. If I hand you $2 million, fucking show me some respect.'" | http://www.vanityfair.com/news/15/12/martin-shkreli-bobby-shmurda-bail |

ORAL ARGUMENT REQUESTED AND SCHEDULED FOR APRIL 7, 2017

## APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|---|---|---|---|---|---|
| 6 | 12/17/2015 | *Mashable* | Martin Shkreli's Greatest Hits of His Absolute Worst Moments | 1. "'What the fuck does that mean?' Shkreli said when asked about the email. 'I fucking make money. That's what I do. That's why I can fucking afford a fucking $2 million album. What do you think I do, make cookies? No, motherfucker. I sell drugs. [Laughs] I felt insulted.'"<br><br>2. "In that same interview, Shkreli said that he would let Taylor Swift listen to the album in return for sexual favors. We don't feel the need to give those comments much more attention, so just use it as a reminder that he's a pretty awful person."<br><br>3. "'You know I'm Albanian? I'm the most successful Albanian ever to walk the earth,' Shkreli once said with his usual understatement. Fortune investigated his claim and found it to be—surprise!—untrue, citing numerous Albanians including Jim and John Belushi, Regis Philbin, Eliza Dushku and Mother Teresa. When challenged by Fortune on whether Shkreli really considered him more successful than Mother Teresa, who saved lives, Shkreli replied, 'Financially? I believe she prided herself on having no worldly possessions.'" | http://mashable.com/2015/12/17/martin-shkrelis-greatest-hits/#_BVDKkQyrGqb |
| 7 | 12/17/2015 | *New York Times* | What Happened When a Teenager Joined Martin Shkreli on a Live Stream | 1. Mr. Shkreli: "I'm going to be at the courtyard tomorrow and I'm going to beat the [expletive] out of you, that's basically what's going to happen. You can tell the principal, who, by the way, I have drinks with, so he's not going to do [expletive]."<br><br>Student: "Oh my God, are you totally tight with all the administration?"<br><br>Mr. Shkreli: "Of course."<br><br>2. Mr. Shkreli: "If Arty keeps talking [expletive] I am going to go to Hunter tomorrow. You know, I've had guns pointed at me, you know. I'm coming for you, Arty." | https://www.nytimes.com/15/12/17/business/what-happened-when-a-teenager-joined-martin-shkreli-on-a-live-stream.html |

ORAL ARGUMENT REQUESTED AND SCHEDULED FOR APRIL 7, 2017

# APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|---|---|---|---|---|---|
| 8 | 12/19/2015 | *New York Daily News* | 'Pharma Bro' Martin Shkreli Plays Chess, Chats with OkCupid Dates During Bizarre Live Stream Day after Arrest | 1. "One bachelorette asked who the 'scary man' in some of Shkreli's dating site profile pictures were. He said it was rapper Fetty Wap, and the woman wrote back, 'gross.'"<br><br>"'Ur gross,' the boyish pharmaceutical executive responded."<br><br>2. "Some followers asked the mega-rich exec to play the one-of-a-kind Wu-Tang Clan album he bought for a reported $2 million. Shkreli — who previously refused to play it for the public, saying Taylor Swift could listen to it in exchange for sexual favors — played an R.E.M album instead." | http://www.nydailynews.com/news/national/pharam-bro-martin-shkreli-hosts-post-arrest-live-stream-article-1.2471172 |
| 9 | 12/19/2015 | *Vanity Fair* | Everything You Know About Martin Shkreli Is Wrong—Or Is It? | 1. "I don't mean to be presumptuous, but I liken myself to the robber barons."<br><br>2. "Of his social-media presence, he says, 'Anyone who knows me knows I am not that guy.' When I ask why he does it—and the speculation among those who know him ranges from an overbearing need for attention to an Asperger's-like inability to see things the way other people do—he says, 'I'm not sure I have all the answers.' The identity he creates, he says, is 'an extremely weird form of sarcasm.' Neither the Hamptons house nor the helicopter belongs to him, and the text accompanying the helicopter shot reads, 'Let's take the boat out on the bay and forget your job for just one day.' Do a quick Internet search and you'll find that these lyrics belong to a dark song by the punk band Blink-182: 'Why do I want what I can't get / I wish it didn't have to be so bad.' Of the outraged response to many of his tweets, he says, 'It's fun to see people get so animated.' He adds, 'Authenticity is really important to me.'" | http://www.vanityfair.com/news/2015/12/martin-shkreli-pharmaceuticals-ceo-interview |

ORAL ARGUMENT REQUESTED AND SCHEDULED FOR APRIL 7, 2017

# APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|-----|------|--------|-------|-----------------|-----------|
| 10 | 12/21/2015 | *New York Magazine* | Martin Shkreli Says He Was Only Acting Like an Awful Person As Part of a 'Social Experiment' | "This morning, The Wall Street Journal published the first story with comments from Shkreli about his arrest; the defendant thinks that federal authorities were just trying to get him because of the price-gouging and other recent events in the Shkreli saga, a strategy which he described as 'trying to find anything we could to stop him.'" | http://nymag.com/daily/intelligencer/2015/12/shkreli-says-his-behavior-was-social-experiment.html# |
| 11 | 12/21/2015 | *Wall Street Journal* | Martin Shkreli Says Drug-Price Hikes Led to Arrest | 1. "'Trying to find anything we could to stop him, was the attitude of the government,' Mr. Shkreli said, flanked by his lawyers in a midtown Manhattan conference room Sunday afternoon. 'Beating the person up and then trying to find the merits to make up for it—I would have hoped the government wouldn't take that kind of approach.'"<br><br>2. "The 32-year-old, who tussled with presidential candidates and boasted of his romantic prowess on social media, now says that behavior has been 'a bit of an act.'"<br><br>3. "'What do you do when you have the attention of millions of people? It seemed to me like it would be fun to experiment with,' Mr. Shkreli said in the interview." | https://www.wsj.com/articles/martinshkrelisaysdrugpricehikesledtoarrest1450671884 |
| 12 | 12/22/2015 | *CNN* | Martin Shkreli's Co-Defendant Gets to Go to Cancun on Vacation | "[Shkreli] told the Wall Street Journal Monday that prosecutors only charged him because of the negative publicity he received for raising the price of a life-saving drug more than 5,000% at another drug company, Turing Pharmaceuticals, that he started after he was fired by Retrophin." | http://money.cnn.com/15/12/22/news/companies/martin-shkreli-co-defendant-cancun-vacation/ |
| 13 | 1/15/2016 | *New York Times* | Loose Lips Sink Careers, Even for C.E.O.s | "[Shkreli] said prosecutors had a lot of sway over public opinion through events like so-called perp walks.  'This sort of becomes a chess match now of public opinion, which is sad, because ultimately it should be about the facts,' he said.  Mr. Shkreli added: 'I feel like I'm being prosecuted for being a jerk.'" | https://www.nytimes.com/2016/01/17/business/mutfund/loose-lips-sink-careers-even-for-ceos.html |

ORAL ARGUMENT REQUESTED AND SCHEDULED FOR APRIL 7, 2017

# APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|---|---|---|---|---|---|
| 14 | 1/20/2016 | *New York Daily News* | 'Pharma Bro' Martin Shkreli Trolls Congress in Response to Price-Gouging Subpoena | "House busy whining to healthcare reporters about me appearing for their chit chat next week. Haven't decided yet. Should I?' he said Wednesday afternoon while tagging [Elijah Cummings's Twitter] account." | http://www.nydailynews.com/news/national/pharma-bro-martin-shkreli-subpoenaed-congress-article-1.2503765 |
| 15 | 1/20/2016 | *New York Post* | Pharma Bro Martin Shkreli Trolls Congress After subpoena | Same statements as above. | http://nypost.com/2016/01/20/pharma-bro-martin-shkreli-trolls-congress-on-twitter-after-subpoena/ |
| 16 | 1/27/2016 | *Vice* | Wine, Wu-Tang, and Pharmaceuticals: Inside Martin Shkreli's World | 1.  Shkreli: "A great bad guy is your best act."<br><br>2. "And it doesn't exactly hurt that he's 'spending millions to influence the jury pool in Brooklyn,' as he jokes."<br><br>3. "'I have no problem going in there and heckling them right now,' he tells me. 'Big drug companies don't get the real world. They run the companies for themselves, and if they make drugs, that's incidental.'"<br><br>4. "It's telling that Shkreli's current favorite wrestler is Damien Sandow, an elitist who pretends to be a Rhodes scholar, holds the microphone like a wine glass, and has a move called Cubito Aequet—Latin for 'Elbow of Disdain.'<br><br>"'Everyone's booing him and he just talks down to the crowd and it's lovely,' Shkreli explains." | https://www.vice.com/en_us/article/why-is-martin-shkreli-still-talking |

ORAL ARGUMENT REQUESTED AND SCHEDULED FOR APRIL 7, 2017

## APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|---|---|---|---|---|---|
| | | | | 5. "'I'm not just the heel of the music world,' he says. 'I want to be the world's heel.'" 6. "'This is their fucking limelight,' Shkreli says of the feds. 'This is their chance to be gods, to be a rockstar, to be whatever it is—celebrated.'" 7. "He's similarly scornful of the members of Congress who asked him to testify before their investigation into pharmaceutical price-hiking at a hearing that was supposed to be this week, but got postponed after a blizzard shut down the capital. 'Politicians get elected when they take on bad guys,' Shkreli says. 'And someone's saying, "This is the bad guy, therefore I have to take this guy on."'" | |
| 17 | 1/28/2016 | *Pitchfork* | Martin Shkreli Releases Insane Ghostface Killah Diss Video | 1. "In the video, Shkreli refers to Ghostface as 'Dennis'—his real name is Dennis Coles—and generally talks like a wrestling villain would. 'At the end of the day, I'm very sorry for you,' he said. 'You're an old man—an old man that's lost his relevance, and you're trying to claim the spotlight from my spotlight. That's not going to work, Ghost—Dennis. In fact, I think that if you ever say some dumb shit again, this album, this Shaolin, I'm going to erase all your shit from this album. I'm going to erase you from the record books.' Another tidbit: 'Ghost, stop pretending, stop acting, stop lying. Be real, as your video once said, and uh, don't ever fucking mention my name again, or there will be more of a price to pay than just this video.'" 2. [Reflecting Shkreli's Tweet from January 28, 2016]: @MartinShkreli: "As mentioned in my video, I expect a written apology, @GhostfaceKillah. At least 500 words, no grammatical errors and Shaolin stays intact." 3. [Reflecting Shkreli's Tweet from from January 26, 2016]: @MartinShkreli: "A @GhostfaceKillah response tomorrow evening. Don't cry, Ghost. All rap careers come to an eventual end. Long time coming, motherfucker." | http://pitchfork.com/news/63216-martin-shkreli-releases-insane-ghostface-killah-diss-video/ |

## APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|---|---|---|---|---|---|
| 18 | 1/29/2016 | *CBS News* | Martin Shkreli Beefs with Ghostface Killah, TMZ | "'That's a big mistake,' Shkreli continues. 'You're trying to reclaim your spotlight from my spotlight. That's not going to work, Ghost.' Then Shkreli threatens to erase Ghostface from the album."<br><br>"'You're my son,' he says. 'You have to listen to me. I butter your bread.'" | http://www.cbsnews.com/news/martin-shkreli-beefs-with-ghostface-killah-tmz/ |
| 19 | 2/2/2016 | *Bloomberg* | Shkreli Says He Wishes He Could 'Berate,' 'Insult' Congress | 1. "'I would love to talk to Congress,' Shkreli said. 'I would berate them. I would insult them.'"<br><br>2. "He called the House hearing a waste of time. 'It's nothing more than an advertisement for some congressmen who want to get some votes and some cheap publicity off my name,' Shkreli said. 'What Congress is doing is just a ploy to embarrass me.'" | https://www.bloomberg.com/news/articles/2016-02-02/shkreli-hires-new-lawyer-wishes-he-could-tangle-with-congress |
| 20 | 2/3/2016 | *BGR* | 'Pharma Bro' Martin Shkreli Says He Wants to 'Smack' Ghostface Killah | "Per NME, Shkreli appeared on radio station Power 105's The Breakfast Club this week and said that he would 'smack [Ghostface Killah] right in the face' if he were there right now." | http://bgr.com/2016/02/03/martin-shkreli-vs-ghostface-killah-feud/ |
| 21 | 2/4/2016 | *New York Daily News* | Martin Shkreli Gets Booted From Congressional Hearing After Using Fifth Amendment Rights to Avoid All Questions | [Reflecting Shkreli Tweet on February 4, 2016] @MartinShkreli: "Hard to accept that these imbeciles represent the people in our government." | http://www.nydailynews.com/news/national/martin-shkreli-booted-congress-refusing-questions-article-1.2519933 |

ORAL ARGUMENT REQUESTED AND SCHEDULED FOR APRIL 7, 2017

# APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|-----|------|--------|-------|-----------------|-----------|
| 22 | 2/4/2016 | *Washington Post* | 'Pharma Bro' Shkreli Stays Silent Before Congress, Calls Lawmakers 'Imbeciles' in Tweet | 1. [Reflecting Shkreli Tweet on February 4, 2016] @MartinShkreli: "Hard to accept that these imbeciles represent the people in our government."<br><br>2. [Reflecting Shkreli Tweet to Rep. Elijah Cummings on January 21, 2016] @MartinShkreli: "Your attempt to subvert my constitutional right to the 5th amendment are disgusting & insulting to all Americans @OversightDems @RepCummings" | https://www.washingtonpost.com/news/wonk/wp/2016/02/04/pharma-bro-martin-shkreli-faces-congress-today-but-pledges-silence/?utm_term=.2644e6e781b9 |
| 23 | 2/6/2016 | *CBS News* | Martin Shkreli's Twitter Account Gives Nod to Jeb Bush | [Reflecting Shkreli Tweet on February 7, 2016] @MartinShkreli: "My date made the tweet about Jeb Bush as a joke.  I don't follow politics except for having a profound hatred for all politicians." | http://www.cbsnews.com/news/martin-shkreli-gives-twitter-nod-to-jeb-bush/ |
| 24 | 2/9/2016 | *New York Daily News* | Ghostface Killah Fires Back at Martin Shkreli in Epic Diss Video: 'You a Real Killer, Man' | [Reflecting Shkreli's Tweet on February 9, 2016] @MartinShkreli: "Never seen someone real cry to his momma to handle his biz.  Soft-serve ice cream rappers should shut they mouth before they get told again." | http://www.nydailynews.com/entertainment/gossip/ghostface-killah-fires-back-martin-shkreli-diss-video-article-1.2525799 |
| 25 | 5/24/2016 | *Twitter* | | [Reflecting Shkreli Tweet on May 24, 2016] @MartinShkreli: "Everyone is trash BUT ME." | Link no longer available, provided in hardcopy. |
| 26 | 5/26/2016 | *Forbes* | Forgiving, Reasonable Martin Shkreli Endorses Donald Trump | "Shkreli was already adopting Trump's Twitter style. 'all you people who don't like trump are jealous, stupid and poor! don't make me laugh! and if you are employed by media you are worthless.' —Martin Shkreli (@MartinShkreli) May 27, 2016" | http://www.Forbes.com/sites/davidkroll/2016/05/26/forgiving-and-reasonable-martin-shkreli-endorses-donald-trump/#7591dfeb1f60 |

ORAL ARGUMENT REQUESTED AND SCHEDULED FOR APRIL 7, 2017

## APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|---|---|---|---|---|---|
| 27 | 6/8/2016 | *CNBC* | Accused Fraudster Martin Shkreli Pleads Not Guilty to Indictment Filed Last Week | "'It went great, the judge bitch-slapped the government, again,' Shkreli said, bragging to several customers at a Manhattan Dunkin' Donuts where he was live-streaming his coffee purchase on Periscope.<br><br>"Shkreli continued to stream the rest of his trip back to his apartment. At one point, he said '90 percent of you watching this are morons, maybe not 90 percent, 50 percent.'" | http://www.cnbc.com/2016/06/06/accused-fraudster-martin-shkreli-pleads-not-guilty-to-indictment-filed-last-week.html |
| 28 | 6/9/2016 | *CNBC* | Martin Shkreli Blocks Media on Twitter, But Embraces Musical Satire About Him | "The notorious pharma bro Shkreli, who is facing serious federal securities fraud charges, began blocking reporters who followed him on Twitter in recent days on the heels of his most recent court hearing. Shkreli sniffed that reporters weren't covering him 'responsibly.'<br><br>"The media blocked from viewing Shkreli's free-wheeling Twitter stream included this reporter and other journalists at CNBC.<br><br>"Shkreli previously had reveled in engaging in back and forth with reporters on Twitter, as he did on Friday when he tweeted 'when I see you, imma slap you' at one Bloomberg journalist who dared to ask him for comment on a new criminal count that prosecutors lodged against him that day." | http://www.cnbc.com/2016/06/09/martin-shkreli-blocks-media-on-twitter-but-embraces-musical-satire-about-him.html |
| 29 | 8/8/2016 | *Info Wars* | Pharmaceutical Exec: Hillary Clinton Has Parkinson's Disease | 1.  "Citing his '15 year background in drug discovery and pharmaceuticals,' Shkreli asserts that the videos of Hillary's strange facial movements and her difficulties with walking are 'pretty unmistakable signs of Parkinson's disease.'"<br><br>2.  "Other questions continue to swirl, including claims that one of Hillary'[s] 'handlers,' who calmed her during the recent interruption of one of her speeches, carries around an auto-injector syringe for the administration of the anti-seizure drug Diazepam.  According to Shkreli, the syringe 'may be an Apokyn pen, used to treat Parkinson's,' noting that it was the same color." | http://www.infowars.com/pharmaceutical-exec-hillary-clinton-has-parkinsons-disease/ |

## APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|---|---|---|---|---|---|
| 30 | 8/22/2016 | *MSN* | Harambe: Martin Shkreli Refuses Cincinnati Zoo's Request to 'Stop Memeing' Gorilla Who Died | "Martin Shkreli has refused to stop making memes of Harambe, the gorilla who died, and called on other people to join him in continuing to do so." | http://www.msn.com/en-ca/lifestyle/lifestylepetsanimals/harambe-martin-shkreli-refuses-cincinnati-zoo%E2%80%99s-request-to-%E2%80%98stop-memeing%E2%80%99-gorilla-who-died/ar-BBvUvPr?li=AAacUQk |
| 31 | 8/29/2016 | *Huffington Post* | Martin Shkreli Will Need Ointment After This Sick Burn From Colbert | [Reflecting Martin Shkreli's Tweet at comedian and television host Stephen Colbert]: @MartinShkreli: "Suck a dick?" | http://www.huffingtonpost.com/entry/martin-shkreli-will-need-ointment-after-this-sick-burn-from-colbert_us_57c452d5e4b09cd22d9179d6 |
| 32 | 8/30/2016 | *Mic* | What It's Like to Be Harassed by Martin Shkreli, the Most Hated Man in America | [Reflecting Martin Shkreli Tweets at Mic.com journalist Taylor Lorenz]:<br><br>1. @MartinShkreli: "@TaylorLorenz well, you are a piece of trash, lol"<br><br>2. @MartinShkreli: "@TaylorLorenz uh, no. I just started a software company, actually. People think ur a trash writer who will never produce anything of value."<br><br>3. @MartinShkreli: "@TaylorLorenz That's why interesting and important people block and dislike you, and most of the media. Just a FYI!"<br><br>4. @MartinShkreli: "@TaylorLorenz just generic poor trash. How u pay rent?"<br><br>5. @MartinShkreli: "@davejorgenson @TaylorLorenz She's pretty ugly! Add poor to the mix and you've got a TOTAL loser."<br><br>6. @MartinShkreli: "@laurastampler @TaylorLorenz public has a very low opinion of media because of people like you. Fin." | -https://mic.com/articles/153076/martin-shkreli-attacked-me-on-twitter-taylor-lorenz |

ORAL ARGUMENT REQUESTED AND SCHEDULED FOR APRIL 7, 2017

## APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|---|---|---|---|---|---|
| 33 | 9/6/2016 | *New York Daily News* | Patton Oswalt Says 12-Year-Olds on 'Skittles Rush' Are Better Trolls Than Martin Shkreli During Twitter War | [Reflecting Martin Shkreli's Tweet at comedian Patton Oswalt]: @MartinShkreli: "this pathetic loser would never be able to go toe-to-toe with me in a discussion about anything. comedian idiot!" | http://www.nydailynews.com/entertainment/gossip/pharma-bro-martin-shrekli-takes-patton-oswalt-twitter-war-article-1.2779341 |
| 34 | 9/6/2016 | *Revelist* | Pharma Bro Martin Shkreli Is Still Threatening to Beat Up Chris Evans—This Time, With Harambe | [Reflecting Martin Shkreli's Tweets at actor Chris Evans]:<br><br>1. @MartinShkreli: "Come to Brooklyn and I'll introduce you to the real Captain America and a couple of fuckin roundhouses if you say my name again @ChrisEvans"<br><br>2. @MartinShkreli: "Comedian gets a pass because wife died but you, @ChrisEvans, I'll fucking destroy. Pretty boy, shit-for-brains. Think your thoughts matter?" | http://www.revelist.com/celebrity/martin-shkreli-chris-evans/4685 |
| 35 | 9/7/2016 | *New York Daily News* | 'Captain America' Star Chris Evans Invokes the Wrath of Pharma Bro Martin Shkreli on Twitter: 'I'll f---ing destroy you. Pretty boy, s----for-brains' | Same statements as above. | http://www.nydailynews.com/entertainment/gossip/chris-evans-attacked-twitter-pharma-bro-martin-shkreli-article-1.2782313 |

ORAL ARGUMENT REQUESTED AND SCHEDULED FOR APRIL 7, 2017

# APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|---|---|---|---|---|---|
| 36 | 9/11/2016 | *New York Daily News* | Martin Shkreli Heckles Hillary Clinton as She Leaves Chelsea's Home After Health Scare | 1. "Shkreli — who lives nearby, in Murray Hill — shouted, 'Why are you so sick?' at the Democratic presidential nominee as she left the building. He also chanted 'Drop out!' and 'Trump!'"  2. "Shkreli later tweeted he 'enjoyed' berating the Democratic presidential nominee, who did not appear to hear him."  3. "The out-of-work and attention-starved businessman Periscoped himself running to Chelsea Clinton's Madison Square Park apartment, after her mother nearly collapsed at the 9/11 memorial service. Shkreli then waited for Clinton outside, along with media and security, while live-streaming for two hours." | http://www.nydailynews.com/news/national/martin-shkreli-heckles-hillary-clinton-daughter-home-article-1.2787500 |
| 37 | 9/11/2016 | *New York Post* | 'Why Are You So Sick?': Martin Shkreli Shows Up to Taunt Clinton | Same statements as above. | http://nypost.com/2016/09/11/why-are-you-so-sick-martin-shkreli-shows-up-to-taunt-clinton/ |
| 38 | 9/11/2016 | *Huffington Post* | Martin Shkreli Taunts Hillary Clinton: 'Are You Alive?' | [Reflecting Shkreli's Twitter post on Sept. 11, 2016]: @MartinShkreli: "I enjoyed screaming "why are you so sick" and "go trump" at @HillaryClinton . Get well soon bae!" | http://www.huffingtonpost.com/entry/martin-shkreli-taunts-hillary-clinton-with-are-you-alive_us_57d67473e4b00642712e3605 |
| 39 | 9/12/2016 | *The Sun* | 'Why Are You So Sick?' 'Pharma Bro' Martin Shkreli Trolls Hillary Clinton in Street After She Appeared to Collapse at 9/11 Memorial Event | Same statements as above. | https://www.thesun.co.uk/news/1766247/pharma-bro-martin-shkreli-trolls-hillary-clinton-in-street-after-she-appeared-to-collapse-at-911-memorial-event/ |

ORAL ARGUMENT REQUESTED AND SCHEDULED FOR APRIL 7, 2017

# APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|---|---|---|---|---|---|
| 40 | 9/12/2016 | *San Francisco Gate* | Pharmaceutical Tycoon Martin Shkreli Attacks Hillary Clinton: Tweets Private Email | Same statements as above. | http://www.sfgate.com/news/article/Pharma-Bro-Shkreli-heckles-Hillary-Clinton-9216227.php |
| 41 | 10/7/2016 | *Hollywood Life* | Martin Shkreli Tweets Hillary Clinton's Personal Email: Shares Other Staff Info | "Just in case you needed another reason to hate on nefarious pharmaceutical businessman Martin Shkreli, 33, he's proved to be a total punk once again by attacking Hillary Clinton, 68, and tweeting out what he claims is her personal e-mail for all the world to see. Not only that, he gave out the private e-mail AND phone number for her Director of Operations Marissa McAuliffe! Martin is a big Donald Trump supporter so it's unclear if he's doing this in support of the Republican presidential nominee, or if this is just the latest swipe in his ongoing hate campaign against Hillary." | http://hollywoodlife.com/2016/10/07/martin-shkreli-tweets-hillary-clinton-personal-email-staff-private-contacts/ |
| 42 | 10/8/2016 | *Twitter* | | [Reflecting Shkreli's Tweets on Oct. 8, 2016]:<br><br>1. @jlpulice: "@MartinShkreli so you think having an admitted and exuberant assaulter of women as president is okay?"<br><br>@MartinShkreli: "he was talking about how to score with women--is this a topic you are familiar with? guys historically have to make the first move."<br><br>@jlpulice: "@MartinShkreli I like how you're ignoring Trump bragging about sexually assaulting strange women, but that's your modus operandi isn't it"<br><br>@MartinShkreli: "Plus, I'm a guy and most of us talk and think like Trump does to each other.  You're a fuck boy megacuck.  Go back to your PCR machine." | https://web.archive.org/web/20161008035916/https:/twitter.com/MartinShkreli |

ORAL ARGUMENT REQUESTED AND SCHEDULED FOR APRIL 7, 2017

## APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|---|---|---|---|---|---|
| | | | | 2. @ethanjweiss: "@MartinShkreli I idealize the life in which men do not glorify raping women." <br><br> @MartinShkreli: "I didn't hear the part where he said 'after I make my move and they say no, i like to keep going and become forceful'. can you point it out?" <br><br> @MartinShkreli: "Oh.  I see the problem, now.  You live in San Francisco!!!!" | |
| 43 | 10/28/2016 | *Financial Times* | Lunch with the FT: Can Martin Shkreli Defend Corporate Greed? | 1.  "When I arranged the Lunch, I was told that Shkreli would not want to discuss the impending court case. Yet he appears incapable of speaking about anything else. He confidently predicts that he will prevail, and that his notoriety will help sway the jury. 'I have this fringe theory that I've sort of stress-tested a little bit — the more polarising and popular a case is, the more likely an acquittal,' he says, citing the cases of OJ Simpson, Casey Anthony, who stood trial for her daughter's murder, and Sean 'P Diddy' Combs, whose attorney now works for Shkreli. 'What's fascinating for all these cases? They were all widely seen to be guilty.'" <br><br> 2.  "'If I'm greedy and addicted to money, she's greedy and addicted to power — and apparently a little bit of money too,'" he says, referring to the millions of dollars in personal wealth amassed by Clinton, who delivered a series of lucrative paid speeches to Wall Street and Silicon Valley in the years following her tenure as US secretary of state.  'I've built companies I can point to. What can she point to? A career in public service? She made a bunch of money doing that? It makes no freaking sense.'" | https://www.ft.com/content/693ad306-9b6d-11e6-8f9b-70e3cabccfae |

## APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|-----|------|--------|-------|-----------------|-----------|
|  |  |  |  | 3.  "In private, many executives blame him for the public outcry over the price of drugs that threatens to crimp their profits and bonuses. 'I heard from a friend that these folks are actually jealous,' he says of those who disavowed him. 'They're 60-something years old and they're saying, "Oh gosh, he outsmarted us." They can feign all the outrage they want but the reality is, I saw an opportunity in pharma, I made a huge fortune, and they didn't. 'They are no different from the maître d' of this restaurant—they are there to look good, manage the place, act important and do absolutely nothing,' he says, gesturing towards the head waiter. 'And unlike the maître d' they get paid a lot of money.'" <br><br> 4.  "Perhaps the only people who inspire more venom are former business associates, like the employee who quit his job shortly after receiving a large stock award. Shkreli responded by harassing his family—sending messages to his son on Facebook and posting a letter to his wife that read: 'I hope to see you and your four children homeless and will do whatever I can to assure this.' At last: something he must regret. Many people have said or done awful things when blinded by rage, but bringing his wife and children into things was surely a mistake. Would he take it back if he could? Not a bit of it: 'I saw him to be a good family man and I wrote a relatively calm letter. I'd had success in the past appealing to the family '" <br> 5.  "More recently, Shkreli has started to flirt with the alt-right, a loose political collective whose angry concerns are best defined by their gender and the colour of their skin: male and white. But despite his full-throated support for unbridled free markets, I sense he has little interest in the identity politics that fires up this contentious group. 'It's for sympathy, I suppose,' he says. 'People will defend me based on my inclusion.'" <br><br> 6.  "'To me the drug was woefully underpriced,' he says. Rather, he thinks he should have charged a higher price still because Daraprim can keep people alive: 'It is not a question of "Is this fair?", or "What did you pay for it?", or "When was it invented". It should be more expensive in many ways.'" |  |

ORAL ARGUMENT REQUESTED AND SCHEDULED FOR APRIL 7, 2017

## APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|---|---|---|---|---|---|
| 44 | 11/9/2016 | *Someecards* | Martin Shkreli Is Going to Be Katy Perry's 'New Right-Wing Boyfriend?' Ew. | [Reflecting Tweet by Shkreli to Katy Perry on Nov. 9, 2016]:<br><br>@MartinShkreli "As your new right-wing boyfriend, I will comfort you. https://t.co/wRJa22UOIG" | http://www.someecards.com/entertainment/celebrities/martin-shkreli-offered-to-be-katy-perrys-bf-lily-allen/ |
| 45 | 11/13/2016 | *Twitter* | | 1. @jmpalmieri [Communications Director for Clinton campaign]: "Today is a good day.  It is @tyroneGayle bday and he is celebrating it watching his Clemson Tigers at Clemson! #gaylenation"<br><br>@MartinShkreli: "lol it only gets better from here you trash heap dumpster piece of shit"<br><br>2. @jonathanchait [writer for New York]: "This is the worst thing that has happened in my life.  But eventually we will triumph."<br><br>@MartinShkreli: "look at this crybaby.  a politician's election is the worst thing that has happened TO YOU in your whole life? moron"<br><br>3. @emmaroller: "That's why news orgs use the term 'alt right' instead of the more accurate term, 'white nationalists.'"<br><br>@MartinShkreli: "dis bish [sic]" | https://web.archive.org/web/20161114120226/https://twitter.com/MartinShkreli |

ORAL ARGUMENT REQUESTED AND SCHEDULED FOR APRIL 7, 2017

## APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|---|---|---|---|---|---|
| 46 | 12/11/2016 - 12/13/2016 | *Twitter* | | 1. @MartinShkreli: "Thinking about going homeless for a week to really grow my bond with the streets.  What ya'll think?"" <br><br> 2. @MartinShkreli: "If u ganster, thug, baller, rapper, gang member or real in any way you will want to watch me and dj akawhatever his name is tonight" <br><br> 3. @MartinShkreli: "may even demonstrate the proper use of a draco with an extendo [slang for a type of gun] tonight" | https://web.archive.org/web/20161213010320/https://twitter.com/MartinShkreli; <br> https://web.archive.org/web/20161213010320/https://twitter.com/MartinShkreli |
| 47 | 12/23/2016 | *ZeroHedge* | Martin Shkreli Has 'Few Regrets', Slams Bloomberg After Interview | 1. "When asked if he would repeat his business strategy [of raising Daraprim's price], the 33-year-old said, 'Of course.' He conceded that he put the drug company he ran at risk with his brash approach. But he also called Daraprim 'one insignificant drug' compared to other, larger products. Shkreli said he was frustrated and that 'the government in many ways is an apparatus of vengeance.'" <br><br> 2. "During his trial, Shkreli predicted that jurors will see somebody they can relate to, not the figure he claims he's been portrayed as in interviews. 'Invariably, when people read the headline about Martin Shkreli, they hate Martin Shkreli. When they get to know Martin Shkreli, they love Martin Shkreli,' he said." | http://www.zerohedge.com/news/2016-12-23/martin-shkreli-has-few-regrets-slams-bloomberg-after-interview |
| 48 | 1/7/2017 | *Twitter* | | [Reflecting Shkreli Tweet on January 9, 2017]: <br><br> 1. @MartinShkreli: "actually im clover/kinder [referencing sexual identity akin to pedophilia] and you just assumed by biological telo age" <br><br> 2. [Also includes portions of Lauren Duca related Tweets, as described above.] | Link no longer available, provided in hardcopy. |

ORAL ARGUMENT REQUESTED AND SCHEDULED FOR APRIL 7, 2017

## APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|---|---|---|---|---|---|
| 49 | 1/8/2017 | *The Verge* | Martin Shkreli Has Been Suspended From Twitter for Targeted Harassment of a Reporter | 1. "Following the message [inviting Duca to the inauguration], Shkreli added a line to his Twitter bio saying he had 'a small crush on @laurenduca.' He also changed his profile image to a doctored photo of Duca and her husband, swapping his face into the image. He changed his banner to a collage of photos of Duca, overlaid with lyrics from John Michael Montgomery's 1994 single 'I Swear.'"<br><br>"He also tweeted that he had purchased the domain name 'marrymelauren.com.' Shkreli's followers then joined in, tweeting more Photoshops of Shkreli with Duca."<br><br>2. "When reached for comment by The Verge, shortly before his account was suspended, Shkreli said he didn't see his actions as harassment and wouldn't consider them to be 'against Duca's will' because she hadn't responded to any messages from him or told him to stop. He said he thought the Photoshop images were similar to those someone would make of 'Justin Bieber or any other celebrity.'" | http://www.theverge.com/2017/1/8/14205552/martin-shkreli-suspension-twitter-harassment-lauren-duca |
| 50 | 1/8/2017 | *New York Daily News* | Martin Shkreli Suspended From Twitter After Harassing Woman Journalist | 1. "Asked about the suspension, Shkreli accused the Daily News of 'harassing' him by calling for comment."<br><br>"'I'll come out there and beat the s--t out of you if you f--king keep harassing me,' he told The News Sunday while broadcasting the call on Periscope."<br><br>2. "After his Twitter ouster, Shkreli continued trash talking Duca on Periscope, saying she can 'get it from behind always' and 'will come around eventually.'" | http://www.nydailynews.com/news/national/martin-shkreli-suspended-twitter-harassing-journalist-article-1.2940122 |
| 51 | 1/8/2017 | *Fortune* | Martin Shkreli Was Just Suspended From Twitter | Repeats much of *Daily News* story above. | http://fortune.com/2017/01/08/martin-shkreli-suspended-twitter/ |

ORAL ARGUMENT REQUESTED AND SCHEDULED FOR APRIL 7, 2017

## APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|---|---|---|---|---|---|
| 52 | 1/8/2017 | *USA Today* | Martin Shkreli Suspended From Twitter for Harassing Journalist | "Shkreli continued to tweet about Duca. He posted several photos of Duca on his Twitter banner and used a doctored photo, showing Duca sitting on a sofa, as his Twitter profile image. He also wrote on his Twitter bio that he had 'a small crush' on Duca and hopes that she doesn't find out.  His messages about Duca prompted some of his followers to tweet other doctored photos of Shkreli and Duca." | http://www.usatoday.com/story/money/2017/01/08/martin-shkreli-suspended-twitter-harassing-journalist/96322840/ |
| 53 | 1/8/2017 | *New York Post* | Martin Shkreli Kicked Off Twitter | "Shkreli, a vocal Donald Trump supporter, had been needling Duca online.<br><br>"After he asked Duca to attend next week's inauguration—prompting her to tweet, 'I would rather eat my own organs'—Shkreli boasted about buying the domain name 'MarryMeLauren.com,' which flooded the Web with Photoshopped snaps of Shkreli with Duca.<br><br>"Shkreli also made his Twitter page into a creepy, stalkerish tribute to Duca. She tweeted an image of it to Twitter CEO Jack Dorsey on Sunday, asking: 'How is this allowed @Jack.'" | http://nypost.com/2017/01/08/martin-shkreli-kicked-off-twitter/ |
| 54 | 1/8/2017 | *Washington Post* | 'Pharma Bro' Martin Shkreli Suspended From Twitter for 'Targeted Harassment' of a Journalist | 1. "A few days ago, Shkreli started trolling Duca on Twitter. Sunday, Duca noticed that Shkreli had changed his Twitter profile picture to an image of her, in which Shkreli's face was photoshopped onto that of another man. 'I have a small crush on @laurenduca,' his Twitter bio read. 'Hope she doesn't find out.'"Duca tweeted images of the profile changes to Twitter chief executive Jack Dorsey, asking, 'How is this allowed.'"<br><br>2. "We reached out to Shkreli seeking comment on his suspension, but he replied that he doesn't speak to The Washington Post because it is a 'trash extension of the left wing.' In a statement to the Verge just before his suspension, Shkreli said he didn't believe his actions should be considered harassment because Duca hadn't asked him to stop." | https://www.washingtonpost.com/news/the-intersect/wp/2017/01/08/martin-shkreli-was-suspended-from-twitter-for-targeted-harassment-of-a-journalist/?utm_term=.3a7fbf449837 |

ORAL ARGUMENT REQUESTED AND SCHEDULED FOR APRIL 7, 2017

## APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|---|---|---|---|---|---|
| 55 | 1/8/2017 | *Buzzfeed* | 'Pharma Bro' Martin Shkreli Suspended From Twitter After Harassing a 'Teen Vogue' Writer | 1. "On Sunday, Duca said she noticed that Shkreli had altered his profile to include a collage of photos of her, along with the words, 'For Better or Worse, Til Death do Us Part, I'll Love You With Every Single Beat of my Heart.'"<br><br>"He also changed his Twitter profile picture to an image of Duca and her husband, but with his face photoshopped over her spouse."<br><br>2. "Duca tweeted the pictures on Sunday, asking Twitter founder and CEO Jack Dorsey why Shkreli's actions were permissible on the social network."  [Reflecting Lauren Duca's Tweet to Twitter's CEO on Jan. 8, 2017]: "How is this allowed."<br><br>"Shkreli then replied directly to Duca's tweet, writing, 'dont disrespect the sovereignty of my love for you. your being unfair. [sic]'"<br><br>3. [Showing Shkreli's verbatim Tweets in response to other Twitter users who accused him of harassment]:  @MartinShkreli: "i made a collage.  what?"<br>@MartinShkreli: "she's famous.  i like her.  it's a collage.  christ almighty."<br><br>4. [Then posting the promotional poster for the romantic comedy *The Proposal* with pictures of his and Duca's faces substituted for those of actors Ryan Reynolds and Sandra Bullock]: "my fans send me this stuff. I don't make it. I do admire Lauren though. If she doesn't like it she can DM me or block me." | https://www.buzzfeed.com/davidmack/martin-shkreli-suspended-from-twitter?utm_term=.doZL9L1ok#.bizn2nZEQ |

ORAL ARGUMENT REQUESTED AND SCHEDULED FOR APRIL 7, 2017

# APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|---|---|---|---|---|---|
| 56 | 1/8/2017 | *Daily Caller* | EXCLUSIVE: Martin Shkreli Speaks Out On Twitter Suspension | [Commenting on his Twitter suspension]: "'It's sort of a double standard. She has harassed me a lot, and I just kind of give it back to her, and that's when she tells her followers to report me and what not,' Shkreli added. The pharmaceutical executive, who is currently under indictment for securities fraud, said he found it strange Duca and her followers found his 'mocking of a teenage crush' harassment.<br><br>"Shkreli added that he put the photo-board over the color pink to make it clear this was his intent.<br><br>"'I didn't do anything vulgar, they were all G-rated photos. It was made to be a tongue-in-check thing, and all of a sudden it became the worst thing ever,' Shkreli said." | http://dailycaller.com/2017/01/08/exclusive-martin-shkreli-speaks-out-on-twitter-suspension/ |
| 57 | 1/8/2017 | *Chicago Tribune* | 'Pharma Bro' Martin Shkreli Suspended from Twitter for 'Targeted Harassment' of a Journalist | Same story as *Washington Post* story from 1/8/17. | http://www.chicagotribune.com/business/ct-martin-shkreli-twitter-suspended-20170108-story.html |
| 58 | 1/9/2017 | *Rolling Stone* | Despicable 'Pharma Bro' Martin Shkreli's Terrible Deeds: A Timeline | "On January 5th, Duca tweeted a screenshot of a direct message from Shkreli asking if she wanted to be his plus-one to Trump's inauguration, along with the comment 'I'd rather eat my own organs.' Shkreli then turned his Twitter cover photo into a collage of pictures of Duca, with the words, 'For better or for worse til death do us part' scrawled across it—an incredibly creepy image, worthy of Law & Order: SVU. He also changed his profile picture to a Photoshopped one with his face over Duca's husband's, an obviously-fake image of himself and Duca where they appear to be cuddling on a couch." | http://www.rollingstone.com/culture/news/despicable-pharma-bro-martin-shkreli-a-timeline-w459935 |
| 59 | 1/9/2017 | *Daily Wire* | Martin Shkreli Got Suspended from Twitter for Trolling a Teen Vogue Writer | Repeats details of Shkreli's Tweets about Duca and related images. | http://www.dailywire.com/news/12231/martin-shkreli-got-suspended-twitter-trolling-teen-amanda-prestigiacomo |

ORAL ARGUMENT REQUESTED AND SCHEDULED FOR APRIL 7, 2017

## APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|---|---|---|---|---|---|
| 60 | 1/9/2017 | *Exclaim* | Martin Shkreli Says He Won't Leak Lil Wayne's 'Carter V,' Gets Booted from Twitter | "After defending her story on Fox News, Shkreli direct messaged Duca, inviting her to Trump's presidential inauguration as his guest on January 20, to which she replied, 'I would rather eat my own organs.'<br><br>"Shkreli then changed his Twitter avatar to an edited image of Duca and her husband (with Shkreli's face) embracing each other on a couch, in addition to making a collage his profile header photo. Duca then tweeted the images to Twitter CEO Jack Dorsey." | http://exclaim.ca/music/article/martin_shkreli_wont_leak_lil_waynes_carter_v_gets_booted_from_twitter |
| 61 | 1/9/2017 | *Independent* | The Way Martin Shkreli Treated a Teen Vogue Journalist Is Typical of Male Entitlement | 1. "In a purported attempt to 'date her', Shkreli bombarded Duca with a series of unsolicited direct messages, including one inviting her to attend the inauguration as his plus one, the irony of which is surely not lost on a writer who recently made waves with a scorching op-ed on Donald Trump's gaslighting of America."<br><br>2. "After Duca failed to pander to his attentions, he changed the header image of his Twitter profile to what is a presumably homemade collage of images of Duca, updating his profile picture with a photoshopped image of her and her husband, Shkreli's own face superimposed over the top of her husband's. Its message clear: I am going to assert myself within your existence whether you want me to or not. When called out for his creepy and invasive actions, Shkreli tweeted the journalist with 'dont [sic] disrespect the sovereignty of my love for you. your [sic] being unfair.' He also claimed to have purchased the domain name 'marrymelauren.com'. He has a 'small crush' on her, he says; an appropriate employment of the language of little boys." | http://www.independent.co.uk/voices/martin-shkreli-lauren-duca-teen-vogue-twitter-harassment-a7517756.html |

ORAL ARGUMENT REQUESTED AND SCHEDULED FOR APRIL 7, 2017

# APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|---|---|---|---|---|---|
| 62 | 1/9/2017 | *Dazed Digital* | Twitter Bans Martin Shkreli for Harassing Journalist | "In the aftermath, Shkreli changed his Twitter profile picture to an edited image of Duca with her husband to include his own face. He updated his cover photo to a photo collage of the journalist with a caption: 'For better or worse, 'til death do us part, I love you with every single beat of my heart'.<br><br>"His bio read: 'small crush on @laurenduca (hope she doesn't find out)'.<br><br>"Shkreli also told her she was '(disrespecting) the sovereignty of (his) love'" | http://www.dazeddigital.com/artsandculture/article/34242/1/twitter-bans-martin-shkreli-for-harassing-journalist |
| 63 | 1/9/2017 | *Associated Press* | Twitter Boots Ex-Pharma Exec Martin Shkreli for Harassment | Repeats details of Shkreli's Tweets about Duca and related images. | http://bigstory.ap.org/article/1dcd876576834ed2a2d3a578022c069b |
| 64 | 1/9/2017 | *Star Tribune* | Twitter Boots Ex-Pharma Exec Martin Shkreli for Harassment | Same as above. | http://www.startribune.com/twitter-boots-ex-pharma-exec-martin-shkreli-for-harassment/410107455/ |
| 65 | 1/10/2017 | *Advocate* | 'Clovergender' Trolls Promote Pedophilia and Mock LGBT People | "Before his Twitter account was suspended for harassing a Teen Vogue writer, Shkreli urged his followers January 4 to 'please spread clovergender awareness.'  The term, which has sprung up on several social media accounts early this year, appeared to be used by adult individuals claiming to be 'a child trapped in a man's body who is attracted to other children.'<br><br>"However, 'clovergender' is a hoax." | http://www.advocate.com/media/2017/1/10/clovergender-trolls-promote-pedophilia-and-mock-lgbt-people |

## APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|---|---|---|---|---|---|
| 66 | 1/10/2017 | *Mobile & Apps* | Martin Shkreli Suspended From Twitter for Harassing Reporter Lauren Duca After Uploading Photoshopped Images & Editing His Bio! | "Shkreli edited his Twitter bio to add that he had 'a small crush on @laurenduca' and even edited a photo of Lauren Duca and her husband to include himself in the frame. He kept on doing other antics such as changing his Twitter banner and tweeting that he had purchased the domain name 'marrymelauren.com.'" | http://www.mobileapps.com/articles/30749/20170110/martin-shkreli-suspended-from-twitter-for-harassing-reporter-lauren-duca-after-uploading-photoshopped-images-editing-his-bio.htm |
| 67 | 1/10/2017 | *Recorder Daily* | Pharma Bro Suspended From Twitter Due to Harassment of Journalist | "Just days ago Shkreli had apparently changed his profile picture on Twitter in which he had photoshopped his face onto another man's body and then in his bio section he had written that he has a crush on Lauren Duca, and 'hope she doesn't find out.'"<br><br>"This comes after more trolling that had been carried out by Shkreli against Duca." | https://recorderdaily.com/pharma-bro-suspended-from-twitter-due-to-harassment-of-journalist-489.html |
| 68 | 1/10/2017 | *Los Angeles Loyolan* | Rule of Thumb: Martin Shkreli, Spring Semester and the Fort Lauderdale Shooting | "But Shkreli also spends his time trolling the internet, looking for opportunities to bully and belittle those who he thinks deserve such treatment. Claiming to have a crush on Duca, as reported by Peter Wade in Esquire, Shkreli messaged her on Twitter, asking her to be his date to Donald Trump's inauguration. When Duca denied Shkreli's request, he began to harass her, sending her multiple rude tweets as well as pasting his face onto Duca's husband's in a photograph of the two." | http://www.laloyolan.com/opinion/rule-of-thumb-martin-shkreli-spring-semester-and-the-fort/article_b91398a3-f443-5d20-a407-d71bc966399f.html |

ORAL ARGUMENT REQUESTED AND SCHEDULED FOR APRIL 7, 2017

## APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|---|---|---|---|---|---|
| 69 | 1/10/2017 | *Mic* | Twitter Suspended Martin Shkreli—But His Legacy of Abusing Women Online Lives On | "Last week, Shkreli messaged Duca with an invitation to be his plus-one at Trump's inauguration, and she responded with a tweet saying 'I would rather eat my own organs' and a screenshot of his DM attached. <br><br> "The notorious 'Pharma Bro' and internet troll—he's harassed female journalists before—responded by crafting a collage of photos of Duca and making it his Twitter header. <br><br> "'For better or worse, 'til death do us part, I love you with every single beat of my heart,' the image said. Shkreli also digitally altered his face onto the body of Duca's husband and made it his avatar. According to the Guardian, Shkreli claimed Duca disrespected 'the sovereignty of [his] love.'" | https://mic.com/articles/164872/twitter-suspended-martin-shkreli-but-his-legacy-of-abusing-women-online-lives-on#.Nq8BlkPBb |

ORAL ARGUMENT REQUESTED AND SCHEDULED FOR APRIL 7, 2017

## APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|---|---|---|---|---|---|
| 70 | 1/13/2017 | *New York Post* | Martin Shkreli: Sorry, Not Sorry for Trolling Journalist | 1. "During an exclusive interview at his apartment in Manhattan — one he shares with Trashy, a rescue cat from Philadelphia — Shkreli downplayed the controversy, saying he took publicly available photos and created a collage 'more reminiscent of a high school locker [room]' than online harassment.<br><br>"'I look back on it as a waste of time, no doubt,' Shkreli told The Post. 'I think it would help her to be a little more intelligent and a little less dramatic. She said she prizes rational discourse, but when I messaged her with an invitation, she did the exact opposite of rational discourse.'"<br><br>2. "Shkreli, 33, insists what he did was a product of 'growing up on the internet,' a forum where harassment, trolling and needling are part of the deal, where the separation of cables and wires and physical space allows people to say things they usually wouldn't dare.<br><br>"'To her, I'd say get off your high horse,' Shkreli told The Post. 'You're not a political genius and I'm not sure why you think you have a lot to add to every political conversation … She's a speak-first, think-later person and that's what bothers me about her. That's why I needled her, that's why I trolled her – because she is what I believe is a scourge. She does it for publicity … but she has no substance and Tucker sort of exposed her I think a little bit in that regard.'" | http://nypost.com/2017/01/13/martin-shkreli-sorry-not-sorry-for-trolling-journalist/ |
| 71 | 1/20/2017 | *Facebook* | | "There's never a good time for this.  I must admit…  I grab 'em by the pussy." | https://www.facebook.com/martinshkr/posts/10101364276969975 |

ORAL ARGUMENT REQUESTED AND SCHEDULED FOR APRIL 7, 2017

## APPENDIX OF MR. SHKRELI'S STATEMENTS

| Tab | Date | Source | Title | Pertinent Quote | Hyperlink |
|-----|------|--------|-------|-----------------|-----------|
| 72 | 2/16/2017 | *New York Daily News* | Martin Shkreli Greeted By Protesters and False Fire Alarm at Harvard Speaking Engagement | 1. "Once everyone returned to the lecture hall, Shkreli issued a warning to potential protesters, telling them, 'If any of you guys are planning to walk out, let me know now so I can make fun of you.'"<br><br>2. "'How am I racist?  I am friends with [rap artist] Lil Wayne,' Shkreli replied.<br><br>"'Maybe that was racist.'"<br><br>3. "Shkreli included a presentation slide featuring photos of Lauren Duca, a journalist he harassed online." | http://www.nydailynews.com/news/national/martin-shkreli-greeted-protesters-fire-alarm-harvard-talk-article-1.2974251 |