# Tab 1

Martin Shkreli Plans To Bail-Out Bobby Shmurda | HipHopDX

**WELCOME TO THE DAWN OF THE HIP HOP REVOLUTION**

NEWS          SINGLES          VIDEOS          EDITORIALS          MORE

Subscribe

# Martin Shkreli Plans To Bail-Out Bobby Shmurda

December 16, 2015 | 8:13 AM

by Justin Hunte

CLOSE



DX



Subscribe

    189

he name Martin Shkreli seems to ring wrong these days. As CEO of Turing Pharmaceuticals, the Brooklyn native's controversial decision to raise the price of vital AIDS medication, Daraprim from $13.50 per pill to a staggering $750 each has incited vitriol from across the internet and the real world. So when it was announced last week that Shkreli was the buyer of Wu-Tang's mystic *Once Upon A Time In Shaolin*—which was marketed as a pioneering work-of-art rather than an album—RZA went into damage control. "The sale was agreed upon in May," he told Bloomberg Business Week, "…well before Martin Skhreli's [sic] business practices came to light."

To say the stiff-arm did not sit well with Shkreli is an understatement. "I felt insulted," he tells

CLOSE



Case 1:15-cr-00637-KAM    Document 162-1    Filed 03/17/17    Page 4 of 207 PageID #: 25383

least have the decency to say nothing or 'no comment.'"

But Shkreli didn't simply purchase the most expensive album in history to have it chill next to his Picasso. Raised in Sheepshead Bay, the brash executive is an avid Hip Hop fan. He loves Eminem and DMX and describes in detail his hopes of becoming a part of the culture… or, at least, the industry. He grew up playing the guitar and piano and aspires to release his own rap album. But before that, his immediate plan is to bail-out jailed Brooklyn upstart, Bobby Shmurda.

"I'm a fan and I'm a business man," he tells DX. "Look, the guy's going to have to record for me if he comes out. I'll just come out and say it… I'm not going to do this for free.

"To me, what I'm doing right now in the media," Shkreli continues, "raising prices, all this shit, believe what you want, but it's interesting. It gets people talking. At the end of the day, that's what art is. I

**DX**

NEWS            SINGLES            VIDEOS            EDITORIALS            MORE

## Bobby Shmurda & Action Bronson

The Last Wu-Tang Clan Album Breakdown



**Martin Shkreli:** We're actually in discussion to try to bail out Bobby Shmurda. Forget whether you think he's guilty or not, the guy should not be sitting in jail right now. It's insane. He's from Brooklyn. I'm from Brooklyn. He deserves a fair trial. He deserves good lawyers. He doesn't have good lawyers. His label is hanging him out to dry and so I have a conference call tomorrow morning with them

CLOSE

FOLLOW HIPHOPDX            LIKE HIPHOPDX


Case 1:15-cr-00637-KAM    Document 162-1    Filed 03/11/17    Page 5 of 207 PageID #: 25384

country. I'm not going to lose anything. I'm going to try to make that happen. That's one thing I'm working on.

**HipHopDX:** Where did that come from? I'm sure you're familiar with the story, but are you a fan?

**Martin Shkreli:** I'm a fan and I'm a business man. I'm not going to do this for free. [Laughs] He's going to have to do something for me. I don't know what that's going to look like yet. He's going to owe me one, obviously. I'd like to pay for his legal defense as well. I'm a big fan, but also, I'm an opportunist. You know that. I see an opportunity here. He's a talented guy. Every concert I go to, people yell "Free Shmurda." He reminds me of me, quite frankly. The guy's totally irreverent. He doesn't give a damn what people think. Totally irreverent. Totally I don't give a fuck. I love him. I just love that style. He's from not far from where I'm from in Brooklyn. I'd love to help him out. I wish someone would have helped me out when I needed help. He doesn't have much money. I know that. He's definitely hurting

---

DX

NEWS          SINGLES          VIDEOS          EDITORIALS          MORE

Subscribe

**DX:** You're unabashedly an opportunist, you said it. Is part of this because it's potentially a perceived olive branch to the Hip Hop community. Hip Hop isn't really feeling you right now.

**Martin Shkreli:** It's a mix. Look, the guy's going to have to record for me if he comes out. I'll just come out and say it. If I'm gonna post his bail, pay for his trial, get him a "Not Guilty" verdict… With the right lawyer, it's just a matter of money. I see opportunity. The guy's going to be more popular when he's out. The guy probably didn't do shit. He was trying to turn to a new chapter in his life and the old shit is coming up and hurting him. He's New York's best chance for rap since 50 Cent. It's not a lot of money for me. Spend a couple million on his defense, a couple million on bail and I'll get the bail money back real quick. So a million or two for his defense, which is probably $4 million in total, I'm willing to put towards his defense. I don't do olive branches. I'm doing something for him, the same way I felt I was doing something for the Wu-Tang Clan. And I'm doing something for me. If people benefit from that, listeners, then that's great, but that's not my primary concern. First is him. Second is me. Third is everyone else. Everyone wins. It's a win-win-win. The only loser is the fucking FEDs that want to see a fucking kid sit in jail for no reason because his lawyers can't fucking get his act together. That's what's going on with that.

**DX:** What else did you want to share?

**Martin Shkreli:** There's a simmering [conflict] going on with the Wu-Tang Clan. It's probably going to bubble. I don't know if it's going to lawsuits. I don't know what's going to happen, honestly. I wanted to talk about Action Bronson. You know he's Albanian?

**DX:** I do.

CLOSE



**DX:** I know that, as well. Sheepshead Bay [Brooklyn].

**Martin Shkreli:** I'm the most successful Albanian to ever walk the face of this Earth. What happened to Bronson was [regarding Ghostface Killah]. I thought it was entertaining, watching him run his mouth on Youtube and talk about how he's got shooters and shit like that. It was funny. I just didn't like that. I thought we'd keep it as if it was fine. I bought the album. [There's a ] big fucking check in RZA and Cilvaringz' pocket now, but if they're starting to turn up on me… The Albanian community is a very weird community. We're some of the most tight-knit kind-of kill for each other, die for each other motherfuckers there are. People say it's one of the craziest ethnicities there is in terms of their loyalty and bloodlines and shit like that. This thing [Wu-Tang thing] is starting to get pretty tense. You probably see that increasingly. I'm getting pretty frustrated by it. I bought the most expensive album in the history of mankind and fucking RZA is talking shit behind my back and online in plain sight. I'

do. That's why I can fucking afford a fucking $2 million album. What do you think I do, make cookies No, motherfucker. I sell drugs. [Laughs] I felt insulted.

**DX:** Throughout this entire process since the announcement, there have been people critical of the idea that they were going to try to sell an album like a work-of-art, a piece that truly was one-of-a-kind. You remember when Ol' Dirty Bastard said "Wu-Tang's for the children." Now babies can't get healed unless they can afford $750 [per AIDS] pill. They definitely have brand concerns, right?

**Martin Shkreli:** I'm staring at a Picasso in my living room right now that's no different from the Wu-Tang box except it's about 20 times more expensive. It is what it is. If you sell me some shit, then sell me some shit. If you don't want to sell it to me then don't sell it to me. You've got to research Albanians, it's the most hot tempered culture there is. I have a crazy temper myself. He's from the streets. The guy hasn't been in the hustle in 20 years. He doesn't want to get me angry and I'm getting angry. Again, what Ghostface said to Bronson was 100 hundred times worse than me and RZA. This is starting to get into some weird Albanian shit. There are similarities, very similar. I'm just getting fed up. If he doesn't think I have the resources to do something, he fucking doesn't know me. If Ghostface can make people disappear, what the fuck do you think I can do? I'll fucking snap the CD on fucking TV and not even listen to it if that's what he fucking wants.

**DX:** The Bloomberg story talked about a lunch that you and RZA had prior to the finalizing of the sale. With what you're saying now, I find it hard to believe that there weren't covenants to the agreement that kept [each side] from criticizing the sale should it go either way. Everything else seems super confidential.

**Martin Shkreli:** I'll have to look back at the agreement. I appreciate you asking that. I met the guy at



much in common because we talked for maybe an hour. I've had meetings where I was supposed to be talking to someone for an hour and we end up talking for six hours because we're so interested in what we have to say. We've all been there. That's not what happened. Motherfucker came in. He was late. We sat down for maybe 45 minutes at most. He left and was like, "Man, this is the man that needs to buy this album." I've been behind a lot of deals. I know when I'm being bullshitted. You don't have to fucking fake it. But I still wanted the album. We definitely didn't have much in common. The guy is fucking full of himself, talking about how his shit is the best ever, how fucking Bobby Digital was the best shit ever. I wasn't feeling him at all. I figured it was another arrogant rapper. How many of them do you need to meet?

I'm trying to get somewhere in this industry. I'm not sure it's about olive branches or not. I'm a musician. I've played guitar and piano since I was a little kid. I might try to do my own shit.



Martin Shkreli, Wu-Tang, Bobby Shmurda Timeline

**DX:** You play guitar and piano? Do you write songs as well?

**Martin Shkreli:** Oh yeah. I told RZA and I told Bloomberg that Shakespeare is my shit. Binding couplets are no fucking different than [GZA]. GZA is literally a genius. Not everyone loves his flow. I can do something like that, I guarantee it. I've reached out to a few producers and a few feature artists just to test the waters. I would never put anything out unless it was just golden. I don't need to embarrass myself. I'm doing fine in pharma. I don't need another career, but I love creativity. I write music. I was in a lot of bands in high school and college. I love rap, obviously. I think I could express

Martin Shkreli Plans To Bail Out Bobby Shmurda | HipHopDX

myself through it. There's never been an [incredibly wealthy] rapper. All these guys rap about is money and I have a lot to say.

**DX:** Most people think Dr. Dre made it to that level.

**Martin Shkreli:** He's close enough, right? [Laughs] He's the first, so God bless him. He's obviously an inspiration to everyone, quite frankly. That's kind of on the horizon for me. I'm testing it out, but in no means or way saying that I can do it. Just kind of test it out to see if it goes well. It could be total shit. It could be great. Who knows? Probably it's not going to be good. Very few people make it. How many people want to rap? Everyone. How many people can rap? Very limited quantities. I'm even talking to some ghost writers. If Drake can do it, I can do it. [Laughs]

**DX:** Your music aspirations seem more individualistic than creating a label. The opportunities you've



| NEWS | SINGLES | VIDEOS | EDITORIALS | MORE |

**Martin Shkreli:** I'm not trying to make money. That's number one. I don't need to make money. The ar for me is about art. Hip Hop for me is a lot of things. You get so many things with Hip Hop. You get tremendous art. Look at Talib Kweli or [Mos Def] or any of these tremendously gifted intellectual artists. Even Jay Z. When I met him, he gave me this big hug. I told him that all of my success, he inspired it. This is two years ago. You get the extremely good art and then you get this new medium. In 500 years, they're going to talk about rap the same way we talk about Shakespeare. I just want to throw my hat in the ring, that's all. I don't want to make money. There's not a lot of money to be made, regardless. As much as people say Birdman this or Dre that, this isn't a big industry. Maybe it will be. It's not like you can make $10 billion in Hip Hop. It's not going to happen. It's unrealistic. For me, it's more about art and helping bring this art to more people. I'm a drug CEO. You know Ben Horowitz. This is an art that's growing and growing. To be involved peripherally or centrally, sometimes both, I just love it. I'm at the point in my life where I can do it. I'm still young.

Riding for Action Bronson? I'm riding for myself. There's parallels or a subplot. There's sort of a subtext. He's Albanian. I'm Albanian. He's from New York. I'm from New York. He's squaring off against Ghost. I'm squaring off against RZA. Their beef is probably dead (with Ghost), but that dude is crazy on top of all of it. I doubt a label is in my future. If there was an artist that was great and needed cash, I would fund him and not ask for anything in return. I would just throw the check down and say, "Go do your thing, don't forget who I am." If you need $50,000 or $100,000 to go do your shit, go on tour for the first time… I make bets on people, bets on artists all the time and I'm happy to do that totally free and just be there as a go-to for the right folks. All I want in return is a little recognition and just friendship. I trusted you early, you make sure I'm backstage when you're fucking selling out [Madison Square Garden] and just access. That's the kind of stuff I'm looking for.

CLOSE



I love the art. It's fucking fantastic. All of my CEO friends and investors think it's fucking noise and garbage. I think the more people like me to get into the scene [could be helpful]. Ben Horowitz is fucking quoting Nas in everything he writes. It's like, "Okay, maybe you should take this a little bit more seriously." I think that's a beautiful thing. Why not help the scene? Why not help the community? If people don't get what I'm doing with this Wu-Tang thing, it is what it is. I don't think I'm going to snap the fucking CD. [Laughs] Again, my temper can definitely run wild. Did you see that thing where I threatened that dude and his fucking kids, right?

**DX:** I did.

**Martin Shkreli:** That was over $3 million, I want to say. He had to call the police, that guy. There's a little "Shmurda" in me, too. [Laughs] People that know me know that there's a little Bobby-equivalent in my blood, too. That comes from growing up on the edge of the hood. I would say, I've had guns



NEWS      SINGLES      VIDEOS      EDITORIALS      MORE

paying me back. He called my bluff. He said, "You're not fucking going to go after me." [I said] "Yes I motherfucking will." I had two guys parked outside of his house for six months watching his every fucking move. I can get down. I don't think RZA knows that. I think he thinks I'm some powder puff white guy CEO that's got too much money. No. No, no, no. I definitely don't spend $2 million for nothing. That's a lot of money, even if you're Carl Icahn. I'd encourage him to shut the fuck up before he goes a little too far. We'll see what happens. I think he's a smart man. He definitely acts like his shit doesn't stink and he invented rap. This concept of selling one album, this shit's backfiring for him now…

**DX:** That seems like a pretty resolute opinion on someone you spoke to for 45 minutes.

**Martin Shkreli:** Look, I don't know. He's an enigma. A lot of these rap dudes are enigmas. Fucking Jay Z, you fucking sit-down with the guy for two hours, the guy fucking says three sentences. That's how Jay is. He's just quiet. All these guys are quiet. They keep to themselves. They don't say shit. I don't wanna say it's resolute. His music speaks for itself. The guy created one of the most iconic groups ever. But he's not God. He's not the greatest there ever was or that ever will be and he acts like it. That pisses me off sometimes. I did him a favor. I don't think there was another fucking buyer for this fucking thing. I've been in a lot of deals. You know when you're bidding against yourself. I'm not fucking stupid. I know I could've gotten away with half the bid and still got it. What's the difference? What's another $500,000, $750,000, another $1 million? What am I gonna do, save money on this? Who cares? I just did it. I did him a fucking favor and I expected him to go out there and say, "Well, Mr. Shkreli, he's not such a bad guy. He's being misunderstood" as opposed to, "We didn't know this before his business practices came to light." What the fuck does that mean? Fucking defend me. I didn't pay you $2 million to talk shit about me.

CLOSE



**Martin Shkreli:** No. I don't think it would be a good conversation.

**DX:** Have you spoken to Cilvaringz?

**Martin Shkreli:** I have spoken to Ringz. He's RZA's fucking lapdog. I don't have much to say to him or about him. It is what it is. He doesn't have anything. This is all Bobby. All my emails with him, the guy fucking types in ALL CAPS like he's never used a fucking computer. [Laughs]

## Martin Shkreli: "I'll Fucking Buy Cash Money"



The Bobby Shmurda Arrested Breakdown

**DX:** The last thing that I expected you to say today was that you have music aspirations. You talk about the swag that rappers have. I think your reputation is similar for better and worse. From what I've read about how you've been characterized and from what I've seen from the public forums I've watched where you're speaking, it takes a shit ton of swag to be a 32-year-old CEO of a pharmaceutical company. It takes swag to handle the backlash for, as you've described it, meeting your fiduciary responsibility. I don't think that's as off base as what other people might think.

**Martin Shkreli:** I appreciate that. I had written off rap for a long time. Then I put on Eminem's album [Marshall Mathers LP]. I listened to that first track where he explains how he's gonna kill the listener ["Kill You"] in like 18 different ways. I'm just sitting there thinking, "What the fuck am I listening to?" I've heard all types of music and I'm listening to this man explain how he's going to dismember me with a chainsaw, fuck his own mother and my brain is exploding. The rest of the album is fantastic. It makes you wonder what art is. To me, what I'm doing right now in the media, raising prices, all this

and with my own friends helping me out. If it comes out okay, I'll put the shit out. I've written lots of good songs before. I can definitely do it. Business is better for me just because music is a hard life, as you know. But if I can do it, I'll do it. The budget for the album can be fucking $5 million. I'll pay fucking Drake. I'll pay fucking Lil Wayne. I'll pay Timbaland to make a beat. I don't care. I just don't wanna put out low-quality stuff. I don't want it to turn into Detox where nothing is good enough; where it always needs to be better. I don't want that to happen either. We'll see.

I've written some rhymes. They're alright. Teams or not, it still has to come from the [artist]. I think I'm a creative guy. I've got a pretty deep knowledge of Hip Hop. I've got a good vocabulary, a decent sense of humor and enough material to last a fucking lifetime. I've got enough material to write five autobiographies. At 32 years old, I've seen and done more shit than just about anyone. That should help. Sometimes it's just that magic that makes one of these guys different from another. I'm not



NEWS       SINGLES       VIDEOS       EDITORIALS       MORE

hard to look cool and bullshit.

**DX:** There's still a question of authenticity. Nothing in rap really works without it. Everyone who's had some fame and didn't have authenticity becomes a joke. You don't want to be Vanilla Ice.

**Martin Shkreli:** Exactly. I don't wanna be Vanilla Ice, but I'm a fucking real dude. I'm *the* guy. I've got fucking Presidents talking about me. [Laughs]

**DX:** But even away from the street life that's often associated with Hip Hop. Authenticity within the culture.

**Martin Shkreli:** For sure. But if Ace Hood can stand next to me in a music video and be like, "I fucks with this dude. This is my bankroll guy and I've got fucking suitcases of money." That's my real life. I fucking travel around [Las Vegas] with fucking $2 million or $3 million in cash like Floyd Mayweather. It's real. Whether you think I'm a herb or whatever, fine. But I'm the dude. I'm the guy. I'm not made up. Take it for what it's worth. If you think that's not going to do anything… 80 guys have tried to turn DMX's career around. It's never gonna happen, but I love that dude.

The point is, I am what I am. I've seen people call me a fucking savage. I'm the fucking biggest plug there is. The guys on Worldstar say that. There're guys that are like I'm just a white boy or whatever. OK. But if Hip Hop's gonna evolve and be something big… You've got guys like Ben Horowitz, myself. You know Ben bid on this shit. Ben bid on the album. I'm here. Use it or lose it, I don't care. But I'm here and I love this shit. If I'm not welcome then I'm not welcome. That's OK. I'm still gonna be fucking shit up. [Laughs] You can't stop me from that. I'll fucking buy Cash Money, dude. You can't stop that. The money is just the money. It's green. C'est la vie.

CLOSE

accepted, for sure. Like you said, you need swag to pull off the shit I pulled off. To even have Trump call you a spoiled brat. Donald-fucking-Trump called me a spoiled brat. That takes someone special, I think.

**DX:** I've been reading a lot of message boards and people have been quoting some of the things you've said around the album. When you said "the fans could've bought the last Wu-Tang album or the one before that and they didn't and all they had to do was pay $10." People in the message boards were really upset. In my view, it was largely because that's a hard point to debate.

**Martin Shkreli:** By the way, I got that from RZA himself. He threw his own fans under the fucking bus. I didn't make that shit up. That was RZA talking. It's true. I've got the money. If DMX wanted to put out an album right now, I'd pay $100,000 or $200,000 or $500,000. Trust me, he'd make more selling to me than he'd make selling out elsewhere. The guy's got so much fucking child support, so many



NEWS          SINGLES          VIDEOS          EDITORIALS          MORE

**DX:** This is the second time you've mentioned DMX. This something you're thinking about.

**Martin Shkreli:** Oh, for sure. If Kanye West would trade me some unreleased shit, I would make him a copy of Wu-Tang. But we'd both agree to keep each other's shit secret. I'm trying to cut some shit like that. Maybe do a remix or something with Drake. He's a big fan. They all have brands and shit, though. For Drake to fuck with me would be a problem for Drake. He probably wouldn't do it. I don't know. I want to see where it takes me. I think I bought a seat at the table with this album. If I can get Shmurda out of jail, that would be some shit. [Laughs] I'm a creative guy. If you talk to anyone in pharma—maybe I don't have the same resources as Pfizer, I may not have the same experience as Merck—but I'm crafty as fuck. Anytime there's some shit to do in rap, you know I'm going to be there. I asked DJ Khaled if I can help expand his fucking restaurant. We're talking about it. We'll see what happens. I'm throwing my hat in the game. I'm here, I want to have fun. It fits me perfectly. It's this mix of bravado, money music, attitude. This is just me. Nothing in my life fits better than Hip Hop. It was meant to be. We'll see how it plays out. I'm going to be around. Shmurda, this emerging war with RZA, if it emerges—I am pretty pissed off. I want an apology, for sure. We'll see what he does. I've been known to calm down, too.

**DX:** Have you thought about sharing the album?

**Martin Shkreli:** I'm not going to play it for no reason. If Taylor Swift wants to come over and suck my dick, I'll play it for her. [Laughs]

**Update: Martin Shkreli was arrested by federal agents on December 17. Read he full story.**

CLOSE

# Tab 2

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 14 of 207 PageID #: 25393

# Martin Shkreli aims sexist barb at Taylor Swift

BY **DAVID BOROFF**   FOLLOW

NEW YORK DAILY NEWS      Wednesday, December 16, 2015, 1:54 PM

The arrogant "pharma bro" who raised the price of a HIV medication by 5,000% now says he

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 15 of 207 PageID #: 25394

wants to bail out Brooklyn rapper Bobby Shmurda, who allegedly was leading a violent street gang.

In a revealing interview with HipHopDX, Martin Shkreli says he would like to get Shmurda out of jail, plus he hurled a misogynistic comment at Taylor Swift suggesting he would trade sexual favors to let her get a first listen at Wu-Tang Clan's one-of-a-kind album he paid $2 million for.



Martin Shkreli wants to get a Brooklyn rapper out of jail. (MICHAEL GRAAE/FOR NEW YORK DAILY NEWS)

The 21-year-old Shmurda, aka Ackquille Pollard, is being held on $2 million bail. Authorities believe he led a violent Brooklyn gang responsible for several drug sales and shootings. Thursday will mark one year since he was jailed.



Shkreli had aimed a sexist barb at Taylor Swift.
(STRINGER/REUTERS)



Brooklyn rapper Bobby Shmurda has been in jail for a year.
(SCOTT ROTH/INVISION/AP)

The rapper is best known for his "Shmoney Dance" and the song "Hot N---a."

"Forget whether you think he's guilty or not, the guy should not be sitting in jail right now," Shkreli told HipHopDX. "It's insane. He's from Brooklyn. I'm from Brooklyn. He deserves a fair trial. He deserves good lawyers. He doesn't have good lawyers. His label is hanging him out to dry and so I have a conference call tomorrow morning with them.



It would cost $2 million bail to get Bobby Shmurda out of jail. (MICHAEL SCHWARTZ/FOR

"I'll show up with $2 million bail money no f------ problem," he continued. "He's not going to flee the country. I'm not going to lose anything. I'm going to try to make that happen. That's one thing I'm working on."

Shkreli also discussed Wu-Tang Clan's "Once Upon a Time in Shoalin" album, which he refuses to play on a live stream. When asked about sharing it, he said, laughing, "if Taylor Swift wants to come over and suck my d---, I'll play it for her."

He tells HipHopDX that he felt "insulted" that RZA, founding and current member of Wu-Tang Clan, commented on the deal. "If I hand you $2 million, f-

NEW YORK DAILY NEWS)

----- show me some respect," Shkreli said. "At least have the decency to say nothing or 'no comment.'"

The head of Turing Pharmaceuticals opened himself up for criticism earlier this year when it was revealed that he raised the price of a potentially life-saving Daraprim pill from $13.50 to $750. He even said that he wished he'd raised the price even higher.

Tab 3

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 19 of 207 PageID #: 25398



# Wu-Tang Clan Album Owner Martin Shkreli Wants to Bail Out Bobby Shmurda

12/16/2015 by Adelle Platon

  



Paul Taggart/Bloomberg via Getty Images

Martin Shkreli photographed in New York on Aug. 10, 2011.



Earlier this month, the Internet learned that loathed pharmaceutical CEO **Martin Shkreli** copped Wu-Tang Clan's one-of-one album *Once Upon a Time in Shaolin* for millions via online auction house Paddle8. Shkreli -- the Turing Pharmaceuticals CEO known for attempting to raise the price of an AIDS pill from $13.50 to $750 -- is apparently not stopping his hip-hop crossover there.

In a new interview with HipHopDX, Shkreli talks at length about his hip-hop fandom, siding with Action Bronson (because Albania) and why he's beefing with the Wu's RZA. He also reveals that his To-Do list includes bailing out Bobby Shmurda, the Brooklyn rapper currently locked up on weapons and gun charges on a $2 million bail.

### Bobby Shmurda's Bail Application Denied for Sixth Time

"We're actually in discussion to try to bail out Bobby Shmurda," Shkreli said. "Forget whether you think he's guilty or not, the guy should not be sitting in jail right now. It's insane. He's from Brooklyn. I'm from Brooklyn. He deserves a fair trial. He deserves good lawyers. He doesn't have good lawyers. His label is hanging him out to dry and so I have a conference call tomorrow morning with them (Dec. 15). I'll show up with $2 million bail money no fucking problem. He's not going to flee the country. I'm not going to lose anything. I'm going to try to make that happen. That's one thing I'm working on."

Shmurda -- whose claim to fame was the viral hit "Hot Boy" -- was recently denied bond for a sixth time in the Manhattan Supreme Court (Dec. 3).

### Price-Gouging Drug Executive Revealed as Buyer of Wu-Tang Clan Album

The Shkreli Q&A is chock full of quotables as he describes his views of hip-hop as an art, working with ghostwriters to potentially put out his own material and stressing that his actions aren't born from a thirst for more cash.

"I'm not trying to make money," he goes on to say. "That's number one. I don't need to make money. The arts for me is about art. Hip-hop for me is a lot of things. You get so many things with hip-hop. You get tremendous art."

### Someone Already Wrote a Wu-Tang Clan/Bill Murray Heist Movie Script

Shkreli then had a few choice words for RZA, who recently got in on the Twitter joke that he, any Clan members or actor Bill Murray would be able to swipe the LP back over the 88-year period it's on lockdown.

We're really getting the urge to call Bill Murray.

— RZA! (@RZA) December 11, 2015

"I can get down. I don't think RZA knows that," Shkreli said about his conflict with RZA. "I think he thinks I'm some powder puff white guy CEO that's got too much money. No. No, no, no. I definitely don't spend $2 million for nothing. That's a lot of money, even if you're Carl Icahn. I'd encourage him to shut the fuck up before he goes a

little too far. We'll see what happens. I think he's a smart man. He definitely acts like his shit doesn't stink and he invented rap. This concept of selling one album, this shit's backfiring for him now..."

Read the full piece here. *Billboard* has reached out to RZA for further comment but did not immediately receive a response as of press time.

BILLBOARD WATCH: THE PATCH



| | | |
|---|---|---|
| The Patch Presents Gallant – A Legend in the Making | Bridgit Mendler Shares Some Soul At The Patch | Country artist Kane Bro explores LA with The Pa |



SHARE THIS:

# From The Web

Sponsored Links by Taboola

## After Losing 70lbs Susan Boyle is Actually Gorgeous

**Detonate**

## QUIZ: Answer 10 Questions + Receive A Free …

**JustFab**

Case 1:15-cr-00637-KAM    Document 162-1    Filed 02/17/17    Page 22 of 207 PageID #: 25401

## ☰ Stars from Commercials Who Are They Really?

Definition

### New York: New Federal Program Pays Off Your …

Comparisons.org Quotes

∨ COMMENTS

© 2017 Billboard. All Rights Reserved.

Terms of Use      Privacy Policy      About Our Ads      Advertising

Billboard.com is a member of Billboard Music, a division of Billboard-Hollywood Reporter Media Group

Tab  4

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 24 of 207 PageID #: 25403

# The Guy Who Bought Wu-Tang Clan's One-of-a-Kind Album Wants to Bail Out Bobby Shmurda

 **BY ZACH FRYDENLUND**
Follow Zach on Twitter for jokes and hot takes here.

DEC 16, 2015



*Image via Martin Shkreli*

It looks like Martin Shkreli—who is the man that **bought** Wu-Tang Clan**'s one-of-a-kind album** for $2 million—wants to fully inject himself into the hip-hop culture. In a new **interview with HipHopDX**, Shkreli said he's **been thinking about bailing out** Bobby Shmurda.

"Forget whether you think he's guilty or not, the guy should not be sitting in jail right now," Shkreli said. "It's insane. He's from Brooklyn. I'm from Brooklyn. He deserves a fair trial." While Shkreli said he's working on **getting Shmurda out**, he didn't give exact details on if it will actually happen. Shmurda has **already been denied bail** multiple times while he awaits a trial on gun and drug charges.

Shkreli, who is best known as the man who **purchased an AIDS drug and jacked up** the price, also talked about his deal with Wu-Tang for the album. He said that he wasn't happy with RZA's **statement after the deal** was announced and that if they had another meeting, it wouldn't go well. "What the fuck does that mean? Fucking defend me. I didn't pay you $2 million to talk shit about me," he said. In his statement, RZA said that the group was unaware of **Shkreli's prior business practices** when they made the original agreement.

You can read the full interview **here**.

**Tags:** News, Bobby Shmurda

Tab 5

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 28 of 207 PageID #: 25407

**BRO TIME**

# PHARMA BRO MARTIN SHKRELI WANTS TO BE A RAP MOGUL, BAIL OUT RAPPER BOBBY SHMURDA

The C.E.O. further cements his reputation.



**BY EMILY JANE FOX**
DECEMBER 16, 2015 5:21 PM

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 29 of 207 PageID #: 25408



Left, by Richard Perry/The New York Times; Right, by Bennett Raglin/BET/Getty Images

**Martin Shkreli**, the pharmaceuticals C.E.O. who sledgehammered his way into public consciousness when he raised the price of a life-saving drug by 5,000 percent overnight earlier this fall, and then swung again last week when news broke that he was the mysterious buyer who spent an estimated $2 million on a Wu-Tang Clan album at auction, has struck a third time.

The self-proclaimed hip-hop aficionado and aspiring mixtape dropper now wants to be the one to bail out jailed Brooklyn rapper **Bobby Shmurda**, according to an interview with the rap Web site Hip Hop DX published Wednesday.

"We're actually in discussion to try to bail out Bobby Shmurda. Forget whether you think he's guilty or not, the guy should not be sitting in jail right now," he said in the interview. "He deserves a fair trial. He deserves good lawyers. He doesn't have good lawyers. His label is hanging him out to dry and so I have a conference call tomorrow morning with them (December 15). I'll show up with $2 million bail money no fucking problem."

Shmurda, whose real name is **Ackquille Pollard,** was arrested on gun charges and gang conspiracy in December of 2014. His bail was set at $2 million, a fee his record label, Epic, a subsidiary of Sony, has not paid, though it signed Pollard to a seven-figure multi-album deal just months before his arrest.

Reached by *V.F.* on Wednesday, Shkreli would not confirm whether the conference call took place or, if it did, whether anything came out of it. He did tell V.F.com, "I stand ready to support Ackquille Pollard at his request."

ADVERTISING

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 30 of 207 PageID #: 25409

inRead invented by Teads

Though he is a professed fan, Shkreli's support wouldn't come
without strings.

"The guy's going to have to record for me if he comes out. I'll just
come out and say it," he told Hip Hop DX. "If I'm gonna post his bail,
pay for his trial, get him a 'Not Guilty' verdict. . . . With the right
lawyer it's just a matter of money. I see opportunity.

"The guy's going to be more popular when he's out. The guy probably
didn't do shit. . . . He's New York's best chance for rap since **50 Cent**.
It's not a lot of money for me. Spend a couple million on his defense,
a couple million on bail and I'll get the bail money back real quick. So
a million or two for his defense, which is probably $4 million in total,
I'm willing to put towards his defense."

Shkreli sees a lot of himself in Bobby Shmurda. They're both from
Brooklyn for starters. Plus, Shkreli said, "The guy's totally irreverent.
He doesn't give a damn what people think. Totally irreverent. Totally
I don't give a fuck."

Shmurda wasn't the only thing on Shkreli's mind. He used the wide-
ranging Hip Hop DX interview to escalate a spat with **Robert "RZA"
Diggs**, the Wu-Tang mastermind and producer that began last week
after Bloomberg revealed Shkreli to be the mysterious buyer of the
sole copy of the group's album *Once upon a Time in Shaolin*. Shkreli
told the business news outlet that after the meeting, he found that he
and Diggs had little in common. In his own statement to Bloomberg,
RZA said that the sale of the album to Shkreli was agreed to long
before the group learned of his business practices. As a result, he said
Wu-Tang "decided to give a significant portion of the proceeds to
charity."

Shkreli, who referred to himself as "the most successful Albanian to
ever walk the face of this Earth," did not take kindly to that perceived
slight, and referred to the situation as an "emerging war" between the
two of them as part of an expletive-laden challenge: "I bought the
most expensive album in the history of mankind and fucking RZA is
talking shit behind my back and online in plain sight. That's not the
way I do business. If I hand you $2 million, fucking show me some
respect."

As for sharing the Wu-Tang album, he has thought about it, but
again, nothing comes without strings for Shkreli.

|

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 31 of 207 PageID #: 25410

> DX: Have you thought about sharing the album?
>
> Martin Shkreli: I'm not going to play it for no reason. If Taylor Swift wants to come over and suck my dick, I'll play it for her. [Laughs]

And so, having cemented his reputation as a stock-market heavy, it seems as though Shkreli is seeking to earn a similar rep in the hip-hop industry, a world that knows from voluntary bad guys. He said he's reached out to a few producers and a few artists to "test the waters," but he wouldn't put anything less than golden out for fear of embarrassing himself. He's willing to pay up to avoid such shame.

"The budget for the album can be fucking $5 million," he said. "I'll pay fucking **Drake**. I'll pay fucking **Lil Wayne**. I'll pay **Timbaland** to make a beat. I don't care."

Also, he said, he's talking with **DJ Khaled** to see if he can help him expand his restaurant.

1/11    **The Beginner's Guide to Taylor Swift's Girl Squad**    FULL SCREEN



Taylor Swift and Selena Gomez onstage at Madison Square Garden, 2011.

Photo: By Charles Sykes/A.P. Photo.



Tab 6

**Business**

# Martin Shkreli's greatest hits of his absolute worst moments

2.3k
Share on Facebook  Share  Tweet on Twitter  Share  Share



Martin Shkreli is escorted by law enforcement agents in New York on Thursday, Dec. 17, 2015, after being taken into custody following a securities probe.

*IMAGE: CRAIG RUTTLE/ASSOCIATED PRESS*

**BY JASON ABBRUZZESE AND HEIDI MOORE**
DEC 17, 2015

Martin Shkreli, the internet's most hated pharma bro, was arrested this morning on charges of securities fraud, demonstrating that karma is very real.

While Shkreli's arrest has to do with his previous business ventures — for which he allegedly misappropriated money — and not his unconscionable attempts to raise drug prices, but it's worth revisiting all the ways in which he has ticked off everyone on the internet. Herewith, a handy guide to Shkreli's worst moments.

**Buys rights to Daraprim, raises price 4,000%**

September 19, 2015 was a simpler time. Donald Trump had not yet called for Muslims to be banned from entering the U.S. Adele fans were still anticipating her new album. Nobody really knew the name Martin Shkreli.

The next day, the world would be changed forever.

On September 20, the *New York Times* published a story on Shkreli and his company, Turing Pharmaceuticals. Turing had purchased the rights to Daraprim, a drug used to treat parasitic infections. It then raised the price to around $750 per pill. Shkreli claimed that doing so would provide the company would money to research new drugs. Few believed him.

**Says he'll lower the price, backtracks on that claim**

Following the report on the price, just about everybody piled on Shkreli. Hillary Clinton and Bernie Sanders called him out personally. Other pharma execs said he represented the worst part of their industry. The media could barely get enough.

So just three days later, Shkreli relented. He said that he would lower the price. It seemed like he had to. Otherwise, he would have quickly become the most hated man in America not named Trump.

But something was sketchy. He did not say when or by how much he would reduce the price.

**Claims Daraprim will be free for people who need it**

The plot thickened as Shkreli insisted that his plan all along was to offer Daraprim for free for people who couldn't afford it — a detail he had strangely failed to mention in his previous communiques about his intentions — and which by the way, wouldn't really work.

> I like to stir the pot, but I would never, ever price a drug beyond a sick person's reach.
>
> — Martin Shkreli (@MartinShkreli) December 16, 2015

> If you can afford our drugs with insurance, great. If you can't, you can have it for free. Our system works.
>
> — Martin Shkreli (@MartinShkreli) December 16, 2015

> @MartinShkreli bro, not a hater but isn't the costs to insurance eventually passed down to the consumer?
>
> — Bill Cullen (@oracle_head) December 16, 2015

> @MartinShkreli you may want to address the physicians who addressed Congress who said that wasn't true.
>
> — CallaLilly101 (@CallaLilly101) December 16, 2015

> @MartinShkreli "I'm not denying you meds, I'm ripping off your insurance company so we can all pay higher premiums" not much of an argument
>
> — PharmacyTobacco (@PharmacyTobacco) December 16, 2015

### Bernie Sanders gives back a Shkreli donation

There was a brief time when it seemed Shkreli might try to rehab his image instead of going full-on cartoon megavillain.

He publicly announced that he would be donating $2,700 to the presidential campaign of Senator Bernie Sanders, a politician that has criticized the pharmra industry and called for price caps on drugs. Shkreli told CNN that he hoped the donation would allow him to meet Sanders so they could discuss the drug industry.

Sanders said he would not accept the money, instead donating it to a health clinic.

Shkreli reacted with his usual level of outrage.

> SO ANGRY AT @BernieSanders I COULD PUNCH A WALL!!!!!!!!!!!!!!!!!!!!!!!!1
>
> — Martin Shkreli (@MartinShkreli) October 18, 2015

### Feuding with Wu-Tang Clan's RZA

When it came out that Shkreli had purchased a one-of-a-kind Wu-Tang Clan album for $2 million, the hip hop community was not very pleased that the soon-to-be-arrested pharma dude would own the mysterious collection of almost never-before-heard tracks.

Members of the Wu-Tang Clan didn't seem particularly happy about it either. RZA, who formed Wu-Tang and led production of the album, released a statement saying that Shkreli's business practices had not been made public when they had agreed to the deal.

Shkreli took it as a slight and another opportunity to make headlines. In an interview with website HipHopDX, Shkreli fired back.

"What the fuck does that mean?" Shkreli said when asked about the email. "I fucking make money. That's what I do. That's why I can fucking afford a fucking $2 million album. What do you think I do, make cookies? No, motherfucker. I sell drugs. [Laughs] I felt insulted."

RZA did not provide much of a response apart from the tweet below, a reference to an Internet rumor that Wu-Tang or Bill Murray were allowed one attempt to steal the album back.

> We're really getting the urge to call Bill Murray.

— RZA! (@RZA) December 11, 2015

Shkreli went on to say — and to retweet his own quote — about the Wu-Tang Clan, "if I hand you $2 million, fucking show me some respect. At least have the decency to say nothing or 'no comment.'"

"If I hand you $2 million, fucking show me some respect. At least have the decency to say nothing or 'no comment.'"
https://t.co/yr4UVdMDxe

— Martin Shkreli (@MartinShkreli) December 16, 2015

A hedge-fund bro freely calling out a member of the Wu-Tang Clan is not a world we want to live in.

**Disrespecting Taylor Swift**

In that same interview, Shkreli said that he would let Taylor Swift listen to the album in return for sexual favors. We don't feel the need to give those comments much more attention, so just use it as a reminder that he's a pretty awful person.

**Says he will bail out imprisoned rapper Bobby Shmurda**

Harder to do in Shkreli's current circumstances.

**His Twitter feed is a biohazard site**

A toxic mix of hubris, arrogance, insults and self-promotion, Shkreli's twitter feed is a Trumpian spectacle of narcissism and lack of self-awareness. He is an active tweeter, which gives ample ammunition for his enemies.

pretty much https://t.co/mkTDZOWS4q

— Martin Shkreli (@MartinShkreli) December 14, 2015

@SidizenKane i am the original internet troll, child.

— Martin Shkreli (@MartinShkreli) December 14, 2015

@mugatushair dude they don't even want me to testify in front of congress for fear of the verbal destruction which would lie in the wake

— Martin Shkreli (@MartinShkreli) December 12, 2015

**Called himself a more successful Albanian than Mother Teresa**

"You know I'm Albanian? I'm the most successful Albanian ever to walk the earth," Shkreli once said with his usual understatement.

*Fortune* investigated his claim and found it to be — surprise! — untrue, citing numerous Albanians including Jim and John Belushi, Regis Philbin, Eliza Dushku and Mother Teresa. When challenged by Fortune on whether Shkreli really considered him more successful than Mother Teresa, who saved lives, Shkreli replied, "Financially? I believe she prided herself on having no worldly possessions."

@ben_geier financially? i believe she prided herself on having no worldly possessions. MIX TAPE OUT 2016

— Martin Shkreli (@MartinShkreli) December 16, 2015

Depending on the outcome of the securities fraud investigation, Shkreli may soon find himself in the same boat.

**TOPICS:** BUSINESS, MARTIN SHKRELI

You May Like                          Sponsored Links by Taboola

**Invest in Properties Across the U.S. with as little as $5,000?**
RealtyShares

Tab 7

**BUSINESS DAY**

# *What Happened When a Teenager Joined Martin Shkreli on a Live Stream*

By KAREN WORKMAN and PATRICK LAFORGE    DEC. 17, 2015

Mr. Shkreli, a pharmaceutical industry entrepreneur, during a live stream discussed rap, high school and a friend of his who is in jail. By Youtube/MARTIN SHKRELI on December 17, 2015. . Watch in Times Video »

About a month ago, Martin Shkreli, the pharmaceutical entrepreneur who was arrested on Thursday, began live-streaming himself on YouTube, sometimes for 10 hou or more at a time, as he worked, played video

games, strummed a guitar and, occasionally, while he slept.

He would also chat with his audience, defending himself to critics upset about accusations of drug price gouging and seeming to taunt fans of Wu-

which he reportedly purchased at auction. (So far, he had yet to play the music on the stream.)

The live streams are preserved on his YouTube account. There are boring moments (Mr. Shkreli sleeping) and some odder ones, such as Mr. Shkreli debating drug prices and politics with a group of students apparently from his alma mater, Hunter College High School in New York.

That exchange, on Monday, began when a girl who identified herself as a senior at Hunter connected with him via Skype.
In their conversation, which starts a little less than four hours into the recorded video, Mr. Shkreli told her that he was planning to dominate the rap industry, have Hunter renamed for himself and bail a rapper out of jail. He talked about his admiration for Bill Gates, who was once "one of the most hated people in the world."

And he told her how he did not like Republicans because a Mitt Romney fund-raiser "was the most depressing night I've ever had."

The conversation was at times bizarre and disjointed. Here are a few more excerpts.

**Student:** "All my friends think you're really cool and we want to be your best friends."

**Mr. Shkreli:** "Great. I think the media would have problems with me being friends with a bunch of high school kids."

**Student:** "That might be a little bit of an issue but, like, we can ignore that."

**Mr. Shkreli:** "Yeah, whatever. I'm trying to dominate the rap industry."

**Student:** "That's cool. Um, how's that going? I heard that you spent $2 million on a Wu-Tang Clan album."

**Mr. Shkreli:** "It's only the beginning."

Soon after that, she asked him to attend a school dance with her.

**Mr. Shkreli:** "My Internet friends don't think this is a good idea. I am blushing though."

Later in the conversation, she asks more about his friends.

**Mr. Shkreli:** "My friends? I don't have any friends. Some of them, like, one of my good friends is in Rikers right now. He's in for attempted murder and drug trafficking."

**Student:** "Wow, that's very exciting."

**Mr. Shkreli:** "You might've heard of him. His name is Bobby Shmurda."

**Student:** "I actually haven't, but [trails off]."

The conversation took a quick detour to reflect on the racial makeup of Hunter College High School, but quickly swung back to Bobby Shmurda, the stage name of the rapper Ackquille Pollard.

**Mr. Shkreli:** "I'm trying to bust him out."

**Student:** "Are you planning a heist?"

**Mr. Shkreli:** "No, I'm just going to bail him out. You're the first person I've told this to."

Later in the week, he gave an interview about his plan to bail out the rapper.

Their conversation turned back to their common interest: Hunter College High School.

**Mr. Shkreli:** "I think I'm going to have Hunter change their name to the Shkreli school."

**Student:** "I feel like that would not happen, but you can try."

**Mr. Shkreli:** "Really? Tell me more. Teach me more."

**Student:** "You're too much of a controversial figure for Hunter. Yeah, it's great. We had a couple A.P. gov discussions where your name popped up."

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 40 of 207 PageID #: 25419

☑

---

**Mr. Shkreli:** "You know, when I was in Hunter the big controversy was Bill Gates."

**Student:** "Really?"

**Mr. Shkreli:** "He was one of the most hated people in the world."

**Student:** "Why?"

**Mr. Shkreli:** "You're too young, but he was a capitalist. He was a monopolist. He broke every rule. He was the most ruthless businessman to ever exist. That's why he's the richest man in the world now, but now he's giving his money away, so it's funny how quickly opinions can change."

**Student:** "Yeah, obviously, that's crazy. Is that what you're planning to do? If you give away your money to enough good places everybody's just going to love you?"

**Mr. Shkreli:** "Only time can tell."

He moved to hang up the video chat with her.

**Mr. Shkreli:** "I mean, I'm having a lot of fun talking about Hunter, but my, um, Internet fan base is wondering what's going on."

She reminded him about her Facebook friend request and the group chat she had invited him to. He shared his screen, letting viewers watch as he accepted the friend request and opened the group chat.

Then, the live stream continued — but with many more students chiming in through chats and comments. Mr. Shkreli appeared to get in a bit of a tiff with one of the students, though it was not clear how serious he was.

**Mr. Shkreli:** "I'm going to be at the courtyard tomorrow and I'm going to beat the [expletive] out of you, that's basically what's going to happen. You can tell the principal, who, by the way, I have drinks with, so he's not going to do [expletive]."

**Student:** "Oh my God, are you totally tight with all the administration?"

**Mr. Shkreli:** "Of course."

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 41 of 207 PageID #: 25420

**Student:** "I have so much respect."

**Mr. Shkreli:** "If Arty keeps talking [expletive] I am going to go to Hunter tomorrow. You know, I've had guns pointed at me, you know. I'm coming for you, Arty."

Later, the topic of conversation changed.

**Student:** "Do you ever get sad because people don't like you?"

**Mr. Shkreli:** "No, come on, I've been criticized since I was 9 years old."

**Student:** "Really? Why? Were you bullied at Hunter?"

**Mr. Shkreli:** "No, I was the bully."

**Student:** "What's the meanest thing anybody has ever said to you?"

**Mr. Shkreli:** "I don't know."

He interrupted her to take another caller, who said: "I was just wondering if you were really going to raise that drug price."

He told the caller that he was playing the guitar while he talked to her "because this is boring me terribly. Now, what drug are you asking about?"

**Second caller:** "The one I just read about on the Internet."

**Mr. Shkreli:** "Which one? I'm developing 25 different drugs. Which one are you talking about?"

She says she would have to look it up. He does not respond favorably.

"Do you always call people without researching the situation, or is this the first time?"

The caller said this was the first time.

**Mr. Shkreli:** "If I had to explain the situation to everyone from scratch, I wouldn't have that much time, would I? No, I would not. Now how do you feel about wasting my time? Don't you dare call me again and say, 'What about them damn drug prices?'"

The phone call ended, but the live stream went on.

Tab 8

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 43 of 207 PageID #: 25422

# 'Pharma bro' Martin Shkreli hosts post-arrest live stream

BY **MEG WAGNER**   FOLLOW

NEW YORK DAILY NEWS   Saturday, December 19, 2015, 11:36 AM

Martin Shkreli Live Stream



Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 44 of 207 PageID #: 25423



America's most notorious pharma exec spent the day after his securities fraud arrest playing online chess, scrolling through women's dating profiles and chatting with supporters.

Clad in a purple PBS T-shirt and a pair of pajama bottoms, Martin Shkreli hosted a marathon live stream via his YouTube channel Friday night, hours after he stepped down as CEO of Turing Pharmaceuticals, the drug company infamous for its pill price gouging.

"Good to be back. I missed you too," the 32-year-old told his viewers at the beginning of the Friday live stream.

On Thursday, Shkreli was taken into FBI custody after a federal probe of his former hedge fund. Federal prosecutors claim he ran two of his former companies — a biotech firm and a hedge fund —like a Ponzi scheme, looting one to pay off debts from the other.

Hours after his arrest, Shkreli pleaded not guilty and was released on $5 million bail.

"I can't really talk about business or anything. So please don't ask me about businesses or any allegations or anything like that," Shkreli said during Friday livestream.

Instead, he spent the evening playing guitar for his viewers and poking around online.

The detested "pharma bro" took phone calls from

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 45 of 207 PageID #: 25424



Shkreli was released on $5 million bail Thursday. (ALEC TABAK/FOR NEW YORK DAILY NEWS)

supporters, one of whom offered to buy him a beer at a Lower East Side bar later that night.

Some followers asked the mega-rich exec to play the one-of-a-kind Wu-Tang Clan album he bought for a reported $2 million. Shkreli — who previously refused to play it for the public, saying Taylor Swift could listen to it in exchange for sexual favors — played an R.E.M album instead.

Between jam sessions and phone calls, Shkreli spent time searching online dating site OkCupid, scrolling through women's photos and chatting with a few possible dates.

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 46 of 207 PageID #: 25425



'Pharma Bro' Martin Shkreli played guitar during a live stream the day after he was arrested for securities fraud. (MARTIN SHKRELI/VIA YOUTUBE)

One bachelorette asked who the "scary man" in some of Shkreli's dating site profile pictures were. He said it was rapper Fetty Wap, and the woman wrote back, "gross."

"Ur gross," the boyish pharmaceutical executive responded.

At one point, Shkreli bragged that his ex-girlfriend wants him back.

The Manhattan-based bro finished off the nearly five-hour stream with a game of League of Legends, a multiplayer online game.

Shkreli did not mention his alleged business crimes during the streaming session, but claimed innocence on Twitter a day later.

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 47 of 207 PageID #: 25426




(MARTIN SHKRELI/VIA YOUTUBE)        (MARTIN SHKRELI/VIA YOUTUBE)

Shkreli looked through women's OkCupid profiles and played online chess during the stream.

"I am confident I will prevail. The allegations against me are baseless and without merit," he tweeted Saturday.

The charged crimes occurred before Shkreli became a reviled household name for his work at Turing.

Under Shkreli's leadership, the drug company acquired the rights to Daraprim — a 62-year-old drug that fights against the life-threatening parasite toxoplasmosis and protects cancer and AIDS patients — and then raised the price to $750 per tablet from $13.50.

The pill costs about $1 to produce.

Earlier this month, Shkreli said he wished he raised the price even more.

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 48 of 207 PageID #: 25427



The Manhattan-based bro finished off the nearly five-hour stream with a game of League of Legends, a multiplayer online game. (MARTIN SHKRELI/VIA YOUTUBE)

"I could have raised it higher and made more profits for our shareholders, which is my primary duty," he said. "No one wants to say it, no one's proud of it, but this is a capitalist society, capitalist system and capitalist rules, and my investors expect me to maximize profits."

Meanwhile, Shkreli announced his new company, KaloBios Pharmaceuticals, Inc., will jack up the price of a drug that fights Chagas disease, a deadly parasitic infection.

In the wake of his Turing resignation, it's unclear if Shkreli will remain at the helm of KaloBios.

Tab 9

FROM THE MAGAZINE

# EVERYTHING YOU KNOW ABOUT MARTIN SHKRELI IS WRONG—OR IS IT?

Even before his arrest this week on securities fraud allegations, Wall Street's most visible villain was infamous for gouging AIDS patients and pregnant women, buying a very overpriced Wu-Tang Clan album, and trolling the world on Twitter. He says his real friends know he is "not that guy." In a series of revealing interviews, BETHANY MCLEAN gets the inside story.

## BY BETHANY MCLEAN
FEBRUARY 2016

  

Martin Shkreli, in the offices of his biotech company Turing Pharmaceuticals, in New York City. The firm is named after persecuted mathematician Alan Turing.

Photographs by Nigel Parry.

don't mean to be presumptuous, but I liken myself to the robber barons." So says Martin Shkreli, the 32-year-old hedge-fund manager turned pharmaceutical-company C.E.O., who achieved instantaneous notoriety last fall when he acquired the U.S. rights to a lifesaving drug and promptly boosted its price over 5,000 percent, from $13.50 a tablet to $750. The tsunami of rage (the BBC asked if Shkreli was "the most hated man



in America") only got worse when Shkreli said he would lower the price—and then didn't. An

## DONALD TRUMP MAY HAVE JUST COMMITTED AN

BY EMILY JANE FOX

## TRUMP'S PICK TO REPLACE MIKE FLYNN TURNS

BY TINA NGUYEN

maximize profits," he said in an interview in early December at the *Forbes* Healthcare Summit, after which *Forbes* contributor Dan Diamond summed up Shkreli as "fascinating, horrifying, and utterly compelling."

he drug at the center of the uproar, Daraprim, is on the World Health Organization's List of Essential Medicines because it treats toxoplasmosis, a parasitic infection that is particularly dangerous to pregnant women, people with compromised immune systems, and the elderly. In that vulnerable population it can lead to seizures, blindness, birth defects in babies of infected mothers, and, in some cases, death. For decades, there wasn't any competition to Daraprim for the simple reason that there wasn't much money to be made selling it. In the face of his humongous price hike, the obvious solution is for someone to undercut his price—especially since Daraprim is fairly simple to make—but thanks to the complex rules governing drug sales in the U.S., that's not so easy. A potential competitor would have to go through the arduous process of getting approval from the Food and Drug Administration (F.D.A.) by showing that its drug is equivalent to Daraprim. This is difficult, because Shkreli's company, Turing Pharmaceuticals, tightly controls its distribution, making it hard to get the samples to do testing.

Since it is campaign season, Shkreli became Public Enemy Number One. "The drastic price increase will have a direct impact on patients' ability to purchase their needed medications," wrote Senator Bernie Sanders in a letter to Shkreli while launching an investigation into the price increase. (Shkreli,

in turn, sent Sanders a $2,700 campaign donation, which the senator gave to a healthcare clinic.)
Hillary Clinton tweeted that "price gouging like this is ... outrageous" and promised to fix the problem
if elected president. "Politics are well past logic. It's entertainment," says Shkreli. No less an authority
than Donald Trump said that Shkreli "looks like a spoiled brat."

"My parents were immigrants and janitors," Shkreli says. "[Trump] inherited wealth! Fuck him. And I
thought we could be friends."

Beyond the rhetoric, his move tapped into a growing panic that health care in America is becoming
unaffordable. One apparent solution, price controls on drugs, practiced in a number of other
countries, is the pharmaceutical industry's greatest fear, and so Clinton's tweet helped wipe out
billions of dollars in market capitalization of pharmaceutical stocks. The industry tried to mitigate the
damage by disavowing Turing, but the problem is that, while Shkreli's behavior may seem egregious,
he is far from alone: using F.D.A. restrictions meant to protect consumers in order to hike prices of
drugs has become a well-known and highly profitable business strategy.

Although Shkreli is a minor part of a much bigger issue, every morality play needs a
villain, and, oh, what a perfect villain he is. He is an avid user of social media, where he
relishes portraying himself as a wealthy young hedge-fund guy. He tweets obnoxious
snapshots of labels of $1,000-plus bottles of wine like 1982 Lafite-Rothschild, along
with selfies inside a helicopter buzzing over Manhattan or posed next to a life-size chess set by a pool
in the Hamptons. In one tweet, he linked to a video of Eminem's "The Way I Am," which goes, "I'm
not Mr. Friendly, I can be a prick....I don't mean to be mean but all I can be is just me."

Actually, he's such a perfect villain when viewed from afar that it's almost impossible not to like him
more up close. He swerves seamlessly among obnoxious bravado, old-world politeness, purposeful
displays of powerful intelligence, and even flashes of sweetness. He is slight and pale, almost
vampirish, with dark hair, which he has a habit of twirling. He's oddly twitchy (you can see this in the
many lengthy livestreams he does of himself analyzing stocks) and fast-talking, especially when it
comes to the scientific details of how drugs work. ("Most pharmaceutical C.E.O.'s don't even know
where the spleen is located," he says.) He defends his actions as both irrelevant in the larger scheme of

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 53 of 207 PageID #: 25432

things ("Daraprim is 0.01 percent of healthcare costs in the U.S.") and in keeping with the American tradition. He pulls up a chart of the price of admission to Disney World, which has skyrocketed from $3.50 in 1971 to $105 today. "Now, *that's* price gouging," he says, laughing.

In one breath, he calls himself a capitalist and in the next an altruist—the latter because, he claims, his real goal is to invent new drugs for rare diseases. Turing recently announced discounts of Daraprim for hospitals, and Shkreli says that for people without insurance it will cost only $1 a pill. For everyone else, insurance, which he argues is paid for by corporate America's profits, will cover the cost. "I'm like Robin Hood," he continues. "I'm taking Walmart's money and doing research for diseases no one cares about."



Shkreli, who recently spent part of his windfall on a $2 million, single-issue Wu-Tang Clan album, previously hidden in a vault in Morocco. Photograph by Nigel Parry.

Of his social-media presence, he says, "Anyone who knows me knows I am not that guy." When I ask why he does it—and the speculation among those who know him ranges from an overbearing need for attention to an Asperger's-like inability to see things the way other people do—he says, "I'm not sure I have all the answers." The identity he creates, he says, is "an extremely weird form of sarcasm." Neither the Hamptons house nor the helicopter belongs to him, and the text accompanying the helicopter shot reads, "Let's take the boat out on the bay and forget your job for just one day." Do a quick Internet search and you'll find that these lyrics belong to a dark song by the punk band Blink-182: "Why do I want what I can't get / I wish it didn't have to be so bad." Of the outraged response to many of his tweets, he says, "It's fun to see people get so animated." He adds, "Authenticity is really important to me."

But it's hard to know which manifestation of Martin is authentic. What muddles the picture even

more is the arena in which he operates: small biotech companies, some of which thrive thanks to loopholes, legal frauds, pipe dreams, and stock promoters—and a smattering of real science, just enough to ignite fantasies of fame and fortune. Those who know how to game the system can make huge profits without creating anything of value. "Welcome to the underworld," says one investor.

Shkreli is unquestionably brilliant, and he has an almost cult-like group of true believers, both online ("You're a god," wrote one Twitter follower) and in the real world, where he has engendered tremendous loyalty among some investors and employees. But in his wake he has left a tangled trail of blowups, lawsuits, disillusionment, and outright hatred. He's facing criminal prosecution over his actions at one of his previous companies, Retrophin. "Sociopath" is a not uncommon description of him. "Malicious" is the word another person uses. Shkreli says that the harsh words don't bother him and adds, "I am perfectly well, short of some mild anxiety, a deviated septum, and a fractured wrist." Everyone agrees on this word: complicated.

## CHEMISTRY 101

Of all the questions swirling around Shkreli, the strangest might be the most basic: How is it that a 32-year-old with no formal training in chemistry ended up running a pharmaceutical company?

He was born on April Fools' Day 1983, to Albanian immigrants. He says his parents—his father worked as a doorman and both parents did janitorial odd jobs—still live in the same Brooklyn apartment in which he grew up. It has been reported that he graduated two years ahead of schedule from New York's Hunter College High School, a public school for intellectually gifted kids. But according to a spokesperson for the school, he attended but did not graduate. He went on to get his bachelor's in business administration from Baruch College in 2005.

He was a "depressed little kid," he says. A family member suffered from treatment-resistant depression, which got Shkreli interested in chemistry, he explains. But he also became intrigued by finance when his dad gave him a copy of investor George Soros's book *The Alchemy of Finance*. "Think about it: alchemists were frauds," Shkreli says. And he idolized Bill Gates: "People said

Case 1:15-cr-00637-KAM    Document 162-1    Filed 02/17/17    Page 55 of 207 PageID #: 25434

Microsoft was the evil empire, but I just saw an empire."

In early 2000, when he was about to turn 17, he "weaseled" (his word) his way into an internship at Cramer Berkowitz, the hedge fund then run by CNBC financial pundit Jim Cramer. He started in the mailroom but displayed a talent, right off the bat, for smoking out small biotech scams. Only about 15 percent of drugs that begin clinical trials are ever approved by the F.D.A., one investor tells me, but along the way there is plenty of opportunity to hype, and as another investor says, "The beauty of biotech is that nobody is ever prosecuted for inflated claims" meant to lure investors.

Shkreli got to know the small group of investors who focus on shorting such stocks—betting that they'll go down when they prove ineffective or don't get F.D.A. approval. One person says Shkreli was Cramer Berkowitz's "mole," the guy who would find out what other hedge funds were doing and report the information back. Shkreli says he was a "grunt" at the firm and adds, "They didn't want me talking to hedge funds." (Cramer left his namesake fund after Shkreli's internship. "I don't even remember him working for me," he says. "He was no protégé.")

After four years, Shkreli left, and bounced around a few other firms before starting his own, Elea Capital Management. In the summer of 2007, the fund tanked when Shkreli made a $2.6 million bet, through Lehman Brothers, that the market would decline. When he was wrong, he refused to pay Lehman, instead making "veiled threats of filing a bankruptcy," according to a lawsuit. But it was Lehman which went down in flames, during the 2008 meltdown, and although the court found in its favor, the verdict was vacated.

"I wasn't successful with my first hedge fund," Shkreli says today. "I shut it down and lived with my parents. It was a fall from, well, not grace, but a fall."

Around 2008, Shkreli started a second hedge fund, MSMB, a name made from his initials and those of his business partner and childhood friend, Marek Biestek. They developed a reputation for shorting biotech companies and then using stock chat rooms and other aggressive tactics to savage them, to cause the stock to go down. As Shkreli wrote for one investment site, "Clinical data can be misleading, innocently biased, meaningless, manipulated and sometimes even downright doctored."

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 56 of 207 PageID #: 25435

An investor points out, "Shkreli had a really good knowledge of who was faking drug results and who was gaming the system." But, recalls another investor, he was "willing to take a lot of risk and do things other people won't do."

Hedge-fund manager Rex Dwyer, who invests in small companies, including some biotech firms, remembers being introduced to Shkreli at a conference. "He's quirky," Dwyer says. "He has a super-high I.Q. It must be 160 or 180. His brain just crunches on things and comes up with answers. I'd ask him a question and he'd stare at me and not say anything. It weirded me out, but I realized he'd just disappeared into his brain."

## DRUGS OF CHOICE

In the spring of 2012, MSMB announced that it was investing $4 million in a new biotech company called Retrophin, and Shkreli said that he was going to wind down MSMB to devote all of his time to the new company. Why, at 29, did he switch from running a hedge fund to running a pharmaceutical company? "There wasn't enough money in hedge funds," he tells me. "You could say that that is the biggest dickhead answer ever. Like most things I say, this could sound really off-putting." He adds, "Even at the biggest hedge funds, I didn't think they were doing all that well compared to company builders. The *Forbes* top 50 is all company builders."

Shkreli has also claimed that another reason for switching careers was that he had gone through a turning point in early 2011 after being moved by the plight of a young boy who had succumbed to a rare type of muscular dystrophy. Shkreli said he then decided to devote himself to developing treatments for this and other rare diseases.

Money doesn't seem to be his only motive. He helped in developing a potential treatment for another life-threatening rare disease, called PKAN, which was awarded a patent and is now in clinical trials. "He has a rare respect and value for the science," says a doctor who has worked with him. When Robin Anderson, a friend of the Kulsrud family, whose three children suffer from PKAN, contacted Shkreli via Twitter about the drug, he wrote back in 20 minutes, offering to do whatever he could to help. And she says he has.

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 57 of 207 PageID #: 25436

Yet another explanation for Shkreli's big switch came out in a lawsuit filed against him by Retrophin—the company he founded—earlier this year. The lawsuit alleges that he set up Retrophin "to create an asset that he might be able to use to placate his MSMB Capital investors." That's because, according to the suit, he had lost more than $7 million on a disastrous trade involving a company called Orexigen Therapeutics, in which he took a massive short position. He then lied to Merrill Lynch about being able to settle that position, which led to Merrill's closing out the position at a huge loss.

Accoding to the indictment, instead of telling investors that he had lost their money, on September 10, 2012, he sent an e-mail claiming he had "just about doubled their money net of fees,"—previously having told one investor that MSMB had $35 million in its coffers when actually only $700 remained. He offered the investors a choice of cash or shares in Retrophin, where, he said, he was now going to focus his time. A firm which sued him over an unpaid bill wrote in its lawsuit (which was eventually settled), "At bottom, Retrophin is simply Shkreli's alter ego, formed to defraud his bona fide creditors."

Shkreli says his initial idea for Retrophin was to purchase two drugs from Valeant, Cuprimine and Syprine, which are used to treat Wilson disease, an inherited disorder that causes severe liver and nerve damage. His plan, he says, was to jack up the prices. But the deal fell apart. He pulls up a spreadsheet, for Syprine, which, he tells me, had about $200,000 in sales per month in the fall of 2012, but now has sales of $10 million a month, an increase that is due purely to price increases by Valeant. Cuprimine is a similar story. In other words, Valeant did exactly what Shkreli was hoping to do.

In late 2012, Shkreli took Retrophin public through what's known as a "reverse merger," in which you merge a new business into an existing publicly traded shell, thereby getting stock that you can sell to investors. Such deals are so notoriously sleazy that the S.E.C. has issued a bulletin warning investors to stay away from them. But at the time speculative biotech stocks were so hot, and Shkreli was apparently so convincing and his ideas seemed so brilliant, that, in early 2013, he was able to raise $9 million.

nd with that, Retrophin was off and running. Over the next two years, the company raised an

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 58 of 207 PageID #: 25437

A additional $100 million from investors, which included Steve Cohen's SAC Capital, the family of Fred Hassan (a former C.E.O. of the pharmaceutical giant Schering-Plough, with whom Shkreli had become friendly at a pharmaceutical conference), and Brent Saunders, the current C.E.O. of Allergan, the maker of Botox. At least some of the investors wanted in based on the promise that Retrophin was going to develop new drugs for rare diseases, but the company started to buy existing drugs— including Thiola, which helps prevent a rare form of kidney stone—and hike the prices. One person close to events says that both Hassan and Saunders sold their stakes when they began to feel Retrophin was moving away from developing its own drugs.

In the spring of 2014, Shkreli began posting bullish messages online about the company's prospects, as Retrophin's stock was soaring, from around $3 a share in early 2013 to almost $20. On May 29, he tweeted, without explanation, that "this is one of the best days of my life!" The next day he sold almost $4.5 million worth of his own stock in the company. This infuriated investors who believed he was cashing out.

Those who questioned Retrophin found themselves the target of bashing on Twitter from accounts with names like @Thug_BioAnalyst, who affected the persona of a gangsta rapper. In the summer of 2014, journalist Adam Feuerstein reported that the tweets were being written by Retrophin employees. In response to this allegation Shkreli tweeted, "i don't surveil my employees for what they tweet about. who gives a shit?"

I t didn't come as much of a surprise when Retrophin announced after the close of the market on September 30, 2014, that Shkreli had been replaced by Stephen Aselage, an early Retrophin employee who had quit and then rejoined the company as C.O.O. in 2014. Not to be deterred, Shkreli set up new offices by the weekend, an investor recalls. "He has a relentless determination not to let anything stop him," this person says. Shkreli named his new company Turing, after Alan Turing, the British mathematician who played a key role in cracking the Nazi Enigma-machine codes and who was persecuted for being gay. "I bought an Enigma machine," Shkreli tells me. "I'm conflicted because it's a Nazi relic. It's like owning a gas chamber—like, what the fuck?—but it's a constant reminder that we should use knowledge for good, even if the process is ugly. From the Pythagorean theorem to Fermat's theorem, the math is ugly, but if you hold your nose

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 59 of 207 PageID #: 25438

during the process of proving it, you get to the right place."

Last August, Turing announced the $55 million acquisition of Daraprim from Impax Labs, and Shkreli claimed that the company had raised $90 million from both himself and other investors in equity and debt. It is one of the largest financing rounds in biotech history, and there are many investors who still believe in him. "He has spectacular insights about medicines and diseases," says one such investor. "He can sift through thousands of potential opportunities and find the one others have missed."

"[Certain investors] think he knows how to work the system," says another, more skeptical former investor. You can't separate Shkreli's ability to raise money from the environment. We have been in the midst of a historic biotech bubble, and, as another investor says, "when the crescendo is peaking, people are looking for the boy genius, the person who gets it. Martin became that boy." And there's this: people who invested in Retrophin made a lot of money.

## BAD MEDICINE

Relations between Shkreli and his former company were friendly at first. But the peace didn't last long. In August 2015, Retrophin filed a stunning lawsuit against him, alleging that he was the "paradigm faithless servant" at the center of a vast, tangled web of deception and self-dealing. Essentially, the allegations are that he stole both cash and shares worth millions of dollars from Retrophin, disguising them in some cases as consulting arrangements, in order to give shares to a small group of insiders, pay off creditors and his former MSMB investors (some of whom were complaining to the S.E.C.), and settle other lawsuits.

One of those other lawsuits involved a former MSMB and Retrophin employee named Timothy Pierotti. He and Shkreli got into an ugly fight, essentially over money. According to an affidavit filed by Pierotti and referenced in the Retrophin lawsuit, Shkreli began harassing his family, including writing his wife a letter that said, "I hope to see you and your four children homeless and will do whatever I can to assure this," and hacking into his AOL, Gmail, Twitter, and LinkedIn accounts. Pierotti went to the police.

"Mr. Shkreli advised me that he hasn't talked to Mr. Pierotti in over a year so how could he be harassing him," wrote the officer in a report detailing the incident. "I suggested to Mr. Shkreli that he listen to what I was advising him of and not try to make denials based on word semantics .... Mr. Shkreli then hung up."

Shkreli has called the Retrophin lawsuit "completely false, untrue at best, and defamatory at worst." But on Thursday, December 17, he was escorted by the F.B.I. from his Midtown Manhattan apartment after being charged with securities fraud. The charges accused him of making false representations to MSMB investors in order to raise more funds from them after the firm had suffered huge losses, and of misappropriating $11 million in Retrophin assets to pay back those investors.

Several weeks earlier, in Turing's bright headquarters, on Sixth Avenue between 45th and 46th Streets, in Manhattan, Shkreli, wearing a black T-shirt and dark jeans, had pulled up a spreadsheet that he said listed every single rare disease in existence, its treatment or lack thereof, and the complexity involved in designing a drug to attack it. He said that Turing will spend some 60 to 70 percent of its revenues on research, in contrast to the 15 percent or so spent by big pharmaceutical companies (and the 3 percent spent by Valeant). I asked Eliseo Salinas, the company's president of research and development, who had previously worked in the same job at the well-known drug company Shire before joining Turing, if Shkreli knew what he was doing. "I've been reporting to C.E.O.'s for the last 11 years," he said. "I've had a good relationship with all of them, but with Martin, I don't have to explain anything. He just picks it up." He added, "People obsess about Martin and his persona, but what I see is a very young entrepreneur who wants to be successful through primary research, not through commercial manipulation. He is putting his money where his words are."

Salinas also argued that "the [other drug companies] say, 'Oh, we're not like those guys.' But they don't have any higher moral ground to comment on what we do!"

Which is fair, but, at this stage, there's no way to know whether Turing is going to develop effective drugs or whether it's all going to be a giant legal scam of pricing games and stock promotion. There won't be any answers for years, because drug development is a long, long process.

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 61 of 207 PageID #: 25440

O me of those on the front lines of treating toxoplasmosis don't accept Shkreli's contention that he's Robin Hood in disguise. Dr. Judith Aberg, the chief of infectious diseases at Mount Sinai Hospital, learned of Daraprim's new price when they tried to re-order their supplies—and were told that their credit limit wasn't high enough. Dr. Aberg says that in some cases insurers are refusing to pay. (Turing says it is committed to making sure no patient goes without any of its drugs he needs.) Even if they do, the costs trickle back down. "When costs go up, it's still all of us that have to pay for it," she says.

o there was widespread jubilation in late October when a small company called Imprimis announced that it would make a version of Daraprim—for $1 a pill. "HEROIC PHARMACEUTICAL COMPANY SAVAGELY UNDERCUTS MARTIN SHKRELI'S PILL SCAM," read a Gawker headline that went viral. Express Scripts, which functions as a middleman between patients and drugmakers, announced that it would partner with Imprimis to help get its drug to patients. There have been worries about the safety and efficacy of Imprimis's product, but Express Scripts' chief medical officer, Dr. Steve Miller, says that they have done their due diligence and Aberg calls it an "outstanding alternative." When I asked Shkreli if he was worried, he wrote back a one-word answer: "Nah."

If there's a bright spot for those who think Shkreli's actions are unconscionable, it's that the attention paid to the Daraprim price increase may spell an end to the whole practice. "He basically ruined the concept for other companies," one biotech banker says. Shkreli himself also thinks the game may be over. "Go back to the robber barons," he says. "That resulted in the Sherman Act. Maybe we'll get our own Sherman Act."

If he's the little guy who is going to get taken out so that the politicians can pretend they fixed the system, he doesn't seem to know it. It's all onward and upward in his mind. He says he has started an artificial-intelligence company. He's continued to bet on biotech stocks (and tweet his trades) even as he runs his companies. He purchased a Wu-Tang Clan album, which is the only copy, for "millions" of dollars, he tells me.

In mid-November, he announced that the investment group he, his old pal Marek Biestek, and investor David Moradi had formed had bought 70 percent of KaloBios, a failing biotech company that

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 62 of 207 PageID #: 25441

was trading at less than $2 per share after the company said it would discontinue its development program for two cancer drugs.

There is one word that every observer of this deal uses to describe it: brilliant. Because so many investors were betting KaloBios was going to go bankrupt, there was a huge short position in the stock. The big purchase by Shkreli's group pushed the stock higher, forcing other investors to buy stock to cover their short positions, thereby pushing the stock even higher. And then KaloBios announced it had acquired the worldwide rights to a compound that Shkreli claims can be developed to treat another rare parasitic infection, called Chagas disease. Under F.D.A. rules designed to encourage companies to invent new products for rare diseases, KaloBios might be able to use its Chagas treatment to get a voucher that expedites the F.D.A. review process. Such vouchers can be traded for hundreds of millions of dollars. So now there's a story that might back up the stock-price surge, and by mid-December, KaloBios's stock was around $30. After Shkreli's arrest, however, the stock lost more than half its value.

If Martin Shkreli doesn't go down in flames, one thing is certain: the world hasn't heard the last of him. We can all only hope that his messy math proof is headed toward a beautiful outcome.



## AROUND THE WEB

POWERED BY ZERGNET

NEWSLETTER SIGN UP

FOLLOW VF

**VANITY FAIR WORLDWIDE:**

UNITED KINGDOM

ITALY

MEXICO

SPAIN

FRANCE

VISIT OUR SISTER SITES

CONDÉ NAST STORE

REPRINT/PERMISSIONS

VF MEDIA KIT

PROMOTIONS

CONTACT VF

CUSTOMER

SERVICE

ADVERTISING

INSIDE THE

ISSUE

CAREERS

DIGITAL EDITION

SITEMAP

© Condé Nast. Use of this site constitutes acceptance of our User Agreement (effective January 2, 2014) and Privacy Policy (effective January 2, 2014). Your CA Privacy Rights. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé Nast.

AD CHOICES

# Tab 10

December 21, 2015 4:19 p.m.

# Martin Shkreli Says He Was Only Acting Like an Awful Person As Part of a 'Social Experiment'

By **Jaime Fuller**



"What do you do when you have the attention of millions of people? It seemed to me like it would be fun to experiment with."
Photo: Bloomberg/© 2015 Bloomberg Finance LP

Martin Shkreli has had a busy month. First, the "pharma bro" said he wished he had raised the prices of the drug Daraprim — which he caused to go up from $13.50 a pill to $750 a pill — even higher. A few days later, news got out that he was the mysterious buyer of the one-of-a-kind Wu-Tang Clan album *Once Upon a Time in Shaolin* — and that Shkreli, who has been called "Mr. Wu-Tang" by an actual U.S. senator, was saving it for a rainy day, unless maybe Taylor Swift wanted to come over and listen to it?

And then the rainy days came. Last week, 32-year-old Shkreli was arrested on securities-fraud charges related to an old job he had at another pharmaceutical company; federal authorities charged him with running a "Ponzi-like scheme." On Friday, he resigned as CEO from Turing Pharmaceuticals, the company where he raised the prices of Daraprim, and was released on $5 million bond. He is not allowed to leave New York, which made it kind of inevitable that he would return to some of the behavior that made him infamous, like livestreaming his life for hours on YouTube.

"It's good to be back," he told those watching. Shkreli didn't discuss the arrest at all, however, preferring to check OKCupid and tell viewers that he'd love to date Lindsay Lohan and that he was "sure [his] lawyers don't think this is a good idea." He also played guitar and League of Legends.

A day later, his Twitter account, which now features the name "Martin the God," got hacked. The new, unsanctioned tweets include bon mots like, "fuck da fbi u know they cant touch a god like meh," "Giving away WUTANG album RT for a chance to win," and "Anyone want free money? Willing to donate hundreds of thousands to charities before I go to prison…" A spokesperson for Turing Pharmaceuticals confirmed that the account was hacked to Reuters and said "We have been working with Twitter to get it fixed."

This morning, *The Wall Street Journal* published the first story with comments from Shkreli about his arrest; the defendant thinks that federal authorities were just trying to get him because of the price-gouging and other recent events in the Shkreli saga, a strategy which he described as "trying to find anything we could to stop him." According to the New York *Daily News*, the Securities and Exchange Commission first started investigating Shkreli back in 2012.

He also revealed that his entire persona was "a bit of an act." "Most people don't know the real Martin Shkreli," he added. "I think it would make sense to show them." *The Wall Street Journal* noted that Shkreli "compared the more extreme of his myriad public actions … to temporarily adopting an accent."

Shkreli regained access to his Twitter account; it's not clear if he plans to continue his "social experiment" and keep tweeting things like this:

> 50-100 date solicitations a day for me, the world's most eligible bachelor. Sorry, but you have to be a shareholder to meet me.
>
> — Martin The God (@MartinShkreli) December 14, 2015

Later on Monday, news got out that Shkreli was fired from KaloBios, the other pharmaceutical company he was running, last week. Shares for the company tanked after its CEO was arrested. Shkreli also resigned from the company's board of directors. It's not clear what will happen next for KaloBios, since the company was planning to close before Shkreli gave it a financial boost. Bloomberg reports that two university medical centers stopped running clinical trials of a KaloBios drug after Shkreli's arrest.

# Tab 11

BUSINESS

# Martin Shkreli Says Drug-Price Hikes Led to Arrest

Former pharmaceutical executive says he was targeted for much-criticized price increases and over-the-top public persona

By **ROB COPELAND**
Updated Dec. 21, 2015 12:25 a.m. ET

Just days after his arrest, pharmaceutical executive Martin Shkreli is back in a familiar place: on the offensive.

In his first interview since he was charged Thursday for allegedly misleading investors in his hedge funds and raiding a public company to cover the losses, Mr. Shkreli told The Wall Street Journal he had been targeted by authorities for his much-criticized drug-price hikes and over-the-top public persona.

His arrest Thursday dates back to his time as a small-time hedge-fund manager. But Mr. Shkreli believes it is related to the recent drug price increases.

" 'Trying to find anything we could to stop him,' was the attitude of the government," Mr. Shkreli said, flanked by his lawyers in a midtown Manhattan conference room Sunday afternoon. "Beating the person up and then trying to find the merits to make up for it—I would have hoped the government wouldn't take that kind of approach."

The Brooklyn U.S. Attorney's office, which filed the charges against Mr. Shkreli, didn't respond to a request for comment. A Federal Bureau of Investigation official earlier said Mr. Shkreli pursued "a securities fraud trifecta of lies, deceit and greed."

The U.S. Securities and Exchange Commission has been looking into Mr. Shkreli since 2012, though its probe became a higher priority this September after Mr. Shkreli raised the price of Daraprim, the Journal earlier reported. The SEC complaint accuses Mr. Shkreli of a string of abuses, including exaggerating to hedge-fund investors his investment performance and assets under management.

 The 32-year-old, who tussled with presidential candidates and boasted of his romantic prowess on social media, now says that behavior has been "a bit of an act."

"What do you do when you have the attention of millions of people? It seemed to me like it would be fun to experiment with," Mr. Shkreli said in the interview. He said he was arrested "because of a social experiment and teasing people over the Internet," adding, "that seems like a real injustice."

"Quite frankly, it was not something I expected, and definitely not something I deserve given the facts," he said.

As recently as this summer, Mr. Shkreli was the relatively anonymous founder of fledgling Turing Pharmaceuticals. Then the company bought the rights to Daraprim, a half-century-old drug that treats a parasitic infection that can be deadly, and raised the price more than 50-fold. Under criticism, Mr. Shkreli defended the decision by saying it would help him develop new drugs, a stance that made him the focal point of a national uproar over drug prices.

Since pleading not guilty Thursday, Mr. Shkreli has been laying low. He said he didn't leave his Manhattan apartment on Friday or Saturday, the same one where he says nearly a dozen agents knocked at his door at dawn Thursday and took him into immediate custody. He says he has subsisted on takeout food since then, partly because he has spotted photographers across the street waiting to snap a picture. On Sunday, he says his social media, email and cellular telephone accounts were hacked; among the less profane posts hackers made in his name was the proclamation, "I am now a god."

In the interview Sunday afternoon, he wore the same gray, hooded sweatshirt that he had on when he was photographed after the arrest Thursday. U.S. Attorney Robert Capers held a news conference the same day.

"You know, the press conference they put on was unacceptable," Mr. Shkreli said Sunday. "They used the term 'Ponzi,' or 'Ponzi-like,' which is nowhere near reality. The indictment doesn't use that word."

Mr. Shkreli declined to answer specific questions about the allegations, or about his defense. He faces up to 20 years in prison if convicted. Evan L. Greebel, a lawyer who worked with Mr. Shkreli, was also arrested for his role in the alleged scheme. Mr. Greebel has pleaded not guilty.

"The indictment itself is lacking rigor. I think it doesn't tell my side of the story at all," said Mr. Shkreli. He added he would have liked to explain his side of the story but prosecutors "rushed to write this up."

A self-styled rap aficionado who bought the rights to a Wu-Tang Clan album for $2 million, Mr. Shkreli said he is now refocusing on scaling back some of the behavior that he believes made him a target. He compared the more extreme of his myriad public actions—which includes streaming live on the Internet hourslong shows of himself playing chess, strumming guitar and answering scores of questions from strangers, as well as mocking Democratic presidential candidate Bernie Sanders—to temporarily adopting an accent.

While he is unapologetic about the price of Daraprim, he said Turing, from which he resigned as chief executive Friday, might change its approach. He said he should have been more patient and less inflammatory in explaining his business decisions.

"Most people don't know the real Martin Shkreli," he said. "I think it would make sense to show them."

A Turing representative declined to comment.

**Write to** Rob Copeland at rob.copeland@wsj.com

Copyright &copy;2017 Dow Jones &amp; Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

Tab 12

# Martin Shkreli's co-defendant gets to go to Cancun on vacation

by Chris Isidore @CNNMoney

December 22, 2015: 10:28 AM ET



Martin Shkreli's co-defendant gets to go to Cancun on vacation - Dec. 22, 2015

http://money.cnn.com/2015/12/22/news/companies/martin-shkreli-co-defendant-cancun-vacation/[2/16/2017 11:25:59 AM]

Martin Shkreli's co-defendant gets to go to Cancun on vacation - Dec. 22, 2015

## Martin Shkreli faces fraud and conspiracy charges

Both Martin Shkreli and his co-defendant Evan Greebel were arrested by the FBI last week, but Greebel gets to fly to Cancun for a family vacation before he heads to court.

Greebel is the attorney who prosecutors charge helped Shkreli improperly channel money and stock from the drug company Retrophin (RTRX) as part of a Ponzi scheme. Shkreli is accused of running when he was CEO. Despite the criminal charge, Greebel got court permission to go ahead with plans for a family vacation in Cancun over the holidays.

According to his motion, he booked plans for the 10-day trip this past spring. In addition to his wife, he'll be traveling with his three young children, his mother-in-law and father-in-law and another close relative. He has already put up his home in Scarsdale as part of the $1 million bail on which he was released, and would lose the house if he flees while out of the country.

"Mr. Greebel above all wishes to preserve as great a sense of normalcy as possible for his young children," the lawyers argued in his motion, which was granted by the judge in the case.

Related: Shkreli - I was arrested for hiking drug prices

Defendants are typically not allowed to travel while awaiting trial, especially outside of the country. For example, terms of Shkreli's release require him to get court permission to travel outside of New York City, Long Island or the suburbs just north of the city. He had to surrender his passport, while Greebel won't have to give his up until he gets back from Mexico.

http://money.cnn.com/2015/12/22/news/companies/martin-shkreli-co-defendant-cancun-vacation/[2/16/2017 11:25:59 AM]

Martin Shkreli's co-defendant gets to go to Cancun on vacation - Dec. 22, 2015



Evan Greebel, second from the right, after his arrest on federal charges last week.

Both Shkreli and Greebel have pleaded not guilty to the charges filed against them. Shkreli has been very vocal about his innocence. He told the Wall Street Journal Monday that prosecutors only charged him because of the negative publicity he received for raising the price of a life-saving drug more than 5,000% at another drug company, Turing Pharmaceuticals, that he started after he was fired by Retrophin.

CNNMoney (New York)
First published December 22, 2015: 10:28 AM ET

http://money.cnn.com/2015/12/22/news/companies/martin-shkreli-co-defendant-cancun-vacation/[2/16/2017 11:25:59 AM]

Tab 13

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 75 of 207 PageID #: 25454

**The New York Times** | https://nyti.ms/1RU6yLY

**MUTUAL FUNDS** | ESSAY

# Loose Lips Sink Careers, Even for C.E.O.s

By JOHN SCHWARTZ    JAN. 15, 2016

Doesn't anybody know how to shut up anymore?

In our say-anything age, even the president of the United States has a **Twitter** account. All of the 2016 candidates do, too; Donald J. Trump has taken to the medium like an agitated middle schooler.

The business world is social-media crazy, too: Tech titans like Marc Andreessen share their thoughts in florid tweet-storms. The Amazon founder Jeff Bezos and the Tesla founder Elon Musk **taunt each other** at 140 characters a message over whose rockets do cooler things. The futurists promised us an always-on Internet, but they didn't tell us that so many people would always be onstage.

Still, you know the old line: "Better to remain silent and be thought a fool than to speak and remove all doubt." No, Lincoln apparently **did not say it**, but it's good

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 76 of 207 PageID #: 25455

advice anyway. And it's even better advice when you're going to trial. Yet some really smart people apparently don't feel confined by petty rules and well-intended advice.

A recent New York Times article by Matthew Goldstein and Alexandra Stevenson examined chief executives and other prominent figures who have gotten in trouble with the law and have used social media to make their case in the court of public opinion — even though actual courts take a dim view of such antics.

The article notes that just two days after Martin Shkreli, the pharmaceutical executive, was arraigned on federal securities fraud charges, he wrote on Twitter: "I am confident I will prevail." He has also posted on Twitter: his insistence "I'm not a criminal."

Mr. Shkreli, 32, made headlines by increasing the price of a decades-old drug by 5,000 percent; the charges focus on earlier financial dealings that were already the subject of a lawsuit.

Other business executives with legal problems, including Lynn G. Tilton, a private equity executive, and Charlie Shrem, who led a money transfer service, have also been pretty loose lipped.

To be fair, Mr. Shkreli, for one, has not been his usual brash — maybe even bratty — self online. Before the arrest, based on his tweets and live videos, he almost seemed to be playing the role of a movie bad guy. Now he's posting on Twitter less often, and with a restrained (for him) air.

But he is still talking. I called him and asked about his current approach on social media, and he responded: "I'm not going to say something that jeopardizes my case." He said prosecutors had a lot of sway over public opinion through events like so-called perp walks. "This sort of becomes a chess match now of public opinion — which is sad, because ultimately it should be about the facts," he said. Mr. Shkreli added: "I feel like I'm being prosecuted for being a jerk."

After hearing from him, I retained my reservations about his public relations strategy. I myself have a Twitter account, and on a daily basis I wonder if Twitter isn't custom designed to trigger career suicide. My own online persona could well

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 77 of 207 PageID #: 25456

end up in a flameout so spectacular that colleagues will talk about it in the years afterward as "pulling a Schwartz."

This has not happened yet, thank goodness. But give me time.

The thing is, though, that as close as I regularly skate toward disaster online, I'm not a chief executive, and I'm not facing criminal or civil charges. What these brilliant captains of industry are doing takes boldness into a realm that even I, a great fan of boldness, find questionable.

I checked in with Gerald L. Shargel, a prominent criminal defense lawyer, for insight into this phenomenon, and I'm pretty sure I could hear him shaking his head over the phone. Mr. Shargel, who has represented John J. Gotti, the Mafia don, among others, said that the problem came down to brains and self-confidence.

"It starts with the proposition that there are people who are very smart outside the four walls of the courtroom," he said. "And they think they are smarter than the lawyers they have engaged."

These are high-powered people, he said, who didn't get to their positions by being conventional. Is it possible, I asked, that their rule-breaking, gut-trusting ways might be part of what got them plunked down in front of a judge in the first place?

He paused for a moment, and replied, "Well said."

The public pronouncements get the clients the attention that they seem to crave, he said, "and sometimes, it's funny — until the verdict."

To get further insight into the minds of these geniuses, I called Rory J. O'Connor, who provides media training and crisis consulting to executives through his San Francisco company, Morcopy Communications. He pronounced himself mystified by the likes of Mr. Shkreli. "What's the first line of the Miranda warning? 'You have the right to remain silent.'"

Mr. O'Connor said that when police officers say, "Anything you say can and will be used against you in a court of law," they really mean it. "Why would you want to

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 78 of 207 PageID #: 25457

go on social media, where they don't even need a subpoena, and say things that could be used against you?"

It's great for clients' lawyers and friends to say how wonderful they are, but as for the executives facing legal trouble themselves, he says, "You want to keep your mouth shut."

There is nothing novel about this advice, he said: "I've never been in a situation where a lawyer or P.R. counsel says, 'Hey, get out there and open your yap.'"

What does this mean for the future? I wonder whether the quiet period before an initial public offering of stock — a blessedly silent interlude when executives are prohibited from speaking out and influencing public opinion — is doomed.

More generally, many corporate espionage strategies, and sophisticated market research programs, could become utterly pointless. Just check a C.E.O.'s Pinterest and Instagram accounts. Maybe Tinder, too. It's all out there, baby!

Vanity might finally lead to true corporate transparency. How wonderful if corporate America used Twitter even more!

All of it, eventually, would be a guide for investors. Give money to this company? To this entrepreneur or that one? Well, how do they sound online? I can only imagine what the real Steve Jobs would have done with a Twitter account by now. Or how Henry Ford would have fared if he had committed anti-Semitic gaffes in a social media world.

Yes, strip away the layer of handlers and let us see what these giants are really like and what we think of their judgment and boldness then. We will make decisions accordingly.

Of course, if Twitter leads C.E.O.s to actually start losing money — well, that's when they will finally put a sock in it. Silence will once again be golden when not being silent means having less gold.

A version of this article appears in print on January 17, 2016, on Page BU17 of the New York edition with the headline: Loose Lips Sink Careers, Even for C.E.O.s.

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 79 of 207 PageID #: 25458

© 2017 The New York Times Company

Tab 14

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 81 of 207 PageID #: 25460

# Martin Shkreli trolls Congress after price-gouging subpoena

BY **CHRISTOPHER BRENNAN**   FOLLOW

NEW YORK DAILY NEWS    Wednesday, January 20, 2016, 5:09 PM



Martin Shkreli, arrested by feds in New York for fraud, was subpoenaed to testify before House lawmakers, but may invoke the Fifth Amendment. (ANDREW BURTON/GETTY IMAGES)

Faced with increasing scrutiny from powerful places, former Turing Pharmaceuticals CEO Martin Shkreli resorted to a familiar tactic, lashing out at his opponents on Twitter

The 32-year-old former hedge fund manager was labelled the "most hated man in America" last year after news surfaced that his company raised the price of the lifesaving drug Daraprim 5000% to $750 a pill.

Shkreli posted a letter from the House Committee on Oversight and Government Reform demanding that he testify as part of its investigation into exorbitant practices in the pharmaceutical industry.

The committee also looking for answers from Turing's chief commercial officer and the

interim CEO of Valeant, which has also been accused of gouging prices.

Despite his brash social media persona, the millionaire is invoking his Fifth Amendment right not tot testify, according to Maine Senator Susan Collins.

The Republican said on Twitter Wednesday that "absent a valid justification" his refusal to testify could hinder the investigation of the upper congressional chamber's Special Committee on Aging.



Senator Susan Collins said Wednesday that the 32-year-old is invoking his Fifth Amendment right not to testify, which she says could hinder her committee's investigation. (J. SCOTT APPLEWHITE/AP)

"I have valid justification. Are you serious? I have constitutional rights. No wonder trust in the US Government is at a low," the former executive known as "Pharma Bro" responded.

He had previously targeted his persistent critic and House committee member Elijah Cummings.

"House busy whining to healthcare reporters about me appearing for their chit chat next week. Haven't decided yet. Should I?" he said Wednesday afternoon while tagging the Maryland Democrat's account.

The Congressional command comes a month after Shkreli was charged with securities fraud and conspiracy in relation to an alleged Ponzi-style scheme involving two hedge funds and his former drug company, Retrophin.

The Brooklyn native is now out of jail after posting $5 million bail, leaving him free to tweet and host regular live stream chats with fans.



Shkreli became one of the most hated figures of 2015 after it was revealed he raised the price of an important AIDS medication by 5,000%. (@MARTINSHKRELI/VIA TWITTER)

A small group has continued to rally around the Baruch College grad, drawn to him and his ostentatious social media posts despite his price gouging that increased the cost of treatment

for AIDS patients and pregnant mothers worried about infection.

He later said that Daraprim's high price would be discounted for hospitals, though news of the price increase was met with vocal criticism from politicians as disparate as Bernie Sanders and Donald Trump.

Shkreli, who said that he wanted to be friends with Trump, reposted a tweet from a supporter to Collins Wednesday evening, saying that his Fifth Amendment privilege is valid and the senator's "game is politics not justice."

A court date in the fraud case set for Wednesday was delayed for two weeks after Shkreli, who calls the charges "fictitious," fired his lawyers.

Tab 15

SECTIONS     SEARCH                                                      TIPS     SIGN IN

**NEWS**

# Pharma bro Martin Shkreli trolls Congress after subpoena

By Laura Italiano                              January 20, 2016  |  6:27pm

 

---

Martin Shkreli departs US Federal Court in Brooklyn on Dec. 17, 2015.
Reuters

Troubled pharmaceuticals boss Martin Shkreli is at it again — responding to a congressional subpoena by sniping on Twitter that maybe he will comply, and maybe he won't.

The House Committee on Oversight and Government Reform on Wednesday slapped Shkreli with a subpoena compelling him to testify later this month at a hearing on drug prices.

The committee is interested in exploring why he raised the price of AIDS drug Daraprim in September from $13.50 to $750 per pill, one top member explained.

## TRENDING NOW
### IN NEWS

72,746

### It's a bloodbath at the State Department

28,496

### Face transplant recipient ecstatic with his new look

27,438

### Ivy League school makes really dumb mistake

## NOW ON

### Ben Affleck's life is falling apart
Chris Martin saves charity event with last minute performance
Fran Lebowitz: If beauty was within, there'd be no models

*SEE ALL* ❯

## NOW ON

### Bill Maher Defends Milo: "This Is Why Liberals Will Continue To Lose Elections"

*SEE ALL* ❯

Shkreli — who lives much of his life publicly and online, including ad nauseam live streams of himself at his computer — responded true to form, tweeted: "Found this letter. Looks important," along with a photo of the subpoena dated Jan. 11.

Found this letter. Looks important. pic.twitter.com/3Ws154SGM4

— Martin Shkreli (@MartinShkreli) January 20, 2016

"House busy whining to the healthcare reporters about me appearing for their chit chat next week," Shkreli taunted in another tweet.

"Haven't decided yet. Should I?"

Shkreli, 32, is still out on bail on federal charges from December alleging that he defrauded investors in an $11 million Ponzi scheme.

He would need a sign-off by a judge to testify, since leaving New York would violate bail. The subpoena demands he testify Jan. 26.

Rep. Elijah Cummings of Maryland, the top Democrat on the oversight committee, said the hearing will give Shkreli a chance to explain his views on drug pricing.

"I have been trying for the better part of a year to get information from Martin Shkreli about his outrageous price increases, and he has obstructed our investigation at every turn," Cummings said in a statement.

Shkreli is also notorious for gloating about overpaying for things, including spending $2 million for a one-of-a-kind Wu Tang recording and, more recently, $120 for a cup of tea at a Manhattan restaurant.

Filed under congress , martin shkreli , pharmaceuticals , twitter

SHARE THIS ARTICLE:



READ NEXT  Sarah Palin links son's arrest to PTSD, Obama policies

# More Stories

*PAGESIX*

*KARL LAGERFELD: AMERICANS 'HAVE TO DEAL' WITH PRESIDENT TRUMP*
*DECIDER*

*'GIRL/GIRL SCENE' IS SOAPY, SEXY, AND FUN*
*NYPOST*

*IT'S A BLOODBATH AT THE STATE DEPARTMENT*

 Sections & Features

MOST POPULAR THIS WEEK

How Obama is scheming to sabotage Trump's presidency
Clinton reminds us why we're lucky she lost the election
Surgeon jumps from bridge after divorce from TV personality wife
$325K wedding nixed after brawl erupts at rehearsal dinner, suit...
Details emerge of Melania's misery as first lady

Tab 16



NEWS

# Wine, Wu-Tang, and Pharmaceuticals: Inside Martin Shkreli's World



**ALLIE CONTI**
Jan 26 2016, 9:00pm

**Is everyone's least favorite "pharma bro" turning over a new leaf? Or just looking for more attention?**

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 91 of 207 PageID #: 25470

Martin Shkreli thinks he would do just fine in prison.

He's been to jail already, dragged out of bed after a fuck-you knock early one December morning by FBI agents over securities and wire fraud charges. But he describes that experience the way he does nearly everything: as a parable of how Shkreli is always getting ahead. He even fondly recalls the moment one agent asked him what shoes he wanted to wear before being paraded in front of the news cameras waiting outside the Murray Hill Tower Apartments in Midtown Manhattan.

"When I pointed at these," Shkreli says, gesturing down to some dark brown penny loafers, "the guy was like, 'Nice choice.'"

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 92 of 207 PageID #: 25471

And when he arrived at the holding pen in the Brooklyn federal courthouse? "They gave me my own cell and there were like, ten dudes in the other cell," he says. "I was like the king."

Given that Shkreli is about five-foot-eight with the physique of a professional *League of Legends* player and a handshake so weak it barely registers as human contact, it's hard to imagine he's not afraid of being locked up. But if anyone could get by behind bars on pure bullshit and bravado, it's Martin Shkreli.

"These prisons, by the way, are like dorms," he says, evidently trying to reassure at least one of us.

Shkreli's apartment is, in fact, a bit like a dorm. The décor is straightforward single-guy-in-his-twenties, though he happens to be 32: IKEA furniture, guitars, an Xbox 360, a computer from which he live streams almost every day. And the shelves are crowded with stuff you'd expect from an undergrad with a right-wing tilt: *The Prince*, *Wine for Dummies*, *Ender's Game*, CliffsNotes for Ayn Rand. The one hint that he's not your average aimless ex-student is that instead of a Picasso print purchased from a campus bookstore for $7.99, he has an actual Picasso.

Before last fall, Shkreli was no one in particular. Sure, he had the highs and lows you'd expect from a finance wunderkind: some failed hedge funds, a misadventure ending in lawsuit at the helm of a biotech company called Retrophin, more money than he knew what

Case 1:15-cr-00637-KAM Document 162-1 Filed 02/17/17 Page 93 of 207 PageID #: 25472

to do with. But those things are common enough in the circles he spun through. Then, last summer, his latest company, Turing Pharmaceuticals, bought and jacked up the price of Daraprim, an obscure drug used to treat a parasitic disease called toxoplasmosis that sometimes afflicts AIDS and cancer patients and pregnant women, by more than 5,000 percent. That got seemingly the entire country—up to and including the Democratic candidates for president—mad as hell. By the time news leaked that Shkreli was the mystery buyer of the lone copy of an unreleased Wu-Tang Clan album, he was already public enemy number one; when he said he hadn't even bothered listening to the record, for which he paid $2 million, you got the sense that he was trolling on the scale of a supervillain.

> ## "On the record, you wouldn't be able to find someone who's like, 'Oh, that guy scammed me.' Didn't fucking happen."
> ## —Martin Shkreli

The media began covering every minute detail of the now infamous "pharma bro." The *Washington Post* **published** the blow-by-blow account of a woman who went on a Tinder date with Shkreli; Gawker **broke down** one of his last live-stream broadcasts before the arrest; *Vanity Fair* **ran a profile** in which he was called "Wall Street's most visible villain"; other outlets dug into **the history of lawsuits against him**, including one that claimed he harassed a former employee. Shkreli says a *New Yorker* reporter—who apparently learned he's a fan of bands like Thursday, Brand New, and New Found Glory—has been haranguing him to attend an emo night.

By December, the number of allegations against Shkreli and the people who had beef with him was testing the bounds of credulity. An ex-girlfriend **said** he offered her $10,000 to go

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 94 of 207 PageID #: 25473

down on her. Bernie Sanders **rejected** a campaign donation from Shkreli, and Donald Trump **called him** a "spoiled brat" and a "disgrace." And just last week, Ghostface Killah **traded insults** with him on Twitter on the same day his lawyer said the Federal Trade Commission (FTC) was **investigating** Turing for price-gouging.

So there were plenty who rejoiced when the hip-hop–hoarding mogul was **accused by the feds** of essentially being a con man. Prosecutors claim Shkreli lied to his hedge fund investors about their returns after losing a disastrous bet, then paid them back in Retrophin stock by hiring them as "consultants," cooking his books. Now Shkreli is preparing to defend himself at trial while dealing with the fallout of being America's new favorite bad guy.

Echoing **comments** he made to the *Wall Street Journal*, Shkreli tells me he regrets playing a "character" on TV and Twitter. He also says that raising drug prices hurts insurance companies rather than patients, and that his public persona led to his being targeted by the authorities. He's a pro wrestling fan, and clearly wants to do a heel-face turn—transforming himself into the people's champ. But at the same time, he realizes that the villain people love to hate gets more airtime. And attention is something he desperately, achingly craves.

"A great bad guy is your best act," he says.

It's telling that Shkreli's current favorite wrestler is Damien Sandow, an elitist who pretends to be a Rhodes scholar, holds the microphone like a wine glass, and has a move called *Cubito Aequet*—Latin for "Elbow of Disdain."

"Everyone's booing him and he just talks down to the crowd and it's lovely," Shkreli explains.

He insists, though, that his own bad reputation is just that—a rep—and that the feds won't find anyone he's actually harmed. "What the government wants with Ponzi schemes and things like this is a little old lady who sits on the stand and cries," he says. He later adds: "On the record, you wouldn't be able to find someone who's like, 'Oh, that guy scammed me.' Didn't fucking happen."

He adds that any misrepresentation about his funds can be chalked up to a combination of salesmanship and his desire to look cool. "I felt that I had to be the big guy on campus. I wanted to beat my chest, and if there's a way to describe my fund as a $5 million fund and there's a way to describe my fund as a $30 million fund, and both have some modicum of truth in them, I'll take 30. I wanted to look good, and I regret that."

Shkreli is facing up to 20 years in prison, though he expects to get no more than two years because, he claims, none of his investors lost money. And it doesn't exactly hurt that he's "spending millions to influence the jury pool in Brooklyn," as he jokes.

If he does wind up inside, the thing Shkreli will miss most is, of course, being online.

"Honestly, if [prison] were internet-enabled, no cares in the world," he says. "But I don't think they let you fuck around on the internet."



Before Martin Shkreli was a cautionary tale, he was a Horatio Alger story. He was born in Sheepshead Bay, Brooklyn, to a pair of Montenegrin immigrants who came to America after an arranged marriage. They worked as janitors and struggled to take care of their four children, especially Shkreli's younger brother, who is now 28 and allegedly suffers from treatment-resistant depression so severe he can barely tie his own shoes. (Shkreli's parents declined to participate in this story.)

"I came from a very, very poor family, and I didn't know we were poor," Shkreli tells me over filet mignon, lobster, and cauliflower at the Capital Grille in Midtown, where he's on a first-

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 97 of 207 PageID #: 25476

name basis with employees. "I thought we were rich. I had no idea what, like, Manhattan was."

He was always smart, though—so smart his parents would ask little Martin to read aloud from *Uncle Tom's Cabin* to astounded relatives as a party trick. He went on the gifted track, getting a spot at Hunter College High School, among the more prestigious (and selective) public schools in the city. "You can't think of it in terms of a typical high school," recalls one former classmate. "We didn't really have jocks and nerds and stuff like that."

A statistics fanatic, Shkreli would pore over the *New York Post* sports section, memorizing batting averages. Then he started flipping over to the stocks section, which had even more— and arguably more important—numbers to play with. By his early teen years, he tells me, he had such a reputation that when he visited a girl's home in the hopes of fooling around with her, her dad sat him down for what he thought would be a terrifying talk.

It turned out he just wanted stock tips.

**Shkreli recalls showing up to high school in order to "mostly, like, hang out with chicks, play guitar and basketball" while skipping class.**

He had other interests, like games of chess with the old guys at the public library down the block, or playing in a punk band named Coney Island Whitefish, after a Joan Jett song. Shkreli recalls showing up to high school in order to "mostly, like, hang out with chicks, play guitar and basketball" while skipping class. A former bandmate describes him as a funny slacker who didn't have many friends. Finance was always his lodestar.

In 2000, when he wasn't even 18, Shkreli got a job interview with Jim Cramer, who would go on to fame as the *Mad Money* TV stock analyst but was still running his own hedge fund at the time. Shkreli worked there for four years, through his time at Baruch College, and emerged as a Blackberry-wielding associate at another firm called Intrepid Capital.

"They would go out to bars, like the kind of bars that are in Murray Hill, sort of like fratty bars," recalls an ex-girlfriend of Shkreli and his coworkers. "And they would pretend that they were so important at work that they were on call all the time."

A couple years later, Shkreli **started** his first hedge fund, Elea Capital Management, which tanked after a **failed bet** that left him owing $2.3 million to Lehman Brothers in 2007. He moved back in with his parents and started over. Luckily for Shkreli, Lehman collapsed before it could collect, he says, which allowed him to get rolling again with MSMB Capital in the aftermath of the 2008 financial crisis.

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 99 of 207 PageID #: 25478

The new project required getting people much older than he was to trust him with a lot of money. But Shkreli has a surprising gift for getting people to like him. He'd swallow his atheism and head down to Texas to participate in prayer circles, he says, and once **showed up** to a JP Morgan conference and loudly challenged Al Mann, a billionaire whose company **developed** intranasal insulin. "It got to the point that the old man tried to fight Martin in the hallway," remembers a friend who was there that day. "They had to get separated." The stunt worked, though, because everyone had to know who the kid willing to publicly argue with an industry rockstar was.

His youth worked in his favor as well. "It's actually very surprising," explains someone who used to work in management at MSMB. "In the hedge fund world, there really isn't much ageism. It's actually a young person's sport, because it's just crazy hours. At 35, you're considered old."

Shkreli's basic strategy was to short—a.k.a. bet against—biotech stocks, while trash-talking companies he wanted to fail on the financial website **Seeking Alpha**. Then, in February 2011, Shkreli bet against a company called Orexigen Therapeutics and lost more than $7 million, which he recalls as a "big, big disaster."

His reputation took another hit in July 2012, when the good government group Citizens for Responsibility and Ethics in Washington (CREW) **asked** the Department of Justice to look into his online antics. The group's director, Melanie Sloan, said at the time that Shkreli seemed "more interested in lining his own pockets than in fostering groundbreaking medical advances."

He vehemently denies that claim, citing his family's history of mental health problems as the

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 100 of 207 PageID #: 25479

reason he got into the pharmaceutical industry. It was out of a desire to heal people, Shkreli says, that he switched in 2012 from betting against biotech companies to taking over Retrophin. Suddenly, instead of moving around monopoly money to further enrich a handful of millionaires, he would be working to cure rare genetic illnesses.

> "If anyone should get rich in life, it's the guy who's helping the dying kid."
> —Martin Shkreli

Shkreli's new company was a **success**, but its board **booted** him as CEO in September 2014. By that December, there were two lawsuits against him, with one man **alleging** that Shkreli was buying and selling his own company's stock in violation of Securities and Exchange Commission (SEC) rules, and a group of investors **claiming** that he committed "stock irregularities" by paying back investors in MSMB with Retrophin money. The first suit was dismissed within a month. But the second, which is ongoing and closely mirrors the federal indictment, claims that Shkreli lied to the SEC and that he asserted there was $2.6 million in MSMB Capital's coffers when, in fact, its bank and brokerage accounts were nearly empty.

It was in the midst of all this that Shkreli unveiled his next project, Turing Pharmaceuticals, in February 2015. The company was **launched** with three drugs acquired from Retrophin: a ketamine nasal spray for treatment-resistant depression, an intranasal spray of the hormone that's released during orgasm and is used to control bleeding after childbirth, and a drug used to treat hypertension. Last August, Turing acquired Daraprim, the drug used to treat

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 101 of 207 PageID #: 25480

Toxoplamosis, for $65 million, and raised the price from $13.50 to $750 a pill overnight—which Shkreli says was necessary in order to turn a profit on something hundreds of Americans **die from** each year.

On one hand, Shkreli can wax poetic, as he did to me, about the "puzzle of medicine" and his desire to help people. On the other hand, he told *Vanity Fair* that he switched to biotech because hedge funds weren't lucrative enough. It's the same worldview that led him to **publicly mull** fronting jailed MC Bobby Shmurda's $2 million bail in December, but only if the **Rikers Island inhabitant** recorded some tracks in return. He wants to help people, but seems determined to do so in a way that helps Martin Shkreli most of all.

Or as he puts it, "You know, if anyone should get rich in life, it's the guy who's helping the dying kid."



Case 1:15-cr-00637-KAM    Document 162-1    Filed 02/17/17    Page 102 of 207 PageID #: 25481

David Kimberlin had one month to get his hands on some Daraprim. His patient, a pregnant woman infected with toxoplasmosis, was due to give birth in September. But in August, the 52-year-old doctor, who works at the University of Alabama in Birmingham, learned of the drug's price hike: a treatment that used to cost him $54 a month was now running at least $3,000. Babies born with toxoplasmosis need to be treated for about a year, with the total cost of treatment approaching $70,000 at the bare minimum. Fortunately, after a trip to the outpatient pharmacy, his pharmacist found a supply of the stuff already on the shelves—a break Kimberlin says saved the baby's life.

With stories like this making the rounds, the HIV Medicine Association sent a letter to Turing. "This cost is unjustifiable for the medically vulnerable patient population in need of this medication and unsustainable for the health care system," it read.

"It's honestly not something that we have done," the association's director, Andrea Weddle, told me about the decision to appeal directly to the company. "But this really rose to the top for us." Turing **responded** with a letter claiming a great many patients got Daraprim for next to nothing and that "ensuring patient access to Daraprim is critically important to us."

"It didn't say much," Weddle said of the response, which was signed by the company's president of research and development, Eliseo Salinas. Realizing that Shkreli was not going to respond to requests for a price decrease, the association **started a blog** and an email system through which doctors could report problems they had accessing Daraprim; on Tuesday, Weddle told me that they'd received 40 responses from at least 21 states. They

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 103 of 207 PageID #: 25482

include anecdotes from doctors who have been forced to seek alternative treatment for patients, have not been able to find facilities that will take patients in, and even told patients to go to Canada to seek care.

In one particularly disturbing story, a woman recounted how Walgreens speciality pharmacy—the only place that sells the drug—wasn't open on the weekend. She called six times on both a Monday and a Tuesday trying to explain that the matter was urgent, but was unable to get a human on the line. When she finally did, the representative said they needed to talk with the patient—who couldn't speak because she was so thoroughly infected with toxoplasmosis. Finally, the physician was able to get the drugs, although the process she described is harrowing.

"I did literally everything anyone could to get her her med as soon as possible, and it took 4.5 days," she wrote. "We pay $750 per pill for this, you'd think Walgreens specialty could afford to stay open on the weekend when it is the only distributor of this critical medicine."

To his credit, Shkreli wrote to the blog and left his cell number, instructing anyone having troubling finding Daraprim to call him. In the time we spend together, he tells me—many times—that he gives away the pill for free to anyone who can't afford it. Still, patients suffering from toxoplasmosis say that the process to get the drug for free is too complicated for those battling a disorienting illness that disproportionately affects the homeless and indigent.

"It's so much harder than an average person would guess to jump through these hoops," says Abigail Schanfield, a 24-year-old from Minneapolis who had brain surgery in October and was diagnosed with congenital toxoplasmosis as an infant. "If you can't afford it, you have to

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 104 of 207 PageID #: 25483

fill out this paperwork to get it for free, which is another barrier to access."

Turing's price hike illuminates a broader—disturbing—trend in the generic drug market that has drawn the attention of both houses of Congress.

The way medicine works in America is that if you develop a drug, you **typically** own the rights to it for 20 years. After that, other companies are free to develop generic versions, which drives down prices and makes formerly rare treatments affordable. That's the idea, anyway. The problem is that in the last five to ten years, the companies that make generic drugs have **consolidated** into larger corporations that are less likely to invest in creating products that won't be used by many patients and therefore won't generate much revenue.

"You cannot be a large company making hundreds of different drugs," Gerard Anderson, the director of the Center for Hospital Finance and Management at Johns Hopkins explained to me. "For a $10 billion company, a $10 million product does not make sense. You cannot have 1,000 different products and manage them." Smaller outfits, meanwhile, can't afford to invest in developing drugs that won't make a ton of money.

In the last few years, a handful of specialty drug companies realized that they could make enormous profits by snatching up rarely used drugs that have no generic competitors and are unlikely to get any. They can then jack up the prices of these drugs thanks to their monopolies on them. It's a moment in pharmaceuticals that Barry Werth, an author and biotech expert, tells me is "as unique as Donald Trump being the leading Republican

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 105 of 207 PageID #: 25484

candidate for president."

There are several egregious examples of this practice that have nothing to do with Martin Shkreli. In fact, the approach **was invented by a company called Valeant**, which lost money for five years before a consultant advised executives in 2007 that the 20 percent of revenue drug companies typically throw into researching new drugs was too high. That consultant, J. Michael Pearson, suggested that those budgets be slashed because the returns on making new drugs were too low. The next year, Pearson became the company's CEO, and turned it into an extraordinarily profitable venture by laying off scientists and jacking up prices on proven drugs. Between 2009 and 2015, Valeant **raised** the price of a medicine used to treat cutaneous T-cell lymphoma from $1,687 to $30,320.

Other companies followed suit. Rodelis Therapeutics raised the price of a Tuberculosis drug by 2,600 percent last August; that same month, Turing bought Daraprim and raised the price by 5,000 percent.

Rodelis **reversed** its pricing strategy in September after public outcry; Shkreli **said** he would do the same last November, but later backtracked. His argument now is that he puts his money into research and development to make a safer version of Daraprim, which has not been updated since it was **approved** by the Food and Drug Administration in 1953. In November, he led a group that bought a majority stake in another company, KaloBios, and **announced** plans to raise the price of a drug used to treat another parasitic disease called Chagas.

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 106 of 207 PageID #: 25485

"I mean, honestly, Martin is an enabler for all of us," says Stephen Thomas, a senior scientist and "drug inventor" (as Shkreli calls him) at Turing. "We talk to the leading researchers. These are people who donated their whole life to one disease and we tell them what we're doing and they jump out of the room. No other company works on these diseases and these patients have no drugs, no hope—and we do the work." (Thomas notes that earlier this month he got back a nice set of data on a new compound he'd invented to treat toxoplasmosis without making patients sick in the process.)

**"He should be playing craps at the casino and not trying to say he's good for the public health." —Barry Werth**

Turing hasn't yet released any new drugs to market, but not many biotech companies in the price-hike business are making the same kind of effort it is. As of last October, Valeant's research and development budget was equal to **only 3 percent** of its sales. Shkreli has publicly claimed he's putting the majority of revenue—60 percent—into making new drugs, and that his company is **losing money** as a result.

Still, experts say we should be skeptical of his new line. They point to the fact that there's a slim chance any given drug in the early stages of clinical trial will succeed, and that it typically takes about a decade for a new one to bear fruit.

That leaves plenty of time to profit off of price-gouging before any lives are saved.

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 107 of 207 PageID #: 25486

"That's his new spin on this, and it's totally Wall Street–driven," Werth says. "He was confident enough that he figured out how to impress investors and make himself a lot of money. This is a guy who made his bones shorting biotech companies, which is easy, because many of them fail. He should be playing craps at the casino and not trying to say he's good for the public health."

Werth isn't the only one who thinks medicine has taken on a Wall Street mentality in our era. On December 9, US Senators Claire McCaskill and Susan Collins led an investigation into the trend, with the latter noting that companies like Valeant, Retrophin, Rodelis, and Turing "look more like hedge funds than they do pharmaceutical companies." And even though the practice has been going on for years in the case of Valeant, Shkreli is now its public face. Senator McCaskill referred to Shkreli as "Mr. Wu-Tang" during the hearing, her voice dripping with palpable disdain.

"You can get away with high drug prices if you do it right," Werth says. "If he had raised the price 30 times instead of 5,000 times, he could have gotten away with it."

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 108 of 207 PageID #: 25487



These days, Shkreli keeps mostly to a ten-block radius around his Manhattan apartment. As we walk by Pfizer's world headquarters, he tells me how he used to chuck basketballs at the building's facade and get into arguments with the security guards there, describing his hatred of Big Pharma as an inspiration for his small company—the millionaire as underdog.

"I have no problem going in there and heckling them right now," he tells me. "Big drug companies don't get the real world. They run the companies for themselves, and if they make drugs, that's incidental. It's our holy mission to make great drugs. And what we did with Daraprim is what it is. At the end of the day, the effort and the heart is in the right place."

He's wearing a band T-shirt that says "Google Chemtrails," a pair of Armani jeans that hang

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 109 of 207 PageID #: 25488

off his bony hips, and a light track jacket despite the temperature being in the 20s. Shkreli seems to be mostly anonymous in the sidewalk crowd of tourists and suits, though one man stops to yell, "Free Shkreli!"

> ## "I'm not just the heel of the music world," he says. "I want to be the world's heel."

We head back to his apartment, where he opens a magnum of Bordeaux he says cost $15,000 and rolls around the vinyl floor on his hoverboard while taking $120 sips. After I give the hoverboard a disastrous try, falling off and accidentally slugging him in the eye, we sit down and talk about his routine. He's no longer CEO of Turing (though he still owns the company) and was **fired** as the head of KaloBios. So what does he do all day?

Shkreli says he goes to the office, plays chess, reads science textbooks, and can be found either in his apartment, his office, or on his live stream. Because of the pending trial, he's not allowed to travel beyond suburban Westchester County—which is where he spent New Year's Eve with friends—and doesn't often go home to Brooklyn. With the Wu-Tang album playing in the background, Shkreli says he vacillates between wanting to destroy the record and dreaming of installing it in some remote place so that people have to make a spiritual quest to listen. "I'm not just the heel of the music world," he says. "I want to be the world's heel."

He also tells me that even though the securities fraud charges have nothing to do with his actions at Turing—and the government's investigation began before Shkreli became a household name—he knows for a fact that his infamy is why newly-minted US Attorney Robert Capers indicted him for his first major case.

"This is their fucking limelight," Shkreli says of the feds. "This is their chance to be gods, to be a rockstar, to be whatever it is—celebrated." (An audibly annoyed spokesperson for the US Attorney's Office in the Eastern District of New York declined to comment for this story.)

He adds that his scheme can't be Ponzi-like because the people he paid back with Retrophin stock profited: "The nutshell is that people were possibly misled into making a lot of money."

He's similarly scornful of the members of Congress who asked him to testify before their investigation into pharmaceutical price-hiking at a hearing that was supposed to be this week, but got postponed after a blizzard shut down the capital. "Politicians get elected when they take on bad guys," Shkreli says. "And someone's saying, 'This is the bad guy, therefore I have to take this guy on.'"

Even though the heavens have parted and bought him some extra time to mull it over, it's still unclear whether he'll choose to tell Congress his story or risk being held in contempt.

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 111 of 207 PageID #: 25490

"I guess I can't find a nice way of saying it, but it's not my job to teach people how drugs work," he tells me. "This sounds like a nasty thing to say, but if they don't want to understand the system, why is the burden on me to understand how the system works? It shouldn't be."

For now, it seems unlikely that Shkreli will testify before Congress beyond invoking his Fifth Amendment right to avoid self-incrimination; his lawyer **has said as much**, and with a pending FTC investigation on top of the charges he's already fighting in court, it would seem like a bad move for Shkreli to serve up any more string to prosecutors.

On the other hand, this is a man who talked rich people into letting him manage their money, who kept defending his business practices on social media long after everyone hated him for them, who will spend hours telling anyone who asks—fans, enemies, reporters—pretty much anything they want, including how the system works. If he gets up in front of a microphone before an audience in DC, is he really going to be able to keep his mouth shut?

*All photos by Bobby Viteri.*

Tab 17

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 113 of 207 PageID #: 25492

# Martin Shkreli Releases Insane Ghostface Killah Diss Video

Threatens to delete all of Ghost's parts from *Once Upon a Time in Shaolin*

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 114 of 207 PageID #: 25493



Martin Shkreli has recorded a video in which he disses Ghostface Killah and threatens to erase his contributions from *Once Upon a Time in Shaolin*, the one-of-a-kind Wu-Tang Clan album he paid millions for. In the video, Shkreli sips from a glass while being surrounded by three masked men. He also plays *Once Upon a Time in Shaolin* in the background. Watch it below, via TMZ.

Their beef began last week, when Ghostface called him a "shithead" and said he should release *Shaolin* for free. Later, he also made fun of Shkreli's nose. In the video, Shkreli refers to Ghostface as "Dennis"—his real name is Dennis Coles—and generally talks like a wrestling villain would.

"At the end of the day, I'm very sorry for you," he said. "You're an old man —an old man that's lost his relevance, and you're trying to claim the spotlight from my spotlight. That's not going to work, Ghost—Dennis. In fact, I think that if you ever say some dumb shit again, this album, this *Shaolin*, I'm going to erase all your shit from this album. I'm going to erase you from the record books."

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 115 of 207 PageID #: 25494

Another tidbit: "Ghost, stop pretending, stop acting, stop lying. Be real, as your video once said, and uh, don't ever fucking mention my name again, or there will be more of a price to pay than just this video."

It's worth noting that in a recently published profile, Shkreli said he wanted to be "the world's heel." (In pro wrestling, "heels" are bad guys.)

Shkreli is currently awaiting trial on charges of securities fraud.

> As mentioned in my video, I expect a written apology, @GhostfaceKillah. At least 500 words, no grammatical errors and Shaolin stays intact.
>
> — Martin Shkreli (@MartinShkreli) *January 28, 2016*

> A @GhostfaceKillah response tomorrow evening. Don't cry, Ghost. All rap careers come to an eventual end. Long time coming, motherfucker.
>
> — Martin Shkreli (@MartinShkreli) *January 26, 2016*



Tab 18

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 117 of 207 PageID #: 25496

*By* **ANDREA PARK** / **CBS NEWS** / *January 29, 2016, 5:17 PM*

# Martin Shkreli beefs with Ghostface Killah, TMZ



Martin Shkreli (C), chief executive officer of Turing Pharmaceuticals and KaloBios Pharmaceuticals Inc, departs U.S. Federal Court after an arraignment following his being charged in a federal indictment filed in Brooklyn relating to his management of hedge fund MSMB Capital Management and biopharmaceutical company Retrophin Inc. in New York in this December 17, 2015, file photo.   **REUTERS**

Martin Shkreli keeps stirring the pot, and this time, his beef is with both rapper Ghostface Killah, of Wu-Tang Clan, and celebrity gossip site TMZ.

Shkreli, who is the owns the only copy of the Wu-Tang album "Once Upon a Time in Shaolin," created a video in which he threatened to remove all of Ghostface Killah's work from the album. The rant was in response to Ghostface's calling Shkreli a "s***head."

In the video, Shkreli is holding a glass of wine and backed up by three men who are all wearing masks in the video.

"Most people don't ever try to beef with me," warns Shkreli. "Do you know why? Why do you guys think?" Shkreli turns to his hype men and one shouts, "They ain't

stupid!" while Shkreli responds, "Because my buddy [Ghostface] is that dumb."

"That's a big mistake," Shkreli continues. "You're trying to reclaim your spotlight from my spotlight. That's not going to work, Ghost."

Then Shkreli threatens to erase Ghostface from the album.

"You're my son," he says. "You have to listen to me. I butter your bread."

One of the hype men shouts, "You be a ghost for real, mother f***er," ostensibly threatening to kill the rapper.

Shkreli demands a written apology "from the heart," and one of his goons notes, "Not in crayons, neither!"

Later, Shkreli video-chatted with TMZ boss Harvey Levin and two other staffers on TMZ Live, where they asked him if he was worried about making a threat while he is on bail; Shkreli was charged with securities fraud and conspiracy in a case stemming from one of his previous drug companies.

But Shkreli said he and Ghostface simply exchanged words and that he was not making a criminal threat.

When Levin asked Shkreli about the Wu-Tang album, he answered that it was none of his money: "I paid the money so you won't know."

Later, when one staffer asked Shkreli if he was worried about the repercussions of threatening rappers, he said, "No, *they're* worried about the repercussions," and called the interviewer disrespectful. He also added that he's not worried at all about the criminal prosecution. All three of the TMZ reporters laughed loudly during the entire video chat.



**Andrea Park**
ON TWITTER **»**

Andrea is an entertainment producer at CBSNews.com

Tab 19

Bloomberg    5

Sign In    S
Subscribe

# Shkreli Says He Wishes He Could 'Berate,' 'Insult' Congress

by Anna Edney

Corrected

- Attorney Benjamin Brafman represented rapper `Diddy' Combs

- Shkreli scheduled to appear Thursday at congressional hearing





Meet Martin Shkreli, Internet Star

Former drug executive Martin Shkreli, who is under investigation for securities fraud and the subject of a congressional inquiry, has replaced his legal team with Benjamin Brafman, the same lawyer who helped get rapper Sean "Diddy" Combs acquitted of gun and bribery charges in 2001.

The New York-based lawyer confirmed in an e-mail that he is representing Shkreli. Brafman's client list also includes Dominique Strauss-Kahn, Michael Jackson, Gambino crime family underboss Salvatore "Sammy the Bull" Gravano, rapper Jay Z and former New York Giants wide receiver Plaxico Burress. Shkreli announced the legal change during an interview with Fox Business Network on Tuesday.

Shkreli is set to appear in court Wednesday for a routine appearance as part of the securities fraud charges against him related to several of his past businesses, which include hedge funds and the drug company Retrophin Inc.

"Obviously I think I'm innocent, and not guilty," Shkreli said.

## 'Very Defensible'

Brafman echoed his client's comments. "Based on only the short time we have had to review the allegations, we nevertheless feel that the charges are very defensible," he said. "We are confident he will be fully exonerated. It is clear that Mr. Shkreli never intended to violate the law, nor did he intend to defraud anyone."

On Thursday, he is scheduled to appear before Congress for a hearing by the House Committee on Oversight and Government Reform to discuss drug pricing. Shkreli said he plans to invoke his Fifth Amendment right not to testify.

"I would love to talk to Congress," Shkreli said. "I would berate them. I would insult them." He is scheduled to appear because of his role as former chief executive officer of Turing Pharmaceuticals AG, which acquired a decades-old HIV drug called Daraprim and raised the price more than 50-fold.

He called the House hearing a waste of time. "It's nothing more than an advertisement for some congressmen who want to get some votes and some cheap publicity off my name," Shkreli said. "What Congress is doing is just a ploy to embarrass me."

## 'Cordial Discussion'

"I would try to have a cordial discussion," he added. "I would do it behind closed doors. I would do it under immunity. They don't want to do any of this."

MJ Henshaw, a spokeswoman for Committee Chairman Jason Chaffetz, a Republican from Utah, declined to comment. A spokeswoman for the top Democrat on the committee, Representative Elijah Cummings of Maryland, didn't respond to a request

The most important business stories of the day.

Get Bloomberg's daily newsletter.

Enter your email

Enter your email    **Sign Up**

for comment. The committee released internal documents and e-mails Tuesday morning from Turing, as well as from Valeant Pharmaceuticals International Inc., about how the companies price drugs ahead of Thursday's hearing.

During the TV interview, Shkreli defended his decision at Turing to raise Daraprim's price to $750 a pill from $13.50. The drug treats toxoplasmosis, an infection that can occur in HIV patients or others with weakened immune systems.

"Now the company can afford to invest in research," he said. "We need a new drug for toxoplasmosis."

Side effects with Daraprim can be severe, including nausea, vomiting and loss of appetite.

Shkreli also weighed in on the presidential campaign, saying he leans right but likes some of what Bernie Sanders is saying.

"He has a specific focus on mental health that I haven't seen any other candidate saying," he said.

He was careful to say he doesn't support Sanders, though. "I think his economic policies are a little crazy."

(Corrects spokeswoman's affiliation in 10th paragraph, full name of news network.)

Before it's here, it's on the Bloomberg Terminal.    LEARN MORE

Terms of Service    Trademarks    Privacy Policy

©2017 Bloomberg L.P. All Rights Reserved

Careers    Made in NYC    Advertise    Ad Choices ▷

Website Feedback    Help

# Tab 20



# 'Pharma Bro' Martin Shkreli says he wants to 'smack' Ghostface Killah

 Brad Reed  ☐ @bwreedbgr
February 3rd, 2016 at 9:10 PM

It's a hip-hop feud that's almost too ridiculous to believe: One of the most successful and talented Wu-Tang alums versus the world's most hated former pharmaceutical CEO. However, the beef between Ghostface Killah and Martin "Pharma Bro" Shkreli is very real. Per *NME*, Shkreli appeared on radio station Power 105's The Breakfast Club this week and said that he would "smack [Ghostface Killah] right in the face" if he were there right now.

Ghostface started the feud with Shkreli after calling him a "shithead" because of his decision to jack up the price of an important AIDS-related drug called Daraprim from $13.50 per tablet to $750 per tablet while he served as the CEO of Turing Pharmaceuticals. Shkreli responded to this diss by posting a video featuring three masked men who threatened to "take out" Ghostface if he didn't shut up.

Martin Shkreli -- Shut Your Mouth Ghostface Killah ... My Goons Will Take Yo...

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 127 of 207 PageID #: 25506



All of this is particularly ironic because Shkreli was the person who spent $2 million to buy the lone copy of the Wu-Tang Clan's secret new album called *Once Upon a Time in Shaolin*. Shkreli has threatened to "erase" all of Ghostface Killah's vocal tracks from the album unless the rapper stops criticizing him.

This kind of behavior may not be very wise for Shkreli right now, as the snot-nosed former CEO was arrested for alleged securities fraud last year and he's certainly not doing anything that will endear himself to prospective jurors.

Tab 21

Case 1:15-cr-00637-KAM    Document 162-1    Filed 02/17/17    Page 129 of 207 PageID #: 25508

# Martin Shkreli booted from Congress for refusing questions

BY JASON SILVERSTEIN

NEW YORK DAILY NEWS    Updated: Thursday, February 4, 2016, 2:56 PM

Autoplay: **On** | Off

'Pharma bro' went to Washington — and for once, he shut up.

Reviled ex-executive Martin Shkreli smirked his way through a congressional hearing about his infamous drug price-gouging Thursday morning, but hid behind the Fifth Amendment to avoid every single question — even one about the Wu-Tang Clan.

The hearing committee quickly got fed up with him, and booted Shkreli from the room within minutes.

MARTIN SHKRELI BOASTED OF PROFITS FROM PILL PRICE HIKE

Only then did he have something to say — on Twitter, at least.

Case 1:15-cr-00637-KAM    Document 162-1   Filed 02/17/17   Page 130 of 207 PageID #: 25509



Martin Shkreli smirked through his Congress hearing and refused all questions. (JOSHUA ROBERTS/REUTERS)

"Hard to accept that these imbeciles represent the people in our government," the brat businessman tweeted soon after his disastrous appearance.

Congress called on Shkreli to testify about his former company, Turing Pharmaceuticals, which bought the life-saving pill Daraprim last year and immediately jacked its price from $13.50 to $750. Turing CCO Nancy Retzlaff joined him, as did Howard Schiller, interim CEO of Valeant Pharmaceuticals International, another company accused of price-gouging.

Shkreli said this week he was looking forward to his chance to "insult" Congress. But Thursday, he only did so with his silence and smirks.

**'PHARMA BRO' MARTIN SHKRELI HAS LOST $40M SINCE ARREST**



### Hard to accept that these imbeciles represent the people in our government.

### — Martin Shkreli (@MartinShkreli) February 4, 2016

"I intend to follow the advice of my counsel, not yours," Shkreli told the House Oversight and Government Reform Committee as its members begged him to answer anything.

Shkreli — who ceaselessly shares details from his personal life on social media — invoked his Fifth Amendment rights at least 10 times, even when the questions drifted far from his business tactics.

Rep .Trey Gowdy (R-S.C.) asked Shkreli about the one-of-a-kind Wu-Tang Clan album Shkreli bought for $2 million dollars.

"Is it Wu-Tang Clan? Is that the name of the group?" Gowdy said.

Case 1:15-cr-00637-KAM    Document 162-1   Filed 02/17/17   Page 131 of 207 PageID #: 25510



Martin Shkreli non-testifying before the House Oversight and Government Reform Committee. (BRENDAN SMIALOWSKI/AFP/GETTY IMAGES)

**MARTIN SHKRELI TROLLS CONGRESS AFTER PRICE-GOUGING SUBPOENA**

Shkreli: "On the advice of counsel, I invoke my Fifth Amendment privilege against self-incrimination and respectfully decline to answer your question."

Shkreli diverted from his scripted answer rarely — like when Gowdy asked if he pronounced Shkreli's name correctly.

"Yes," Shkreli said.

  ### Check out my slick escape from the photographers into my armored SUV.

### #smoothhttps://t.co/QUntgc0Roo

### — Martin Shkreli (@MartinShkreli) February 4, 2016

Rep. Elijah Cummings (D-Md.) scolded Shkreli before the committee chose to oust him.

"You have a spotlight and you have a platform. You could use that attention to come clean, to right your wrongs, and to become one of the most effective patient advocates in the country."

"I know you're smiling," Cummings added, "but I'm very serious, sir."

A damning report released ahead of the hearing showed Shkreli and other Turing execs boasting about big profits expected from Daraprim in emails last year. The company also worked with consultants about how to pipe down AIDS activists who would be furious once the pill's price soared.

Martin Shkreli booted from Congress for refusing questions - NY Daily News



Martin Shkreli with his attorney Benjamin Brafman before the hearing began. (JOSHUA ROBERTS/REUTERS)

The hearing was unrelated to Shkreli's charges for an alleged Ponzi scheme, which brought him to Brooklyn Federal Court Wednesday. He resigned as Turing CEO days after his arrest in December.

After Shkreli's exit, the grilling of Turing continued, with committee members accusing the company of blowing its blood money on executive raises and extravagant prices.

Meanwhile, Shkreli continued tweeting, reposting adoring messages from fans impressed by his congressional stonewalling. He also posted of video of himself running toward the wrong getaway car as he tried to flee from photographers.

© 2016 New York Daily News

Tab 22

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 134 of 207 PageID #: 25513

# The Washington Post

**Wonkblog**

# 'Pharma bro' Shkreli stays silent before Congress, calls lawmakers 'imbeciles' in tweet

By **Carolyn Y. Johnson**  February 4, 2016

Martin Shkreli's extraordinary exchange with lawmakers in full   </>  ↱

▶ **Play Video** 9:52

*This story has been updated.*

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 135 of 207 PageID #: 25514

Martin Shkreli has left the building.

Shkreli, the former chief executive of Turing Pharmaceuticals, who gained notoriety for jacking up a little-known drug's price, was excused from a House hearing on drug prices after he refused to answer any questions -- other than how to pronounce his name correctly, or to confirm that, yes, he was listening.

After minutes of refusal to answer questions, during which Shkreli fidgeted, looked away and appeared to smirk at times, he gave his parting remarks on Twitter:

Five minutes were set aside for opening remarks that could shed light on Shkreli's controversial decision to raise the price of Daraprim, a drug for a rare but severe infection that afflicts people with compromised immune systems. But Shkreli declined to make any. Instead, Rep. Jason Chaffetz (R-Utah), chairman of the House Committee on Oversight and Government Reform, began asking him questions about patients affected by the price and remarks he had made previously. Shkreli gave the same composed answer to each question:

"On the advice of counsel, I invoke my Fifth Amendment privilege against self-incrimination and respectfully decline to answer your question," Shkreli said. Repeatedly.

Shkreli didn't come willingly to Thursday's hearing. He was compelled by a subpoena that he threatened to ignore and that his lawyers argued against vehemently.

Wearing a slim-cut black jacket, Shkreli sat at the end of a row of witnesses called before the committee with hands folded, fidgeting a bit and smiling uncomfortably at times -- tics his attorney, Benjamin Brafman, called the "nervous energy" of the 32-year-old former hedge fund manager, not meant to show disrespect to any member of Congress.

Rep. Elijah Cummings (D-Md.) described Turing as a "Ponzi scheme" in his opening remarks, saying the research and development that Turing has claimed it is doing to justify its high prices is simply research on which new drugs it could acquire to raise their prices.

Shkreli smirked.

"It's not funny, Mr. Shkreli. People are dying," Cummings said.

'Pharma Bro' Martin Shkreli told drug price increases 'not funny'        </>    

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 136 of 207 PageID #: 25515

▶ **Play Video** 0:49

One of the few questions he did answer, asked by Rep. Trey Gowdy (R-S.C.), was whether the congressman had pronounced Shkreli's last name correctly.

When Gowdy told Shkreli he could answer questions without incriminating himself, since they would not bear on the securities fraud charges being brought against him in a separate matter, he said, "I intend to follow the advice of my counsel, not yours."

Eventually, Shkreli was excused, trailed by a media scrum.

The hearing focused on two companies that drove up the price of drugs they didn't invent -- by more than 5,000 percent in the case of Daraprim. After Shkreli's departure, the rest of the witnesses testified. Among them was Turing's current chief commercial officer, Nancy Retzlaff. Howard Schiller, the interim chief executive of Valeant Pharmaceuticals International, another company that has been accused of operating more like a hedge fund than a drug company, appeared. Janet Woodcock, the director of the Center for Drug Evaluation and Research at the Food and Drug Administration, and Mark Merritt, the president of the Pharmaceutical Care Management Association, a trade group that represents pharmacy benefit companies, was also present.

Turing and Valeant both turned over tens of thousands of pages of documents. Some highlights were presented in two memos released earlier this week. Although there are fascinating details taken from internal emails that draw back the curtain on the tactics of drug pricing, the main finding thus far is simple: Both companies strove to maximize profits.

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 137 of 207 PageID #: 25516

There are still thousands of pages of documents for the committee to mine for clues about how to prevent a practice that has been called "price gouging." But at least so far, the evidence appears to echo the revelations of a previous Senate investigation of an $84,000 hepatitis C drug. That company, Gilead, also sought to maximize profits, even as its price affected patients' access to the drug.

**Wonkbook newsletter**
Your daily policy cheat sheet from Wonkblog.

**Sign up**

High drug prices hit a nerve with the public and with politicians, but so far, congressional hearings have generated lots of buzz and few solutions.

**More from Wonkblog:**

How an $84000 drug got its price: "Let's hold our position"

'Pharma bro' Martin Shkreli responds to a subpoena with sarcastic tweets

A social media war just erupted over the biotech innovation of the century

Carolyn Johnson is a reporter covering the business of health. She previously wrote about science at The Boston Globe. 🐦 Follow @carolynyjohnson

**TOP STORIES**

# Senate confirms Pruitt, longtime adversary of EPA, to lead agency

Scott Pruitt, who as Oklahoma's attorney general spent years suing the Environmental Protection Agency over its efforts to regulate various forms of pollution, won confirmation despite strong pushback from Democrats and environmentalists.

By Brady Dennis

## German defense minister hammers Trump's dismissive attitude toward European allies

The tough speech, made before a conclave of U.S. and European officials, criticized the president's statements on topics such as Russia, NATO and torture.

Tab 23

By **REENA FLORES** / **CBS NEWS** / *February 6, 2016, 6:55 PM*

# Martin Shkreli's Twitter account gives nod to Jeb Bush



12 Photos

Martin Shkreli, former CEO of Turing Pharmaceuticals LLC, is sworn in to testify at a House Oversight and Government Reform hearing on "Developments in the Prescription Drug Market Oversight" on Capitol Hill in

Former Turing Pharmaceuticals CEO Martin Shkreli appeared to weigh in Friday on the Republican primary race, declaring himself an "avid supporter" of ex-Florida Gov. Jeb Bush on Twitter:

@JebBush i'm an avid supporter

— Martin Shkreli (@MartinShkreli) February 6, 2016

On Saturday, however, he said he wasn't behind the tweet to his verified account:

> My date made the tweet about Jeb Bush as a joke. I don't follow politics
> except for having a profound hatred for all politicians.
>
> — Martin Shkreli (@MartinShkreli) February 7, 2016

The posts came shortly after Shkreli, the much-reviled drug company executive
under fire for his 5,000 percent price hike of the life-saving prescription drug
Daraprim, refused to testify before a congressional committee earlier this week.

For Shkreli -- a former hedge fund manager who has even drawn rebukes from
lawmakers on Capitol Hill over his cavalier attitude -- the tweet may as well have
been a joke. Soon after the Bush post, Shkreli's account retweeted this short,
mocking video of the former governor at a town hall meeting:

And according to OpenSecrets.org, Shkreli has never actually put his money where
his tweet is.

Shkreli has never donated to Bush's presidential campaign: Instead, records show
that in 2015 the embattled executive actually gave the legal maximum -- $2,700 --
to the campaign of Democratic candidate Bernie Sanders.

During the primary season, the Vermont senator has espoused aggressive plans to
lower prescription drug costs.

*CBS News' Alan He contributed to this report.*

*© 2016 CBS Interactive Inc. All Rights Reserved.*

Tab 24

# Ghostface Killah fires back at Martin Shkreli in diss video

BY **JASON SILVERSTEIN**  FOLLOW

NEW YORK DAILY NEWS   Tuesday, February 9, 2016, 3:15 PM



Ghostface Killah KILLS Martin Shkreli (Verbally, Politically, & Emotionally)



Ghostface Killah finally unloaded on his unlikely rival Martin Shkreli in a 12-minute video Tuesday — and it was glorious.

The Wu-Tang Clan rapper called reviled "pharma bro" Shkreli a "fake-ass super villain," "the man with the 12-year-old body" and "PeeWee Shkreli" (with a Photoshopped pic to show it).

The video is the craziest part yet of the bizarre feud, which started after Shkreli dropped $2 million for the only copy of Wu-Tang's secret album "Once Upon a Time in Shaolin." The two have gone back and forth for weeks with insults and threats over social media.

In his clip, Ghostface says he and his crew have the last laugh — because Shkreli paid so dearly for their album.





(DRZODIAKTV VIA YOUTUBE)

(DRZODIAKTV/VIA YOUTUBE)

Ghostface Killah calls Martin Shkreli "PeeWee Shkreli" and brings out his mom and sister to add insults in the 12-minute video.

"You gonna come after me after you done bought a Wu-Tang album for $2 million?" the "Mighty Healthy" rapper says.

"Acting like we're washed-up rappers? I'm a washed-up rapper but you bought a washed-up

rapper's album for $2 million?"

He even brings out his sister and mom to join the national chorus of scolds against Shkreli for raising the price of an AIDS pill 5,000% last year.



Martin Shkreli has waged a bizarre feud with Ghostface for weeks. He is the owner of the group's $2 million album "Once Upon a Time in Shaolin." (BRENDAN SMIALOWSKI/AFP/GETTY IMAGES)

"You a real killer, man, you a killer," Killah said.

"But you a soft killer, man. You a baby, man. There's like something wrong with you, man ... You don't do that to the people."

Shkreli, who has begged Ghostface to apologize for insulting him, wasn't too impressed.

**Never seen someone real cry to his momma to handle his biz. Soft-serve ice cream rappers should shut they mouth**

before they get told again.

— Martin Shkreli (@MartinShkreli) February 9, 2016

"Never seen someone real cry to his momma to handle his biz," Shkreli tweeted.

"Soft-serve ice cream rappers should shut they mouth before they get told again."

The diss video coincidentally came the same day a Long Island artist sued Shkreli and Wu-Tang leader RZA for alleged copyright infringement. The illustrator said Wu-Tang used his sketches of the rappers without permission in the leather-bound lyric book for the lone copy of "Shaolin." Shkreli and the Wu-Tang camp have not commented on the suit.

Tab 25



**Martin Shkreli** ✔
@MartinShkreli

| TWEETS | FOLLOWING | FOLLOWERS | LIKES |
|--------|-----------|-----------|-------|
| 9,270  | 497       | 117K      | 9,143 |



@MartinShkreli YOU DOWN TO WORK A SHOW? #NoBumps #OnlyHeat



**Martin Shkreli** @MartinShkreli · May 24
Trash journalists, trash drug companies, trash investors, trash musicians, trash scientists. Everyone is trash BUT ME.

 232    409   •••



**Martin Shkreli** @MartinShkreli · May 24
The name Trashy represents all of you pieces of trash out there: trash rappers, trash lawyers, trash league players, trash politicians, etc.

 103    257   •••



**Martin Shkreli** @MartinShkreli · May 24
Trashy chilling in her new bed.



Tab 26

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 149 of 207 PageID #: 25528

MAY 26, 2016 @ 10:51 PM

# Forgiving, Reasonable Martin Shkreli Endorses Donald Trump



**David Kroll,** CONTRIBUTOR

*I cover the drugs making the news.* **FULL BIO**

Opinions expressed by Forbes Contributors are their own.



*It's a New Yorker thing. (Images: ROBYN BECK/AFP/Getty Images and BRENDAN SMIALOWSKI/AFP/Getty Images)*

While I've been working on a post for tomorrow on the FDA's approval of Braeburn Pharmaceuticals' implantable buprenorphine (Probuphine) for maintenance therapy in opioid dependent individuals, I decided to just check out Twitter before I went off to bed.

> ❲❲ haven't been called by the Trump camp. I support him vs. Hillary. He should find a VP candidate who is seasoned in politics, an ugly game.
>
> — Martin Shkreli (@MartinShkreli) May 27, 2016

Yes, the Pharma Bro himself--the former Turing Pharmaceuticals CEO who was excoriated by Trump at a South Carolina press conference last September--has essentially endorsed the presumptive Republican nominee for president. Trump passed the magic number of 1,237 delegates today.

Brett LoGiurato at the *Business Insider* covered Trump's Charleston comments after Shkreli had acquired the anti-toxoplasmosis drug Daraprim and raised

its price from $12.50 to $750 per dose. Here are excerpts of Mr. Trump's statements:

He looks like a spoiled brat to me. You want to know the truth? He looks like a spoiled brat.

That guy is nothing. He's zero. He's nothing. He ought to be ashamed of himself.

And he's a hedge fund guy, who, as you know—the only one that I'm raising taxes on. They are going to be paying up.

But I thought it was a disgusting thing, what he did. I thought it was a disgrace.

In response to a tweet asking Shkreli why he would support Trump after everything the candidate said, Shkreli had this exchange:

@JMedicine1 he was just piling on what was popular at the time

— Martin Shkreli (@MartinShkreli) May 27, 2016

@JMedicine1 forgiveness and being reasonable are important qualities to me

— Martin Shkreli (@MartinShkreli) May 27, 2016

Yes, folks, Martin Shkreli has thicker skin than Donald Trump.

At the time I posted this, Shkreli was already adopting Trump's Twitter style.

all you people who don't like trump are jealous, stupid and poor! don't make me laugh! and if you are employed by media you are worthless.

— Martin Shkreli (@MartinShkreli) May 27, 2016

But he quickly dialed back a bit:

> FWIW dont think we need to 'make america great again'. it's pretty amazing. a poor kid from brooklyn can grow up to be your boss (and hero)

— Martin Shkreli (@MartinShkreli) May 27, 2016

By the way, if you're in need of 18 minutes of bedtime Zen, you can watch FORBES Senior Editor Matt Herper interview Shkreli last December at the Forbes Healthcare Summit (it's autoplay so be sure to turn down the volume).



*David Kroll, PhD, is a former academic pharmacologist and medical educator. For more health and pharmaceutical news and commentary, follow Dr. Kroll on Twitter @DavidKroll.*

Tab 27

 

SUBSCRIBE ›   PRO   WATCHLIST

# Accused fraudster Martin Shkreli pleads not guilty to indictment filed last week

Dan Mangan | @_DanMangan
Monday, 6 Jun 2016 | 3:16 PM ET



Pharma bad boy Martin Shkreli kept his smirky mouth mostly shut during a court appearance Monday, but then he unloaded once he left the courthouse, where a judge delayed the scheduling of his trial.

"It went great, the judge bitch-slapped the government, again," Shkreli said, bragging to several customers at a Manhattan Dunkin' Donuts where he was live-streaming his coffee purchase on Periscope.

Shkreli continued to stream the rest of his trip back to his apartment. At one point, he said "90 percent of you watching this are morons, maybe not 90 percent, 50 percent."

At Brooklyn federal court Monday, Shkreli pleaded not guilty to a new criminal charge, filed Friday, that alleges a conspiracy to commit securities fraud in the unrestricted securities of his former pharmaceutical company Retrophin.

Shkreli's former attorney, Evan Greebel, is a co-defendant in the case, and he also pleaded not guilty to the latest charge.

Shkreli, 33, last was in court May 3, when federal prosecutors and defense lawyers revealed he could be hit with additional criminal charges in the case.

That ended up happening late last Friday, when a grand jury in Brooklyn issued a superseding indictment that, in addition to the original seven of securities fraud and conspiracy counts, added an eighth charge against Shrekli. The new count charges Shkreli and Greebel with conspiracy to commit securities fraud by hiding Shkreli's control of stock, which he had transferred to seven employees.

Shkreli has said he is innocent of the criminal case, in which prosecutors claim he looted his former pharma company Retrophin for about $11 million to pay off investors he was suspected of previously defrauding in a hedge fund he ran. Retrophin's board ousted Shkreli in 2014, and later sued him for $65 million in connection with his alleged plundering of the company.

At Monday's hearing, in a crowded courtroom, the defense objected to setting the trial date because there are a number of documents they are still waiting to receive from the government, and they also wanted more time to digest the superseding indictment.

Greebel's attorney, Lisa Rubin, said more than 3 million documents needed to be reviewed in the case. Also, she said, the new charge changes the tenor of the case, with respect to Greebel, who previously only faced a single criminal count.

Ben Brafman, Shkreli's lawyer, also argued against setting a trial date. "We're not looking to delay the process, we're looking to be informed by the process," he said.

Brafman also suggested there might be another reason why it could take a while before a trial could be scheduled. He might request that Shkreli be tried separately from Greebel because Shkreli's defense could hinge on "reliance of counsel," which would mean that Shkreli was acting on his attorney's advice.

However, Assistant U.S. Attorney Winston Paes said he didn't think the new charge changed the nature of the case in a material way, and thought a trial date should be set.

"That is the conduct that was also alleged in Retrophin's civil case," Paes said. "So there's no new evidence."



Getty Images

Ex-pharmaceutical executive Martin Shkreli exits the U.S. District Court for the Eastern District of New York, June 6, 2016, in the Brooklyn borough of New York City.

U.S. District Judge Kiyo Matsumoto ended up giving the defense what they were asking for by ordering the defendants back to court on July 14, with the hope of setting up a calendar of motions and possibly setting a trial date. Matsumoto suggested that a trial could be set for some time early next year.

Shkreli gained notoriety last year after raising the price of a drug used to treat toxoplasmosis by more than 5,500 percent as CEO of Turing Pharmaceuticals, the company that he founded after Retrophin's board ousted him. The price of Daraprim jumped from $13.50 per pill to $750 per pill.

Although the price hike drew widespread outrage, it had nothing to do with the criminal charges that were subsequently lodged against him.

In February, Shkreli refused to testify before a congressional committee investigating drug price increases, citing his Fifth Amendment right against self-incrimination

Tab 28

 



SUBSCRIBE ›  PRO  WATCHLIST

## HEALTH CARE

# Martin Shkreli blocks media on Twitter, but embraces musical satire about him

Dan Mangan | @_DanMangan
Thursday, 9 Jun 2016 | 2:39 PM ET





Shkreli blocks media on Twitter
Friday, 10 Jun 2016 | 8:39 AM ET | 00:36

A thin-skinned Martin Shkreli is taking his Twitter from the media and going home — but he's still got a sense of humor when it comes to an upcoming satirical musical about one of his many stunts.

The notorious pharma bro Shkreli, who is facing serious federal securities fraud charges, began blocking reporters who followed him on Twitter in recent days on the heels of his most recent court hearing. Shkreli sniffed that reporters weren't covering him "responsibly."

The media blocked from viewing Shkreli's free-wheeling Twitter stream included this reporter and other journalists at CNBC.

Shkreli previously had reveled in engaging in back and forth with reporters

on Twitter, as he did on Friday when he tweeted "when I see you, imma slap you" at one Bloomberg journalist who dared to ask him for comment on a new criminal count that prosecutors lodged against him that day.

On Wednesday, the same day he announced his media ban, Shkreli addressed news of a new musical about the oft-ousted pharmaceutical CEO that is set to premiere next month in New York City, entitled: "Martin Shkreli's Game: How Bill Murray Joined the Wu-Tang Clan."



It satirically combines Shkreli's actual purchase, for $2 million, of a single-copy Wu-Tang Clan album and the bogus internet theory that "Caddyshack" star Murray was somehow legally empowered to steal back the hip-hop album, which Shkreli has in real life resolutely refused to share with other Wu-Tang fans.

When CNBC asked Shkreli's criminal defense lawyer Benjamin Brafman on Wednesday about the show after *The New York Post* broke the story, the attorney was dismissive, saying, "Martin and his lawyers intend to ignore this childish, absurd project."

But hours later, Shkreli began not-ignoring the musical on Twitter.

Joel Esher, the musical's composer, told CNBC on Thursday that Shkreli did a live-stream broadcast on the internet Wednesday night where "he was inviting people to ask questions about the musical," and was "saying, 'Did you hear I was going to star in a musical?' "

Esher said he had asked Shkreli last week during another live stream how he would feel if someone wrote a musical about him.

"I wouldn't care," Shkreli replied, according to Esher.

Esher's collaborator in the show, lyricist Lauren Gundrum, said she and Esher first became aware of Shkreli, as did much of the rest of America, last fall.

That's when Shkreli's company, Turing Pharmaceuticals, raised the price of its antiparasitic drug Daraprim by more than 5,000 percent, from $13.50 per pill to $750 per pill. Shkreli refused to lower that retail price despite the public outrage that it fueled, in part, due to the fact that many Daraprim-using patients are pregnant women, babies or people with HIV.

"Then he was in the news a little bit," Gundrum said, with some understatement.

But the pair's interest in Shkreli spiked when they heard that he had laid out $2 million to buy the Wu-Tang album "Once Upon a Time in Shaolin," and wouldn't let anyone hear the whole record.

"We were like, 'Who is this guy?'" Gundrum said.



Lucas Jackson | Reuters

Martin Shkreli, former chief executive officer of Turing Pharmaceuticals and KaloBios Pharmaceuticals Inc, arrives at a U.S. Federal Court in New York, June 6, 2016.

Since then, Shkreli has gained even more notoriety after being indicted by a federal grand jury in Brooklyn on charges that he looted another pharma

company he previously ran, Retrophin, out of $11 million as part of a scheme to pay back investors he was suspected of defrauding at hedge funds he had operated. Shkreli has pleaded not guilty in the case, and remains free on $5 million bond.

She said Shkreli is a compelling lead character for a musical.

"He's been characterized as one of America's true villains... [and] he's kind of embraced that," Gundrum said. "He is a clearly a very intelligent person. He's very calculating and deliberate about what he does."

Gundrum and Esher said they are in the midst of auditioning actors for the show, and getting money for the production costs via an Indiegogo fundraiser, which as of Thursday had garnered nearly $1,400 from 20 contributors toward their goal of $6,500.

"Wu-Tang Clan members RZA, GZA, and Ghostface Killah are teaming up with Bill Murray to take down Martin Shkreli. But they need your help," the fundraising page says.

The musical is set to premiere at the Midtown International Theater festival on July 19, five days after Shkreli's next scheduled appearance in Brooklyn federal court.

"I tweeted at him offering comped tickets," Gundrum said. "We'll see if he takes that up."



Dan Mangan
Reporter

 

Tab 29

Pharmaceutical Exec: Hillary Clinton Has Parkinson's Disease » Alex Jones' Infowars: There's a war on for your mind!

# Pharmaceutical Exec: Hillary Clinton Has Parkinson's Disease

**"Involuntary movements" and difficulty walking is a form of dyskinesia**

Paul Joseph Watson | Infowars.com - August 8, 2016 942 Comments

According to pharmaceutical executive Martin Shkreli, footage of Hillary Clinton exhibiting bizarre behavior is proof that the presidential candidate is suffering from Parkinson's disease.

WATCH: @MartinShkreli on #HillarysHealthhttps://t.co/iDIUT2wpG4

— G (@1080p) August 7, 2016

Citing his "15 year background in drug discovery and pharmaceuticals," Shkreli asserts that the videos of Hillary's strange facial movements and her difficulties with walking are "pretty unmistakable signs of Parkinson's disease."

Explaining that a stroke or a concussion wouldn't explain the symptoms, Shkreli says that Hillary's walking difficulties are a "cardinal symptom of Parkinson's disease" and what is known as "freezing gait". Shkreli adds that he helped develop a drug to treat the problem.

Hillary's "on-off episodes" are a result of dopamine depletion, according to Shkreli, which is impacting Hillary's movement.

"We've all seen the videos of her kind of making these perplexed facial movements," says Shkreli, noting that Hillary's over-reaction to balloons at the DNC was "unusual" because it betrayed an "inability to control her facial movements".

However, Hillary's seizure-like behavior in response to reporters asking questions in another clip was even more odd because she "made this involuntary movement for about ten seconds which was truly unusual," states Shkreli, identifying the condition as a form of Parkinson's-induced dyskinesia.

"This ia classic symptom….if you showed someone that symptom and said 'name the disorder' it's not a seizure….that is simply involuntary movement, it's PD-LID, no doubt about it in my mind," adds Shkreli, concluding that when matched with Hillary's "freezing gait," it "explains everything."

Shkreli emphasizes the fact the he is non-partisan and has given more money to Democrats than Republicans.

Despite his controversial background (Shkreli was once labeled the "most hated man in America" for raising the price of the drug Daraprim by 5556 per cent), his voice adds to the innumerable health experts and doctors who have been asking serious questions about Hillary's ill health.

We highlighted Hillary's bizarre behavior and her health problems in a video last week that has since gone viral and received well over a million views.



The Truth About Hillary's Bizarre Behavior

Suspicions over Hillary's health have raged in recent days, with the Drudge Report running a series of headlines highlighting her numerous falls and difficulties walking.

In response, media outlets are beginning to characterize questions about Hillary's health as little more than 'right-wing conspiracy theories,' although assertions by leftists that Donald Trump is mentally ill have not received similar treatment.





Other questions continue to swirl, including claims that one of Hillary' "handlers," who calmed her during the recent interruption of one of her speeches, carries around a an auto-injector syringe for the administration of the anti-seizure drug Diazepam.



[According to Shkreli](), the syringe "may be an Apokyn pen, used to treat Parkinson's," noting that it was the same color.

2/17/2017    Pharmaceutical Exec: Hillary Clinton Has Parkinsons Disease » Alex Jones' Infowars: There's a war on for your mind!

Case 1:15-cr-00637-KAM Document 162-1 Filed 02/17/17 Page 166 of 207 PageID #: 25545



"Knowing what we know now, and looking at the above video, it looks like after Hillary seized up like a deer in headlights, the medic tries to calm her down, but was having problems because the Secret Service members on stage were freaking her out," according to the Ralph Retort.

"The medic must have realized he wasn't going to calm her down until Secret Service got off stage, so he went up to each of them individually, telling them to go away."

Twitter users are now calling for Hillary to be given a mental and physical health screening under the hashtag #Hillary'sHealth.

Infowars will continue to report on the controversy as it develops….

**SUBSCRIBE** on YouTube:

 Paul Joseph Watson

YouTube    791K

Follow on Twitter:    Follow @PrisonPlanet

Facebook: https://www.facebook.com/paul.j.watson.71

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Paul Joseph Watson is the editor at large of Infowars.com and Prison Planet.com.

# Tab 30

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 168 of 207 PageID #: 25547

# Harambe: Martin Shkreli refuses Cincinnati Zoo's request to 'stop memeing' gorilla who died

#HarambeLives: Killed Gorilla Sparks Internet Memes

Click to expand

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 169 of 207 PageID #: 25548



difficult for them to move on.





© Provided by Independent Print Limited    image

Read more

## Stop making memes of Harambe, Cincinnati Zoo pleads

"We are not amused by the memes, petitions and signs about Harambe," Thane Maynard, Cincinnati Zoo director, told the Associated Press. "Our zoo family is still healing, and the constant mention of Harambe makes moving forward more difficult for us. We are honoring Harambe by redoubling our gorilla conservation efforts and encouraging others to join us."

But Mr Shkreli has refused to give up on "memeing" the gorilla and says that doing so serves an important purpose.

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 170 of 207 PageID #: 25549

"I have a profound love for non-human primates that is 100% real & 0% facetious," he wrote in a string of tweets. "These animals are so close to human & we treat them poorly.

"So if we want to celebrate the life of Harambe, as a symbolic gesture towards better NHP-Human relations, what is wrong with that?"

It was his final tweet, though, that was the most vociferous response to the Cincinnati Zoo's request.

END OF STATEMENT ON CINCINNATI ZOO REQUEST TO "STOP MEMEING".
REQUEST DENIED.

HARAMBE BE WITH YOU,
OWNER OF INTERNET
MARTIN SHKRELI

— Martin Shkreli (@MartinShkreli) August 22, 2016

© Provided by Independent Print Limited

Tab 31

NEWS    POLITICS    ENTERTAINMENT    LIFESTYLE    IMPACT    VOICES    VIDEO    ALL SECTIONS

COMEDY

# Martin Shkreli Will Need Ointment After This Sick Burn From Colbert

Hopefully no one's inflated the price of ointment for you, Martin.

08/29/2016 01:12 pm ET



Andy McDonald

Comedy Writer / Editor, The Huffington Post

On Friday's show, Stephen Colbert addressed the controversy of EpiPen, the medical device used to treat severe allergic reactions, which was driven up in price dramatically by pharmaceutical company Mylan, resulting in a large consumer backlash and claims of price gouging.

Colbert likened it to another instance involving entrepreneur and pharmaceutical executive Martin Shkreli, who increased the price of an AIDS drug over 5,000 percent.

After showing Shkerli's photo on screen, Colbert pulled out an EpiPen and this tweet was born.



Martin Shkreli tweeted back, in the tone-deaf manner which we're all very accustomed to at this point.

> *Suck a dick?* *https://t.co/yA7DPvnRC4*
>
> — *Martin Shkreli (@MartinShkreli)* *August 27, 2016*

Good one.

The next morning, Colbert replied from his personal Twitter account, and laid down a devastating mic-dropper.



Ooooooooh, good thing no one's inflating the cost of Neosporin out of your price range, Shkreli, because you just got *BURNED*.

Also on HuffPost



Martin Shkreli Faces

More:    Stephen Colbert    The Late Show    Martin Shkreli

**Suggest a correction**

address@email.com

Subscribe Now

Tab 32



Image Credit: Getty Images

## What it's like to be harassed by Martin Shkreli, the most hated man in America



By Taylor Lorenz
August 30, 2016
Get Mic daily:

Enter your email address

Sign up
That's not a valid email address!
You're in! We'll email you soon.

 **MIC ESSAY** | Mic invites contributors and staff writers to share their personal stories and perspectives.

Martin Shkreli has been called everything from "pharma's biggest asshole" to "the most hated man in America," but many online know him as Twitter's biggest troll.

The 33-year-old former hedge fund manager initially made a name for himself by jacking up the price of Daraprim, a life-saving AIDS drug, from $13.50 to $750 per tablet. He's since been indicted for securities fraud. But despite the professional drama, he has never stopped tweeting.

Aside from intermittent commentary on the news, Shkreli's favorite Twitter topics include Trump, the pharma industry and, in true troll fashion, himself. His tweets have garnered over 135,000 followers and a loyal band of supporters who will come after anyone Shkreli wants to fight.

On Monday night, he came for me.

> @TaylorLorenz well, you are a piece of trash, lol

**Shkreli has followed me on Twitter for a while.** I don't know what I did to catch his eye, but he's been a regular in my feed for many months. He occasionally favorites my tweets or retweets, but for the most part I don't engage. I've never blocked anyone on Twitter, and if the "worst person in America" wants to read my content, who am I to say no?

At about 11 p.m. on Monday night, I sent off a tweet making a joke about how famed venture capitalist Marc Andreessen loves to block people on Twitter. Being blocked by Andreessen has become a badge of honor among tech reporters.

For some reason, this struck a chord with Shkreli. "Well, you are a piece of trash, lol," he quickly responded. "You don't have a lot of followers." I retweeted his tweet with a gleeful "omg," which stoked the fire.

Case 1:15-cr-00637-KAM    Document 162-1    Filed 02/17/17    Page 176 of 207 PageID #: 25555

"I will always have you, Martin," I wrote after he called me a piece of trash. His [response]: "Uh, no. I just started a software company, actually. People think ur a trash writer who will never produce anything of value."



One of Shkreli's tweets
Source: [Martin Shkreli/Twitter]

I quickly replied that I don't really consider myself a full time "writer," but sure.

"That's why interesting and important people block and dislike you, and most of the media. Just a FYI!" he continued.

I wanted to reply that he himself followed me and had never blocked me, but I stayed silent.

He went on hurling insults for several tweets before calling me "just generic poor trash. How u pay rent?" and then, "I've dated this type lol."



"Just generic poor trash."
Source: [Martin Shkreli/Twitter]

**I wondered if this was Shkreli's way of flirting.** He's tweeted often about his difficulty in finding a date.

        Apparently I've exhausted Tinder's database. No one wants to date me. WTF THIS IS BULLSHIT!!!!!!1111111111111111111

My friend Dave tweeted, "I think @MartinShkreli is trying to date @taylorlorenz but he's doing it wrong."




One of Shkreli's tweets
Source: [Martin Shkreli/Twitter]

Shkreli, embarrassed and angry, let loose with another zinger: "She's pretty ugly! Add poor to the mix and you've got a TOTAL loser." He then tweeted an <u>Instagram</u> photo of a friend and me to "prove" his point.

**My mentions for the rest of the night were useless.** It was a wash of my friends earnestly defending me and Shkreli supporters calling me a busted and broke feminist Sasquatch. I ended up deleting my tweets to Shkreli.



One of Shkreli's loyal followers
Source: <u>Martin Shkreli/Twitter</u>

Meanwhile, Shkreli pivoted to begging my friend Emily Dreyfuss, an editor at *Wired*, to cover his "software company" after she sarcastically replied to one of our tweets.

     @EmilyDreyfuss no u can reach out if interested

**He also went after me and my friends for not having more followers.**



Some of Shkreli's tweets at me
Source: Martin Shkreli/Twitter

Shkreli going after writer Laura Stampler
Source: Martin Shkreli/Twitter

"There are some dead people with more followers" than you, he tweeted at Kenny Wassus, a journalist at *New York* magazine.

@kgw @TaylorLorenz nominee for lowest followers with verified status--there are some dead people with more followers LMAO

When Wassus asked Shkreli if he'd like to kiss, Shkreli replied that he'd consider it if Wassus had more followers.

By the end of the night, I had gained 42 followers myself.

When I woke up Tuesday morning, I deleted a couple @-replies to him in hopes that it would calm things down, and it seemed to work. His followers moved on to other targets and my mentions column became usable again.

**The saying "the enemy of my enemy is my friend" surely holds true on Twitter.** People I rarely chat with messaged me voicing their support, and I noticed my tweets were getting far more likes than usual even into the next day.

2/17/20                                    Will Martin Shkreli be harassed by the FBI 9/11 as the most hated man in America?

There's no greater American pastime than arguing on the internet, and everyone loves ganging up on a bad guy.

I couldn't care less what hateful slurs Shkreli shouts at me, but after dealing with his unprovoked onslaught of abuse, it was clear to me that Twitter's demonstrated harassment problem has no end in sight. I went to bed on Monday feeling glad I had friends willing to step in and stick up for me.

There's no greater American pastime than arguing on the internet, and everyone loves ganging up on a bad guy.

**I still don't really hold any ill will toward Shkreli.** He's a troll, and trolls feed on drama, so it's unsurprising that he would continuously pick fights with the media for fun. Just days ago he engaged in a very public spat with Stephen Colbert and got owned pretty hard by the *Late Show* host.

I just wonder, like many have, if this is his real personality — or some type of Shia LaBeouf-level performance art.

Shkreli still follows me.

Like us on Facebook:

[Like 608K]

SHARE
TWEET
POST



Taylor Lorenz
Taylor Lorenz is a writer, editor, and digital strategist. Her reporting has appeared in Business Insider, Slate, Entrepreneur, Inc., The Daily Dot, People.com, Entertainment Weekly, and the Daily Mail. She currently works for The Hill in Washington D.C.

Follow @taylorlorenz
Get five stories every day that challenge you to rethink the world. [Enter your email]
Sign up
That's not a valid email address!
Thanks for signing up! We think you'll like these too.
☑ ✔The Slay
☑ ✔⚡ News Alerts
☑ ✔Delivered
☑ ✔The Movement
☑ ✔The Payoff
☑ ✔Navigating Trump's America
One-click subscribe
You didn't pick any newsletters!
Thanks!

Your Top Stories



Tech

Unown are apparently popping up in 'Pokémon Go' after the Gen 2 update

Tech

The hot new way to troll Trump: Snapchat filters that'll bruise his ego

Style

Meet Shannon Coulter, the woman leading the #GrabYourWallet movement and getting under Trump's skin

Tech

It looks like Doomfist won't be the next new 'Overwatch' character after all

News

Trump somehow managed to insult women on a trip to an airplane hangar

Related Video

Tab 33

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 181 of 207 PageID #: 25560

| **ENTERTAINMENT**

# Pharma bro Martin Shrekli takes on Patton Oswalt in Twitter war

BY **NICOLE HENSLEY**  FOLLOW

NEW YORK DAILY NEWS        Tuesday, September 6, 2016, 4:32 AM

Pharma bro Martin Shkreli took on comedian Patton Oswalt in a Twitter battle — and was demolished.

The disgraced CEO spewed the first shots, insulting the "Ratatouille" funnyman for poking fun at the #TrumpCantSwim meme, a hashtag rumor that pondered whether or not GOP presidential candidate Donald Trump could swim.

"Who r u again," Shkreli coyly asked Oswalt.



Actor Patton Oswalt kept Martin Shkreli in his place as an amateur Twitter troll during a social media battle late Monday.
(RICHARD SHOTWELL/INVISION/AP)

The trolling back-and-forth went on for about two hours late Monday after Oswalt engaged the 33-year-old pharmaceutical villain only known for inflating the per-tablet price of a lifesaving drug.

**Martin Shkreli asks lawyer if he can play Pokémon after hearing**

The seasoned comedian dubbed Shkreli the "Transdermal Patch Adams."

## this pathetic loser would never be able to go toe-to-toe with me in a discussion about anything. comedian idiot!

### https://t.co/wlCS83U3e4

### — Martin Shkreli (@MartinShkreli) September 6, 2016

Shkreli was shunned amass for refusing to testify before Congress after increasing Daraprim from $13.50 to $750 for patients suffering from toxoplasmosis.

"Now run along," Oswalt wrote. "Live your life & die wealthy yet confused by how empty you feel in those last seconds."



Former pharmaceutical executive Martin Shkreli didn't have anything nice to say about funnyman Patton Oswalt. (TOM HAYS/AP)

Case 1:15-cr-00637-KAM    Document 162-1    Filed 02/17/17    Page 184 of 207 PageID #: 25563

Shkreli took the bait and called his social media opponent a "pathetic loser," boasting his comedic prowess was superior.

---

**Patton Oswalt plans to return to stand-up next month**

---

Oswalt was not short on replies. After all, he added internet troll to his acting repertoire while playing a guest role on TV series "Portlandia" as commenter Thor87.

"Dude, 12-year-olds on a Skittles rush can troll better than you," he wrote, later encouraging Shkreli to try his hand at "crushing the comedy landscape."

Shkreli said he's too busy making money.

Shkreli defended drug manufacturer Myland last month for increasing the price of EpiPen by 500% to $600 per two-pack.

After watching what Oswalt described as Ann Coulter's "tragic" attempt to be funny during the

Comedy Central Roast of Rob Lowe, Oswalt called it a night on Twitter with the coup de grace — claiming victory against Shkreli.

Well, @MartinShkreli, this was...enervating," Patton wrote. "Tell the people you pay to tell you you're funny to ALSO assure you that you won. G'night."

Tab 34

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 187 of 207 PageID #: 25566

k | p

 

# Pharma Bro Martin Shkreli is still threatening to beat up Chris Evans — this time, with Harambe

You can't make up someone this terrible.



Shaunna Murphy
x @shaunnalmurphy

Sep 9, 2016 11:45 AM
#Celebrity

 

Place your bets now, kids.

photo: Reuters

Chris Evans, impossibly buff and seemingly perfectly nice star of Marvel's Captain America franchise, has a new nemesis so evil he makes Loki look like Funshine Bear: "Pharma Bro" Martin Shkreli.

Basically, Evans is an intermittent Tweeter who usually only pops up to <u>support kids with cancer</u>, the New England Patriots, or <u>Sebastian Stan</u>, but over the past few months, he's been a little bit more vocal in his support of liberal causes.

And so, being a rookie to the soul-sucking black hole that is engaging with the alt-right, he made the mistake of tagging Shkreli, a <u>Raticate</u> in human form, in a Tweet supporting Patton Oswalt in *his* feud with Shkreli, which began over Labor Day weekend:

**Shkreli came after Oswalt for joining in on the #TrumpCantSwim hashtag party, and Oswalt eviscerated Shkreli for price-jacking life-saving medications to line his own pockets, and also for being a troll. Evans merely offered a quick tweet of support.**

In case you haven't heard about Shkreli, the reason he's "famous" is for increasing the cost of the life-saving drug Daraprim 5,556 percent — from $13.50 to $750 per tablet. The FBI indicted him on federal charges of securities fraud, and he's currently awaiting trial. In the meantime, Shkreli mostly yells at people on Twitter.

**Shkreli did not appreciate Evans' support of Oswalt, and he's been freaking the ever-loving fuck out about it over the past two days.**



Come to Brooklyn and I'll introduce you to the real

Captain America and a couple of fuckin roundhouses if

you say my name again @ChrisEvans

— Martin Shkreli (@MartinShkreli) September 7, 2016

**Everything he's tweeted at Evans has been bottom of the barrel; including this gem that mentions Oswalt's late wife Michelle McNamara.**

"

Comedian gets a pass because wife died but you,

@ChrisEvans, I'll fucking destroy. Pretty boy, shit-for-

brains. Think your thoughts matter?

— Martin Shkreli (@MartinShkreli) September 7, 2016

Let's be clear for a second: Evans has responded to *none of the*

**Eventually, Shkreli posted an hour-long video in which he lifts weights and repeatedly threatens "fuckin' loser" Evans.**

> LIVE on #Periscope: I'm captain America
> https://t.co/ShSX2eXuBw
> — Martin Shkreli (@MartinShkreli) September 7, 2016

An hour and 16 minutes, guys.

**The Evans hate died down for a while as Oswalt once again became Shkreli's number one foe, but on Thursday night, Pharma Bro was juiced up and ready to take on The First Avenger.**

> I've acquired four new medicines. If you'd like to
> discuss meet me on the rooftop of the Chrysler building
> at midnight, Captain @ChrisEvans
> — Martin Shkreli (@MartinShkreli) September 9, 2016

> And, oh, Captain? Come alone this time. No tricks!
>
> — Martin Shkreli (@MartinShkreli) September 9, 2016

Again, Evans ignoring all of this is the best part of this entire stupid thing.

## And, because the alt-right is incapable of getting in a Twitter beef without mentioning Harambe, Shkreli ... well, mentioned Harambe.



photo: Twitter/Martin Shkreli

Hopefully Evans will continue to stay silent, because Cap getting involved in Twitter beef with a man as vile and potentially very mentally ill as Shkreli would be A) a poor use of his time when he

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 192 of 207 PageID #: 25571

could be out on a date with Jenny Slate and B) a bad look overall; Twitter drags of alt-right loonies

should be reserved for seasoned comedians like Oswalt.

Either way ... yuck. Have a good weekend, folks.

Tab 35

Case 1:15-cr-00637-KAM   Document 162-1   Filed 02/17/17   Page 194 of 207 PageID #: 25573

# Chris Evans invokes the wrath of pharma bro Martin Shkreli

BY **NICOLE BITETTE**   FOLLOW

NEW YORK DAILY NEWS        Wednesday, September 7, 2016, 6:57 PM



Actor Chris Evans felt the wrath of pharma bro Martin Shkreli on Twitter Wednesday. (NY DAILY NEWS)

Pharma bro Martin Shkreli has moved on from trolling comedians to slamming star actors.

The disgraced CEO attacked actor Chris Evans on Twitter on Wednesday after the "Captain America" star weighed in on Shkreli's social media war with comedian Patton Oswalt this week.

"Comedian gets a pass because wife died but you, @ChrisEvans, I'll f---ing destroy. Pretty boy, s----for-brains. Think your thoughts matter?" Shkreli wrote, after Evans tweeted that the argument between the pharma bro and Oswalt was his favorite thing on Twitter.

Shkreli's heated back-and-forth with Oswalt — whose wife Michelle McNamara tragically died in her sleep this past April — all began when the comedian poked fun at the #TrumpCantSwim hashtag.

**Pharma bro Martin Shrekli takes on Patton Oswalt in Twitter war**

The controversial social media user, who once endorsed Donald Trump, but then later revoked his support, still found it offensive that Oswalt was pondering whether or not the GOP presidential candidate can swim.

"this pathetic loser would never be able to go toe-to-toe with me in a discussion about anything. comedian idiot!" Shkreli wrote, before asking Oswalt, "Who are you again?"



Comedian Patton Oswalt kicked off a Twitter war with Martin Shkreli, which someone got actor Chris Evans involved. (RICHARD SHOTWELL/INVISION/AP)

"Dude, 12-year-olds on a Skittles rush can troll better than you," Oswalt eventually replied.

While Evans found the replies amusing, Shkreli found himself getting heated.



Chris Evans stars in Marvel's Avengers: Age Of Ultron Captain America. (JAY MAIDMENT/ MARVEL)

"Come to Brooklyn and I'll introduce you to the real Captain America and a couple of f---in roundhouses if you say my name again @ChrisEvans," the 33-year-old wrote, referencing the "Captain America" statue constructed in Prospect Park.

**Martin Shkreli asks lawyer if he can play Pokémon after hearing**

The "Captain America: Civil War" star never responded to the pharmaceutical villain, but that didn't stop Shkreli from challenging him to a fight via Periscope.

Shkreli even threw out his address publicly — while also requesting that if the two went to combat, Evans would have to sign a document promising he wouldn't prosecute.

Shkreli became widely hated after he refused to testify before congress for increasing the price of a life-saving drug Daraprim from $13.50 to $750 for patients suffering from toxoplasmosis.

Tags:   CHRIS EVANS    MARTIN SHKRELI

# Tab 36

---

# Martin Shkreli heckles Hillary Clinton outside Chelsea's home

BY ERIN DURKIN    JASON SILVERSTEIN

NEW YORK DAILY NEWS    Updated: Sunday, September 11, 2016, 2:35 PM

Autoplay: **On** | Off

He's sick in the head.

"Pharma bro" Martin Shkreli heckled Hillary Clinton as she left her daughter's apartment after a health scare Sunday morning — even though he recently apologized for spreading lies about her well-being.

The out-of-work and attention-starved businessman Periscoped himself running to Chelsea Clinton's Madison Square Park apartment, after her mother nearly collapsed at the 9/11 memorial service. Shkreli then waited for Clinton outside, along with media and security, while live-streaming for two hours.

Shkreli — who lives nearby, in Murray Hill — shouted, "Why are you so sick?" at the Democratic presidential nominee as she left  the building. He also chanted "Drop out!" and "Trump!"



Martin Shkreli (center) leaving a court appearance in July for his securities fraud case. (SIPKIN, COREY/NEW YORK DAILY NEWS)

Clinton's camp said she went to the apartment after feeling "overheated" at the ceremony, but made a swift recovery.

Speaking to the Daily News, Shkreli lied about the apartment secretly being an "advanced medical facility."

"She looked fine," Shkreli said about Clinton.




**Dan Merica**
@danmericaCNN

So, Martin Shkreli, former CEO of Turing Pharmaceuticals, was outside for Clinton's apartment departure

8:55 AM - 11 Sep 2016

509      1,209

"Like I said, Chelsea Clinton does not live in that apartment. That apartment is an advanced medical facility."

"I saw her coming out," he added.

"No one saw her going in obviously. She was presumably in some kind of stretcher…Nobody saw that. That's my imagination at work."



Hillary Clinton leaving her daughter's apartment Sunday morning. (TODD MAISEL/NEW YORK DAILY NEWS)

Shkreli later tweeted he "enjoyed" berating the Democratic presidential nominee, who did not appear to hear him.

The disgraced former pharmaceutical executive — who was fired from his own company over his fraud charges — tried getting his name back in the news this summer by claiming Clinton has early onset Parkinson's disease. His lies came after Clinton's GOP rivals raised similar, albeit less severe, questions about Clinton's health.

He then tweeted a rare apology in late August, saying he had "carefully reconsidered" his intentional misinformation.

 **I make a statement on Clinton's health. I apologize for rushing to judgment but encourage more health disclosure.**

**pic.twitter.com/eXcQJuqKXX**

**— Martin Shkreli (@MartinShkreli) August 28, 2016**

"I started this line of commentary not to rush to judgment on Clinton's health," he wrote.

"In doing that, I apologize."

Shkreli, a one-time Bernie Sanders supporter, has endorsed Donald Trump for president.

© 2016 New York Daily News

Tab 37



METRO

# 'Why are you so sick?': Martin Shkreli shows up to taunt Clinton

By Marisa Schultz and Bruce Golding

September 11, 2016 | 2:19pm



Martin Shkreli, who said he was reporting using a video service called "periscope" on his smartphone, stands with reporters after Hillary Clinton leaves her daughter's apartment.

AP

SEE ALSO



**Hillary Clinton leaves 9/11 ceremony after medical episode**

Attention-loving pharma bad boy Martin Shkreli took advantage of Hillary Clinton's Sunday-morning health scare to scream "Why are you so sick?" as she left daughter Chelsea Clinton's apartment afterward.

The accused securities fraudster told his 140,000 Twitter followers that he was heading to the former first daughter's home after news broke that the Democratic presidential nominee was brought there following her near-collapse at Ground Zero.

Shkreli, who's free on $5 million bail, used the Periscope live-video app to document himself joining a scrum of reporters outside.

"I enjoyed screaming "why are you so sick" and "go trump" at @HillaryClinton . Get well soon bae!" he tweeted.

Shkreli also told his live viewers that a little girl who ran up and hugged Clinton was part of an orchestrated political stunt.

Shkreli's Periscope feed drew more than 1,200 viewers at one point, but interest quickly dropped once he turned his attention to discussing the feds' pending case against him.

Shreki is charged with illegally siphoning funds from a biotech firm he founded and other white-collar crimes.

He was busted after gaining infamy for raising the price of a drug used to treat AIDS patients by more than 5,500 percent.



 **Mike Balsamo**
@MikeBalsamo1

[ Follow ]

Martin Shkreli is outside Chelsea Clinton's apartment.

9:05 AM - 11 Sep 2016

13    20

FILED UNDER   **CHELSEA CLINTON**, **HILLARY CLINTON**, **HILLARY'S HEALTH**, **MARTIN SHKRELI**, **PERISCOPE**

Recommended by

# NEVER MISS A STORY

**Get The Post delivered directly to your inbox**

☑ NY Post Morning Report
☑ Page Six Daily
☑ Breaking News
☑ Special Offers

[ Enter Your Email Address ]

**SIGN UP**

By clicking above you agree to our Terms of Use and Privacy Policy.