Tab 38

2/17/2017 Martin Shkreli Taunts Hillary Clinton: 'Are You Alive?' | The Huffington Post



H **Martin Shkreli Taunts Hillary Clinton: 'Are You Alive?'**

NEWS   POLITICS   ENTERTAINMENT   LIFESTYLE   IMPACT   VOICES   VIDEO   ALL SECTIONS   🔍

AdChoices ▷

**POLITICS**  09/12/2016 06:39 am ET | **Updated** Sep 12, 2016

# Martin Shkreli Taunts Hillary Clinton: 'Are You Alive?'

Troll has another moment of infamy.

By Ron Dicker



Hillary Clinton leaving Chelsea's apt after feeling ill at 9/11 Memorial

This is a low blow, even for "Pharma Bro."

Donald Trump supporter and internet troll Martin Shkreli heckled Hillary Clinton when she left daughter Chelsea's Manhattan apartment on Sunday after feeling ill at a 9/11 ceremony.

Shkreli even posted a video (above) on his Twitter page that showed him yelling at the Democratic presidential candidate: "Are you alive? Do you need Pharma Bro's help?"

Case 1:15-cr-00637-KAM Document 162-2 Filed 02/17/17 Page 3 of 61 PageID #: 25589

H    **Martin Shkreli Taunts Hillary Clinton: 'Are You Alive?'**

According to the New York Daily News, Shkreli yelled in his Periscoped performance as well...

> *I enjoyed screaming "why are you so sick" and "go trump" at @HillaryClinton . Get well soon bae!*
>
> *— Martin Shkreli (@MartinShkreli) September 11, 2016*





**Dan Merica**
@danmericaCNN

Follow

So, Martin Shkreli, former CEO of Turing Pharmaceuticals, was outside for Clinton's apartment departure

8:55 AM - 11 Sep 2016

509    1,209

Shkreli also told the News that Chelsea Clinton's apartment "is an advanced medical facility" and that the former secretary of state presumably entered the building "in some kind of stretcher. ... That's my imagination at work."

Case 1:15-cr-00637-KAM   Document 162-2   Filed 02/17/17   Page 4 of 61 PageID #: 25590



**Martin Shkreli Taunts Hillary Clinton: 'Are You Alive?'**



**Liz Kreutz**
@ABCLiz                                              `Follow`

Martin Shkreli currently Periscoping outside Chelsea Clinton's apartment where Hillary Clinton just left

9:05 AM - 11 Sep 2016

                  64          83

Shkreli sure loves the attention. Just last week he picked Twitter fights with "Captain America" actor Chris Evans and comedian Patton Oswalt. But let's consider the source. Shkreli, the former pharmaceutical CEO, faces fraud charges and is the guy whose company raised the price of an antiparasitic drug often used to treat HIV patients by more than 5,000 percent.

*This story has been updated to clarify the type of drug whose price was raised.*

*Do you have information you want to share with the Huffington Post? Here's how.*

**ALSO ON HUFFPOST**

Tab 39

SPORT    TV & SHOWBIZ    LIVING    NEWS    VIDEOS    SUN BINGO    SUN BETS

Sign in

UK Edition    Search

Corrections
Syndication

All News    UK News    World News    Politics    Tech and science    Opinion

Contact Us
Commissioning Terms
Help Hub

THE SUN, A NEWS UK COMPANY



# 'WHY ARE YOU SO SICK?' 'Pharma Bro' Martin Shkreli trolls Hillary Clinton in street after she appeared to collapse at 9/11 memorial event

'Most hated' drug firm boss who raised price of HIV medicine turned up outside Clinton's daughter Chelsea's New York flat to heckle her about her health

VIDEO    **BY TOM MICHAEL** | 12th September 2016, 12:20 am

By continuing to use the site, you agree to the use of cookies. You can change this and find out more by following **this link**    Close

Case 1:15-cr-00637-KAM Document 162-2 Filed 02/17/17 Page 7 of 61 PageID #: 25593

HOME    FOOTBALL    SPORT    TV & SHOWBIZ    LIVING    NEWS    VIDEOS    SUN BINGO    SUN BETS

**'PHARMA Bro' Martin Shkreli has trolled Hillary Clinton in the street after she was taken ill earlier today.**

The businessman – who became notorious after hiking up the price of a lifesaving HIV drug by 5000 per cent – waited across from her daughter's apartment where she had been resting.



Shkreli shouted abuse at Clinton from across the street in New York



The presidential candidate was taken to her daughter's flat after feeling unwell at a 9/11 memorial

By continuing to use the site, you agree to the use of cookies. You can change this and find out more by following **this link**    Close

Case 1:15-cr-00637-KAM Document 162-2 Filed 02/17/17 Page 8 of 61 PageID #: 25594

6

As Clinton emerged, Shkreli shouted: 'Trump! Trump! Trump!'

Standing outside, he shouted: "Are you alive? Do you need Pharma Bro's help?"

As she emerged from the building in New York, he screamed at her to drop out of the upcoming election race.

Filming much of the incident, at one point he turns the camera around to record himself as he chants: "Trump! Trump! Trump!"

He can also be heard shouting: "Why are you so sick?"

## RELATED STORIES









**CLINTON COUGHS** Hillary Clinton was diagnosed with pneumonia on Friday, says doctor

**COLLAPSING CLINTON** Dramatic video captures moment Hillary Clinton 'faints' at 9/11 ceremony after being

**'I'M NOT ILL!'** Hillary Clinton opens a jar of gherkins during TV interview in bizarre bid to prove her physical health

**MEXICAN STANDOFF** Donald Trump says Mexico WILL pay for wall on US border... but country's PM says

**B U** la a a w

Shkreli later posted the video on YouTube with the caption: "Me yelling stupid stuff at Hillary."

He also took to Twitter to publicise what he had been up to, writing: "I enjoyed screaming "why are you so sick" and "go trump" at @HillaryClinton. Get well soon bae!"

Clinton earlier left a memorial ceremony to mark the 15th anniversary of 9/11 after feeling unwell.

Footage emerged showing the presidential hopeful being propped up by aides as she appeared to faint while returning to her vehicle.

By continuing to use the site, you agree to the use of cookies. You can change this and find out more by following this link   polie force two 'rowdy

Close

HOME    FOOTBALL    SPORT    TV & SHOWBIZ    LIVING    NEWS    VIDEOS    SUN BINGO    SUN BETS

Shocking moment Hillary Clinton 'faints' as she is rushed away from 9/11 memorial



AP    6

Shkreli became notorious after hiking up the price of a lifesaving HIV drug by 5000 per cent last year



AP    6

The businessman waited outside after Clinton was taken to her daughter's flat to rest

by

By continuing to use the site, you agree to the use of cookies. You can change this and find out more by following this link

Close

Case 1:15-cr-00637-KAM Document 162-2 Filed 02/17/17 Page 10 of 61 PageID #: 25596



**HOME    FOOTBALL    SPORT    TV & SHOWBIZ    LIVING    NEWS    VIDEOS    SUN BINGO    SUN BETS**

6

The Democrat candidate appeared to faint at a 9/11 memorial ceremony

She was taken to her daughter Chelsea's apartment in the city to rest before emerging to tell reporters she felt great.

But it has since emerged the Democratic candidate was diagnosed with pneumonia on Friday.

Her doctor Lisa Bardack said in statement: "Secretary Clinton has been experiencing a cough related to allergies.

"On Friday, during follow up evaluation of her prolonged cough, she was diagnosed with pneumonia.

"She was put on antibiotics, and advised to rest and modify her schedule.

"While at this morning's event, she became overheated and dehydrated.

"I have just examined her and she is now re-hydrated and recovering nicely."

**We pay for your stories! Do you have a story for The Sun Online news team? Email us at tips@the-sun.co.uk or call 0207 782 4368.**

The Sun

TOPICS    DONALD TRUMP    HILLARY CLINTON    MARTIN SHKRELI    9/11

US PRESIDENTIAL ELECTIONS

 

1 COMMENTS

## MORE FROM THE SUN

by

By continuing to use the site, you agree to the use of cookies. You can change this and find out more by following this link    Close

Tab 40

**SFGATE** http://www.sfgate.com/news/article/Pharma-Bro-Shkreli-heckles-Hillary-Clinton-9216227.php

## 'Pharma Bro' Martin Shkreli waits outside apartment, heckles Hillary Clinton after health scare

**Dianne de Guzman**   Updated 12:26 pm, Monday, September 12, 2016

ADVERTISEMENT

> Video: Martin Shkreli heckles Hillary Clinton as she leaves daughter's home after health scare

"Pharma Bro" Martin Shkreli took his online Twitter rage to the streets of New York, where he was among the crowds waiting for Hillary Clinton after her medical episode at a 9/11 memorial service Sunday.

Standing outside Chelsea Clinton's New York City apartment, Shkreli heckled Hillary Clinton and yelled, "Go Trump!" and "Why are you so sick?" as she exited the building, according to Mediaite.

And since the ex-Turing Pharmaceuticals CEO can never do anything without seeking publicity, Shkreli posted a Periscope video of the debacle and later tweeted, "I enjoyed screaming 'why are you sick' and 'go trump' at @HillaryClinton. Get well soon bae!"

He also later posted a YouTube video of Clinton leaving the building as someone, presumably Shkreli, yelled out, "Do you need Pharma bro's help?"

(She doesn't.)

Shkreli also gave sketchy — ahem, "imaginative" — interviews to media outlets while there, telling the Daily News that Clinton was going to an "advanced medical facility."

"Like I said, Chelsea Clinton does not live in that apartment. That apartment is an advanced medical facility," Shkreli told the news site.





**IMAGE 1 OF 4**

Former Turing Pharmaceuticals CEO Martin Shkreli, who said he was reporting using a video service called "Periscope" on his smartphone, stands with reporters after Democratic presidential candidate Hillary Clinton leaves an apartment building Sunday, Sept. 11, 2016, in New York. Clinton's campaign said the Democratic presidential nominee left the 9/11 anniversary ceremony in New York early after feeling "overheated."

"I saw her coming out," he added. "No one saw her going in obviously. She was presumably in some kind of stretcher...Nobody saw that. That's my imagination at work."

The New York Post reported that the Periscope feed had more than 1,200 viewers during the broadcast, but many left after Shkreli began talking about his federal case.

Clinton told reporters she was feeling "great" after she left Chelsea's apartment building, and her doctor announced that Clinton was diagnosed with pneumonia on Friday and was told to rest.

Tab 41



🏠 Home  ›  Hillary Clinton  ›  Martin Shkreli  ›  Pharmaceutical Tycoon Martin Shkreli Attacks…

# Pharmaceutical Tycoon Martin Shkreli Attacks Hillary Clinton: Tweets Private Email

Fri, October 7, 2016 7:27pm EST by Beth Shilliday    |    9 Comments



*Rex/Shutterstock*





**View Gallery
78 Photos**

Oh good grief! Evil pharmaceutical tycoon Martin Shkreli has gone WAY too far in his support for Donald Trump. He's tweeted out Hillary Clinton's personal e-mail and the private contacts on Oct. 7 — including phone numbers — for all of her top aides! Keep reading for more on his shocking actions.

Just in case you needed another reason to hate on nefarious pharmaceutical businessman **Martin Shkreli**, 33, he's proved to be a total punk once again by attacking **Hillary Clinton**, 68, and tweeting out what he claims is her personal e-mail for all the world to see. Not only that, he gave out the private e-mail AND phone number for her Director of Operations **Marissa McAuliffe**! Martin is a big **Donald Trump** supporter so it's unclear if he's doing this in support of the Republican presidential nominee, or if this is just the latest swipe in his ongoing hate campaign against Hillary.



Case 1:15-cr-00637-KAM   Document 162-2   Filed 02/17/17   Page 17 of 61 PageID #: 25603



He went on to also tweet out the the apparent personal e-mail for Hil's campaign manager **Robby Mook** and her closest aide **Huma Abedin**, as well as other top Hillary campaign officials. Martin's been piling on Hillary for months now, but leaking the private contacts for her campaign staff has gone WAY too far!

## Click for more pics of Hillary

It bad enough that he's been trolling her all over the place making the false claim that she has Parkinson's disease, which he self-diagnosed. He even showed up at **Chelsea Clinton**'s NYC apartment after Hil fell faint at a 9/11 memorial and shouted out "Why are you sick" as Hillary left and waved to supporters.

Martin is most infamously known as the ex CEO of Turing Pharmaceuticals, which under him bought the rights to an anti-malaria drug used by HIV/AIDS patients and hiked the price from $13.50 to $750 per pill, causing a national outcry. He's since been indicted on federal fraud charges for looting another pharma company and defrauding investors.

**HollywoodLifers**, do you think Martin's latest antics have gone too far? Is he just making you hate him more?

## More Martin Shkreli News:

Kanye West Album Delayed After Martin Shkreli Offers $10 Million For Exclusive Rights
Martin Shkreli: 5 Things To Know About Disgraced CEO Feuding With Ghostface Killah
Martin Shkreli, AIDS-Pill Price Gouging CEO, Arrested On Fraud Charges: World Cheers

Tab 42

# Martin Shkreli
@MartinShkreli

GOAT HNIC. For PR contact Allan Ripp.

NYC

2011

&

 **Martin Shkreli** @MartinShkreli · 1

Opinion poll on Martin Shkreli. Feel free to retweet. Always looking to improve.

 **Martin Shkreli** @MartinShkreli · 2 .

is it okay if i.... um ... grab...

**hentai princess** 🌸💕 @peachyg0th

@MartinShkreli I want you to spank me

https://web.archive.org/web/20161008035916/https://twitter.com/MartinShkreli[2/16/2017 3:30:49 PM]

 **Martin Shkreli** @MartinShkreli · 2 .

## Oh. I see the problem, now. You live in San Francisco!!!!

> **Ethan Weiss** @ethanjweiss
> @MartinShkreli I idealize the life in which men do not glorify raping women

 **Martin Shkreli** @MartinShkreli · 2 .

## I didn't hear the part where he said 'after I make my move and they say no, i like to keep going and become forceful'. can you point it out?

> **Ethan Weiss** @ethanjweiss
> @MartinShkreli I idealize the life in which men do not glorify raping women

 **Martin Shkreli** @MartinShkreli · 3 .

## men and women have sex. they talk about it. get over it. what prim, puritanical fairy-tale life do you idealize?

> **Ethan Weiss** @ethanjweiss
> Martin, have you ever imagined someday reading these lovely tweets to your daughter? twitter.com/martinshkreli/…

 **Martin Shkreli** @MartinShkreli · 3 .

## I believe Trump started by talking about kissing. Quite romantic. If you can't accept guys are sexual and talk

about it with each other...

> **Charlie Arrowood** @papachuckesq
> Grabbing a woman by the pussy is your first move? What's your second? Going to the hospital to get your balls removed from your intestines? twitter.com/MartinShkreli/…

 **Martin Shkreli** @MartinShkreli · 3    .

Uh yeah so that transcript is fake. LMAO.

 **Martin Shkreli** @MartinShkreli · 3    .

There is an analogy you may have read about, but clearly never employed, that cites baseball's bases as a metaphor for sex acts.

> **John Pulice** @jlpulice
> @MartinShkreli so you think having an admitted and exuberant assaulter of women as president is okay?

 **Martin Shkreli** @MartinShkreli · 3    .

maybe you sign a contract with women before you make a move on them, but DT described it accurately. step 1. kiss them step 2. move forward

> **John Pulice** @jlpulice
> @MartinShkreli so you think having an admitted and exuberant assaulter of women as president is okay?

 **Martin Shkreli** @MartinShkreli · 3    .

he was talking about how to score with women--is this a topic you are familiar with? guys historically have to make the first move

Case 1:15-cr-00637-KAM   Document 162-2   Filed 02/17/17   Page 22 of 61 PageID #: 25608

**John Pulice** @jlpulice
@MartinShkreli so you think having an admitted and exuberant assaulter of women as president is okay?



**Martin Shkreli** @MartinShkreli · 3    .

Plus, I'm a guy and most of us talk and think like Trump does to each other. You're a fuck boy megacuck. Go back to your PCR machine.

**John Pulice** @jlpulice
@MartinShkreli I like how you're ignoring Trump bragging about sexually assaulting strange women, but that's your modus operandi isn't it



**Martin Shkreli** @MartinShkreli · 4    .

that's not the point lol. try and draw an alternative inference. you teach at a law school!? i believe you can do it! try!

**Darren Hutchinson** @dissentingj
The deplorables in this thread seem to think people cannot create new email accounts to avoid nuttery. twitter.com/MartinShkreli/…



**Martin Shkreli** @MartinShkreli · 4    .

LIVE on #Periscope 📍: Uh @hillaryclinton hax



**Martin Shkreli** @MartinShkreli · 4

Pharmaceutical Tycoon Martin Shkreli
Attacks Hillary Clinton: Tweets
Private Email
hollywoodlife.com/2016/10/07/mar…
via @Hollywoodlife

**Martin Shkreli** @MartinShkreli · 4

I will be attending!
Pro-Trump Art Show New Venue, Despite Cancellation Attempt

& Legal Threats breitbart.com/milo/2016/10/0… via @BreitbartNews

Martin Shkreli

 **Robert Graham** ❄️ @ErrataRob · 4      .

@MartinShkreli uh, no, we network security experts see something else

```
🖥️ Command Prompt - nslookup                              —  □  ✕
> set type=mx
> hrcoffice.com
Server:  cdns01.comcast.net
Address:  75.75.75.75

Non-authoritative answer:
hrcoffice.com   MX preference = 20, mail exchanger = alt2.aspmx.l.google.com
hrcoffice.com   MX preference = 10, mail exchanger = aspmx.l.google.com
hrcoffice.com   MX preference = 30, mail exchanger = aspmx2.googlemail.com
hrcoffice.com   MX preference = 30, mail exchanger = aspmx3.googlemail.com
hrcoffice.com   MX preference = 0, mail exchanger = hrcoffice-com.mail.protection.outlook.com
hrcoffice.com   MX preference = 20, mail exchanger = alt1.aspmx.l.google.com

alt1.aspmx.l.google.com  internet address = 173.194.212.26
alt1.aspmx.l.google.com  AAAA IPv6 address = 2607:f8b0:400c:c11::1b
alt2.aspmx.l.google.com  internet address = 64.233.190.27
alt2.aspmx.l.google.com  AAAA IPv6 address = 2800:3f0:4003:c01::1b
aspmx.l.google.com       AAAA IPv6 address = 2607:f8b0:4002:c03::1a
aspmx3.googlemail.com    internet address = 173.194.212.27
aspmx2.googlemail.com    internet address = 64.233.190.27
```

 **Martin Shkreli** @MartinShkreli · 4      .

## that's called a wet dream / every woman's diary

> **Maggie Gilbert** @MagMagilbert
> Sallee just told me she considered turning in a 20 page screenplay of fan fiction about dating @MartinShkreli

 **Martin Shkreli** @MartinShkreli · 4      .

yeah this email was somewhat interesting but not unexpected

> **Deplorable Harambe** @Nic4pres2024
> @MartinShkreli message where hillary's camp was planning on attacking bernie for giving "free stuff to everybody" wikileaks.org/podesta-emails…

 **Martin Shkreli** @MartinShkreli · 4 .

just in case you are a network security expert

> **Nux** @ItsNux
> @MartinShkreli @HillaryClinton the following google server IP's
> 216.239.32.21 and 74.125.22.121

 **Martin Shkreli** @MartinShkreli · 4 .

Confirmed @HillaryClinton current email is hdr29@hrcoffice.com . You don't want it with pharmabro.

 **Martin Shkreli** @MartinShkreli · 4 .

thanks i figured Mount Sinai didnt have the whole building

> **Wu Weed™** @WuTangCannabis
> @MartinShkreli that's where her bk office is
> bloomberg.com/politics/artic…

Tab 43

Lunch with the FT: Can Martin Shkreli defend corporate greed?

### Martin Shkreli

## Lunch with the FT: Can Martin Shkreli defend corporate greed?

The entrepreneur on failed friendships and why his fraud trial is 'all for political show'

## Lunch with the FT

NOVEMBER 3, 2016 by: **David Crow**



*© James Ferguson*

On the way to meet me for lunch, Martin Shkreli is detained by two strangers who want to have their photo taken with "the drug guy". That is one name for him — although some have called

Case 1:15-cr-00637-KAM    Document 562-2    Filed 02/17/17    Page 28 of 61 PageID #: 25614

him far worse. "Nobody stopped me to punch me, as you can see," he says.

Shkreli's ability to stroll down a Manhattan sidewalk without provoking an act of violence would be unremarkable but for his status as the personification of US corporate greed, acquired after he bought a life-saving medicine last year before swiftly raising the price from $13.50 to $750 per pill. His decision to inflate the price of Daraprim (http://next.ft.com/content/69b2d902-a8a0-11 e5-955c-1e1d6de94879), a decades-old medicine for Aids and cancer patients, drew a sharp rebuke from Hillary Clinton, who described the 5,000 per cent increase as "outrageous". Her remark sent pharma stocks spiralling and catapulted the issue of drug costs to the forefront of the presidential debate.

Despite stopping for selfies, Shkreli is already in situ when I arrive at Felidia, a traditional Italian restaurant in Midtown, sitting at a table in the middle of the dark, empty dining room. An overhead lamp throws shadows across his face, which breaks into his trademark smirk as I approach. The smile became infamous last year during his disastrous tour of TV studios to defend the price of Daraprim, when he alienated viewers with his apparent disregard for the suffering of patients. "I became a victim of editing," he says, as I take my seat.

Before last year's scandal, the 33-year-old from blue-collar Brooklyn was all but unknown outside pharma circles, where he had a reputation as one of the industry's most promising young entrepreneurs. His business acumen netted him a fortune, which he claims was worth roughly $200m at one point.

But it all came crashing down. The impression that Shkreli was revelling in his status as a greedy villain did not help. Then the FBI woke him on a rainy December morning in 2015 and frogmarched him to a Brooklyn courthouse to face charges of defrauding investors to the tune of $11m. He is due to stand trial in June for allegedly running his hedge fund as though it were a "Ponzi-like scheme".

**Related article**

Martin Shkreli accused of operating 'Ponzi-like' scheme (http://next.ft.co m/content/c330f150-a4b b-11e5-a91e-162b86790c 58)

If the private Shkreli is any different to the pugnacious public persona, it is not immediately apparent. "This is my date spot if you will," he says, gesturing to the dark panelled walls of his favourite haunt, as he launches straight into his defence. I should not, he swiftly makes clear, expect any regrets.

Case 1:15-cr-00637-KAM    Document 162-3    Filed 02/17/17    Page 29 of 61 PageID #: 25615

"To me the drug was woefully underpriced," he says. Rather, he thinks he should have charged a higher price still because Daraprim can keep people alive: "It is not a question of 'Is this fair?', or 'What did you pay for it?', or 'When was it invented'. It should be more expensive in many ways".

He boasts of other attempts to buy old drugs for fatal diseases with the "ingenious plan" of inflating their prices as well, and suggests that executives who eschew such tactics are, in effect, defrauding their investors. "If you have a drug that is $100 for one course of therapy, and you know that you can charge $100,000, what should shareholders think when you say, 'I'd rather not take the heat'?" he asks.

---

When I arranged the Lunch, I was told that Shkreli would not want to discuss the impending court case. Yet he appears incapable of speaking about anything else. He confidently predicts that he will prevail, and that his notoriety will help sway the jury. "I have this fringe theory that I've sort of stress-tested a little bit — the more polarising and popular a case is, the more likely an acquittal," he says, citing the cases of OJ Simpson, Casey Anthony, who stood trial for her daughter's murder, and Sean "P Diddy" Combs, whose attorney now works for Shkreli. "What's fascinating for all these cases? They were all widely seen to be guilty."

Despite our having sat down half an hour ago, neither of us has glanced at the menu. The trial is "all for political show", Shkreli continues, warming to his theme, and the case would never have been pursued were it not for the price-gouging controversy. "These investigations started years ago and they'd meandered for years. You know that being a public figure is instantly grounds for prosecution."

Given that Shkreli believes he was targeted for the Daraprim controversy, I ask again whether he wishes he had done anything differently. "My whole life has been one theme of self-sacrifice for my investors," he replies, without batting an eyelid. "I did it for my shareholders' benefit because that's my job. The political risk is being shamed — and shame isn't dilutive to earnings per share."

A waiter arrives to take our order. Shkreli asks them to choose for him, and I follow suit. Shkreli has already dismissed the sommelier, but I have another stab and suggest that we take a glass of wine. He demurs.

Case 1:15-cr-00637-KAM   Document 162-2   Filed 02/17/17   Page 30 of 61 PageID #: 25616

The conversation, like any other in the US these days, soon turns to the presidential election. While not registered to vote, Shkreli instinctively supports Donald Trump despite his flaws. "The symbolism of his success is in many ways what you're voting for. It's sort of like the Statue of Liberty; he's an icon that represents something.

"I think that his supporters endorse being rash, being American, being polarising and having this un-PC, unedited attitude. In many ways it's not a surprise that I identify with that." Later, it occurs to me how often Shkreli himself speaks in Trumpisms, like this: "I've had my photo taken a lot with people who say, 'I support you, you inspire me, you're the American dream'."

Despite her role in his defenestration, Shkreli says he does not hold a "deep animus" towards Clinton, although he dismisses her as "a deeply political, bureaucratic creature".

"If I'm greedy and addicted to money, she's greedy and addicted to power — and apparently a little bit of money too," he says, referring to the millions of dollars in personal wealth amassed by Clinton, who delivered a series of lucrative paid speeches to Wall Street and Silicon Valley in the years following her tenure as US secretary of state.

"I've built companies I can point to. What can she point to? A career in public service? She made a bunch of money doing that? It makes no freaking sense."

Our primi piatti arrive: two bowls of Tajarin, a thin homemade pasta, drizzled in butter and oil with a dusting of freshly grated black truffle, accompanied by steaming cups of butternut squash soup.

I tuck into the spaghetti, which is delicious but would be better still with something from the wine list, and I silently bemoan that daytime drinking is not among Shkreli's flaws. We barely touch the soup, ill-suited as it is to the glorious autumnal day.

Shkreli eats slowly, his progress impeded by constant fidgeting; I lose count of the number of times he twiddles his hair or fastens and unfastens his grey blazer, worn over a white pinstripe shirt and blue jeans. The restaurant is busier now and he strains to be heard.

Despite confidently predicting his acquittal, the prospect of time in prison weighs on him. "Oh, I've certainly thought about it. Anyone in my position would," he says. "The attorney could have a bad day. There could be a surprise witness, surprise evidence. If I go on the stand, there could be a mistake on my own part."

He thinks any prison sentence would be short — a year or so — and that he would be popular with his cellmates. "One person told me that the inmates at the white-collar prison are gigantic, huge Shkreli supporters," he says.

Given that he spends most of his time cooped up in his apartment, where he broadcasts chunks of his day over the internet, he thinks jail would be survivable. "If you look at my life on a daily basis, it's not very different from a prison-like condition," he says, "although I'm going to miss my computer."

He has no doubt that he will make a comeback regardless, reeling off a list of convicted and disgraced executives who rebuilt their careers after being freed from jail. He is already working on a new venture, a technology company that will soon be announced, although he declines to discuss the details. "I think it's going to be remarkable and, dare I say, revolutionary."

Shkreli, who stopped eating around halfway through his primo piatto, eventually surrenders the unfinished dish to an impatient server, who replaces it with slices of seared tuna fillet on a caponata of squash and celery root. He looks shocked. "Oh, I didn't know there was a main course," he says.

The pharmaceuticals industry was quick to brand Shkreli as an egregious outlier following the Daraprim controversy. In private, many executives blame him for the public outcry over the price of drugs that threatens to crimp their profits and bonuses.

"I heard from a friend that these folks are actually jealous," he says of those who disavowed him. "They're 60-something years old and they're saying, 'Oh gosh, he outsmarted us'. They can feign all the outrage they want but the reality is, I saw an opportunity in pharma, I made a huge fortune, and they didn't.

"They are no different from the maître d' of this restaurant — they are there to look good, manage the place, act important and do absolutely nothing," he says, gesturing towards the head waiter. "And unlike the maître d' they get paid a lot of money."

**Related article**

Perhaps the only people who inspire more venom are former business associates, like the employee who quit his job shortly after receiving a large stock award. Shkreli responded by harassing his family — sending messages to his son on Facebook and posting a letter to his wife that read: "I hope to see you and your four children homeless and will do whatever I can to assure this."

At last: something he must regret. Many people have said or done awful things when blinded by rage, but bringing his wife and children into things was surely a mistake. Would he take it back if he could? Not a bit of it: "I saw him to be a good family man and I wrote a relatively calm letter. I'd had success in the past appealing to the family."

Shkreli has barely disturbed the thin slices of pink fish on his plate but assures our concerned waiter that everything was fine. Dessert is an "almost Tiramisu" — a concoction of cream, Nutella and hazelnuts — that is too sickly without the traditional coffee kick. He orders an espresso. I ask for a cup of tea.

"I like being an iconoclast," he tells me, insisting that he is unfazed by how others view him. Yet he often betrays a desperation to know what people think, recently going so far as to hire a professional polling company to survey public opinion: "It skewed 60/40, like/dislike," he says.

Shkreli insists the public has him all wrong, and takes offence at the perception that he has lived a privileged life. His parents emigrated from eastern Europe in the 1970s to start anew in the US, where they raised four children. His mother still speaks only broken English. "My parents were janitors. I went to public high school. I was one of the only white kids in junior high. I don't know why that makes me entitled."

The family's cramped apartment was a few blocks from the Atlantic Ocean in Sheepshead Bay, a working-class enclave of Brooklyn where Trump's father made a name for himself by building affordable housing. "When my parents came to America, they began to learn who the Trumps were and in many ways they symbolised the American dream," he recalls.

Case 1:15-cr-00637-KAM   Document 162-2   Filed 02/17/17   Page 33 of 61 PageID #: 25619

The media furore and his trial have brought the "somewhat dysfunctional" Shkreli family closer, he says, and they recently shared a meal just a few tables away. "It was our first family dinner in a restaurant — ever." He admits to having "what you could call a complex," which he attributes to parents "whose theories on discipline are very excessive".

As far as personal friendships go, there are few to speak of. "There's nobody to just have a beer with and that, in some ways, is sort of sad." He has had "an inordinate amount of ex-girlfriends," he claims, but now there is no one of note, his most recent attachment having ended shortly after he was charged. "Since then the 'celebrity and notoriety' have fostered some pretty unhealthy relationships."

More recently, Shkreli has started to flirt with the alt-right, a loose political collective whose angry concerns are best defined by their gender and the colour of their skin: male and white. But despite his full-throated support for unbridled free markets, I sense he has little interest in the identity politics that fires up this contentious group. "It's for sympathy, I suppose," he says. "People will defend me based on my inclusion."

Solace also comes from friends he has made online, and from Trashy, a rescue cat he rehomed. "She liked to live in garbage cans and near dumpsters and things like that. She was very afraid of everything. She'd hide under the sink for two or three months. Now she sleeps in my bed and she's made this process quite a bit easier; at least one thing loves me in the world."

After two and a half hours, lunch is over and so, it seems, is the act. I find myself even enjoying his company. We linger a while and the conversation meanders to some strange places.

He speaks of his love of Shakespeare and magical realist literature, and describes how he is captivated by science and medicine. "I've never done any art, but I think if you look at X-ray crystallography, it's beautiful," he says. He is obsessed with chess but was recently beaten in a tournament by a nine-year-old. And then he confesses to mental health problems in the past.

"I see a psychiatrist. I have done since I was 18. I started having panic attacks and they were pretty bad. Then I took this one drug and I've been taking it for 15 years. One of the reasons I love pharma is my experience of that drug."

The drug in question is a version of Effexor, an antidepressant that was discovered around 30 years after Daraprim. Later I look up the price — as little as 17 cents a pill. The medicine, he says, is a miracle. "It has made me invincible in some ways."

Case 1:15-cr-00637-KAM    Document 162-2    Filed 02/17/17    Page 34 of 61 PageID #: 25620

*David, the FT's senior US business correspondent*

*Illustration by James Ferguson*

**Letter in response to this article**

# Tab 44



ENTERTAINMENT (/ENTERTAINMENT/) > CELEBRITIES (/ENTERTAINMENT/CELEBRITIES/)

## Martin Shkreli is going to be Katy Perry's 'new right-wing boyfriend?' Ew. (http://www.someecards.com/entertainment/celebrities/martin-shkreli-offered-to-be-katy-perrys-bf-lily-allen/)



Filed by **Myka Fox (/author/mykafox)** | Nov 09, 2016 @ 4:00pm

SHARE                    | MORE |

Last night, singer and badass Katy Perry reacted to the election results like so many women who are terrified about what a Hillary Clinton loss could mean, and tweeted that she was crying her eyes out.



Case 1:15-cr-00637-KAM Document 162-2 Filed 02/17/17 Page 37 of 61 PageID #: 25623

Cue AIDS-meds-gouging (http://www.someecards.com/news/so-that-happened/turing-pharmaceuticals-price-increase/), Kurt Cobain-legacy-witholding (http://www.someecards.com/news/politics/martin-shkreli-donald-trump-unreleased-nirvana-tracks/), Martin "Pharma-Clown" Shkreli, offering up his greasy shoulder for Perry's falsies to fall on.

> As your new right-wing boyfriend, I will comfort you.
> https://t.co/wRJa22UOIG (https://t.co/wRJa22UOIG)
>
> — *Martin Shkreli (@MartinShkreli)* *November 9, 2016*
> *(https://twitter.com/MartinShkreli/status/796390475460591616)*

Ewwwww. Time and place, Shkreli. The time for you to hit on Katy Perry is never. And the place for you to hit on Katy Perry is nowhere. She doesn't need you. Sit your butt down and go back to begging your exes to let you give them oral for $10K (http://www.someecards.com/love/dating-relationships/martin-shkreli-girlfriend-oral/).

Fortunately, singer British singer Lily Allen reached across the Atlantic to smack him in his smirking cheeks



Get him.

© Copyright 2017 Someecards, Inc.

**SHARE**

MORE

Tab 45

Recherchez sur Twitter



# Martin Shkreli
@MartinShkreli

GOAT HNIC. For PR contact Allan
Ripp. martin@thotpatrol.com

NYC

Inscrit en juin 2011



Tweet épinglé

**Martin Shkreli** @MartinShkreli · 20 oct.

## My new business SW startup is hiring React developers: careers@throwaboomerang.com. Investors can email info@throwaboomerang.com. Or DM me.

**Martin Shkreli** @MartinShkreli · 3 h

dis bish

**Emma Roller** @emmaroller
That's why news orgs use the term "alt right" instead of the more accurate term, "white nationalists."

**Martin Shkreli** @MartinShkreli · 8 h

no, druggie

**Bathsalt Batman** @Stinkydogfarts

@MartinShkreli If u owned a pharm company that made opiates, could u take as many as u wanted and do whatever wit them? How does that work?

**Martin Shkreli** @MartinShkreli · 8 h

dis bish lmao

**Breaking911** @Breaking911

0:18

Woman arrested at anti-Trump protest in Fort Lauderdale after throwing water on Trump supporters.

**Martin Shkreli** @MartinShkreli · 9 h

Chris Evans @ChrisEvans = Hollywood limousine liberal piece of shit that thinks a hard day is getting the wrong latte

**Chris Evans** @ChrisEvans

No more fear. Only hopeful optimism. I gonna let love be my guide. All my energy will now go towards protecting the rights of ALL Americans

**Martin Shkreli** @MartinShkreli · 9 h

join the club thottie

**Jessica** @jscalaurn

@MartinShkreli I have an internet crush on you.

**Martin Shkreli** @MartinShkreli · 10 h

excuse me, i'm trying to holler at you @ArianaGrande

Martin Shkreli a retweeté

Case 1:15-cr-00637-KAM   Document 162-2   Filed 02/17/17   Page 41 of 61 PageID #: 25627

**Michael Daudel** @MichaelDaudel · 12 h
.@MartinShkreli HNIC, ICYMI



**Martin Shkreli** @MartinShkreli · 12 h
. $ALXN is probably the cheapest of the larger cap drug/biotech companies. Soliris underestimated, competition not a worry. Double from here

**Martin Shkreli** @MartinShkreli · 14 h
Got one eye on $VRX and one on League of Legends--I will do neither successfully

**Martin Shkreli** @MartinShkreli · 14 h
Streaming some stuff

Case 1:15-cr-00637-KAM   Document 162-2   Filed 02/17/17   Page 42 of 61 PageID #: 25628

**Martin Shkreli** @MartinShkreli · 15 h

if you try to play with my paper you will meet some goons. believe this.

**Martin Shkreli** @MartinShkreli · 13 nov.

Hard to see too much upside for $REGN. Spectacular company, but valuation implies steady Eylea, $2bn peak dupilumab. 50% upside at best?

**Martin Shkreli** @MartinShkreli · 13 nov.

look at this crybaby. a politician's election is the worst thing that has happened TO YOU in your whole life? moron

> **Jonathan Chait** @jonathanchait
> This is the worst thing that has happened in my life. But eventually we will triumph. nymag.com/daily/intellig…

**Martin Shkreli** @MartinShkreli · 13 nov.

lol it only gets better from here you trash heap dumpster piece of shit

> **Jennifer Palmieri** @jmpalmieri
> Today is a good day. It is @TyroneGayle bday and he is celebrating it watching his Clemson Tigers at Clemson! #gaylenation

**Martin Shkreli** @MartinShkreli · 13 nov.

Whole squa playing League: hitbox.tv/martinshkrelil… 1738!

**Martin Shkreli** @MartinShkreli · 13 nov.
there has been generic drug inflation. FTC investigation collusion among generics. guess you don't read the drug news as closely as I

> **Reevax** @itsreevax
> @MartinShkreli fortunately for you companies didn't increase paracetamol price as you did with other pills

**Martin Shkreli** @MartinShkreli · 12 nov.
I have a bad cold. I cry.

Martin Shkreli a retweeté

**Michael Daudel** @MichaelDaudel · 12 nov.
.@ofccadjust @777Francejacque

```
// per @jack
if (tweet.isThreat() {
if (user.isLeftist() {
 // do nothing
} else {
 user.ban();
}
}
```

**Martin Shkreli** @MartinShkreli · 12 nov.

Martin Shkreli (@MartinShkreli) | Twitter

LIVE on #Periscope 📍: Suh

**Martin Shkreli** @MartinShkreli · 12 nov.
Streaming about MongoDB, League of Legends, music, etc:

Tab 46



Please email support@twitch.tv and support-07
@twitch.tv and request the unbanning of
CerebralAzzazzin, Martin Shkreli's account.



| TWEETS | FOLLOWING | FOLLOWERS | LIKES |
|--------|-----------|-----------|-------|
| 17.4K  | 1,139     | 184K      | 17.8K |

## Martin Shkreli
@MartinShkreli

pronouns (GOAT/HNIC). For PR
contact Allan Ripp. my email:
martin@thotpatrol.com

NYC
Joined June 2011

Photos and videos

Tweets    Tweets & replies    Media

Pinned Tweet



**Martin Shkreli** @MartinShkreli · Oct 20

My new business SW startup is hiring
React developers:
careers@throwaboomerang.com.
Investors can email
info@throwaboomerang.com. Or DM me.

**Martin Shkreli** @MartinShkreli · 49m

Studying @reactjs. I know a lot of you have been waiting for this!

Martin Shkreli (@MartinShkreli) on Twitter

Martin Shkreli Retweeted



**@AZJagsDrew** · 1h
@MartinShkreli You are a big reason Donald Trump won, I just want to thank you Mr. Shkreli, thank for staying true to yourself.



**Martin Shkreli** @MartinShkreli · 1h
finally, a president who will stand up to wasteful government purchases. is this a dream come true or what?

> **Donald J. Trump** @realDonaldTrump
> The F-35 program and cost is out of control. Billions of dollars can and will be saved on military (and other) purchases after January 20th.



**Martin Shkreli** @MartinShkreli · 9h
$ALXN wtf?



**Martin Shkreli** @MartinShkreli · 19h
hopefully y'all diversified with this @OPHT



**Martin Shkreli** @MartinShkreli · 19h
wow, game over

**Brad Loncar** @bradloncar
$OPHT big fail. investors.ophthotech.com/releaseDetail.…

 **Martin Shkreli** @MartinShkreli · 20h

did a "watchdog" fine your company? 
LMAO  @Ubisoft @UbisoftMTL

> **krayonZ** @Coolbeanz666
> @MartinShkreli Your favorite game company is in trouble for insider trading. You might wanna tease them a bit ;)
> gamerant.com/ubisoft-inside…

 **Martin Shkreli** @MartinShkreli · 20h

Shkranta Claus is handing gifts out to the nice and Ls out to to the naughty

> **Jake G** @YourTextSpoken
> Still need to buy gifts for all of your loved ones?
> Have no fear.
> Shkranta is here.
> Merry Xmas @MartinShkreli…

 **Martin Shkreli** @MartinShkreli · Dec 11

Growing the website philwitmer.com using this book. It's about a journalist who said something nasty about me one time. :)

 **Martin Shkreli** @MartinShkreli · Dec 11

Done with "Getting MEAN" so moving on to "Single Page Web Applications" by Michael Mikowski if you want to join

Martin Shkreli (@MartinShkreli) on Twitter

 **Martin Shkreli** @MartinShkreli · Dec 11

Thinking about going homeless for a week to really grow my bond with the streets. What ya'll think?

 **Martin Shkreli** @MartinShkreli · Dec 11

i made an entire MEAN stack app. it was painful. thotpatrol.com thanks @simonholmes

 **Martin Shkreli** @MartinShkreli · Dec 10

weird emo brodown going on right here

 **Martin Shkreli** @MartinShkreli · Dec 10

worse pay to play than @HillaryClinton , @BilldeBlasio -- don't get arrested bro thotpatrol is watching you

**Martin Shkreli** @MartinShkreli · Dec 10



In decoding the Harambe genome I discovered a SNP which reveals that his favorite song was "Down with the Sickness" by @Disturbed

 **Martin Shkreli** @MartinShkreli · Dec 10

wild thot patrol movie some crazy person made. it is great.



**memes** @memekingpin

thot patrol 💯

 **Martin Shkreli** @MartinShkreli · Dec 10

it's nothing. media is a laughing stock.

**Jason beehard** @86753TurtleToe

@MartinShkreli just watched your spot on Fox news, man the media screwed you over, you seem like a solid guy..... keep up the good fight

 **Martin Shkreli** @MartinShkreli · Dec 10

Last lonely angular routing bug if anyone wants to help this poor soul:

Case 1:15-cr-00637-KAM   Document 162-2   Filed 02/17/17   Page 51 of 61 PageID #: 25637

Martin Shkreli Retweeted

**Roman** @RomanOnARiver · Dec 10



@MartinShkreli



Martin Shkreli Retweeted

**Laura** 🌸 @prettytiedup763 · Dec 10



@MartinShkreli Well, hello there.



Case 1:15-cr-00637-KAM   Document 162-2   Filed 02/17/17   Page 52 of 61 PageID #: 25638

Please email support@twitch.tv and support-07 @twitch.tv and request the unbanning of CerebralAzzazzin, Martin Shkreli's account.

| TWEETS | FOLLOWING | FOLLOWERS | LIKES |
|--------|-----------|-----------|-------|
| 17.4K | 1,139 | 184K | 17.8K |

## Martin Shkreli
@MartinShkreli

pronouns (GOAT/HNIC). For PR contact Allan Ripp. my email: martin@thotpatrol.com

NYC
Joined June 2011

Photos and videos

Tweets | Tweets & replies | Media

Pinned Tweet



**Martin Shkreli** @MartinShkreli · Oct 20

My new business SW startup is hiring React developers: careers@throwaboomerang.com. Investors can email info@throwaboomerang.com. Or DM me.



**Martin Shkreli** @MartinShkreli · 49m

Studying @reactjs. I know a lot of you have been waiting for this!

Martin Shkreli (@MartinShkreli) on Twitter

Martin Shkreli Retweeted



**@AZJagsDrew** · 1h

@MartinShkreli You are a big reason Donald Trump won, I just want to thank you Mr. Shkreli, thank for staying true to yourself.



**Martin Shkreli** @MartinShkreli · 1h

# finally, a president who will stand up to wasteful government purchases. is this a dream come true or what?

> **Donald J. Trump** @realDonaldTrump
> The F-35 program and cost is out of control. Billions of dollars can and will be saved on military (and other) purchases after January 20th.



**Martin Shkreli** @MartinShkreli · 9h

$ALXN wtf?



**Martin Shkreli** @MartinShkreli · 19h

hopefully y'all diversified with this @OPHT



**Martin Shkreli** @MartinShkreli · 19h

wow, game over

**Brad Loncar** @bradloncar
$OPHT big fail. investors.ophthotech.com/releaseDetail....



**Martin Shkreli** @MartinShkreli · 20h

did a "watchdog" fine your company? 😂 LMAO 😂  @Ubisoft @UbisoftMTL

**krayonZ** @Coolbeanz666
@MartinShkreli Your favorite game company is in trouble for insider trading. You might wanna tease them a bit ;) gamerant.com/ubisoft-inside…



**Martin Shkreli** @MartinShkreli · 20h

# Shkranta Claus is handing gifts out to the nice and Ls out to to the naughty

**Jake G** @YourTextSpoken
Still need to buy gifts for all of your loved ones?
Have no fear.
Shkranta is here.
Merry Xmas @MartinShkreli…



**Martin Shkreli** @MartinShkreli · Dec 11
Growing the website philwitmer.com using this book. It's about a journalist who said something nasty about me one time. :)



**Martin Shkreli** @MartinShkreli · Dec 11
Done with "Getting MEAN" so moving on to "Single Page Web Applications" by Michael Mikowski if you want to join



**Martin Shkreli** @MartinShkreli · Dec 11

Thinking about going homeless for a week to really grow my bond with the streets. What ya'll think?



**Martin Shkreli** @MartinShkreli · Dec 11

i made an entire MEAN stack app. it was painful. thotpatrol.com thanks @simonholmes



**Martin Shkreli** @MartinShkreli · Dec 10

weird emo brodown going on right here



**Martin Shkreli** @MartinShkreli · Dec 10

worse pay to play than @HillaryClinton , @BilldeBlasio -- don't get arrested bro thotpatrol is watching you

**Martin Shkreli** @MartinShkreli · Dec 10

 In decoding the Harambe genome I discovered a SNP which reveals that his favorite song was "Down with the Sickness" by @Disturbed

 **Martin Shkreli** @MartinShkreli · Dec 10

wild thot patrol movie some crazy person made. it is great.



**memes** @memekingpin
thot patrol 💯

 **Martin Shkreli** @MartinShkreli · Dec 10

it's nothing. media is a laughing stock.

**Jason beehard** @86753TurtleToe
@MartinShkreli just watched your spot on Fox news, man the media screwed you over, you seem like a solid guy..... keep up the good fight

 **Martin Shkreli** @MartinShkreli · Dec 10

Last lonely angular routing bug if anyone wants to help this poor soul:

Martin Shkreli Retweeted



**Roman** @RomanOnARiver · Dec 10

@MartinShkreli



Martin Shkreli Retweeted



**Laura** 🌸 @prettytiedup763 · Dec 10

@MartinShkreli Well, hello there.



Tab 47

# Martin Shkreli Has "Few Regrets", Slams Bloomberg After Interview



by Tyler Durden
Dec 23, 2016 10:55 AM

Former Turing Pharmaceuticals CEO Martin Shkreli, who in the summer of 2015 was briefly elevated to the status of the "world's most hated man", when he became the poster boy for soaring drug prices after he hiked the price of Daraprim more than 50-fold, i.e., he was a capitalist who did everything permitted under the law to boost profit, shortly before Congress "realized" that virtually every other drug company was engaged in similar "price gouging" appeared on Bloomberg TV to discuss not only the ongoing controversy surrounding not just Daraprim pricing, but his outlook for the pharmaceutical industry.

He said that the wave of national outrage that spread in 2015 following tweets by both Hillary Clinton and Bernie Sanders, was blown out of proportion due to posturing ahead of the elections, although admitted that he has one regret looking back at his actions: "In terms of regret, maybe not seeing that as acutely would've been a minor

When asked if he would repeat his business strategy, the 33-year-old said, "Of course." He conceded that he put the drug company he ran at risk with his brash approach. But he also called Daraprim "one insignificant drug" compared to other, larger products. Shkreli said he was frustrated and that "**the government in many ways is an apparatus of vengeance**."

He is not wrong: for all the Congressional posturing, so far not one step has been taken to implement price limits or stabilizers. And since the ultimate patsy is the taxpayer, funding Medicare and Medicaid through trillions in debt, nobody has to worry about the bill coming due for years. And the moment the government saw an opening to crack down on an evil price gouger, it took the opportunity and quickly arrested him.

HIs comment on the issue was spot on: "I don't know if you're familiar with health-care insurance," and saying patients don't feel the brunt of price increases. While drugs make up about 10 percent of overall health-care spending in the U.S., insurers often implement cost-sharing with patients and increase the premiums patients pay in response to long-term rising costs. Ultimately, the price is burried somewhere deep in the bowels of America's $20 trillion debt load, as well as the $100+ trillion in unfunded liabilities.

He also said he's made many fans in the business world. "Everybody's doing it. In capitalism you try to get the highest price you can for a product," he said and mentioned Valeant and Pfizer as other companies who have raised prices recently.

Speaking about his upcoming trial, scheduled for June, Shkreli said he's looking forward to it. "We're going to win by a landslide. The evidence is clear that I did nothing wrong."

As a reminder, riding the wave of populist anger, Federal prosecutors arrested Shkreli last December as scapegoat for "all that is wrong with greede corporate executives", for defrauding investors in the hedge funds, and of using $11 million of Retrophin assets to pay them off. He also allegedly hid his control in the company's unrestricted stock to help pay off his debts.

During his trial, Shkreli predicted that jurors will see somebody they can relate to, not the figure he claims he's been portrayed as in interviews. "Invariably, when people read the headline about Martin Shkreli, they hate Martin Shkreli. When they get to know Martin Shkreli, they love Martin Shkreli," he said.

As Bloomberg notes, during the TV interview, Shkreli brought up the $1 billion federal fraud case against the co-founder and several associates of hedge fund Platinum Partners. The U.S. has accused Platinum of a Ponzi-like scheme. Platinum co-founder Mark Nordlicht pleaded not guilty this week. Shkreli said he had 'tangoed' with the hedge fund over a trade, before investigators brought the case, and called the investigations and charges an example of what the government should go after.

As Bloomberg put it, "Shkreli is known for his blunt opinions in an industry that often tries to present a unified front. During a congressional hearing on drug prices in February, he invoked his Fifth Amendment rights as a way of refusing to answer questions, then after the hearing called lawmakers "imbeciles" on Twitter."

In an ironic twist, shortly after the Bloomberg TV interview, a seemingly disgruntled Shkreli slammed Bloomberg itself, saying it was a "**waste of time going on Bloomberg TV, a channel no one watches. The firm has a very unprofessional staff**."

> Waste of time going on Bloomberg TV, a channel no one watches. The firm has a very unprofessional staff @BloombergTV @business
> — Martin Shkreli (@MartinShkreli) December 23, 2016

*His full interview below (link):*


**Shkreli: Price Increase Has Stuck, Happy**

Case 1:15-cr-00637-KAM   Document 162-2   Filed 02/17/17   Page 61 of 61 PageID #: 25647



Twitter        Medicare        Bernie Sanders        Twitter                    25,434        42



**Ramesees** • Dec 23, 2016 11:05 AM

Shkreli is such a dickhead that you can't help but like him.



**Oldwood**    Ramesees • Dec 23, 2016 11:18 AM

We do not have capitalism. We have a hybrid system that is basically the illusion of capitalism with government controlling almost every aspect of it in the background. They create monopoly and in many cases virtually criminal interprises through acts of law and then publicly attack them for taking advantage of the deliberately created "opportunities". This provides them a perception of credibility by attacking apparent and highlighted inequities, and then, rather than correct them, simply extra "fees, fines and taxes" as rendering justice.

IT IS A SCAM

FROM TOP TO BOTTOM

CAPITALISM DOES NOT EXIST, for if it did their would be consequence for stupidity and corruption, not PROTECTION.

**Doña K**    Oldwood • Dec 23, 2016 12:52 PM

You can price a faberge egg to millions of dollars or highest bidder, but when it comes to staying