Tab 48

This is Google's cache of https://twitter.com/martinshkreli. It is a snapshot of the page as it appeared on Jan 8, 2017 17:38:45 GMT. The current page could have changed in the meantime. Learn more

**Full version**    Text-only version    View source

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

🐦 Home | ⚡ Moments    Search Twitter 🔍    Have an account? Log in ▾



| TWEETS | FOLLOWING | FOLLOWERS | LIKES |
| --- | --- | --- | --- |
| 18K | 1,254 | 192K | 18.9K |

👤 Follow

**Martin Shkreli** ✔️🗨️
@MartinShkreli

pronouns (GOAT/HNIC). For PR contact Allan Ripp. my email: martin@thotpatrol.com also i have a small crush on @laurenduca (hope she doesn't find out)

📍 NYC

📅 Joined June 2011

Tweets | Tweets & replies | Media

📌 Pinned Tweet

**Martin Shkreli** @MartinShkreli · 20 Oct 2016

My new business SW startup is hiring React developers: careers@throwaboomerang.com. Investors can email info@throwaboomerang.com. Or DM me.

↩ 265    🔁 129    837    •••

**Martin Shkreli** @MartinShkreli · 1d

i see it too! she has not messaged me yet telling me she's unavailable or not interested



emily @qtelektra

@MartinShkreli you guys are hella cute together  like I dont understand why she keeps pretending she's not interested

↩ 21    🔁 8    89    •••

**Martin Shkreli** @MartinShkreli · 1d

Is there a cool tech stack I should try on marrymelauren.com ?

↩ 9    🔁 2    38    •••

**Martin Shkreli** @MartinShkreli · 1d

trump gonna ban @Salon, so it's all good



**David Atkins** @DavidOAtkins

Twitter needs to ban @MartinShkreli. This is disgusting.
twitter.com/laurenduca/sta…

5          14          108          •••

**Martin Shkreli** @MartinShkreli · 1d

cute!

**William S.** @SailorsCapital

10          13          96          •••

**Martin Shkreli** @MartinShkreli · 1d

I may or may not have bought the domain
marrymelauren.com

56          60          333          •••

Martin Shkreli Retweeted

**Shayco** @Shayco112 · 1d
@MartinShkreli saying that you love a woman is now harassing and
stalking. Harambe must be ashamed of us :(

4          9          86          •••

**Martin Shkreli** @MartinShkreli · 1d

this is actually targeted harassment lol.
unrequited love is just kinda lame.

**brig!** @noturcontra
Everyone please report @martinshkreli for targeted harassment
twitter.com/martinshkreli/…

13          30          290          •••

Martin Shkreli Retweeted

**Cyhr Karadžić**          @BawlBreaker · 1d
@MartinShkreli Sooo.....swearing your undying love & debvotion to a
woman is "abuse" now. We should all be so abused.

12          24          142          •••

Martin Shkreli Retweeted

**Bowser King Koopa** @rfuller · 1d
@MartinShkreli The heart wants what the heart wants.

2          4          65          •••

Martin Shkreli Retweeted

**Trump J. Pepe** @stumping4trump · 1d
The heart wants what it wants...

**Martin Shkreli** @MartinShkreli
She empowers young women with her work at Teen Vogue and not to
mention she looks amazing! Stop blaming me!



Martin Shkreli Retweeted

**Ash** @Ashleyash27 · 1d
You can't help who you fall in love with

> **Martin Shkreli** @MartinShkreli
> She empowers young women with her work at Teen Vogue and not to
> mention she looks amazing! Stop blaming me!

🐦 **Home**    ⚡ **Moments**    Search Twitter 🔍    Have an account? Log in ▾

**Martin Shkreli** @MartinShkreli · 1d
# She empowers young women with her work at Teen Vogue and not to mention she looks amazing! Stop blaming me!

⤺ 52    ↻ 30    287    •••

**Martin Shkreli** @MartinShkreli · 1d
# Why is everyone crazy? Has anyone seen Tucker Carlson spot where Lauren defended herself valiantly? We ADMIRE her.

⤺ 24    ↻ 10    144    •••

**Martin Shkreli** @MartinShkreli · 1d
# My fans send me this stuff. I don't make it. I do admire Lauren though. If she doesn't like it she can DM me or block me.



⤺ 38    ↻ 91    531    •••

**Martin Shkreli** @MartinShkreli · 1d

actually im clover/kinder and you just assumed my biological/telo age

**Emma Sandoe** @emma_sandoe
.@MartinShkreli because you are an adult and shouldn't act like a child.

↩ 8    ⟲ 34    286    •••

**Martin Shkreli** @MartinShkreli · 1d

twitter.com/MrsMontello/st…

This Tweet is unavailable.

↩ 10    ⟲ 10    86    •••

**Martin Shkreli** @MartinShkreli · 1d

So many people need help with grammer these days. Here you go:

> SHKRELI GRAMMER GUIDE
>
> YOUR = YOUR STUPID = YOU ARE STUPID
> YOU'RE = YOUR THINGS ARE MINE WHEN I SUE YOU

↩ 34    ⟲ 104    401    •••

**Martin Shkreli** @MartinShkreli · 1d

captain save a ho here. ur pc brah? PC twitter 2016. ah sweet i'm PC reddit. twitter.com/footagenotfoun…

This Tweet is unavailable.

↩ 6    ⟲ 11    141    •••

**Martin Shkreli** @MartinShkreli · 1d

shes famous. i like her. it's a collage. christ almighty.

**Logan Levkoff, Ph.D.** @LoganLevkoff
Gotta love men who nuance stalking and abusive behavior as "making a collage." twitter.com/martinshkreli/…

↩ 51    ⟲ 26    272    •••

**Martin Shkreli** @MartinShkreli · 1d

i made a collage. what?!

**Logan Levkoff, Ph.D.** @LoganLevkoff
This is atrocious, @jack. Must be fixed. And time to kick off @MartinShkreli for abusive online behavior. twitter.com/laurenduca/sta…

Martin Shkreli (@martinshkreli) / Twitter

31    47    286    •••

## Loading seems to be taking a while.

Twitter may be over capacity or experiencing a momentary hiccup. Try again or visit
Twitter Status for more information.

New to Twitter?

own personalized
timeline!

Sign up

© 2017 Twitter   About
Help   Terms   Privacy
Cookies   Ads info

Home    Moments

Search Twitter

Have an account? Log in

Tab 49

Case 1:15-cr-00637-KAM Document 162-3 Filed 02/17/17 Page 8 of 111 PageID #: 25655

# THE VERGE

103 ▸

TECH \ TWITTER

# Martin Shkreli has been suspended from Twitter for targeted harassment of a reporter

*The suspension came after a period of harassment of reporter Lauren Duca*

by Kaitlyn Tiffany  |  Jan 8, 2017, 1:27pm EST



Photo by Drew Angerer/Getty Images

Martin Shkreli's Twitter account was suspended sometime early Sunday afternoon, following a period of targeted harassment against freelance reporter Lauren Duca.

**Update:** In an email to *The Verge*, Twitter confirmed that the temporary suspension was related to the harassment of Duca, but would not give any further details and a spokesperson declined to be quoted directly.

Duca has been in the news a lot lately after penning the essay "Trump is Gaslighting America" for *Teen Vogue*. In light of the piece's popularity, she was invited to make several television appearances, including a face-off with Fox News' Tucker Carlson. That clip went viral due to Carlson's statement that Duca should stop talking about politics

Case 1:15-cr-00637-KAM   Document 162-3   Filed 03/17/17   Page 9 of 11 PageID #: 25656

and "stick to thigh-high boots." Following her media appearances, Shkreli, a professed Trump supporter, has decided to troll her.

On Thursday, Duca tweeted a screenshot of a direct Twitter message from Shkreli, best known for hiking the price on an anti-parasitic drug by a factor of 56, refusing to answer questions about alleged fraud, and begging celebrities to listen to a rare Wu-Tang Clan album with him. In it, he asked her if she wanted to be his date to President-elect Trump's inauguration.



Following the message, Shkreli added a line to his Twitter bio saying he had "a small crush on @laurenduca." He also changed his profile image to a doctored photo of Duca and her husband, swapping his face into the image. He changed his banner to a collage of photos of Duca, overlaid with lyrics from John Michael Montgomery's 1994 single "I Swear."

He also tweeted that he had purchased the domain name "marrymelauren.com." Shkreli's followers then joined in, tweeting more Photoshops of Shkreli with Duca.



**emily**
@qtelektra

[Follow]

@MartinShkreli you guys are hella cute together
pic.twitter.com/eJbSJBUExY like I dont understand why she
keeps pretending she's not interested

9:10 AM - 8 Jan 2017

14     157





**William S.**
@SailorsCapital

[Follow]

@MartinShkreli @laurenduca I've made you guys a present! :)

9:14 AM - 8 Jan 2017

14     60

https://twitter.com/BawlBreaker/status/818187286794960128

🗭 🌸Cyhr Karadžić🌸 @BawlBreaker

@MartinShkreli Sooo.....swearing your undying love & debvotion to a woman is "abuse" now. We should all be so abused.

Twitter | Today at 11:56 AM

---

When reached for comment by *The Verge*, shortly before his account was suspended, Shkreli said he didn't see his actions as harassment and wouldn't consider them to be "against Duca's will" because she hadn't responded to any messages from him or told him to stop. He said he thought the Photoshop images were similar to those someone would make of "Justin Bieber or any other celebrity."



**Lauren Duca**
@laurenduca

How is this allowed @jack

7:55 AM - 8 Jan 2017

3,599     9,945

---

Duca tweeted screenshots of Shkreli's profile to Twitter CEO Jack Dorsey at 10:55AM ET on Sunday and Shkreli's account was suspended around 1PM ET. When reached for comment via Twitter, Duca told *The Verge*:

> "Martin Shkreli is engaged in targeted harassment, and absolutely deserves to have his account suspended. It's unfortunate that the only reason people are paying attention is because he's relatively high-profile. Trolling seems to be an automatic occupational hazard for

female writers who receive any level of professional attention. That's something Twitter needs to work harder to fix, but obviously the problem runs far deeper."

In July 2016, Twitter permanently banned *Breitbart* tech editor and infamous right-wing troll Milo Yiannopoulos after a period of targeted harassment against *Ghostbusters* star Leslie Jones. The situations were similar in that much of the harassment came from other accounts, spurred on and encouraged by Yiannopoulos in the same way that Shkreli has been encouraging his followers. Dorsey responded directly to a tweet from Jones at the time — so if you don't want to be harassed on Twitter's platform I guess you can always hope things get bad enough (or you're famous enough) that you can get the CEO's ear.

***Update January 8th, 4:25PM ET:*** *To include confirmation from Twitter and Duca's statement.*

Tab 50

Case 1:15-cr-00637-KAM　Document 162-3　Filed 02/17/17　Page 14 of 111　PageID #: 25661

# Martin Shkreli suspended from Twitter after harassing journalist

BY JASON SILVERSTEIN

NEW YORK DAILY NEWS　　　Updated: Sunday, January 8, 2017, 5:02 PM

Autoplay: **On** | Off

"Pharma bro" has been booted from Twitter.

Reviled businessman and alleged fraudster Martin Shkreli was suspended from the social media site Sunday after stepping up his harassment of a female journalist.

Asked about the suspension, Shkreli accused the Daily News of "harassing" him by calling for comment.

"I'll come out there and beat the s--t out of you if you f--king keep harassing me," he told The News Sunday while broadcasting the call on Periscope.

Shkreli, a former pharmaceutical executive who is fighting federal securities fraud charges, refused to comment on his online punishment.

Twitter cracked down on Shkreli after he continued trolling Lauren Duca, a Teen Vogue writer who got into an online spat with him last week.

Shkreli on Sunday changed his Twitter profile picture to a photo of Duca and her husband, with Shkreli's face plastered over him. He also posted a collage of photos of Duca under text saying, "Til Death do Us Part."

Case 1:15-cr-00637-KAM Document 162-3 Filed 02/17/17 Page 15 of 111 PageID #: 25662



Martin Shkreli. (JESSE WARD)

"i have a small rush on @laurenduca (hope she doesn't find out)," he wrote in his bio.

Duca tweeted to Twitter CEO Jack Dorsey, asking, "How is this allowed." Shkreli's account disappeared soon afterward.

Duca commended Twitter for nixing Shkreli, and said he "absolutely deserves to have his account suspended."

"It's unfortunate that the only reason people are paying attention is because he's relatively high-profile," she said in a statement to The News.

"Trolling seems to be an automatic occupational hazard for female writers who receive any level of professional attention."

After his Twitter ouster, Shkreli continued trash talking Duca on Periscope, saying she can "get it from behind always" and "will come around eventually." Duca said in tweets that she faced harassment and sexual advances from Shkreli fans through the day.



Case 1:15-cr-00637-KAM Document 162-3 Filed 02/17/17 Page 16 of 111 PageID #: 25663

Duca and Shkreli got into a flame war last week after she tweeted a screenshot of him asking her to be his date to President-elect Donald Trump's inauguration.

"I would rather eat my own organs," Duca wrote.

Shkreli wrote back, "well, start with your heart. what a cold you know what!"

Shkreli drew national scorn in 2015 when his company Turing Pharmaceuticals jacked the price of the life-saving antiparasitic drug Daraprim from $13.50 to $750 per pill.

But by the end of that year, the Brooklyn-born businessman's career had collapsed after his arrest for alleged securities fraud. He resigned as Turing's CEO.

Since then, Shkreli has obsessively documented his life on Twitter and in hours-long Periscope streams. On Twitter, he regularly targeted or banned journalists who wrote about him. He has also broadcasted calls from reporters on Periscope without letting them know.

---

© 2016 New York Daily News

Tab 51

≡  **FORTUNE**  |  Leadership



Martin Shkreli, the former chief executive officer of Turing Pharmaceuticals LLC.  **Photo by Bloomberg — Getty Images**

MARTIN SHKRELI

# Martin Shkreli Was Just Suspended From Twitter

Madeline Farber
Updated: Jan 08, 2017 5:03 PM EST

≡  **FORTUNE** | Leadership

The ex-Turing Pharmaceuticals CEO was booted from the social media site after continually harassing Lauren Duca, a journalist with whom he got into a Twitter-spat with last week, the New York *Daily News* reports.

On Jan 5., Shkreli messaged Duca asking if she wanted to be his date to Donald Trump's inauguration on Jan. 20.

"i have a +1 to the inaug," he wrote. However, Duca rejected his offer, tweeting "I would rather eat my own organs."



"Well, start with your heart. what a cold you know what!" Shkreli wrote back.

The ex-CEO then changed his Twitter profile picture to what appears to be a Photoshopped image of him and Duca sitting on a couch together, the *Daily News* reports. He also posted a collage of photos of Duca, under text saying, "Til Death do Us Part."

Duca then tweeted to Twitter (TWTR, +0.29%) CEO Jack Dorsey, asking, "How is this allowed." Shortly after, Shkreli's account disappeared.

≡  FORTUNE  |  Leadership

**Lauren Duca**
@laurenduca

**Follow**

How is this allowed @jack pic.twitter.com/Wof8MlYHTL

10:55 AM - 8 Jan 2017



3,650          9,943

Shkreli refused to comment on his suspension, the *Daily News* reports, and Duca could not immediately be reached for comment.

# Tab 52

# Martin Shkreli suspended from Twitter for harassing journalist

Roger Yu , USA TODAY    Published 6:00 p.m. ET Jan. 8, 2017 | **Updated 9:38 a.m. ET Jan. 9, 2017**



*(Photo: ANDREW GOMBERT, EPA)*

Martin Shkreli, the pharmaceutical industry entrepreneur who'd been indicted on charges of securities fraud, had his Twitter account suspended Sunday after he recently harassed a female journalist online.

Lauren Duca, a freelance journalist whose work has appeared in *Teen Vogue* and other publications, tweeted Thursday a screenshot of a direct Twitter message from Shkreli, in which he invited Duca to be his date to President-elect Trump's inauguration.

"I would rather eat my organs," she tweeted, along with a screenshot of the note.



Shkreli continued to tweet about Duca. He posted several photos of Duca on his Twitter banner and used a doctored photo, showing Duca sitting on a sofa, as his Twitter profile image. He also wrote on his Twitter bio that he had "a small crush" on Duca and hopes that she doesn't find out.  His messages about Duca prompted some of his followers to tweet other doctored photos of Shkreli and Duca.

On Sunday, Duca grabbed a screenshot of Shkreli's Twitter page – along with a message, "How is this allowed" -- and tweeted it to Jack Dorsey, CEO of Twitter.



"Why is harassment an automatic career hazard for a woman receiving any amount of professional attention? Question for @jack & also society!," Duca tweeted Sunday. Duca also tweeted threatening messages from others.

Duca told BuzzFeed  (https://www.buzzfeed.com/davidmack/martin-shkreli-suspended-from-twitter)that Shkreli "has been harassing (her) for a while."

"I don't know if he's encouraging people to do this, but there's been a small contingent of trolls telling me to sleep with him — but not that politely," she said.

Martin Shkreli pleads the Fifth, then tweets about 'imbeciles' in Congress (http://www.usatoday.com/story/money/2016/02/04/martin-shkreli-congressional-testimony-turing-pharmaceuticals-valeant-fda-drug-prices/79808004/)

Before his account was suspended, Shkreli defended his actions by saying the photos were "a collage," according to the images of Shkreli's Twitter messages posted by BuzzFeed.

Shkreli was arrested and subpoenaed in February, 2016 by the House Committee on Oversight and Government Reform for his role in his company's steep price hikes of an anti-parasitic drug. Shkreli declined to answers questions, invoking his 5th Amendment rights. He is free on bail pending trial.

Read or Share this story: http://usat.ly/2jizY9i

Tab 53

Case 1:15-cr-00637-KAM   Document 162-3   Filed 02/17/17   Page 25 of 111 PageID #: 25672

# Martin Shkreli kicked off Twitter

By David K. Li                                                                January 8, 2017  |  3:39pm



Martin Shkreli
Gregory P. Mango

Loathsome pharma troll Martin Shkreli was banned from Twitter on Sunday after he allegedly harassed several female journalists through the social-media platform.

Anyone clicking the Twitter feed of @MartinShkreli was redirected to the message: "This account has been suspended."

Shkreli was accused of harassing freelance writer Lauren Duca, who recently made headlines for her essay "Trump is Gaslighting America" in Teen Vogue.

Shkreli, a vocal Donald Trump supporter, had been needling Duca online.

After he asked Duca to attend next week's inauguration — prompting her to tweet, "I would rather eat my own organs" — Shkreli boasted about buying the domain name "MarryMeLauren.com," which flooded the Web with Photoshopped snaps of Shkreli with Duca.

Shkreli also made his Twitter page into a creepy, stalkerish tribute to Duca. She

tweeted an image of it to Twitter CEO Jack Dorsey on Sunday, asking: "How is this allowed @Jack."

Shkreli remains free on bail following his December 2015 arrest for alleged securities fraud.

He became the one of the most hated men in corporate America after his company raised the price of a life-saving HIV and cancer drug from $13.50 a pill to $750.

Tab 54

**The Washington Post**

The Intersect

# Martin Shkreli was suspended from Twitter for 'targeted harassment' of a journalist

By **Abby Ohlheiser**  January 8

Martin Shkreli, the former Turing Pharmaceuticals executive who became known as "Pharma Bro" after he dramatically hiked the price of a drug, was suspended from Twitter on Sunday afternoon. A person at Twitter who is familiar with the matter but declined to be quoted directly confirmed that Shkreli's suspension was related to his harassment of journalist Lauren Duca.

Duca, a freelance journalist, recently wrote a viral op-ed for Teen Vogue titled "Donald Trump is gaslighting America." During a combative appearance on Tucker Carlson's Fox News show just before Christmas, Carlson told Duca that she should stick to writing about "thigh-high boots," and Duca told Carlson that he was "unprofessional" and a "partisan hack." The exchange resulted in her receiving thousands of angry messages, including a rape threat on Christmas Day.

A few days ago, Shkreli started trolling Duca on Twitter:

And Sunday, Duca noticed that Shkreli had changed his Twitter profile picture to an image of her, in which Shkreli's face was photoshopped onto that of another man. "I have a small crush on @laurenduca," his Twitter bio read. "Hope she doesn't find out."  The photoshopped image, Duca noted to Buzzfeed, was originally an image of Duca and her husband.

Before Shkreli's suspension, Duca tweeted images of the profile changes to Twitter chief executive Jack Dorsey, asking, "How is this allowed."

In an emailed statement on Sunday afternoon, Duca said Shkreli "is engaged in targeted harassment, and absolutely deserves to have his account suspended." She added that it was "unfortunate" that people were mainly paying attention to this particular suspension because of Shkreli's high profile.

"Trolling seems to be an automatic occupational hazard for female writers who receive any level of professional attention," she said. "That's something Twitter needs to work harder to fix, but obviously the problem runs far deeper."

**Intersect newsletter**

The corner of the Internet and interesting.

Sign up

"The Twitter Rules prohibit targeted harassment, and we will take action on accounts violating those policies," a Twitter spokesperson said in a statement in response to questions about Shkreli's suspension. Twitter generally doesn't give many details on the actions it takes against specific accounts.

We reached out to Shkreli seeking comment on his suspension, but he replied that he doesn't speak to The Washington Post because it is a "trash extension of the left wing." In a statement to the Verge just before his suspension, Shkreli sad he didn't believe his actions should be considered harassment because Duca hadn't asked him to stop.

According to the person at Twitter familiar with the matter, Shkreli's suspension is temporary. If he decides to appeal his suspension and make some required changes to his account, he will be allowed back on the platform.

*This post has been updated with a statement from Lauren Duca*

**More reading:**

- **Banned from Twitter? This site promises you can say whatever you want.**

- **Just how offensive did Milo Yiannopoulos have to be to get banned from Twitter?**

- **Twitter introduces a mute button for trolls as it struggles to fight online abuse**

Abby Ohlheiser is a general assignment reporter for The Washington Post. 🐦 Follow @abbyohlheiser

**The Post Recommends**

**Opinion**

## Reality will get its revenge on Donald Trump

Going to war with American institutions is not a winning strategy.

**Opinion**

## Trump's emotional tailspin was predictable

He's already wilting under the pressure.

Tab 55

Case 1:15-cr-00637-KAM Document 162-3 Filed 02/17/17 Page 31 of 111 PageID #: 25678

# BuzzFeed

News    Videos    Quizzes    Tasty    DIY    More ⌄          Get Our News App

       

## "Pharma Bro" Martin Shkreli Suspended From Twitter After Harassing A "Teen Vogue" Writer

"He's an entitled creep and absolutely deserves to have his account suspended — perhaps indefinitely," writer Lauren Duca said.

Originally posted on Jan. 8, 2017, at 10:56 a.m.
Updated on Jan. 8, 2017, at 11:10 a.m.

  **David Mack**
BuzzFeed News Reporter

## This is journalist Lauren Duca.

### BuzzFeed NEWS

**In The News Today**

- President Trump held a combative, marathon press conference where he denied ties with Russia and lashed out at the media for "fake news."

- Donald Trump said he would issue a new travel ban next week, and Justice Department lawyers asked an appeals court to halt the case on the first ban.

- Erik Prince, Betsy DeVos's brother and Blackwater founder, is setting up a private army for China, sources tell BuzzFeed News.

- Starbucks and fashion brand Lilly Pulitzer teamed up to sell a line of bottles, and fans say they're already sold out at many Starbucks locations 🍎🙁

Download the BuzzFeed News app



An Antivaxxer And Robert De Niro Just Announced A $100,000



*Twitter*

Last month, Duca had a massive viral hit when she penned a *Teen Vogue* opinion piece that argued Donald Trump had conned the American public.

Connect With **BuzzFeed** USNews

Like Us On Facebook

Follow Us On Twitter

News moves fast. Keep up with the BuzzFeed News daily email.

Your Email Address        Sign up

More News



teenvogue.com

## This is Martin Shkreli, a former pharmaceutical executive who earned widespread scorn for hiking the price of a lifesaving drug before he was charged in 2015 with fraud.



Drew Angerer / Getty Images

Shkreli has routinely voiced his support for Donald Trump to his almost 200,000 Twitter followers.

## Duca told BuzzFeed News on Sunday that she has never met Shkreli, but that he has recently been tweeting about trying to date her.

Case 1:15-cr-00637-KAM Document 162-3 Filed 02/17/17 Page 34 of 111 PageID #: 25681

"He has been harassing me for a while. It's an ongoing thing," she said. "He's been actively tweeting about dating me."

"I don't know if he's encouraging people to do this, but there's been a small contingent of trolls telling me to sleep with him — but not that politely," she said.

**On Thursday, Shkreli contacted Duca via direct message and asked her to accompany him to Trump's inauguration. "I saw that as an act of trolling, so I didn't see the need to respect his privacy," she said of her decision to share his message with her Twitter followers.**



**On Sunday, Duca said she noticed that Shkreli had altered his profile to include a collage of photos of her, along with the words, "For Better or Worse, Til Death do Us Part, I'll Love You With Every Single Beat of my Heart."**



*Twitter*

He also changed his Twitter profile picture to an image of Duca and her husband, but with his face photoshopped over her spouse.

Duca said she was "disturbed" when she saw the images, which she said are from Google, Twitter, and Facebook.

"I don't know how this could possibly be allowed because this is an act of targeted harassment," she said. "I know Twitter is struggling to figure out what makes the most sense [with its user guidelines]...but this is an entire profile dedicated to upsetting me."

## Duca tweeted the pictures on Sunday, asking Twitter founder and CEO Jack Dorsey why Shkreli's actions were permissible on the social network.



## The tweet soon went viral, prompting strong reactions from Duca's supporters.

**OhNoSheTwitnt**
@OhNoSheTwitnt
Follow

I honestly didn't know it was possible to be more repulsed by @MartinShkreli than I already was, but these are crazy, fucked up times. twitter.com/laurenduca/sta…

8:16 AM - 8 Jan 2017

138 473

**Helena Fitzgerald** @helfitzgerald · 1h
@laurenduca @jack holy FUCK, this is horrifying I am so sorry
7 5 140

**Dana Schwartz** @DanaSchwartzzz · 1h
@helfitzgerald @laurenduca @jack this is insanely fucked up
6 4 143

**Lauren Duca** @laurenduca · 1h
@DanaSchwartzzz @helfitzgerald @jack Like, that's a picture of me and my husband. I feel sick.
96 80 368

*Twitter*

**Judd Legum** @JuddLegum · 2h
@laurenduca @jack what a creep
9 2 165

**Jeff B** @rexetsacerdos · 2h
@JuddLegum @laurenduca Is this genuine ? Is this really Martin Shkreli ? If so this is very disturbing. @jack
4 1 11

*Twitter*

## Shkreli then replied directly to Duca's tweet, writing, "dont disrespect the sovereignity of my love for you. your being unfair. [*sic*]"



*Twitter*

## In a series of tweets, he also defended his actions as a simple "collage."



*Twitter*



Twitter





Twitter





Twitter

**BuzzFeed News contacted Shkreli on Twitter, but he then tweeted out the exchange with the words, "And also what is the buzzing feed."**



*Twitter*

**Twitter representatives did not immediately respond to requests for comment on whether Shkreli's actions constituted harassment.**



*Drew Angerer / Getty Images*

## However, after BuzzFeed News first contacted Twitter, Shkreli's account was subsequently suspended from the network.



*Twitter*

A company spokesperson then told BuzzFeed News, "The Twitter Rules prohibit targeted harassment, and we will take action on accounts violating those policies."

Case 1:15-cr-00637-KAM Document 162-3 Filed 02/17/17 Page 41 of 111 PageID #: 25688

**BuzzFeed News then informed Duca that Shkreli's account had been suspended, to which she responded: "He's an entitled creep and absolutely deserves to have his account suspended — perhaps indefinitely."**



*Lauren Duca/Twitter*

"I think Martin should know that under no circumstances would I touch him with a 10-foot pole," she said. "It has nothing to do with Donald Trump, but with the fact that he has committed an act of pharmaceutical terrorism."

**Martin Shkreli Charged With Running A "Ponzi" Scheme Released On $5 Million Bond**
*buzzfeed.com*

**Meet The Man Who Raised The Price Of A Lifesaving Drug From $13.50 To $750**
*buzzfeed.com*

David Mack is a reporter and weekend editor for BuzzFeed News in New York.
Contact David Mack at david.mack@buzzfeed.com.

Got a confidential tip? Submit it here.

Tab 56

🐦 (http://www.twitter.com/dailycaller)  f  (http://www.facebook.com/DailyCaller)
8+ (https://plus.google.com/104273926598894453484/posts) in
(https://www.linkedin.com/company/the-daily-caller)

**US**

# EXCLUSIVE: Martin Shkreli Speaks Out On Twitter Suspension

**ALEX PFEIFFER**
(http://dailycaller.com/author/apfeiffe
r/)
Reporter
(http://dailycaller.com/author/apfeiffer/)

8:02 PM 01/08/2017



Pharmaceutical executive Martin Shkreli's crush on a liberal writer made public on Twitter was enough to get him suspended from the social media site on Sunday.

A Twitter spokesperson said in a statement, "The Twitter Rules prohibit targeted harassment, and we will take action on accounts violating those policies."

Teen Vogue writer Lauren Duca had complained the Shkreli was harassing her by devoting his Twitter profile to his crush on her. **(RELATED: Watch Martin Shkreli Smirk And Glare At House Members While Invoking Fifth Amendment Rights [VIDEO]) (http://dailycaller.com/2016/02/04/martin-shkreli-smirks-at-house-members-while-pleading-the-fifth-video/)**

"How is this allowed," Duca said. Shrkeli made his Twitter avatar an edited photo showing him in place of Duca's husband and made a photo collage of her on a pink background his cover photo. His bio said, "I have a small crush on [Lauren Duca] (hope she doesn't find out)."

Shkreli had previously asked Duca to go the presidential inauguration with him. Duca posted a screenshot of the private message and commented, "I would rather eat my own organs."



A Twitter source told The Washington Post (https://www.washingtonpost.com/news/the-intersect/wp/2017/01/08/martin-shkreli-was-suspended-from-twitter-for-targeted-harassment-of-a-journalist/?utm_term=.fe1ecc756777) the ban is temporary as long as Shkreli appeals it and makes some required changes to his account.

Shkreli told The Daily Caller if it's not temporary he will move to another social media site.

"It's sort of a double standard. She has harassed me a lot, and I just kind of give it back to her, and that's when she tells her followers to report me and what not," Shkreli added. The pharmaceutical executive, who is currently under indictment for securities fraud, said he found it strange Duca and her followers found his "mocking of a teenage crush" harassment.

Shkreli added that he put the photo-board over the color pink to make it clear this was his intent.

"I didn't do anything vulgar, they were all G-rated photos. It was made to be a tongue-in-check thing, and all of a sudden it became the worst thing ever," Shkreli said.

Duca and her followers were up in arms about Shkreli's profile. One Duca follower, author Dana Schwartz, wrote, "this is insanely fucked up." Duca replied to Schwartz and said, "Like, that's a picture of me and my husband. I feel sick."

Shkreli told TheDC that Duca and her fans will "get what they want" with his suspension. He added that this could have all been settled if Duca had responded to his private message. Had Duca said she is married and that he should leave her alone, there wouldn't have been an issue, Shkreli said. "Instead she takes my private message and blasts it out to the whole world" with a "vile comment," he said.

Shkreli said he wasn't surprised that in their fight he was the one to get suspended even though he believes he was more "measured." He added the reason is that Twitter is a liberal site in his opinion. "From what I've heard they gave people the day off after Trump won if they needed time to cope," he said. **(RELATED: Twitter Promotes Liberal News Stories) (http://dailycaller.com/2016/09/11/twitter-promotes-liberal-news-stories/)**

Shkreli said that despite Duca's comment that she'd rather eat her own organs then be his date, he still has a half-serious crush on her. "That's the kind of look I like believe it or not," Shkreli said. He added, "I've dated Democrats before."

Tags: **Lauren Duca (http://dailycaller.com/buzz/lauren-duca/), Martin Shkreli (http://dailycaller.com/buzz/martin-shkreli/), Twitter (http://dailycaller.com/buzz/twitter/)**

Tab 57

Case 1:15-cr-00637-KAM Document 162-3 Filed 02/17/17 Page 49 of 111 PageID #: 25696

# 'Pharma Bro' Martin Shkreli suspended from Twitter for 'targeted harassment' of a journalist



Entrepreneur and pharmaceutical executive Martin Shkreli listens during a hearing of the House Oversight and Government Reform Committee on Capitol Hill in Washington, DC., on Feb. 4, 2016. (Brendan Smialowski / AFP/Getty Images)

By **Abby Ohlheiser**
The Washington Post

JANUARY 8, 2017, 4:04 PM

Martin Shkreli, the former Turing Pharmaceuticals executive who became known as "Pharma Bro" after he dramatically hiked the price of a drug, was suspended from Twitter on Sunday afternoon. A person at Twitter who is familiar with the matter but declined to be quoted directly confirmed that Shkreli's suspension was related to his harassment of journalist Lauren Duca.

Duca, a freelance journalist, recently wrote a viral op-ed for Teen Vogue titled "Donald Trump is gaslighting America." During a combative appearance on Tucker Carlson's Fox News show just before Christmas, Carlson told Duca that she should stick to writing about "thigh-high boots," and Duca told Carlson that he was "unprofessional" and a "partisan hack." The exchange resulted in her receiving thousands of angry messages, including a rape threat on Christmas Day.

A few days ago, Shkreli started trolling Duca on Twitter.

Case 1:15-cr-00637-KAM Document 162-3 Filed 02/17/17 Page 50 of 111 PageID #: 25697

Sunday, Duca noticed that Shkreli had changed his Twitter profile picture to an image of her, in which Shkreli's face was photoshopped onto that of another man. "I have a small crush on @laurenduca," his Twitter bio read. "Hope she doesn't find out."

Duca tweeted images of the profile changes to Twitter chief executive Jack Dorsey, asking, "How is this allowed."

In a statement to Buzzfeed, Duca said Shkreli had been "harassing me for a while. It's an ongoing thing," adding, "He's been actively tweeting about dating me." The images of her that adorned his Twitter profile were largely from her personal social media accounts. The one that Shkreli had photoshopped himself into, she noted, was originally an image of Duca and her husband. Duca didn't immediately respond to a request for comment from The Washington Post.

"The Twitter Rules prohibit targeted harassment, and we will take action on accounts violating those policies," a Twitter spokesperson said in a statement in response to questions about Shkreli's suspension. Twitter generally doesn't give many details on the actions it takes against specific accounts.

We reached out to Shkreli seeking comment on his suspension, but he replied that he doesn't speak to The Washington Post because it is a "trash extension of the left wing." In a statement to the Verge just before his suspension, Shkreli sad he didn't believe his actions should be considered harassment because Duca hadn't asked him to stop.

According to the person at Twitter familiar with the matter, Shkreli's suspension is temporary. If he decides to appeal his suspension and make some required changes to his account, he will be allowed back on the platform.

Copyright © 2017, Chicago Tribune

**This article is related to:** Twitter, 21st Century Fox

Tab 58

Case 1:15-cr-00637-KAM    Document 162-3    Filed 02/17/17    Page 52 of 111 PageID #: 25699

*RollingStone*    Despicable 'Pharma Bro' Martin Shkreli's Terrible Deeds: A Timeline    

TRENDING     18 WTF Moments From Trump's Unhinged Press Conference     Watch Jimmy Fallon Mock President Trump's Insane Solo...     Super Bowl Halftime Shows Ranked: From Worst to Best

# Despicable 'Pharma Bro' Martin Shkreli's Terrible Deeds: A Timeline

Getting suspended from Twitter for harassing a female journalist is just the latest for "the most-hated man in America"



Entrepreneur and pharmaceutical executive Martin Shkreli leaves after invoking his Fifth Amendment rights during a hearing of the House Oversight and Government Reform Committee on Capitol Hill February 4th, 2016 in Washington, D.C.

By Lilly O'Donnell
January 9, 2017



*Rolling Stone*     Despicable 'Pharma Bro' Martin Shkreli's Terrible Deeds: A Timeline

Twitter on Sunday for harassing Lauren Duca, the freelance

journalist who recently wrote a viral op-ed for *Teen Vogue* titled, "Donald Trump Is Gaslighting America."

The piece caused a stir across the perpetually polarized Internet. It exposed the internalized sexism of liberals, shocked to discover that a publication aimed at teen girls might produce insightful, politically-aware content. It also made Duca a target for countless Twitter trolls with "deplorable" in their handles – and, apparently, for Shkreli.

On January 5th, Duca tweeted a screenshot of a direct message from Shkreli asking if she wanted to be his plus-one to Trump's inauguration, along with the comment "I'd rather eat my own organs." Shkreli then turned his Twitter cover photo into a collage of pictures of Duca, with the words, "For better or for worse til death do us part" scrawled across it – an incredibly creepy image, worthy of *Law & Order: SVU*. He also changed his profile picture to a Photoshopped one with his face over Duca's husband's, an obviously-fake image of himself and Duca where they appear to be cuddling on a couch.

Duca tweeted screenshots of both of these disturbing, stalkerish images on Sunday, tagging Twitter CEO Jack Dorsey. She asked, "How is this allowed @Jack" and commented, "Like, that's a picture of me and my husband. I feel sick."

Amazingly, Twitter reacted, suspending Shkreli's account the same day. Duca handled the whole affair with aplomb, tweeting a selfie on Sunday evening with the message, "Hi haters! Here's a pic of me living my life. Maybe use your energy on something productive instead? Just a thought!"

Shkreli's campaign against Duca is just the latest in a string of controversies that show him to be the actual worst. Here, a timeline of Shkreli's evolution into the full embodiment of everything that's wrong with America, or really, humanity.

● ● ●



2/17/2017

# *Rolling Stone*

Despicable 'Pharma Bro' Martin Shkreli's Terrible Deeds: A Timeline

to holding people's health in his hands. He immediately raises the price from $13.50 per tablet to $750.

**September 2015**
The medical community (and reasonable human beings everywhere) condemns Shkreli's deadly price gouging, pointing out that many patients would now be unable to afford the drug that was keeping them alive. Shkreli doubles down, calling his 5,000 percent price increase of Darapim "not excessive at all" and explaining it was okay because "I'm a capitalist." This episode earns him the nickname "Pharma Bro" and the label of "most-hated man in America."

**October 2015**
Shkreli gives $2,700 to the Bernie Sanders campaign – the maximum allowed for an individual – but his donation is rejected. Sanders' campaign instead sends the money to a Washington, D.C. health clinic, announcing, "We are not keeping the money from this poster boy for drug company greed." Shkreli, upset that he couldn't purchase a sit-down with the presidential contender, proves that he's in fact the poster boy for *all* entitlement, Tweeting that he's so angry at Sanders he "could punch a wall."

**November 2015**: Just two months after earning the world's ire and becoming the face of the evils of the pharmaceutical industry, Shkreli buys the one and only copy of the Wu-Tang Clan album *Once Upon a Time in Shaolin* – a 31-track collector's-edition album packaged in a hand-carved box, complete with a 174-page leather-bound book – for an estimated $2 million.

**December 2015**
He gloats that he hasn't even listened to the album, and that he doesn't intend to share it with anyone but was "[saving] it for a rainy day." Meanwhile, the Senate launches an investigation into soaring drug prices, including Daraprim. Doctors once again condemn the price-gouging by selfish, exploitative executives like Shkreli.

**December 17th, 2015**
Shkreli is arrested for securities fraud, on charges of repeatedly



Case 1:15-cr-00637-KAM    Document 162-3   Filed 02/17/17   Page 55 of 111 PageID #: 25702



## Rolling Stone

Despicable 'Pharma Bro' Martin Shkreli's Terrible Deeds: A Timeline

The company also sues Shkreli for $65 million. He denies all charges, posts $5 million bond, and is free to continue to troll – at least until his trial, which is set for June 2017, when he could be sentenced to up to 20 years if found guilty.

**February 2016**
After he's subpoenaed to testify in front of the House Committee on Oversight and Government Reform about rising drug prices, Shkreli repeatedly invokes his Fifth Amendment right not to incriminate himself, instead smirking his way through the proceedings. Afterwards, he tweets that the lawmakers in charge were "imbeciles."

**October 2016**
After months out of the spotlight, it seems Shkreli could no longer stand the lack of attention. At the height of election hysteria, he tweets that he would release the prized Wu-Tang album, which he'd had under wraps for nearly a year, if Trump won the presidential election.

**November 2016**
Shkreli's wish for a Trump win is granted, but rather than release the entire album as promised, he leaks low-quality livestreams of just two tracks, making sure the world remembers that he has something they want.

**January 2017**
In preparation for his candidate's inauguration, Shkreli launches his disturbing attack on Duca, once again finding a whole new way to be disgusting.

Comments

Topics: AIDS

# Don't Miss a Story

Sign up for our newsletter to receive breaking news directly in your inbox.

| Enter your email address | Sign Up |



Tab 59

Case 1:15-cr-00637-KAM   Document 463-3   Filed 02/17/17   Page 57 of 111   PageID #: 25704

# Martin Shkreli Got Suspended from Twitter for Trolling a Teen Vogue Writer



Drew Angerer/Getty Images

BY: **AMANDA PRESTIGIACOMO** on  JANUARY 9, 2017

**O**n Sunday night, Teen Vogue writer Lauren Duca reported Martin Shkreli, AKA "Pharma Bro", to Twitter CEO Jack Dorsey after he trolled her through Photoshopped pictures and asked her via direct message to attend the Donald Trump inauguration with him. Shkreli was subsequently suspended.

Duca earned momentary fame after a **viral appearance** (http://www.dailywire.com/news/11880/tucker-carlson-plays-dumb-and-insults-liberal-frank-camp) on "Tucker Carlson Tonight." The Teen Vogue writer used condescending rhetoric to deflect from her initial position that Ivanka Trump somehow was to blame for being harassed since she allegedly used feminism to get the "the most anti-woman" candidate, her father Donald Trump, elected. Carlson rolled

...tweet. Now was a total train wreck, and utterly compelling entertainment.

Case 1:15-cr-00637-KAM Document 162-3 Filed 02/17/17 Page 59 of 111 PageID #: 25706

Most are familiar with Shkreli, as he became the most hated man in America after allegedly committing pharmaceutical fraud in 2015. He was a loud, public supporter of Trump during the 2016 election and often ripped apart Democrat Hillary Clinton online.

Duca **told** (https://www.buzzfeed.com/davidmack/martin-shkreli-suspended-from-twitter?utm_term=.rtv3EZQ24z#.xwBdWzA65x) Buzzfeed that Shkreli has been "harassing" her for a while, citing him "actively tweeting about dating me" as evidence.

On Thursday, the Teen Vogue writer took a screenshot of Shkreli asking her to be his plus-one to the Trump inauguration via direct message on Twitter. She captioned the private message with, "I would rather eat my own organs."



Shkreli then **posted** (https://www.buzzfeed.com/davidmack/martin-shkreli-suspended-from-twitter?
utm_term=.asyJ2Q8WVg#.fs1V1z06Qv)a creepy collage of photos of Duca collected from the internet as his Twitter
banner, "For Better or Worse, Til Death do Us Part, I'll Love You With Every Single Beat of my Heart," was written
over the photos. He also used a photo of Duca and her husband as his profile picture, only Shkreli's face replaced
her husband's.

Duca immediately reported this to Twitter co-founder Jack Dorsey:



Case 1:15-cr-00637-KAM   Document 162-3   Filed 02/17/17   Page 61 of 111   PageID #: 25708

"I don't know how could this could possibly be allowed because this is an act of targeted harassment," the writer told Buzzfeed. "I know Twitter is struggling to figure out what makes the most sense [with its user guidelines]…but this is an entire profile dedicated to upsetting me."

In reply to Duca's report, Shkreli wrote: "dont disrespect the sovereignty of my love for you. your being unfair."

Shkreli repeatedly defended his trolling with more trolling: "after she was on tucker carlson i admired her resolve. if she doesnt like me back she can just block me or have her friend tell me," he wrote. And, "i made a collage. what?!"

After Buzzfeed contacted Shkreli via direct message, Pharma Boy posted the conversation, writing, "And also what is the buzzing feed."

Shkreli's Twitter account was eventually suspended.

"He's an entitled creep and absolutely deserves to have his account suspended —perhaps indefinitely," Duca said in response to the news.

"I think Martin should know that under no circumstances would I touch him with a 10-foot pole," she added. "It has nothing to do with Donald Trump, but with the fact that he has committed an act of pharmaceutical terrorism."

Twitter guidelines have been the subject of much debate in recent years, particularly their subjective choices of what constitutes "targeted harrassment." Too often we've seen ISIS sympathizers or radicals on the Left, including extreme Black Lives Matter members, voice destructive rhetoric, even death threats, yet are allowed continued use of the medium without repercussions. But if a Left-winger claims to be subject to "harassment," the alleged harasser is almost immediately suspended. Of course, Twitter is allowed to suspend whomever they'd like as a private company, but that doesn't mean the inconsistency, often politically aligned, isn't rather glaring in this respect.

# RECOMMENDED FOR YOU

Tab 60

MUSIC (http://exclaim.ca/music)   FILM (http://exclaim.ca/film)   COMEDY (http://exclaim.ca/comedy)

GAMING (http://exclaim.ca/gaming)   CONTESTS (http://exclaim.ca/contests)

Search Exclaim!

NEWS (http://exclaim.ca/music/news)

HIP-HOP (http://exclaim.ca/music/hip-hop)

# Martin Shkreli Says He Won't Leak Lil Wayne's 'Carter V,' Gets Booted from Twitter

By **Calum Slingerland (http://exclaim.ca/writers/calum_slingerland)**

Published Jan 09, 2017

## Exclusive rap album reveal



SHARE ON FACEBOOK   **(http://facebook.com/share.php?**
u=http%3A%2F%2Fexclaim.ca%2Fmusic%2Farticle%2Fmartin_shkreli_wont_leak_lil_waynes_carter_v_gets_booted_from_twitter)

SHARE ON TWITTER   **(http://twitter.com/intent/tweet?**
url=http%3A%2F%2Fexclaim.ca%2Fmusic%2Farticle%2Fmartin_shkreli_wont_leak_lil_waynes_carter_v_gets_booted_from_twitter&text=Martin+Shkreli+Says+He+Won%27t+Leak+Lil+Wayne%27s+%27Carter+V%2C%27+Gets+Booted+from+Twitter+)

SHARE ON REDDIT   **(http://www.reddit.com/submit?**
url=http%3A%2F%2Fexclaim.ca%2Fmusic%2Farticle%2Fmartin_shkreli_wont_leak_lil_waynes_carter_v_gets_booted_from_twitter&title=Martin+Shkreli+Says+He+Won%27t+Leak+Lil+Wayne%27s+%27Carter+V%2C%27+Gets+Booted+from+Twitter+)

After **boasting (http://exclaim.ca/music/article/martin_shkreli_bought_lil_waynes_tha_carter_v)** that he had acquired **Lil Wayne (http://exclaim.ca/artists/lil_wayne)**'s oft-delayed, unreleased album *Tha Carter V* only two days before Christmas, pharma bro **Martin Shkreli (http://exclaim.ca/artists/martin_shkreli)** has now promised the rapper's team that he won't leak any more of the record online.

*TMZ (http://www.tmz.com/2017/01/08/lil-wayne-martin-shkreli-carter-v-album/)* reports that Wayne's camp went after Shkreli following the online reveal on December 23, looking for assurance that further copies of the unreleased music had not been made. Shkreli reportedly promised the camp that there wouldn't be any further leaks and that he had the only copy as far as he knew.

In December 2014, Lil Wayne spoke on *Tha Carter V,* saying that YMCMB boss Birdman and Cash Money Records **"refuse to release it" (http://exclaim.ca/music/article/lil_wayne_says_cash_money_records_refuse_to_release_carter_v_lp)** and added, "I am a prisoner and so is my creativity." This year, Birdman has said the album is **" (http://www.tmz.com/2017/01/06/birdman-careter-v-lil-wayne-album-coming-out/)definitely coming out" (http://www.tmz.com/2017/01/06/birdman-careter-v-lil-wayne-album-coming-out/)** despite reportedly **not even having a copy of his own (http://www.tmz.com/2016/12/23/martin-shkreli-lil-wayne-carter-v-leak/)**.

Lil Wayne's latest LP was 2015's *FWA (http://exclaim.ca/music/article/lil_wayne-fwa)* (short for "Free Weezy Album"), which arrived through Jay Z's Tidal streaming service.

More recently, Wayne hinted at retirement in September after tweeting that he was **"defenseless and mentally defeated." (http://exclaim.ca/music/article/lil_wayne_tweets_that_he_is_defenseless_and_mentally_defeated)** He also released his prison memoirs titled *Gone 'Til November: A Journal of Rikers Island (http://exclaim.ca/music/article/lil_wayne_officiated_a_same-sex_marriage_in_prison)*.

In other news, Shkreli also found himself in more hot water online after being suspended from Twitter for harassing freelance journalist **Lauren Duca (https://twitter.com/laurenduca)**, recognized for her critical reporting on United States president-elect Donald Trump for *Teen Vogue (http://www.teenvogue.com/story/donald-trump-is-gaslighting-america)*.

After defending her story on Fox News, Shkreli direct messaged Duca, inviting her to Trump's presidential inauguration as his guest on January 20, to which she replied, "I would rather eat my own organs."

Shkreli then changed his Twitter avatar to an edited image of Duca and her husband (with Shkreli's face) embracing each other on a couch, in addition to making a collage his profile header photo. Duca then tweeted the images to Twitter CEO Jack Dorsey.

The platform's rules state that Twitter will "prohibit targeted harassment, and we will take action on accounts violating those policies."

As of press time, Shkreli's Twitter account remains suspended.

   **Martin Shkreli**
@MartinShkreli

News //

Hillside Inside Reveals 2017 Edition

HOT_CHILI_PEPPERS_THE_WEEKND_AND_CHANCE_THE_RAPPER_TOP_2017_BONNAR

VE_TEASE_NEW_ALBUM_VIA_CR

OULD_BECOME_A_BILLION_DOLLAR_INDUSTR

NGTH_MUSIC_FESTIV



> hey
>
> i have a +1 to the inaug if u wanna be my +1
>
> 11:07 AM

**Lauren Duca** @laurenduca    Follow

I would rather eat my own organs

11:08 AM - 5 Jan 2017

19,247    73,316

**Lauren Duca** @laurenduca    5 Jan
I would rather eat my own organs pic.twitter.com/fgeCR2qkfw

**Lauren Duca** @laurenduca    Follow

How is this allowed @jack pic.twitter.com/Wof8MIYHTL
10:55 AM - 8 Jan 2017

3,664    9,978

**Lauren Duca** @laurenduca    Follow

@DanaSchwartzzz @helfitzgerald @jack Like, that's a picture of me and my husband. I feel sick.
11:05 AM - 8 Jan 2017

208    1,420

---

## Comments

**LIL WAYNE (HTTP://EXCLAIM.CA/ARTISTS/LIL_WAYNE)**

*News //*

### Martin Shkreli Says He Bought Lil Wayne's 'Tha Carter V'

Yesterday (December 22), evil pharma bro Martin Shkreli teased on Twitter that he was closing a deal to purchase "another legendary rap alb...

(HTTP://EXCLAIM.CA/MUSIC/ARTICLE/MARTIN_SHKRELI_BOUGHT_LIL_WAYNES

*News //*

### Lil Wayne Says Black Lives Matter "Sounds Weird" Before Storming Out of TV Interview

Lil Wayne has been making some strange remarks about American racial issues in recent months. Back in September, he mentioned that he wasn'...

(HTTP://EXCLAIM.CA/MUSIC/ARTICLE/LIL_WAYNE_SAYS_BLACK_LIVES_MATTER

*News //*

### Lil Wayne Officiated a Same-Sex Marriage in Prison

Lil Wayne's career has been marked by extremely high highs and terribly low lows. A particularly dark chapter in his life will be explored ...

(HTTP://EXCLAIM.CA/MUSIC/ARTICLE/LIL_WAYNE_OFFICIATED_A_SAME-SEX_MARRIAGE_IN_PRISON)

MORE LIL WAYNE >>

**MARTIN SHKRELI (HTTP://EXCLAIM.CA/ARTISTS/MARTIN_SHKRELI)**

*News //*

### Martin Shkreli Says He Bought Lil Wayne's 'Tha Carter V'

Yesterday (December 22), evil pharma bro Martin Shkreli teased on Twitter that he was closing a deal to purchase "another legendary rap alb...

(HTTP://EXCLAIM.CA/MUSIC/ARTICLE/MARTIN_SHKRELI_BOUGHT_LIL_WAYNES

*News //*

### Martin Shkreli Wants to Buy Lil B's Forthcoming 'Black Ken' Mixtape

It's nearly been an entire calendar year since Lil B dropped his most recent mixtape Thugged Out Pissed Off. Lately, he's been assuring hi...

(HTTP://EXCLAIM.CA/MUSIC/ARTICLE/MARTIN_SHKRELI_WANTS_TO_BUY_LIL_B

*News //*

Tab 61

Case 1:15-cr-00637-KAM Document 162-3 Filed 02/17/17 Page 66 of 111 PageID #: 25713

   **33**
shares

ews    Voices    Sports    Culture      

# *The way Martin Shkreli treated a Teen Vogue journalist is typical of male entitlement*

The grand romantic gesture becomes a transactional act: an investment that will return. It validates men unable to recognise their pursuit of women as forceful and discomforting; while women are socialised to remain at all times courteous and convivial, encouraged to be flattered

Lara Williams  |  a month ago |  15  comments

**33**
shares

Like   Click to follow
The Independent Online

   **33** shares

ews    Voices    Sports    Culture      



Martin Shkreli has been removed from Twitter after harassing Lauren Duca

Trump-supporter, hedge-fund defrauder and HIV drug hiker Martin Shkreli has added online-harasser to his roundly charming list of attributes. "Pharma-bro" Shkreli was yesterday suspended from Twitter for using the platform to harass *Teen Vogue* journalist Lauren Duca. In a purported attempt to "date her", Shkreli bombarded Duca with a series of unsolicited direct messages, including one inviting her to attend the inauguration as his plus one, the irony of which is surely not lost on a writer who recently made waves with a scorching op-ed on Donald Trump's gaslighting of America.

After Duca failed to pander to his attentions, he changed the header image of his Twitter profile to what is a presumably homemade collage of images of Duca, updating his profile picture

  **33** shares

ews    Voices    Sports    Culture      

message clear: I am going to assert myself within your existence whether you want me to or not. When called out for his creepy and invasive actions, Shkreli tweeted the journalist with "dont [sic] disrespect the sovereignty of my love for you. your [sic] being unfair." He also claimed to have purchased the domain name "marrymelauren.com". He has a "small crush" on her, he says; an appropriate employment of the language of little boys.

While the behaviour is extreme, there is also something dourly familiar; a man privileging the perceived romance of the gesture over how the object of said affection might respond to it. Even the phrase "object of affection" becomes meaningful, as in the context of the grand romantic gesture, the feelings of the subject of the gesture are null and void; they are rendered truly objectified, passive vessels positioned to receive the manifestations of the male romantics' ego.

Shkreli smirks at questions

Grand romantic gestures are misleadingly romanticised. The Subterranean Homesick Blues inspired placard scene in *Love Actually* springs to mind; in which Andrew Lincoln's character turns up at Kiera Knightly's character's front door, the new wife

 

 

**33**
shares

ews    Voices    Sports    Culture

necessarily silent. Knightly cannot tell him to do one, the heinous creep; instead she is singularly burdened with the knowledge her husband's best mate is obsessed with her.

There are a host of apparently iconic romantic gestures; John Cusack's boombox in *Say Anything*, Dustin Hoffman busting up the wedding in *The Graduate*; all of which telegraph the dogged pursual of women as a manner of wearing us down. The grand romantic gesture becomes a transactional act: a means to an end, an investment that will return. It validates men unable to recognise their pursuit of women as forceful and discomforting; while women are socialised to remain at all times courteous and convivial, encouraged to be flattered, at worst, told to "let them down gently". I recall a friend telling me she had a boyfriend when we were both twelve; he'd stolen her bike and wouldn't give it back until she agreed to "go out" with him. "Isn't that romantic?" her mum commented. But it wasn't romantic, it was extortion – and stealing! But good that nobody explained the difference.

 **UK news in pictures**

‹            ›

   **33**
shares

ews    Voices    Sports    Culture


**16**
show all

Shkreli believes Duca is "not respecting the sovereignty of his love"; it is he who feels entitled to outrage. He is apparently outraged that she is not responsive to his gross, grand gesture, that she didn't require or ask for, that she is not flattered or letting him down gently, as he seems to expect she should. A privileging of his own, tender ego over the feelings of a harassed woman, whose attention he is not entitled to. It is part of the indignation of men who can't understand why you don't want to entertain their advances in a bar, that shout and smile at you in the street and then expect you to. Shkreli clearly does not recognise his behaviour for the deeply creepy harassment it is; it is to his mind, the bombastic gesture that gets you the girl.

More about: |  Martin Shkreli |  Teen Vogue |  Lauren Duca

  Reuse content

Sponsored Links by Taboola

**4 Things I Discovered After Wearing MeUndies For A Month**
AskMen | MeUndies

**Melania Trump's IQ Is Unnerving**
Majorten

**Just Type in Your Name, Wait 10 Seconds, Then Brace Yourself**
TruthFinder People Search Subscription

**Ever Thought Why Donald Trump Doesn't Talk About His Daughter Tiffany? Here's Why**

Tab 62

# Twitter bans Martin Shkreli for harassing journalist

The pharma bro relentlessly trolled and harassed Lauren Duca, who reached out to Twitter and had his account suspended

Arts+Culture (/artsandculture)   News (/news)   3 days ago

Text **Anna Cafolla (/user/AnnaCafolla)**



Martin Shkreli, the pharmaceutical boss loathed for hiking the price of a drug that treats Aids, has been suspended from Twitter for harassing writer Lauren Duca.

Duca, who writes for *Teen Vogue*, shared the DM Shkreli sent her last week, in which he asked her to be his plus one for president-elect Donald Trump's inauguration. She captioned an image of his invitation (https://twitter.com/laurenduca/status/817040025078681600): "I would rather eat my own organs". Duca told *Buzzfeed* that his invitation was "an act of trolling", adding: "I didn't see the need to respect his privacy".

Shkreli is known for hiking the price of Daraprim, a treatment for Aids, from $13.50 to $750. He is currently awaiting trial for fraud, a charge that saw him step down from his role at Turing Pharmaceuticals.

In the aftermath, Shkreli changed his Twitter profile picture to an edited image of Duca with her husband to include his own face. He updated his cover photo to a photo collage of the journalist with a caption: "For better or worse, 'til death do us part, I love you with every single beat of my heart".

His bio read: "small crush on @laurenduca (hope she doesn't find out)".

Share                                123



Shkreli tweeted at Twitter co-founder and CEO, and Square co-founder Jack Dorsey with screenshots of Shkreli's actions and profile, asking him: "How is this allowed (/search)

u=http://www.dazeddigital.com/artsandculture/article/34249/1/twitter&referrer=http://www.dazeddigital.com/artsandculture/ar

(http://www.facebook.com/DazedandConfusedMagazine) (http://twitter.com/Dazed)



3,664     9,978

The pharma bro's account, which was followed by over 200,000 people, was later suspended. A spokesman for Shkreli told *the BBC* he was "not stalking or harassing anyone" and that he hoped his account would be put back up.

"He was not stalking or harassing anyone with his tweets but using the platform as a legitimate means to communicate directly, which he does regularly. He is not a social media stalker and fully respects the rights and privacy of anyone he communicates with," the spokesperson stated.

Lauren Duca has borne the brunt of Trump supporter's vitriol following her article in *Teen Vogue* (http://www.teenvogue.com/story/donald-trump-is-gaslighting-america), "Donald Trump is gaslighting America". She criticised how he has repeatedly contradicted himself, avoided examination of flimsy policies, manipulated the public and undermined real facts.

She faced off with *Fox News* presenter Tucker Carlson (http://www.mediaite.com/online/teen-vogue-writer-battles-tucker-carlson-youre-actually-being-a-partisan-hack/) in debate over members of the public confronting Ivanka Trump.

Since then, Duca has published evidence of abuse and threats online (https://twitter.com/laurenduca/status/818447376968990720). After learning about Shkreli's suspension from Twitter, she told *Buzzfeed news*: "He's an entitled creep and absolutely deserves to have his account suspended —perhaps indefinitely."

"I think Martin should know that under no circumstances would I touch him with a 10-foot pole. It has nothing to do with Donald Trump, but with the fact that he has committed an act of pharmaceutical terrorism."

Tab 63

# Twitter boots ex-pharma exec Martin Shkreli for harassment

Jan. 9, 2017 10:42 AM EST

(MAILTO:?SUBJECT=AP BIG STORY: TWITTER BOOTS EX-PHARMA EXEC MARTIN SHKRELI FOR HARASSMENT&BODY=FROM AP, %0D%0A %0D%0ATWITTER BOOTS EX-PHARMA EXEC MARTIN SHKRELI FOR HARASSMENT. %0D%0A %0D%0ANEW YORK (AP) — FORMER PHARMACEUTICAL EXECUTIVE MARTIN SHKRELI HAS BEEN SUSPENDED FROM TWITTER FOR HARASSING A JOURNALIST. %0D%0A %0D%0AHTTP://BIGSTORY.AP.ORG/ARTICLE/1DCD876576834ED2A2D3A578022C069B)

1 photo



(http://binaryapi.ap.org/a1f51e1965c548ceb4b85f9f4f75

FILE - In this Feb. 4, 2016 file photo,
Pharmaceutical chief Martin Shkreli smiles on
Capitol Hill... **Read more**



NEW YORK (AP) — Former pharmaceutical executive
Martin Shkreli has been suspended from Twitter for
harassing a journalist.

Lauren Duca is a freelance reporter for Teen Vogue
who wrote a piece critical of President-elect Donald
Trump.

After she defended the story in a testy interview with
Fox News host Tucker Carlson, Shkreli invited Duca to
accompany him to Trump's inauguration. Duca
responded by posting Shkreli's offer on Twitter and
saying, "I would rather eat my own organs."

Shkreli later changed his Twitter profile picture to a
digitally edited image in which he appeared to be
embracing Duca on a couch. Duca tweeted pictures
of the change to Twitter CEO Jack Dorsey.

Twitter says in a statement that the platform's rules
"prohibit targeted harassment, and we will take action
on accounts violating those policies."

# Discuss this story on Twitter or Facebook

Tab 64

Case 1:15-cr-00637-KAM Document 162-3 Filed 02/17/17 Page 78 of 111 PageID #: 25725

# Twitter boots ex-pharma exec Martin Shkreli for harassment

Associated Press  |  **JANUARY 9, 2017 — 9:58AM**

NEW YORK — Former pharmaceutical executive Martin Shkreli has been suspended from Twitter for harassing a journalist.

Lauren Duca is a freelance reporter for Teen Vogue who wrote a piece critical of President-elect Donald Trump.

Ads by ZINC



(http://stmedia.startribune.com/images/ows_1454632768812
Pharmaceutical chief Martin Shkreli listens on Capitol Hill in Washington, Thursday, Feb. 4, 2016, during the House Committee on…

After she defended the story in a testy interview with Fox News host Tucker Carlson, Shkreli invited Duca to accompany him to Trump's inauguration. Duca responded by posting Shkreli's offer on Twitter and saying, "I would rather eat my own organs."

Shkreli later changed his Twitter profile picture to a digitally edited image in which he appeared to be embracing Duca on a couch. Duca tweeted pictures of the change to Twitter CEO Jack Dorsey.

Twitter says in a statement that the platform's rules "prohibit targeted harassment, and we will take action on accounts violating those policies."

Tab 65



Case 1:15-cr-00637-KAM   Document 162-3   Filed 02/17/17   Page 81 of 111 PageID #: 25728

Martin Shkreli has given the LGBT community another reason to despise him.

The pharmaceutical executive, who rose to infamy by hiking the price of a drug used for an AIDS-related condition by more than 5,000 percent, is now promoting "clovergender," an identity concocted by trolls to mock LGBT people.

Before his Twitter account was suspended for harassing a *Teen Vogue* writer, Shkreli urged his followers January 4 to "please spread clovergender awareness." The term, which has sprung up on several social media accounts early this year, appeared to be used by adult individuals claiming to be "a child trapped in a man's body who is attracted to other children."

However, "clovergender" is a hoax. *Snopes* debunked it, tracing the birth of "clovergender" and this definition, which ridicules the identity of transgender and gender-

nonbinary people, to a 4chan thread from December 31.

"We're creating a new gender to trolls SJWs with," posted an anonymous user, in a reference to "social justice warriors." They then coined "clovergender" and ascribed fake preferred pronouns like "cl / clir /climself."

"We will be trolling on Tumblr and Facebook," the user stated. Another replied, "I see potential in this."

After gaining momentum on the message boards of 4chan and Reddit, the term did indeed find its way to broader social media. A new Facebook page claimed to be created in response to "the horrible pain and backlash somee [sic] Clovergender people receive. We are against that. We think a kid should do what he wants."

The account's profile picture is a green gender symbol, which combines both male and female sex signs. A four-leaf clover is placed in the center. The page itself, while advocating for pedophilia, is filled with memes that mimic language used by activists to reduce stigma against the LGBT community.




Clovergender
about 2 months ago

Case 1:15-cr-00637-KAM   Document 162-3   Filed 02/17/17   Page 83 of 111 PageID #: 25730

Several Twitter accounts, which follow and retweet LGBT outlets and influencers, are also attempting to intertwine the fake cause with the real-life movement. At least one has attributed Shkreli's Twitter ban to clovergender discrimination.

The ruse duped some folks on social media, who reacted with disgust to the "clovergender" community.

The myth of the sexual predator has dogged the LGBT community since time immemorial. The call for "bathroom bills," which prohibit transgender people from using

Case 1:15-cr-00637-KAM   Document 162-3   Filed 02/17/17   Page 84 of 111 PageID #: 25731

restrooms that correspond with their gender identity, is the most recent example of how conservatives are painting queer people as perverts. "Clovergender," if it perpetuates, will only continue to stoke these mistruths and biases.

Tab 66




NEWS    GAMES    REVIEWS    HOW TO    CULTU

Ad

🏷 TAG    Martin Shkreli  ,  Martin Shkreli Twitter  ,  Lauren Duca  ,  Lauren Duca Twitter

# Martin Shkreli Suspended From Twitter For Harassing Reporter Lauren Duca After Uploading Photoshopped Images & Editing His Bio!

10 January 2017, 4:10 am EST   By **Niyati S.** Mobile & Apps



Martin Shkreli's Twitter account was suspended for harassing a reporter online.   ( Photo by Eduardo Munoz Alvarez/Getty Images )

Martin Shkreli, the ex-CEO of Turing Pharmaceuticals, has been suspended from using Twitter through his account. This Twitter account suspension took place on January 8, after a long period of his targeted harassment against reporter Lauren Duca. Lauren Duca is a freelance reporter.

In an e-mail sent to The Verge, Twitter confirmed this suspension and stated that it was a direct result of the harassment targeted against Duca. However, no further details have been given to this effect. To remind the readers, Duca has caught a lot of public eyes recently after she wrote an essay titled "Trump is Gaslighting America" for the magazine, Teen Vogue.

After the piece became a superhit with the audience and readers, she made an appearance in several interviews and even a face off with Tucker Carlson of Fox News. This particular clip went viral on the internet because Carlson demanded Duca to stop talking about

Sign up for our Newsletter
Enter your email


Case 1:15-cr-00637-KAM Document 462-3 Filed 08/17/17 Page 87 of 111 PageID #: 6573

Martin Shkreli is a Trump supporter with several statements on record to prove the same. This may be the reason he decided to troll her incessantly. Last Thursday, Duca uploaded a screenshot of a direct message from Shkreli on Twitter. To remind the readers, Shkreli whose shot to game is hiking the price of a drug to unimaginable limits and fighting allegations of fraud. He asked her if she wanted to be his date to Trump's inauguration ceremony.

"I would rather eat my own organs," tweeted Duca in response. After this, Shkreli edited his Twitter bio to add that he had "a small crush on @laurenduca" and even edited a photo of Lauren Duca and her husband to include himself in the frame. He kept on doing other antics such as changing his Twitter banner and tweeting that he had purchased the domain name "marrymelauren.com".

His supporters also left no stone unturned by tweeting more and more photoshopped images. Duca then tweeted screenshots of all these elements to Twitter CEO Jack Dorsey following which the final suspension transpired. Duca stated to The Verge:



"Martin Shkreli is engaged in targeted harassment, and absolutely deserves to have his account suspended. It's unfortunate that the only reason people are paying attention is because he's relatively high-profile. Trolling seems to be an automatic occupational hazard for female writers who receive any level of professional attention. That's something Twitter needs to work harder to fix, but obviously the problem runs far deeper."

To get more updates and news, keep watching this space on MobileNApps!

© 2015 - 2017MOBILE & APPS, ALL RIGHTS RESERVED. DO NOT REPRODUCE WITHOUT PERMISSION.

Shop Related Products



Trending Today

MazdaUSA.com

Tab 67

Case 1:15-cr-00637-KAM Document 162-3 Filed 02/17/17 Page 89 of 111 PageID #: 25736

# Pharma Bro Suspended from Twitter Due to Harassment of Journalist

By **Nadine Enan** - January 10, 2017



Martin Shkreli, also known as 'Pharma Bro' who has previously served as the Turing Pharmaceuticals executive has been suspended from the social media platform Twitter as of last Sunday, due to an alleged harassment against journalist Lauren Duca.

A source from Twitter has stated that his suspension is indeed linked with the harassment but refused to be directly quoted.

Duca is a freelance journalist who just recently had written an op-ed piece for Teen Vogue and had given her piece the title of "Donald Trump is gaslighting America."

**Verbal Attacks**

After Duca's piece had been published, she appeared on the Fox News show hosted by Tucker Carlson right before Christmas Day where Carlson had said to her on live television that she should just continue writing about matters such as what he said "thigh-high boots," in which Duca wittingly responded by referring to Carlson as a unprofessional and partisan hack.

Duca's statements resulted in a wave of repercussions where she had been targeted by thousands of people who delivered to her messages of rage and one such individual even threatened to rape Duca on the day of Christmas.

**Shkreli Continues His Own Attacks**

Just days ago Shkreli had apparently changed his profile picture on Twitter in which he had photoshopped his face onto another man's body and then in his bio section he had written that he has a crush on Lauren Duca, and "hope she doesn't find out."

This comes after more trolling that had been carried out by Shkreli against Duca. After this matter Duca messaged Jack Dorsey, the chief executive of Twitter and sent him the photos of Shkreli's recent images and bio updates in which she asked Dorsey how such behavior is permitted on the social media platform.

A spokesperson for Twitter then stated that their rules and regulations completely prohibit such behavior and deliberate harassment towards individuals, adding that they will take action about this matter as soon as possible.

---

### Nadine Enan

Nadine is a graduate student at the University of Toronto, and spends her time writing about just about every genre.

Tab 68

Case 1:15-cr-00637-KAM   Document 162-3   Filed 02/17/17   Page 91 of 111 PageID #: 25738

http://www.laloyolan.com/opinion/rule-of-thumb-martin-shkreli-spring-semester-and-the-fort/article_b91398a3-f443-5d20-a407-d71bc966399f.html

# Rule of Thumb: Martin Shkreli, Spring Semester and the Fort Lauderdale shooting

Matthew Williams, Opinion Intern Samantha Davis, Asst. Opinion Editor J.R. Bellavia, Opinion Intern
Jan 10, 2017



**Thumbs up: Twitter Suspends Martin Shkreli**

Recently, Twitter disabled Martin Shkreli's Twitter account for harassing reporter Lauren
Duca. Shkreli is known for raising the prices of desperately needed cancer and AIDS
medication to extreme highs. But Shkreli also spends his time trolling the internet, looking

Case 1:15-cr-00637-KAM   Document 162-3   Filed 02/17/17   Page 92 of 111 PageID #: 25739

for opportunities to bully and belittle those who he thinks deserve such treatment. Claiming to have a crush on Duca, as reported by Peter Wade in Esquire, Shkreli messaged her on Twitter, asking her to be his date to Donald Trump's inauguration. When Duca denied Shkreli's request, he began to harass her, sending her multiple rude tweets as well as pasting his face onto Duca's husband's in a photograph of the two. In a tweet, Duca expressed her outrage to Twitter CEO Jack Dorsey. Shkreli's account was then removed, as he had in fact violated Twitter rules. In removing his account, Twitter demonstrated a responsibility all social media companies should uphold. While all must be granted the freedom of speech, we cannot allow this freedom to be used in order to harm others. Twitter acted in a way which aligns with this value.

-Matthew Williams, Opinion Intern

**Thumbs sideways: Spring semester**

I feel kind of bad giving this a thumbs sideways rather than a thumbs up, mostly because I spent the last half of break talking about how excited I was for the upcoming semester. There may be some people out there who don't love class as much as I do. But almost all of my college-age friends look forward to coming back to campus after break, whereas in high school a new semester was met with dread. Though the fun of new professors, new books and seeing friends comes with some drawbacks. Staying up all night writing research papers or studying for midterm exams, the absolute terror felt when waking up five minutes before class starts and spending half of your meal plan money on coffee aren't exactly causes for celebration. (Unless you're into that. Then good for you, please teach me your ways.) Still, we're all here regardless of our distaste for stress, and there's so much to look forward to this semester. Welcome to 2017!

-Samantha Davis, Asst. Opinion Editor

**Thumbs down: Fort Lauderdale shooting**

On Friday, Esteban Santiago shot 11 people, killing five at Fort Lauderdale international airport in Florida. With information about the shooter being released to the public, it is becoming evident that this incident never should have happened. Since being discharged

Case 1:15-cr-00637-KAM   Document 162-3   Filed 02/17/17   Page 93 of 111 PageID #: 25740

from the National Guard, Santiago has drawn FBI red flags. News of his mental instability has come to light as well, with his family claiming that Santiago had visions and heard voices. Gun laws are difficult to navigate, but someone who told the FBI Anchorage office that he was "having terroristic thoughts and believed he was influenced by ISIS," as reported by CNN, should not have been able to own a weapon and ammunition, let alone travel with them on a plane.

-J.R. Bellavia, Opinion Intern

---

Matthew Williams

---

Samantha Davis

---

Joseph Bellavia

Tab 69

Case 1:15-cr-00637-KAM Document 163-3 Filed 02/17/17 Page 95 of 111 PageID #: 25742



Image Credit: AP

## Twitter suspended Martin Shkreli — but his legacy of abusing women online lives on



By Melanie Ehrenkranz
January 10, 2017
Get Mic daily:

Enter your email address

Sign up
That's not a valid email address!
You're in! We'll email you soon.

Chop off one of the many heads of the serpent Hydra and another will grow back. Silence a bully on Twitter and an army of trolls will flood your mentions with porn, memes, threats and abuse.

Case in point: On Sunday, Twitter suspended Martin Shkreli, the "most hated man on the internet," for targeting journalist Lauren Duca — the author of *Teen Vogue*'s viral essay on Donald Trump — with a particularly creepy form of harassment.

Last week, Shkreli messaged Duca with an invitation to be his plus-one at Trump's inauguration, and she responded with a tweet saying "I would rather eat my own organs" and a screenshot of his DM attached.

The notorious "Pharma Bro" and internet troll — he's harassed female journalists before — responded by crafting a collage of photos of Duca and making it his Twitter header.





"For better or worse, 'til death do us part, I love you with every single beat of my heart," the image said. Shkreli also digitally altered his face onto the body of Duca's husband and made it his avatar. According to the *Guardian*, Shkreli claimed Duca disrespected "the sovereignty of [his] love."

Shkreli's account was removed shortly after.

Duca told *BuzzFeed* on Sunday that Shkreli had been harassing her "for a while. "It's an ongoing thing. He's been actively tweeting about dating me. ... I don't know if he's encouraging people to do this, but there's been a small contingent of trolls telling me to sleep with him — but not that politely."

After Shkreli was suspended from Twitter, his supporters seemed even more resolute in sexualizing, intimidating and harassing Duca on the social media site. They continued what Shkreli started, barraging her with threats, taunts, sexualized images of Duca and other forms of abuse. According to Duca, they pledged to release her "nudes" and created accounts impersonating her — a method of trolling that violates Twitter's terms of service.





Case 1:15-cr-00637-KAM Document 463-3 Filed 02/17/17 Page 97 of 111 PageID #: 25744



| 225 | 2,397 |

This type of trolling shows dangerous intent: Harassment like what Duca faces is a way to intimidate and control a victim, said Nicole Amesbury, psychotherapist and head of clinical development at Talkspace. Amesbury noted that for people who work in journalism and media, reputation is important — so when a troll co-opts your face and name to mock you, you've lost control over your image.

"It's a real insidious kind of controlling, manipulating, eerie thing," Amesbury said. She added that because the images Shkreli used of Duca were somewhat normal, ones you might find on her public social media pages, "it's like saying, you know what, we can make you. There's a part of you that we can control."



**This type of harassment is on Twitter's radar.** When *Mic* emailed Twitter about "users creating profile and header images using someone else's photos without their knowledge," a spokesperson was ready with "our Shkreli statement," as follows:

"The Twitter rules prohibit targeted harassment, and we will take action on accounts violating these policies."

They continued what Shkreli started, barraging her with threats, taunts, sexualized images of Duca and other forms of abuse. According to Duca, they pledged to release her "nudes" and created accounts impersonating her.

With no mention of Shkreli or Duca's name in *Mic*'s email to Twitter, the company still identified Shkreli as the source of this type of harassment. That's because one man's troubling abuse swells to more disturbing proportions when he has legions of followers. Amesbury referred to it as "mob mentality" — it's the method right-wing celebrity troll Milo Yiannopoulos used to target actress and comedian Leslie Jones before he himself was banned from Twitter. He dog-whistled his horde of trolls and encouraged them to do the dirty work.

"If the authority figure is condoning it in any way, it gives some kind of permission for all of those followers or supporters to do the same thing," Amesbury said. "It's creating that group norm — [that] it's all right to behave this way, it's OK to treat people this way. And so they rally together."



Martin Shkreli
Source: Susan Walsh/AP

**Shkreli's infamy didn't just land him headlines — it earned him followers.** Shkreli became famous for spiking the price of an HIV drug, but his troll tactics — like screaming at Hillary Clinton with false rumors about her health — have earned him respect among the group of pro-Trump white-nationalist internet goons who call themselves the "alt-right."

At the time Duca pointed out the harassment to Twitter CEO Jack Dorsey, Shkreli had 192,000 followers. Amesbury said it's easy for followers or supporters "to feel comfortable being harassing or abusive under that kind of umbrella of that person's power."

By the time Shkreli's online abuse warranted a suspension, it was too late: He had amassed an army of avatars hell-bent on sustaining his smear campaign, even in his absence. The hashtag #FreeShkreli emerged as a popular hub for pro-Shkreli and anti-Duca memes, and Duca continues to share snippets of the abusive emails and threatening Twitter activity she's noticed. Virtually every recent tweet of hers contains responses full of NSFW Photoshops and Pepe the Frog image macros. One user even accused her of enabling ISIS.



**Shkreli, bafflingly, blamed Duca for leading him on.** According to the *Daily Caller*, Shkreli said, "Had Duca said she is married and that he should leave her alone, there wouldn't have been an issue."

But while it appears Shkreli's trolls have been emboldened by his removal from the platform, Amesbury still sees the suspension as a good move on Twitter's part. She noted the effectiveness in breaking up the group to dismantle its actions, since members are likely meeting online and not in person — it sends a message that Twitter doesn't condone the behaviors of this micro-group.

With Shkreli, as with Yiannopoulos, Twitter succeeded in removing the talking heads of misogynists — but it failed to eradicate the mob filling the void. In Greek mythology, to kill the Hydra, Iolaus had to seal the wound where the head was chopped off to stop another from growing in its place.

It's not enough to remove the face of a hate movement. The body's still ready to attack.

Like us on Facebook:

Like 608K

SHARE
TWEET
POST

# Tab 70

**NEWS**  EXCLUSIVE

# Martin Shkreli: Sorry, not sorry for trolling journalist

By Joshua Rhett Miller                    January 13, 2017  |  9:04am  |  Updated



Lauren Duca (left) during her appearance on Tucker Carlson Tonight and Martin Shkreli (right)
Fox News; Getty Images

**MORE ON:**
**MARTIN SHKRELI**

Pharma bro headed to Harvard for speaking engagement

Martin Shkreli makes no apologies for "needling" Lauren Duca.

The pharma bad boy — dubbed the "most hated man in America" for jacking up the price of a potentially life-saving drug by 5,000 percent — added to his growing list of reviled hijinks on Sunday when he was banned from Twitter for

allegedly harassing Duca, a Teen Vogue contributing editor who recently wrote a critical op-ed of the President-elect.

But it was Duca's contentious appearance on Tucker Carlson's Fox News show that really set Shkreli off, prompting him to change his Twitter profile picture to an edited image of Duca sitting on his lap. He also created a collage of Duca's photos and set it atop his now-suspended profile, emblazoned with the words: "For better or worse, 'til death do us part, I love you with every single beat of my heart."

Duca then tweeted the profile changes on Jan. 8 to Twitter's chief executive, Jack Dorsey, sparking Shkreli's suspension for harassment.

ADVERTISING



Three days earlier, Duca tweeted a screenshot of Shkreli asking her to be his plus-one to Trump's inauguration. "I'd rather eat my own organs," she replied.

During an exclusive interview at his apartment in Manhattan — one he shares with Trashy, a rescue cat from Philadelphia — Shkreli downplayed the controversy, saying he took publicly available photos and created a collage "more reminiscent of a high school locker" than online harassment.

'To her, I'd say get off your high horse.'

"I look back on it as a waste of time, no doubt," Shkreli told The Post. "I think it would help her to be a little more intelligent and a little less dramatic. She said she prizes rational discourse, but when I messaged her with an invitation, she did the exact opposite of rational discourse."

The invitation was facetious, just an "ironic joke," Shkreli said, one from a Trump supporter who fell in love with Duca's "brilliant" performance on Carlson's show, which culminated with the host suggesting Duca "stick to the thigh-high boots." A stunned Duca mouthed as the camera cut away: "You're a sexist pig."

Shkreli said he took particular issue with Duca's defense of Ivanka Trump being harassed on a JetBlue flight, referring to her tweet not to "let [Trump] off the hook because she looks like she smells good," which Carlson showed during the 11-minute segment.

Shkreli admits he didn't expect to get booted from Twitter for "needling" Duca, whom he actually met briefly for the first time in August during something of a meet-and-greet with reporters at Guy Fieri's restaurant in Times Square.

"She walked in, kind of did a quick tour, and then left," Shkreli said, adding that it wasn't a well-attended affair but was chronicled by Complex and other outlets.

Shkreli — who claims to be a "pretty progressive guy," not some "chauvinist maniac" — said he considers Duca among the young, partisan "super liberal" reporters in New York employed at outlets like Mashable, Buzzfeed or Gizmodo.

"That persona bothers me for some reason," he said. "I'm not saying I can't sleep at night because of it or something — it's a very modest, small bothering — but it's easy to generalize this group as pretty unidimensional. I paint them with one brush and Lauren is part of that group."

Duca declined comment when reached by The Post.

"I've said everything I have to say about him at this point," Duca replied.

Duca detailed Shkreli's "high-profile trolling" in Teen Vogue on Tuesday, saying she's received death and rape threats in recent weeks, some on Christmas Day. She said it's been a tiring and infuriating month, one that had her questioning her faith in humanity. Still, she promised to carry on, not to be stifled by the "scope of harassment" she's endured.

"I'll still be @laurenduca on Twitter until neo-Nazis usher in the inevitable apocalypse," Duca wrote. "Bet on it."

Shkreli, 33, insists what he did was a product of "growing up on the internet," a forum where harassment, trolling and needling are part of the deal, where the separation of cables and wires and physical space allows people to say things they usually wouldn't dare.

"To her, I'd say get off your high horse," Shkreli told The Post. "You're not a political genius and I'm not sure why you think you have a lot to add to every political conversation … She's a speak-first, think-later person and that's what bothers me about her. That's why I needled her, that's why I trolled her – because she is what I believe is a scourge. She does it for publicity … but she has no substance and Tucker sort of exposed her I think a little bit in

**SEE ALSO**



that regard."

Martin Shkreli kicked off
Twitter

As for his droves of critics, Shkreli suggested they
"think hard" about what they saw atop his profile
and ask where that fits within the spectrum of online harassment. At no point did he
apologize for his actions.

"I'd encourage them to think hard about what they saw and ask themselves if they've
seen worse things on the internet and put themselves through my shoes, and how
much needling and harassment I get," Shkreli said. "And really spend some time
thinking if I said any bad words, if I wished any harm on her, if I did anything but be sort
of nice. She said she'd rather eat her own organs than go to an event with me."

But Duca's company won't be needed in Washington after all. Shkreli said he's found a
date: a 20-year-old nursing student named Elizabeth from Westchester County whom
he's been seeing for around six months. She's smart, beautiful and "very right-wing,"
he said.

A Brooklyn judge on Wednesday approved Shkreli's travel to Washington next week
for the festivities, but Shkreli acknowledged to The Post that he doesn't have a ticket to
the inauguration. Nevertheless, he plans to attend several satellite events and parties,
including one hosted by Carlson.

"When it comes to the main event, I want to be careful," Shkreli said. "I don't want to
bring any bad attention to the president, but we'll have to see."

A message seeking comment from Trump's camp regarding Shkreli was not returned
on Thursday.



Martin Shkreli is escorted by law enforcement officials after being arrested for securities fraud on
December 17, 2015 in New York City.

Getty Images

Shkreli remains free on $5 million bail following his arrest in 2015 for allegedly running
an $11 million securities fraud scheme an FBI official likened to a "trifecta of lies, deceit

and greed." Conditions of his release include asking for permission to travel outside of New York.

John Marzulli, a spokesman for the US Attorney's Office for the Eastern District of New York, said Shkreli faces a maximum of 20 years in prison if convicted in the seven-count indictment. The trial is scheduled to begin on June 26.

Benjamin Brafman, one of New York's highest profile defense attorneys whose past clients include Sean Combs and Dominique Strauss-Kahn, is representing Shkreli, who said he expects nothing short of the "trial of the decade" this summer.

Whether he'll take the stand will ultimately be "Ben's choice," Shkreli said, but if he does, Brafman thinks he'll win over jurors.

"Martin is determined to proceed to trial and is very confident that he will be exonerated," Brafman told The Post in a statement. "The decision of whether any of my clients testify at trial is a decision I never make in advance but if Martin did testify, I think the jury would find him brilliant, personable and very honest."

With his freedom on the line, Shkreli insists he's not worried — even if he's convicted.

"I talked to two guys that just came back from stints … you know, I hope you'll see I'm one of the most sanguine people you'll ever meet, I kind of think it would be exciting, you know, to spend six months or a year in prison," Shkreli told The Post.

"I think it would be an adventure to tell your kids about, it'd be something that very few people get to do … I would not want to go to Rikers Island or Sing Sing, where I'd be fearing for my life every day. That would not be appealing in any way, shape or form. Those places are hell on Earth. The federal prison camp system is, you know, Martha Stewart called it reminiscent of Yale. Of course I don't want to go, but I don't view it as a terrible thing. If I had to go for three years, I would view it as a terrible thing."

**FILED UNDER**   <u>MARTIN SHKRELI</u>, <u>MARTIN SHKRELI</u>, <u>SOCIAL MEDIA</u>, <u>TWITTER</u>

# Tab 71



**Martin Shkreli**
January 20 at 9:09pm · Washington ·

Follow

There's never a good time for this. I must admit... I grab 'em by the pussy.

Like Comment Share

1.5K Top Comments

133 shares 130 Comments

Write a comment...

**Steven Dye** Saying a lot for a guy who live-streams from his bed alone almost every night...
Like · Reply · 320 · January 20 at 9:11pm

28 Replies

**Jack Strickland** Just don't do that at the upcoming women's march. Not that I care about feminists being disrespected, I just don't want you getting anything toxic on your hands.
Like · Reply · 78 · January 20 at 9:19pm

15 Replies

**Martha Stodolny** You don't do shit pussy
Like · Reply · 50 · January 20 at 9:13pm

24 Replies

**Kat Ko** You live stream
Your life,
Video evidence suggests otherwise.... See More
Like · Reply · 12 · January 20 at 9:18pm

12 Replies

**Ken Tee**

Like · Reply · 52 · January 20 at 9:24pm

**Laura Michelle** 😳

Like · Reply · 26 · January 20 at 9:16pm

2 Replies

**Christine Lorge** I think you mean you charm the ladies by showing them pictures of Trashy. 😤
Like · Reply · 6 · January 20 at 9:12pm

1 Reply

**Stephon Eerie Von Klemayr**

# Tab 72

Case 1:15-cr-00637-KAM Document 662-3 Filed 02/17/17 Page 109 of 111 PageID #: 25755

# Martin Shkreli greeted by protesters, fire alarm at Harvard talk

BY JASON SILVERSTEIN

NEW YORK DAILY NEWS    Thursday, February 16, 2017, 9:50 AM



Martin Shkreli after a court appearance in Brooklyn. (SIPKIN, COREY/NEW YORK DAILY NEWS)

"Pharma bro" Martin Shkreli went to speak at Harvard University Wednesday night. It didn't get off to a good start.

Protesters and a false fire alarm awaited the pharmaceutical ex-executive and alleged Ponzi schemer as he stopped by the Ivy League school for what was billed as a talk on health care and investing.

Before Shkreli even began speaking at the school's Science Center, someone set off a fire alarm, delaying the talk by about half an hour as attendees waited outside in the rain, according to the Harvard Crimson.

Once everyone returned to the lecture hall, Shkreli issued a warning to potential protesters, telling them, "If any of you guys are planning to walk out, let me know now so I can make fun of you."

Several students took him up on the offer in a staged walkout, The Boston Globe reported. Videos from the event, which was only open to Harvard undergraduates, showed some protesters shouting that Shkreli is a "sexual predator" and a "f---ing racist."

"How am I racist? I am friends with Lil Wayne," Shkreli replied.



 **Nick Merletti**
@NickMerletti

Follow

Harvard triggered by Shkreli part 1

8:05 PM - 15 Feb 2017

1

"Maybe that was racist."

Shkreli, who first faced public hatred for jacking the price of a life-saving pill from $13.50 to $750, focused part of his presentation on health care and hedge fund management. The student group that invited him, the Harvard Financial Analysts Club, warned in advance that Shkreli would not discuss his personal life or his pending criminal case for allegedly defrauding his investors.

But Shkreli apparently couldn't contain himself, and still dredged up some recent controversies.

Shkreli included a presentation slide featuring photos of Lauren Duca, a journalist he harassed online. Twitter suspended Shkreli last month after Duca reported him for posting photos with his face edited onto Duca's husband.

Shkreli also continued his typical pro-Trump trolling, saying the President should "start a drug company" and he would "be proud to help implement this."



**Nick Merletti**
@NickMerletti

**Follow**

Harvard triggered by Shkreli part 2

8:06 PM - 15 Feb 2017

1

The event ended without any violence or arrests.

Shkreli needed permission from a federal judge to travel to Cambridge, as his court case is supposed to restrict his travels outside of New York City.

He traveled last month to speak alongside fellow troll Milo Yiannopoulos at the University of California, Davis, when a protester hit Shkreli in the face with what might have been dog poop.

Yiannopoulos' recent college appearances saw violent riots at the University of California, Berkeley and a non-fatal shooting at the University of Washington.

---

© 2016 New York Daily News