UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
UNITED STATES OF AMERICA,                          :     ECF Case
:
:     No. 15-CR-00637 (KAM)
-against-                                   :
:     **ORAL ARGUMENT REQUESTED**
:     **AND SCHEDULED FOR APRIL 7,**
MARTIN SHKRELI AND EVAN GREEBEL,                   :     **2017**
:
*Defendants*.                   :
:
:
-------------------------------------------------------------------x

# SUPPLEMENTAL DECLARATION OF LISA H. RUBIN IN SUPPORT OF MR. GREEBEL'S MOTION FOR SEVERANCE

I, Lisa H. Rubin, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am Of Counsel with the law firm of Gibson Dunn & Crutcher LLP and licensed to practice law in the State of New York. I also am a member of the bar of this Court. I submit this declaration in support of Mr. Greebel's motion for severance.

2. My February 17, 2017 declaration in support of Mr. Greebel's motion for severance attaches thirty-two exhibits. Attached hereto as Exhibit 33 is a true and correct copy of excerpts from Mr. Shkreli's February 24, 2014 testimony before the United States Securities & Exchange Commission in the civil investigation captioned *In re MSMB Capital Management LLC*, File No. NY-8799, which was produced in full in discovery, and which excerpts bear the Bates numbers SHKRELI000163-164 & SHKRELI000253-255.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: March 10, 2017
      New York, New York

_____
Lisa H. Rubin