# Exhibit A

**MICHAEL S. FRISCH**
5925 Fall Moon Ride
Clarksville, Maryland  21029
Home: (443) 535-8917     Business: (202) 662-9926

---

**EMPLOYMENT**

**Ethics Counsel, Georgetown University Law Center 2001-Present**

Responsible for the investigation of complaints and prosecution of students alleged to have violated the student disciplinary code. Provide advice on ethics issues to attorneys and students in the Law Center's clinical education programs; counsel students on issues of professional responsibility relating to bar admission and employment; participate in a wide array of issues relating to the operation of the Law Center. Faculty Co-Advisor, Georgetown Journal of Legal Ethics. Ethics Advisor to the Center for the Study of the Legal Profession. Member, United States Court of Appeals Advisory Committee on Admissions and Grievances, 2008 – 2014; Member, Maryland Bar Admissions Task Force

**Adjunct Professor of Law, Georgetown University Law Center, 1991 – Present**

Teach required courses in Professional Responsibility and seminar in Advanced Legal Ethics. Supervise independent student research into ethics issues. Received 2004-05 Charles Fahy Distinguished Adjunct Professor Award for juris doctor program and 2015-16 Fahy Award for LLM program.

**Senior Assistant Bar Counsel, Board on Professional Responsibility, District of Columbia Court of Appeals, 1984-2001**

Involved in all phases of attorney discipline system, including investigation and prosecution of allegations of ethical misconduct. Lectured on ethics topics to local and national groups. Presented "Current Developments" panel presentations to National Organization of Bar Counsel. Served as Assistant Bar Counsel until promoted in 1994.

### Private Practice – 1978 – 1984

Active criminal and civil trial appellate practice. Administered operation of private law firm.

### Assistant Federal Public Defender, Maryland 1975 – 1978

Criminal trial and appellate practice in federal courts.

## MEMBERSHIPS

District of Columbia Bar (1975)
Maryland Bar (1980) (Inactive)
United States Supreme Court Bar (1980)
Judicial Conference of the District of Columbia Court of Appeals (1985- 2001)
National Organization of Bar Counsel  (1984 to 2001)
George Washington American Inn of Court (1988-2001)
    President 1995-1996

## PUBLICATIONS

*"Zealousness Run Amok"*; Georgetown Journal of Legal Ethics, Vol. XX at 1035 (Fall 2007)

*"No Stone Left Unturned: The Failure of Attorney Self-Regulation in the District of Columbia"*; Georgetown Journal of Legal Ethics Vol. XVIII at 325 (Spring 2005)

*"The Revolving Door: Theory and Practice";* <u>The Bar Examiner</u> (November, 1987).

*"Competence vs. Neglect: A New Standard of Enforcement"* <u>Immigration Briefings</u> (1990).

Ethics columnist for <u>The Bencher</u>, bi-monthly magazine of the American Inns of Court (1990 – 1995).

Book review: *"Lawyers Crossing Lines",* Georgetown Journal of Legal Ethics, Vol. XV, No. 3 at 555 (Spring 2002).

### **EDUCATION**

Georgetown University Law Center – 1974
Editor, American Criminal Law Review

Case-Western Reserve University, B.A. – 1971