# Exhibit A

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

            v.                                                ECF Case

MARTIN SHKRELI and EVAN GREEBEL,                              No. 15-cr-00637 (KAM)

                        Defendants.

-----------------------------------------------------------x
```

## [PROPOSED] ORDER

THIS MATTER having come before the Court on Evan Greebel's March 13, 2017 letter to the Court (Dkt. 171), and the Court having considered the letter in support of the request, the government taking no position, and Martin Shkreli through counsel's consent,

IT IS HEREBY ORDERED THAT the deadline of the defendants to submit any other substantive, non-*in limine* motions shall be continued from March 17, 2017 to April 7, 2017. Should the defendants file any non-*in limine* motion(s) on April 7, the Court will set a schedule for any opposition by the government and any reply after hearing from the government. Counsel for Mr. Greebel represents that Mr. Greebel will consent to the time that the government seeks to oppose any motions.

    SO ORDERED:

Dated:  March __, 2017
New York, New York

                                                                _____
                                                                HONORABLE KIYO A. MATSUMOTO
                                                                UNITED STATES DISTRICT JUDGE