# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

March 17, 2017

VIA ECF

The Honorable Kiyo Matsumoto
United States District Court Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Shkreli and Greebel*, S1 15 Cr. 637 (KAM)

Dear Judge Matsumoto:

On behalf of Evan Greebel, we respectfully submit this letter to provide an update to the Court regarding our intent to file a motion to obtain documents from Retrophin. We are conferring with counsel for Retrophin in hopes of reaching an agreement with the company such that we would not need to file this motion. Should these efforts not result in a resolution, we will so inform the Court and file a motion to compel by no later than the Court's deadline of March 27, 2017, for all other substantive non-*in limine* motions.

We appreciate Your Honor's time and attention to this matter.

Respectfully submitted,

Reed Brodsky

cc:   All counsel (via ECF)