UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br><br>MARTIN SHKRELI and EVAN GREEBEL,<br><br>*Defendants*. | ECF Case<br><br>No. 15-cr-00637 (KAM) |

### DEFENDANT EVAN GREEBEL'S NOTICE OF MOTION TO STRIKE SURPLUSAGE AND TO DISMISS COUNT EIGHT OF THE SUPERSEDING INDICTMENT

     Defendant Evan Greebel, by and through his undersigned counsel, hereby moves this Court to (1) strike certain words in Paragraph 7 of the Superseding Indictment, which is incorporated into all eight counts, pursuant to Federal Rule of Criminal Procedure 7(d) and the Fifth and Sixth Amendments, and (2) dismiss Count Eight of the Superseding Indictment, pursuant to Federal Rules of Criminal Procedure 7(c) and 12(b)(3)(B), and the Fifth and Sixth Amendments.

     This motion is based on this Notice of Motion, the accompanying Memorandum of Law, all other pleadings and papers on file in this action, and on such other matters as may be presented to the Court at the time of the hearing or before the ruling on this Motion.

Dated:  New York, New York
         March 27, 2017

                                */s/ Reed Brodsky*
                                Reed Brodsky
                                Winston Y. Chan
                                Lisa H. Rubin

                                GIBSON, DUNN & CRUTCHER LLP
                                200 Park Avenue
                                New York, NY 10166
                                (212) 351-4000
                                rbrodsky@gibsondunn.com

                                *Counsel for Defendant Evan Greebel*