

U.S. Department of Justice

United States Attorney
Eastern District of New York

WMP/JMK/AES
F.#2014R00501

271 Cadman Plaza East
Brooklyn, New York 11201

March 28, 2017

By ECF

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: United States v. Martin Shkreli, et al.
           Criminal Docket No. 15-637 (KAM)

Dear Judge Matsumoto:

      On March 27, 2017, the government filed a memorandum of law in support of a motion for a preliminary hearing in the above-captioned matter. See Docket No. 176. The government seeks permission from the Court to withdraw the original memorandum of law and to file an amended memorandum, which corrects typographical errors in the original.

      Respectfully submitted,

      BRIDGET M. ROHDE
      Acting United States Attorney

By:   /s/
      Winston M. Paes
      Jacquelyn M. Kasulis
      Alixandra E. Smith
      Assistant U.S. Attorneys
      (718) 254-6023/6103/6370

cc:    All counsel (via ECF)