# Cooley

Nicholas A. Flath  
+1 212 479 6511  
nflath@cooley.com

Via ECF

April 13, 2017

The Honorable Kiyo A. Matsumoto  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

Re: *United States v. Shkreli and Greebel*, No. 15-CR-00637 (KAM)

Dear Judge Matsumoto:

    I write on behalf of non-party Retrophin, Inc. On Monday, April 10, 2017, Retrophin submitted its opposition to Defendant Martin Shkreli's motion to compel. Exhibit C to Retrophin's opposition (ECF No. 188-3) inadvertently disclosed certain incidental personal information.

    I write to request that the Court order the e-filing clerk to replace the public version of Exhibit C with the enclosed, which has been redacted to remove the personal information.

Respectfully submitted,

Nicholas A. Flath

Encl.

cc:    Counsel for the Parties (Via ECF)