# Exhibit C

| | |
|---|---|
| From: | Andrea Zellan <AZellan@braflaw.com> |
| Sent: | Sunday, March 26, 2017 11:30 AM |
| To: | Flath, Nicholas; Shemtob, Zachary; Shapiro, Ian |
| Subject: | Fwd: PRIVILEGED AND CONFIDENTIAL ATTORNEY WORK PRODUCT |
| Attachments: | Retrophin Privilege Assertions to Discuss.V3.xlsx; ATT00001.htm |

Nick,
Due to IT challenges I had to forward the watched document from my personal email to my professional email and I labeled the email privileges and confidential attorney work product for that transmission.
I am now forwarding to you and so the privilege as to this excel worksheet is waived.

After we spoke Friday I did another review with an eye toward prioritizing. I did that by highlighting different documents in different colors. During my review I did add some documents to the list from the "Retrophin Witheld" Log. I also added document numbers 387, 479, 737.

The key to the color highlights is:

RED = 1st priority. Most of the documents in this category relate to the capitalization table for Retrophin and Retrophin valuation. Some relate to communication and/or minutes to the Board for Retrophin. Some relate to corporate formation advice, audit advice, Board compensation, and Mr. Shkreli's own shares in Retrophin. The FINRA and SEC inquiry regarding Manchester.

ORANGE = 2d priority. All these documents relate to SEC filings or advice on SEC filings and private placements

GREEN = anything that I believe falls within existing waivers by Retrophin I highlighted in Green. Most documents in this category relate to Desert Gateway and the reverse merger.

YELLOW = 3d priority. Most documents in this category relate to advice about securities, audits, options, transfers, employment agreements, board consents, corporate formation, consulting agreements.

I am available to discuss today and this evening. Call my cell- ▮▮▮▮▮▮▮▮ . I will call you back as quickly as possible if I miss your call. I anticipate being in the office most of the day tomorrow.

Andrea

Sent from my iPhone

Begin forwarded message:

> From: Andrea Zellan ▮▮▮▮▮▮▮▮
> Date: March 26, 2017 at 11:06:14 AM EDT
> To: Andrea Zellan <azellan@braflaw.com>
> Subject: **PRIVILEGED AND CONFIDENTIAL ATTORNEY WORK PRODUCT**