# Cooley

Nicholas A. Flath                                                                                                                   Via ECF
+1 212 479 6511
nflath@cooley.com

April 14, 2017

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Shkreli and Greebel*, No. 15-CR-00637 (**KAM**)

Dear Judge Matsumoto:

I write on behalf of non-party Retrophin, Inc. The parties to the above-referenced matter and their counsel have executed the enclosed stipulation and proposed order. The stipulation protects Retrophin's commercially sensitive information, contained in documents produced by Katten Muchin Rosenman LLP in response to Defendant Shkreli's September 28, 2016 subpoena. We request that the Court "so order" the stipulation.

Respectfully submitted,

Nicholas A. Flath

Encl.

cc:     Counsel for the Parties (Via ECF)