# EXHIBIT D1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                    <u>VERDICT SHEET</u>

 - against -                                15 CR 637 (S-1) (KAM)

MARTIN SHKRELI,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**<u>AS TO COUNT ONE:  Conspiracy to Commit Securities Fraud – MSMB Capital</u>**

1. On the charge of conspiracy to commit securities fraud in connection with MSMB Capital in COUNT ONE, how do you find the defendant **MARTIN SHKRELI**?

    **GUILTY** \_\_\_\_\_        **NOT GUILTY** \_\_\_\_\_

**<u>AS TO COUNT TWO:  Conspiracy to Commit Wire Fraud – MSMB Capital</u>**

2. On the charge of conspiracy to commit wire fraud in connection with MSMB Capital in COUNT TWO, how do you find the defendant **MARTIN SHKRELI**?

    **GUILTY** \_\_\_\_\_        **NOT GUILTY** \_\_\_\_\_

**<u>AS TO COUNT THREE:  Securities Fraud – MSMB Capital</u>**

3. On the charge of securities fraud in connection with MSMB Capital in COUNT THREE, how do you find the defendant **MARTIN SHKRELI**?

    **GUILTY** \_\_\_\_\_        **NOT GUILTY** \_\_\_\_\_

**<u>AS TO COUNT FOUR:  Conspiracy to Commit Securities Fraud – MSMB Healthcare</u>**

4. On the charge of conspiracy to commit securities fraud in connection with MSMB Healthcare in COUNT FOUR, how do you find the defendant **MARTIN SHKRELI**?

    **GUILTY** \_\_\_\_\_        **NOT GUILTY** \_\_\_\_\_

2

**AS TO COUNT FIVE:  Conspiracy to Commit Wire Fraud – MSMB Healthcare**

5. On the charge of conspiracy to commit wire fraud in connection with MSMB Healthcare in COUNT FIVE, how do you find the defendant **MARTIN SHKRELI**?

    **GUILTY** \_\_\_\_\_    **NOT GUILTY** \_\_\_\_\_

**AS TO COUNT SIX:  Securities Fraud – MSMB Healthcare**

6. On the charge of securities fraud in connection with MSMB Healthcare in COUNT SIX, how do you find the defendant **MARTIN SHKRELI**?

    **GUILTY** \_\_\_\_\_    **NOT GUILTY** \_\_\_\_\_

**AS TO COUNT SEVEN:  Conspiracy to Commit Wire Fraud – Retrophin**

7. On the charge of conspiracy to commit wire fraud in connection with Retrophin in COUNT SEVEN, how do you find the defendant **MARTIN SHKRELI**?

    **GUILTY** \_\_\_\_\_    **NOT GUILTY** \_\_\_\_\_

**AS TO COUNT EIGHT:  Conspiracy to Commit Securities Fraud – Retrophin**

8. On the charge of conspiracy to commit securities fraud in connection with Retrophin in COUNT EIGHT, how do you find the defendant **MARTIN SHKRELI**?

    **GUILTY** \_\_\_\_\_    **NOT GUILTY** \_\_\_\_\_

DATED:  Brooklyn, NY

_____, 2017