UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>MARTIN SHKRELI and EVAN GREEBEL,<br><br>*Defendants*. | S1 15 Cr. 637 (KAM)<br><br>**PROPOSED VERDICT FORM** |

**PLEASE CHECK YOUR ANSWER AS TO EACH**

**The Jury's verdict must be unanimous on each count.**

**COUNT SEVEN**

How do you find Evan Greebel on Count Seven, Conspiracy to Commit Wire Fraud?

_____ Not Guilty         _____ Guilty

**COUNT EIGHT**

How do you find Evan Greebel on Count Eight, Conspiracy to Commit Securities Fraud?

_____ Not Guilty         _____ Guilty

**Please sign and date the form and tell the Marshal that the jury has reached a verdict.**

Dated: _____, 2017         _____
                                   Signature of Foreperson