**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 15-CR-637 (KAM) |
| - against - | **[Proposed] Order** |
| MARTIN SHKRELI and EVAN GREEBEL, | |
| Defendants. | |

THIS MATTER having come before the Court on Defendant Martin Shkreli's Motion to Compel (Dkt. 174-1) and the Court having considered the papers in support of the motion and in opposition to the motion, as well as the letters filed by Retrophin, and the Court having issued an Order on April 19, 2017 requiring Retrophin to produce certain documents implicated by Mr. Shkreli's motion for *in camera* review,

IT IS HEREBY ORDERED that, pursuant to Rule 502(d) of the Federal Rules of Evidence, the parties' use in this proceeding of the 32 documents with the following Bates stamps:

> BA_0009051; KAT_R_0008857; KAT_R_0005161;
> KAT_R_0003946; KAT_R_0016137; KAT_R_0018063;
> BA_0003954; BA_0014820; BA_0000713; BA_0003808;
> BA_0019088; BA_0022348; BA_0003907; BA_0000435;
> BA_0000436; BA_0030380; BA_0030381; BA_0030036;
> BA_0006008; BA_0070297; BA_0072701; BA_0043715;
> BA_0042410; BA_0071337; BA_0060321; BA_0043465;
> BA_0068353; BA_0036836; BA_0074174; BA_0054696;
> BA_0071304; BA_0071333

does not constitute a waiver, in this or any other proceeding, of any attorney-client privilege or work-product protection that nonparty Retrophin, Inc. may have in such materials.  This Order shall be interpreted to provide the maximum protection allowed by Rule 502(d) of the Federal Rules of Evidence.

**SO ORDERED:**

Dated: April __, 2017                    _____