

U.S. Department of Justice

United States Attorney
Eastern District of New York

JMK/AES
F.#2014R00501

271 Cadman Plaza East
Brooklyn, New York 11201

April 27, 2017

By Hand and ECF

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  United States v. Evan Greebel
           Criminal Docket No. 15-637 (KAM)

Dear Judge Matsumoto:

      Pursuant to the Court's April 27, 2017 pretrial scheduling order as to defendant Evan Greebel, the trial date for defendant Greebel is now scheduled for October 16, 2017.  (See Dkt. No. 213).  On July 14, 2016, the parties agreed to exclude time pursuant to the Speedy Trial Act until June 26, 2017, the original trial date.  (See Transcript of July 14, 2016 status conference, at 53-54).  The government and counsel for defendant Greebel now jointly consent to further exclude time pursuant to the Speedy Trial Act until October 16, 2017, and request that the Court so order the exclusion of that time.  In addition, the parties note that the Court, with the parties' consent, designated this case as complex on February 3, 2016.

      Respectfully submitted,

      BRIDGET M. ROHDE
      Acting United States Attorney

By:   /s/
      Jacquelyn M. Kasulis
      Alixandra E. Smith
      G. Karthik Srinivasan
      Assistant U.S. Attorneys
      (718) 254-6103/6370/6013

cc:    All counsel (via ECF)