# Exhibit A

*U.S. v. Shkreli and Greebel*, E.D.N.Y. No. 15 Cr. 637 (KAM)

Retrophin, Inc.'s Cross-Reference of Documents in the Full Logged Set Against Previous Productions to the Government

| # | Bates # | Parent Bates# | Date and Time | From | To | CC or BCC | Original Description on Retrophin Redacted Log | Bates # of Copy Produced to the Government | Bates # of Copy Produced to the SEC | Bates # of Copy Produced in Koestler Arbitration | Revised Treatment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 268 | BA_0029976 | BA_0029976 | 3/27/12 19:05 | | | | | | | RTRX-Koestler0001998 | Retrophin withdraws its privilege claim over BA_0029976. |
| 269 | KAT_R_0019706 | KAT_R_0019706 | 3/27/12 19:15 | | | | | | | RTRX-Koestler00002001 | Retrophin withdraws its privilege claim over KAT_R_0019706. |
| 270 | KAT_R_0020431 | KAT_R_0020431 | 3/27/12 19:15 | | | | | | | RTRX-Koestler00002001 | Retrophin withdraws its privilege claim over KAT_R_0020431. |
| 737 | BA_0037007 | BA_0037006 | 2/13/13 16:38 | | | | | R024006 | | | Retrophin withdraws its privilege claim over BA_0037007. |
| 839 | BA_0037747 | BA_0037747 | 4/18/13 18:50 | | | | | R019286 | RTRX000002009 | | On May 2, 2017, Retrophin clawed back R019286 and RTRX00000002009 and re-produced them to the government and to the SEC in redacted form. |
| 840 | BA_0037748 | BA_0037747 | 4/18/13 18:50 | | | | | R019287 | RTRX000002010 | | On May 2, 2017, Retrophin clawed back R019286 and RTRX00000002010 in their entirety. |
| 841 | BA_0037749 | BA_0037747 | 4/18/13 18:50 | | | | | R019288 | RTRX000002011 | | On May 2, 2017, Retrophin clawed back R019288 and RTRX00000002011 in their entirety. |
| 1120 | BA_0070645 | | 10/1/13 13:18 | | | | | R050883 | | | Retrophin withdraws its privilege claim over BA_0070645. |
| 1121 | BA_0083563 | | 10/1/13 13:18 | | | | | R050883 | | | Retrophin withdraws its privilege claim over BA_0083563. |
| 1381 | BA_0070130 | | 7/25/14 14:00 | | | | | R023166 | RTRX000027991 | | On May 2, 2017, Retrophin clawed back R019648 and RTRX000000027991 and re-produce them to the government and to the SEC in redacted form. |

Names of attorneys are marked with asterisks

CONFIDENTIAL