

U.S. Department of Justice

United States Attorney
Eastern District of New York

JMK/AES
F.#2014R00501

271 Cadman Plaza East
Brooklyn, New York 11201

May 19, 2017

By Hand and ECF

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  United States v. Martin Shkreli and Evan Greebel
          Criminal Docket No. 15-637 (KAM)

Dear Judge Matsumoto:

      Enclosed please find a proposed order regarding the disclosure of grand jury subpoenas served on Retrophin, Inc., in the above-captioned matter. The parties respectfully request that the Court sign and file the proposed order.

                      Respectfully submitted,

                      BRIDGET M. ROHDE
                      Acting United States Attorney

        By:    /s/ Alixandra Smith
                  Jacquelyn Kasulis
                  Alixandra Smith
                  G. Karthik Srinivasan
                  Assistant U.S. Attorneys
                  (718) 254-7000

Enclosure

cc:    All counsel (via ECF)