

| | U.S. Department of Justice |
|---|---|
| | *United States Attorney*<br>*Eastern District of New York* |
| JMK:AES<br>F. #2014R00501 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

May 20, 2017

<u>By ECF and FedEx</u>

Benjamin Brafman, Esq.  Reed Brodsky, Esq.
Marc Agnifilo, Esq.  Lisa Rubin, Esq.
Andrea Zellan, Esq.  Winston Chan, Esq.
Brafman & Associates, P.C.  Gibson Dunn
767 Third Avenue, 26th Floor  200 Park Avenue
New York, New York 10017  New York, NY 10166-0193

    Re: United States v. Martin Shkreli
       United States v. Evan Greebel
       <u>Criminal Docket No. 15-637 (KAM)</u>

Dear Counsel:

   In accordance with Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. This disclosure supplements the government's earlier disclosure under cover of letters dated December 22, 2015, January 15, 2016, March 16, 2016 (Greebel), March 25, 2016 (Shkreli), April 28, 2016, June 2, 2016, June 15, 2016, July 19, 2016, August 5, 2016, September 22, 2016, December 14, 2016, February 8, 2017 and April 19, 2017. In addition, this disclosure is governed by the stipulations so ordered by the Court between the government and defendants (filed as Dkt. Nos. 44 and 47).

   Enclosed is a DVD with the following materials:

| Description | Bates Range or File Name |
|---|---|
| Records received from Interactive Brokers | Interactive-003003 to Interactive-006152[1] |

---

[1] It is the government's understanding that these records contain the same information as the records previously produced from Interactive Brokers on January 15, 2016, March 16, 2016 (Greebel) and March 25, 2016 (Shkreli), but were re-produced in a different format.

| Description | Bates Range or File Name |
|---|---|
| Documents received from individual LY[2] | LY-000000001 to LY-000000078 |
| Documents received from individual JA | JA000000001 to JA00000001615 |
| Documents received from individual JS | S*000524 to S*000918 |
| Documents received from individual RK | RK000001 to RK000941 |

In addition, pursuant to the Court's order dated May 19, 2017 (Docket No. 224), enclosed please find copies of grand jury subpoenas served on Retrophin, Inc., in the above-captioned matter.

Please note that these materials are encrypted; the government will provide passwords under separate cover.

Very truly yours,

BRIDGET M. ROHDE
Acting United States Attorney
Eastern District of New York

By:  /s/ Alixandra Smith
Jacquelyn Kasulis
Alixandra Smith
G. Karthik Srinivasan
Assistant U.S. Attorneys
(718) 254-7000

Enclosure

cc:   Clerk of the Court (KAM) (via ECF) (w/o enclosure)

---

[2] To protect the privacy of individuals who have produced records, the government references these individuals by their initials only.  The identity of these individuals is readily apparent from the records enclosed herein; however, should the defendants have any questions about the identity of these individuals, the government will provide that information under separate cover.