

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMK:AES
F. #2014R00501

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 2, 2017

<u>By ECF and FedEx</u>
Benjamin Brafman, Esq.         Reed Brodsky, Esq.
Marc Agnifilo, Esq.            Lisa Rubin, Esq.
Andrea Zellan, Esq.            Winston Chan, Esq.
Brafman & Associates, P.C.     Gibson Dunn
767 Third Avenue, 26th Floor   200 Park Avenue
New York, New York 10017       New York, NY 10166-0193

Re: United States v. Martin Shkreli
    United States v. Evan Greebel
    Criminal Docket No. 15-637 (KAM)

Dear Counsel:

In accordance with Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. This disclosure supplements the government's earlier disclosure under cover of letters dated December 22, 2015, January 15, 2016, March 16, 2016 (Greebel), March 25, 2016 (Shkreli), April 28, 2016, June 2, 2016, June 15, 2016, July 19, 2016, August 5, 2016, September 22, 2016, December 14, 2016, February 8, 2017 and April 19, 2017 and May 20, 2017. In addition, this disclosure is governed by the stipulations so ordered by the Court between the government and defendants (filed as Dkt. Nos. 44 and 47).

Enclosed is a DVD with the following materials:

| Description | Bates Range or File Name |
|---|---|
| Documents received from the Securities and Exchange Commission ("SEC") | SHKRELI000358-359[1] |

---

[1] Please note that the folder Bates-stamped SHKRELI000359 contains the attachments to the email that is Bates-stamped SHKRELI000358.

| Description | Bates Range or File Name |
|---|---|
| Documents received from the Financial Industry Regulatory Authority ("FINRA") | FINRA000000001 to FINRA000000060 |
| Documents received from individual SS[2] | SS000001 to SS000663 |
| Documents received from individual LY | LY-0000000079 to LY-0000000143 |
| Documents received from individual JS | S*000919 to S*000930 |

Please note that these materials are encrypted; the government will provide passwords under separate cover.

Very truly yours,

BRIDGET M. ROHDE
Acting United States Attorney
Eastern District of New York

By:  /s/ Alixandra Smith
Jacquelyn Kasulis
Alixandra Smith
G. Karthik Srinivasan
Assistant U.S. Attorneys
(718) 254-7000

Enclosure

cc: Clerk of the Court (KAM) (via ECF) (w/o enclosure)

---

[2] To protect the privacy of individuals who have produced records, the government references these individuals by their initials only. The identity of these individuals is readily apparent from the records enclosed herein; however, should the defendants have any questions about the identity of these individuals, the government will provide that information under separate cover.