# Cooley

Ian Shapiro  
+1 212 479 6441  
ishapiro@cooley.com

VIA ECF

June 13, 2017

The Honorable Kiyo A. Matsumoto  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

Re: *United States v. Shkreli and Greebel*, No. 15-CR-00637 (KAM)

Dear Judge Matsumoto:

I write on behalf of non-party Retrophin, Inc. in response to the letter from counsel for Mr. Shkreli dated June 11, 2017. As described in that letter, Mr. Shkreli has requested that Retrophin waive its assertion of attorney-client privilege over twenty-one documents originally produced by Katten Muchin Rosenman LLP in response to Mr. Shkreli's September 28, 2016 subpoena.[1]

Retrophin has reviewed these twenty-one additional documents and has determined that it already waived the privilege over two of them (BA_0024789 and KAT_R_0019706), and that the Court's prior 502(d) order (ECF #231) already encompasses these documents. Two of the other nineteen documents (BA_0031648 and KAT_R_002431) are exact duplicates of these two documents, and Retrophin will produce them unredacted to the Parties for consistency and avoidance of confusion.

Retrophin is prepared to agree to Mr. Shkreli's waiver request over the remaining documents, provided that the Court enters a 502(d) order covering them, as it has done with Retrophin's previous incremental waivers. A proposed 502(d) order is enclosed for the Court's consideration.

---

[1] In the letter filed earlier this afternoon (ECF #243), counsel for Mr. Shkreli referenced twenty-two documents. We have spoken with counsel for Mr. Shkreli by phone and have confirmed that their request encompasses twenty-one documents, not twenty-two.

# Cooley

The Honorable Kiyo A. Matsumoto
June 13, 2017
Page Two

Respectfully submitted,

Ian Shapiro

Encl.

cc:   Counsel for the Parties (Via ECF)

Cooley LLP   1114 Avenue of the Americas   New York, NY   10036
t: (212) 479-6000  f: (212) 479-6275  cooley.com