UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                      Plaintiffs,

        v.

MARTIN SHKRELI and EVAN GREEBEL,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 15-cr-00637 (KAM)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Randy M. Mastro of Gibson, Dunn & Crutcher LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned matter as counsel for Defendant Evan Greebel and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendant Evan Greebel.  The undersigned is a member of this Court in good standing.

Dated: New York, New York
       July 24, 2017

                               GIBSON, DUNN & CRUTCHER LLP

                               By:  *s/ Randy M. Mastro*
                                   Randy M. Mastro

                               200 Park Avenue, 47th Floor
                               New York, New York 10166
                               Telephone:  212.351.4000
                               Facsimile:  212.351.4035
                               rmastro@gibsondunn.com

                               *Attorneys for Defendant Evan Greebel*