SLR:LDM:CSK
F#2014R00501

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

-against-

MARTIN SHKRELI, et. al.

- - - - - - - - - - - - - - - -X

**NOTICE OF APPEARANCE**

15-CR-637 (KAM)

       PLEASE TAKE NOTICE that Assistant United States Attorney Claire S. Kedeshian from this point forward will be an additional Assistant United States Attorney in the above-captioned action.

       All future correspondence to the United States in the above-captioned action should also be sent to:

>    Assistant United States Attorney Claire S. Kedeshian
>    United States Attorney's Office
>    Civil Division, Asset Forfeiture Unit
>    271 Cadman Plaza East, 7th Floor
>    Brooklyn, New York 11201
>    Tel: (718) 254-6051
>    Fax: (718) 254-6081
>    Email: claire.kedeshian@usdoj.gov

In addition, the Clerk of Court is respectfully requested to ensure that all future ECF notifications are also sent to Assistant United States Attorney Claire S. Kedeshian at the email address set forth above.

Dated:   Brooklyn, New York
         July 26, 2017

                                    Respectfully submitted,

                                    BRIDGET M. ROHDE
                                    Acting United States Attorney
                                    Eastern District of New York

                                    *Claire S. Kedeshian*
                            By:     _____
                                    Claire S. Kedeshian
                                    Assistant U.S. Attorney
                                    (718) 254-6051

cc: Clerk of Court