UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                  15-CR-637 (S-1) (KAM)

MARTIN SHKRELI and
EVAN GREEBEL,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>NOTICE OF APPEARANCE</u>

        PLEASE TAKE NOTICE that Assistant United States Attorney David C.

Pitluck from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter

should be sent to:

    Assistant U.S. Attorney David C. Pitluck
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East, 5th Floor
    Brooklyn, New York 11201
    Tel:  (718) 254-6108
    Fax: (718) 254-7499
    Email: david.pitluck@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney David C. Pitluck at the email address set forth above.

Dated:   Brooklyn, New York
         August 11, 2017

                              Respectfully submitted,

                              BRIDGET M. ROHDE
                              Acting United States Attorney

                      By:    /s/ David C. Pitluck
                             David C. Pitluck
                             Assistant U.S. Attorney

cc:      Clerk of the Court (KAM)