

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMK:AES
F. #2014R00501

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 10, 2017

<u>By ECF and FedEx</u>
Reed Brodsky, Esq.
Lisa Rubin, Esq.
Gibson Dunn
200 Park Avenue
New York, NY 10166-0193

   Re: United States v. Evan Greebel
     <u>Criminal Docket No. 15-637 (KAM)</u>

Dear Counsel:

  In accordance with Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. This disclosure supplements the government's earlier disclosure under cover of letters dated December 22, 2015, January 15, 2016, March 16, 2016 (Greebel), March 25, 2016 (Shkreli), April 28, 2016, June 2, 2016, June 15, 2016, July 19, 2016, August 5, 2016, September 22, 2016, December 14, 2016, February 8, 2017, April 19, 2017, May 20, 2017, June 2, 2017 and June 16, 2017.

  Enclosed is a DVD with the following materials:

| Description | Bates Range or File Name |
|---|---|
| Documents received from McCormick & O'Brien | SHKRELI00953 to SHKRELI00956 |
| Document received from Standard Registrar | Standard-00852 |
| Document received from witness JN | JN0629 to JN0629 |
| Documents received from Retrophin | R0168816 to R0169004 |
| Documents received from VRC | VRC0000001 to VRC0000567 |

| Description | Bates Range or File Name |
|---|---|
| Documents received from witness SR | SR006728 to SR006847[1] |

      Please note that these materials are encrypted; the government will provide the password under separate cover.

            Very truly yours,

            BRIDGET M. ROHDE
            Acting United States Attorney
            Eastern District of New York

By:   /s/ Alixandra Smith
       Jacquelyn Kasulis
       Alixandra Smith
       Assistant U.S. Attorneys
       (718) 254-7000

Enclosure

cc:    Clerk of the Court (KAM) (via ECF) (w/o enclosure)

---

[1] These documents were previously produced with redactions; these versions do not have redactions.