UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>EVAN GREEBEL,<br><br>*Defendant.* | ECF Case<br><br>No. 15-cr-00637 (KAM)<br><br><u>ORAL ARGUMENT REQUESTED</u> |

**MR. GREEBEL'S NOTICE OF MOTION TO DISMISS
COUNT SEVEN OF THE SUPERSEDING INDICTMENT**

Pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B) and in the interest of justice, Evan Greebel hereby moves to dismiss Count Seven of the Superseding Indictment.

This motion is based on this Notice of Motion, the accompanying Memorandum of Law, all other pleadings and papers on file in this action, and on such other matters as may be presented to the Court at the time of the hearing or before the ruling on this Motion.

Dated:   New York, New York
         August 18, 2017

                                        */s/ Reed Brodsky*
                                        Reed Brodsky
                                        Winston Y. Chan
                                        Randy M. Mastro
                                        Lisa H. Rubin

                                        GIBSON, DUNN & CRUTCHER LLP
                                        200 Park Avenue
                                        New York, NY 10166
                                        (212) 351-4000
                                        rbrodsky@gibsondunn.com
                                        *Counsel for Defendant Evan Greebel*