# EXHIBIT C

# ATTACHMENTS

CONFIDENTIAL

R043448

## Steven C. Bennett

| | |
|---|---|
| **From:** | Steven C. Bennett |
| **Sent:** | Thursday, July 02, 2015 12:52 PM |
| **To:** | 'Shapiro, Ian'; 'jjacobson@reitlerlaw.com' |
| **Subject:** | RE: Koestler v. Retrophin & Shkreli |

Counsel:

This will confirm a conversation with Mr. Shapiro yesterday, to the effect that, since the Transfer and Donee Representation Letter references the March 31, 2011 "Founders' Agreement" (i.e., the Limited Liability Company Agreement, dated as of March 31, 2011), and that Agreement calls for AAA arbitration, the Company will take the position that this dispute is subject to arbitration. We will proceed accordingly.

Regards,

Steven C. Bennett

**From:** Steven C. Bennett
**Sent:** Tuesday, June 23, 2015 5:44 PM
**To:** Shapiro, Ian; 'Preheim, Elissa J.'
**Subject:** Koestler v. Retrophin & Shkreli

Counsel:

We have engaged with you, over many months, in an effort to settle the dispute between Dr. Koestler and Retrophin/Shkreli. To date, our efforts have proved unsuccessful. As a result, this is to inform you that Dr. Koestler will initiate litigation against Retrophin and Mr. Shkreli, on or after July 7, 2015, without further notice. Further, as you are already aware, you and your clients should be taking reasonable steps to preserve all data and documents (in paper, electronic or other forms) concerning this dispute.

Regards,

Steven C. Bennett

STEVEN C. BENNETT
PARK JENSEN BENNETT LLP
40 WALL STREET
NEW YORK, NEW YORK 10005
646 200 6345 (DIRECT DIAL)
646 200 6346 (DIRECT FAX)
SBENNETT@PARKJENSEN.COM

This message, together with its attachments, if any, may contain information that is legally privileged and/or confidential, and is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or of its contents, or any attachments, is strictly prohibited. If you have received this message in error, please notify the original sender immediately by return e-mail or by telephone at 646-200-6300 and delete the message, along with any attachments thereto, from your computer. Thank you

CONFIDENTIAL                                                                                                          R043449