# EXHIBIT G





**T:** 202-942-9180
**F:** 202-942-9186

**Case Manager**

Margaret Poppe
JAMS
1155 F Street, NW
Suite 1150
Washington, DC
20004
**T:** 202-533-2024
**F:** 202-942-9186
mpoppe@jamsadr.com

**Video-**
Singer featured in
JAMS mediation video

Listed in *Who's Who Legal: Mediation*, 2015

Recognized as a Best Lawyer, Alternative Dispute Resolution Category, Best Lawyers in America, 2009-Present

*Recognized as a Top Rated Lawyer in Alternative Dispute Resolution, The National Law Journal, 2014*

*Recipient of Prestigious D'Alemberte-Raven Award from the Dispute Resolution Section of the ABA, 2012*

**Linda R. Singer, Esq.**

**Linda R. Singer, Esq.**, a nationally-known neutral, has over 30 years of dispute resolution experience as an arbitrator, mediator, civil litigator, and a neutral evaluator. She served as a special master to the U.S. District Court, S.D.N.Y., and has been appointed as a mediator by numerous federal and state courts. Ms. Singer pioneered the development of mediation as a practice, training fellow mediators and lawyers throughout the United States, Europe, Australia, and New Zealand. She has designed ADR processes for private companies, court systems, and government agencies.

Ms. Singer has resolved thousands of matters in all types of civil litigation, including complex commercial, securities fraud, high-tech, insurance coverage, bankruptcy, products liability, antitrust, employment, civil rights, international, and environmental. Many of these complex, multi-party and class action cases have involved aggregate values in the hundreds of millions. She is described by attorneys who bring cases to her as "calm, tenacious, practical, and intelligent, with a talent for settling cases that no one else can".

**Representative Matters**

- **Complex Employment, Collective and Class Actions:** numerous FSLA and state collective actions involving wage and hour claims; consumer class actions alleging illegal credit reporting, bank or credit card fees, overcharging, or deceptive sales practices; complex ERISA actions involving change of control and severance packages; and Title VII and state law class and multiple plaintiff actions involving claims of discrimination (race, religion, gender, and disability) and retaliation between employees and a variety of private and public defendants
    - Settled eight year-old race discrimination class action against Merrill Lynch and held hearings to distribute the settlement fund amongst class members
    - Resolved multi-million dollar severance claims by eleven executives under ERISA, asserting a change in control upon sales of business units
    - Settled a range of whistleblower, executive compensation and non-compete claims
- **High-tech and Intellectual Property:** electronic marketplace disputes brought by consumers, vendors, and distributors, involving confidential information and trade secrets, competitive technologies, and antitrust allegations
    - Arbitrated putative anti-trust consumer class actions over alleged anti-competitive conduct by telecommunications companies
    - Mediated claims of defamation against the media and employers
    - Served as Panel Chair in an arbitration concerning an internet advertising agreement among Fortune 500 high-tech firms
- **International:** large dollar value trans-border contract disputes involving American and non-American companies
    - Settled federal court case between U.S. chemical supplier and Pakistani pharmaceuticals manufacturer involving conflicts between U.S. and Pakistani law
    - Settled claims of misappropriation of trade secrets and violations of Spanish patents between French and Spanish pharmaceutical manufacturers and distributors and American parent company
    - Resolved post-arbitration dispute over payment of a multi-million dollar liability among French and American manufacturers, insurers, and re-insurers

*Recognized as a Washington, D.C. Super Lawyer by Law & Politics Magazine, 2006-Present*

- **Business and Commercial:** contract, valuation, partnership dissolutions, buyouts, real property, construction defect, debt restructuring, finance, shareholder disputes, and other corporate governance issues
  - Settled tax refund class action against a major hospital system
  - Resolved claims between minority shareholder and board of directors of privately held world-wide corporation regarding liquidation of shares
  - Settled class action for securities fraud involving the purchase of multiple family businesses
  - Settled redlining discrimination claims brought by five civil rights organizations and individual parties against a major insurance company
- **Environmental:** multi-party disputes under CERCLA concerning the allocation of responsibility for hazardous waste removal; damages to natural resources, clean air, and water; public disputes over land use
  - Settled dispute involving more than 200 private parties, local municipalities, and federal and state enforcement agencies, over the allocation of liability for past costs and ongoing operation and maintenance of the Kramer Landfill in New Jersey
  - Settled dispute over reopeners concerning the New Bedford Harbor in Massachusetts

**Comments from Counsel and Others**

- **Federal District Court Judge**: "I wish to take this opportunity to recognize and express deepest appreciation for your work in assisting the successful settlement efforts of the parties. You helped hundreds of litigants perform a nearly impossible task and you have

  served the public interest well."
- **Partner, Top 30 National Law Firm**: "The personal dynamic was particularly challenging, and your tireless efforts were critical in finally resolving this." Senior Official, Federal Agency: "You kept everyone at the table and the ball in the air in circumstances that were highly volatile. Few mediators would have been up to the task."
- **New York-based Partner, Top 100 National Law Firm**: "Please let me once again thank you for all of your hard and successful work in bringing about a resolution. You were savvy at all times and tough when you needed to be. It is my sincere belief that very few other mediators, if any, could have settled this difficult environmental dispute." Partner, Connecticut Law Firm: "Everyone on our side of the case was greatly impressed with your work, and realizes that we could not have gotten this case settled without your help."
- **Partner, DC Law Firm**: "Linda Singer was the best arbitrator that I have appeared before. She had an excellent grasp of all relevant legal issues and quickly assimilated a myriad of documents and facts. Throughout the process she treated counsel and the witnesses with her friendly demeanor that put everyone at ease."
- **Name Partner, DC Law Firm**: "I wanted to thank you, on behalf of my client and myself, for your superb assistance in reaching settlement. I have no doubt at all that, but for your involvement, it wouldn't have happened. You've saved everyone considerable grief and

  expense."
- **Partner, New Jersey Law Firm**: "Thank you for your assistance in facilitating the parties' agreement. Frankly, I don't know how you did it."
- **Partner, Top 100 National Law Firm**: "We were able to reach a mutually agreeable settlement based upon your tremendous and tireless efforts during our day long mediation session in Chicago."
- **Partners, Top Maryland Law Firm**: "We would like to take this opportunity to express our appreciation for the excellent efforts of Linda Singer, whose expertise greatly facilitated the conclusion of extremely complex negotiations between the parties."

**Honors, Memberships, and Professional Activities**

- Recognized internationally by *Who's Who Legal*: Mediation 2017
- Women in Law 2017 Award, *Lawyer Monthly*
- "Lawyer Limelight: Linda Singer," *Lawdragon*, ADR Profile, March 30, 2014
- Recognized by *Washington DC Super Lawyers 2014*
- *Best Lawyers in America*, 2009-Present

- Chair, JAMS Board of Directors
- Recognized as a Top Rated Lawyer in Alternative Dispute Resolution, *The National Law Journal*, 2013
- Recipient of the D'Alemberte/Raven Award from the Dispute Resolution Section of the ABA, 2012
- Selected by *Who's Who Legal* as one of the world's leading Commercial Mediators, 2012
- Selected to the Martindale-Hubbell® Bar Register of Preeminent Women Lawyers, 2012
- National Panel of Distinguished Neutrals, CPR Institute for Dispute Resolution
- Elected as a Neutral Fellow of the College of Labor and Employment Lawyers
- Recognized as a Best Lawyer, Alternative Dispute Resolution Category, *Best Lawyers in America*, 2009-Present
- Member, CPR Panel of Distinguished Neutrals
- Co-author, "Mediating Class Actions," published by the Federal Judicial Center and the ABA Section of Dispute Resolution in *ADR Handbook for Judges*
- Outstanding Achievement for ADR Education and Training, American College of Civil Trial Mediators
- Practical Achievement Award, CPR Institute for Dispute Resolution
- CPR Book Award, *Settling Disputes: Conflict Resolution in Business, Families, and the Legal System*
- Board member: Consensus Building Institute of the Abramson Foundation
- Former board member: JAMS Foundation
- Former member or Board Chair: HASNA Foundation; Board of Governors, District of Columbia Bar; D.C. Judicial Nomination Commission
- Visiting or adjunct faculty member of Law Schools of Georgetown, Harvard, Stanford, George Washington, University of California at Los Angeles, University of New Mexico, and American Universities; trainer for CPR International Institute for Conflict Prevention and Resolution

**Background and Education**

- Principal, ADR Associates, LLC, 1990-2003
- President, non-profit Center for Dispute Settlement, 1971-present
- Partner, Lichtman, Trister, Singer & Ross, Washington, D.C., 1988-2002
- Partner, Goldfarb and Singer, 1971-1988
- Faculty, Harvard's Program of Instruction for Lawyers at the Program on Negotiation, 1987-2012
- J.D., *with highest honors,* George Washington University Law School, 1968
- B.A., *magna cum laude*, Harvard University, 1963

**Disclaimer**

This page is for general information purposes. JAMS makes no representations or warranties regarding its accuracy or completeness. Interested persons should conduct their own research regarding information on this website before deciding to use JAMS, including investigation and research of JAMS neutrals. See More