# EXHIBIT A

**SHKRELI STATEMENTS**

| | Source | Citation | Text |
|---|---|---|---|
| 1 | 10/12/2011 SEC Testimony | Page 18, Lines 3-21 | - Q   What were the -- in the MSMB Healthcare LP, let me make sure I have that right, what are the assets in that account as of today roughly?<br>- A   25 million.<br>- Q   How about at the beginning of the year?<br>- A   I'm not certain.<br>- Q   How about in June of this year?<br>- A   Same amount.<br>- Q   And in August?<br>- A   Approximately the same amount.<br>- Q   Does MSMB –<br>- A   I'd like to correct the record.<br>- Q   Sure.<br>- A   It's approximately 40 million.<br>- Q   40 million.<br>- A   Yes.<br>- Q   Okay.<br>- A   All answers should be corrected from 25 to 40 million.<br>- Q   Okay.  June, August, today.<br>- A   Correct.<br>- Q   Who are the investors in the MSMB Healthcare LP?<br>- A   It's a variety of people and institutions, individuals and institutions. |

| Source | Citation | Text |
|---|---|---|
| 10/12/2011 SEC Testimony | Page 31, Lines 1-18 | • So Endocytosis would borrow $60 million and it would get $20 million from limited partner investors, use the total amount to acquire the stock of Seracare.<br>• A  That is exactly correct.<br>• Q  … Can you take me through that.  Who did you talk to about making these investments?<br>• A  We discussed limited partnership interests with the investors we felt would be interested in those interests, in becoming limited partners in Endocytosis or upon to be established that we would end up establishing.<br>• Q  Who specifically did you talk to?<br>• A  We talked to an array of investors including Darren Blanton, Brett Saunders, Bob Bertolini, Fred Hassan, Sarah Hassan, Tom Kessler and many, many investors … |
| 10/12/2011 SEC Testimony | Page 36, Lines 3-12 | • Who else did you talk about it with respect to the possible equity investment [in Endocytosis for Seracare]?  You said Mr. Hassan and his -- someone else, two people, Fred Hassan and Susan Hassan, do I have the names right?<br>• A  Sarah Hassan.<br>• Q  I'm sorry.<br>• A  Fred and Sarah are father and daughter, I did speak with them about this.<br>• Q  What was their response?<br>• A  Their response as favorable as well. |
| 5/15/2012 Merrill Lynch Testimony | Page 3, Lines 7-13 | • Q.  Mr. Shkreli, would you state your name and your home and business addresses for the record please?<br>• A.  Martin Shkreli. Home address 2080 Ocean Avenue, Apartment 6-C, Brooklyn, New York 11230. Business address 330 Madison Avenue, Sixth Floor, New York, New York 10017. |

2

| | Source | Citation | Text |
|---|---|---|---|
| 5 | 5/15/2012 Merrill Lynch Testimony | Page 6, Line 20 to Page 7, Line 15 | <ul><li>Q. Did you have any formal education following your graduation from City-As-School?</li><li>A. Yes.</li><li>Q. Where?</li><li>A. CUNY Baruch College.</li><li>Q. And when did you first attend CUNY Baruch?</li><li>A. September 2001.</li><li>Q. And for how long did you attend CUNY Baruch?</li><li>A. Three years.</li><li>Q. Did you graduate?</li><li>A. Yes.</li><li>Q. What did you get?</li><li>A. Bachelor's in business administration and finance.</li><li>Q. Was that in 2004?</li><li>A. Correct.</li><li>Q. Did you have any formal education beyond your three years at CUNY Baruch?</li><li>A. No.</li></ul> |
| 6 | 5/15/2012 Merrill Lynch Testimony | Page 14, Lines 14-24 | <ul><li>Q. Why did you leave Intrepid after a year?</li><li>A. I left Intrepid to launch my own hedge fund, Elea Capital.</li><li>Q. That's E-L-E-A?</li><li>A. Yes.</li><li>Q. When did you start operating Elea Capital?</li><li>A. March 1, 2006 was the first day.</li><li>Q. For what period of time did you continue to operate Elea Capital?</li><li>A. Approximately a year and a half.</li></ul> |

| | Source | Citation | Text |
|---|---|---|---|
| 7 | 5/15/2012 Merrill Lynch Testimony | Page 15, Line 9 to Page 16, Line 7 | • Q. What is the maximum amount of assets under management that Elea Capital had?<br>• A. I don't recall.<br>• Q. Approximately?<br>• A. $5 million.<br>• Q. Were the investment results of Elea Capital favorable or unfavorable?<br>• A. Unfavorable.<br>• Q. Unfavorable in what respect? How did it perform?<br>• A. The investors lost their entire principal.<br>• Q. Was that due to one particular trade?<br>• A. Yes.<br>• Q. And did the firm shut down as a result of that loss?<br>• A. Yes.<br>• Q. And what was the nature of the trade that caused the loss of the investors' principal?<br>• A. It was a loss that resulted in greater losses than the firm had in assets. |
| 8 | 5/15/2012 Merrill Lynch Testimony | Page 27, Lines 7-8 | • Q. When did you start MSMB Capital?<br>• A. The middle of 2009. |

4

| | Source | Citation | Text |
|---|---|---|---|
| 9 | 5/15/2012 Merrill Lynch Testimony | Page 37, Line 3 to Page 38, Line 4 | • Q. There's a document that you're familiar with called a private offering memorandum for MSMB Capital Management LP?<br>• A. Yes.<br>• Q. And who prepared that document?<br>• A. I prepared that document.<br>• Q. How did you go about preparing it?<br>• A. I used the private placement memorandum that was furnished to me by my law firm when I created Elea Capital.<br>• Q. So a law firm had prepared the Elea Capital offering memo and you used that as a template.<br>• A. Correct.<br>• Q. What law firm had prepared the Elea Capital offering memo?<br>• A. It was a law firm called Cobb & Eisenberg at the time.<br>• Q. But Cobb & Eisenberg did not have any involvement or participation in the preparation of the MSMB offering memo?<br>• A. I can't recall. I don't think so though.<br>• Q. Did the Cobb law firm ever provide any legal representation to MSMB, that you are aware of?<br>• A. No.<br>• Q. Did MSMB, at any time from the time of its formation in 2009 through February of 2011 – let's focus on that period – at any time in that period did MSMB engage the services of any auditors or CPAs?<br>• A. I don't know.<br>• Q. Did Rothstein Kass ever do any work for MSMB?<br>• A. How do you define "do any work"?<br>• Q. Did they perform any services for which MSMB paid them?<br>• A. No. Specifically related to MSMB Capital Management LP. No. |

| | Source | Citation | Text |
|---|---|---|---|
| 10 | 5/15/2012 Merrill Lynch Testimony | Page 45, Lines 15-22 | • Q. Are you familiar with an entity called NAV Consulting?<br>• A. Yes.<br>• Q. What is NAV Consulting?<br>• A. They are a third-party administrator.<br>• Q. Has NAV Consulting ever performed any services for MSMB Capital Management LP?<br>• A. Not to my recollection, no. |
| 11 | 5/15/2012 Merrill Lynch Testimony | Page 72, Line 24 to Page 73, Line 15 | • Q. During 2010 and the first couple of months of 2011, did MSMB maintain any – any kind of software systems that would – that enabled you as a portfolio manager to track the status and performance of MSMB's portfolio?<br>• A. Yes.<br>• Q. What systems did MSMB maintain along those lines?<br>• A. Microsoft Excel spreadsheets.<br>• Q. And what were the nature of those spreadsheets that – was there anything else besides Microsoft Excel spreadsheets in place?<br>• A. No. Not that I can recall.<br>• Q. Who created these Microsoft Excel spreadsheets?<br>• A. Me and me alone. |
| 12 | 5/15/2012 Merrill Lynch Testimony | Page 74, Line 24 to Page 75, Line 14 | • Q. Did MSMB ever send out periodic reports to its investors in the form of, for example but not exclusively limited to, quarterly letters or annual letters?<br>• A. Yes.<br>• Q. And did it do that during 2010 and 2011?<br>• A. To the best of my recollection, yes.<br>• Q. And was there a particular frequency with which the letters were sent out? IN other words, was there a monthly "letter," a quarterly letter, or anything like that?<br>• A. Monthly.<br>• Q. Monthly letter, okay. And who prepared those letters?<br>• A. I and I alone. |
| 13 | 5/15/2012 Merrill Lynch Testimony | Page 146, Lines 20-23 | • Q. You said that you and you alone were placing these trades in OREX securities on February 1, 2011. Correct?<br>• A. Yes. |

| | Source | Citation | Text |
|---|---|---|---|
| 14 | 08/17/2013 SEC Trial Transcript | Page 17, Lines 18-21 | • Q. And were you primarily responsible for locating investors [for MSMB Capital Management LP]?<br>• A. I'd say 100 percent of those investors were related to my relationships and not anyone else's. |
| 15 | 08/17/2013 SEC Trial Transcript | Page 18, Lines 2-17 | • Q. Mr. Shkreli, I'm handing you what's been marked as Exhibit Number 5, which purports to be a Confidential Offering Memorandum of Limited Partnership Interest in MSMB Capital Management LP. Have you seen this document before?<br>• A. Yes.<br>• Q. Who prepared this document?<br>• Myself.<br>• Q. Was counsel involved in preparing this document?<br>• Any counsel or present counsel?<br>• Q. Any counsel.<br>• A. Well, this document was basically a marked version of the PPM of my first hedge fund, Elea Partners, so no counsel prepared this specific document. Certainly counsel prepared the prior document. |
| 16 | 08/17/2013 SEC Trial Transcript | Page 20, Lines 10-11 | • Q. Each of the investors received [the Confidential Offering Memorandum of Limited Partnership Interest in MSMB Capital Management LP] before they invested?<br>• A. Yes, definitely. |
| 17 | 08/17/2013 SEC Trial Transcript | Page 105, Line 21 to Page 106, Line 8 | • Q. Mr. Shkreli, were you the only person at MSMB who traded OREX that day?<br>• A. Yes.<br>• Q. And I think you said that you thought Mr. Biestek came into the office at about 10 is your recollection?<br>• A. That's correct.<br>• Q. Was there anyone else who was in the MSMB office that day?<br>• A. Yes.<br>• Q. Who was that?<br>• A. We had two other coworkers at the time. One was named Andre Logan and one was named Caroline Stuart. |
| 18 | 08/17/2013 SEC Trial Transcript | Page 172, Lines 15-19 | • Q. We are referring to Mr. Austin's investments, Mr. Shkreli. Did you ever have trading discretion over any of his money?<br>• A. No, not specifically, no. |

| | Source | Citation | Text |
|---|---|---|---|
| 19 | 08/17/2013 SEC Trial Transcript | Page 178, Lines 18-22 | - Q. So what was the maximum asset value for MSMB Capital Management or do you know what it was in December of 2010?<br>- A. I don't, but the fund was never more than 3 million or so. |
| 20 | 08/17/2013 SEC Trial Transcript | Page 188, Line 21 to Page 189, Line 1 | - Did Rothstein Kass ever do any work for MSMB Capital Management LP?<br>- A. No.<br>- Q. And did NAV Consulting ever do any work for MSMB Capital Management LP?<br>- A. No. |
| 21 | 08/17/2013 SEC Trial Transcript | Page 194, Lines 5-17 | - Q. Did you inform the limited partners of MSMB [Capital Management] LP that you were not going to retain an auditor?<br>- A. I don't remember if I gave out an official statement to all the partners or something like this, but I believe they were all aware of that, that that was going to be the case.<br>- Q. What's the basis for your belief that they were aware of that?<br>- A. I think conversations with the limited partners. There are only seven or eight of them, nine of them.<br>- Q. Conversations that you had with them?<br>- A. Yes. |
| 22 | 08/17/2013 SEC Trial Transcript | Page 205, Line 16 to Page 206, Line 9 | - Q. Mr. Shkreli, I'm handing you an exhibit which has been marked as Exhibit 20, which is a collection of e-mails. Actually, they bear the Bates numbers MSMB 1 through 91, although they have been reorganized so that they're organized by customer and chronologically. I think they all bear the subject matter: MSMB Capital Management LP performance estimate or MSMB performance estimate. Have you had a chance to look through those?<br>- A. Yes.<br>- Q. Did you write these?<br>- A. Yes, I wrote all of these.<br>- Q. What are they?<br>- A. They were my attempt to keep the investors apprised of their account values and the performance of the hedge fund.<br>- Q. Did you perform the calculations yourself or did you have someone else do it?<br>- A. Yeah, I did it all by myself. |

| | Source | Citation | Text |
|---|---|---|---|
| 23 | 08/17/2013 SEC Trial Transcript | Page 209, Lines 13-17 | - Q. Did you speak to any other investors [in addition to Darren Blanton] to discuss the trading losses on February 2nd?<br>- A. Yes.<br>- Q. Who else?<br>- A. I would say all of them. |
| 24 | 08/17/2013 SEC Trial Transcript | Page 214, Lines 11-16 | - Q. After February 2, 2011, did you continue to trade stocks for the hedge fund?<br>- A. For that hedge fund, MSMB Capital Management LP?<br>- Q. Yes.<br>- A. The answer is no. |
| 25 | 02/24/14 SEC Trial Transcript | Page 247, Line 12 to Page 248, Line 15 | - Q. Was there a reason you started a new hedge fund at the time you started MSMB Healthcare rather than simply soliciting new investors for MSMB Capital Management?<br>- A. Sure, the MSMB Capital Management LP was the subject of a potential litigation with Merrill Lynch which was subsequently settled and paid and a new fund entity would not have any liability associated with that specific litigation.<br>- Q. What is MSMB Healthcare's current status?<br>- A. The fund has distributed it's capital to its limited partners with a resounding success and will be distributing its final distribution after the repayment of the loan that's the subject of some of today's discussion in the next few weeks and that a fund will be sort of more appropriately wound down and dissolved but for all intents and purposes it hasn't operated in a manner worthy of the term "operation" in over a year. It's just been a holding company, the only asset it has remaining is the personal loan to myself.<br>- Q. So it's no longer trading. Is that correct?<br>- A. It hasn't traded in well over a year.<br>- Q. Other than the loan you mentioned which we'll get into, when were the other assets of the fund distributed?<br>- A. They were distributed shortly after Retrophin's public listing which was on December 12, 2012, 12/12/12, and that marked sort of the liquidity of that investment and shares were distributed pro rata to the limited partners and really that was it as far as I recall. |

| | Source | Citation | Text |
|---|---|---|---|
| 26 | 02/24/14 SEC Trial Transcript | Page 255, Line 7 to Page 256, Line 5 | • Q. You mentioned a personal loan, why don't you describe that for me.<br>• A. Sure, it was a loan of $775,000, it was made to me personally but it was really not -- it didn't have to be a personal loan, at the end of the day this was a loan to satisfy a settlement on a related entity and it beared a ten percent interest. I recall discussing the loan with one of my partners, Marek Biestek, who I believe this Commission is aware of. The loan is soon to be paid back, sort of a function of my own personal liquidity which is just freed up and the type of loan as it was described was to complete a settlement payment which after the repayment of this loan I almost completely paid myself which is something I didn't have to do, this was a loss suffered by a fund, MSMB Capital Management LP. As I mentioned after the next few weeks are done, Mr. Biestek and myself will pay 100 percent of the fund's losses personally.<br>• Q. When was -- was this loan documented?<br>• A. It's a great question. We certainly spent time thinking about how to transact this loan and we did the best we could to document it. As you know, we had not produced documentation of the loan. I remember attempting to document this loan, we did our best to try to do that. We have been unable to produce any such documentation. |
| 27 | 02/24/14 SEC Trial Transcript | Page 256, Lines 15-19 | • Q Where did you -- you say you drafted the [personal] loan [from MSMB Healthcare] personally?<br>• A I did.<br>• Q Was counsel involved?<br>• A No. |
| 28 | 02/24/14 SEC Trial Transcript | Page 260, Lines 2-4 | • Q. Did you make any written disclosure [of the personal loan from MSMB Healthcare] to the limited partners?<br>• A. No. |
| 29 | 02/24/14 SEC Trial Transcript | Pages 260, Lines 20 -22 | • Q. Did you consult with counsel concerning whether you should make disclosure [of the personal loan from MSMB Healthcare] to limited partners?<br>• A. No. |

|    | Source | Citation | Text |
|---|---|---|---|
| 30 | 02/24/14 SEC Trial Transcript | Page 261, Line 22 to Page 262, Line 16 | • Q. You said earlier that but for that personal loan the assets of the MSMB Healthcare fund have been distributed pro rata to the limited partners.<br>• A. Correct.<br>• Q. When was that?<br>• A. As I mentioned earlier in testimony, it was either on or about December 12, 2012 or shortly thereafter, within say weeks, months.<br>• Q. The distribution was in the form of shares of Retrophin?<br>• A. Correct.<br>• Q. What was the valuation placed on the amount of shares that were distributed?<br>• A. There was no specific valuation because the number of shares were simply shares and the stock itself would -- that was the point of sort of doing this, the stock would be the vehicle for my continuing activities and daily liquidity, a stock price you could look up any minute. The stock price at the time was $3 a share, today the stock price is almost $20 per share. |
| 31 | 02/24/14 SEC Trial Transcript | Page 265, Lines 2-9 | • Q. [D]id you read through this private offering memorandum to make sure that it was accurate with respect to MSMB Healthcare?<br>• A. I did.<br>• Q. Did you have any counsel review this document before you distributed it?<br>• A. I can't remember, probably not, at least initially. |
| 32 | 02/24/14 SEC Trial Transcript | Page 266, Line 18 to Page 267, Line 4 | • Q. Did you revise this document in order to use it for an offering of MSMB Healthcare interests?<br>• A. Yes.<br>• Q. Did anyone else participate in revising the document?<br>• A. No.<br>• Q. As part of that process, did you read through the document to make sure that it was appropriate for MSMB Healthcare?<br>• A. Yes.<br>• Q Did anyone else review it?<br>• A. I don't think so. |

| | Source | Citation | Text |
|---|---|---|---|
| 33 | 02/24/14 SEC Trial Transcript | Page 268, Lines 1-6 | • Q Let me just turn your attention to Exhibit A of the [settlement] agreement [with Merrill Lynch] which is Bates page 313, that indicates that MSMB Capital Management's assets and liabilities presumably as of the date of this agreement were zero. Is that accurate?<br>• A Yes. |
| 34 | 02/24/14 SEC Trial Transcript | Page 272, Line 20 to Page 273, Line 6 | • Q. If you look at Section 1 of this [settlement] agreement [with Merrill Lynch], it refers to an additional payment by the MSMB parties of $125,000 and Section 2 provides that the extension upon the payment of that additional amount of the due date from the original date of December 15, 2012 to a new due date of March 1, 2013. What was the purpose of this agreement?<br>• A. It was to facilitate more time to make the settlement payments.<br>• Q. So was -- am I correct that you were unable to make payments, the payment due to Merrill Lynch prior to December 31, 2012. Is that right?<br>• A. Correct. |
| 35 | 02/24/14 SEC Trial Transcript | Page 285, Lines 15-17 | • Q. Who authorized the payment of $775,000 by MSMB Healthcare to Merrill Lynch?<br>• A. I did. |
| 36 | 02/24/14 SEC Trial Transcript | Page 301, Lines 13-22 | • Q Mr. Shkreli, let me hand you what previously has been marked as Exhibit No. 32. These are copies of monthly account statements from MSMB Capital Management's bank account at J.P. Morgan Chase I think starting in September of 2009 and going through July 2011. Have you ever seen these documents before?<br>• A Absolutely.<br>• Q Let me ask you, who had signatory privileges on this account?<br>• A Myself and myself alone. |

| | Source | Citation | Text |
|---|---|---|---|
| 37 | 02/24/14 SEC Trial Transcript | Page 381, Lines 4-16 | • Q. Did the factual content [in the Desert Gateway Form 8-K dated December 12, 2012] about Retrophin come from you?<br>• A. I wouldn't even go that far, I think it probably came from some of my colleagues, I might written some of it but at that point Retrophin was already starting to grow as a company and we had some people who wrote some of the technical information. I certainly could have written it and probably did write some of it.<br>• Q When you say some of your colleagues, who are you referring to?<br>• A Andrew V[a]ino, Marek Biestek and others. I absolutely probably wrote some of the technical information in here. |
| 38 | 02/24/14 SEC Trial Transcript | Page 390, Lines 10-13 | • Q. Would there have been enough cash if everybody [in the MSMB funds] had elected for cash [in September 2012]?<br>• A. No. |
| 39 | 02/24/14 SEC Trial Transcript | Page 412, Lines | • Q. After the date of the September 2012 e-mail and letter you sent out, did you redeem LP interests in MSMB Capital Management for Retrophin shares with limited partners?<br>• A. Yes. As soon as Retrophin went public or shortly thereafter we -- every MSMB entity, both MSMB entities, every one was redeemed for shares and then basically I think the way we looked at it from there was we'd let the market determine sort of what the value of their ownership was.<br>• Q. When you say it was redeemed for shares, you mean there was a distribution of shares to them?<br>• A Correct.<br>• Q Did anyone take a cash payout?<br>• A As far as I can remember, no one asked for a cash payout. |
| 40 | 01/29/2015 FBI/USAO Interview | Page 2 | • The conversation [that led to Shkreli's removal from Retrophin] was concluded when SHKRELI wished ASELAGE and RICHARDSON good luck. The result of this conversation led SHKRELI to start his own company. Many people believed RTRX lost its best asset the day SHKRELI was fired. After SHKRELI was fired by RTRX, he began contacting RTRX investors to understand whether or not stepping down as RTRX's CEO was what they wanted. SHKRELI asked a number of RTRX investors to contact the BOD and make their voices heard. The RTRX shareholders were less supportive of SHKRELI than SHKRELI thought they would be. |

| | Source | Citation | Text |
|---|---|---|---|
| 41 | 01/29/2015 FBI/USAO Interview | Page 3 | • The conclusion of RTRX and SHKRELI parting ways was a settlement. Part of the settlement was RTRX agreed to sell three of their assets to SHKRELI for use in SHKRELI's new company, TURING. |
| 42 | 01/29/2015 FBI/USAO Interview | Page 4 | • SHKRELI confronted PIEROTTI on the telephone and threatened him. |
| 43 | 01/29/2015 FBI/USAO Interview | Page 4 | • SHKRELI and, maybe MAREK BIESTEK, decided on the RTRX stock split amongst employees. |
| 44 | 01/29/2015 FBI/USAO Interview | Page 5 | • In or around March 2006, SHKRELI opened and operated a hedge fund called ELEA CAPITAL. It did not perform. SHKRELI lost $2 million. It was open for about a year. SHKRELI was the lone Portfolio Manager. |
| 45 | 01/29/2015 FBI/USAO Interview | Page 6 | • Both MSMB funds bought shares in RTRX. |
| 46 | 01/29/2015 FBI/USAO Interview | Page 6 | • Monthly MSMB investors received statements. SHKRELI calculated the performance of the fund himself, using Excel. |
| 47 | 01/29/2015 FBI/USAO Interview | Page 7 | • BIESTEK, TILLES, FERNANDEZ, MULLEADY, PIEROTTI, VAINO, and EDMUND SULLLIVAN all received a piece of the 2.5 million unrestricted RTRX shares. The unrestricted shares were used to give RTRX employees an incentive when RTRX went public. SHKRELI expected those who received the unrestricted RTRX shares not to trade them. The individuals who received the 2.5 million unrestricted RTRX shares bought the shares from FEARNOW for one penny each, not from SHKRELI. SHKRELI made the decision on who would receive the unrestricted RTRX shares from FEARNOW. |
| 48 | 01/29/2015 FBI/USAO Interview | Page 7 | • Once PIEROTTI received the unrestricted RTRX shares, PIEROTTI did not show up to work again to perform his duties. The unrestricted RTRX shares, of which PIEROTTI recieved a portion, was a way to give RTRX employees an incentive. |