# EXHIBIT B

**Additional Statements Made by Martin Shkreli in Sworn Deposition Testimony or to Law Enforcement**

|  | Source | Statement |
|---|---|---|
| 1. | 10/12/11 SEC Deposition Testimony at SHKRELI000306, 0013:24-0014:11 | Q: Can you explain that a little bit, the company itself is involved in growth development, explain that a little for me. I'm not sure I understand.<br><br>A: MSMB Capital is drug development as a financial opportunity, MSMB Capital in conjunction with a wholly owned subsidiary called Retrophin is or a partially owned subsidiary, please correct that, is developing a treatment for muscular dystrophy and other rare severe diseases. So it's not just that MSMB invests in companies involved in that kind of development, it's actually -- I guess if you invested in it, you'd be a part owner.<br><br>Q: Did it help found Retrophin? What's the distinction?<br><br>A: I founded Retrophin and many MSMB's employees on their day to day activities participate in Retrophin. |
| 2. | 10/12/11 SEC Deposition Testimony at SHKRELI000336-38, 0071:23-0074:12 | Q: Were you trying to acquire stock in connection with a possible acquisition of Seracare?<br><br>A: I think that question is difficult to answer without more knowledge as to what context you're trying to put that question into.<br><br>Q: Let me ask you this, were you looking for short term trading profits, was it a buy and hold strategy, what were you trying to do?<br><br>A: I think that MSMB's trading strategy isn't as cut and dry as buy and hold or sort of a short term trading strategy. I think it's a mix of both. We still feel -- we felt at all times during this -- all the times produced here from April 2011 or all of 2011 really to be simple, Seracare is an under valued equity and accordingly we've maintained a net long position in Seracare throughout 2011, we have |

1

never once been net short Seracare. So we've had so-called long exposure to Seracare all year long and that exposure reflects our bullishness on Seracare's future stock price.

Q: What's the basis for your feeling that Seracare was undervalued?

A: Our discounted cash flow analysis reveals Seracare's fair value is at least six or seven dollars per share. Most likely if they pursued a more robust strategy for capital deployment, the fair value of the shares could be as much as $10 per share.

Q: I want to direct your attention to July -- I want to look at the trading in the MSMB Healthcare LP on July 11th, I think it's bates stamped 7, the bottom of bates stamp 7. There's long and short transactions if you see on that day and I'll just point your attention to two of them. At the very bottom of the page it looks like there's a short sale of about 559,000 shares, 559,131. Do you see that?

A: Yes, sir.

Q: And then on the same day I guess its two spots up, there's a buy in the one account of 545,800 shares. Do you see that?

A: Yes.

Q: Can you explain to me what your strategy was in buying long and short at the same time in such large amounts.

A: This is a strategy that's often -- I wouldn't call it a strategy necessarily, let's say it's an action that's often referred to as boxing. Are you familiar with boxing?

Q: No, please explain to me.

A: Boxing is a strategy that involves buying and selling at the same time, selling short specifically. I

2

guess the way we say it around our office is we call it leaving the position open. So when you buy a stock, you can either sell it which would reduce your long position or you can sell it short at the same time which would keep your long position but also initiate a new short position. To reduce your economic interest it would allow you to have a long position nevertheless.

Q: Was part of your desire -- was part of your goal in this trading to be able to file a 13-D showing that you had a five percent interest in Seracare? I think there was some benefit to that, yes. Because I note that the 13-D, Exhibit No. 4 that we previously -- July 11th was a trigger date for that filing. Why did you think it would be an advantage to having filed a 13-D? When you own common stock in a company, you can then -- if there is a vote or proposal, et cetera, you can then vote the common stock, the attendant votes that occur with that.

Q: So you have voting rights even if your economic exposure, your ownership is less.

A: That's my understanding.

Q: Would the selling short assist you in being able to have the wherewithal to buy Seracare stock to get up to the five percent?

A: I think it would assist anyone mathematically speaking with respect to the fact that often times it requires very little margin buying power to enter into a boxed trade.

Q: Would you have been able to buy that stock without selling short at the same time?

A: I can't say for certain at this second.

Q: Did you have a position in Seracare prior to January 1, 2011?

A: I can't recall.

Q: What are MSMB's current holdings in Seracare?

A: I refer you to the 13-D, we will likely update that 13-D shortly. We are still net long Seracare.

3

| | | |
|---|---|---|
| | | Q: Do you have fewer number of shares or -- <br><br> A: We do have fewer number of shares. <br><br> Q: Are you below the five percent threshold? <br><br> A: At the moment we are. <br><br> Q: So that would trigger the 13-D filing. <br><br> A: We will have to amend our 13-D filing likely today 12 or tomorrow. |
| 3. | 10/12/11 SEC Deposition Testimony at SHKRELI000326, 0051:22-0052:5 | Q: Without telling me the substance of any conversations you had with counsel, were you consulting with counsel regarding this transaction at that time? <br><br> A: Yes. <br><br> Q: Who were you consulting with? <br><br> A: My principal M&A counsel. <br><br> Q: Who is that? <br><br> A: His name is Evan Grabel [sic], he works at a firm called Katten Muchin Rosenman. |
| 4. | 1/29/15 FBI Memo at SHKRELI000008 | "SHKRELI expected those who received the unrestricted RTRX shares not to trade them." |
| 5. | 1/29/15 FBI Memo at 7 SHKRELI0000008 | "SHKRELI made the decision on who would receive the unrestricted RTRX shares from FEARNOW." |
| 6. | | |

4

| | 12/17/15 FBI Interview at 14:19-15:6 | MARTIN SHKRELI: And—especially the Evan thing was just bizarre, because that's really where the Cooley—Cooley and their lawyers and Steve and the Retrophin guys kind of, you know, really didn't like him.<br><br>CHRISTOPHER DELZOTTO: Mm hmm.<br><br>MARTIN SHKRELI: And they owe his firm money and stuff, and there's just this—it really feels like there's this—you know, it'd be one thing if it was, you know, strictly focused, maybe, on MSMB. But, you know, the Evan dimension and—you know, from what I've heard about this thus far, it really leads me to believe that. |
|---|---|---|
| 7. | FBI 12/22/2015 Memo re: 12/17/15 Interview at SHKRELI000279 | "SHKRELI could not imagine EVEN GREEBEL doing anything wrong." |