# EXHIBIT A

**From:** Smith, Alixandra (USANYE) 12 [mailto:Alixandra.Smith@usdoj.gov]
**Sent:** Wednesday, August 16, 2017 5:44 PM
**To:** Brodsky, Reed <RBrodsky@gibsondunn.com>; Halperin, Jason P.W. <JHalperin@gibsondunn.com>; Rubin, Lisa H. <LRubin@gibsondunn.com>
**Cc:** Kessler, David (USANYE) <David.Kessler@usdoj.gov>; Pitluck, David (USANYE) <David.Pitluck@usdoj.gov>
**Subject:** co-conspirators for Count Eight

As you requested on this morning's call, the government can identify the following co-conspirators for Count Eight: Martin Shkreli, Evan Greebel, Ron Tilles, Marek Biestek, Kevin Mulleady, Thomas Fernandez, Andrew Vaino and Edmund Sullivan.

Thanks,
Alix

Alixandra E. Smith
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
Tel: (718) 254-6370
Fax: (718) 254-7499
Alixandra.Smith@usdoj.gov