# EXHIBIT A

| | |
|---|---|
| **From:** | Martin Shkreli [Martin@msmbcapital.com] |
| **Sent:** | Monday, December 17, 2012 12:52 PM |
| **To:** | Firmwide |
| **Cc:** | Tom Femandez; kevin.mulleady@googlemail.com; Marek Biestek; rontilles@gmail.com; Tim Pierotti; Andrew Vaino (avaino@me.com) |
| **Subject:** | Retrophin |

Hi,

Effective immediately, I am the CEO of Retrophin Inc. MSMB Capital is, as you know, liquidating its hedge funds and this process should be complete shortly. Retrophin has 4 employees: myself, Leonora Izerne, Jackson Su and Michael Smith. If you are not on this list, you are not an employee or consultant to Retrophin and no longer an employee or consultant to Retrophin if you were previously. The same applies to MSMB Capital.

You may use the 777 3rd Avenue office as a courtesy, but must attach yourself to another corporate identity (for instance, Marek Biestek's Wentworth or Ron Tilles' Claridge). You must not use MSMB Capital or Retrophin email accounts, other than for a brief courtesy period.

Finally, to my knowledge, no one other than the 4 direct employees mentioned and our Board of Directors, has material non-public information regarding Retrophin. If you choose to use the 777 3rd Avenue office, please refrain from asking me about developments regarding Retrophin. Any such inquiries will be met with a "no comment" from myself and any Retrophin employee.

It was a pleasure working with you on Retrophin and MSMB Capital. I wish you all of the best in your future endeavors.

Martin Shkreli

GX - 242

1

R012873