# EXHIBIT A

PIEROTTI000114

Retrophin, LLC
777 3rd Avenue, 22nd Fl
New York, NY 10017



NEW YORK NY 100
15 JAN 2013 PM 13 L

Kristen Pierotti
7 Wentworth Road
Summit, NJ 07901

0790183723

GX 120-19

Kristen Pierotti,

Hello Kristen. It was nice to meet you last year at the MISCASTS event. Unfortunately, I am writing this letter to you under less favorable circumstances. Your husband has stolen $1.6 million from my organization and I am pursuing legal action to get it back.

From Day 1 Tim was a terrible employee. My partners and I handed Tim a brand new hedge fund and asked him to do what we thought he knew how to do best – trade and invest. Unfortunately, Tim's idea of investment analysis is nothing more than parroting what he's read on the news. I tried to give Tim new training and tools that would make him semi-marketable in the modern investment world. Tim refused to lift a finger when it came to applying my robust investment methodologies. Instead, Tim chose to leave at 5pm every day, expecting his awful method of picking stocks which hasn't worked his entire career would somehow start working. Finally, Tim was asked to market his fund to new investors and failed to do so. Tim is the kind of person that gives up when the going gets hard and blames others for his shortcomings. We shut Tim's fund down recently and gave him a reasonable severance.

When Tim informed my partner Marek that he was "going to sell his wife's jewelry to pay for their mortgage", I immediately summoned Tim to our offices and gave him a personal check for $5,000. Tim promptly deposited it that day. Tim likes taking my money and doing nothing for it. I told Tim that if he ever needed funds he could rely on me to provide them for him, provided that he worked hard. Of course, Tim doesn't like that part.

We recently re-negotiated Tim's association with our companies which would provide him, in exchange for showing up to work every day and applying his efforts to grow our collective wealth, 400,000 shares of Retrophin, the company I started. Tim took the stock and ran off. He refuses to return our phone calls. This is called fraud.

I had Tim's stock account frozen at his brokerage firm. I am a very determined person, Ms. Pierotti. Your husband has stolen $1.6 million from me and I will get it back. I will go to any length necessary to get it back. Mr. Pierotti has informed my partner that you or he have some kind of legal counsel to assist you against a "frivolous" lawsuit. This is not frivolous. Your husband has broken a contract that no less than 7 people are willing to sign an affidavit attesting to. I offered your husband $40,000 for the safe return of what is rightfully mine and he refused. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆.

Having already frozen your husband's stock account once, I will do so repeatedly until I get what is mine. My lawyers believe I this is an open-and-shut case. Your pathetic excuse of a husband needs to get a real job that does not depend on fraud to succeed. We've worked hard to build Retrophin into a success, something Tim has had nothing to do with. Tim did nothing to build his sad fund into something even remotely substantial and I saw no reason to support his lack of effort.

Needless to say, when I initiate my litigation, I will sue both you and your husband for fraud. I am going to inform the bank who holds your mortgage and local police department that you have committed fraud. I hope to see you and your four children homeless and will do whatever I can to assure this. Your husband's arrogance is infuriating and making an enemy out of me is a huge mistake. I am tempted to withdraw my offer for $40,000 to make this all go away, but I implore you to reason with your husband. $40,000 is enough for him to get off of his ass and find a real job, something I know he truly has no interest in doing.  However, I will leave the offer open as I know you have no interest in you and your husband being sued for fraud and your bank terminating your mortgage, something I assure you I will stop at nothing to accomplish.

Thank You,

Martin Shkreli
1-212-983-1310