# EXHIBIT A

Case 1:15-cr-00637-KAM   Document 340-1   Filed 08/19/17   Page 1 of 2 PageID #: 7883

| | |
|---|---|
| **From:** | Martin Shkreli <Martin@msmbcapital.com> |
| **Sent:** | Tuesday, December 18, 2012 5:39 PM |
| **To:** | brent.saunders@ymail.com; Darren Blanton (DBlanton@coltventures.com); Marek Biestek; Tom Fernandez; Tim Pierotti; kevin.mulleady@googlemail.com; edmund.j.sullivan@gmail.com; George Haywood (gwhaywood642@msn.com) |
| **Subject:** | FW: Google Alert - "martin shkreli" |

Friends & Shareholders,

See the new article out on the deal from Forbes.
One of my priorities for the future is increasing the trading volume in our stock - anything anyone can do to help in this regard is welcome.

Best,
Martin

---

**From:** Google Alerts [mailto:googlealerts-noreply@google.com]
**Sent:** Tuesday, December 18, 2012 9:31 AM
**To:** Martin Shkreli
**Subject:** Google Alert - "martin shkreli"

**News**                                          1 new result for **"martin shkreli"**

30 Under 30: Hedge Fund Gadfly Turns Biotech Entrepreneur
Forbes
**Martin Shkreli**, the 29-year old chief information officer of MSMB Capital in New York, is best known to investors as an activist who battled billionaires ...

---

Tip: Use site restrict in your query to search within a site (site:nytimes.com or site:.edu). Learn more.

Delete this alert.
Create another alert.
Manage your alerts.

1

GX 120-14

CONFIDENTIAL          R014681