# EXHIBIT B

**Outlook Mobile Service (Text Messaging)**

| | |
|---|---|
| From: | Michael M. Smith <michael@msmbcapital.com> |
| Sent: | Tuesday, December 11, 2012 10:03 PM |
| To: | Martin Shkreli; Marek Biestek; Tim Pierotti; Tom Fernandez; Kevin Mulleady; Ron Tilles; Andrew Vaino; Leonora Izerne |
| Subject: | Compliance for Personal Trading Accounts |

Hey everybody,

Starting today, I will need everyone to give me a summary of their holdings every morning. For the time being, I only need the holdings summary of the Scottrade account you recently opened, even if there is nothing in it. In the future I may also require holdings summaries from any other accounts that are being actively traded.

For your Scottrade account, the best summary can be found by clicking the "My Account" tab at the top of the page and selecting the "Positions" section from the menu on the left. There should be a print button on the top right of the page. If you can't give me a hard copy for whatever reason, a screenshot is fine also. If you don't know how to take a screenshot, send me an email and I'll walk you through it.

If in the future I need a statement from one of your other accounts, you would have to find a statement that lists each of your positions individually. A statement that lumps all of your stocks in one line item would be insufficient. Thanks for your help!

Thanks again,

Mike

CONFIDENTIAL

GX 120-11

R023585