

U.S. Department of Justice

United States Attorney
Eastern District of New York

AES
F.#2014R00501

271 Cadman Plaza East
Brooklyn, New York 11201

August 23, 2017

By Hand and ECF

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: United States v. Evan Greebel
          Criminal Docket No. 15-637 (KAM)

Dear Judge Matsumoto:

    Pursuant to the Court's July 14, 2017 amended pretrial scheduling order as to defendant Evan Greebel, replies for motions in limine and any outstanding pretrial motions are due on August 29, 2017. The government respectfully requests a one-day extension of the deadline for replies to August 30, 2017. The defendant has advised that he consents to the request.

                Respectfully submitted,

                BRIDGET M. ROHDE
                Acting United States Attorney

      By:   /s/_____
                Alixandra E. Smith
                David C. Pitluck
                David K. Kessler
                Assistant U.S. Attorneys
                (718) 254-7000

cc:    All counsel (via ECF)