

U.S. Department of Justice

United States Attorney
Eastern District of New York

AES/DCP/DKK
F.#2014R00501

271 Cadman Plaza East
Brooklyn, New York 11201

September 18, 2017

By Hand and ECF

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  United States v. Evan Greebel
       Criminal Docket No. 15-637 (KAM)

Dear Judge Matsumoto:

    Pursuant to the Court's September 15, 2017 Order, the government and defense counsel jointly write to inform the Court that the parties have met and conferred to discuss the admissibility of the evidence that is the subject of pending motions in limine. The parties have not reached any additional agreements about any such evidence. However, the parties plan a further meet and confer this week to discuss the statements of the defendant and Martin Shkreli that will be subject to admission at trial.

            Respectfully submitted,

            BRIDGET M. ROHDE
            Acting United States Attorney

      By:  /s/
          Alixandra E. Smith
          David C. Pitluck
          David K. Kessler
          Assistant U.S. Attorneys
          (718) 254-7000

cc:  All counsel (via ECF)