# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

September 19, 2017

VIA ECF

Honorable Kiyo Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *United States v. Greebel*, S1 15-cr-637 (KAM)

Dear Judge Matsumoto:

We respectfully request a brief extension on consent of the September 29, 2017 deadline to October 2, 2017 for our response to any government submission relating to our supplemental expert disclosures, and of the government's October 2 deadline for any reply to October 5.

Because Yom Kippur begins on September 29 at sundown and Mr. Greebel and a number of us at Gibson Dunn will be observing the Jewish high holidays, we respectfully ask the Court to extend the deadline for our response to October 2, 2017 at 5 p.m.  The government has informed us that it consents to our requested extension so long as the deadline for any submission of a government reply be extended from October 2 to October 5, 2017 at 5 p.m., and we consent to the government's position.

We thank the Court in advance for its time and attention to this request.

Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky

cc:     AUSA Alixandra E. Smith
        AUSA David C. Pitluck
        AUSA David K. Kessler

_____     _____
SO ORDERED                      DATE