# EXHIBIT A

JUROR NO. _____

1. Do you have a financial hardship that would prevent you from serving as a juror in this case?

    Yes_____No _____

    If yes, please explain:

    _____

    _____

2. Do you have any physical, or medical, or emotional condition, or related scheduled appointments, that would make it unusually difficult for you to serve as a juror in this case?

    Yes_____No _____

    If yes, please describe:

    _____

    _____

3. Are you the sole caretaker for a family member that would make it unusually difficult for you to serve as a juror in this case?

    Yes_____No _____

    If yes, please describe:

    _____

    _____

JUROR NO. _____

    4. Do you have any unalterable vacation plans that would make it unusually difficult for you to serve as a juror in this case?

        Yes_____ No _____

    If yes, please describe:

    _____

    _____