# EXHIBIT B

JUROR NO. _____

HON. KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK

JUROR NO. _____

## JUROR INFORMATION SHEET

Please complete the following:

Name: _____

Address: _____

_____

_____

Home Phone: _____

Work Phone: _____

Cell Phone: _____

Email: _____

2

JUROR NO. _____

## JUROR QUESTIONNAIRE
## PRELIMINARY INSTRUCTIONS

Upon your oath or affirmation, you must give true and complete answers to all questions. These questions are not meant to ask unnecessarily about personal matters. Rather, these questions will help the Court determine whether you are able to sit as a juror in deciding this case and will also provide information about you as a juror to help the parties select a jury. **Remember there are no "right" or "wrong" answers**; there are only truthful answers.

THE COURT INSTRUCTS YOU NOT TO DISCUSS THE QUESTIONS AND ANSWERS WITH FELLOW JURORS. IT IS VERY IMPORTANT THAT YOUR ANSWERS BE YOUR OWN INDIVIDUAL ANSWERS. Please try to write as legibly as possible. It is very important that the answers be yours and yours alone.

JUROR NO. _____

## PART I: HARDSHIP

Jury selection will begin on October 18, 2017 and the trial is expected to begin immediately thereafter. Once testimony begins we anticipate the case should last approximately five weeks. Trial will be in session, generally speaking, five days per week from 9:30 a.m. to 5:30 p.m. The trial will recess for national and major religious holidays.

If you are selected as a juror, you will be required to be present for the taking of testimony for as long as the case lasts. You will go home every day after court.

The Court views service on a jury in a federal criminal trial to be one of the highest duties of citizenship. Mere inconvenience of jury service will not be sufficient to excuse a prospective juror.

1. Do you have a financial hardship that would prevent you from serving as a juror in this case?

    Yes_____ No _____

If <u>yes</u>, please explain:

_____

_____

_____

_____

4

JUROR NO. _____

2. Do you have any physical, or medical, or emotional condition, or related scheduled appointments, that would make it unusually difficult for you to serve as a juror in this case?

    Yes_____No _____

    If <u>yes</u>, please describe:

    _____

    _____

3. Are you the sole caretaker for a family member that would make it unusually difficult for you to serve as a juror in this case?

    Yes_____No _____

    If <u>yes</u>, please describe:

    _____

    _____

4. Do you have any unalterable vacation plans that would make it unusually difficult for you to serve as a juror in this case?

    Yes_____No _____

    If <u>yes</u>, please describe:

    _____

    _____

I declare under penalty of perjury that the answers I have given are true and correct.

JUROR'S NUMBER: _____

SIGNATURE: _____

DATE: _____

We realize that we have imposed on your time in responding to this questionnaire, and we thank you for your attention and honesty in its completion. We assure you that it will assist the Court in selecting a fair and impartial jury. Thank you for your time.