# EXHIBIT C

JUROR NO. _____

## PART II: KNOWLEDGE OF THE CASE OR PARTIES

5. Martin Shkreli is a name you will hear in this case. He has been referred to in the media as "pharma bro." Have you seen, read, or heard anything about Mr. Shkreli in newspapers, the Internet, on television, on the radio, or in a magazine?

    Yes_____ No_____

    If yes, please describe what you have read or heard:

    _____

    _____

6. If yes, have you formed any opinion about Mr. Shkreli?

    Yes_____ No_____

    If yes, please explain:

    _____

    _____