UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

        Plaintiffs,

  v.

MARTIN SHKRELI and EVAN GREEBEL,

        Defendants.

------------------------------------- x

No. 15-cr-00637 (KAM)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mylan Denerstein of Gibson, Dunn & Crutcher LLP, an attorney admitted to practice in this Court, hereby enters her appearance in the above-captioned matter as counsel for Defendant Evan Greebel and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendant Evan Greebel. The undersigned is a member of this Court in good standing.

Dated: New York, New York
       September 29, 2017

GIBSON, DUNN & CRUTCHER LLP

By: *s/ Mylan Denerstein*
     Mylan Denerstein

200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035
mdenerstein@gibsondunn.com

*Attorneys for Defendant Evan Greebel*