UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA

    - against -

EVAN GREEBEL,

              Defendant.

------------------------------------------------------X

15 CR 637 (KAM)

**NOTICE OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE*

TO:    BRIDGET M. ROHDE
         ALIXANDRA E. SMITH
         DAVID C. PITLUCK
         DAVID K. KESSLER
         Eastern District of New York
         271 Cadman Plaza East
         Brooklyn, New York 11201

PLEASE TAKE NOTICE that upon the annexed declaration of movant in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, Joshua E. Dubin of Joshua E. Dubin, Esq., P.A., a member in good standing of the bar of the State of Florida, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendant Evan Greebel.  There are no pending disciplinary proceedings against me in any State or Federal court.

                                          Respectfully submitted,

Dated: September 29, 2017
       New York, New York

                                          _____
                                          JOSHUA E. DUBIN, ESQ.
                                          Joshua E. Dubin, Esq., P.A.
                                          7413 Fairfax Dr., Bldg. F
                                          Tamarac, FL 33321
                                          Email: JDubin@dubinconsulting.com
                                          Phone: 917.523.0124