UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

UNITED STATES OF AMERICA

    - against -                        15 CR 637 (KAM)

EVAN GREEBEL,                        **DECLARATION**
                                      **OF JOSHUA E. DUBIN**
                                      **IN SUPPORT OF MOTION TO**
               Defendant.            **ADMIT COUNSEL**
                                      ***PRO HAC VICE***

-----------------------------------------------------X

       Pursuant to 28 U.S.C. § 1746, JOSHUA E. DUBIN declares as follows:

       1.       I submit this declaration in support of the motion to admit me *pro hac vice* before the United States District Court for the Eastern District of New York as counsel for Defendant Evan Greebel in the above-captioned action.

       2.       I am the founder of Joshua E. Dubin, Esq., P.A., with offices located at 7413 Fairfax Dr., Bldg. F, Tamarac, FL 33321.

       3.       I am a member in good standing of the Bar of the State of Florida.

       4.       A true and correct copy of a Certificate of Good Standing issued by the Supreme Court of Florida is annexed hereto as Exhibit A.

       5.       There are no pending disciplinary proceedings against me in any State or Federal Court.

       6.       I have not been convicted of a felony.

       7.       I have not been censured, suspended, disbarred or denied admission or readmission by any court.

8.      I understand that if I am admitted *pro hac vice*, I will be subject to the disciplinary jurisdiction of the United States District Court for the Eastern District of New York.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 29, 2017
       New York, New York

JOSHUA E. DUBIN, ESQ.
Joshua E. Dubin, Esq., P.A.
7413 Fairfax Dr., Bldg. F
Tamarac, FL 33321
Email: JDubin@dubinconsulting.com
Phone: 917.523.0124

# Exhibit A

# Supreme Court of Florida
## Certificate of Good Standing

I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do

hereby certify that

### JOSHUA EVAN DUBIN

was admitted as an attorney and counselor entitled to practice law in all the

Courts of the State of Florida on May 25, 2001, is presently in good

standing, and that the private and professional character of the attorney

appear to be good.

WITNESS my hand and the Seal of the

Supreme Court of Florida at Tallahassee,

the Capital, this September 27, 2017.

_____

Clerk of the Supreme Court of Florida.