UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

        Plaintiff,

- against -                             15 CR 637 (KAM)

EVAN GREEBEL,

        Defendant.
-------------------------------------------------------X

## ORDER

Upon consideration of the Notice of Motion for Admission *Pro Hac Vice* of Defendant Evan Greebel, and the declaration submitted in support thereof, and good cause having been shown, it is SO ORDERED that Joshua E. Dubin is admitted to the bar of this Court *pro hac vice* this ___ day of October 2017.

_____
United States District Judge