**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

October 6, 2017

VIA ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Evan Greebel*, S1 15 Cr. 637 (KAM)

Dear Judge Matsumoto:

We respectfully write to inform the Court that, pursuant to the Court's July 14, 2017 Amended Pretrial Scheduling Order (Dkt. No. 266), on or about September 26, 2017, members of our trial team met with your case manager, Sandra Williams-Jackson, and Court IT personnel to review the equipment and technology available in Courtroom 6C for the presentation of digital evidence during our upcoming trial. We understand the equipment available to us and the equipment we must provide ourselves.

Respectfully submitted,


*/s/ Reed Brodsky*

Reed Brodsky


cc:  Alixandra E. Smith, Esq.
     David C. Pitluck, Esq.
     David K. Kessler, Esq.