Joshua E. Dubin, Esq., P.A.

October 9, 2017

Honorable Kiyo A. Matsumoto
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY. 11201

Re:  **United States v. *Evan Greebel*, No. 15-cr-637 (E.D.N.Y.)**

Dear Judge Matsumoto:

We respectfully submit the attached jointly agreed-on proposed jury questionnaire, based on the Court's instructions at Friday's pretrial conference.  *See* Ex. A.

In addition, we assume that the Court will include in the final version of the jury questionnaire a juror information sheet and preliminary instructions.  On behalf of Mr. Greebel, we previously submitted such proposed language as Ex. B to our September 28, 2017 submission.  *See* Dkt. 385.

Respectfully yours,

Josh Dubin

cc:    Alixandra Smith (by email)
       David Pitluck (by email)
       David Kessler (by email)

7413 Fairfax Dr., Bldg. F / Tamarac, Florida / 33321