# Exhibit A

JUROR NO. _____

1. Do you have a financial hardship that would prevent you from serving as a juror in this case?

    Yes_____No _____

    If <u>yes</u>, please explain:

    _____

    _____

2. Do you have any physical, or medical, or emotional condition, or related scheduled appointments, that would make it unusually difficult for you to serve as a juror in this case?

    Yes_____No _____

    If <u>yes</u>, please describe:

    _____

    _____

3. Are you the sole caretaker for a family member that would make it unusually difficult for you to serve as a juror in this case?

    Yes_____No _____

    If <u>yes</u>, please describe:

    _____

    _____

JUROR NO. _____

    4. Do you have any unalterable vacation plans that would make it unusually difficult for you to serve as a juror in this case?

        Yes_____ No _____

    If yes, please describe:

    _____

    _____

    5. Martin Shkreli is a name you will hear in this case. Have you seen, read, or heard anything about Mr. Shkreli?

    Yes_____ No_____

    If yes, please describe what you have read, heard or seen:

    _____

    _____

    _____

    If yes, have you formed any opinion about Mr. Shkreli?

    Yes_____ No_____

    If yes, please explain:

    _____

    _____

    _____

JUROR NO. _____

6. Evan Greebel is the defendant in this case.  Have you seen, read, or heard anything about Mr. Greebel?

    Yes_____No_____

    If yes, please describe what you have read, heard or seen:

    _____

    _____

    _____

    If yes, have you formed any opinion about Mr. Greebel?

    Yes_____No_____

    If yes, please explain:

    _____

    _____

    _____