# EXHIBIT A

# Summary Chart of Comparable Agreements

| Index | Index | Company Name | Filing Type | Filing Date |
|---|---|---|---|---|
| 1 | 104 | CKX,_Inc. | Form 10-K | 2011.03.09 |
|  | 104a | CKX,_Inc. | Form 8-K | 2010.05.22 |
| 2 | 277 | Valeant_Pharmaceuticals_International,_Inc. | Form 10-K | 2017.03.01 |
| 3 | 278 | Valeant_Pharmaceuticals_International,_Inc. | Form 10-K | 2017.03.01 |
| 4 | 315 | NCI,_Inc. | Form 10-K | 2017.03.31 |
| 5 | 317 | TimefireVR_Inc. | Form 10-K | 2017.04.07 |
| 6 | 343 | SIMTEK_CORP | Form 8-KA | 2005.12.09 |
| 7 | 344 | SPECTRUM_SCIENCES_&_SOFTWARE_HOLDINGS_CORP | Form 8-KA | 2006.04.11 |
| 8 | 384 | CONEXANT_SYSTEMS_INC | Form 8-K | 2004.12.15 |
| 9 | 386 | MANPOWER_INC_WI | Form 8-K | 2004.12.22 |
| 10 | 388 | MICRO_THERAPEUTICS_INC | Form 8-K | 2004.12.29 |
| 11 | 428 | XTO_ENERGY_INC | Form 8-K | 2005.04.05 |
| 12 | 458 | GENIUS_PRODUCTS_INC | Form 8-K | 2005.08.10 |
|  | 458a | GENIUS_PRODUCTS_INC | Form 8-K | 2005.08.10 |
| 13 | 463 | GENENTECH_INC | Form 8-K | 2005.08.16 |
| 14 | 477 | ICO_INC | Form 8-K | 2005.09.09 |
| 15 | 481 | HEALTHTRONICS,_INC. | Form 8-K | 2005.09.27 |
| 16 | 588 | ALBERTO_CULVER_CO | Form 8-K | 2006.06.22 |
| 17 | 671 | NCI_BUILDING_SYSTEMS_INC | Form 8-K | 2006.11.07 |
| 18 | 689 | LENOX_GROUP_INC | Form 8-K | 2007.01.09 |
| 19 | 699 | PARLUX_FRAGRANCES_INC | Form 8-K | 2007.02.07 |
| 20 | 730 | National_Investment_Managers_Inc. | Form 8-K | 2007.05.21 |
| 21 | 741 | CKRUSH,_INC. | Form 8-K | 2007.07.05 |
|  | 741a | CKRUSH,_INC. | Form 8-K | 2006.11.16 |
| 22 | 744 | HEALTHTRONICS,_INC. | Form 8-K | 2007.07.12 |
| 23 | 750 | NOVADEL_PHARMA_INC | Form 8-K | 2007.09.20 |
| 24 | 761 | AMERICAN_MOLD_GUARD_INC | Form 8-K | 2007.10.05 |
| 25 | 819 | BioFuel_Energy_Corp. | Form 8-K | 2008.04.11 |
| 26 | 820 | MDC_HOLDINGS_INC | Form 8-K | 2008.04.11 |
| 27 | 863 | AMDL_INC | Form 8-K | 2008.11.05 |
| 28 | 866 | TARGETED_GENETICS_CORP_WA | Form 8-K | 2008.11.26 |
| 29 | 895 | NOVADEL_PHARMA_INC | Form 8-K | 2009.05.01 |
| 30 | 940 | RENAISSANCERE_HOLDINGS_LTD | Form 8-K | 2010.01.14 |
| 31 | 991 | RED_ROBIN_GOURMET_BURGERS_INC | Form 8-K | 2010.08.12 |
| 32 | 995 | MPG_Office_Trust,_Inc. | Form 8-K | 2010.08.27 |
| 33 | 1041 | BANCORP_RHODE_ISLAND_INC | Form 8-K | 2011.04.22 |
| 34 | 1077 | BioScrip,_Inc. | Form 8-K | 2011.10.12 |
| 35 | 1112 | InfuSystem_Holdings,_Inc | Form 8-K | 2012.04.26 |
| 36 | 1216 | BERKSHIRE_HILLS_BANCORP_INC | Form 8-K | 2013.07.25 |
| 37 | 1364 | AVIS_BUDGET_GROUP,_INC. | Form 8-K | 2014.12.19 |
| 38 | 1365 | AVIS_BUDGET_GROUP,_INC. | Form 8-K | 2014.12.19 |
| 39 | 1411 | PREMIER_EXHIBITIONS,_INC. | Form 8-K | 2015.04.08 |
| 40 | 1412 | VAALCO_ENERGY_INC_DE | Form 8-K | 2015.04.16 |
| 41 | 1512 | TEMPUR_SEALY_INTERNATIONAL,_INC. | Form 8-K | 2016.03.10 |
| 42 |  | Mattel, Inc. | Form 8-K | 2015.03.16 |
| 43 |  | McDonald's Corp | Form 8-K | 2015.03.03 |
| 44 |  | Wiliams-Sonoma, Inc. | Form 8-K | 2010.01.26 |
| 45 |  | Tyson Foods, Inc. | Form 8-K | 2016.11.22 |
| 46 |  | Mylan_Inc. | Form 10-Q | 2016.08.09 |
| 47 |  | RenaissanceRE_Holdings,_Inc. | Form 10-Q | 2017.06.22 |
| 48 |  | Kimberly-Clark_Corporation | Form 10-Q | 2012.06.30 |
| 49 |  | Great Lakes Dredge & Dock Corporation | Form 8-K | 2010.09.08 |
| 50 |  | Furmanite Corporation | Form 10-Q | 2015.11.06 |