# EXHIBIT D

|  | Date | Share Price |
|---|---|---|
| RTRX US Equity | 11/2/2012 | $1.87 |
| RTRX US Equity | 11/5/2012 | $2.20 |
| RTRX US Equity | 11/7/2012 | $1.50 |
| RTRX US Equity | 11/14/2012 | $2.01 |
| RTRX US Equity | 11/30/2012 | $2.01 |
| RTRX US Equity | 12/3/2012 | $4.70 |
| RTRX US Equity | 12/12/2012 | $2.50 |
| RTRX US Equity | 12/17/2012 | $7.69 |
| RTRX US Equity | 12/18/2012 | $5.15 |
| RTRX US Equity | 12/19/2012 | $5.00 |
| RTRX US Equity | 12/20/2012 | $4.50 |
| RTRX US Equity | 12/21/2012 | $4.11 |
| RTRX US Equity | 12/24/2012 | $4.00 |
| RTRX US Equity | 12/26/2012 | $4.00 |
| RTRX US Equity | 12/27/2012 | $3.10 |
| RTRX US Equity | 12/28/2012 | $2.90 |
| RTRX US Equity | 12/31/2012 | $3.35 |
| RTRX US Equity | 1/2/2013 | $3.20 |
| RTRX US Equity | 1/3/2013 | $3.10 |
| RTRX US Equity | 1/4/2013 | $3.35 |
| RTRX US Equity | 1/7/2013 | $3.70 |
| RTRX US Equity | 1/8/2013 | $3.95 |
| RTRX US Equity | 1/9/2013 | $5.10 |
| RTRX US Equity | 1/11/2013 | $4.00 |
| RTRX US Equity | 1/14/2013 | $3.70 |
| RTRX US Equity | 1/15/2013 | $3.70 |
| RTRX US Equity | 1/16/2013 | $3.60 |
| RTRX US Equity | 1/17/2013 | $4.02 |
| RTRX US Equity | 1/18/2013 | $4.05 |
| RTRX US Equity | 1/22/2013 | $4.00 |
| RTRX US Equity | 1/23/2013 | $4.90 |
| RTRX US Equity | 1/24/2013 | $3.91 |
| RTRX US Equity | 1/25/2013 | $4.00 |
| RTRX US Equity | 1/28/2013 | $3.90 |
| RTRX US Equity | 1/29/2013 | $3.90 |
| RTRX US Equity | 1/30/2013 | $3.85 |
| RTRX US Equity | 1/31/2013 | $4.50 |
| RTRX US Equity | 2/1/2013 | $3.70 |
| RTRX US Equity | 2/4/2013 | $3.70 |
| RTRX US Equity | 2/5/2013 | $3.70 |
| RTRX US Equity | 2/6/2013 | $3.60 |
| RTRX US Equity | 2/7/2013 | $3.50 |
| RTRX US Equity | 2/8/2013 | $3.40 |
| RTRX US Equity | 2/11/2013 | $3.20 |
| RTRX US Equity | 2/12/2013 | $3.50 |
| RTRX US Equity | 2/13/2013 | $4.10 |

|  | Date | Share Price |
|---|---|---|
| RTRX US Equity | 2/14/2013 | $3.75 |
| RTRX US Equity | 2/15/2013 | $4.20 |
| RTRX US Equity | 2/19/2013 | $4.40 |
| RTRX US Equity | 2/20/2013 | $4.20 |
| RTRX US Equity | 2/21/2013 | $5.25 |
| RTRX US Equity | 2/22/2013 | $4.85 |
| RTRX US Equity | 2/25/2013 | $4.73 |
| RTRX US Equity | 2/26/2013 | $4.70 |
| RTRX US Equity | 2/27/2013 | $4.65 |
| RTRX US Equity | 2/28/2013 | $4.40 |
| RTRX US Equity | 3/1/2013 | $4.40 |
| RTRX US Equity | 3/4/2013 | $4.60 |
| RTRX US Equity | 3/5/2013 | $4.25 |
| RTRX US Equity | 3/6/2013 | $4.39 |
| RTRX US Equity | 3/7/2013 | $4.38 |
| RTRX US Equity | 3/8/2013 | $5.40 |
| RTRX US Equity | 3/11/2013 | $4.50 |
| RTRX US Equity | 3/12/2013 | $4.35 |
| RTRX US Equity | 3/13/2013 | $4.90 |
| RTRX US Equity | 3/14/2013 | $4.75 |
| RTRX US Equity | 3/15/2013 | $4.75 |
| RTRX US Equity | 3/18/2013 | $5.30 |
| RTRX US Equity | 3/19/2013 | $5.45 |
| RTRX US Equity | 3/20/2013 | $5.60 |
| RTRX US Equity | 3/21/2013 | $5.69 |
| RTRX US Equity | 3/22/2013 | $5.75 |
| RTRX US Equity | 3/25/2013 | $5.40 |
| RTRX US Equity | 3/26/2013 | $5.00 |
| RTRX US Equity | 3/27/2013 | $5.60 |
| RTRX US Equity | 3/28/2013 | $5.50 |
| RTRX US Equity | 4/1/2013 | $5.25 |
| RTRX US Equity | 4/2/2013 | $5.25 |
| RTRX US Equity | 4/3/2013 | $5.15 |
| RTRX US Equity | 4/4/2013 | $5.15 |
| RTRX US Equity | 4/5/2013 | $5.25 |
| RTRX US Equity | 4/8/2013 | $5.50 |
| RTRX US Equity | 4/9/2013 | $5.45 |
| RTRX US Equity | 4/10/2013 | $5.85 |
| RTRX US Equity | 4/11/2013 | $5.50 |
| RTRX US Equity | 4/12/2013 | $6.00 |
| RTRX US Equity | 4/15/2013 | $6.25 |
| RTRX US Equity | 4/16/2013 | $6.50 |
| RTRX US Equity | 4/17/2013 | $6.60 |
| RTRX US Equity | 4/18/2013 | $6.60 |
| RTRX US Equity | 4/19/2013 | $7.00 |
| RTRX US Equity | 4/22/2013 | $7.25 |

|  | Date | Share Price |
|---|---|---|
| RTRX US Equity | 4/23/2013 | $7.45 |
| RTRX US Equity | 4/24/2013 | $7.45 |
| RTRX US Equity | 4/25/2013 | $7.36 |
| RTRX US Equity | 4/26/2013 | $7.45 |
| RTRX US Equity | 4/29/2013 | $7.40 |
| RTRX US Equity | 4/30/2013 | $7.40 |
| RTRX US Equity | 5/1/2013 | $7.30 |
| RTRX US Equity | 5/2/2013 | $7.40 |
| RTRX US Equity | 5/3/2013 | $8.25 |
| RTRX US Equity | 5/6/2013 | $8.25 |
| RTRX US Equity | 5/7/2013 | $8.50 |
| RTRX US Equity | 5/8/2013 | $8.40 |
| RTRX US Equity | 5/9/2013 | $8.50 |
| RTRX US Equity | 5/10/2013 | $8.76 |
| RTRX US Equity | 5/13/2013 | $8.70 |
| RTRX US Equity | 5/14/2013 | $8.30 |
| RTRX US Equity | 5/15/2013 | $7.90 |
| RTRX US Equity | 5/16/2013 | $7.54 |
| RTRX US Equity | 5/17/2013 | $7.15 |
| RTRX US Equity | 5/20/2013 | $6.40 |
| RTRX US Equity | 5/21/2013 | $6.40 |
| RTRX US Equity | 5/22/2013 | $6.00 |
| RTRX US Equity | 5/23/2013 | $6.00 |
| RTRX US Equity | 5/24/2013 | $7.00 |
| RTRX US Equity | 5/28/2013 | $7.25 |
| RTRX US Equity | 5/29/2013 | $7.00 |
| RTRX US Equity | 5/30/2013 | $6.75 |
| RTRX US Equity | 5/31/2013 | $6.80 |
| RTRX US Equity | 6/3/2013 | $7.00 |
| RTRX US Equity | 6/4/2013 | $7.45 |
| RTRX US Equity | 6/5/2013 | $7.30 |
| RTRX US Equity | 6/6/2013 | $7.30 |
| RTRX US Equity | 6/7/2013 | $7.20 |
| RTRX US Equity | 6/10/2013 | $7.28 |
| RTRX US Equity | 6/11/2013 | $6.48 |
| RTRX US Equity | 6/12/2013 | $6.00 |
| RTRX US Equity | 6/13/2013 | $6.00 |
| RTRX US Equity | 6/14/2013 | $5.80 |
| RTRX US Equity | 6/17/2013 | $5.75 |
| RTRX US Equity | 6/18/2013 | $5.75 |
| RTRX US Equity | 6/19/2013 | $5.75 |
| RTRX US Equity | 6/20/2013 | $5.65 |
| RTRX US Equity | 6/21/2013 | $5.85 |
| RTRX US Equity | 6/24/2013 | $5.45 |
| RTRX US Equity | 6/26/2013 | $5.41 |
| RTRX US Equity | 6/27/2013 | $5.00 |

|  | Date | Share Price |
|---|---|---|
| RTRX US Equity | 6/28/2013 | $5.55 |
| RTRX US Equity | 7/1/2013 | $5.00 |
| RTRX US Equity | 7/2/2013 | $4.90 |
| RTRX US Equity | 7/3/2013 | $4.90 |
| RTRX US Equity | 7/8/2013 | $4.90 |
| RTRX US Equity | 7/9/2013 | $5.00 |
| RTRX US Equity | 7/10/2013 | $5.00 |
| RTRX US Equity | 7/12/2013 | $6.10 |
| RTRX US Equity | 7/15/2013 | $5.61 |
| RTRX US Equity | 7/16/2013 | $5.50 |
| RTRX US Equity | 7/17/2013 | $5.50 |
| RTRX US Equity | 7/19/2013 | $5.50 |
| RTRX US Equity | 7/23/2013 | $5.11 |
| RTRX US Equity | 7/24/2013 | $5.50 |
| RTRX US Equity | 7/25/2013 | $5.50 |
| RTRX US Equity | 7/29/2013 | $5.70 |
| RTRX US Equity | 7/30/2013 | $6.00 |
| RTRX US Equity | 7/31/2013 | $5.75 |
| RTRX US Equity | 8/1/2013 | $5.95 |
| RTRX US Equity | 8/5/2013 | $5.75 |
| RTRX US Equity | 8/6/2013 | $4.50 |
| RTRX US Equity | 8/7/2013 | $5.00 |
| RTRX US Equity | 8/8/2013 | $5.00 |
| RTRX US Equity | 8/9/2013 | $5.49 |
| RTRX US Equity | 8/12/2013 | $5.00 |
| RTRX US Equity | 8/13/2013 | $5.00 |
| RTRX US Equity | 8/15/2013 | $4.60 |
| RTRX US Equity | 8/16/2013 | $5.84 |
| RTRX US Equity | 8/19/2013 | $5.70 |
| RTRX US Equity | 8/20/2013 | $5.35 |
| RTRX US Equity | 8/21/2013 | $5.99 |
| RTRX US Equity | 8/22/2013 | $6.50 |
| RTRX US Equity | 8/23/2013 | $6.26 |
| RTRX US Equity | 8/26/2013 | $6.10 |
| RTRX US Equity | 8/27/2013 | $6.20 |
| RTRX US Equity | 8/28/2013 | $6.00 |
| RTRX US Equity | 8/29/2013 | $6.00 |
| RTRX US Equity | 9/3/2013 | $6.00 |
| RTRX US Equity | 9/4/2013 | $6.35 |
| RTRX US Equity | 9/5/2013 | $6.00 |
| RTRX US Equity | 9/6/2013 | $6.00 |
| RTRX US Equity | 9/9/2013 | $6.20 |
| RTRX US Equity | 9/10/2013 | $7.15 |
| RTRX US Equity | 9/13/2013 | $7.20 |
| RTRX US Equity | 9/16/2013 | $6.80 |
| RTRX US Equity | 9/17/2013 | $6.82 |

|  | Date | Share Price |
|---|---|---|
| RTRX US Equity | 9/18/2013 | $6.88 |
| RTRX US Equity | 9/19/2013 | $7.25 |
| RTRX US Equity | 9/23/2013 | $6.60 |
| RTRX US Equity | 9/24/2013 | $6.05 |
| RTRX US Equity | 9/25/2013 | $6.00 |
| RTRX US Equity | 9/26/2013 | $7.05 |
| RTRX US Equity | 9/27/2013 | $6.90 |
| RTRX US Equity | 9/30/2013 | $6.50 |
| RTRX US Equity | 10/1/2013 | $6.50 |
| RTRX US Equity | 10/2/2013 | $6.75 |
| RTRX US Equity | 10/3/2013 | $6.55 |
| RTRX US Equity | 10/4/2013 | $6.45 |
| RTRX US Equity | 10/7/2013 | $6.80 |
| RTRX US Equity | 10/8/2013 | $6.46 |
| RTRX US Equity | 10/9/2013 | $6.50 |
| RTRX US Equity | 10/10/2013 | $6.70 |
| RTRX US Equity | 10/11/2013 | $6.45 |
| RTRX US Equity | 10/14/2013 | $6.55 |
| RTRX US Equity | 10/15/2013 | $6.85 |
| RTRX US Equity | 10/16/2013 | $6.70 |
| RTRX US Equity | 10/17/2013 | $6.60 |
| RTRX US Equity | 10/18/2013 | $6.60 |
| RTRX US Equity | 10/21/2013 | $6.85 |
| RTRX US Equity | 10/22/2013 | $6.50 |
| RTRX US Equity | 10/23/2013 | $7.20 |
| RTRX US Equity | 10/24/2013 | $6.90 |
| RTRX US Equity | 10/25/2013 | $6.95 |
| RTRX US Equity | 10/28/2013 | $7.00 |
| RTRX US Equity | 10/29/2013 | $6.99 |
| RTRX US Equity | 10/30/2013 | $7.00 |
| RTRX US Equity | 10/31/2013 | $7.00 |
| RTRX US Equity | 11/1/2013 | $6.80 |
| RTRX US Equity | 11/4/2013 | $6.90 |
| RTRX US Equity | 11/5/2013 | $6.99 |
| RTRX US Equity | 11/6/2013 | $7.00 |
| RTRX US Equity | 11/7/2013 | $7.25 |
| RTRX US Equity | 11/8/2013 | $7.25 |
| RTRX US Equity | 11/11/2013 | $7.00 |
| RTRX US Equity | 11/12/2013 | $5.99 |
| RTRX US Equity | 11/13/2013 | $5.89 |
| RTRX US Equity | 11/14/2013 | $5.99 |
| RTRX US Equity | 11/15/2013 | $5.90 |
| RTRX US Equity | 11/18/2013 | $5.90 |
| RTRX US Equity | 11/19/2013 | $5.70 |
| RTRX US Equity | 11/20/2013 | $6.00 |
| RTRX US Equity | 11/21/2013 | $6.00 |

|  | Date | Share Price |
|---|---|---|
| RTRX US Equity | 11/22/2013 | $6.25 |
| RTRX US Equity | 11/25/2013 | $6.55 |
| RTRX US Equity | 11/26/2013 | $7.00 |
| RTRX US Equity | 11/27/2013 | $7.00 |
| RTRX US Equity | 11/29/2013 | $7.00 |
| RTRX US Equity | 12/2/2013 | $7.35 |
| RTRX US Equity | 12/3/2013 | $7.10 |
| RTRX US Equity | 12/4/2013 | $7.90 |
| RTRX US Equity | 12/5/2013 | $8.50 |
| RTRX US Equity | 12/6/2013 | $8.70 |
| RTRX US Equity | 12/9/2013 | $8.10 |
| RTRX US Equity | 12/10/2013 | $7.85 |
| RTRX US Equity | 12/11/2013 | $7.65 |
| RTRX US Equity | 12/12/2013 | $7.00 |
| RTRX US Equity | 12/13/2013 | $7.15 |
| RTRX US Equity | 12/16/2013 | $7.45 |
| RTRX US Equity | 12/17/2013 | $7.00 |
| RTRX US Equity | 12/18/2013 | $6.80 |
| RTRX US Equity | 12/19/2013 | $6.75 |
| RTRX US Equity | 12/20/2013 | $6.60 |
| RTRX US Equity | 12/23/2013 | $7.00 |
| RTRX US Equity | 12/24/2013 | $7.45 |
| RTRX US Equity | 12/26/2013 | $7.00 |
| RTRX US Equity | 12/27/2013 | $6.91 |
| RTRX US Equity | 12/30/2013 | $7.14 |
| RTRX US Equity | 12/31/2013 | $7.00 |
| RTRX US Equity | 1/2/2014 | $8.00 |
| RTRX US Equity | 1/3/2014 | $8.40 |
| RTRX US Equity | 1/6/2014 | $8.30 |
| RTRX US Equity | 1/7/2014 | $8.15 |
| RTRX US Equity | 1/8/2014 | $7.89 |
| RTRX US Equity | 1/9/2014 | $8.50 |
| RTRX US Equity | 1/10/2014 | $11.49 |
| RTRX US Equity | 1/13/2014 | $11.35 |
| RTRX US Equity | 1/14/2014 | $11.08 |
| RTRX US Equity | 1/15/2014 | $11.70 |
| RTRX US Equity | 1/16/2014 | $11.98 |
| RTRX US Equity | 1/17/2014 | $13.10 |
| RTRX US Equity | 1/21/2014 | $12.50 |
| RTRX US Equity | 1/22/2014 | $12.41 |
| RTRX US Equity | 1/23/2014 | $12.30 |
| RTRX US Equity | 1/24/2014 | $10.43 |
| RTRX US Equity | 1/27/2014 | $10.82 |
| RTRX US Equity | 1/28/2014 | $10.98 |
| RTRX US Equity | 1/29/2014 | $11.07 |
| RTRX US Equity | 1/30/2014 | $10.99 |

|  | Date | Share Price |
|---|---|---|
| RTRX US Equity | 1/31/2014 | $10.58 |
| RTRX US Equity | 2/3/2014 | $9.86 |
| RTRX US Equity | 2/4/2014 | $9.79 |
| RTRX US Equity | 2/5/2014 | $9.96 |
| RTRX US Equity | 2/6/2014 | $10.25 |
| RTRX US Equity | 2/7/2014 | $10.39 |
| RTRX US Equity | 2/10/2014 | $10.66 |
| RTRX US Equity | 2/11/2014 | $10.72 |
| RTRX US Equity | 2/12/2014 | $10.68 |
| RTRX US Equity | 2/13/2014 | $16.00 |
| RTRX US Equity | 2/14/2014 | $14.82 |
| RTRX US Equity | 2/18/2014 | $15.56 |
| RTRX US Equity | 2/19/2014 | $16.00 |
| RTRX US Equity | 2/20/2014 | $17.03 |
| RTRX US Equity | 2/21/2014 | $19.47 |
| RTRX US Equity | 2/24/2014 | $19.00 |
| RTRX US Equity | 2/25/2014 | $18.97 |
| RTRX US Equity | 2/26/2014 | $19.10 |
| RTRX US Equity | 2/27/2014 | $19.13 |
| RTRX US Equity | 2/28/2014 | $17.67 |
| RTRX US Equity | 3/3/2014 | $17.86 |
| RTRX US Equity | 3/4/2014 | $18.32 |
| RTRX US Equity | 3/5/2014 | $18.56 |
| RTRX US Equity | 3/6/2014 | $18.76 |
| RTRX US Equity | 3/7/2014 | $19.29 |
| RTRX US Equity | 3/10/2014 | $19.81 |
| RTRX US Equity | 3/11/2014 | $19.03 |
| RTRX US Equity | 3/12/2014 | $18.77 |
| RTRX US Equity | 3/13/2014 | $17.74 |
| RTRX US Equity | 3/14/2014 | $17.35 |
| RTRX US Equity | 3/17/2014 | $17.48 |
| RTRX US Equity | 3/18/2014 | $18.72 |
| RTRX US Equity | 3/19/2014 | $18.05 |
| RTRX US Equity | 3/20/2014 | $19.28 |
| RTRX US Equity | 3/21/2014 | $18.41 |
| RTRX US Equity | 3/24/2014 | $18.90 |
| RTRX US Equity | 3/25/2014 | $20.40 |
| RTRX US Equity | 3/26/2014 | $20.56 |
| RTRX US Equity | 3/27/2014 | $19.55 |
| RTRX US Equity | 3/28/2014 | $19.75 |
| RTRX US Equity | 3/31/2014 | $21.20 |
| RTRX US Equity | 4/1/2014 | $21.46 |
| RTRX US Equity | 4/2/2014 | $23.36 |
| RTRX US Equity | 4/3/2014 | $21.11 |
| RTRX US Equity | 4/4/2014 | $19.03 |
| RTRX US Equity | 4/7/2014 | $17.99 |

|  | Date | Share Price |
|---|---|---|
| RTRX US Equity | 4/8/2014 | $19.33 |
| RTRX US Equity | 4/9/2014 | $20.37 |
| RTRX US Equity | 4/10/2014 | $18.25 |
| RTRX US Equity | 4/11/2014 | $15.36 |
| RTRX US Equity | 4/14/2014 | $13.01 |
| RTRX US Equity | 4/15/2014 | $11.60 |
| RTRX US Equity | 4/16/2014 | $12.30 |
| RTRX US Equity | 4/17/2014 | $14.50 |
| RTRX US Equity | 4/21/2014 | $13.86 |
| RTRX US Equity | 4/22/2014 | $14.83 |
| RTRX US Equity | 4/23/2014 | $13.79 |
| RTRX US Equity | 4/24/2014 | $13.82 |
| RTRX US Equity | 4/25/2014 | $13.24 |
| RTRX US Equity | 4/28/2014 | $13.01 |
| RTRX US Equity | 4/29/2014 | $13.24 |
| RTRX US Equity | 4/30/2014 | $14.29 |
| RTRX US Equity | 5/1/2014 | $14.06 |
| RTRX US Equity | 5/2/2014 | $14.16 |
| RTRX US Equity | 5/5/2014 | $13.65 |
| RTRX US Equity | 5/6/2014 | $12.70 |
| RTRX US Equity | 5/7/2014 | $11.41 |
| RTRX US Equity | 5/8/2014 | $10.99 |
| RTRX US Equity | 5/9/2014 | $11.47 |
| RTRX US Equity | 5/12/2014 | $12.20 |
| RTRX US Equity | 5/13/2014 | $12.20 |
| RTRX US Equity | 5/14/2014 | $13.02 |
| RTRX US Equity | 5/15/2014 | $12.80 |
| RTRX US Equity | 5/16/2014 | $12.63 |
| RTRX US Equity | 5/19/2014 | $13.10 |
| RTRX US Equity | 5/20/2014 | $12.34 |
| RTRX US Equity | 5/21/2014 | $12.84 |
| RTRX US Equity | 5/22/2014 | $13.26 |
| RTRX US Equity | 5/23/2014 | $13.73 |
| RTRX US Equity | 5/27/2014 | $14.35 |
| RTRX US Equity | 5/28/2014 | $13.93 |
| RTRX US Equity | 5/29/2014 | $12.88 |
| RTRX US Equity | 5/30/2014 | $14.62 |
| RTRX US Equity | 6/2/2014 | $14.45 |
| RTRX US Equity | 6/3/2014 | $13.35 |
| RTRX US Equity | 6/4/2014 | $11.76 |
| RTRX US Equity | 6/5/2014 | $11.17 |
| RTRX US Equity | 6/6/2014 | $10.34 |
| RTRX US Equity | 6/9/2014 | $11.20 |
| RTRX US Equity | 6/10/2014 | $11.33 |
| RTRX US Equity | 6/11/2014 | $11.30 |
| RTRX US Equity | 6/12/2014 | $11.15 |

|  | Date | Share Price |
|---|---|---|
| RTRX US Equity | 6/13/2014 | $11.27 |
| RTRX US Equity | 6/16/2014 | $11.25 |
| RTRX US Equity | 6/17/2014 | $11.02 |
| RTRX US Equity | 6/18/2014 | $11.16 |
| RTRX US Equity | 6/19/2014 | $11.02 |
| RTRX US Equity | 6/20/2014 | $11.29 |
| RTRX US Equity | 6/23/2014 | $11.63 |
| RTRX US Equity | 6/24/2014 | $11.46 |
| RTRX US Equity | 6/25/2014 | $11.81 |
| RTRX US Equity | 6/26/2014 | $11.81 |
| RTRX US Equity | 6/27/2014 | $12.01 |
| RTRX US Equity | 6/30/2014 | $11.74 |
| RTRX US Equity | 7/1/2014 | $12.31 |
| RTRX US Equity | 7/2/2014 | $12.43 |
| RTRX US Equity | 7/3/2014 | $12.82 |
| RTRX US Equity | 7/7/2014 | $11.80 |
| RTRX US Equity | 7/8/2014 | $10.79 |
| RTRX US Equity | 7/9/2014 | $11.07 |
| RTRX US Equity | 7/10/2014 | $10.93 |
| RTRX US Equity | 7/11/2014 | $10.96 |
| RTRX US Equity | 7/14/2014 | $11.10 |
| RTRX US Equity | 7/15/2014 | $10.74 |
| RTRX US Equity | 7/16/2014 | $10.81 |
| RTRX US Equity | 7/17/2014 | $10.60 |
| RTRX US Equity | 7/18/2014 | $10.69 |
| RTRX US Equity | 7/21/2014 | $10.23 |
| RTRX US Equity | 7/22/2014 | $10.54 |
| RTRX US Equity | 7/23/2014 | $11.33 |
| RTRX US Equity | 7/24/2014 | $11.51 |
| RTRX US Equity | 7/25/2014 | $11.50 |
| RTRX US Equity | 7/28/2014 | $10.86 |
| RTRX US Equity | 7/29/2014 | $10.89 |
| RTRX US Equity | 7/30/2014 | $11.10 |
| RTRX US Equity | 7/31/2014 | $10.62 |
| RTRX US Equity | 8/1/2014 | $10.53 |
| RTRX US Equity | 8/4/2014 | $10.76 |
| RTRX US Equity | 8/5/2014 | $11.31 |
| RTRX US Equity | 8/6/2014 | $11.62 |
| RTRX US Equity | 8/7/2014 | $11.74 |
| RTRX US Equity | 8/8/2014 | $12.31 |
| RTRX US Equity | 8/11/2014 | $12.51 |
| RTRX US Equity | 8/12/2014 | $11.85 |
| RTRX US Equity | 8/13/2014 | $11.74 |
| RTRX US Equity | 8/14/2014 | $12.22 |
| RTRX US Equity | 8/15/2014 | $12.09 |
| RTRX US Equity | 8/18/2014 | $11.99 |

|  | Date | Share Price |
|---|---|---|
| RTRX US Equity | 8/19/2014 | $12.06 |
| RTRX US Equity | 8/20/2014 | $12.13 |
| RTRX US Equity | 8/21/2014 | $12.22 |
| RTRX US Equity | 8/22/2014 | $12.29 |
| RTRX US Equity | 8/25/2014 | $12.55 |
| RTRX US Equity | 8/26/2014 | $13.13 |
| RTRX US Equity | 8/27/2014 | $13.51 |
| RTRX US Equity | 8/28/2014 | $13.60 |
| RTRX US Equity | 8/29/2014 | $13.68 |
| RTRX US Equity | 9/2/2014 | $14.40 |
| RTRX US Equity | 9/3/2014 | $13.95 |
| RTRX US Equity | 9/4/2014 | $13.66 |
| RTRX US Equity | 9/5/2014 | $13.31 |
| RTRX US Equity | 9/8/2014 | $13.10 |
| RTRX US Equity | 9/9/2014 | $12.72 |
| RTRX US Equity | 9/10/2014 | $13.41 |
| RTRX US Equity | 9/11/2014 | $12.96 |
| RTRX US Equity | 9/12/2014 | $12.80 |
| RTRX US Equity | 9/15/2014 | $12.07 |
| RTRX US Equity | 9/16/2014 | $12.49 |
| RTRX US Equity | 9/17/2014 | $11.46 |
| RTRX US Equity | 9/18/2014 | $11.82 |
| RTRX US Equity | 9/19/2014 | $11.29 |
| RTRX US Equity | 9/22/2014 | $10.66 |
| RTRX US Equity | 9/23/2014 | $10.85 |
| RTRX US Equity | 9/24/2014 | $10.91 |
| RTRX US Equity | 9/25/2014 | $10.60 |
| RTRX US Equity | 9/26/2014 | $10.19 |
| RTRX US Equity | 9/29/2014 | $9.82 |
| RTRX US Equity | 9/30/2014 | $9.02 |