**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

October 16, 2017

VIA ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Evan Greebel*, S1 15 Cr. 637 (KAM)

Dear Judge Matsumoto:

We respectfully submit this letter pursuant to the Court's Order this morning directing us to provide all the documents we have received to date pursuant to Federal Rule of Criminal Procedure 17(c).[1]  We hereby provide all the documents we have received to date pursuant to Rule 17(c) subpoenas to third parties.[2]  Below is a chart containing a list of those materials. We are providing these documents in the form we received them.  We will provide the Court with hard copies tomorrow.[3]

---

[1]  We respect and are complying with the Court's Order.  For the Court's information, we were relying on Rule 17(c) itself, which does not require production to an adverse party of materials obtained in response to Rule 17 subpoenas.  *See* Fed. R. Crim. Pro. 17(c); *United States v. Hatfield*, No. 06-CR-0550 (JS), 2009 WL 2030350, at *1–2 (E.D.N.Y. July 14, 2009) ("'[T]he plain language of Rule 17(c) does not place an absolute requirement on parties to direct subpoenaed entities to return items to the Court, as [the government] suggests.' . . . The language of Rule 17 is clearly permissive, and not mandatory." (quoting *Khouj* v. *Darui*, 248 F.R.D. 729, 731 (D.D.C. 2008)).  The Court's Scheduling Orders in this case did not require disclosure of all documents obtained by Rule 17 subpoenas.  *See* Dkt. Nos. 74 (Aug. 2, 2016), 147 (Jan. 13, 2017), 213 (Apr. 27, 2017), 266 (July 14, 2017).

[2]  This production does not waive the testimonial rights of such individuals pursuant to the Fifth Amendment to refuse to testify.

[3]  We are providing the government with electronic copies of all documents tonight.

# GIBSON DUNN

The Honorable Kiyo A. Matsumoto
October 16, 2017
Page 2

| No. | Producing Party | Date(s) of Production | Number of Documents | Bates Numbers (if any) |
|---|---|---|---|---|
| 1. | Bonanza Capital, Ltd. | 10/4/2017 | 2 | *No Bates stamps* |
| 2. | Edwards Wildman & Palmer | 9/29/2017 | 75 | *No Bates stamps* |
| 3. | E*TRADE Financial Corp. | 10/11/2017 | 11 | *No Bates stamps* |
| 4. | Fensterstock & Partners LLP | 10/11/2017 | 5 | *No Bates stamps* |
| 5. | Fernandez, Thomas | 10/6/2017 | 24 | TF-000001–TF-000197 |
|    |                   | 10/12/2017 | 1  |                     |
| 6. | Financial Industry Regulatory Authority, Inc. (FINRA) | 10/10/2017 | 28 | *No Bates stamps* |
| 7. | Innisfree M&A Inc. | 9/27/2017 | 111 | INNS_EG0000001–INNS_EG0000416 |
| 8. | Interactive Brokers | 8/4/2017 | 120 | *No Bates stamps* |
| 9. | Retrophin, Inc. | 10/3/2017 | 522 | *See* Exhibit A |
|    |                 | 10/5/2017 | 2   | R169031, R169032 |
| 10. | Syracuse University | 10/5/2017 | 1 | *No Bates stamp* |
| 11. | Tilles, Ron | 9/25/2017 | 309 | TILLES-EDNY0000001–TILLES-EDNY0000437 |
| 12. | Vaino, Andrew | 9/19/2017 | 648 | ANDREW_VAINO_00000001–ANDREW_VAINO_00000808 |

Respectfully,

*/s/ Reed Brodsky*
Reed Brodsky


cc:   Alixandra E. Smith, Esq.
      David C. Pitluck, Esq.
      David K. Kessler, Esq.