**October 3, 2017 Production by Retrophin, Inc.**

<u>Documents Identified by Beginning Bates Number:</u>

| | | | |
|---|---|---|---|
| 1. | R-Greebel0000000001 | 24. | R-Greebel0000000239 |
| 2. | R-Greebel0000000002 | 25. | R-Greebel0000000240 |
| 3. | R-Greebel0000000003 | 26. | R-Greebel0000000275 |
| 4. | R-Greebel0000000007 | 27. | R-Greebel0000000279 |
| 5. | R-Greebel0000000008 | 28. | R-Greebel0000000280 |
| 6. | R-Greebel0000000020 | 29. | R-Greebel0000000292 |
| 7. | R-Greebel0000000024 | 30. | R-Greebel0000000296 |
| 8. | R-Greebel0000000025 | 31. | R-Greebel0000000310 |
| 9. | R-Greebel0000000030 | 32. | R-Greebel0000000311 |
| 10. | R-Greebel0000000031 | 33. | R-Greebel0000000346 |
| 11. | R-Greebel0000000033 | 34. | R-Greebel0000000347 |
| 12. | R-Greebel0000000044 | 35. | R-Greebel0000000348 |
| 13. | R-Greebel0000000045 | 36. | R-Greebel0000000349 |
| 14. | R-Greebel0000000054 | 37. | R-Greebel0000000384 |
| 15. | R-Greebel0000000055 | 38. | R-Greebel0000000388 |
| 16. | R-Greebel0000000065 | 39. | R-Greebel0000000389 |
| 17. | R-Greebel0000000078 | 40. | R-Greebel0000000401 |
| 18. | R-Greebel0000000096 | 41. | R-Greebel0000000405 |
| 19. | R-Greebel0000000097 | 42. | R-Greebel0000000419 |
| 20. | R-Greebel0000000222 | 43. | R-Greebel0000000424 |
| 21. | R-Greebel0000000236 | 44. | R-Greebel0000000425 |
| 22. | R-Greebel0000000237 | 45. | R-Greebel0000000460 |
| 23. | R-Greebel0000000238 | 46. | R-Greebel0000000461 |

**October 3, 2017 Production by Retrophin, Inc.**

Documents Identified by Beginning Bates Number:

| 47. | R-Greebel0000000462 | 71. | R-Greebel0000000778 |
|---|---|---|---|
| 48. | R-Greebel0000000467 | 72. | R-Greebel0000000780 |
| 49. | R-Greebel0000000468 | 73. | R-Greebel0000000782 |
| 50. | R-Greebel0000000469 | 74. | R-Greebel0000000800 |
| 51. | R-Greebel0000000517 | 75. | R-Greebel0000000846 |
| 52. | R-Greebel0000000564 | 76. | R-Greebel0000000857 |
| 53. | R-Greebel0000000565 | 77. | R-Greebel0000000859 |
| 54. | R-Greebel0000000566 | 78. | R-Greebel0000000866 |
| 55. | R-Greebel0000000602 | 79. | R-Greebel0000000875 |
| 56. | R-Greebel0000000640 | 80. | R-Greebel0000000877 |
| 57. | R-Greebel0000000641 | 81. | R-Greebel0000000880 |
| 58. | R-Greebel0000000645 | 82. | R-Greebel0000000881 |
| 59. | R-Greebel0000000646 | 83. | R-Greebel0000000927 |
| 60. | R-Greebel0000000688 | 84. | R-Greebel0000000938 |
| 61. | R-Greebel0000000690 | 85. | R-Greebel0000000940 |
| 62. | R-Greebel0000000691 | 86. | R-Greebel0000000942 |
| 63. | R-Greebel0000000734 | 87. | R-Greebel0000000955 |
| 64. | R-Greebel0000000741 | 88. | R-Greebel0000000973 |
| 65. | R-Greebel0000000743 | 89. | R-Greebel0000000975 |
| 66. | R-Greebel0000000750 | 90. | R-Greebel0000000977 |
| 67. | R-Greebel0000000752 | 91. | R-Greebel0000001001 |
| 68. | R-Greebel0000000755 | 92. | R-Greebel0000001002 |
| 69. | R-Greebel0000000764 | 93. | R-Greebel0000001013 |
| 70. | R-Greebel0000000765 | 94. | R-Greebel0000001059 |

**October 3, 2017 Production by Retrophin, Inc.**

<u>Documents Identified by Beginning Bates Number:</u>

| | | | |
|---|---|---|---|
| 95. | R-Greebel0000001060 | 119. | R-Greebel0000001350 |
| 96. | R-Greebel0000001107 | 120. | R-Greebel0000001374 |
| 97. | R-Greebel0000001108 | 121. | R-Greebel0000001375 |
| 98. | R-Greebel0000001119 | 122. | R-Greebel0000001376 |
| 99. | R-Greebel0000001130 | 123. | R-Greebel0000001377 |
| 100. | R-Greebel0000001170 | 124. | R-Greebel0000001401 |
| 101. | R-Greebel0000001172 | 125. | R-Greebel0000001402 |
| 102. | R-Greebel0000001184 | 126. | R-Greebel0000001403 |
| 103. | R-Greebel0000001186 | 127. | R-Greebel0000001404 |
| 104. | R-Greebel0000001187 | 128. | R-Greebel0000001407 |
| 105. | R-Greebel0000001188 | 129. | R-Greebel0000001408 |
| 106. | R-Greebel0000001189 | 130. | R-Greebel0000001410 |
| 107. | R-Greebel0000001190 | 131. | R-Greebel0000001412 |
| 108. | R-Greebel0000001191 | 132. | R-Greebel0000001414 |
| 109. | R-Greebel0000001192 | 133. | R-Greebel0000001415 |
| 110. | R-Greebel0000001193 | 134. | R-Greebel0000001416 |
| 111. | R-Greebel0000001327 | 135. | R-Greebel0000001417 |
| 112. | R-Greebel0000001340 | 136. | R-Greebel0000001418 |
| 113. | R-Greebel0000001341 | 137. | R-Greebel0000001419 |
| 114. | R-Greebel0000001343 | 138. | R-Greebel0000001427 |
| 115. | R-Greebel0000001345 | 139. | R-Greebel0000001434 |
| 116. | R-Greebel0000001347 | 140. | R-Greebel0000001436 |
| 117. | R-Greebel0000001348 | 141. | R-Greebel0000001438 |
| 118. | R-Greebel0000001349 | 142. | R-Greebel0000001446 |

3

**October 3, 2017 Production by Retrophin, Inc.**

Documents Identified by Beginning Bates Number:

| | | | |
|---|---|---|---|
| 143. | R-Greebel0000001448 | 167. | R-Greebel0000001592 |
| 144. | R-Greebel0000001450 | 168. | R-Greebel0000001595 |
| 145. | R-Greebel0000001451 | 169. | R-Greebel0000001596 |
| 146. | R-Greebel0000001459 | 170. | R-Greebel0000001623 |
| 147. | R-Greebel0000001466 | 171. | R-Greebel0000001624 |
| 148. | R-Greebel0000001467 | 172. | R-Greebel0000001625 |
| 149. | R-Greebel0000001479 | 173. | R-Greebel0000001626 |
| 150. | R-Greebel0000001480 | 174. | R-Greebel0000001627 |
| 151. | R-Greebel0000001482 | 175. | R-Greebel0000001651 |
| 152. | R-Greebel0000001484 | 176. | R-Greebel0000001652 |
| 153. | R-Greebel0000001485 | 177. | R-Greebel0000001654 |
| 154. | R-Greebel0000001486 | 178. | R-Greebel0000001655 |
| 155. | R-Greebel0000001487 | 179. | R-Greebel0000001656 |
| 156. | R-Greebel0000001515 | 180. | R-Greebel0000001657 |
| 157. | R-Greebel0000001516 | 181. | R-Greebel0000001659 |
| 158. | R-Greebel0000001539 | 182. | R-Greebel0000001660 |
| 159. | R-Greebel0000001565 | 183. | R-Greebel0000001661 |
| 160. | R-Greebel0000001566 | 184. | R-Greebel0000001662 |
| 161. | R-Greebel0000001567 | 185. | R-Greebel0000001663 |
| 162. | R-Greebel0000001568 | 186. | R-Greebel0000001665 |
| 163. | R-Greebel0000001570 | 187. | R-Greebel0000001667 |
| 164. | R-Greebel0000001571 | 188. | R-Greebel0000001668 |
| 165. | R-Greebel0000001578 | 189. | R-Greebel0000001669 |
| 166. | R-Greebel0000001580 | 190. | R-Greebel0000001670 |

**October 3, 2017 Production by Retrophin, Inc.**

Documents Identified by Beginning Bates Number:

| | | | |
|---|---|---|---|
| 191. | R-Greebel0000001672 | 215. | R-Greebel0000001920 |
| 192. | R-Greebel0000001675 | 216. | R-Greebel0000001921 |
| 193. | R-Greebel0000001676 | 217. | R-Greebel0000001922 |
| 194. | R-Greebel0000001679 | 218. | R-Greebel0000001923 |
| 195. | R-Greebel0000001682 | 219. | R-Greebel0000001924 |
| 196. | R-Greebel0000001685 | 220. | R-Greebel0000001925 |
| 197. | R-Greebel0000001688 | 221. | R-Greebel0000001948 |
| 198. | R-Greebel0000001691 | 222. | R-Greebel0000001949 |
| 199. | R-Greebel0000001695 | 223. | R-Greebel0000001950 |
| 200. | R-Greebel0000001699 | 224. | R-Greebel0000001951 |
| 201. | R-Greebel0000001703 | 225. | R-Greebel0000001967 |
| 202. | R-Greebel0000001704 | 226. | R-Greebel0000001968 |
| 203. | R-Greebel0000001783 | 227. | R-Greebel0000001978 |
| 204. | R-Greebel0000001813 | 228. | R-Greebel0000001979 |
| 205. | R-Greebel0000001825 | 229. | R-Greebel0000001980 |
| 206. | R-Greebel0000001835 | 230. | R-Greebel0000001981 |
| 207. | R-Greebel0000001836 | 231. | R-Greebel0000001982 |
| 208. | R-Greebel0000001861 | 232. | R-Greebel0000001983 |
| 209. | R-Greebel0000001862 | 233. | R-Greebel0000001985 |
| 210. | R-Greebel0000001864 | 234. | R-Greebel0000001988 |
| 211. | R-Greebel0000001865 | 235. | R-Greebel0000001992 |
| 212. | R-Greebel0000001867 | 236. | R-Greebel0000001995 |
| 213. | R-Greebel0000001868 | 237. | R-Greebel0000001997 |
| 214. | R-Greebel0000001897 | 238. | R-Greebel0000002020 |

**October 3, 2017 Production by Retrophin, Inc.**

<u>Documents Identified by Beginning Bates Number:</u>

| | | | |
|---|---|---|---|
| 239. | R-Greebel0000002049 | 263. | R-Greebel0000002184 |
| 240. | R-Greebel0000002050 | 264. | R-Greebel0000002185 |
| 241. | R-Greebel0000002051 | 265. | R-Greebel0000002186 |
| 242. | R-Greebel0000002052 | 266. | R-Greebel0000002187 |
| 243. | R-Greebel0000002054 | 267. | R-Greebel0000002188 |
| 244. | R-Greebel0000002055 | 268. | R-Greebel0000002189 |
| 245. | R-Greebel0000002056 | 269. | R-Greebel0000002198 |
| 246. | R-Greebel0000002081 | 270. | R-Greebel0000002199 |
| 247. | R-Greebel0000002083 | 271. | R-Greebel0000002203 |
| 248. | R-Greebel0000002087 | 272. | R-Greebel0000002206 |
| 249. | R-Greebel0000002090 | 273. | R-Greebel0000002207 |
| 250. | R-Greebel0000002092 | 274. | R-Greebel0000002208 |
| 251. | R-Greebel0000002093 | 275. | R-Greebel0000002212 |
| 252. | R-Greebel0000002095 | 276. | R-Greebel0000002216 |
| 253. | R-Greebel0000002096 | 277. | R-Greebel0000002251 |
| 254. | R-Greebel0000002097 | 278. | R-Greebel0000002280 |
| 255. | R-Greebel0000002098 | 279. | R-Greebel0000002286 |
| 256. | R-Greebel0000002125 | 280. | R-Greebel0000002287 |
| 257. | R-Greebel0000002126 | 281. | R-Greebel0000002288 |
| 258. | R-Greebel0000002127 | 282. | R-Greebel0000002317 |
| 259. | R-Greebel0000002154 | 283. | R-Greebel0000002353 |
| 260. | R-Greebel0000002155 | 284. | R-Greebel0000002354 |
| 261. | R-Greebel0000002156 | 285. | R-Greebel0000002356 |
| 262. | R-Greebel0000002157 | 286. | R-Greebel0000002385 |

**October 3, 2017 Production by Retrophin, Inc.**

Documents Identified by Beginning Bates Number:

| | | | |
|---|---|---|---|
| 287. | R-Greebel0000002386 | 311. | R-Greebel0000002691 |
| 288. | R-Greebel0000002422 | 312. | R-Greebel0000002692 |
| 289. | R-Greebel0000002423 | 313. | R-Greebel0000002723 |
| 290. | R-Greebel0000002424 | 314. | R-Greebel0000002760 |
| 291. | R-Greebel0000002459 | 315. | R-Greebel0000002767 |
| 292. | R-Greebel0000002460 | 316. | R-Greebel0000002798 |
| 293. | R-Greebel0000002489 | 317. | R-Greebel0000002799 |
| 294. | R-Greebel0000002490 | 318. | R-Greebel0000002801 |
| 295. | R-Greebel0000002491 | 319. | R-Greebel0000002831 |
| 296. | R-Greebel0000002519 | 320. | R-Greebel0000002832 |
| 297. | R-Greebel0000002520 | 321. | R-Greebel0000002869 |
| 298. | R-Greebel0000002548 | 322. | R-Greebel0000002870 |
| 299. | R-Greebel0000002549 | 323. | R-Greebel0000002872 |
| 300. | R-Greebel0000002550 | 324. | R-Greebel0000002875 |
| 301. | R-Greebel0000002551 | 325. | R-Greebel0000002876 |
| 302. | R-Greebel0000002579 | 326. | R-Greebel0000002877 |
| 303. | R-Greebel0000002581 | 327. | R-Greebel0000002880 |
| 304. | R-Greebel0000002618 | 328. | R-Greebel0000002887 |
| 305. | R-Greebel0000002648 | 329. | R-Greebel0000002918 |
| 306. | R-Greebel0000002650 | 330. | R-Greebel0000002919 |
| 307. | R-Greebel0000002681 | 331. | R-Greebel0000002920 |
| 308. | R-Greebel0000002682 | 332. | R-Greebel0000002922 |
| 309. | R-Greebel0000002689 | 333. | R-Greebel0000002934 |
| 310. | R-Greebel0000002690 | 334. | R-Greebel0000002935 |

**October 3, 2017 Production by Retrophin, Inc.**

Documents Identified by Beginning Bates Number:

| | | | |
|---|---|---|---|
| 335. | R-Greebel0000002972 | 359. | R-Greebel0000003209 |
| 336. | R-Greebel0000003002 | 360. | R-Greebel0000003216 |
| 337. | R-Greebel0000003004 | 361. | R-Greebel0000003218 |
| 338. | R-Greebel0000003041 | 362. | R-Greebel0000003222 |
| 339. | R-Greebel0000003071 | 363. | R-Greebel0000003226 |
| 340. | R-Greebel0000003073 | 364. | R-Greebel0000003227 |
| 341. | R-Greebel0000003076 | 365. | R-Greebel0000003228 |
| 342. | R-Greebel0000003077 | 366. | R-Greebel0000003230 |
| 343. | R-Greebel0000003079 | 367. | R-Greebel0000003231 |
| 344. | R-Greebel0000003080 | 368. | R-Greebel0000003234 |
| 345. | R-Greebel0000003081 | 369. | R-Greebel0000003235 |
| 346. | R-Greebel0000003082 | 370. | R-Greebel0000003239 |
| 347. | R-Greebel0000003083 | 371. | R-Greebel0000003240 |
| 348. | R-Greebel0000003086 | 372. | R-Greebel0000003248 |
| 349. | R-Greebel0000003087 | 373. | R-Greebel0000003255 |
| 350. | R-Greebel0000003090 | 374. | R-Greebel0000003262 |
| 351. | R-Greebel0000003092 | 375. | R-Greebel0000003264 |
| 352. | R-Greebel0000003123 | 376. | R-Greebel0000003266 |
| 353. | R-Greebel0000003160 | 377. | R-Greebel0000003297 |
| 354. | R-Greebel0000003190 | 378. | R-Greebel0000003327 |
| 355. | R-Greebel0000003191 | 379. | R-Greebel0000003364 |
| 356. | R-Greebel0000003193 | 380. | R-Greebel0000003368 |
| 357. | R-Greebel0000003194 | 381. | R-Greebel0000003369 |
| 358. | R-Greebel0000003202 | 382. | R-Greebel0000003379 |

**October 3, 2017 Production by Retrophin, Inc.**

<u>Documents Identified by Beginning Bates Number:</u>

| | | | |
|---|---|---|---|
| 383. | R-Greebel0000003380 | 407. | R-Greebel0000003646 |
| 384. | R-Greebel0000003386 | 408. | R-Greebel0000003647 |
| 385. | R-Greebel0000003389 | 409. | R-Greebel0000003648 |
| 386. | R-Greebel0000003420 | 410. | R-Greebel0000003690 |
| 387. | R-Greebel0000003457 | 411. | R-Greebel0000003692 |
| 388. | R-Greebel0000003461 | 412. | R-Greebel0000003693 |
| 389. | R-Greebel0000003491 | 413. | R-Greebel0000003695 |
| 390. | R-Greebel0000003496 | 414. | R-Greebel0000003705 |
| 391. | R-Greebel0000003499 | 415. | R-Greebel0000003706 |
| 392. | R-Greebel0000003501 | 416. | R-Greebel0000003710 |
| 393. | R-Greebel0000003502 | 417. | R-Greebel0000003745 |
| 394. | R-Greebel0000003504 | 418. | R-Greebel0000003774 |
| 395. | R-Greebel0000003506 | 419. | R-Greebel0000003775 |
| 396. | R-Greebel0000003508 | 420. | R-Greebel0000003779 |
| 397. | R-Greebel0000003509 | 421. | R-Greebel0000003780 |
| 398. | R-Greebel0000003512 | 422. | R-Greebel0000003789 |
| 399. | R-Greebel0000003514 | 423. | R-Greebel0000003790 |
| 400. | R-Greebel0000003516 | 424. | R-Greebel0000003791 |
| 401. | R-Greebel0000003518 | 425. | R-Greebel0000003792 |
| 402. | R-Greebel0000003523 | 426. | R-Greebel0000003795 |
| 403. | R-Greebel0000003640 | 427. | R-Greebel0000003797 |
| 404. | R-Greebel0000003641 | 428. | R-Greebel0000003798 |
| 405. | R-Greebel0000003643 | 429. | R-Greebel0000003799 |
| 406. | R-Greebel0000003645 | 430. | R-Greebel0000003800 |

**October 3, 2017 Production by Retrophin, Inc.**

Documents Identified by Beginning Bates Number:

| | | | |
|---|---|---|---|
| 431. | R-Greebel0000003801 | 455. | R-Greebel0000003840 |
| 432. | R-Greebel0000003803 | 456. | R-Greebel0000003844 |
| 433. | R-Greebel0000003805 | 457. | R-Greebel0000003845 |
| 434. | R-Greebel0000003808 | 458. | R-Greebel0000003846 |
| 435. | R-Greebel0000003812 | 459. | R-Greebel0000003847 |
| 436. | R-Greebel0000003813 | 460. | R-Greebel0000003848 |
| 437. | R-Greebel0000003814 | 461. | R-Greebel0000003849 |
| 438. | R-Greebel0000003817 | 462. | R-Greebel0000003850 |
| 439. | R-Greebel0000003818 | 463. | R-Greebel0000003853 |
| 440. | R-Greebel0000003819 | 464. | R-Greebel0000003854 |
| 441. | R-Greebel0000003821 | 465. | R-Greebel0000004044 |
| 442. | R-Greebel0000003822 | 466. | R-Greebel0000004045 |
| 443. | R-Greebel0000003823 | 467. | R-Greebel0000004046 |
| 444. | R-Greebel0000003825 | 468. | R-Greebel0000004048 |
| 445. | R-Greebel0000003826 | 469. | R-Greebel0000004060 |
| 446. | R-Greebel0000003827 | 470. | R-Greebel0000004061 |
| 447. | R-Greebel0000003829 | 471. | R-Greebel0000004063 |
| 448. | R-Greebel0000003831 | 472. | R-Greebel0000004066 |
| 449. | R-Greebel0000003832 | 473. | R-Greebel0000004068 |
| 450. | R-Greebel0000003833 | 474. | R-Greebel0000004070 |
| 451. | R-Greebel0000003834 | 475. | R-Greebel0000004071 |
| 452. | R-Greebel0000003835 | 476. | R-Greebel0000004099 |
| 453. | R-Greebel0000003838 | 477. | R-Greebel0000004145 |
| 454. | R-Greebel0000003839 | 478. | R-Greebel0000004147 |

**October 3, 2017 Production by Retrophin, Inc.**

<u>Documents Identified by Beginning Bates Number:</u>

| | | | |
|---|---|---|---|
| 479. | R-Greebel0000004176 | 501. | R-Greebel0000004391 |
| 480. | R-Greebel0000004212 | 502. | R-Greebel0000004392 |
| 481. | R-Greebel0000004213 | 503. | R-Greebel0000004393 |
| 482. | R-Greebel0000004217 | 504. | R-Greebel0000004394 |
| 483. | R-Greebel0000004220 | 505. | R-Greebel0000004397 |
| 484. | R-Greebel0000004221 | 506. | R-Greebel0000004398 |
| 485. | R-Greebel0000004249 | 507. | R-Greebel0000004400 |
| 486. | R-Greebel0000004250 | 508. | R-Greebel0000004401 |
| 487. | R-Greebel0000004296 | 509. | R-Greebel0000004404 |
| 488. | R-Greebel0000004297 | 510. | R-Greebel0000004405 |
| 489. | R-Greebel0000004325 | 511. | R-Greebel0000004409 |
| 490. | R-Greebel0000004326 | 512. | R-Greebel0000004412 |
| 491. | R-Greebel0000004328 | 513. | R-Greebel0000004413 |
| 492. | R-Greebel0000004329 | 514. | R-Greebel0000004416 |
| 493. | R-Greebel0000004331 | 515. | R-Greebel0000004418 |
| 494. | R-Greebel0000004354 | 516. | R-Greebel0000004466 |
| 495. | R-Greebel0000004383 | 517. | R-Greebel0000004469 |
| 496. | R-Greebel0000004384 | 518. | R-Greebel0000004470 |
| 497. | R-Greebel0000004386 | 519. | R-Greebel0000004474 |
| 498. | R-Greebel0000004387 | 520. | R-Greebel0000004475 |
| 499. | R-Greebel0000004388 | 521. | R-Greebel0000004479 |
| 500. | R-Greebel0000004390 | 522. | R-Greebel0000004480 |