# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

October 16, 2017

VIA ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Evan Greebel*, S1 15 Cr. 637 (KAM)

Dear Judge Matsumoto:

We respectfully write to request that the Court permit certain non-attorney team members, acting under the direction of Gibson Dunn & Crutcher LLP attorneys, to bring certain electronic devices into the Courthouse for use during the trial in the action captioned above. Details about the individuals and the requested electronic devices are in the attached proposed Order.

We thank you very much for your time and attention to this important matter.

Respectfully submitted,


*/s/ Reed Brodsky*

Reed Brodsky

Attachment

cc:  Alixandra E. Smith, Esq.
     David C. Pitluck, Esq.
     David K. Kessler, Esq.