UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

EVAN GREEBEL,

                    *Defendant.*

ECF Case

No. 15 Cr. 637 (KAM)

[PROPOSED] ORDER

---

**APPLICATION TO BRING ELECTRONIC DEVICES INTO THE COURTHOUSE OF THE EASTERN DISTRICT OF NEW YORK FOR USE IN A PROCEEDING OR TRIAL**

The following Order is subject to the definitions, obligations, and restrictions imposed pursuant to Administrative Order 2007-10.  Upon submission of written application to this Court, it is hereby

ORDERED that the following individual(s), working under the direction of Gibson Dunn & Crutcher LLP attorneys, are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned above.  The dates for which such authorization is provided are:

October 17, 2017 through December 1, 2017.

| Individual | Device(s) |
|---|---|
| 1.  Randall Carter (presenter of digital evidence) | 2 laptops (with power cords, assorted cables and adapters) 2 computer mice 1 cell phone 2 remote presentation clickers 2 hard drives Laser pointer MiFi Device |

| Individual | Device(s) |
|---|---|
| 2. Amy Elliott (paralegal) | 2 cell phones; 1 laptop |
| 3. Stephen Profeta (paralegal) | 1 cell phone; 1 laptop |
| 4. Heidi Shin (paralegal) | 1 cell phone; 1 laptop |

The individual(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the individual that he or she will comply in all respects with the restrictions and obligations set forth in Administrative Order 2007-10.


SO ORDERED:

Dated:  October ___, 2017

_____

The Honorable Kiyo A. Matsumoto

2