FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 18 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

EVAN GREEBEL,

*Defendant.*

---

ECF Case

No. 15 Cr. 637 (KAM)

[~~PROPOSED~~] ORDER

### APPLICATION TO BRING ELECTRONIC DEVICES INTO THE COURTHOUSE OF THE EASTERN DISTRICT OF NEW YORK FOR USE IN A PROCEEDING OR TRIAL

The following Order is subject to the definitions, obligations, and restrictions imposed pursuant to Administrative Order 2007-10. Upon submission of written application to this Court, it is hereby

ORDERED that the following individual(s), working under the direction of Gibson Dunn & Crutcher LLP attorneys, are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned above. The dates for which such authorization is provided are:

October 17, 2017 through ~~December 1, 2017.~~ *the conclusion of trial.*

| Individual | Device(s) |
|---|---|
| 1. Randall Carter (presenter of digital evidence) | 2 laptops (with power cords, assorted cables and adapters)<br>2 computer mice<br>1 cell phone<br>2 remote presentation clickers<br>2 hard drives<br>Laser pointer<br>~~MiFi Device~~ |

| Individual | Device(s) |
|---|---|
| 2. Amy Elliott (paralegal) | 1 cell phones; 1 laptop |
| 3. Stephen Profeta (paralegal) | 1 cell phone; 1 laptop |
| 4. Heidi Shin (paralegal) | 1 cell phone; 1 laptop |

The individual(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the individual that he or she will comply in all respects with the restrictions and obligations set forth in Administrative Order 2007-10.

SO ORDERED:

Dated: October 17, 2017

s/ KAM

The Honorable Kiyo A. Matsumoto

2

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

October 16, 2017

VIA ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *United States v. Evan Greebel*, S1 15 Cr. 637 (KAM)

Dear Judge Matsumoto:

We respectfully write to request that the Court permit certain non-attorney team members, acting under the direction of Gibson Dunn & Crutcher LLP attorneys, to bring certain electronic devices into the Courthouse for use during the trial in the action captioned above. Details about the individuals and the requested electronic devices are in the attached proposed Order.

We thank you very much for your time and attention to this important matter.

Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky

Attachment

cc: Alixandra E. Smith, Esq.
    David C. Pitluck, Esq.
    David K. Kessler, Esq.