# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

October 19, 2017

VIA ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Evan Greebel*, S1 15 Cr. 637 (KAM)

Dear Judge Matsumoto:

We respectfully submit this letter pursuant to the Court's October 16, 2017 Order directing us to provide all documents we have received to date pursuant to Federal Rule of Criminal Procedure 17(c).  Contemporaneously with the service of this letter, we are providing to the government electronically and in the form we received them all such documents we have received on or after October 16.[1]  Below is a chart listing the Bates numbers of the materials we obtained and from which person or entity.

| No. | Producing Party | Date(s) of Production | Bates Numbers (if any) |
|---|---|---|---|
| 1. | Edwards Wildman & Palmer (Edwards Angell) | 10/17/2017 | EAPD00001 – EAPD04739 |
| 2. | Marcum LLP | 10/17/2017 | Marcum_Retrophin EDNY_00034019 – Marcum_Retrophin EDNY_00034029 |
| 3. | McCormick & O'Brien, LLP | 10/17/2017 | 1 .pst File |

---

[1]   This production does not waive the testimonial rights of such individuals pursuant to the Fifth Amendment to refuse to testify.

**GIBSON DUNN**

The Honorable Kiyo A. Matsumoto
October 19, 2017
Page 2

| No. | Producing Party | Date(s) of Production | Bates Numbers (if any) |
|---|---|---|---|
| 4. | Paul, Weiss, Rifkind, Wharton & Garrison LLP | 10/16/2017 | MSMBC 00000001 – MSMBC 00003820; PWRWG-MSMB_00000001 – PWRWG-MSMB_00000209 |
| 5. | Retrophin, Inc.[2] | 10/16/2017 (Aselage) | R-Greebel0000004522 – R-Greebel0000004539 |
|  |  | 10/17/2017 (Richardson) | R-Greebel0000004540 – R-Greebel0000004543 |
|  |  | 10/18/2017 (Aselage) | R-Greebel0000004544 – R-Greebel0000004553 |
| 6. | Sullivan, Edmund | 10/17/2017 | SULLIVAN 00001 – 00618 |

Respectfully,

*/s/ Reed Brodsky*
Reed Brodsky


cc:   Alixandra E. Smith, Esq.
      David C. Pitluck, Esq.
      David K. Kessler, Esq.

---

[2]   Retrophin, Inc. produced these documents in response to Rule 17(c) subpoenas issued to Messrs. Aselage and Richardson personally.