UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **United States of America,** | : |
| | : |
| v. | : **Criminal Action** |
| | : **No. 1:15-cr-00637 (KAM)** |
| **Evan Greebel, Defendant.** | : |

**Notice of Appearance by attorney to the U.S. Securities and Exchange Commission**

Please take notice that the James M. McHale, a member of the bar of this court, is entering an appearance for non-party, movant, U.S. Securities and Exchange Commission.

Respectfully submitted,
U.S. Securities and Exchange Commission
              */s/James M. McHale*

Melinda Hardy, Assistant General Counsel
James M. McHale, Senior Counsel
McHale EDNY Bar Id. JM8286
McHale: N.Y. Bar No. 1578350
McHale: D.C. Bar No. 111773
Office of the General Counsel
Attorneys for Non-Party
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549-9613
Phone: (202) 551-5046 (McHale)
Fax: (202) 772-9263
*mchalejm@sec.gov*
Attorneys for Respondent, U.S. Securities and Exchange Commission
Dated: October 17, 2017

1

## CERTIFICATE OF SERVICE

I certify that this October 17, 2017, I served the foregoing Notice of Appearance of James M. McHale for the U.S. Securities and Exchange Commission to the attorneys for Evan Greebel, Defendant, through the court's electronic facilities, as provided by Local rule 5.2(a) and by e-mail as follows:

**Reed Brodsky/Lisa Rubin**
**Gibson, Dunn & Crutcher, LLP**
**200 Park Avenue**
**New York, NY  10166-0193**
**and by e-mail to**
**rbrodsky@gibsondunn.com**
**lrubin@gibsondunn.com**


/S/

James M. McHale