# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

October 20, 2017

<u>VIA ECF AND EMAIL</u>

AUSA Alixandra E. Smith
AUSA David C. Pitluck, Esq.
AUSA David K. Kessler, Esq.
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

Re:   <u>United States v. Greebel</u>, S1 15 Cr. 637 (KAM)

Dear Counsel:

We respectfully submit this letter pursuant to the Court's October 16, 2017 Order directing us to provide all documents we have received pursuant to Federal Rule of Criminal Procedure 17(c). Contemporaneously with the service of this letter, we are providing electronically and in the form we received them documents we have received pursuant to the Rule 17(c) subpoenas.[1]  Below is a chart listing the Bates numbers of the materials we obtained and from which person or entity.

| No. | Producing Party | Date(s) of Production | Bates Numbers (if any) |
|---|---|---|---|
| 1. | Anslow & Jaclin LLP | 6/16/2017 | AJ001 – AJ040 |
| 2. | Clerk of the Court, New York County Criminal Court | 7/19/2017 | *No bates* |
| 3. | Retrophin, Inc. | 10/19/2017 | R-Greebel0000004554 – R-Greebel0000006841 |

---

[1]   This production does not waive the testimonial rights of such individuals pursuant to the Fifth Amendment to refuse to testify.

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

**GIBSON DUNN**

October 20, 2017
Page 2

| No. | Producing Party | Date(s) of Production | Bates Numbers (if any) |
|---|---|---|---|
| 4. | Rosenfeld, Steven | 7/14/2017 | *No bates* |

Yours truly,

***/s/ Reed Brodsky***

Reed Brodsky

cc:   Clerk of the Court (KAM) (by ECF)