

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C.  20549

OFFICE OF THE
GENERAL COUNSEL

October 26, 2017

Honorable Kiyo A. Matsumoto, U.S. District Judge
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *United States v. Greebel,* Criminal Action No. 1:15-cr-00637 (E.D.N.Y.), October 20, 2017 Motion to Quash (Doc. 417) of the U.S. Securities and Exchange Commission.

Dear Judge Matsumoto:

The U.S. Securities and Exchange Commission (SEC) respectfully withdraws its referenced motion to quash Mr. Greebel's June 28, 2017 subpoena on the SEC. Yesterday, counsel to Mr. Greebel informed us that he now accepts the SEC's offer to resolve the parties' differences concerning that Subpoena. His decision eliminates the need for this motion.

Should your Chambers need to reach me, my direct dial number is (202) 551-5046 and my e-mail is mchalejm@sec.gov. Thank you.

                                                       Respectfully yours,

                                                       James M. McHale, Senior Counsel

cc:    Reed Brodsky, Esq./Luke Roniger, Esq. (Gibson, Dunn)
        Alixandra Smith, Esq./David Pitluck, Esq., (AUSAs)