

U.S. Department of Justice

United States Attorney
Eastern District of New York

AES/DCP/DKK
F.#2014R00501

271 Cadman Plaza East
Brooklyn, New York 11201

October 27, 2017

By Hand and ECF
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: United States v. Evan Greebel
> Criminal Docket No. 15-637 (KAM)

Dear Judge Matsumoto:

      The parties respectfully submit this joint letter in response to the Court's request for an updated estimate of the length of trial in the above-captioned matter. This estimate is based on the current pace of trial, the fact that the presentation of evidence did not begin until Friday, October 20, 2017, and the fact that the Court is not sitting on October 26-27, November 3, November 10, November 23 and November 24, 2017. The government estimates that its case will take an additional 12 to 14 trial days (given the pace of the four trial days completed to date), and the defense estimates that its case, if any, would likely last 3 to 7 trial days, with the understanding that their estimate is contingent on the scope of the government's case-in-chief, the extent of the government's cross-examinations of any witnesses, and whether Mr. Greebel takes the stand. Should the defense present a case, the government may have a short rebuttal case. Consequently, the parties estimate that the close of evidence may be as late as the week of November 27, 2017, with closings and jury deliberations as late as the week of December 4, 2017.

Respectfully submitted,

BRIDGET M. ROHDE
Acting United States Attorney

By:   /s/
Alixandra E. Smith
David C. Pitluck
David K. Kessler
Assistant U.S. Attorneys
(718) 254-7000

cc:    All counsel (via ECF)