# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

October 30, 2017

VIA ECF AND EMAIL

AUSA Alixandra E. Smith, Esq.
AUSA David C. Pitluck, Esq.
AUSA David K. Kessler, Esq.
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

Re:   *United States v. Greebel*, S1 15 Cr. 637 (KAM)

Dear Counsel:

We respectfully submit this letter pursuant to the Court's October 16, 2017 Order directing us to provide all documents we have received pursuant to Federal Rule of Criminal Procedure 17(c). Contemporaneously with the service of this letter, we are providing electronically and in the form we received them documents we have received pursuant to the Rule 17(c) subpoenas.[1] Below is a chart listing the Bates numbers of the materials we obtained and from each person or entity.

| No. | Producing Party | Date of Production | Bates Numbers (if any) |
|---|---|---|---|
| 1. | Scottrade Financial Services, Inc. | October 24, 2017 | *We do not yet have the password to access these files. We will provide it once we receive it.* |
| 2. | Retrophin, Inc. | October 29, 2017 | R-Greebel0000006842 to R-Greebel0000006899 |
| 3. | Verizon New York, Inc. | October 30, 2017 | *No Bates* |

---

[1]   This production does not waive the testimonial rights of such individuals pursuant to the Fifth Amendment to refuse to testify.

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

# GIBSON DUNN

October 30, 2017
Page 2


Yours truly,

*/s/ Reed Brodsky*

Reed Brodsky


cc: Clerk of the Court (KAM) (by ECF)