# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

November 6, 2017

VIA ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Evan Greebel*, S1 15 Cr. 637 (KAM)

Dear Judge Matsumoto:

We respectfully submit this letter in connection with the Court's order to provide information regarding whether and how we intend to use any Rule 17 subpoena returns during the cross-examinations of government witnesses this week. Please find attached eight emails that we obtained from serving targeted and narrow subpoenas to Retrophin, Inc., (by sending to its counsel at Cooley LLP) which we may use during cross-examination of government witnesses to be called this week for Your Honor's *in camera* review. Because we plan to use these emails during cross-examination this week, we are submitting them *ex parte* for the Court's consideration. If the Court orders us to identify them for the government, we will do so but we respectfully submit that we should not be required to provide the government with prior notice of documents we may use during cross-examination of its witnesses.

Respectfully,

*/s/ Reed Brodsky*
Reed Brodsky

Attachment (*in camera*/*ex parte*)

cc:   Alixandra E. Smith, Esq.
      David C. Pitluck, Esq.
      David K. Kessler, Esq.