# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

November 12, 2017

VIA ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Evan Greebel*, S1 15 Cr. 637 (KAM)

Dear Judge Matsumoto:

We respectfully submit this letter in connection with the Court's order to provide information regarding whether and how we intend to use any Rule 17 subpoena returns. Please find attached four emails that we obtained from serving targeted and narrow subpoenas to Retrophin, Inc., (by sending to its counsel at Cooley LLP) that we may use during cross-examination of Jackson Su and/or George Huang. We are submitting the attached list of such documents *ex parte* and *in camera* for the Court's consideration.

Respectfully,

*/s/ Reed Brodsky*
Reed Brodsky

Attachment (*in camera*)

cc:   Alixandra E. Smith, Esq.
      David C. Pitluck, Esq.
      David K. Kessler, Esq.