# EXHIBIT C

| Index | Index | Company Name | Filing Type | Filing Date |
|---|---|---|---|---|
| 1 | B1 | VolitionRx Limited | Form S-1A | 2015.01.07 |
| 2 | B2 | 3DX Industries, Inc | Form 8-K | 2013.12.31 |
| 3 | B3 | Nabors Industries Ltd. | Form 8-K | 2010.01.26 |
| 4 | B4 | XStream Systems, Inc. | Form S-1 | 2009.11.12 |