# EXHIBIT A

*United States v. Greebel*, S1 15-cr-637 (KAM)
Government Exhibit Productions October 13, 2017-November 28, 2017

|    | Government Exhibit | Date Received | Description | Admitted Through |
|----|--------------------|---------------|-------------|------------------|
| 1. | 105-24 | 10/13/2017 | Email - RE: Issuance of 28,000 shares (04/05/2013)<br>From: Alan Geller<br>To: Martin Shkreli; Evan Greebel. | Alan Geller – 11/22/2017 |
| 2. | 105-25 | 10/13/2017 | Email - RE: RE: (04/09/2013)<br>From: Martin Shkreli<br>To: Alan Geller | Alan Geller – 11/22/2017 |
| 3. | 105-26 | 10/13/2017 | Email - FW: Revised Consulting Agreement (04/20/2013)<br>From: Alan Geller<br>To: Kevin Mulleady | |
| 4. | 105-27 | 10/13/2017 | Email - FW: (04/29/2013)<br>From: Alan Geller<br>To: Kevin Mulleady | |
| 5. | 105-28 | 10/13/2017 | Email - RE: Revised Draft Consulting Agreement (05/01/2013)<br>From: Alan Geller<br>To: Evan Greebel | |
| 6. | 105-29 | 10/13/2017 | Email - (09/06/2013)<br>From: Alan Geller<br>To: Evan Greebel | |
| 7. | 105-30 | 10/13/2017 | Email - RE: see you at 730 (03/26/2014)<br>From: Alan Geller<br>To: Martin Shkreli | |
| 8. | 105-31 | 10/13/2017 | Email - RE: (05/02/2014)<br>From: Alan Geller<br>To: Martin Shkreli | |
| 9. | 106-35 | 10/13/2017 | Email - (11/02/2011)<br>From: David Geller<br>To: Kevin Mulleady | David Geller – 11/1/2017 |
| 10. | 111-44 | 10/13/2017 | Email - RE: Pre/Post Capitalization Table (12/04/2012)<br>From: Stephen Aselage<br>To: George Huang; Jackson Su | |
| 11. | 111-45 | 10/13/2017 | Email - Re: Letter (03/12/2013)<br>From: Jackson Su<br>To: Evan Greebel<br>Cc: Martin Shkreli | |
| 12. | 111-46 | 10/13/2017 | Email - Retrophin/MSMBcapital email accounts (12/30/2012)<br>From: Andrew Vaino<br>To: Jackson Su | |

*United States v. Greebel*, S1 15-cr-637 (KAM)
Government Exhibit Productions October 13, 2017-November 28, 2017

| | Government Exhibit | Date Received | Description | Admitted Through |
|---|---|---|---|---|
| | | | Cc: Martin Shkreli; Michael Smith | |
| 13. | 112-28 | 10/13/2017 | Email - RE: Rtrx (02/14/20.13)<br>From: Tim Pierotti<br>To: Evan Greebel<br>CC: whitema@ballardspahr.com | Timothy Pierotti - 11/20/2017 |
| 14. | 114-18-A | 10/13/2017 | Email - FW: Settlement issue (08/02/2013)<br>From: Marc Panoff<br>To: Sunil Jain; Ed Hackert | |
| 15. | 114-29-A | 10/13/2017 | Email - Settlement Agreement memo (08/20/2013)<br>From: Marc Panoff<br>To: Sunil Jain; Ed Hackert<br>Cc: Evan Greebel | Sunil Jain - 11/15/2017 |
| 16. | 114-29-B | 10/13/2017 | Email - Settlement Memo (08/22/2013)<br>From: Michael Harrison<br>To: Sunil Jain; Andrew Kleeman | |
| 17. | 115-48 | 10/13/2017 | Email - RE:'Escrow shares (12/17/2013)<br>From: Amy Merrill<br>To: Evan Greebel | Amy Merrill - 11/16/2017 |
| 18. | 115-49 | 10/13/2017 | Email - RE: Fearnow Stop Transfer (05/27/2014)<br>From: Amy Merrill<br>To: Evan Greebel | Amy Merrill - 11/16/2017 |
| 19. | 115-50 | 10/13/2017 | Email - Retrophin (05/30/2014)<br>From: John Heskett<br>To: Amy Merrill<br>Cc: Evan Greebel; Debi Crain | Amy Merrill - 11/16/2017 |
| 20. | 120-4 | 10/13/2017 | Katten Muchin: Rosenman LLP - Engagement Letter (01/13/2012) | Kris Marsilio - 11/13/2017 |
| 21. | 121-11 | 10/13/2017 | Schedule of Income Partner Current Statistics (2013) | |
| 22. | 121-12 | 10/13/2017 | Schedule of Income Partner Current Statistics (2014) | |
| 23. | 124-4 | 10/13/2017 | Email - RE: Subsequent event questionnaire (09/13/2013)<br>From: Evan Greebel<br>To: Marc Panoff<br>Cc: Ed Hackert | |
| 24. | 124-5 | 10/13/2017 | Letter - Re: Retrophin, Inc. (the "Company") (03/12/2014)<br>From: Katten Muchin Rosenman LLP<br>To: Marcum LLP | Sunil Jain - 11/16/2017 |
| 25. | 125-2 | 10/13/2017 | Client Matter Form - MSMB | Kris Marsilio - 11/13/2017 |

2

*United States v. Greebel*, S1 15-cr-637 (KAM)
Government Exhibit Productions October 13, 2017-November 28, 2017

|  | **Government Exhibit** | **Date Received** | **Description** | **Admitted Through** |
|---|---|---|---|---|
| 26. | 127-1 | 10/13/2017 | Katten. Muchin Rosenman LLP Description of Billing Services (08/31/2014) | Kris Marsilio - 11/13/2017 |
| 27. | 127-2 | 10/13/2017 | Katten. Muchin Rosenman LLP Description of Billing Services (08/31/2014) | Kris Marsilio - 11/13/2017 |
| 28. | 300-A | 10/13/2017 | Email - Re: Termination Notice (10/04/2014) From: Evan Greebel To: Stephen Aselage Cc: Steve Richardson; Neal Golding | Steve Richardson - 10/25/2017 |
| 29. | 518 | 10/13/2017 | Email - RE: Rtrx (02/14/2013) From: Martin Shkreli To: Evan Greebel | |
| 30. | 681 | 10/13/2017 | Email - Draft Aselage Employment Agreement (05/16/2014) From: Evan Greebel To: Martin Shkreli; Marc Panoff | |
| 31. | 976 | 10/13/2017 | SEC Form 8-K - Retrophin, Inc. (06/02/2014) | |
| 32. | 100-29 | 10/19/2017 | Email – Message From MSMB Capital (09/09/2013) From: Martin Shkreli To: Martin Shkreli | |
| 33. | 103-61 | 10/19/2017 | Katten Muchin Rosenman LLP Letter to Darren Blanton (02/10/2012) | |
| 34. | 111-35-A | 10/19/2017 | Retrophin LLC Secured Promissory Note (02/01/2012) | Jackson Su - 11/13/2017 |
| 35. | 115-23 | 10/19/2017 | Retrophin LLC Purchase Agreement Amendment (04/04/2013) | Amy Merrill - 11/16/2017 |
| 36. | 120-5 | 10/19/2017 | Katten Muchin Rosenman LLP Letter to Martin Shkreli (03/01/2013) | Kris Marsilio - 11/13/2017 |
| 37. | 125-1-A | 10/19/2017 | Katten Muchin Rosenman LLP Existing Client New Matter Form (11/04/2013) | Kris Marsilio - 11/13/2017 |
| 38. | 125-1-AA | 10/19/2017 | Email – RE: Retrophin/Project Tortoise (09/19/2013) From: Evan Greebel | Kris Marsilio - 11/13/2017 |
| 39. | 125-1-B | 10/19/2017 | Katten Muchin Rosenman LLP Existing Client New Matter (11/26/2013) | Kris Marsilio - 11/13/2017 |
| 40. | 125-1-BB | 10/19/2017 | Email – [SA] – 381676.00005 Project Tortoise – RMMR #86383 (10/31/2013) From: Compliguard Workflow To: Diana Pedersen | Kris Marsilio - 11/13/2017 |
| 41. | 125-1-C | 10/19/2017 | Katten Muchin Rosenman LLP Existing Client New Matter (02/14/2014) | Kris Marsilio - 11/13/2017 |
| 42. | 125-1-CC | 10/19/2017 | Katten Muchin Rosenman LLP Existing Client New Matter (10/30/2013) | Kris Marsilio - 11/13/2017 |

*United States v. Greebel*, S1 15-cr-637 (KAM)
Government Exhibit Productions October 13, 2017-November 28, 2017

|  | **Government Exhibit** | **Date Received** | **Description** | **Admitted Through** |
|---|---|---|---|---|
| 43. | 125-1-D | 10/19/2017 | Email – [SA] – 381676.00009 Note Offering – ECNM #114280 (06/03/2014)<br>From: Compliguard Workflow<br>To: Katrina Soderberg | Kris Marsilio - 11/13/2017 |
| 44. | 125-1-E | 10/19/2017 | Katten Muchin Rosenman LLP Existing Client Matter Form (05/30/2014) | Kris Marsilio - 11/13/2017 |
| 45. | 125-1-F | 10/19/2017 | Katten Muchin Rosenman LLP Existing Client Matter Form (05/30/2014) | Kris Marsilio - 11/13/2017 |
| 46. | 125-1-G | 10/19/2017 | Email – [SA] – 381676.00011 Schwab – ECNM #117786 (07/03/2014)<br>From: Compliguard Workflow<br>To: Reannon Froehlich | Kris Marsilio - 11/13/2017 |
| 47. | 125-1-H | 10/19/2017 | Email – [SA] – 381676.00012 Schwab – ECNM #129115 (10/02/2014)<br>From: Compliguard Workflow<br>To: Reannon Froehlich | Kris Marsilio - 11/13/2017 |
| 48. | 125-1-I | 10/19/2017 | Katten Muchin Rosenman LLP Existing Client Matter Form (09/29/2014) | Kris Marsilio - 11/13/2017 |
| 49. | 125-1-J | 10/19/2017 | Katten Muchin Rosenman LLP Matter Revision Form (12/16/2014) | Kris Marsilio - 11/13/2017 |
| 50. | 125-1-K | 10/19/2017 | Katten Muchin Rosenman LLP New Client Matter Form (06/13/2011) | Kris Marsilio - 11/13/2017 |
| 51. | 125-1-L | 10/19/2017 | Katten Muchin Rosenman LLP New Client Matter Form (07/06/2011) | Kris Marsilio - 11/13/2017 |
| 52. | 125-1-M | 10/19/2017 | Katten Muchin Rosenman LLP Client Matter Revision Form (08/08/2011) | Kris Marsilio - 11/13/2017 |
| 53. | 125-1-N | 10/19/2017 | Katten Muchin Rosenman LLP Client Matter Revision Form (08/04/2011) | Kris Marsilio - 11/13/2017 |
| 54. | 125-1-O | 10/19/2017 | Katten Muchin Rosenman LLP New Client Matter Form (08/09/2011) | Kris Marsilio - 11/13/2017 |
| 55. | 125-1-P | 10/19/2017 | Katten Muchin Rosenman LLP Client Matter Revision Form (10/18/2011) | Kris Marsilio - 11/13/2017 |
| 56. | 125-1-Q | 10/19/2017 | Katten Muchin Rosenman LLP New Client Matter Form (11/16/2011) | Kris Marsilio - 11/13/2017 |
| 57. | 125-1-R | 10/19/2017 | Katten Muchin Rosenman LLP Existing Client New Matter (12/21/2011) | Kris Marsilio - 11/13/2017 |
| 58. | 125-1-S | 10/19/2017 | Katten Muchin Rosenman LLP New Client Matter Form (01/24/2012) | Kris Marsilio - 11/13/2017 |
| 59. | 125-1-T | 10/19/2017 | Katten Muchin Rosenman LLP New Client Matter Form (01/24/2012) | Kris Marsilio - 11/13/2017 |
| 60. | 125-1-U | 10/19/2017 | Katten Muchin Rosenman LLP Existing Client New Matter (01/31/2012) | Kris Marsilio - 11/13/2017 |

*United States v. Greebel*, S1 15-cr-637 (KAM)
Government Exhibit Productions October 13, 2017-November 28, 2017

|   | **Government Exhibit** | **Date Received** | **Description** | **Admitted Through** |
|---|---|---|---|---|
| 61. | 125-1-V | 10/19/2017 | Email – [SA] – 381676.00003 Pierotti Litigation – ECNM #55747 (03/15/2013)<br>From: Compliguard Workflow<br>To: Ann Shea | Kris Marsilio - 11/13/2017 |
| 62. | 125-1-W | 10/19/2017 | Katten Muchin Rosenman LLP Existing Client New Matter (03/11/2013) | Kris Marsilio - 11/13/2017 |
| 63. | 125-1-X | 10/19/2017 | Katten Muchin Rosenman LLP Existing Client New Matter (02/15/2013) | Kris Marsilio - 11/13/2017 |
| 64. | 125-1-Y | 10/19/2017 | Email – [SA] – 381676.00005 Project Tortoise – ECNM #80903 (09/19/2013)<br>From: Compliguard Workflow<br>To: Mary Elizabeth Radabaugh | Kris Marsilio - 11/13/2017 |
| 65. | 125-1-Z | 10/19/2017 | Katten Muchin Rosenman LLP Existing Client New Matter (09/19/2013) | Kris Marsilio - 11/13/2017 |
| 66. | 302 | 10/19/2017 | Email – FW: Retrophin Board Consents (09/05/2012)<br>From: Martin Shkreli<br>To: sgrichardson2@aol.com | Steve Richardson - 10/25/2017 |
| 67. | 448-A | 10/19/2017 | SEC Letter to Martin Shkreli (10/01/2012) |  |
| 68. | 823 | 10/19/2017 | Katten Muchin Rosenman LLP Project Plasma Invoice (07/08/2011) |  |
| 69. | 34-A | 10/22/2017 | MSMB Subscription for Additional Interests (05/01/2012) | Richard Kocher - 10/31/2017 |
| 70. | 101-41 | 10/22/2017 | Email – FW: Settlement and Release Agreement (04/04/2013)<br>From: Sarah Hassan<br>To: Scott Bowman | Sarah Hassan - 10/23/2017 |
| 71. | 104-5-A | 10/22/2017 | Email – RE: LP Kocher (03/12/2013)<br>From: Richard Kocher<br>To: Martin@msmbcapital.com | Richard Kocher - 10/31/2017 |
| 72. | 244 (Replacement) | 10/22/2017 | Email – Re: steve Richardson stock transfer (09/07/2013)<br>From: Evan Greebel<br>To: Martin@retrophin.com; sgrichardson2@aol.com | Steve Richardson - 10/24/2017 |
| 73. | 303 | 10/22/2017 | Email – Board Meeting—1 pm est (02/07/2013)<br>From: Evan Greebel<br>To: Stephen Aselage; Martin@msmbcapital.com; Steve Richardson | Steve Richardson - 10/24/2017 |
| 74. | 682 | 10/22/2017 | Email – FW: 2012 perf bonus (03/06/2013)<br>From: Martin Shkreli<br>To: Evan Greebel |  |
| 75. | 682-A | 10/22/2017 | Email – FW: 2012 perf bonus (03/06/2013)<br>From: Martin Shkreli |  |

5

*United States v. Greebel*, S1 15-cr-637 (KAM)
Government Exhibit Productions October 13, 2017-November 28, 2017

|     | **Government Exhibit** | **Date Received** | **Description** | **Admitted Through** |
| --- | --- | --- | --- | --- |
|     |     |     | To: Evan Greebel |     |
| 76. | 683 | 10/22/2017 | Email – FW: Settlement and Release Agreement (04/17/2013)<br>From: Evan Greebel<br>To: Martin Shkreli |     |
| 77. | 683-A | 10/22/2017 | Email – Settlement and Release Agreement (04/05/2013)<br>From: Sarah Hassan<br>To: Martin Shkreli | Sarah Hassan - 10/23/2017 |
| 78. | 684 | 10/22/2017 | Email – FW: Revised Settlement Agreement (04/24/2013)<br>From: Martin Shkreli<br>To: Evan Greebel |     |
| 79. | 684-A | 10/22/2017 | Email – Revised Settlement Agreement (04/24/2013)<br>From: Sarah Hassan<br>To: Martin Shkreli |     |
| 80. | 977 | 10/22/2017 | SEC Form 8-K (12/02/2015) |     |
| 81. | 978 | 10/22/2017 | SEC Form S-1 – Retrophin (11/15/2013) | Steve Richardson - 10/25/2017 |
| 82. | 105-11-A | 10/25/2017 | Email – RE: Agreement (04/18/2013)<br>From: Alan Geller<br>To: Evan Greebel | Alan Geller - 11/22/2017 |
| 83. | 105-32 | 10/25/2017 | Email – Revised Draft Consulting Agreement (05/01/2013)<br>From: Evan Greebel<br>To: agtrading5@hotmail.com<br>CC: Martin Shkreli |     |
| 84. | 105-33 | 10/25/2017 | Email – RE: see you at 730 (05/07/2013)<br>From: Alan Geller<br>To: Martin Shkreli |     |
| 85. | 105-34 | 10/25/2017 | Email – RE: 31, 500 shares (07/26/2013)<br>From: Alan Geller<br>To: Martin Shkreli |     |
| 86. | 105-35 | 10/25/2017 | Email – Revised Draft Geller Agreements (08/20/2013)<br>From: Evan Greebel<br>To: agtrading5@hotmail.com<br>CC: Martin Shkreli |     |
| 87. | 105-36 | 10/25/2017 | Email – Re: Revised Draft Geller Agreements (08/20/2013)<br>From: agtrading5@hotmail.com<br>To: Evan Greebel |     |

6

*United States v. Greebel*, S1 15-cr-637 (KAM)
Government Exhibit Productions October 13, 2017-November 28, 2017

|     | Government Exhibit | Date Received | Description | Admitted Through |
|-----|--------------------|---------------|-------------|------------------|
| 88. | 105-37 | 10/25/2017 | CC: Martin Shkreli<br>Email – (08/22/2013)<br>From: Alan Geller<br>To: Evan Greebel | |
| 89. | 105-38 | 10/25/2017 | Email – (08/25/2013)<br>From: Alan Geller<br>To: Evan Greebel | |
| 90. | 105-39 | 10/25/2017 | Email – (08/30/2013)<br>From: Alan Geller<br>To: Evan Greebel | |
| 91. | 105-40 | 10/25/2017 | Email – (09/10/2013)<br>From: Alan Geller<br>To: Evan Greebel | |
| 92. | 105-41 | 10/25/2017 | Email – RE: Coaching (10/27/2013)<br>From: agtrading5@hotmail.com<br>To: Martin Shkreli | |
| 93. | 105-42 | 10/25/2017 | Email – RE: Coaching (11/02/2013)<br>From: Alan Geller<br>To: Martin Shkreli | |
| 94. | 105-43 | 10/25/2017 | Email – Re: Introduction to Alan Geller (01/07/2014)<br>From: Alan Geller<br>To: Paul Barrett; Martin Shkreli | |
| 95. | 105-44 | 10/25/2017 | Email – RE: (04/29/2014)<br>From: Alan Geller<br>To: Martin Shkreli | |
| 96. | 105-45 | 10/25/2017 | Email – (05/11/2014)<br>From: Alan Geller<br>To: Martin Shkreli | |
| 97. | 105-46 | 10/25/2017 | Email – (08/14/2014)<br>From: Alan Geller<br>To: Evan Greebel | |
| 98. | 245 (Replacement) | 10/25/2017 | Email – Board Agenda (09/09/2013)<br>From: Marc Panoff<br>To: Steve Richardson; Stephen Aselage; Martin Shkreli<br>CC: Evan Greebel | Steve Richardson - 10/24/2017 |
| 99. | 251 (Replacement) | 10/25/2017 | Email – Board Agenda (11/06/2013)<br>From: Marc Panoff<br>To: Neal; Steve Richardson; Steve Aselage; Martin Shkreli<br>CC: Evan Greebel; Ed Hackert; Sunil Jain | Steve Richardson - 10/25/2017 |

*United States v. Greebel*, S1 15-cr-637 (KAM)
Government Exhibit Productions October 13, 2017-November 28, 2017

|  | **Government Exhibit** | **Date Received** | **Description** | **Admitted Through** |
|---|---|---|---|---|
| 100. | 302 (Replacement) | 10/25/2017 | Email – FW: Retrophin Board Consents (09/05/2012)<br>From: Martin Shkreli<br>To: sgrichardson2@aol.com | Steve Richardson - 10/25/2017 |
| 101. | 682-B | 10/25/2017 | Email – Fw: 2012 perf bonus (03/05/2013)<br>From: J Su<br>To: Martin Shkreli | Jackson Su - 11/13/2017 |
| 102. | 978 (Replacement) | 10/25/2017 | SEC Form S-1 – Retrophin (11/15/2013) | Steve Richardson - 10/25/2017 |
| 103. | 111-26-A | 10/30/2017 | Email – transfer docs (12/03/2012)<br>From: Jackson Su<br>To: Evan Greebel | Jackson Su - 11/13/2017 |
| 104. | 112-32 | 10/30/2017 | Email – Message from MSMB Capital (09/09/2012)<br>From: Martin Shkreli<br>To: Martin Shkreli | Timothy Pierotti - 11/17/2017 |
| 105. | 114-18-A | 10/30/2017 | Email – FW: Settlement issue (08/02/2013)<br>From: Marc Panoff<br>To: Sunil Jain; Ed Hackert |  |
| 106. | 251 (Replacement) | 10/30/2017 | Email – Board Agenda (11/6/2013)<br>From: Marc Panoff<br>To: Neal; Steve Richardson; Steve Aselage; Martin Shkreli<br>CC: Evan Greebel; Ed Hackert; Sunil Jain | Steve Richardson - 10/25/2017 |
| 107. | 257 (Replacement) | 10/30/2017 | Email – Manchester Call Materials (02/11/2014)<br>From: Marc Panoff<br>To: neal@corneliusgolding.com; Steve Richardson; Stephen Aselage; Jeff Paley; Martin Shkreli; jpaley@genesiscm.com<br>CC: Evan Greebel; Ken Banta; Christine Giordano |  |
| 108. | 259 (Replacement) | 10/30/2017 | Email – Board Agenda 2-14-13 Offsite (02/11/2014)<br>From: Marc Panoff<br>To: Martin Shkreli; neal@corneliusgolding.com; Jeff Paley; jpaley@genesiscm.com; Stephen Aselage; Steve Richardson |  |
| 109. | 265 (Replacement) | 10/30/2017 | Email – RE: Updated and Confirming our calls on Monday (02/24/2014)<br>From: Marc Panoff<br>To: Steve Richardson; neal@corneliusgolding.com; |  |

*United States v. Greebel*, S1 15-cr-637 (KAM)
Government Exhibit Productions October 13, 2017-November 28, 2017

|     | **Government Exhibit** | **Date Received** | **Description** | **Admitted Through** |
| --- | --- | --- | --- | --- |
|     |     |     | sasaselage@sbcglobal.net; jpaley@accessmedicalassociates.org; Martin Shskreli<br>CC: Evan Greebel |     |
| 110. | 267 (Replacement) | 10/30/2017 | Email – Retrophin Board of Directors – Agenda and Materials (03/18/2014)<br>From: Catherine Chen<br>To: Neal Golding; Steve Richardson; Stephen Aselage: Jeff Paley; Evan Greebel; Martin Shkreli; Christine Giordano |     |
| 111. | 268 (Replacement) | 10/30/2017 | Email – BDO Seidman Engagement (03/31/2014)<br>From: neal@corneliusgolding.com; jpaley@accessmedicalassociates.org; jpaley@genesiscm.com; Steve Richardson<br>CC: Stephen Aselage; Martin Shkreli; Evan Greebel |     |
| 112. | 285 (Replacement) | 10/30/2017 | Email – 2/24/14 Minutes (09/24/2014)<br>From: Evan Greebel<br>To: Meg Valeur-Jensen |     |
| 113. | 371-A | 10/30/2017 | Retrophin Board Minutes (04/22/2013) |     |
| 114. | 373-A | 10/30/2017 | Retrophin Board Minutes (07/03/2013) |     |
| 115. | 376-A | 10/30/2017 | Retrophin Board Minutes (09/09/2013) |     |
| 116. | 380-A | 10/30/2017 | Retrophin Board Minutes (01/06/2014) |     |
| 117. | 381-A | 10/30/2017 | Retrophin Board Minutes (02/13/2014) |     |
| 118. | 387-A | 10/30/2017 | Retrophin Board Minutes (03/20/2014) |     |
| 119. | 397-A | 10/30/2017 | Retrophin Board Minutes (09/30/2014) |     |
| 120. | 456 (Replacement) | 10/30/2017 | Email – RE: Transfer units (11/20/2012)<br>From: Martin Shkreli<br>To: Jackson Su |     |
| 121. | 486 (Replacement) | 10/30/2017 | Email – RE: (12/13/2012)<br>From: Marek Biestek<br>To: Evan Greebel |     |
| 122. | 495 (Replacement) | 10/30/2017 | Email – RE: (12/14/2012)<br>From: Martin Shkreli<br>To: Evan Greebel |     |
| 123. | 607 (Replacement) | 10/30/2017 | Email – RE: DB (08/15/2013)<br>From: Martin Shkreli<br>To: Evan Greebel |     |
| 124. | 625 (Replacement) | 10/30/2017 | Email – RE: Blanton Consulting Agreement (09/04/2013)<br>From: Evan Greebel<br>To: Martin Shkreli |     |

*United States v. Greebel*, S1 15-cr-637 (KAM)
Government Exhibit Productions October 13, 2017-November 28, 2017

| | Government Exhibit | Date Received | Description | Admitted Through |
|---|---|---|---|---|
| 125. | 642 (Replacement) | 10/30/2017 | Email – Fw: any idea what your last day here was? January something? (10/12/2013)<br>From: Evan Greebel<br>To: Marc@retrophin.com | |
| 126. | 678 (Replacement) | 10/30/2017 | Email – FW: Final Release (09/30/2014)<br>From: Martin Shkreli<br>To: Evan Greebel | |
| 127. | 684 | 10/30/2017 | Email – FW: Letter (03/20/2013)<br>From: Evan Greebel<br>To: Martin Shkreli<br>Cc: Howard Cotton | |
| 128. | 102-2 | 10/31/2017 | Email – Message From MSMB Capital (09/10/2012)<br>From: Martin Shkreli<br>To: Martin Shkreli | Schuyler Marshall - 11/1/2017 |
| 129. | 113-10 (Replacement) | 11/1/2017 | Email – Revised 10Q (03/05/2013)<br>From: Evan Greebel<br>To: Ed Hackert; Sunil Jain; Corey Massella<br>CC: Martin Shkreli | Corey Massella - 11/2/2017 |
| 130. | 113-26 | 11/1/2017 | Email – FW: Ken Banta vesting.. (03/30/2012)<br>From: Jackson Su<br>To: Susan Chew; Corey Massella | Corey Massella - 11/2/2017 |
| 131. | 113-27 | 11/1/2017 | Email – RE: Receivable due from marting at 9-30-12 (04/29/2013)<br>From: Leonora Izerne<br>To: Corey Massella; Evan Greebel; Marek Biestek<br>Cc: Susan Chew; Martin Shkreli | |
| 132. | 113-28 | 11/1/2017 | Email – RE: update (01/24/2012)<br>From: Jackson Su<br>To: Corey Massella | Corey Massella - 11/2/2017 |
| 133. | 103-31-A | 11/5/2017 | Email – Re: Retrophin Certificate – Being FedExed (01/30/2013)<br>From: JD McCulloch<br>To: Martin Shkreli<br>CC: Darren Blanton | Darren Blanton - 11/06/2017 |
| 134. | 103-62 | 11/5/2017 | Email – Blanton Consulting Agreement (09/04/2013)<br>From: Martin Shkreli<br>To: Evan Greebel; Darren Blanton | Darren Blanton - 11/06/2017 |
| 135. | 112-29-A | 11/5/2017 | Settlement Agreement – Timothy Pierotti (03/31/2014) | Timothy Pierotti - 11/20/2017 |
| 136. | 112-33 | 11/5/2017 | Email – Fraud (03/27/2013)<br>From: Martin Shkreli | Timothy Pierotti - 11/20/2017 |

|   | Government Exhibit | Date Received | Description | Admitted Through |
|---|---|---|---|---|
| 137. | 686 | 11/5/2017 | To: Kristen Pierotti<br>Email – RE: Ayur Pharma formed (09/30/2014)<br>From: Evan Greebel<br>To: Martin Shkreli |  |
| 138. | 956 (Replacement) | 11/5/2017 | Retrophin, Inc. Daily Opening, Closing and Intra-day High/Low Prices (12/17/2012 – 09/30/2014) | Stipulation (1002) - 11/16/2017 |
| 139. | 995 | 11/5/2017 | Retrophin, Inc. Daily Closing Prices and Volume Comparison Chart (12/17/2012 – 09/30/2014) | Deborah Oremland - 11/17/2017 |
| 140. | 1000 | 11/5/2017 | U.S. v. Evan Greebel Stipulation (11/02/2017) | Stipulation - 11/2/2017 |
| 141. | 113-29 (Annotated) | 11/8/2017 | Email – RE: Martin B shares (12/08/2012)<br>From: Susan Chew<br>To: Jackson Su; Evan Greebel<br>Cc: Corey Massella |  |
| 142. | 113-30 (Annotated) | 11/8/2017 | Email – Re: Retrophin – From 8-K Pro formas-12-31-12 DJL.xlsx (12/16/2012)<br>From: Corey Massella<br>To: Jackson Su; Evan Greebel<br>Cc: Martin Shkreli |  |
| 143. | 113-31 (Annotated) | 11/8/2017 | Email – Copy of Retrophin Capitalization Table 12-12-2012 (2).xlsx (12/16/2012)<br>From: Jackson Su<br>To: Corey Massella |  |
| 144. | 113-33 (Annotated) | 11/8/2017 | Email – Copy of Retrophin Capitalization Table 12-12-2012 (3).xlsx (12/16/2012)<br>From: Corey Massella<br>To: Jackson Su |  |
| 145. | 113-36 (Annotated) | 11/8/2017 | Email – Copy of Retrophin Capitalization Table 12-12-2012 (3).xlsx (12/16/2012)<br>From: Corey Massella<br>To: Jackson Su |  |
| 146. | 113-37 (Annotated) | 11/8/2017 | Email – Copy of Retrophin Capitalization Table 12-12-2012 (3).xlsx (12/16/2012)<br>From: Corey Massella<br>To: Jackson Su |  |
| 147. | 113-38 (Annotated) | 11/8/2017 | Email – Copy of Retrophin Capitalization Table 12-12-2012 (3).xlsx (12/16/2012)<br>From: Corey Massella<br>To: Jackson Su |  |
| 148. | 113-39 (Annotated) | 11/8/2017 | Email – Copy of Retrophin Capitalization Table 12-12-2012 (3).xlsx (12/16/2012)<br>From: Corey Massella |  |

| | **Government Exhibit** | **Date Received** | **Description** | **Admitted Through** |
|---|---|---|---|---|
| | | | To: Jackson Su<br>Cc: Corey Massella | |
| 149. | 113-40 (Annotated) | 11/8/2017 | Email – Copy of Retrophin Capitalization Table 12-12-2012.xlsx (12/16/2012)<br>From: Jackson Su<br>To: Corey Massella | |
| 150. | 113-41 (Annotated) | 11/8/2017 | Email – Changes based on our conferences today (12/16/2012)<br>From: Corey Massella<br>To: Jackson Su<br>Cc: Ed Hackert; Evan Greebel; Martin Shkreli | |
| 151. | 113-42 (Annotated) | 11/8/2017 | Email – RE: Retrophin Investment (01/14/2013)<br>From: Martin Shkreli<br>To: Corey Massella; Evan Greebel | |
| 152. | 113-43 (Annotated) | 11/8/2017 | Email – RE: Monday (04/19/2013)<br>From: Leonora Izerne<br>To: Susan Chew<br>Cc: Dmitriy Timofeyev; Corey Massella; Evan Greebel | |
| 153. | 113-44 (Annotated) | 11/8/2017 | Email – Re: Monday (04/19/2013)<br>From: Corey Massella<br>To: Susan Chew | |
| 154. | 113-47 (Annotated) | 11/8/2017 | Email – FW: Revised Capitalization Documents (12/17/2012)<br>From: Corey Massella<br>To: Jackson Su<br>Cc: Susan Chew | |
| 155. | 111-47 | 11/11/2017 | Email – RE: Updated Super 8k (12/8/2012)<br>From: George Huang<br>To: Evan Greebel | |
| 156. | 111-48 | 11/11/2017 | Email – (12/17/2012)<br>From: Evan Greebel<br>To: Jackson Su | |
| 157. | 305 | 11/11/2017 | Email – Re: Retrophin Board – S-1 (03/13/2013)<br>From: Steve Richardson<br>To: Evan Greebel; Martin Shkreli | Steve Richardson - 10/31/2017 |
| 158. | 853-A | 11/12/2017 | Katten Muchin Rosenman LLP bills to Retrophin, LLC (05/31/2014) | |
| 159. | 854-A | 11/12/2017 | Katten Muchin Rosenman LLP bills to Retrophin, LLC (7/11/2014) | |
| 160. | 103-63 | 11/13/2017 | Email - RE: Retrophin and Darren Blanton (12/24/2014)<br>From: Ian Shapiro | |

| | **Government Exhibit** | **Date Received** | **Description** | **Admitted Through** |
|---|---|---|---|---|
| | | | To: Sam Lieberman<br>CC: Meg Valeur-Jensen, Jason Kent | |
| 161. | 103-64 | 11/13/2017 | Email - RE: good to speak to you today (3/13/2012)<br>From: Martin Shkreli<br>To: Darren Blanton | |
| 162. | 105-47 | 11/13/2017 | Email - RE: kevin (5/23/2016)<br>From: Martin Shkreli<br>To: Alan Geller | |
| 163. | 105-48 | 11/13/2017 | Email - RE: (9/10/2013)<br>From: Alan Geller<br>To: Evan Greebel | |
| 164. | 105-49 | 11/13/2017 | Email - Revised Consulting Agreement (9/10/2013)<br>From: Evan Greebel<br>To: Alan Geller | |
| 165. | 113-29 | 11/13/2017 | Email – RE: Martin B. shares (12/8/2012)<br>From: Susan Chew<br>To: Corey Massella | Corey Massella - 11/8/2017 |
| 166. | 113-30 | 11/13/2017 | Email – RE: Retrophin – From 8-K Pro formas-12-13-12 DJL.xlsx (12/16/2012)<br>From: Corey Massella<br>To: Martin Shkreli | Corey Massella - 11/8/2017 |
| 167. | 113-31 | 11/13/2017 | Email - Copy of Retrophin Capitalization Table 12-12-2012 (2).xlsx (12/16/2012)<br>From: Jackson Su<br>To: Corey Massella | Corey Massella - 11/8/2017 |
| 168. | 113-32 | 11/13/2017 | Email - Copy of Retrophin Capitalization Table 12-12-2012 (2) (3).xlsx (12/16/2012)<br>From: Corey Massella<br>To: Jackson Su | Corey Massella - 11/8/2017 |
| 169. | 113-33 | 11/13/2017 | Email - Copy of Retrophin Capitalization Table 12-12-2012 (2) (12/16/2012)(3).xlsx (12/16/2012)<br>From: Corey Massella<br>To: Jackson Su | Corey Massella - 11/8/2017 |
| 170. | 113-34 | 11/13/2017 | Email - Copy of Retrophin Capitalization Table 12-12-2012 (2) (3).xlsx (12/16/2012)<br>From: Corey Massella<br>To: Jackson Su | |
| 171. | 113-35 | 11/13/2017 | Email - Copy of Retrophin Capitalization Table 12-12-2012 (2) (3).xlsx (12/16/2012)<br>From: Corey Massella<br>To: Jackson Su | |

*United States v. Greebel*, S1 15-cr-637 (KAM)
Government Exhibit Productions October 13, 2017-November 28, 2017

|  | **Government Exhibit** | **Date Received** | **Description** | **Admitted Through** |
|---|---|---|---|---|
| 172. | 113-36 | 11/13/2017 | Email - Copy of Retrophin Capitalization Table 12-12-2012 (2) (3).xlsx (12/16/2012)<br>From: Corey Massella<br>To: Jackson Su | Corey Massella - 11/8/2017 |
| 173. | 113-37 | 11/13/2017 | Email - Copy of Retrophin Capitalization Table 12-12-2012 (2) (3).xlsx (12/16/2012)<br>From: Corey Massella<br>To: Jackson Su | Corey Massella - 11/8/2017 |
| 174. | 113-38 | 11/13/2017 | Email - Copy of Retrophin Capitalization Table 12-12-2012 (2) (3).xlsx (12/16/2012)<br>From: Corey Massella<br>To: Jackson Su | Corey Massella - 11/8/2017 |
| 175. | 113-39 | 11/13/2017 | Email - Copy of Retrophin Capitalization Table 12-12-2012 (2) (3).xlsx (12/16/2012)<br>From: Corey Massella<br>To: Jackson Su | Corey Massella - 11/8/2017 |
| 176. | 113-40 | 11/13/2017 | Email - Copy of Retrophin Capitalization Table 12-12-2012.xlsx (12/16/2012)<br>From: Jackson Su<br>To: Corey Massella | Corey Massella - 11/8/2017 |
| 177. | 113-41 | 11/13/2017 | Email - Changes based on our conference today (12/16/2012)<br>From: Corey Massella<br>To: Jackson Su<br>CC: Ed Hackert, Evan Greebel, Martin Shkreli | Corey Massella - 11/8/2017 |
| 178. | 113-42 | 11/13/2017 | Email - RE: Retrophin Investment (1/14/2013)<br>From: Martin Shkreli<br>To: Corey Massella, Evan Greebel | Corey Massella - 11/8/2017 |
| 179. | 113-43 | 11/13/2017 | Email - RE: Monday (4/19/2013)<br>From: Leonara Izeme<br>To: Susan Chew<br>CC: Dimitry Timofeyev, Corey Massella, Evan Greebel | Corey Massella - 11/8/2017 |
| 180. | 113-44 | 11/13/2017 | Email - RE: Monday (4/19/2013)<br>From: Corey Massella<br>To: Susan Chew | Corey Massella - 11/8/2017 |
| 181. | 113-45 | 11/13/2017 | Exit Agreement and Mutual General Release between Citrin Cooperman and Corey Massella (9/11/2015) | |
| 182. | 113-46 | 11/13/2017 | Email - RE: 8-K (12/17/2012)<br>From: Martin Shkreli<br>To: Evan Greebal and others | |
| 183. | 113-47 | 11/13/2017 | Email - FW: Revised Capitalization Documents (12/17/2012) | Corey Massella - 11/8/2017 |

14

*United States v. Greebel*, S1 15-cr-637 (KAM)
Government Exhibit Productions October 13, 2017-November 28, 2017

|  | **Government Exhibit** | **Date Received** | **Description** | **Admitted Through** |
|---|---|---|---|---|
|  |  |  | From: Corey Massella<br>To: Jackson Su<br>CC: Susan Chew |  |
| 184. | 114-30-A | 11/13/2017 | Letter from MSMB to Retrophin re Indemnification of Retrophin, Inc. 4/25/2013 | Sunil Jain - 11/16/2017 |
| 185. | 114-30-B | 11/13/2017 | Letter from MSMB to Retrophin re Indemnification of Retrophin, Inc. 4/30/2013 | Sunil Jain - 11/16/2017 |
| 186. | 114-30-C | 11/13/2017 | Letter from MSMB to Retrophin re Indemnification of Retrophin, Inc. 5/13/2013 | Sunil Jain - 11/16/2017 |
| 187. | 114-30-D | 11/13/2017 | Letter from MSMB to Retrophin re Indemnification of Retrophin, Inc. 5/30/2013 | Sunil Jain - 11/16/2017 |
| 188. | 114-30-E | 11/13/2017 | Letter from MSMB to Retrophin re Indemnification of Retrophin, Inc. 6/13/2013 | Sunil Jain - 11/16/2017 |
| 189. | 114-30-F | 11/13/2017 | Promissory Note (01/24/2012) 4/25/2013 | Sunil Jain - 11/16/2017 |
| 190. | 114-30-G | 11/13/2017 | Promissory Note (01/24/2012) 4/30/2013 | Sunil Jain - 11/16/2017 |
| 191. | 114-30-H | 11/13/2017 | Promissory Note (01/24/2012)5/13/2013 | Sunil Jain - 11/16/2017 |
| 192. | 115-51 | 11/13/2017 | Email – Totals (12/28/2012)<br>From: Amy Merrill<br>To: Evan Greebel | Amy Merrill - 11/16/2017 |
| 193. | 115-52 | 11/13/2017 | Email - RE: RTRX Issuance (9/30/2013)<br>From: Amy Merrill<br>To: Evan Greebel | Amy Merrill - 11/16/2017 |
| 194. | 115-53 | 11/13/2017 | Email - RE: RTRX Issuance (10/1/2013)<br>From: Evan Greebel<br>To: Amy Merrill<br>CC: Marc Panoff |  |
| 195. | 853-A (Replacement) | 11/13/2017 | Katten Muchin Rosenman LLP bill to Retrophin, LLC (05/31/2014) | Kris Marsilio - 11/13/2017 |
| 196. | 854-A (Replacement) | 11/13/2017 | Katten Muchin Rosenman LLP bill to Retrophin, LLC (7/11/2014) | Kris Marsilio - 11/13/2017 |
| 197. | 114-31 | 11/15/2017 | Letter from Marcum Accountants to Members of the Audit Committee, Retrophin 3/28/2014 | Sunil Jain - 11/16/2017 |
| 198. | 115-44 (Replacement) | 11/15/2017 | Standard Registrar Transmittal for Retrophin, Inc. (86634) (07/07/2014) | Amy Merrill - 11/16/2017 |

15

*United States v. Greebel*, S1 15-cr-637 (KAM)
Government Exhibit Productions October 13, 2017-November 28, 2017

|  | **Government Exhibit** | **Date Received** | **Description** | **Admitted Through** |
|---|---|---|---|---|
| 199. | 115-54 | 11/15/2017 | Email - Alan Geller (4/2/2013) From: Standard Registrar To: Pamela Jones | Amy Merrill - 11/16/2017 |
| 200. | 115-55 | 11/15/2017 | Email - Re: Duplicate Darren Blanton Issuance (4/14/2014) From: Michael Harrison To: amy@standardregistrar.com and Evan Greebel | Amy Merrill - 11/16/2017 |
| 201. | 115-56 | 11/15/2017 | Email - RE: Duplicate Darren Blanton Issuance (5/12/2014) From: Evan Greebel To: amy@standardregistrar.com and Michael Harrison | Amy Merrill - 11/16/2017 |
| 202. | 115-57 | 11/15/2017 | Email - RE: Duplicate Darren Blanton Issuance (10/21/2014) From: Amy Merrill To: Michael Harrison | Amy Merrill - 11/16/2017 |
| 203. | 124-4-A | 11/15/2017 | Email - FW: Subsequent event questionnaire (9/13/2013) From: Marc Panoff To: Sunil Jain | Sunil Jain - 11/16/2017 |
| 204. | 685 (Replacement) | 11/15/2017 | Email - RE: 2012 perf bonus (3/5/2013) From: Evan Greebel To: Martin Shkreli |  |
| 205. | 112-23 (Replacement) | 11/20/2017 | Email - Re: tomorrow (12/28/2012) From: Tim Pierotti To: Martin Shkreli (REDACTED) | Timothy Pierotti - 11/20/2017 |
| 206. | 499 (Replacement) | 11/20/2017 | Email - RE: Retrophin Website (12/17/2012) From: Martin Shkreli To: Kevin Mulleady |  |
| 207. | 506-A | 11/20/2017 | Email - RE: Retrohpin Liquidation Press Release (12/28/2012) From: Martin Shkreli To: Evan Greebel |  |
| 208. | 506-B | 11/20/2017 | Email - RE: Retrohpin Liquidation Press Release (12/29/2012) From: Evan Greebel To: Martin Shkreli |  |
| 209. | 687 | 11/20/2017 | Email - other thing (1/4/2013) From: Martin Shkreli To: Evan Greebel 1/4/2013 |  |
| 210. | 688 | 11/20/2017 | Email - FW: Totals (12/28/2012) From: Evan Greebel Martin Shkreli |  |

*United States v. Greebel*, S1 15-cr-637 (KAM)
Government Exhibit Productions October 13, 2017-November 28, 2017

|   | **Government Exhibit** | **Date Received** | **Description** | **Admitted Through** |
|---|---|---|---|---|
| 211. | 689 | 11/20/2017 | Email - RE: Totals (12/28/2012)<br>From: Martin Shkreli<br>To: Evan Greebel | |
| 212. | 690 | 11/20/2017 | Email - RE: RTRX Issuance (10/1/2013)<br>From: Marc Panoff<br>To: Evan Greebel | |
| 213. | 503 (Replacement) | 11/27/2017 | Email – Schedule 13D – DGTE.DOC<br>From: Evan Greebel<br>To: Martin Shkreli<br>12/19/2012 | |
| 214. | 609-A | 11/27/2017 | Email – draft Control Memo (8/19/2013)<br>From: Evan Greebel<br>To: Marc Panoff | |
| 215. | 691 | 11/27/2017 | Email - Re: draft Control Memo (8/20/2013)<br>From: Martin Shkreli<br>To: Marc Panoff | |
| 216. | 692 | 11/27/2017 | Email - Re: draft Control Memo (8/20/2013)<br>From: Martin Shkreli<br>To: Marc Panoff | |
| 217. | 694 | 11/27/2017 | Email - FW: Timing (9/4/2013)<br>From: Marc Panoff<br>To: Evan Greebel | |
| 218. | 695 | 11/27/2017 | Letter from Katten Muchin Rosenman LLP to Retrophin (4/30/2014) | |