# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

November 28, 2017

VIA ECF

The Honorable Kiyo A. Matsumoto
United States District Court Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *United States v. Greebel*, S1 15 Cr. 637 (KAM)

Dear Judge Matsumoto:

Pursuant to the Court's November 15, 2017 Order (Tr. 5162:7–10), we respectfully submit Mr. Greebel's Proposed Jury Instructions, attached herein. For the Court's convenience, we have also attached a redline comparison with our Proposed Jury Instructions submitted on August 11, 2017 (Dkt. No. 312-1).

Respectfully,

*/s/ Reed Brodsky*

Reed Brodsky


Attachments

cc:     Alixandra E. Smith, Esq.
        David C. Pitluck, Esq.
        David K. Kessler, Esq.