# Retrophin, Inc. Daily Volume[1]
11/14/12 – 12/11/13



Source: RTRX Bluesheet data

Note:
[1] Volume refers to the sum of volume across all trades marked "BUY" in Bluesheet data.

## Retrophin, Inc. Stock Price and Volume[1]
### 11/14/12 – 9/19/14



Source: *Bloomberg* price data; RTRX Bluesheet data

Note:
[1] Volume refers to the sum of volume across all trades marked "BUY" in Bluesheet data.

## Marek Biestek's Monthly and Cumulative Trading Volume
### 12/17/12 – 9/19/14

| No. | Month | Gross Buys | Gross Sales | Net Volume | Cumulative Volume |
|---|---|---|---|---|---|
| 1 | December 2012 | 0 | -1,000 | -1,000 | -1,000 |
| 2 | January 2013 | 0 | 0 | 0 | -1,000 |
| 3 | February 2013 | 0 | -2,350 | -2,350 | -3,350 |
| 4 | March 2013 | 0 | -8,000 | -8,000 | -11,350 |
| 5 | April 2013 | 0 | 0 | 0 | -11,350 |
| 6 | May 2013 | 0 | 0 | 0 | -11,350 |
| 7 | June 2013 | 0 | 0 | 0 | -11,350 |
| 8 | July 2013 | 0 | 0 | 0 | -11,350 |
| 9 | August 2013 | 0 | 0 | 0 | -11,350 |
| 10 | September 2013 | 0 | 0 | 0 | -11,350 |
| 11 | October 2013 | 0 | 0 | 0 | -11,350 |
| 12 | November 2013 | 6,100 | 0 | 6,100 | -5,250 |
| 13 | December 2013 | 3,400 | 0 | 3,400 | -1,850 |
| 14 | January 2014 | 0 | 0 | 0 | -1,850 |
| 15 | February 2014 | 0 | -24,900 | -24,900 | -26,750 |
| 16 | March 2014 | 0 | -12,000 | -12,000 | -38,750 |
| 17 | April 2014 | 0 | -2,100 | -2,100 | -40,850 |
| 18 | May 2014 | 0 | 0 | 0 | -40,850 |
| 19 | June 2014 | 30,000 | 0 | 30,000 | -10,850 |
| 20 | July 2014 | 0 | 0 | 0 | -10,850 |
| 21 | August 2014 | 0 | 0 | 0 | -10,850 |
| 22 | September 2014 | 0 | 0 | 0 | -10,850 |

Source:   RTRX Bluesheet data

Note:   Positive numbers represent buy transactions.  Negative numbers represent sale transactions.

## Thomas Fernandez's Monthly and Cumulative Trading Volume
### 12/17/12 – 9/19/14

| No. | Month | Gross Buys | Gross Sales | Net Volume | Cumulative Volume |
|---|---|---|---|---|---|
| 1 | December 2012 | 0 | 0 | 0 | 0 |
| 2 | January 2013 | 0 | 0 | 0 | 0 |
| 3 | February 2013 | 0 | 0 | 0 | 0 |
| 4 | March 2013 | 0 | 0 | 0 | 0 |
| 5 | April 2013 | 0 | 0 | 0 | 0 |
| 6 | May 2013 | 0 | 0 | 0 | 0 |
| 7 | June 2013 | 0 | 0 | 0 | 0 |
| 8 | July 2013 | 0 | 0 | 0 | 0 |
| 9 | August 2013 | 0 | 0 | 0 | 0 |
| 10 | September 2013 | 0 | 0 | 0 | 0 |
| 11 | October 2013 | 0 | 0 | 0 | 0 |
| 12 | November 2013 | 0 | 0 | 0 | 0 |
| 13 | December 2013 | 0 | 0 | 0 | 0 |
| 14 | January 2014 | 0 | 0 | 0 | 0 |
| 15 | February 2014 | 0 | 0 | 0 | 0 |
| 16 | March 2014 | 0 | 0 | 0 | 0 |
| 17 | April 2014 | 0 | 0 | 0 | 0 |
| 18 | May 2014 | 0 | 0 | 0 | 0 |
| 19 | June 2014 | 0 | 0 | 0 | 0 |
| 20 | July 2014 | 0 | 0 | 0 | 0 |
| 21 | August 2014 | 0 | 0 | 0 | 0 |
| 22 | September 2014 | 0 | 0 | 0 | 0 |

Source:  RTRX Bluesheet data

Note:  Positive numbers represent buy transactions.  Negative numbers represent sale transactions.

# Kevin Mulleady's Monthly and Cumulative Trading Volume
## 12/17/12 – 9/19/14

| No. | Month | Gross Buys | Gross Sales | Net Volume | Cumulative Volume |
|---|---|---|---|---|---|
| 1 | December 2012 | 600 | 0 | 600 | 600 |
| 2 | January 2013 | 3,300 | -15,100 | -11,800 | -11,200 |
| 3 | February 2013 | 500 | -16,050 | -15,550 | -26,750 |
| 4 | March 2013 | 0 | -9,600 | -9,600 | -36,350 |
| 5 | April 2013 | 0 | -7,400 | -7,400 | -43,750 |
| 6 | May 2013 | 0 | -10,700 | -10,700 | -54,450 |
| 7 | June 2013 | 0 | -3,500 | -3,500 | -57,950 |
| 8 | July 2013 | 0 | -5,500 | -5,500 | -63,450 |
| 9 | August 2013 | 0 | -19,211 | -19,211 | -82,661 |
| 10 | September 2013 | 0 | -27,870 | -27,870 | -110,531 |
| 11 | October 2013 | 0 | -2,600 | -2,600 | -113,131 |
| 12 | November 2013 | 0 | -19,580 | -19,580 | -132,711 |
| 13 | December 2013 | 0 | -14,600 | -14,600 | -147,311 |
| 14 | January 2014 | 0 | -65,889 | -65,889 | -213,200 |
| 15 | February 2014 | 0 | -156,978 | -156,978 | -370,178 |
| 16 | March 2014 | 0 | 0 | 0 | -370,178 |
| 17 | April 2014 | 0 | 0 | 0 | -370,178 |
| 18 | May 2014 | 0 | 0 | 0 | -370,178 |
| 19 | June 2014 | 0 | 0 | 0 | -370,178 |
| 20 | July 2014 | 0 | 0 | 0 | -370,178 |
| 21 | August 2014 | 0 | 0 | 0 | -370,178 |
| 22 | September 2014 | 0 | 0 | 0 | -370,178 |

Source:  RTRX Bluesheet data

Note:  Positive numbers represent buy transactions.  Negative numbers represent sale transactions.

## Ed Sullivan's Monthly and Cumulative Trading Volume
### 12/17/12 – 9/19/14

| No. | Month | Gross Buys | Gross Sales | Net Volume | Cumulative Volume |
|---|---|---|---|---|---|
| 1 | December 2012 | 0 | 0 | 0 | 0 |
| 2 | January 2013 | 0 | 0 | 0 | 0 |
| 3 | February 2013 | 0 | 0 | 0 | 0 |
| 4 | March 2013 | 0 | 0 | 0 | 0 |
| 5 | April 2013 | 0 | -7,000 | -7,000 | -7,000 |
| 6 | May 2013 | 0 | 0 | 0 | -7,000 |
| 7 | June 2013 | 0 | 0 | 0 | -7,000 |
| 8 | July 2013 | 0 | 0 | 0 | -7,000 |
| 9 | August 2013 | 0 | 0 | 0 | -7,000 |
| 10 | September 2013 | 0 | 0 | 0 | -7,000 |
| 11 | October 2013 | 0 | 0 | 0 | -7,000 |
| 12 | November 2013 | 4,000 | -1,000 | 3,000 | -4,000 |
| 13 | December 2013 | 12,800 | -1,300 | 11,500 | 7,500 |
| 14 | January 2014 | 0 | -14,500 | -14,500 | -7,000 |
| 15 | February 2014 | 0 | 0 | 0 | -7,000 |
| 16 | March 2014 | 10,000 | -3,000 | 7,000 | 0 |
| 17 | April 2014 | 22,751 | 0 | 22,751 | 22,751 |
| 18 | May 2014 | 0 | -13,250 | -13,250 | 9,501 |
| 19 | June 2014 | 15,090 | -20,090 | -5,000 | 4,501 |
| 20 | July 2014 | 22,100 | -3,322 | 18,778 | 23,279 |
| 21 | August 2014 | 0 | -10,400 | -10,400 | 12,879 |
| 22 | September 2014 | 26,200 | -16,200 | 10,000 | 22,879 |

Source:  RTRX Bluesheet data

Note:  Positive numbers represent buy transactions.  Negative numbers represent sale transactions.

## Ron Tilles (Claridge Capital LLC)'s Monthly and Cumulative Trading Volume
### 12/17/12 – 9/19/14

| No. | Month | Gross Buys | Gross Sales | Net Volume | Cumulative Volume |
|---|---|---|---|---|---|
| 1 | December 2012 | 0 | 0 | 0 | 0 |
| 2 | January 2013 | 0 | 0 | 0 | 0 |
| 3 | February 2013 | 0 | 0 | 0 | 0 |
| 4 | March 2013 | 0 | 0 | 0 | 0 |
| 5 | April 2013 | 0 | 0 | 0 | 0 |
| 6 | May 2013 | 0 | 0 | 0 | 0 |
| 7 | June 2013 | 0 | 0 | 0 | 0 |
| 8 | July 2013 | 0 | 0 | 0 | 0 |
| 9 | August 2013 | 0 | 0 | 0 | 0 |
| 10 | September 2013 | 0 | 0 | 0 | 0 |
| 11 | October 2013 | 0 | 0 | 0 | 0 |
| 12 | November 2013 | 100 | 0 | 100 | 100 |
| 13 | December 2013 | 0 | 0 | 0 | 100 |
| 14 | January 2014 | 0 | 0 | 0 | 100 |
| 15 | February 2014 | 0 | 0 | 0 | 100 |
| 16 | March 2014 | 0 | 0 | 0 | 100 |
| 17 | April 2014 | 0 | 0 | 0 | 100 |
| 18 | May 2014 | 0 | 0 | 0 | 100 |
| 19 | June 2014 | 7,000 | 0 | 7,000 | 7,100 |
| 20 | July 2014 | 0 | 0 | 0 | 7,100 |
| 21 | August 2014 | 0 | 0 | 0 | 7,100 |
| 22 | September 2014 | 0 | 0 | 0 | 7,100 |

Source:  RTRX Bluesheet data

Note:  Positive numbers represent buy transactions.  Negative numbers represent sale transactions.

## Andrew Vaino's Monthly and Cumulative Trading Volume
### 12/17/12 – 9/19/14

| No. | Month | Gross Buys | Gross Sales | Net Volume | Cumulative Volume |
|---|---|---|---|---|---|
| 1 | December 2012 | 0 | -12,000 | -12,000 | -12,000 |
| 2 | January 2013 | 0 | -42,000 | -42,000 | -54,000 |
| 3 | February 2013 | 0 | -13,000 | -13,000 | -67,000 |
| 4 | March 2013 | 0 | -8,000 | -8,000 | -75,000 |
| 5 | April 2013 | 0 | 0 | 0 | -75,000 |
| 6 | May 2013 | 0 | 0 | 0 | -75,000 |
| 7 | June 2013 | 0 | 0 | 0 | -75,000 |
| 8 | July 2013 | 0 | 0 | 0 | -75,000 |
| 9 | August 2013 | 0 | 0 | 0 | -75,000 |
| 10 | September 2013 | 0 | 0 | 0 | -75,000 |
| 11 | October 2013 | 0 | 0 | 0 | -75,000 |
| 12 | November 2013 | 0 | 0 | 0 | -75,000 |
| 13 | December 2013 | 0 | 0 | 0 | -75,000 |
| 14 | January 2014 | 0 | 0 | 0 | -75,000 |
| 15 | February 2014 | 0 | 0 | 0 | -75,000 |
| 16 | March 2014 | 0 | 0 | 0 | -75,000 |
| 17 | April 2014 | 0 | -50,000 | -50,000 | -125,000 |
| 18 | May 2014 | 0 | 0 | 0 | -125,000 |
| 19 | June 2014 | 0 | 0 | 0 | -125,000 |
| 20 | July 2014 | 0 | 0 | 0 | -125,000 |
| 21 | August 2014 | 0 | -85,953 | -85,953 | -210,953 |
| 22 | September 2014 | 10,000 | -10,000 | 0 | -210,953 |

Source: RTRX Bluesheet data

Note: Positive numbers represent buy transactions. Negative numbers represent sale transactions.

## Martin Shkreli's Monthly and Cumulative Trading Volume
### 12/17/12 – 9/19/14

| No. | Month | Gross Buys | Gross Sales | Net Volume | Cumulative Volume |
|---|---|---|---|---|---|
| 1 | December 2012 | 200 | 0 | 200 | 200 |
| 2 | January 2013 | 0 | 0 | 0 | 200 |
| 3 | February 2013 | 2,520 | 0 | 2,520 | 2,720 |
| 4 | March 2013 | 1,500 | 0 | 1,500 | 4,220 |
| 5 | April 2013 | 0 | 0 | 0 | 4,220 |
| 6 | May 2013 | 0 | 0 | 0 | 4,220 |
| 7 | June 2013 | 0 | 0 | 0 | 4,220 |
| 8 | July 2013 | 0 | 0 | 0 | 4,220 |
| 9 | August 2013 | 3,900 | 0 | 3,900 | 8,120 |
| 10 | September 2013 | 0 | 0 | 0 | 8,120 |
| 11 | October 2013 | 0 | 0 | 0 | 8,120 |
| 12 | November 2013 | 450 | 0 | 450 | 8,570 |
| 13 | December 2013 | 200 | 0 | 200 | 8,770 |
| 14 | January 2014 | 8,000 | 0 | 8,000 | 16,770 |
| 15 | February 2014 | 50,300 | 0 | 50,300 | 67,070 |
| 16 | March 2014 | 61,158 | 0 | 61,158 | 128,228 |
| 17 | April 2014 | 41,300 | 0 | 41,300 | 169,528 |
| 18 | May 2014 | 0 | -292,400 | -292,400 | -122,872 |
| 19 | June 2014 | 0 | 0 | 0 | -122,872 |
| 20 | July 2014 | 0 | 0 | 0 | -122,872 |
| 21 | August 2014 | 0 | 0 | 0 | -122,872 |
| 22 | September 2014 | 31,500 | 0 | 31,500 | -91,372 |

Source:  RTRX Bluesheet data

Note:  Positive numbers represent buy transactions.  Negative numbers represent sale transactions.

## Tim Pierotti's Monthly and Cumulative Trading Volume
### 12/17/12 – 9/19/14

| No. | Month | Gross Buys | Gross Sales | Net Volume | Cumulative Volume |
|---|---|---|---|---|---|
| 1 | December 2012 | 0 | -43,900 | -43,900 | -43,900 |
| 2 | January 2013 | 0 | -14,500 | -14,500 | -58,400 |
| 3 | February 2013 | 0 | -73,725 | -73,725 | -132,125 |
| 4 | March 2013 | 0 | -69,160 | -69,160 | -201,285 |
| 5 | April 2013 | 0 | -79,715 | -79,715 | -281,000 |
| 6 | May 2013 | 0 | -17,520 | -17,520 | -298,520 |
| 7 | June 2013 | 0 | -18,880 | -18,880 | -317,400 |
| 8 | July 2013 | 0 | -18,515 | -18,515 | -335,915 |
| 9 | August 2013 | 0 | -14,085 | -14,085 | -350,000 |
| 10 | September 2013 | 0 | 0 | 0 | -350,000 |
| 11 | October 2013 | 0 | 0 | 0 | -350,000 |
| 12 | November 2013 | 0 | 0 | 0 | -350,000 |
| 13 | December 2013 | 0 | 0 | 0 | -350,000 |
| 14 | January 2014 | 0 | 0 | 0 | -350,000 |
| 15 | February 2014 | 0 | 0 | 0 | -350,000 |
| 16 | March 2014 | 0 | 0 | 0 | -350,000 |
| 17 | April 2014 | 0 | 0 | 0 | -350,000 |
| 18 | May 2014 | 0 | 0 | 0 | -350,000 |
| 19 | June 2014 | 0 | 0 | 0 | -350,000 |
| 20 | July 2014 | 0 | 0 | 0 | -350,000 |
| 21 | August 2014 | 0 | 0 | 0 | -350,000 |
| 22 | September 2014 | 0 | 0 | 0 | -350,000 |

Source:  RTRX Bluesheet data

Note:  Positive numbers represent buy transactions.  Negative numbers represent sale transactions.

# Individual Monthly Net Volume
## 12/17/12 – 9/19/14

Individual Monthly Net Volume

| No. | Month | Marek Biestek | Thomas Fernandez | Kevin Mulleady | Ed Sullivan | Ron Tilles (Claridge Capital LLC) | Andrew Vaino | Martin Shkreli | Tim Pierotti | Total Net Volume |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | December 2012 | -1,000 | 0 | 600 | 0 | 0 | -12,000 | 200 | -43,900 | -56,100 |
| 2 | January 2013 | 0 | 0 | -11,800 | 0 | 0 | -42,000 | 0 | -14,500 | -68,300 |
| 3 | February 2013 | -2,350 | 0 | -15,550 | 0 | 0 | -13,000 | 2,520 | -73,725 | -102,105 |
| 4 | March 2013 | -8,000 | 0 | -9,600 | 0 | 0 | -8,000 | 1,500 | -69,160 | -93,260 |
| 5 | April 2013 | 0 | 0 | -7,400 | -7,000 | 0 | 0 | 0 | -79,715 | -94,115 |
| 6 | May 2013 | 0 | 0 | -10,700 | 0 | 0 | 0 | 0 | -17,520 | -28,220 |
| 7 | June 2013 | 0 | 0 | -3,500 | 0 | 0 | 0 | 0 | -18,880 | -22,380 |
| 8 | July 2013 | 0 | 0 | -5,500 | 0 | 0 | 0 | 0 | -18,515 | -24,015 |
| 9 | August 2013 | 0 | 0 | -19,211 | 0 | 0 | 0 | 3,900 | -14,085 | -29,396 |
| 10 | September 2013 | 0 | 0 | -27,870 | 0 | 0 | 0 | 0 | 0 | -27,870 |
| 11 | October 2013 | 0 | 0 | -2,600 | 0 | 0 | 0 | 0 | 0 | -2,600 |
| 12 | November 2013 | 6,100 | 0 | -19,580 | 3,000 | 100 | 0 | 450 | 0 | -9,930 |
| 13 | December 2013 | 3,400 | 0 | -14,600 | 11,500 | 0 | 0 | 200 | 0 | 500 |
| 14 | January 2014 | 0 | 0 | -65,889 | -14,500 | 0 | 0 | 8,000 | 0 | -72,389 |
| 15 | February 2014 | -24,900 | 0 | -156,978 | 0 | 0 | 0 | 50,300 | 0 | -131,578 |
| 16 | March 2014 | -12,000 | 0 | 0 | 7,000 | 0 | 0 | 61,158 | 0 | 56,158 |
| 17 | April 2014 | -2,100 | 0 | 0 | 22,751 | 0 | -50,000 | 41,300 | 0 | 11,951 |
| 18 | May 2014 | 0 | 0 | 0 | -13,250 | 0 | 0 | -292,400 | 0 | -305,650 |
| 19 | June 2014 | 30,000 | 0 | 0 | -5,000 | 7,000 | 0 | 0 | 0 | 32,000 |
| 20 | July 2014 | 0 | 0 | 0 | 18,778 | 0 | 0 | 0 | 0 | 18,778 |
| 21 | August 2014 | 0 | 0 | 0 | -10,400 | 0 | -85,953 | 0 | 0 | -96,353 |
| 22 | September 2014 | 0 | 0 | 0 | 10,000 | 0 | 0 | 31,500 | 0 | 41,500 |
|  | **Total** | **-10,850** | **0** | **-370,178** | **22,879** | **7,100** | **-210,953** | **-91,372** | **-350,000** | **-1,003,374** |

Source: RTRX Bluesheet data

Note: Positive numbers represent buy transactions. Negative numbers represent sale transactions.

## Summary of Trades on Days with Both Buys and Sales
### 12/17/12 – 9/19/14

| | | Individual Gross Volume | | | | | | Total Gross Volume | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Date | Marek Biestek | Thomas Fernandez | Kevin Mulleady | Ed Sullivan | Ron Tilles (Claridge Capital LLC) | Andrew Vaino | Martin Shkreli | Buy | Sale |
| 1 | 12/26/12 | | | 300 | | | -2,000 | 100 | 400 | -2,000 |
| 2 | 12/28/12 | | | 100 | | | -4,000 | | 100 | -4,000 |
| 3 | 1/8/13 | | | 100/-900 | | | | | 100 | -900 |
| 4 | 1/15/13 | | | 100 | | | -2,500 | | 100 | -2,500 |
| 5 | 1/24/13 | | | 500/-700 | | | -3,000 | | 500 | -3,700 |
| 6 | 1/30/13 | | | 400/-10,400 | | | -3,500 | | 400 | -13,900 |
| 7 | 1/31/13 | | | 2,200 | | | -3,000 | | 2,200 | -3,000 |
| 8 | 2/1/13 | | | 500 | | | -1,000 | | 500 | -1,000 |
| 9 | 2/12/13 | | | | | | -4,000 | 1,400 | 1,400 | -4,000 |
| 10 | 3/4/13 | | | -1,000 | | | -5,000 | 1,000 | 1,000 | -6,000 |
| 11 | 3/6/13 | | | -2,500 | | | -1,000 | 100 | 100 | -3,500 |
| 12 | 8/21/13 | | | -4,400 | | | | 2,800 | 2,800 | -4,400 |
| 13 | 11/27/13 | | | | 730/-1,000 | | | | 730 | -1,000 |
| 14 | 12/2/13 | 2,400 | | | 1,400/-1,300 | | | | 3,800 | -1,300 |
| 15 | 1/14/14 | | | -65,889 | | | | 8,000 | 8,000 | -65,889 |
| 16 | 2/14/14 | | | -45,000 | | | | 3,500 | 3,500 | -45,000 |
| 17 | 3/6/14 | -2,200 | | | | | | 1,560 | 1,560 | -2,200 |
| 18 | 3/7/14 | -6,800 | | | -3,000 | | | 2,498 | 2,498 | -9,800 |
| 19 | 3/10/14 | -200 | | | | | | 10,700 | 10,700 | -200 |
| 20 | 3/11/14 | -2,800 | | | | | | 25,900 | 25,900 | -2,800 |
| 21 | 4/2/14 | | | | | | -7,500 | 10,800 | 10,800 | -7,500 |
| 22 | 4/3/14 | -2,100 | | | 3,001 | | -10,000 | 22,500 | 25,501 | -12,100 |
| 23 | 4/4/14 | | | | 1,500 | | -5,000 | 8,000 | 9,500 | -5,000 |

**Total Number of Trading Days 12/17/12 – 9/19/14 (excluding weekends and public holidays): 427**

Source:  RTRX Bluesheet data

Note:  Positive numbers represent buy transactions.  Negative numbers represent sale transactions.

## Summary of Trades On Days Following Stock Price Declines
### 12/17/12 – 9/19/14

| | | | Individual Gross Volume | | | | | | | Total Gross Volume | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Prior Day Price Decline | Date | Marek Biestek | Thomas Fernandez | Kevin Mulleady | Ed Sullivan | Ron Tilles (Claridge Capital LLC) | Andrew Vaino | Martin Shkreli | Buy | Sale |
| 1 | -$2.20 | 12/17/12 | | | | | | | 100 | 100 | 0 |
| 2 | -$2.54 | 12/19/12 | | | | | | | | 0 | 0 |
| 3 | -$0.15 | 12/20/12 | | | 100 | | | | | 100 | 0 |
| 4 | -$0.50 | 12/21/12 | -1,000 | | | | | -500 | | 0 | -1,500 |
| 5 | -$0.39 | 12/24/12 | | | | | | -1,200 | | 0 | -1,200 |
| 6 | -$0.11 | 12/26/12 | | | 300 | | | -2,000 | 100 | 400 | -2,000 |
| 7 | -$0.90 | 12/28/12 | | | 100 | | | -4,000 | | 100 | -4,000 |
| 8 | -$0.20 | 12/31/12 | | | | | | | | 0 | 0 |
| 9 | -$0.15 | 1/3/13 | | | | | | | | 0 | 0 |
| 10 | -$0.10 | 1/4/13 | | | | | | | | 0 | 0 |
| 11 | -$1.10 | 1/14/13 | | | -100 | | | -2,500 | | 0 | -2,600 |
| 12 | -$0.30 | 1/15/13 | | | 100 | | | -2,500 | | 100 | -2,500 |
| 13 | -$0.10 | 1/17/13 | | | | | | -2,500 | | 0 | -2,500 |
| 14 | -$0.05 | 1/23/13 | | | | | | -3,000 | | 0 | -3,000 |
| 15 | -$0.99 | 1/25/13 | | | | | | -1,926 | | 0 | -1,926 |
| 16 | -$0.10 | 1/29/13 | | | | | | -1,500 | | 0 | -1,500 |
| 17 | -$0.05 | 1/31/13 | | | 2,200 | | | -3,000 | | 2,200 | -3,000 |
| 18 | -$0.80 | 2/4/13 | | | | | | | | 0 | 0 |
| 19 | -$0.10 | 2/7/13 | | | | | | -1,026 | | 0 | -1,026 |
| 20 | -$0.10 | 2/8/13 | | | | | | -2,000 | | 0 | -2,000 |
| 21 | -$0.10 | 2/11/13 | | | -2,500 | | | -3,000 | | 0 | -5,500 |
| 22 | -$0.20 | 2/12/13 | | | | | | -4,000 | 1,400 | 1,400 | -4,000 |
| 23 | -$0.35 | 2/15/13 | | | -3,500 | | | | | 0 | -3,500 |
| 24 | -$0.20 | 2/21/13 | -1,325 | | | | | | | 0 | -1,325 |
| 25 | -$0.40 | 2/25/13 | | | | | | | | 0 | 0 |
| 26 | -$0.12 | 2/26/13 | -350 | | | | | | | 0 | -350 |
| 27 | -$0.03 | 2/27/13 | | | | | | | | 0 | 0 |
| 28 | -$0.05 | 2/28/13 | | | -7,000 | | | | | 0 | -7,000 |
| 29 | -$0.25 | 3/1/13 | -2,650 | | | | | -2,000 | | 0 | -4,650 |
| 30 | -$0.35 | 3/6/13 | | | -2,500 | | | -1,000 | 100 | 100 | -3,500 |
| 31 | -$0.01 | 3/8/13 | | | -6,000 | | | | | 0 | -6,000 |
| 32 | -$0.90 | 3/12/13 | -1,000 | | | | | | | 0 | -1,000 |

Source: RTRX Bluesheet data; *Bloomberg* data
Note: Positive numbers represent buy transactions. Negative numbers represent sale transactions.

Page 1

## Summary of Trades On Days Following Stock Price Declines
### 12/17/12 – 9/19/14

| | | | Individual Gross Volume | | | | | | | Total Gross Volume | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Prior Day Price Decline | Date | Marek Biestek | Thomas Fernandez | Kevin Mulleady | Ed Sullivan | Ron Tilles (Claridge Capital LLC) | Andrew Vaino | Martin Shkreli | Buy | Sale |
| 33 | -$0.15 | 3/13/13 | | | | | | | | 0 | 0 |
| 34 | -$0.15 | 3/15/13 | | | | | | | | 0 | 0 |
| 35 | -$0.35 | 3/26/13 | | | | | | | | 0 | 0 |
| 36 | -$0.40 | 3/27/13 | | | | | | | | 0 | 0 |
| 37 | -$0.10 | 4/1/13 | | | | | | | | 0 | 0 |
| 38 | -$0.25 | 4/2/13 | | | -5,000 | | | | | 0 | -5,000 |
| 39 | -$0.10 | 4/4/13 | | | | | | | | 0 | 0 |
| 40 | -$0.05 | 4/10/13 | | | | | | | | 0 | 0 |
| 41 | -$0.35 | 4/12/13 | | | | | | | | 0 | 0 |
| 42 | -$0.09 | 4/26/13 | | | | | | | | 0 | 0 |
| 43 | -$0.05 | 4/30/13 | | | | | | | | 0 | 0 |
| 44 | -$0.10 | 5/2/13 | | | | | | | | 0 | 0 |
| 45 | -$0.10 | 5/9/13 | | | | | | | | 0 | 0 |
| 46 | -$0.06 | 5/14/13 | | | | | | | | 0 | 0 |
| 47 | -$0.40 | 5/15/13 | | | | | | | | 0 | 0 |
| 48 | -$0.40 | 5/16/13 | | | -100 | | | | | 0 | -100 |
| 49 | -$0.36 | 5/17/13 | | | -2,800 | | | | | 0 | -2,800 |
| 50 | -$0.39 | 5/20/13 | | | | | | | | 0 | 0 |
| 51 | -$0.75 | 5/21/13 | | | | | | | | 0 | 0 |
| 52 | -$0.40 | 5/23/13 | | | | | | | | 0 | 0 |
| 53 | -$0.25 | 5/30/13 | | | | | | | | 0 | 0 |
| 54 | -$0.25 | 5/31/13 | | | -1,000 | | | | | 0 | -1,000 |
| 55 | -$0.15 | 6/6/13 | | | | | | | | 0 | 0 |
| 56 | -$0.10 | 6/10/13 | | | | | | | | 0 | 0 |
| 57 | -$0.80 | 6/12/13 | | | | | | | | 0 | 0 |
| 58 | -$0.48 | 6/13/13 | | | | | | | | 0 | 0 |
| 59 | -$0.20 | 6/17/13 | | | | | | | | 0 | 0 |
| 60 | -$0.05 | 6/18/13 | | | | | | | | 0 | 0 |
| 61 | -$0.10 | 6/21/13 | | | | | | | | 0 | 0 |
| 62 | -$0.40 | 6/26/13 | | | | | | | | 0 | 0 |
| 63 | -$0.04 | 6/27/13 | | | | | | | | 0 | 0 |
| 64 | -$0.41 | 6/28/13 | | | | | | | | 0 | 0 |

Source: RTRX Bluesheet data; *Bloomberg* data
Note: Positive numbers represent buy transactions. Negative numbers represent sale transactions.

## Summary of Trades On Days Following Stock Price Declines
### 12/17/12 – 9/19/14

| | | | Individual Gross Volume | | | | | | | Total Gross Volume | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Prior Day Price Decline | Date | Marek Biestek | Thomas Fernandez | Kevin Mulleady | Ed Sullivan | Ron Tilles (Claridge Capital LLC) | Andrew Vaino | Martin Shkreli | Buy | Sale |
| 65 | -$0.55 | 7/2/13 | | | | | | | | 0 | 0 |
| 66 | -$0.10 | 7/3/13 | | | | | | | | 0 | 0 |
| 67 | -$0.49 | 7/16/13 | | | | | | | | 0 | 0 |
| 68 | -$0.11 | 7/17/13 | | | | | | | | 0 | 0 |
| 69 | -$0.39 | 7/24/13 | | | | | | | | 0 | 0 |
| 70 | -$0.25 | 8/1/13 | | | | | | | | 0 | 0 |
| 71 | -$0.20 | 8/6/13 | | | | | | | | 0 | 0 |
| 72 | -$1.25 | 8/7/13 | | | -4,911 | | | | | 0 | -4,911 |
| 73 | -$0.49 | 8/13/13 | | | -1,200 | | | | | 0 | -1,200 |
| 74 | -$0.40 | 8/16/13 | | | | | | | | 0 | 0 |
| 75 | -$0.14 | 8/20/13 | | | -2,200 | | | | | 0 | -2,200 |
| 76 | -$0.35 | 8/21/13 | | | -4,400 | | | | 2,800 | 2,800 | -4,400 |
| 77 | -$0.24 | 8/26/13 | | | | | | | | 0 | 0 |
| 78 | -$0.16 | 8/27/13 | | | | | | | | 0 | 0 |
| 79 | -$0.20 | 8/29/13 | | | | | | | | 0 | 0 |
| 80 | -$0.35 | 9/6/13 | | | | | | | | 0 | 0 |
| 81 | -$0.40 | 9/17/13 | | | -17,100 | | | | | 0 | -17,100 |
| 82 | -$0.65 | 9/24/13 | | | | | | | | 0 | 0 |
| 83 | -$0.55 | 9/25/13 | | | | | | | | 0 | 0 |
| 84 | -$0.05 | 9/26/13 | | | | | | | | 0 | 0 |
| 85 | -$0.15 | 9/30/13 | | | | | | | | 0 | 0 |
| 86 | -$0.40 | 10/1/13 | | | | | | | | 0 | 0 |
| 87 | -$0.20 | 10/4/13 | | | | | | | | 0 | 0 |
| 88 | -$0.10 | 10/7/13 | | | | | | | | 0 | 0 |
| 89 | -$0.34 | 10/9/13 | | | | | | | | 0 | 0 |
| 90 | -$0.25 | 10/14/13 | | | | | | | | 0 | 0 |
| 91 | -$0.15 | 10/17/13 | | | | | | | | 0 | 0 |
| 92 | -$0.10 | 10/18/13 | | | | | | | | 0 | 0 |
| 93 | -$0.35 | 10/23/13 | | | | | | | | 0 | 0 |
| 94 | -$0.30 | 10/25/13 | | | | | | | | 0 | 0 |
| 95 | -$0.01 | 10/30/13 | | | | | | | | 0 | 0 |
| 96 | -$0.20 | 11/4/13 | | | | | 100 | | | 100 | 0 |

Source: RTRX Bluesheet data; *Bloomberg* data
Note: Positive numbers represent buy transactions. Negative numbers represent sale transactions.

## Summary of Trades On Days Following Stock Price Declines
### 12/17/12 – 9/19/14

| | | | Individual Gross Volume | | | | | | Total Gross Volume | |
|---|---|---|---|---|---|---|---|---|---|---|
| No. | Prior Day Price Decline | Date | Marek Biestek | Thomas Fernandez | Kevin Mulleady | Ed Sullivan | Ron Tilles (Claridge Capital LLC) | Andrew Vaino | Martin Shkreli | Buy | Sale |
| 97 | -$0.25 | 11/12/13 | | | -19,489 | | | | | 0 | -19,489 |
| 98 | -$1.01 | 11/13/13 | | | | | | | | 0 | 0 |
| 99 | -$0.10 | 11/14/13 | | | | | | | | 0 | 0 |
| 100 | -$0.09 | 11/18/13 | | | | | | | | 0 | 0 |
| 101 | -$0.20 | 11/20/13 | 800 | | | | | | | 800 | 0 |
| 102 | -$0.25 | 12/4/13 | | | | 1,500 | | | | 1,500 | 0 |
| 103 | -$0.60 | 12/10/13 | | | | 500 | | | | 500 | 0 |
| 104 | -$0.25 | 12/11/13 | | | | | | | | 0 | 0 |
| 105 | -$0.20 | 12/12/13 | | | | 8,500 | | | | 8,500 | 0 |
| 106 | -$0.65 | 12/13/13 | | | | | | | | 0 | 0 |
| 107 | -$0.45 | 12/18/13 | | | | | | | | 0 | 0 |
| 108 | -$0.20 | 12/19/13 | | | | | | | | 0 | 0 |
| 109 | -$0.05 | 12/20/13 | | | | | | | | 0 | 0 |
| 110 | -$0.15 | 12/23/13 | | | -4,600 | | | | | 0 | -4,600 |
| 111 | -$0.45 | 12/27/13 | | | | | | | | 0 | 0 |
| 112 | -$0.09 | 12/30/13 | 200 | | | | | | | 200 | 0 |
| 113 | -$0.14 | 1/2/14 | | | | | | | | 0 | 0 |
| 114 | -$0.10 | 1/7/14 | | | | | | | | 0 | 0 |
| 115 | -$0.15 | 1/8/14 | | | | | | | | 0 | 0 |
| 116 | -$0.26 | 1/9/14 | | | | | | | | 0 | 0 |
| 117 | -$0.14 | 1/14/14 | | | -65,889 | | | | 8,000 | 8,000 | -65,889 |
| 118 | -$0.27 | 1/15/14 | | | | | | | | 0 | 0 |
| 119 | -$0.60 | 1/22/14 | | | | | | | | 0 | 0 |
| 120 | -$0.09 | 1/23/14 | | | | | | | | 0 | 0 |
| 121 | -$0.11 | 1/24/14 | | | | | | | | 0 | 0 |
| 122 | -$1.87 | 1/27/14 | | | | | | | | 0 | 0 |
| 123 | -$0.08 | 1/31/14 | | | | | | | | 0 | 0 |
| 124 | -$0.41 | 2/3/14 | | | | | | | | 0 | 0 |
| 125 | -$0.72 | 2/4/14 | | | -56,700 | | | | | 0 | -56,700 |
| 126 | -$0.07 | 2/5/14 | | | | | | | | 0 | 0 |
| 127 | -$0.04 | 2/13/14 | -24,900 | | -51,978 | | | | | 0 | -76,878 |
| 128 | -$1.18 | 2/18/14 | | | | | | | | 0 | 0 |

Source:  RTRX Bluesheet data; *Bloomberg* data
Note:  Positive numbers represent buy transactions.  Negative numbers represent sale transactions.

## Summary of Trades On Days Following Stock Price Declines
### 12/17/12 – 9/19/14

| | | | Individual Gross Volume | | | | | | | Total Gross Volume | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Prior Day Price Decline | Date | Marek Biestek | Thomas Fernandez | Kevin Mulleady | Ed Sullivan | Ron Tilles (Claridge Capital LLC) | Andrew Vaino | Martin Shkreli | Buy | Sale |
| 129 | -$0.47 | 2/25/14 | | | | | | | 200 | 200 | 0 |
| 130 | -$0.03 | 2/26/14 | | | | | | | | 0 | 0 |
| 131 | -$1.46 | 3/3/14 | | | | | | | | 0 | 0 |
| 132 | -$0.78 | 3/12/14 | | | | | | | | 0 | 0 |
| 133 | -$0.26 | 3/13/14 | | | | 1,622 | | | | 1,622 | 0 |
| 134 | -$1.03 | 3/14/14 | | | | 5,378 | | | 4,000 | 9,378 | 0 |
| 135 | -$0.39 | 3/17/14 | | | | | | | | 0 | 0 |
| 136 | -$0.67 | 3/20/14 | | | | | | | 5,000 | 5,000 | 0 |
| 137 | -$0.87 | 3/24/14 | | | | | | | 4,000 | 4,000 | 0 |
| 138 | -$1.01 | 3/28/14 | | | | | | | | 0 | 0 |
| 139 | -$2.25 | 4/4/14 | | | | 1,500 | -5,000 | | 8,000 | 9,500 | -5,000 |
| 140 | -$2.08 | 4/7/14 | | | | | -7,500 | | | 0 | -7,500 |
| 141 | -$1.04 | 4/8/14 | | | | | -7,500 | | | 0 | -7,500 |
| 142 | -$2.12 | 4/11/14 | | | | | | | | 0 | 0 |
| 143 | -$2.89 | 4/14/14 | | | | | | | | 0 | 0 |
| 144 | -$2.35 | 4/15/14 | | | | 9,750 | | | | 9,750 | 0 |
| 145 | -$1.41 | 4/16/14 | | | | 8,500 | | | | 8,500 | 0 |
| 146 | -$0.64 | 4/22/14 | | | | | | | | 0 | 0 |
| 147 | -$1.04 | 4/24/14 | | | | | | | | 0 | 0 |
| 148 | -$0.58 | 4/28/14 | | | | | | | | 0 | 0 |
| 149 | -$0.23 | 4/29/14 | | | | | | | | 0 | 0 |
| 150 | -$0.23 | 5/2/14 | | | | | | | | 0 | 0 |
| 151 | -$0.51 | 5/6/14 | | | | | | | | 0 | 0 |
| 152 | -$0.95 | 5/7/14 | | | | | | | | 0 | 0 |
| 153 | -$1.29 | 5/8/14 | | | | | | | | 0 | 0 |
| 154 | -$0.42 | 5/9/14 | | | | | | | | 0 | 0 |
| 155 | -$0.22 | 5/16/14 | | | | | | | | 0 | 0 |
| 156 | -$0.17 | 5/19/14 | | | | | | | | 0 | 0 |
| 157 | -$0.76 | 5/21/14 | | | | | | | | 0 | 0 |
| 158 | -$0.42 | 5/29/14 | | | | | | | | 0 | 0 |
| 159 | -$1.05 | 5/30/14 | | | | | | -292,400 | | 0 | -292,400 |
| 160 | -$0.17 | 6/3/14 | | | | | | | | 0 | 0 |

Source: RTRX Bluesheet data; *Bloomberg* data
Note: Positive numbers represent buy transactions. Negative numbers represent sale transactions.

## Summary of Trades On Days Following Stock Price Declines
### 12/17/12 – 9/19/14

| | | | Individual Gross Volume | | | | | | Total Gross Volume | |
|---|---|---|---|---|---|---|---|---|---|---|
| No. | Prior Day Price Decline | Date | Marek Biestek | Thomas Fernandez | Kevin Mulleady | Ed Sullivan | Ron Tilles (Claridge Capital LLC) | Andrew Vaino | Martin Shkreli | Buy | Sale |
| 161 | -$1.10 | 6/4/14 | | | | 9,000 | | | | 9,000 | 0 |
| 162 | -$1.59 | 6/5/14 | | | | 5,500 | 5,000 | | | 10,500 | 0 |
| 163 | -$0.59 | 6/6/14 | 20,774 | | | | 2,000 | | | 22,774 | 0 |
| 164 | -$0.83 | 6/9/14 | 9,226 | | | | | | | 9,226 | 0 |
| 165 | -$0.03 | 6/12/14 | | | | | | | | 0 | 0 |
| 166 | -$0.15 | 6/13/14 | | | | | | | | 0 | 0 |
| 167 | -$0.02 | 6/17/14 | | | | 140 | | | | 140 | 0 |
| 168 | -$0.23 | 6/18/14 | | | | | | | | 0 | 0 |
| 169 | -$0.14 | 6/20/14 | | | | -2,204 | | | | 0 | -2,204 |
| 170 | -$0.17 | 6/25/14 | | | | | | | | 0 | 0 |
| 171 | -$0.27 | 7/1/14 | | | | | | | | 0 | 0 |
| 172 | -$1.02 | 7/8/14 | | | | | | | | 0 | 0 |
| 173 | -$1.01 | 7/9/14 | | | | | | | | 0 | 0 |
| 174 | -$0.14 | 7/11/14 | | | | | | | | 0 | 0 |
| 175 | -$0.36 | 7/16/14 | | | | 6,666 | | | | 6,666 | 0 |
| 176 | -$0.21 | 7/18/14 | | | | | | | | 0 | 0 |
| 177 | -$0.46 | 7/22/14 | | | | 12,500 | | | | 12,500 | 0 |
| 178 | -$0.01 | 7/28/14 | | | | -1,700 | | | | 0 | -1,700 |
| 179 | -$0.64 | 7/29/14 | | | | | | | | 0 | 0 |
| 180 | -$0.48 | 8/1/14 | | | | | | | | 0 | 0 |
| 181 | -$0.09 | 8/4/14 | | | | | | | | 0 | 0 |
| 182 | -$0.66 | 8/13/14 | | | | | | | | 0 | 0 |
| 183 | -$0.11 | 8/14/14 | | | | | | -25,000 | | 0 | -25,000 |
| 184 | -$0.13 | 8/18/14 | | | | | | -10,000 | | 0 | -10,000 |
| 185 | -$0.10 | 8/19/14 | | | | | | -12,500 | | 0 | -12,500 |
| 186 | -$0.45 | 9/4/14 | | | | | | | | 0 | 0 |
| 187 | -$0.29 | 9/5/14 | | | | | | | | 0 | 0 |
| 188 | -$0.35 | 9/8/14 | | | | | | | | 0 | 0 |
| 189 | -$0.21 | 9/9/14 | | | | | | | | 0 | 0 |
| 190 | -$0.38 | 9/10/14 | | | | | | -2,500 | | 0 | -2,500 |
| 191 | -$0.45 | 9/12/14 | | | | | | | | 0 | 0 |
| 192 | -$0.16 | 9/15/14 | | | | | | | | 0 | 0 |

Source: RTRX Bluesheet data; *Bloomberg* data
Note: Positive numbers represent buy transactions. Negative numbers represent sale transactions.

Page 6

## Summary of Trades On Days Following Stock Price Declines
### 12/17/12 – 9/19/14

| | | | Individual Gross Volume | | | | | | | Total Gross Volume | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Prior Day Price Decline | Date | Marek Biestek | Thomas Fernandez | Kevin Mulleady | Ed Sullivan | Ron Tilles (Claridge Capital LLC) | Andrew Vaino | Martin Shkreli | Buy | Sale |
| 193 | -$0.73 | 9/16/14 | | | | | | 10,000 | 7,500 | 17,500 | 0 |
| 194 | -$1.03 | 9/18/14 | | | | -8,700 | | | | 0 | -8,700 |

Source: RTRX Bluesheet data; *Bloomberg* data
Note: Positive numbers represent buy transactions. Negative numbers represent sale transactions.

## Select Individuals and Tim Pierotti's Trading Volume as a Percentage of Total Trading Volume[1][2]
### 12/17/12 – 9/19/14

| Period | Source | Select Individuals as a % of Total Volume | Tim Pierotti as % of Total Volume | Select Individuals and Tim Pierotti as a % of Total Volume |
|---|---|---|---|---|
| 12/17/12 – 2/28/13 | Bloomberg | 31.52% | 38.34% | 69.87% |
| 12/17/12 – 2/28/13 | Bluesheets | 8.88% | 10.80% | 19.67% |
| 12/17/12 – 9/19/14 | Bloomberg | 1.78% | 0.44% | 2.22% |
| 12/17/12 – 9/19/14 | Bluesheets | 0.62% | 0.15% | 0.77% |

Sources:  RTRX Bluesheet data; *Bloomberg* data

Note:

[1] Select individuals include Marek Biestek, Thomas Fernandez, Kevin Mulleady, Ed Sullivan, Ron Tilles (Claridge Capital LLC), Andrew Vaino, and Martin Shkreli.  Timothy Pierotti and Tim Pieoritti are assumed to be the same person.  Similarly, Kevin P Mulleady and Kevin Mulleady are assumed to be the same person, as well as Andrew R Vaino and Andrew Rein Veino.

[2] Total volume includes the sum of trading volume during the period from either Bloomberg or Bluesheet data.  Individual trading volume is calculated as the sum of the absolute values of the individuals' buys and sales during the time period.