**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

December 3, 2017

<u>VIA ECF</u>

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     <u>United States v. Evan Greebel</u>, S1 15 Cr. 637 (KAM)

Dear Judge Matsumoto:

We respectfully submit this information to update the Court on our additional disclosures in advance of any defense case-in-chief.

In our letter yesterday, we stated that our client has not yet decided whether to put on a case-in-chief and will not do so until after the government rests.  We also advised the Court that we had identified additional, already-produced documents that respond to the government's ongoing case-in-chief.  Similar to the documents produced yesterday, we had not determined to use these specific documents in our case in chief.  However, based on the government's presentation of its evidence, including through the case agent, our intent is to use them now in any defense case.  Accordingly, if our client decides to put on a case-in-chief, we intend to use these already-produced additional documents.  We are making the DX-stamped documents available through a ShareFile link, along with a supplemental exhibit list that identifies documents by DX and corresponding Bates numbers.

Additionally, as part of its case-in-chief, the government offered into evidence extensively redacted compensation memoranda of Mr. Greebel.  *See* GX 121-3, GX 121-5, GX 121-7, and GX 121-9.  We will be conferring with Katten Muchin Rosenman LLP about offering into evidence those memoranda with less redactions.

**GIBSON DUNN**

The Honorable Kiyo A. Matsumoto
December 3, 2017
Page 2

Finally, we produced to the government yesterday and today all Rule 26.2 material that we had in our possession relating to the witnesses on the revised witness list provided to the government and the Court on November 30, 2017.

Respectfully,

*/s/ Reed Brodsky*
Reed Brodsky

Attachments

cc:  Alixandra E. Smith, Esq.
     David C. Pitluck, Esq.
     David K. Kessler, Esq.