# EXHIBIT A

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 15-cr-00637 (KAM) |
| Martin Shkreli and Evan Greebel ) | |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Retrophin, Inc. - Custodian of Records
c/o Ian Shapiro, Esq.
Cooley, LLP
The Grace Building
1114 Avenue of the Americas, 46th Floor
New York, NY 10036-7798

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court<br>225 Cadman Plaza East, 6th Floor<br>Brooklyn, New York | Courtroom No.: 6C South |
|---|---|---|
| | | Date and Time: 12/12/2017 9:00am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: OCT 13 2017

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Evan Greebel
_____, who requests this subpoena, are:

Reed Brodsky; Gibson Dunn & Crutcher, 200 Park Avenue, Floor 47, New York, NY 10166;
212-351-5334; rbrodsky@gibsondunn.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   15-cr-00637 (KAM)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____     _____
                                                *Server's signature*

                          _____
                                                *Printed name and title*

                          _____
                                                *Server's address*

Additional information regarding attempted service, etc: