

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

AES/DCP/DKK
F.#2014R00501

*271 Cadman Plaza East
Brooklyn, New York 11201*

December 17, 2017

<u>By Hand and ECF</u>
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Evan Greebel
     <u>Criminal Docket No. 15-637 (KAM)</u>

Dear Judge Matsumoto:

   The parties respectfully submit this letter in joint response to the Court's order this evening seeking our positions regarding Juror #9. In the event Juror #9 cannot be in Court tomorrow, December 18, 2017, the parties would consent to excusing that juror and seating Alternate Juror #1 in her place. However, the parties respectfully request that the Court wait to formally excuse Juror #9 until the parties can determine if there are other jurors who do not come to court tomorrow, but have not yet advised the Court of his or her absence. In the event a number of jurors do not arrive on Monday and we cannot proceed with trial until Tuesday, it is possible that Juror #9's health will have improved and we would not have to excuse her.

             Respectfully submitted,

             BRIDGET M. ROHDE
             Acting United States Attorney

     By: /s/_____
        Alixandra E. Smith
        David C. Pitluck
        David K. Kessler
        Assistant U.S. Attorneys
        (718) 254-7000

cc: Defense Counsel (by ECF)