<u>**Verdict Sheet Public Draft 1**</u>
<u>**December 19, 2017**</u>
<u>**Court Ex. 3A**</u>

<u>Verdict Sheet</u>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x
                                   :
UNITED STATES OF AMERICA,          :
                                   :
        -against-                  :
                                   :   15-CR-637 (KAM)
EVAN GREEBEL,                      :
                                   :
            *Defendant*.           :
----------------------------------x

<u>**AS TO COUNT ONE**</u>
**(Conspiracy to Commit Wire Fraud)**

On the charge of conspiracy to commit wire fraud in Count One,

how do you unanimously find the defendant, EVAN GREEBEL?

        Guilty _____     Not Guilty _____

        Foreperson's Initials _____     Date _____

<u>**AS TO COUNT TWO**</u>
**(Conspiracy to Commit Securities Fraud)**

On the charge of conspiracy to commit securities fraud in Count

Two, how do you unanimously find the defendant, EVAN GREEBEL?

        Guilty _____     Not Guilty _____

        Foreperson's Initials _____     Date _____

**Dated:** Brooklyn, New York
        December ____, 2017

                        _____
                        Jury Foreperson