**<u>Verdict Sheet</u>**
**<u>Court Exhibit 4A</u>**

Verdict Sheet

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x
                                   :
UNITED STATES OF AMERICA,          :
                                   :
        -against-                  :
                                   :      15-CR-637 (KAM)
EVAN GREEBEL,                      :
                                   :
              Defendant.           :
-----------------------------------x
```

**AS TO COUNT ONE**
**(Conspiracy to Commit Wire Fraud)**

On the charge of conspiracy to commit wire fraud in Count One, how do you unanimously find the defendant, EVAN GREEBEL?

   Guilty _____      Not Guilty _____

   Foreperson's Initials _____   Date _____

**AS TO COUNT TWO**
**(Conspiracy to Commit Securities Fraud)**

On the charge of conspiracy to commit securities fraud in Count Two, how do you unanimously find the defendant, EVAN GREEBEL?

   Guilty _____      Not Guilty _____

   Foreperson's Initials _____   Date _____

**Dated:** _____ _____ _____
        (Month) (Date) (Year)
        *Brooklyn, New York*

                              _____
                              Jury Foreperson