<u>Verdict Sheet</u>

<u>Verdict Sheet</u>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x
                                   :
UNITED STATES OF AMERICA,          :
                                   :
        -against-                  :
                                   :    15-CR-637 (KAM)
EVAN GREEBEL,                      :
                                   :
        *Defendant.*                :
----------------------------------x

<u>AS TO COUNT ONE</u>
(Conspiracy to Commit Wire Fraud)

On the charge of conspiracy to commit wire fraud in Count One, how do you unanimously find the defendant, EVAN GREEBEL?

   Guilty  ✓        Not Guilty  _____

   Foreperson's Initials  CC      Date  12/27/17

<u>AS TO COUNT TWO</u>
(Conspiracy to Commit Securities Fraud)

On the charge of conspiracy to commit securities fraud in Count Two, how do you unanimously find the defendant, EVAN GREEBEL?

   Guilty  ✓        Not Guilty  _____

   Foreperson's Initials  CC      Date  12/27/17

Dated:  12   27   2017
       (Month) (Date) (Year)
       Brooklyn, New York

                                    _____
                                      Jury Foreperson