COURT'S EXHIBIT NO. 5
IDENTIFICATION/EVIDENCE
DKT.# 15cr637
DATE: 10/22/17
PENGAD 800-631-6989

| Defense Exhibit Number: | Description: | Admitted Through: |
|---|---|---|
| 101-6 | Katten Muchin Rosenman LLP New Client Matter Form (01/24/2012) | Bernadette Davida - 10/20/2017 |
| 101-9 | Client Matter Form - MSMB Capital Management, LLC | Bernadette Davida - 10/20/2017 |
| 101-18 | Katten Invoice No. 1300885147 (08/05/2011)<br>To: MSMB Healthcare LP, Attn: Kevin Mulleady | Bernadette Davida - 10/20/2017 |
| 101-19 | Katten Invoice No. 1300877116 (09/19/2011)<br>To: MSMB Capital Management, LLC, Attn: Kevin Mulleady | Bernadette Davida - 10/20/2017 |
| 101-20 | Katten Invoice No. 1300882420 (10/12/2011)<br>To: MSMB Capital Management, LLC, Attn: Kevin Mulleady | Bernadette Davida - 10/20/2017 |
| 103-2 | Email - Formal Inquiry (03/08/2013)<br>From: Kevin Mulleady<br>To: Richard Kocher | Richard Kocher - 10/31/2017 |
| 103-9 | Email - New Job Announcement (03/25/2011)<br>From: Kevin Mulleady<br>To: Kevin Mulleady<br>Bcc: Multiple Recipients | Richard Kocher - 10/31/2017 |
| 103-10 | Email - RE: LP Kocher (03/11/2013)<br>From: Richard Kocher<br>To: Martin Shkreli | Richard Kocher - 10/31/2017 |
| 103-13 | RE: FedEx (03/18/2013)<br>From: Richard Kocher<br>To: Martin Shkreli<br>Cc: David Trachtenberg | Richard Kocher - 10/31/2017 |
| 103-15 | Email - RE: Solution (03/27/2013)<br>From: Richard Kocher<br>To: Martin Shkreli | Richard Kocher - 10/31/2017 |
| 103-22 | Private Placement Memorandum - MSMB Healthcare (01/01/2011) | Richard Kocher - 10/31/2017 |
| 104-14 | Email - purchase agreement (12/14/2012)<br>From: Martin Shkreli<br>To: Steve Richardson | Steve Richardson - 10/25/2017 |
| 104-19 | Retrophin Board Call - 06/11/2013 Notes | Steve Richardson - 10/30/2017 |
| 104-23 | Retrophin, Inc. CEO Compensation for Performance Year 2013 (02/24/2014) | Steve Richardson - 10/30/2017 |
| 104-43 | Email - RE: Richardson Stock Transfer (10/19/2013)<br>From: Martin Shkreli<br>To: Steve Richardson | Steve Richardson - 10/30/2017 |
| 104-45 | Email - Re: Marcum review of S-1 (11/14/2013)<br>From: Steve Richardson<br>To: Marc Panoff | Steve Richardson - 10/30/2017 |
| 104-46 | Email - Re: Retrophin S-1 Signature Page (11/14/2013)<br>From: Steve Richardson<br>To: Michelle Griswold | Steve Richardson - 10/30/2017 |
| 104-51 | Email - Re: Retrophin Names Stephen Aselage as Chief Executive Officer (09/10/2012)<br>From: Steve Richardson<br>To: Martin Shkreli | Steve Richardson - 10/25/2017 |
| 104-52 | SEC Form S-1, Retrophin, Inc. - Filed 03/15/2013 | Steve Richardson - 10/25/2017 |
| 104-65 | Retrophin, Inc. Telephonic Meeting of the Board of Directors Agenda (07/03/2013) | Steve Richardson - 10/30/2017 |
| 104-72 | Email - RE: Major Concern (03/14/2013)<br>From: Martin Shkreli<br>To: Steve Richardson | Steve Richardson - 10/30/2017 |
| 104-79A | SEC Form 8-K, Retrophin, Inc. - Filed 01/06/2014 | Steve Richardson - 10/30/2017 |
| 104-84 | SEC Schedule 14A - Retrophin, Inc. - 05/09/2014 | Steve Richardson - 10/30/2017 |
| 104-96 | Email - loan (12/17/2012)<br>From: Martin Shkreli<br>To: Steve Richardson | Steve Richardson - 10/30/2017 |
| 104-97 | SEC Form 8-K, Desert Gateway, Inc. - Filed 12/12/2012 | Steve Richardson - 10/30/2017 |
| 104-97A | SEC Form 8-K, Desert Gateway, Inc. - Filed 12/12/2012 | Joseph Dooley - 12/18/2017 |
| 104-99 | Email - RE: (02/07/2013)<br>From: Evan Greebel<br>To: Martin Shkreli | Joseph Dooley - 12/19/2017 |
| 104-152A | SEC Form 8-K, Retrophin Inc. - Filed 12/12/2013 | Steve Richardson - 10/30/2017 |
| 104-156 | Email - RE: Board Call (01/06/2014)<br>From: Evan Greebel<br>To: Steve Richardson; David Kravitz; Marc Panoff; Steve Aselage; Neal Golding; Jeff Paley; Martin Shkreli<br>Cc: Christine Giordano | Steve Richardson - 10/30/2017 |

| | | |
|---|---|---|
| 104-158 | Email - RE: Board Call (07/02/2013)<br>From: Marc Panoff<br>To: Martin Shkreli; Steve Aselage; Steve Richardson; Evan Greebel | Steve Richardson - 10/30/2017 |
| 104-252 | Email - Re: Completing Form 4 (03/18/2013)<br>From: Steve Richardson<br>To: Evan Greebel, Michelle Griswold | Steve Richardson - 10/30/2017 |
| 105-5 | Chat Message between David Geller and Kevin Mulleady (02/16/2012) | David Geller - 11/1/2017 |
| 106-4 | Email - RE: wire sent (11/08/2011)<br>From: Evan Greebel<br>To: Kris Marsilio | Kris Marsilio - 11/14/2017 |
| 106-5 | Email - RE: (11/01/2011)<br>From: Evan Greebel<br>To: Kris Marsilio | Kris Marsilio - 11/14/2017 |
| 106-41 | Email - Inquiry Invoice (09/30/2014)<br>From: Evan Greebel<br>To: Martin Shkreli | Kris Marsilio - 11/14/2017 |
| 107-1 | Email - FW: Settlement and Release Agreement (04/03/2013)<br>From: Sarah Hassan<br>To: Noreen Hassan | Sarah Hassan - 10/23/2017 |
| 107-4 | Email - Great to see you (04/11/2011)<br>From: Martin Shkreli<br>To: Sarah Hassan | Sarah Hassan - 10/23/2017 |
| 107-9 | Email - Re: Hi From Martin - JPM Morgan Conference (01/11/2011)<br>From: Martin Shkreli<br>To: Sarah Hassan | Sarah Hassan - 10/23/2017 |
| 107-10 | Email - RE: Retrophin Additional Investment (03/14/2012)<br>From: Martin Shkreli<br>To: Tom Koestler, Brent Saunders, Fred Hassan, Sarah Hassan, Robert Bertolini | Sarah Hassan - 10/23/2017 |
| 107-15 | Email - Introduction (02/22/2013)<br>From: Martin Shkreli<br>To: Sarah Hassan, Evan Greebel | Sarah Hassan - 10/23/2017 |
| 107-25 | Email - RE: Revised MannKind Short-Sale Writeup - $8 current price - $2 price target (12/27/2010)<br>From: Martin Shkreli<br>To: Sarah Hassan | Sarah Hassan - 10/23/2017 |
| 108-2 | Email - RE: Settlement (02/25/2013)<br>From: Kevin J. Stanfield<br>To: Evan Greebel<br>Cc: David Mannheim | Lindsay Rosenwald - 11/6/2017 |
| 110-9 | Email - Retrophin updated requested list (11/5/2012)<br>From: Di Jia Liang<br>To: Jackson Su<br>CC: Corey Massella | Corey Massella - 11/7/2017 |
| 110-11 | Email - Executed Order for Fearnow Note (12/17/2012)<br>From: Evan Greebel<br>To: Corey Massella<br>Cc: Jackson Su | Corey Massella - 11/7/2017 |
| 110-14 | SEC Form 10-K, Retrophin, Inc. - Filed 05/30/2013 | Corey Massella - 11/8/2017 |
| 110-16 | Email - Fwd: Katten/Retrophin Ledger (03/22/2013)<br>From: Gleb Mikhailov<br>To: Leonora Izerne | Corey Massella - 11/8/2017 |
| 110-18 | Email - RE: RE: RE: (11/27/2012)<br>From: Martin Shkreli<br>To: Corey Massella<br>CC: Jackson Su; Susan Chew | Corey Massella - 11/8/2017 |
| 110-22 | Email - Copy of Retrophin Capitalization Table 12-12-2012 (2).xlsx (12/16/2012)<br>From: Jackson Su<br>To: Corey Massella | Corey Massella - 11/2/2017 |
| 110-23 | Email - Copy of Retrophin Capitalization Table 12-12-2012 (2) (3).xlsx (12/16/2012)<br>From: Corey Massella<br>To: Jackson Su | Corey Massella - 11/2/2017 |
| 110-25 | Email - Copy of Retrophin Capitalization Table 12-12-2012 (2) (3).xlsx (12/16/2012)<br>From: Corey Massella<br>To: Jackson Su | Corey Massella - 11/7/2017 |

| | | |
|---|---|---|
| 110-26 | Email - Copy of Retrophin Capitalization Table 12-12-2012 (2) (3).xlsx (12/16/2012)<br>From: Corey Massella<br>To: Jackson Su | Corey Massella - 11/7/2017 |
| 110-28 | Email - RE: Retrophin FS and supporting WP's (07/08/2013)<br>From: Michael Harrison<br>To: Dmitriy Timofeyev; Marc Panoff<br>CC: Corey Massella; Albert Salem | Corey Massella - 11/7/2017 |
| 110-30 | Email - 2 items (12/17/2012)<br>From: Jackson Su<br>To: Corey Massella | Corey Massella - 11/7/2017 |
| 110-31 | Email - workpaper 1 of 2 (05/30/2013)<br>From: Susan Chew<br>To: Marc Panoff<br>CC: Corey Massella | Corey Massella - 11/7/2017 |
| 110-31-A | Retrophin, LLC Incentive Units (12/12/2012) | Corey Massella - 11/7/2017 |
| 110-33 | Email - Returns are ready and are due Friday. What is the timing of when the $16,531 payment or wire will be received? (09/10/2012)<br>From: Corey Massella<br>To: Jackson Su | Corey Massella - 11/8/2017 |
| 110-35 | Email - Re: Retrophin Comp Table (03/09/2013)<br>From: Ron Tilles<br>To: Keun Dong Kim; Corey Massella<br>CC: Evan Greebel | Corey Massella - 11/8/2017 |
| 110-36 | Email - RE: Are you available today? (09/04/2012)<br>From: Corey Massella<br>To: Jackson Su | Corey Massella - 11/8/2017 |
| 110-39 | Email - RE: Questions relating to shareholders (04/03/2013)<br>From: Evan Greebel<br>To: Leonora Izerne; Susan Chew<br>Cc: Martin Shkreli; Ron Tilles; Corey Massella; Pamela Jones | Corey Massella - 11/7/2017 |
| 110-40 | Email - RE: Questions relating to shareholders (04/04/2013)<br>From: Susan Chew<br>To: Leonora Izerne<br>Cc: Corey Massella | Corey Massella - 11/7/2017 |
| 110-47 | Demonstrative Exhibit - Transfers Identified in GX - 111-26 | Joseph Dooley - 12/19/2017 |
| 110-48 | Division of Corporations Filing - Retrophin Pharmaceutical, Inc. (09/13/2012) | Corey Massella - 11/7/2017 |
| 111-2 | Email - FW: Executed Merger Agreement (12/12/2012)<br>From: Jackson Su<br>To: George Huang | Jackson Su - 11/14/2017 |
| 111-18 | Email - Re: Pre/Post Capitalization Table (12/04/2012)<br>From: Jackson Su<br>To: Stephen Aselage<br>Cc: George Huang | Jackson Su - 11/14/2017 |
| 111-21 | Email - Re: Workers Compensation Board (06/21/2012)<br>From: Jackson Su<br>To: Evan Greebel | Jackson Su - 11/15/2017 |
| 111-27 | Email - RE: Final Capitalization Table.xlsx (12/03/2012)<br>From: Evan Greebel<br>To: Martin Shkreli; Jackson Su | Jackson Su - 11/14/2017 |
| 111-28 | Email - RE: Final Capitalization Table.xlsx (12/03/2012)<br>From: Evan Greebel<br>To: Martin Shkreli; Jackson Su | Jackson Su - 11/14/2017 |
| 111-30 | Email - Letter (03/08/2013)<br>From: Evan Greebel<br>To: Jackson Su<br>Cc: Martin Shkreli<br>Bcc: Evan Greebel | Jackson Su - 11/15/2017 |
| 111-40 | Email - note (11/12/2012)<br>From: Jackson Su<br>To: Corey Massella; Di Jia Liang | Jackson Su - 11/15/2017 |
| 111-41 | Email - (No Subject) (12/18/2012)<br>From: Jackson Su<br>To: Jackson Su | Jackson Su - 11/15/2017 |

| | | |
|---|---|---|
| 111-56 | Email - RE: Retrophin - Critical Issues (12/07/2012)<br>From: Jackson Su<br>To: Mariel Schlecht; Corey Massella; Susan Chew<br>CC: Martin Shkreli; Evan Greebel; Ed Hackert | Jackson Su - 11/15/2017 |
| 111-57 | Email - RE: Retrophin - Critical Issues (12/07/2012)<br>From: Jackson Su<br>To: Mariel Schlecht; Corey Massella; Susan Chew; Evan Greebel<br>CC: Martin Shkreli; Ed Hackert | Jackson Su - 11/15/2017 |
| 111-60 | Email - cap table (11/12/2012)<br>From: Jackson Su<br>To: Corey Massella; Susan Chew; Di Jia Liang<br>CC: Evan Greebel | Jackson Su - 11/15/2017 |
| 111-64 | Email - Employee-Consultant Payables.xlsx (11/29/2012)<br>From: Jackson Su<br>To: Corey Massella; Susan Chew | Jackson Su - 11/15/2017 |
| 111-65 | Email - RE: employee/consulting agreement (11/29/2012)<br>From: Jackson Su<br>To: Susan Chew<br>CC: Corey Massella; Martin Shkreli | Jackson Su - 11/15/2017 |
| 111-66 | Email - RE: CEO agreement (11/8/2012)<br>From: Jackson Su<br>To: Di Jia Liang | Jackson Su - 11/14/2017 |
| 111-70 | Email - Re: Title (03/19/2012)<br>From: Jackson Su<br>To: Martin Shkreli | Jackson Su - 11/15/2017 |
| 111-73 | Email - RE: Open Points - Retrophin (12/17/2012)<br>From: Jackson Su<br>To: Mariel Schlecht<br>Cc: Ed Hackert | Jackson Su - 11/14/2017 |
| 111-103 | Email - CEO agreement (11/08/2012)<br>From: Jackson Su<br>To: Corey Massella; Di Jia Liang | Jackson Su - 11/14/2017 |
| 111-104 | Email - RE: Incentive units (11/16/2012)<br>From: Jackson Su<br>To: Susan Chew<br>CC: Corey Massella | Jackson Su - 11/14/2017 |
| 111-105 | Email - RE: Transfer units (11/21/2012)<br>From: Jackson Su<br>To: Susan Chew; Corey Massella | Jackson Su - 11/14/2017 |
| 111-126 | AOL Finance Article - Retrophin Raises $10.0 Million in Private Placement (02/12/2013) | Jackson Su - 11/15/2017 |
| 111-127 | Email - RE: access (11/14/2012)<br>From: Jackson Su<br>To: Brittany Adams<br>Cc: Martin Shkreli | Jackson Su - 11/15/2017 |
| 111-129 | Email - RE: Retrophin LLC PPM@40.pdf - Adobe Acrobat Standard (12/13/2012)<br>From: Jackson Su<br>To: Corey Massella<br>Cc: Mariel Schlecht; Susan Chew | Jackson Su - 11/14/2017 |
| 111-130 | Email - sign and return first thing in morning (12/16/2012)<br>From: Jackson Su<br>To: Martin Shkreli<br>Cc: Michael Smith | Jackson Su - 11/14/2017 |
| 111-131 | Purchase Agreement (Attachment to 111-131-1) | Jackson Su - 11/15/2017 |
| 111-131-1 | Email - RE: Purchase Agreements (12/12/2012)<br>From: Marek Biestek<br>To: Evan Greebel | Jackson Su - 11/15/2017 |
| 111-132 | Purchase Agreement (Attachment to 111-131-1) | Jackson Su - 11/15/2017 |
| 111-133 | Purchase Agreement (Attachment to 111-131-1) | Jackson Su - 11/15/2017 |
| 111-134 | Purchase Agreement (Attachment to 111-131-1) | Jackson Su - 11/15/2017 |
| 111-135 | Purchase Agreement (Attachment to 111-131-1) | Jackson Su - 11/15/2017 |
| 111-136 | Purchase Agreement (Attachment to 111-131-1) | Jackson Su - 11/15/2017 |
| 111-137 | Purchase Agreement | Jackson Su - 11/15/2017 |
| 111-148 | Email - Final Capitalization Table.xlsx (12/03/2012)<br>From: Martin Shkreli<br>To: Evan Greebel; Jackson Su | Jackson Su - 11/14/2017 |

| | | |
|---|---|---|
| 111-149 | Email - RE: Retrophin review open items (12/12/2012)<br>From: Jackson Su<br>To: Mariel Schlect; Corey Massella; Susan Chew<br>CC: Ed Hackert | Jackson Su - 11/14/2017 |
| 111-151 | Letter - Immunity for Trial Testimony for Jackson Su (11/14/2017)<br>From: USAO-EDNY<br>To: John Burke, Esq. | Jackson Su - 11/14/2017 |
| 112-8 | Email - RE: (07/11/2013)<br>From: Evan Greebel<br>To: Martin Shkreli | Schuyler Marshall - 11/1/2017 |
| 115-6 | body.txt (No Date) | Darren Blanton - 11/7/2017 |
| 115-13 | Text Messages between Darren Blanton and Martin Shkreli (No Date) | Darren Blanton - 11/7/2017 |
| 115-14 | Email - Re: Shares (05/19/2014)<br>From: Darren Blanton<br>To: Martin Shkreli<br>Cc: Evan Greebel | Darren Blanton - 11/6/2017 |
| 115-15 | Email - Re: Introduction (05/20/2014)<br>From: Darren Blanton<br>To: Martin Shkreli | Darren Blanton - 11/6/2017 |
| 115-24 | Retrophin, Inc. Proxy for Annual Meeting of Stockholders to be Held on May 9, 2014 (05/09/2014) | Darren Blanton - 11/7/2017 |
| 115-36 | Email - Great Catching up Sunday (06/11/2014)<br>From: Darren Blanton<br>To: Martin Shkreli | Darren Blanton - 11/6/2017 |
| 115-41 | Email - Re: Revised Draft Option Agreement (08/22/2013)<br>From: Martin Shkreli<br>To: JD McCulloch<br>Cc: Darren Blanton | Darren Blanton - 11/7/2017 |
| 115-42 | Email - RE: Transfer to Darren Blanton (08/15/2013)<br>From: Martin Shkreli<br>To: Darren Blanton | Darren Blanton - 11/7/2017 |
| 115-61 | Email - RE: MSMB Performance Estimate (01/27/2012)<br>From: Martin Shkreli<br>To: JD McCulloch | Darren Blanton - 11/7/2017 |
| 115-76 | Email - RE: Great to see you (05/29/2014)<br>From: Martin Shkreli<br>To: Darren Blanton | Darren Blanton - 11/7/2017 |
| 115-79 | Letter - Re: Request of Darren Blanton for Prompt Inspection and Duplication of Books of Account of Business and Investments of MSMB Capital Management, LP (07/13/2012)<br>From: Samuel Lieberman<br>To: Martin Shkreli | Darren Blanton - 11/7/2017 |
| 116-2 | Email - Re: Board Morning (08/04/2014)<br>From: Marc Panoff<br>To: Stephen Aselage | Steve Aselage - 11/9/2017 |
| 116-10 | Stephen Aselage BioMarin Pharmaceutical Inc. Employment Agreement (04/09/2007) | Steve Aselage - 11/9/2017 |
| 116-36 | Retrophin Press Release - Retrophin Announces Leadership Reorganization (09/30/2014) | Steve Aselage - 11/9/2017 |
| 116-52 | SEC Form S-1, Retrophin, Inc. - Filed 12/18/2013 | Steve Aselage - 11/21/2017 |
| 116-63 | Email - RE: Odds and Ends (12/19/2012)<br>From: Evan Greebel<br>To: Stephen Aselage | Steve Aselage - 11/21/2017 |
| 116-64A | Email - Steve Aselage sub doc (03/21/2013)<br>From: Michael Smith<br>To: Gleb Mikhailov | Steve Aselage - 11/9/2017 |
| 116-75 | Email - Re: Retrophin (09/13/2013)<br>From: Steve Aselage<br>To: Marc Panoff | Steve Aselage - 11/9/2017 |
| 116-78 | Retrophin, LLC Transfer and Donee Representation Letter (No Date) | Steve Aselage - 11/9/2017 |
| 116-80 | SEC 10-Q/A, Retrophin, Inc. - Filed 09/13/2013 | Steve Aselage - 11/22/2017 |
| 116-81 | SEC Form 10-Q - Retrophin, Inc. - Filed 09/13/2013 | Sunil Jain - 11/16/2017 |
| 116-90 | Q2 2014 Earnings Call - Bloomberg Transcript | Steve Aselage - 11/21/2017 |
| 116-100 | Email - Re: Board and senior management meeting (07/27/2014)<br>From: Ken Banta<br>To: Steve Richardson<br>Cc: Stephen Aselage; Keller Perry; Alvin Shih; Martin Shkreli | Steve Aselage - 11/21/2017 |
| 116-102 | SEC Form 10-K, Retrophin, Inc. - Filed 03/19/2014 | Steve Aselage - 11/22/2017 |

| | | |
|---|---|---|
| 116-104 | Email - Offsite (08/10/2014)<br>From: Stephen Aselage<br>To: Jeff Paley; Martin Shkreli; Steve Richardson; Neal Golding; Alvin Shih; Steven Eby<br>Cc: Ken Banta | Steve Aselage - 11/21/2017 |
| 116-107 | Email - Re: Manchester Call Materials (02/11/2014)<br>From: Ken Banta<br>To: Marc Panoff<br>Cc: Neal Golding; Steve Richardson; Stephen Aselage; Jeff Paley; Martin Shkreli; Jeffrey Paley; Evan Greebel; Christine Giordano | Steve Aselage - 11/21/2017 |
| 116-110 | SEC Form 8-K, Retrophin, Inc. - Filed 09/10/2014 | Steve Aselage - 11/21/2017 |
| 116-112 | Email - Re: Updated Super 8k (12/09/2012)<br>From: Stephen Aselage<br>To: Martin Shkreli<br>Cc: George Huang; Evan Greebel | Steve Aselage - 11/22/2017 |
| 116-118 | Email - Re: Potential Agreement (10/04/2014)<br>From: Martin Shkreli<br>To: Stephen Aselage; Steve Richardson | Steve Aselage - 11/22/2017 |
| 117-3 | Email - RE: (04/07/2013)<br>From: Alan Geller<br>To: Martin Shkreli | Alan Geller - 11/27/2017 |
| 117-5 | Email - RE: can we rehearse this businessweek thing? (01/06/2014)<br>From: Alan Geller<br>To: Martin Shkreli | Alan Geller - 11/27/2017 |
| 117-6 | Email - (No Subject) (04/04/2014)<br>From: Alan Geller<br>To: Martin Shkreli | Alan Geller - 11/27/2017 |
| 117-65 | Email - RE: can we set up a 3 way call later today? What works? Im free - al needs to do before 230 (04/17/2013)<br>From: Alan Geller<br>To: Martin Shkreli; Evan Greebel | Alan Geller - 11/27/2017 |
| 117-79 | Email - RE: (06/14/2014)<br>From: Martin Shkreli<br>To: Alan Geller | Alan Geller - 11/27/2017 |
| 117-83 | Non-Prosecution Agreement for Alan Geller (06/14/2017) | Alan Geller - 11/27/2017 |
| 117-88 | Email - RE: update (08/06/2013)<br>From: Martin Shkreli<br>To: Alan Geller; Leonora Izerne; Martin Shkreli; Evan Greebel | Alan Geller - 11/27/2017 |
| 117-93 | Email - RE: (06/13/2013)<br>From: Martin Shkreli<br>To: Alan Geller | Alan Geller - 11/27/2017 |
| 118-4 | Abstract of Meetings for year ended 12/31/12 | Sunil Jain - 11/16/2017 |
| 118-26A | Email - RE: Excerpt from 12/6 Meeting (12/12/2013)<br>From: Evan Greebel<br>To: Sunil Jain; Edward Hackert<br>Cc: Marc Panoff | Sunil Jain - 11/16/2017 |
| 118-39 | Letter (11/08/2013)<br>From: Marcum LLP<br>To: Retrophin, Inc. | Sunil Jain - 11/16/2017 |
| 118-41 | Email - Retrophin - Non-employee shared-based compensation (10/18/2013)<br>From: Sunil Jain<br>To: Michael Harrison<br>Cc: Marc Panoff; Ginger Paguio, Ed Hackert | Sunil Jain - 11/16/2017 |
| 118-46 | Shareholder Settlement Schedule for the Nine Months Ended September 30, 2013 | Sunil Jain - 11/16/2017 |
| 118-47 | Email - Second quarter 10Q comments (09/09/2013)<br>From: Sunil Jain<br>To: Marc Panoff; Michael Harrison<br>Cc: Ed Hackert; John Rushford | Sunil Jain - 11/16/2017 |
| 118-58 | Minutes of a Special Meeting of the Board of Directors of Retrophin, Inc. (09/09/2013) | Sunil Jain - 11/16/2017 |
| 119-12 | Consulting Agreement - Bryan G. Stockton, Mattel Inc. (Exhibit 10.1) | Alan Johnson - 12/11/2017 |
| 119-13 | Retirement and Consulting Agreement - McDonalds (Exhibit 99) | Alan Johnson - 12/11/2017 |
| 119-14 | Retirement and Consulting Agreement - Howard Lester, Williams-Sonoma Inc. (Exhibit 10.1) | Alan Johnson - 12/11/2017 |
| 119-15 | Transition, Non-Compete, and Consulting Agreement - Donald J. Smith, Tyson Foods Inc. (Exhibit 10.2) | Alan Johnson - 12/11/2017 |

| | | |
|---|---|---|
| 119-16 | Retirement and Consulting Agreement - John D. Sheehan, Mylan Inc. (Exhibit 10.1) | Alan Johnson - 12/11/2017 |
| 119-17 | Separation, Consulting, and Release Agreement - Jeffrey D. Kelly, RenaissanceRe Holdings Ltd. (Exhibit 10.6) | Alan Johnson - 12/11/2017 |
| 119-18 | Consulting Agreement - Jan B.C. Spencer, Kimberly-Clark Corp. (Exhibit 10w) | Alan Johnson - 12/11/2017 |
| 119-19 | Consulting and Separation Agreement and General Release - Deborah A. Wensel, Great Lakes Dredge & Dock Corp. (Exhibit 99.3) | Alan Johnson - 12/11/2017 |
| 119-20 | Consulting and Release Agreement - Joseph E. Milliron, Furmanite Corporation (Exhibit 10.4) | Alan Johnson - 12/11/2017 |
| 119-22 | Executive Employment Agreement - Cameron Reynolds, VolitionRX Limited (Exhibit 10.2) | Alan Johnson - 12/11/2017 |
| 119-23 | Executive Employment Agreement - Roger Janssen, 3DX Industries Inc. (Exhibit 10.1) | Alan Johnson - 12/11/2017 |
| 119-24 | Executive Employment Agreement - Eugene M. Isenberg, Nabors Industries Ltd. (Exhibit 10.1) | Alan Johnson - 12/11/2017 |
| 119-25 | Executive Employment Agreement - Brian T. Mayo, Xstream Systems Inc. (Exhibit 10.7) | Alan Johnson - 12/11/2017 |
| 120-6 | Email - MSMB Capital Proposes Acquisition of Amag Pharmaceuticals fro $18 Per Share (08/03/2011)<br>From: Martin Shkreli<br>To: Martin Shkreli<br>Bcc: Multiple Recipients | Timothy Pierotti - 11/20/2017 |
| 120-7 | Email - RE: Holiday schedule (12/20/2012)<br>From: Martin Shkreli<br>To: Leonora Izerne; Andrew Vaino; Marek Biestek; Michael Smith; Ron Tilles; Kevin Mulleady; Fardeen Chowdhury; Tim Pierotti; Thomas Fernandez; Stephen Aselage<br>Cc: Jackson Su | Timothy Pierotti - 11/21/2017 |
| 120-13 | Email - RE: tomorrow (12/30/2012)<br>From: Martin Shkreli<br>To: Tim Pierotti | Timothy Pierotti - 11/21/2017 |
| 120-18 | Email - FW: you owe me $6,036,000 (02/14/2014)<br>From: Martin Shkreli<br>To: Michael Gordon; Evan Greebel | Timothy Pierotti - 11/21/2017 |
| 120-19 | Email - RE: Monthly Package \| November, 2011 \| MSMB Consumer, LP (01/19/2012)<br>From: Varun Agarwal<br>To: Martin Shkreli; Nav Consulting Inc; Allison Russo; Jackson Su; Timothy Pierotti<br>Cc: Martin Shkreli | Timothy Pierotti - 11/21/2017 |
| 120-33 | Email - Retrophin FW: Draft License Agreement (01/05/2012)<br>From: Martin Shkreli<br>To: Brent Saunders; Sarah Hassan; Robert Bertolini; Thomas Koestler; J Macdonald; Tracy; Ken Banta; Edmund Sullivan; Tim Pierotti; Marek Biestek; JP Errico; Steve Richardson; Ron Tilles; Martin Shkreli | Timothy Pierotti - 11/21/2017 |
| 120-37 | Press Release - Smucker to buy P&G's Folgers in $3 bln stock deal (06/04/2008) | Timothy Pierotti - 11/20/2017 |
| 120-41 | Email - Potential opportunity on a Dental supplies company (09/13/2012)<br>From: Tim Pierotti<br>To: John Oldham<br>Cc: Neil Bonanno | Timothy Pierotti - 11/20/2017 |
| 120-48 | Email - RE: Wow - must be something good happening (08/30/2012)<br>From: Marek Biestek<br>To: Tim Pierotti | Timothy Pierotti - 11/20/2017 |
| 120-49 | Email - RE: (09/04/2012)<br>From: Marek Biestek<br>To: Tim Pierotti | Timothy Pierotti - 11/20/2017 |
| 120-64 | Email - RE investor wanted for gentlemens club - $750000 (atlantic city nj)<br>From: Marek Biestek<br>To: Vj<br>Cc: Martin Shkreli; Tim Pierotti | Timothy Pierotti - 11/20/2017 |
| 120-65 | Email - FW: Buyer Confidentiality Agreement - NDA (08/09/2012)<br>From: Tim Pierotti<br>To: Evan Greebel | Timothy Pierotti - 11/20/2017 |

| | | |
|---|---|---|
| 120-66 | Email - New Retrophin Management Team (08/20/2012)<br>From: Martin Shkreli<br>To: Marek Biestek; Tom Fernandez; George Huang; Andrew Vaino; Kevin Mulleady; Jackson Su; Tim Pierotti; Chris James | Timothy Pierotti - 11/20/2017 |
| 120-67 | Email - FW: revised term sheet (10/01/2012)<br>From: Martin Shkreli<br>To: Tim Pierotti; Marek Biestek | Timothy Pierotti - 11/20/2017 |
| 120-68 | Email - RE: Vivo - employees (10/01/2012)<br>From: Marek Biestek<br>To: Tim Pierotti | Timothy Pierotti - 11/20/2017 |
| 120-70 | Email - Series A Investment (10/05/2012)<br>From: Martin Shkreli<br>To: Firmwide; Ron Tilles | Timothy Pierotti - 11/20/2017 |
| 120-77 | Email - Wentworth/Garreco (09/13/2012)<br>From: Marek Biestek<br>To: Tim Pierotti | Timothy Pierotti - 11/20/2017 |
| 120-83 | Email - FW: for your review (12/27/2011)<br>From: Allison Russo<br>To: Martin Shkreli<br>Cc: Timothy Pierotti | Timothy Pierotti - 11/20/2017 |
| 120-115 | Email - FW: Garreco Tax Returns 2011 (09/26/2012)<br>From: Tim Pierotti<br>To: Colle Lowrance | Timothy Pierotti - 11/20/2017 |
| 120-117 | SEC Form 8-K - The J.M. Smucker Company (06/04/2008) | Timothy Pierotti - 11/20/2017 |
| 124-8 | Email - RE: (12/13/2012)<br>From: Gregg Jaclin<br>To: Evan Greebel<br>Cc: Michael Fearnow; Martin Shkreli; Jennifer Zammit | S.A. Delzotto - 12/05/2017 |
| 124-61 | Email - FW: Retrophin (11/25/2012)<br>From: Martin Shkreli<br>To: Evan Greebel | S.A. Delzotto - 12/05/2017 |
| 124-88 | Email - RE: hi (03/11/2013)<br>From: Evan Greebel<br>To: Martin Shkreli | S.A. Delzotto - 12/06/2017 |
| 124-118 | Email - RE: (04/08/2013)<br>From: Evan Greebel<br>To: Martin Shkreli | S.A. Delzotto - 12/05/2017 |
| 124-119 | Email - RE: Calls (04/08/2013)<br>From: Martin Shkreli<br>To: Evan Greebel | S.A. Delzotto - 12/05/2017 |
| 202-1 | Email - FW: Scanned from Retrophin (06/17/2013)<br>From: Michael Rosensaft<br>To: Michael Gordon<br>Cc: Evan Greebel | Michael Rosensaft - 12/08/2017 |
| 203-3 | Email - Executed Agreement (02/19/2014)<br>From: Evan Greebel<br>To: Steven Rosenfeld<br>Cc: Marc Panoff | Steven Rosenfeld - 12/13/2017 |
| 203-4 | Email - Call (03/14/2013)<br>From: Martin Shkreli<br>To: Steven Rosenfeld; Ron Tilles<br>Cc: Evan Greebel | Steven Rosenfeld - 12/13/2017 |
| 203-5 | Email - RE: Consulting contract (11/20/2014)<br>From: Stephen Aselage<br>To: Steven Rosenfeld<br>Cc: Meg Valeur-Jensen | Steve Rosenfeld - 12/18/2017 |
| 203-7 | Park Avenue Discoveries, LLC and Dr. Steven Rosenfeld v. Retrophin, Inc. - Decision and Final Award (01/30/2017) | Steven Rosenfeld - 12/13/2017 |
| 203-10 | Text Messages between Steven Rosenfeld and Zvi Loewy (02/16/2014) | Steven Rosenfeld - 12/13/2017 |
| 203-12 | Text Messages between Steven Rosenfeld and Ron Tilles (07/30/2014) | Steven Rosenfeld - 12/13/2017 |
| 221-01 | Chart - Retrophin, Inc. Stock Price and Volume | Craig Lewis 12/07/2017 |
| 221-02 | Chart - Trading Activity for Dec. 17, 2012 - Feb. 28, 2013 | Craig Lewis 12/07/2017 |
| 221-03 | Chart - Trading Activity for Dec. 17, 2012 - Feb. 28, 2013 | Craig Lewis 12/07/2017 |
| 221-04 | Chart - Marek Biestek's Monthly Trading Volume | Craig Lewis 12/07/2017 |
| 221-05 | Chart - Marek Biestek's Monthly and Cumulative Trading Volume | Craig Lewis 12/07/2017 |
| 221-06 | Chart - Individual Monthly Net Volume | Craig Lewis 12/07/2017 |
| 221-07 | Chart - Individual Monthly Net Volume | Craig Lewis 12/07/2017 |
| 221-08 | Chart - Summary of Trades on Days with Both Buys and Sales | Craig Lewis 12/07/2017 |

| | | |
|---|---|---|
| 221-09 | Chart - Example Trades On Day Following Stock Price Decline | Craig Lewis 12/07/2017 |
| 221-10A | Chart - Summary of Trades On Days Following Stock Price Declines | Craig Lewis 12/07/2017 |
| 1010 | Email - FW: Vaino Employment Agreement (03/07/2013)<br>From: Martin Shkreli<br>To: Andrew Vaino; Evan Greebel | Joseph Dooley - 12/19/2017 |
| 1055 | Email - RE: Capitalization Tables (09/20/2012)<br>From: Martin Shkreli<br>To: Evan Greebel<br>Cc: David Kravitz | Joseph Dooley - 12/18/2017 |
| 1069 | Forbes - 30 Under 30: Hedge Fund Gadfly Turns Biotech Entrepreneur (12/18/2012) | Joseph Dooley - 12/18/2017 |
| 1070 | Seeking Alpha - Retrophin - An Upstart With Huge Potential (01/17/2013) | Joseph Dooley - 12/18/2017 |
| 1071 | Seeking Alpha - Retrophin: A New Player in the Orphan and Ultra-Orphan Drug Spaces (08/25/2013) | Joseph Dooley - 12/18/2017 |
| 1072 | Forbes - Can the "Trust Hormone" Make it as a Treatment for Schizophrenia and Autism? (12/12/2013) | Joseph Dooley - 12/18/2017 |
| 1106 | Email - Fwd: Executed Consulting Agreement (03/06/2014)<br>From: Evan Greebel<br>To: Martin Shkreli<br>CC: Marc Panoff; Michael Rosensaft | Joseph Dooley - 12/18/2017 |
| 1111 | Email - Re: Settlement Agreements/Amounts (05/30/2013)<br>From: Evan Greebel<br>To: Marc Panoff | Joseph Dooley - 12/14/2017 |
| 1123 | Email - RE: Dignify Therapeutics (03/07/2014)<br>From: Joe Allen<br>To: Steven Rosenfeld | Steven Rosenfeld - 12/13/2017 |
| 1140 | Email - I'm here (04/29/2014)<br>From: David Carter<br>To: Steven Rosenfeld | Steven Rosenfeld - 12/13/2017 |
| 1151A | Unanimous Written Consent of the Board of Managers of Retrophin, LLC in Lieu of Meeting (09/20/2012) | Joseph Dooley - 12/18/2017 |
| 1154 | Email - revised boilerplate investor sentence for consideration (02/17/2012)<br>From: Tony Plohoros<br>To: Martin Shkreli; Evan Greebel; Ken Banta | Joseph Dooley - 12/18/2017 |
| 1157 | Email - RE: revised release attached (02/16/2012)<br>From: Martin Shkreli<br>To: Evan Greebel<br>Cc: Ken Banta; Tony Plohoros | Joseph Dooley - 12/18/2017 |
| 1167 | Email - RTRX Written Consent (11/22/2013)<br>From: Evan Greebel<br>To: Steve Richardson; Steve Aselage; Neal Golding; Jeff Paley; Martin Shkreli<br>Cc: Marc Panoff | Joseph Dooley - 12/18/2017 |
| 1178 | Email - Board Agenda 2-14-13 Offsite (02/11/2014)<br>From: Marc Panoff<br>To: Martin Shkreli; Neal Golding; Jeff Paley; Stephen Aselage; Steve Richardson<br>Cc: Evan Greebel; Ken Banta | Michael Rosensaft - 12/08/2017 |
| 1189 | Email - Fwd: Retrophin (09/13/2013)<br>From: Marc Panoff<br>To: Stephen Aselage; Martin Shkreli; Steve Richardson<br>Cc: Evan Greebel | Joseph Dooley - 12/18/2017 |
| 1190 | Email - FW: Retrophin (02/07/2012)<br>From: Evan Greebel<br>To: Howard Jacobs | Howard Jacobs - 12/06/2017 |
| 1197 | Email - Re: Hi Martin re: redemption (01/08/2013)<br>From: Steven Rosenfeld<br>To: Martin Shkreli | Steven Rosenfeld - 12/13/2017 |
| 1212 | Email - MSMB Capital Management LLC Valuation (NY-8799) (09/26/2013)<br>To: Michael Rosensaft<br>From: Eric Schmidt | Michael Rosensaft - 12/08/2017 |
| 1216 | Email - MSMB Capital Management LLC Valuation (NY-8799) (11/25/2013)<br>From: Eric Schmidt<br>To: Michael Rosensaft | Michael Rosensaft - 12/08/2017 |
| 1218 | Email - MSMB Capital Management LLC Valuation (NY-8799) (08/12/2013)<br>To: Michael Rosensaft<br>From: Eric Schmidt | Michael Rosensaft - 12/08/2017 |

| | | |
|---|---|---|
| 1228 | Email - RE: (04/30/2013)<br>From: Martin Shkreli<br>To: Alan Geller | Joseph Dooley - 12/18/2017 |
| 1242 | Email - FW: Retrophin (09/13/2013)<br>From: Marc Panoff<br>To: Evan Greebel | Joseph Dooley - 12/18/2017 |
| 1243 | Email - FW: Retrophin (09/13/2013)<br>From: Marc Panoff<br>To: Michelle Griswold; Evan Greebel | Joseph Dooley - 12/18/2017 |
| 1255 | Email - Re: Revised Draft Term Sheet (09/13/2013)<br>From: Martin Shkreli<br>To: Evan Greebel<br>Cc: Marc Panoff; Doron Goldstein | Joseph Dooley - 12/18/2017 |
| 1260 | Email - Re: Amendment to Banta Consulting Agreement (12/11/2013)<br>From: Ken Banta<br>To: Evan Greebel<br>Cc: Marc Panoff; Tony Powe | Joseph Dooley - 12/18/2017 |
| 1263 | Email - FW: Settlement issue (08/02/2013)<br>From: Marc Panoff<br>To: Sunil Jain; Ed Hackert | Joseph Dooley - 12/14/2017 |
| 1264 | Email - RE: Subsequent events - ASC 855-10 (08/16/2013)<br>From: Evan Greebel<br>To: David Bukzin; Greg Giugliano; Ed Hackert<br>Cc: Marc Panoff | Joseph Dooley - 12/14/2017 |
| 1266 | Email - RE: Subsequent events - ASC 855-10 (08/23/2013)<br>From: Martin Shkreli<br>To: Evan Greebel<br>Cc: Marc Panoff | Joseph Dooley - 12/14/2017 |
| 1268 | Email - sample note and indemnification agreement (08/27/2013)<br>From: Marc Panoff<br>To: Ed Hackert; Evan Greebel | Joseph Dooley - 12/14/2017 |
| 1274 | Email - RE: 2013 Bd Minutes (12/12/2013)<br>From: Marc Panoff<br>To: Evan Greebel | Joseph Dooley - 12/18/2017 |
| 1279 | Email - RE: wiring instructions (08/28/2013)<br>From: Evan Greebel<br>To: Martin Shkreli | Joseph Dooley - 12/14/2017 |
| 1283 | Email - RE: stock question (12/19/2012)<br>From: Evan Greebel<br>To: Marek Biestek | Joseph Dooley - 12/19/2017 |
| 1285 | Email - RE: S-1 (03/14/2013)<br>From: Evan Greebel<br>To: Martin Shkreli | Joseph Dooley - 12/18/2017 |
| 1287 | Email - Re: 10Q Board Call (07/22/2013)<br>From: Evan Greebel<br>To: Marc Panoff | Joseph Dooley - 12/14/2017 |
| 1288 | Email - Fwd: Board Call Agenda and related documents (07/25/2013)<br>From: Marc Panoff<br>To: Evan Greebel | Joseph Dooley - 12/14/2017 |
| 1289 | Email - Re: Mike Smith Employment Agreement (08/13/2013)<br>From: Steve Richardson<br>To: Martin Shkreli; Steve Aselage<br>Cc: Evan Greebel | Joseph Dooley - 12/18/2017 |
| 1292 | Email - RE: Draft 8k (07/03/2014)<br>From: Jeff Paley<br>To: Evan Greebel; Steve Richardson; Stephen Aselage; Martin Shkreli; Neal Golding<br>Cc: Marc Panoff | Joseph Dooley - 12/18/2017 |
| 1294 | Email - Re: FW: RTRX Written Consent (11/23/2013)<br>From: Neal Golding<br>To: Evan Greebel | Joseph Dooley - 12/18/2017 |
| 1295 | Email - Re: RTRX Written Consent - Input (11/26/2013)<br>From: Steve Richardson<br>To: Marc Panoff; Evan Greebel; Steve Aselage; Neal Golding; Jeff Paley; Martin Shkreli | Joseph Dooley - 12/18/2017 |
| 1296 | Email - Re: RTRX Written Consent - Input (11/26/2013)<br>From: Stephen Aselage<br>To: Evan Greebel | Joseph Dooley - 12/18/2017 |

| | | |
|---|---|---|
| 1298 | Email - RE: RTRX Written Consent - Input (11/26/2013)<br>From: Jeffrey Paley<br>To: Evan Greebel | Joseph Dooley - 12/18/2017 |
| 1299 | Email - RE: FW: RTRX Written Consent (11/26/2013)<br>From: Evan Greebel<br>To: Neal Golding | Joseph Dooley - 12/18/2017 |
| 1306 | Email - Re: (12/31/2012)<br>From: Evan Greebel<br>To: Martin Shkreli | Joseph Dooley - 12/19/2017 |
| 1307 | Email - Kevin Mulleady (03/114/2013)<br>From: Evan Greebel<br>To: Clifford Brandeis | Joseph Dooley - 12/19/2017 |
| 1309 | Email - RE: Draft Settlement Agreement (05/22/2013)<br>From: Michael Lavelle<br>To: Martin Shrkeli; Evan Greebel | Joseph Dooley - 12/18/2017 |
| 1310 | Retrophin, Inc. - Form 8-K (04/24/2013) | Joseph Dooley - 12/14/2017 |
| 1311 | Retrophin, Inc. - Form 8-K (05/07/2013) | Joseph Dooley - 12/14/2017 |
| 1312 | New York Times - Questcor Pays $135 Million to Acquire Rights to a Competitor's Drug (06/14/2013) | Joseph Dooley - 12/14/2017 |
| 1314 | Email - RE: Project Reese's Diligence Request List (09/11/2012)<br>From: George Huang<br>To: Evan Greebel; Martin Shkreli; Jackson Su | Joseph Dooley - 12/18/2017 |
| 1315 | Email - RE: wire (02/15/2013)<br>From: Evan Greebel<br>To: Martin Shkreli | Joseph Dooley - 12/19/2017 |
| 1318 | Email - Settlement disclosure (07/24/2013)<br>From: Marc Panoff<br>To: Evan Greebel | Joseph Dooley - 12/14/2017 |
| 1327 | Email - Retrophin/MSMBcapital email accounts (12/30/2012)<br>From: Andrew Vaino<br>To: Jackson Su<br>Cc: Martin Shkreli; Michael Smith | Joseph Dooley - 12/18/2017 |
| 1328 | Email - Re: Tamarack Capital?<br>From: Mark Taylor<br>To: Andrew Vaino<br>CC: Mark Taylor | Joseph Dooley - 12/18/2017 |
| 1345 | Email - Banta Consulting Agreement (10/28/2013)<br>From: Marc Panoff<br>To: Ken Banta; Martin Shkreli<br>Cc: Evan Greebel | Joseph Dooley - 12/18/2017 |
| 1348 | Email - Re: Financial Statements Q3 2013 Draft 4 - marked (11/11/2013)<br>From: Stephen Aselage<br>To: Steve Richardson; Marc Panoff; Neal Golding<br>Cc: Martin Shkreli; Evan Greebel | Joseph Dooley - 12/18/2017 |
| 1901 | Email - Emailing: Form Donee Rep Letter SA (11/02/2012)<br>From: Martin Shkreli<br>To: Jackson Su | Joseph Dooley - 12/18/2017 |
| 1902 | Email - RE: assignment (03/25/2013)<br>From: Leonora Izerne<br>To: Evan Greebel | Joseph Dooley - 12/18/2017 |
| 1903 | Email - Re: Response to SEC Comment Letter (09/30/2014)<br>From: Meg Valeur-Jensen<br>To: Evan Greebel<br>CC: Marc Panoff | Joseph Dooley - 12/18/2017 |
| 2721-1 | Email - FW: SEC Inquiry (08/12/2011)<br>From: Evan Greebel<br>To: James Calder, David Pentlow, Jonathan Weiner, David Kravitz, Keun Dong, Jonathan Milgrom<br>Cc: Bernadette Davida | Bernadette Davida - 10/20/2017 |
| 2949 | Email - Fw: (10/13/2011)<br>From: Evan Greebel<br>To: David Kravitz | Joseph Dooley - 12/18/2017 |
| 3203 | Retrophin - About Us (Printed 01/08/2012) | Steve Richardson - 10/25/2017 |
| 3346 | Email - FW: can you give me wiring instructions (01/24/2012)<br>From: Evan Greebel<br>To: Kris Marsilio | Kris Marsilio - 11/14/2017 |

| | | |
|---|---|---|
| 4330 | Email - RE: (08/23/2012)<br>From: Tim Pierotti<br>To: Marek Biestek | Timothy Pierotti - 11/20/2017 |
| 4570 | Email - RE: RE: RE: (09/13/2012)<br>From: Tim Pierotti<br>To: Marek Biestek | Timothy Pierotti - 11/21/2017 |
| 4715 | Email - Fwd: Chase (09/28/2012)<br>From: Tim Pierotti<br>To: Marek Biestek | Timothy Pierotti - 11/20/2017 |
| 4747A | Email - MSMB Capital Management LLC Valuation (NY-8799) (10/01/2012)<br>To: Martin Shkreli<br>From: Eric Schmidt | Michael Rosensaft - 12/08/2017 |
| 5181 | Email - RE: (11/28/2012)<br>From: Evan Greebel<br>To: Martin Shkreli | Joseph Dooley - 12/18/2017 |
| 5458 | Email - Re: Retrophin (12/10/2012)<br>From: Evan Greebel<br>To: Martin Shkreli | Joseph Dooley - 12/19/2017 |
| 5592 | Email - Re: hi (12/15/2012)<br>From: Steve Richardson<br>To: Martin Shkreli | Steve Richardson - 10/30/2017 |
| 5628 | Email - RE: Copy of Desert Cap table post merger analysis-12-16-12 V2.xlsx (12/16/2012)<br>From: Corey Massella<br>To: Jackson Su | Corey Massella - 11/8/2017 |
| 5662 | Email - Retrophin (12/17/2012)<br>From: Martin Shkreli<br>To: Firmwide<br>Cc: Tom Fernandez; Kevin Mulleady; Marek Biestek; Ron Tilles; Tim Pierotti; Andrew Vaino | Timothy Pierotti - 11/21/2017 |
| 5756 | Email - RE: RTRX trading (12/27/2012)<br>From: Martin Shkreli<br>To: Steve Richardson | Steve Richardson - 10/25/2017 |
| 6239 | Email - Re: formalizing EA (03/07/2013)<br>From: Andrew Vaino<br>To: Martin Shkreli | Joseph Dooley - 12/18/2017 |
| 6745 | Email - FW: Consulting Agreement (04/18/2013)<br>From: Ron Tilles<br>To: Steve Rosenfeld | Steven Rosenfeld - 12/13/2017 |
| 6782A | Email - Draft Consulting Agreement (04/19/2013)<br>From: Evan Greebel<br>To: Alan Geller<br>Cc: Martin Shkreli | Alan Geller - 11/27/2017 |
| 7104 | Email - RE: see you at 730 (05/07/2013)<br>From: Martin Shkreli<br>To: Alan Geller | Alan Geller - 11/27/2017 |
| 7707 | Retrophin, Inc. Telephonic Meeting of the Board of Directors Agenda (07/24/2013) | Joseph Dooley - 12/14/2017 |
| 7917 | Email - RE: DB (08/15/2013)<br>From: Martin Shkreli<br>To: Evan Greebel<br>Cc: Michael Rosensaft | Michael Rosensaft - 12/08/2017 |
| 8154 | Email - FW: Settlement Agreements (08/29/2013)<br>From: Martin Shkreli<br>To: Marc Panoff; Michael Harrison | Joseph Dooley - 12/14/2017 |
| 8207 | Email - FW: Telephonic Board Meeting Agenda 9-6-2013<br>From: Evan Greebel<br>To: Marc Panoff | Joseph Dooley - 12/18/2017 |
| 8253 | Email - RE: Catching Up (09/07/2013)<br>From: Martin Shkreli<br>To: Steve Richardson | Steve Richardson - 10/31/2017 |
| 8281 | Retrophin Inc. Telephonic Meeting of the Board of Directors Agenda (09/09/2013) | Steve Richardson - 10/30/2017 |
| 8432 | SEC Form S-1/Amendment (09/13/2013) | Joseph Dooley - 12/18/2017 |
| 8901 | Email - RE: Financial Statements Q3 2013 Draft - marked (11/11/2013)<br>From: Neal Goldnig<br>To: Marc Panoff; Steve Aselage; Steve Richardson<br>Cc: Martin Shkreli; Evan Greebel | Joseph Dooley - 12/18/2017 |

| | | |
|---|---|---|
| 8983R | Email - Re: RETRX Written Consent - Input (11/25/2013)<br>From: Steve Richardson<br>To: Evan Greebel, Steve Aselage, Neal Golding, Jeffrey Paley, Martin Shkreli<br>Cc: Marc Panoff | Steve Richardson - 10/30/2017 |
| 9016 | Unanimous Written Consent of the Board of Directors of Retrophin, Inc. (11/26/2013) | Steve Richardson - 10/30/2017 |
| 9151 | Email - 2013 Bd Minutes (12/12/2013)<br>From: Evan Greebel<br>To: Marc Panoff | Joseph Dooley - 12/18/2017 |
| 9168 | Email - Revised RTRX S-1 (12/14/2013)<br>From: David Kravitz<br>To: Eric Blanchard; Lilit Kazangyan; Mark Johnson; Gustavo Akkerman; Frank Wu<br>Cc: Martin Shkreli; Marc Panoff; Evan Greebel; Austin Leach | Joseph Dooley - 12/18/2017 |
| 108-3 | | Lindsay Rosenwald - 11/6/2017 |
| 9198 | Email - Approval for Marcum's S-1 review (12/17/2013)<br>From: Marc Panoff<br>To: Martin Shkreli; Neal Golding; Jeff Paley; Steve Richardson; Stephen Aselage<br>Cc: Evan Greebel | Joseph Dooley - 12/18/2017 |
| 9916 | Letter - Engagement Letter with Compensation Advisory Partners LLC (02/10/2014)<br>From: Margaret Engel<br>To: Steve Richardson | Steve Richardson - 10/30/2017 |
| 9644A | Email - RE: Retrophin, Inc. Director and Officer Questionnaire/FINRA Questionnaire/Lockup Agreement Signature Page (01/10/2014)<br>From: Christine Giordano<br>To: David Kravitz<br>Cc: Evan Greebel | Michael Rosensaft - 12/08/2017 |
| 10223 | Email - RE: (02/24/2014)<br>From: Martin Shkreli<br>To: Alan Geller | Alan Geller - 11/27/2017 |
| 10830A | Email - Retrophin March 20, 2014- Audit Committee Minutes.DOC (05/06/2014)<br>From: Evan Greebel<br>To: Marc Panoff | S.A. Delzotto - 12/05/2017 |
| 10868A | Email - Retrophin Draft Board of Directors and Committee Minutes (05/09/2014)<br>From: David Kravitz<br>To: Marc Panoff<br>Cc: Evan Greebel | S.A. Delzotto - 12/05/2017 |
| 10922 | Email - Re: Shares (05/19/2014)<br>From: Darren Blanton<br>To: Martin Shkreli | Darren Blanton - 11/7/2017 |
| 11098 | Email - RE: Controls (06/22/2014)<br>From: Martin Shkreli<br>To: Marc Panoff<br>Cc: Neal Golding; Steve Richardson; Stephen Aselage; Jeff Paley; Mark Lapolla | Steve Aselage - 11/21/2017 |
| 11104 | Email - Purchase Order Controls (06/22/2014)<br>From: Martin Shkreli<br>To: Multiple Recipients | Steve Aselage - 11/22/2017 |
| 11305 | Email - Draft Audit Committee Minutes (08/04/2014)<br>From: Evan Greebel<br>To: Marc Panoff | Joseph Dooley - 12/18/2017 |
| 11573 | Email - 2/24/14 Minutes (09/24/2014)<br>From: Evan Greebel<br>To: Meg Valeur-Jensen | Joseph Dooley - 12/18/2017 |
| 11663 | Email - Additional Minutes (10/03/2014)<br>From: Evan Greebel<br>To: Meg Valeur-Jensen | Joseph Dooley - 12/18/2017 |
| 12329 | Demand for Arbitration Before JAMS (04/29/2015) | Steve Rosenfeld - 12/18/2017 |
| 12627 | Email - FW: Bank Statements (06/18/2013)<br>From: Corey Massella<br>To: Dmitriy Timofeyev; Albert Salem | Corey Massella - 11/7/2017 |

| | | |
|---|---|---|
| 12627A | Email - FW: Bank Statements (06/18/2013)<br>From: Corey Massella<br>To: Dmitriy Timofeyev; Albert Salem | Corey Massella - 11/7/2017 |
| 12921 | Email - Re: Congratulations! (02/15/2013)<br>From: Stephen Aselage<br>To: Martin Shkreli | Steve Aselage - 11/21/2017 |
| 13056 | Press Release - Ligand Licenses DARA Program to Retrophin (02/21/2012) | Steve Richardson - 10/25/2017 |
| 13057 | Press Release - Retrophin, LLC Completes Series A Financing (05/07/2012) | Steve Richardson - 10/25/2017 |
| 13058 | Press Release - Retrophin and St. Jude Children's Research Hospital to Collaborate on Rare Disease Research Program (07/16/2012) | Steve Richardson - 10/25/2017 |
| 13059 | Press Release - Retrophin Completes Reverse Merger with Desert Gateway, Inc. (12/18/2012) | Steve Richardson - 10/25/2017 |
| 13064 | Press Release - Retrophin Sponsors Seventh International NBIA Disorders Association Family Conference (04/08/2013) | Joseph Dooley - 12/14/2017 |
| 13070 | Press Release - Retrophin, Inc. Raises $25 Million in Private Placement Financing (08/16/2013) | Joseph Dooley - 12/14/2017 |
| 13075 | Press Release - Jeffrey Paley, MD, Joins Retrophin Inc.'s Board of Directors (11/14/2013) | Joseph Dooley - 12/18/2017 |
| 13085 | Press Release - Retrophin Announces Pricing of Public Offering of Common Shares (01/10/2014) | Joseph Dooley - 12/18/2017 |