UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EVAN GREEBEL,

        Defendant.

------------------------------------- x

No. 15-cr-00637 (KAM)

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the accompanying declaration of Reed Brodsky, Defendant Evan Greebel will move this Court for an Order allowing Lisa H. Rubin to withdraw as counsel for Evan Greebel. In support of such notice and in conformance with Local Rule 1.4 of the United States District Courts for the Southern and Eastern District of New York, undersigned counsel states the following: As of January 16, 2018, Ms. Rubin is no longer associated with the law firm of Gibson, Dunn & Crutcher LLP. Gibson, Dunn & Crutcher LLP continues to be counsel of record in this matter.

Dated: January 17, 2018

        Respectfully submitted,

        GIBSON, DUNN & CRUTCHER LLP

        By: *s/ Reed Brodsky*
            Reed Brodsky

        200 Park Avenue
        New York, NY 10166-0193
        Telephone: 212.351.4000
        Facsimile: 212.351.4035
        rbrodsky@gibsondunn.com

        *Attorneys for Defendant Evan Greebel*