UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                                    No. 15-cr-00637 (KAM)

EVAN GREEBEL,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF REED BRODSKY PURSUANT TO LOCAL RULE 1.4

I, Reed Brodsky, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. Defendant Evan Greebel ("Greebel") is represented in this matter by the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"). Counsel of record for Mr. Greebel include me, my partner Randy Mastro and former Gibson Dunn of Counsel Lisa H. Rubin.

2. As of January 16, 2018, Ms. Rubin left employment with Gibson Dunn. Accordingly, Ms. Rubin is no longer associated with the firm that represents Greebel in this case.

3. Currently, the posture of the case is as follows: The action is in the post-trial phase.

4. Because Mr. Mastro, I, and other Gibson, Dunn lawyers continue to represent Mr. Greebel in this action, withdrawal of Ms. Rubin's appearance will not prejudice Mr. Greebel.

5. Ms. Rubin is not asserting a retaining or charging lien.

I respectfully request that the Court enter the accompanying Order allowing Lisa H. Rubin to withdraw as counsel of record for Greebel.

Dated: January 17, 2018

                                                    *s/ Reed Brodsky*
                                                    Reed Brodsky