```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :
                Plaintiff,           :
                                     :   No. 15-cr-00637 (KAM)
        v.                           :
                                     :
EVAN GREEBEL,                        :
                Defendant.           :
------------------------------------x
```

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 22 2018 ★
BROOKLYN OFFICE

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon the Motion by Counsel for Defendant Evan Greebel and the accompanying declaration of Reed Brodsky,

IT IS HEREBY ORDERED that the motion to withdraw Lisa H. Rubin as counsel for Evan Greebel is granted, and Ms. Rubin's appearance is withdrawn as of the date of this Order.

Dated: *January 19, 2018*

/S/ USDJ KIYO A. MATSUMOTO
Honorable KIYO A. MATSUMOTO
United States District Judge