# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

January 25, 2018

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

On behalf of Evan Greebel, and with the government's consent, we respectfully request a one-month extension of the current deadlines to submit post-trial motions. This is our first request for an extension of these deadlines. Accordingly, we ask the Court to postpone the deadline of our post-trial motion from February 7 to March 7; the deadline for the government's opposition would be extended from March 7 to April 9; and the deadline for our reply would be extended from March 21 to April 23. We are requesting this extension because our careful review of the extensive trial record remains ongoing, and we are in the process of narrowing the key issues of concern for our post-trial motions. We believe the additional time will enable us to efficiently present such issues for the Court's consideration. The government informed us that it consents to our request.

Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky