**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

January 26, 2018

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

On behalf of our client, Evan Greebel, we write to respectfully request the Court's permission to permit Mr. Greebel to accompany his wife and three children as requested below. Mr. Greebel's purpose for making these trips is to spend as much time as possible with his wife and children during the February school break and weekends, and to maintain some degree of normalcy for his family to the extent reasonably possible during this very difficult time.

Specifically, Mr. Greebel requests permission to travel with his wife and three children: (1) From on or about February 15, 2018 through on or about March 2, 2018 to the Southern and Middle Districts of Florida for purposes of visiting family with his wife and children during the break from school for his children; and (2) For day trips with his wife and children during the remaining weekend in January, and the weekends in February and March 2018, to the Northern District of New York.

We have spoken with pretrial services and the government, and both offices have informed us that they take no position with respect to these requests.

We thank the Court in advance for consideration of these requests.

Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky