# EXHIBIT F

| | |
|---|---|
| **From:** | Greebel, Evan L. [evan.greebel@kattenlaw.com] |
| **Sent:** | Tuesday, July 30, 2013 7:52 PM |
| **To:** | Marc Panoff |
| **Subject:** | FW: Settlement Disclosure |
| **Attachments:** | Settlement Disclosure.docx |

Please see suggested changes attached

**EVAN L. GREEBEL**
Partner
**Katten Muchin Rosenman LLP**
575 Madison Avenue
New York, NY 10022-2585
(212) 940-6383
(212) 894-5883 (f)

**From:** Marc Panoff [mailto:Marc@retrophin.com]
**Sent:** Tuesday, July 30, 2013 11:36 AM
**To:** Greebel, Evan L.
**Subject:** Settlement Disclosure

Evan,

Marcum has asked that we expand on the disclosure of the settlements, since it accounts for a material amount of our operating loss and accrued liabilities.

I've drafted the attached. Let me know if you have any comments.

Thanks

Marc

```
============================================================
CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal
Revenue
Service, any tax advice contained herein is not intended or written to be used and cannot
be used
by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the
taxpayer.
============================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the
exclusive
use of the individual or entity to whom it is addressed and may contain information that
is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law.
If you
are not the intended recipient, you are hereby notified that any viewing, copying,
disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please
notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the
original
message without making any copies.
============================================================
```



GOVERNMENT EXHIBIT
**601**
15 CR 637 (KAM) (EG)

CONFIDENTIAL

R020317

NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
==============================================================

2

CONFIDENTIAL                                                                                            R020318

--DRAFT--

During the period ended June 30, 2013, the Company entered into settlement agreements with certain shareholders of the Company ("Shareholders") ~~on behalf of an affiliate, of which the Shareholders were investors~~. The Shareholders were also investors in an affiliate of the Company and disputed the value of Company shares they received ~~through the affiliate upon~~ following the consummation of the Company's merger with Desert Gateway, Inc. in December 2012. ~~The affiliate is currently in the process of dissolving and the Company settled with the Shareholders on its behalf.~~ ~~As a result~~ In connection with these settlements, the Company recorded cash and non-cash charges of approximately $2.2 million to selling, general and administrative expenses for the period ended June 30, 2013. ~~As of June 30, 2013, the company~~ and has accrued $1,735,800 related to such settlements.

CONFIDENTIAL

R020319