# EXHIBIT G

| | |
|---|---|
| **From:** | Martin Shkreli [Martin@retrophin.com] |
| **Sent:** | **T**hursday, August 15, 2013 6:24 PM |
| **To:** | Marc Panoff |
| **Cc:** | Greebel, Evan L. |
| **Subject:** | RE: 10q |

FIX THE FUCKING ISSUE
THERE IS NO ISSUE
HOW MANY TIMES DO WE HAVE TO TALK ABOUT THIS

**From:** Marc Panoff
**Sent:** Thursday, August 15, 2013 2:22 PM
**To:** Martin Shkreli
**Cc:** Greebel, Evan L.
**Subject:** 10q

Martin,

The 10Q is delayed due to the settlement issues.  We need to work through the issue with Marcum before we file.  We have been waiting for the financing to close before resolving this issue.

Marc

Marc Panoff
Chief Financial Officer
Retrophin, Inc.
777 Third Ave., 22nd Floor
New York, NY 10017
www.retrophin.com

Office: (917) 261-3684
Fax: (646) 861-6485
Cell: (914) 715-0029
marc@retrophin.com

1



CONFIDENTIAL                                                                                                                        R023315