# EXHIBIT J

| | |
|---|---|
| **From:** | Greebel, Evan L. [evan.greebel@kattenlaw.com] |
| **Sent:** | Tuesday, August 20, 2013 2:01 PM |
| **To:** | Martin Shkreli |
| **Subject:** | RE: Form Note and Indemnification Agreement |

If the issue is tied to the merger, Marcum will require a restatement under applicable accounting rules. My understanding is that there was never a link expressed and since they all had invested through msmb this is the appropriate result.

EVAN L. GREEBEL
Partner
**Katten Muchin Rosenman LLP**
575 Madison Avenue
New York, NY 10022-2585
(212) 940-6383
(212) 894-5883 (f)

**From:** Martin Shkreli [mailto:Martin@retrophin.com]
**Sent:** Tuesday, August 20, 2013 9:32 AM
**To:** Marc Panoff
**Cc:** Greebel, Evan L.
**Subject:** Re: Form Note and Indemnification Agreement

Retrophin is a claimant. Investors are not happy at how dilutive the dgte merger was, so I would rethink indemnity

Sent from my iPad

On Aug 19, 2013, at 10:29 AM, "Marc Panoff" <Marc@retrophin.com> wrote:

> Martin,
>
> Attached are drafts of the indemnification agreement for all settlement agreements entered into, as well as a note for the amounts and shares already paid.
>
> Let me know if you have any questions.
>
> Marc
>
> Marc Panoff
> Chief Financial Officer
> Retrophin, Inc.
> 777 Third Ave., 22nd Floor
> New York, NY 10017
> www.retrophin.com
>
> Office: (917) 261-3684
> Fax: (646) 861-6485
> Cell: (914) 715-0029
> marc@retrophin.com

GOVERNMENT EXHIBIT 610
15 CR 637 (KAM) (EG)

1

**From:** Greebel, Evan L. [mailto:evan.greebel@kattenlaw.com]
**Sent:** Monday, August 19, 2013 1:14 PM
**To:** Marc Panoff
**Subject:** Form Note and Indemnification Agreement

Attached are drafts of the form of Note and Indemnification Agreement


**EVAN L. GREEBEL**
Partner
**Katten Muchin Rosenman LLP**
575 Madison Avenue
New York, NY 10022-2585
(212) 940-6383
(212) 894-5883 (f)

```
==========================================================
CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal
Revenue
Service, any tax advice contained herein is not intended or written to be used and cannot
be used
by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the
taxpayer.
==========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the
exclusive
use of the individual or entity to whom it is addressed and may contain information that
is
proprietary, privileged, confidential and/or exempt from disclosure under applicable
law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying,
disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please
notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the
original
message without making any copies.
==========================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership
that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
==========================================================
```

<Form Note.DOC>

<MSMB_Retrophin Indemnification Letter Agreement (2).DOC>

CONFIDENTIAL                                                                                                   R023317