# EXHIBIT K

| | |
|---|---|
| **From:** | Martin Shkreli [Martin@retrophin.com] |
| **Sent:** | Tuesday, August 20 2013 9:26:52 AM |
| **To:** | Marc Panoff |
| **Cc:** | Greebel, Evan L. |
| **Subject:** | Re: draft Control Memo |

Also this isn't exactly true, some of the objections are related to the exchange ratio of the dgte merger which was very dilutive to them

Sent from my iPad

On Aug 19, 2013, at 1:21 PM, "Marc Panoff" <Marc@retrophin.com> wrote:

> Martin
>
> Draft of the memo we will need to provide Marcum. Let me know if you have any issues/comments
>
> Marc
>
> Marc Panoff
> Chief Financial Officer
> Retrophin, Inc.
> 777 Third Ave., 22nd Floor
> New York, NY 10017
> www.retrophin.com
>
> Office: (917) 261-3684
> Fax: (646) 861-6485
> Cell: (914) 715-0029
> marc@retrophin.com
>
> ---
>
> **From:** Greebel, Evan L. [mailto:evan.greebel@kattenlaw.com]
> **Sent:** Monday, August 19, 2013 4:12 PM
> **To:** Marc Panoff
> **Subject:** draft Control Memo
>
>
> EVAN L. GREEBEL
> Partner
> Katten Muchin Rosenman LLP
> 575 Madison Avenue
> New York, NY 10022-2585
> (212) 940-6383
> (212) 894-5883 (f)
> ----------------------------------------------------------------
> CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue
> Service, any tax advice contained herein is not intended or written to be used and cannot be used
> by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

BA_0087031

GOVERNMENT EXHIBIT
691
15 CR 637 (KAM) (EG)

KAT_0068494

CONFIDENTIAL

R141655

===========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law.  If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction.  Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.
===========================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).
===========================================================

\<Control Memo.DOC\>

KAT_0068495

BA_0087032

CONFIDENTIAL

R141656