# EXHIBIT N

| | |
|---|---|
| **From:** | Greebel, Evan L. [evan.greebel@kattenlaw.com] |
| **Sent:** | Wednesday, September 04, 2013 7:26 PM |
| **To:** | Marc Panoff |
| **Subject:** | RE: Timing |

Proposed response

Hi Ed, as discussed on our prior call, MSMB has advised us that it has received assurances from its managing member that it will have the resources to pay the obligations set forth in the notes and the indemnification agreements. MSMB advised us that the managing member provided documentation demonstrating that it owns securities with an estimated value in excess of $8 million.


**EVAN L. GREEBEL**
Partner
**Katten Muchin Rosenman LLP**
575 Madison Avenue
New York, NY 10022-2585
(212) 940-6383
(212) 894-5883 (f)

**From:** Marc Panoff [mailto:Marc@retrophin.com]
**Sent:** Wednesday, September 04, 2013 3:09 PM
**To:** Greebel, Evan L.
**Subject:** FW: Timing

Let's discuss

Marc Panoff
Chief Financial Officer
Retrophin, Inc.
777 Third Ave., 22nd Floor
New York, NY 10017
www.retrophin.com

Office: (917) 261-3684
Fax: (646) 861-6485
Cell: (914) 715-0029
marc@retrophin.com

**From:** Hackert, Ed [mailto:Ed.Hackert@marcumllp.com]
**Sent:** Wednesday, September 04, 2013 1:50 PM
**To:** Marc Panoff
**Subject:** RE: Timing

Mark – we are working on the review as we speak.  I need to get everything through our review our department.  Critical item to evaluate is the evidence of MSMB's ability to repay the remaining settlements and/or indemnify the Company for the payment exposure.   Please also advise as to when the liabilities will be paid by MSMB. I know that a minimum, the Lavelle agreement is overdue.  This is a requirement of Joint and several liability accounting which requires the recognition of liabilities at the greater of the contractual or likely payment amounts.

1

CONFIDENTIAL


GOVERNMENT EXHIBIT
**627**
15 CR 637 (KAM) (EG)

R023469

Ed



***Ed Hackert*** *Profile*
*Partner*
Marcum LLP
750 Third Avenue
New York, NY 10017
P: (212) 485-5580
F: (212) 485-5501
Ed.Hackert@marcumllp.com



**From:** Marc Panoff [mailto:Marc@retrophin.com]
**Sent:** Wednesday, September 04, 2013 1:08 PM
**To:** Jain, Sunil; Hackert, Ed
**Subject:** Timing

Guys,

We would like to file the amended 10K and Q and the 2nd quarter 10Q by Friday. I plan on having a board call on Friday at 4:30pm to approve.

We also need to file our S-1 mid-week next week, which we would like your consent on. Please push to get your review completed as quickly as possible. We need to get the docs sent of XBRL today in order to file on Friday afternoon.

Thanks.

Marc

Marc Panoff
Chief Financial Officer
Retrophin, Inc.
777 Third Ave., 22nd Floor
New York, NY 10017
www.retrophin.com

Office: (917) 261-3684
Fax: (646) 861-6485
Cell: (914) 715-0029
marc@retrophin.com

CONFIDENTIALITY NOTICE:
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (631) 414-4000 or (212) 485-5500 and destroy this message.

CONFIDENTIAL                                                                                                         R023470

IRS CIRCULAR 230 DISCLOSURE NOTICE:
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this email and/or its attachments, unless otherwise specifically stated, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommending to another party any transaction or matter that is contained in or accompanying this document

```
==============================================================
CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal
Revenue
Service, any tax advice contained herein is not intended or written to be used and cannot
be used
by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the
taxpayer.
==============================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the
exclusive
use of the individual or entity to whom it is addressed and may contain information that
is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law.
If you
are not the intended recipient, you are hereby notified that any viewing, copying,
disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please
notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the
original
message without making any copies.
==============================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership
that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
==============================================================
```

CONFIDENTIAL                                                                                    R023471