# EXHIBIT O

From:     Martin Shkreli
Sent:     Tuesday, August 20 2013 9:27:53 AM
To:       Marc Panoff
Cc:       Greebel, Evan L.
Subject:  Re: draft Control Memo

I have not reviewed those

Sent from my iPad

On Aug 20, 2013, at 6:26 AM, "Marc Panoff" <Marc@retrophin.com> wrote:

> And are you ok with the Note and the Indemnification Agreement?
> Marc Panoff
> Chief Financial Officer
> Retrophin, Inc.
> 777 Third Ave., 22nd Floor
> New York, NY 10017
> www.retrophin.com
> Office: (917) 261-3684
> Fax: (646) 861-6485
> Cell: (914) 715-0029
> marc@retrophin.com
>
> From: Martin Shkreli
> Sent: Tuesday, August 20, 2013 9:26 AM
> To: Marc Panoff
> Cc: Greebel, Evan L.
> Subject: Re: draft Control Memo
> If u think this will fix the problem then great
>
> Sent from my iPad
>
> On Aug 19, 2013, at 1:21 PM, "Marc Panoff" <Marc@retrophin.com> wrote:
>
>> Martin
>> Draft of the memo we will need to provide Marcum. Let me know if you have any issues/comments
>> Marc
>> Marc Panoff
>> Chief Financial Officer
>> Retrophin, Inc.
>> 777 Third Ave., 22nd Floor
>> New York, NY 10017
>> www.retrophin.com
>> Office: (917) 261-3684
>> Fax: (646) 861-6485
>> Cell: (914) 715-0029
>> marc@retrophin.com
>>
>> From: Greebel, Evan L. [mailto:evan.greebel@kattenlaw.com]
>> Sent: Monday, August 19, 2013 4:12 PM
>> To: Marc Panoff

GOVERNMENT EXHIBIT 692
15 CR 637 (KAM) (EG)

KAT_0095824

BA_0082908

CONFIDENTIAL

R137755

Subject: draft Control Memo

EVAN L. GREEBEL
Partner
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
(212) 940-6383
(212) 894-5883 (f)

==================================================================
CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.
==================================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law.  If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction.  Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.
==================================================================
NOTIFICATION:   Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).
==================================================================

KAT_0095825

BA_0082909

CONFIDENTIAL

R137756