# EXHIBIT Q

| | |
|---|---|
| **From:** | Marc Panoff <Marc@retrophin.com> |
| **Sent:** | Tuesday, October 01, 2013 1:49 PM |
| **To:** | Greebel, Evan L. |
| **Subject:** | RE: RTRX Issuance |

yes

Marc Panoff
Chief Financial Officer
Retrophin, Inc.
777 Third Ave., 22nd Floor
New York, NY 10017
www.retrophin.com

Office: (917) 261-3684
Fax: (646) 861-6485
Cell: (914) 715-0029
marc@retrophin.com

-----Original Message-----
From: Greebel, Evan L. [mailto:evan.greebel@kattenlaw.com]
Sent: Tuesday, October 01, 2013 9:48 AM
To: Marc Panoff
Subject: RE: RTRX Issuance

Ok--closing price?


EVAN L. GREEBEL
Partner
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
(212) 940-6383
(212) 894-5883 (f)


-----Original Message-----
From: Marc Panoff [mailto:Marc@retrophin.com]
Sent: Tuesday, October 01, 2013 9:47 AM
To: Greebel, Evan L.
Subject: RE: RTRX Issuance

Stock price on agreement date.

Marc Panoff
Chief Financial Officer
Retrophin, Inc.
777 Third Ave., 22nd Floor
New York, NY 10017

GOVERNMENT
EXHIBIT
690
15 CR 637 (KAM) (EG)

CONFIDENTIAL                                                                                         R051594

www.retrophin.com

Office: (917) 261-3684
Fax: (646) 861-6485
Cell: (914) 715-0029
marc@retrophin.com

-----Original Message-----
From: Greebel, Evan L. [mailto:evan.greebel@kattenlaw.com]
Sent: Monday, September 30, 2013 6:08 PM
To: Marc Panoff
Subject: FW: RTRX Issuance

?


EVAN L. GREEBEL
Partner
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
(212) 940-6383
(212) 894-5883 (f)


-----Original Message-----
From: Standard Registrar [mailto:amy@standardregistrar.com]
Sent: Monday, September 30, 2013 6:08 PM
To: Greebel, Evan L.
Subject: RE: RTRX Issuance

Yes, but we have to record the cost basis. Isn't there a value for the services rendered.

Thank you,
Amy
Standard Registrar and Transfer Company, Inc.
12528 South 1840 East
Draper, UT 84020
PH: 801-571-8844
FAX: 801-571-2551


-----Original Message-----
From: Greebel, Evan L. [mailto:evan.greebel@kattenlaw.com]
Sent: Monday, September 30, 2013 3:57 PM
To: amy@standardregistrar.com
Subject: RE: RTRX Issuance

It is not being sold, he is receiving it as payment for services


EVAN L. GREEBEL
Partner

Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
(212) 940-6383
(212) 894-5883 (f)


-----Original Message-----
From: Standard Registrar [mailto:amy@standardregistrar.com]
Sent: Monday, September 30, 2013 5:56 PM
To: Greebel, Evan L.
Subject: RE: RTRX Issuance

Evan,

Please confirm price per share.

Thank you,
Standard Registrar and Transfer Company, Inc.
12528 South 1840 East
Draper, UT 84020
PH: 801-571-8844
FAX: 801-571-2551

-----Original Message-----
From: Greebel, Evan L. [mailto:evan.greebel@kattenlaw.com]
Sent: Monday, September 30, 2013 10:26 AM
To: amy@standardregistrar.com
Cc: Marc Panoff
Subject: RTRX Issuance

Hi Amy, pursuant to the attached, please issue Alan Geller, 181,500 shares of restricted common stock of Retrophin. The stock should include Retrophin's legend.  Please send the stock certificate to:

Alan Geller
10225 Avenida Del Rio
Delray Beach , Fl. 33446

Please advise after it was sent.

Please let me know if you have any questions.

Thanks,
 Evan


EVAN L. GREEBEL
Partner
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
(212) 940-6383
(212) 894-5883 (f)

CONFIDENTIAL                                                                                                                                                          R051596

============================================================
CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.
============================================================
CONFIDENTIALITY NOTICE:

This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.
============================================================
NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).
============================================================

CONFIDENTIAL

R051597