# EXHIBIT A

> I do not feel good about what we the fellow jurors out you through
>
> 6:57 PM

> It was not fair.