UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                                                CR-15-0637 (KAM)

MARTIN SHKRELI and
EVAN GREEBEL,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>NOTICE OF APPEARANCE</u>

        PLEASE TAKE NOTICE that Assistant United States Attorney Laura D. Mantell from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Assistant U.S. Attorney Laura D. Mantell
        United States Attorney's Office (Civil Division)
        271 Cadman Plaza East, 7th Floor
        Brooklyn, New York 11201
        Tel:  (718) 254-6253
        Fax: (718) 254- 7489
        Email: laura.mantell@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Laura D. Mantell at the email address set forth above.

Dated:  Brooklyn, New York
        February 26, 2018

                                      Respectfully submitted,

                                      RICHARD P. DONOGHUE
                                      United States Attorney

                          By:    /s/ Laura D. Mantell
                                      Laura D. Mantell
                                      Assistant U.S. Attorney

cc:   Clerk of the Court (KAM)