

U.S. Department of Justice

United States Attorney
Eastern District of New York

AES/DCP/DKK
F.#2014R00501

271 Cadman Plaza East
Brooklyn, New York 11201

March 14, 2018

By Hand and ECF

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: United States v. Evan Greebel
           Criminal Docket No. 15-637 (KAM)

Dear Judge Matsumoto:

      The government respectfully submits this motion for a brief extension of time to file its response to the defendant's post-trial motions. As the Court is aware, on February 16, 2018, the defendant filed lengthy motions for a Judgment of Acquittal, pursuant to Federal Rule of Criminal Procedure 29, and for a new trial, pursuant to Federal Rule of Criminal Procedure 33. The government's opposition brief is currently due on Friday, March 16, 2018. The government respectfully requests a brief extension of that deadline to Tuesday, March 20, 2018. The government has had a number of logistical and scheduling issues that merit this first request for a brief extension. Reed Brodsky, counsel for the defendant, has informed the government that he consents to this request. The defendant has asked for a brief extension for the date to file his reply brief to Monday, April 9, 2018, due to vacation schedules and the Passover holiday. The government consents to that request.

.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:   /s/_____
      Alixandra E. Smith
      David C. Pitluck
      David K. Kessler
      Assistant U.S. Attorneys
      (718) 254-7000