## MEMORANDUM TO
## THE HONORABLE KIYO A. MATSUMOTO
## UNITED STATES DISTRICT JUDGE

RE: Evan Greebel
DOCKET # 15-CR-637
Sentence Date: May 14, 2018

### *REQUEST FOR ADJOURNMENT*

On December 27, 2017, the defendant was convicted at trial before Your Honor of Conspiracy to Commit Wire Fraud and Conspiracy to Commit Securities Fraud. The presentence interview is currently scheduled for March 28, 2018. The Government has reported that additional information related to the *Offense Conduct* will be provided to the Probation Department by March 30, 2018. As such, we respectfully request an adjournment of the May 14, 2018, sentence date, which would require disclosure of the presentence report in early April 2018. The Probation Department requests a sentence date in late-June 2018, to allow for ample time to prepare the presentence report, and for the parties to respond to the report prior to sentencing.

Respectfully Submitted,

Eileen Kelly
Chief U.S. Probation Officer

_____
Michelle Murphy
Senior U.S. Probation Officer
(347) 534-3757

Date: March 19, 2018

cc:

Assistant U.S. Attorney: Alixandra Smith, Esq.; Jacquelyn Kasulis, Esq.; David Gopstein, Esq.
Defense Counsel: Reed Brodsky, Esq. and Joshua Dubin, Esq.

2

U.S. v. Evan Greebel
15-CR-637

__✓__ Adjournment of Sentence Date Request Granted

_____ Adjournment of Sentence Date Request Denied

Comments: As requested, the probation department's request is granted. Mr. Greebel's sentencing will be adjourned to June 26, 2018 at 11:00 am.

_____     3/20/18
The Honorable Kiyo Matsumoto       Date
United States District Judge