# EXHIBIT A



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMK:AES  *271 Cadman Plaza East*
F. #2014R00501  *Brooklyn, New York 11201*

July 17, 2017

<u>By Hand</u>
Benjamin Brafman, Esq.
Marc Agnifilo, Esq.
Andrea Zellan, Esq.
Brafman & Associates, P.C.
767 Third Avenue, 26th Floor
New York, New York 10017

   Re: United States v. Martin Shkreli
     <u>Criminal Docket No. 15-637 (KAM)</u>

Dear Counsel:

  The government writes this letter to provide additional material pursuant to <u>Giglio v. United States</u>, 405 U.S. 150 (1972) regarding anticipated government witness Timothy Pierotti. As previously disclosed, Mr. Pierotti was an employee at The Galleon Group, a hedge fund founded and run by Raj Ragaratnam. While an employed at Galleon, in approximately 2008, Mr. Pierotti executed a trade in the stock of the company Smuckers for a portfolio he managed for Galleon at the urging of Mr. Ragaratnam, who based his directive for the trade on non-public information that had been provided by an individual named Ragat Gupta.

  Subsequently, Mr. Pierotti reported the trade to the Securities and Exchange Commission ("SEC") via the SEC's whistleblower program. He was then contacted by the United States Attorney's Office for the Southern District of New York in connection with the SDNY's prosecution of Mr. Gupta for insider trading. Mr. Pierotti met with prosecutors from the SDNY on a number of occasions without an attorney to provide them with information. In May 2012, Mr. Gupta went to trial, and Mr. Pierotti was subpoenaed to testify at that trial. Shortly before his anticipated testimony, he was provided with and asked to sign a non-prosecution agreement ("NPA") by prosecutors; Mr. Pierotti had not requested the NPA. The NPA provided Mr. Pierotti with protection from prosecution for the single trade in Smuckers stock in exchange for providing truthful testimony at trial. Ultimately, Mr. Pierotti was not called to testify.

  Mr. Pierotti does not have a signed copy of the NPA in his files. The government has checked with the SDNY, and prosecutors there similarly have been unable to locate a signed

copy of the NPA.  However, SDNY prosecutors[1] have been able to confirm the scope of the NPA provided to Mr. Pierotti prior to his anticipated testimony.

        Please let us know if you have any additional questions.

        Very truly yours,

        BRIDGET M. ROHDE
        Acting United States Attorney
        Eastern District of New York

By:    /s/ Alixandra Smith
        Jacquelyn Kasulis
        Alixandra Smith
        G. Karthik Srinivasan
        Assistant U.S. Attorneys
        (718) 254-7000

Enclosure

cc:    The Honorable Kiyo A. Matsumoto (via hand delivery)

---

[1] The government notes that Reed Brodsky, counsel for co-defendant Evan Greebel, was a member of the prosecution team for the trial of Mr. Gupta.  The government anticipates that it will seek to preclude Mr. Brodsky from cross-examination of Mr. Pierotti during any subsequent trial of Mr. Greebel.