# EXHIBIT C

## EXHIBITS TO/FROM MARC PANOFF
## CITED AT SECTION II.G OF DEFENDANT'S RULE 29/33 MOTION

| GX # | Greebel Rule 33 Ex. # | Trial Tr. Cite | Document Type | Defendant's Position on Document at Trial | Ultimate Basis for Admission |
|---|---|---|---|---|---|
| GX 601 | Exhibit F | Tr. 7322-29 | Email chain between Panoff and Greebel, with Greebel sending the top email | Initially, defense counsel stated "I don't have an issue with this document" (Tr. 7322); subsequently, counsel recommended that the first sentence of Panoff's email to Greebel be "redacted" (Tr. 7325-26). | Panoff's statements not offered for the truth; offered to show the context in which Greebel was responding to Panoff's email (Tr. 7329) |
| GX 608 | Exhibit G | Tr. 7332 | Email chain between Shkreli and Panoff, with Greebel cc'd, with Shkreli sending the top email | Defense counsel asked that the exhibit be admitted "subject to Your Honor's ruling" in reference to discussion on GX 601 (Tr. 7332) | Panoff's statements not offered for the truth; offered to show the context in which Shkreli was responding to Panoff's email |
| GX 609 | Exhibit H | Tr. 7370-71 | Email chain between Panoff, Greebel and Shkreli, with Panoff sending the top email | No objection from defense counsel (Tr. 7371) | No specific discussion, but noted by government as a continuation of email chain in GX 609A (a statement of the defendant) |
| GX 609A | Exhibit I | Tr. 7369 | Email from Greebel to Panoff | No objection from defense counsel (Tr. 7369) | No specific discussion, but a statement of the defendant |

| GX # | Greebel Rule 33 Ex. # | Trial Tr. Cite | Document Type | Defendant's Position on Document at Trial | Ultimate Basis for Admission |
|---|---|---|---|---|---|
| GX 610 | Exhibit J | Tr. 7374-75 | Email chain between Shkreli, Greebel and Panoff, with Greebel sending the top email | No objection from defense counsel (Tr. 7374) | No specific discussion, but a statement of the defendant |
| GX 691 | Exhibit K | Tr. 7371-72 | Email chain between Shkreli, Panoff and Greebel, with Shkreli sending the top email | No objection from defense counsel (Tr. 7372) | No specific discussion, but a statement of a co-conspirator (Shkreli) and a continuation of the email chain in GXs 609 and 609A |
| GX 612 | Exhibit L | Tr. 7376 | Email from Greebel to Panoff | No objection from defense counsel (Tr. 7376) | No specific discussion but a statement of the defendant |
| GX 641 | Exhibit M | Tr. 7382 | Email from Greebel to Panoff | No objection from defense counsel (Tr. 7382) | No specific discussion but a statement of the defendant |
| GX 627 | Exhibit N | Tr. 7377-78 | Email chain between Hackert, Panoff and Greebel, with Greebel sending the top email | Defense counsel objected to hearsay statements from Hackert at "bottom of page one" of exhibit (Tr. 7377-78); did not object to statements from Panoff | Court ruled that Hackert's statements "give[] context, background and explanation to the … other parties' understandings and responses" and "explains the effect of this email on the other recipients" (Tr. 7378) |

| GX # | Greebel Rule 33 Ex. # | Trial Tr. Cite | Document Type | Defendant's Position on Document at Trial | Ultimate Basis for Admission |
|---|---|---|---|---|---|
| GX 692 | Exhibit O | Tr. 7371-72 | Email chain between Shkreli, Panoff and Greebel, with Shkreli on the top email | No objection from defense counsel (Tr. 7372) | No specific discussion, but a statement of a co-conspirator (Shkreli) and a continuation of GXs 609 and 609A |
| GX 694 | Exhibit P | Tr. 7380 | Email chain between Greebel and Panoff with Panoff on the top email | No objection from defense counsel (Tr. 7380) | No specific discussion, but noted by government as a continuation of GX 627 |
| GX 690 | Exhibit Q | Tr. 7324-25 | Email chain between Panoff and Greebel, with Panoff on the top email and emails with Standard Registrar at the bottom of the chain | Objection "for hearsay reasons" (Tr. 7235) | Court admitted the exhibit and advised the jury that the emails from Standard Registrar "are for completeness and to give you background and understanding as to the context of the communications between the other individuals who are emailing" (Tr. 7235) |