Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

### United States District Court

Eastern District of New York

Caption:

United States of America v.

Martin Shkreli

Docket No.: 15 -cr- 00637 (KAM)

Kiyo A. Matsumoto
(District Court Judge)

Notice is hereby given that Martin Shkreli appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other [ ] _____ (specify)
entered in this action on March 26, 2018.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence ✓   Other [ ]

Defendant found guilty by plea [ ]   | trial | ✓   | N/A [ ]

Offense occurred after November 1, 1987?  Yes | ✓ |   No [ ]   N/A [ ]

Date of sentence: March 9, 2018   N/A [ ]

Bail/Jail Disposition: Committed ✓   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes ✓ ] No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Benjamin Brafman Esq. |
| Counsel's Address: | 767 3rd Avenue, 26th Floor |
| | New York, NY 10017 |
| Counsel's Phone: | 212-750-7800 |
| Assistant U.S. Attorney: | Jacquelyn M. Kasulis, Alixandra E. Smith, Girish Karthik Srinivasan |
| AUSA's Address: | 271 Cadman Plaza East |
| | Brooklyn, NY 11201 |
| AUSA's Phone: | 718-254-6103 |

Signature