# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

March 27, 2018

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

On behalf of our client, Evan Greebel, we write to respectfully request the Court's permission to permit Mr. Greebel to travel for a daytrip to Lancaster County, Pennsylvania this Friday, March 30, 2018. Mr. Greebel's purpose for making this trip is to look at certain pieces of real estate with the hopes that, if the property is utilized, it will lead to an employment opportunity in the future. Mr. Greebel will return to Scarsdale, New York on Friday evening.

We have spoken with pretrial services and the government, and both offices have informed us that they have no objections to this request.

We thank the Court in advance for consideration of this request.

Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.