# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

March 28, 2018

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

On behalf of Evan Greebel, and with the government's consent, we respectfully request a brief postponement of the oral argument (currently scheduled on April 6) relating to Mr. Greebel's Motion for Judgment of Acquittal and Motion for a New Trial. We ask for this postponement because I will be out of the country with my family (as my children in public school in Manhattan are on vacation next week) from March 31 to April 7. Should the Court grant our request for this postponement, the government informed us that it would be available for oral argument on April 12 at 12 p.m. and on April 13 after 1 p.m. the following week—both of which work for counsel for Mr. Greebel. This is our first request for an extension of this deadline, and we thank Your Honor in advance for your consideration and attention to this request.

Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky