# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 15-CR-637 (KAM) |
| Evan Greebel | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Evan Greebel.

Date:  03/28/2018

Renato C. Stabile
*Attorney's signature*

Renato C. Stabile
*Printed name and bar number*
580 Broadway, Suite 906
New York, NY  10012

*Address*

renato.c.stabile@gmail.com
*E-mail address*

(212) 219-1469
*Telephone number*

(212) 219-1897
*FAX number*