# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

April 6, 2018

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

On behalf of Evan Greebel, and with the government's consent, we respectfully request a one-business-day extension (to 5 p.m. April 9, 2018) to submit our response to the government's forfeiture motion (Dkt. 573). We apologize to the Court for the late request. This is our first request for an extension of this deadline, and, as noted, the government informed us that it consents to our request. We similarly consent to an extension of the government's reply brief to 5 p.m. April 12, 2018.

Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky