**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

April 10, 2018

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

Per the Court's April 9, 2018 Order, and on behalf of Evan Greebel, we respectfully submit the attached subpoena for the Court's review and request approval to serve it.

This is a limited document subpoena seeking only the emails sent by or on behalf of Vincent Sergi or Ross Silverman to Katten Muchin Rosenman LLP ("Katten") income partners in or about late December or early January 2012, 2013, 2014, and 2015 regarding income partner compensation memoranda. The subpoena requests a return date of this Thursday, April 12, in order to give Mr. Greebel an opportunity to review the documents in advance of the hearing this Friday, April 13.

Further, we might need to call Michael Rosensaft as a witness depending on whether the government will contest his proffered testimony. In sum and substance, based on conversations with him last year, we expect Mr. Rosensaft would testify that Mr. Greebel spoke with Mr. Rosensaft about compensation for income partners shortly after Mr. Rosensaft's arrival to the firm. During that conversation, Mr. Greebel said that compensation for income partners was a "black box," meaning that Mr. Greebel did not understand how the non-equity compensation committee of Katten came to their determination about the compensation of income partners. If the government agreed to stipulate that this is what Mr. Rosensaft would testify, then we would not need to call him as a witness. If they contested it, we might want to call him. Having spoken with his counsel, Todd Blanche at Cadwalader, today as of approximately 7 p.m., we are unsure whether Mr. Rosensaft would be available to testify on Friday. Mr. Blanche would not be able to attend as he is in Florida this week.

**GIBSON DUNN**

The Honorable Kiyo Matsumoto
April 10, 2018
Page 2

Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky

cc: All counsel of record (via ECF)