

# Katten
### Katten Muchin Rosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
www.kattenlaw.com

MICHAEL I. VERDE
michael.verde@kattenlaw.com
212.940.8541 direct
212.940.8776 fax

April 12, 2018

*VIA ECF*

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East - Room S905
Brooklyn, NY 11201

Re:  United States v. Evan Greebel
     Docket No: 15-637(KAM)

Dear Judge Matsumoto:

As directed, we respectfully submit this letter to apprise the Court and the parties of our efforts to find the emails described in the subpoena drafted by Mr. Greebel's counsel that we were first shown yesterday.

We understood the subpoena to seek a copy of the emails that were sent to Katten income partners at the beginning of each year from 2012 to 2015 soliciting their submission of a compensation memo as part of the process of determining their compensation. We were able to locate those four emails, which are attached to this letter. The version of the 2014 and 2015 emails that we were able to find included replies from other Katten partners (not Mr. Greebel) which we have redacted. Having reviewed these emails, we are not requesting that they be filed under seal or otherwise treated as confidential.

Please let us know if there is anything else we are required to do.

Respectfully submitted,

Michael I. Verde

MIV:ayb
Attachments
cc:     All Counsel on Record (VIA ECF)

AUSTIN   CENTURY CITY   CHARLOTTE   CHICAGO   DALLAS   HOUSTON   IRVING   LOS ANGELES
NEW YORK   ORANGE COUNTY   SAN FRANCISCO BAY AREA   SHANGHAI   WASHINGTON, DC
LONDON: KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations

132816742

| | |
|---|---|
| **From:** | Sergi, Vincent A. F. |
| **Sent:** | Friday, January 6, 2012 9:31 AM |
| **To:** | Achterhof, Kristin J.; Aigner, Seth M.; Angstadt, Janet M.; AuYeung, Geoff; Barnickol, Karl R.; Bashwiner, Steven L.; Baugh, Stefan; Baum, Jonathan K.; Benson, David F.; Berg, Karin H.; Black, Edward; Black, Russell M.; Booth, Cathleen A.; Branch, Dustin P.; Burn, Denise S.; Canty, Dawn M.; Carbone, Neil V.; Casino, Bruce J.; Cavanaugh, Jane M.; Cohen, David P.; Cohen, Wendy E.; Curtis, Tanya L.; Danow, Bret J.; Davida, Bernadette H.; Davis, Virginia A.; Dempsey, Guy; Domina, Daren R.; Dorfman, Michael A.; Dorsey, William J.; Dybner, Ariel M.; Edgar, Jonathan H.; Entsminger, Daniel M.; Famparska, Valentina; Faust, Jonathan J.; Ferber, Leonard A.; Fitzgerald, Christine Noelle; Foley, Kevin M.; Fox, Gary J.; Freiberg, Jay W.; Friedman, Alan R.; Friedman, Jeff J.; Gecker, James M.; Giles, Brooks T.; Goldstein, Doron S; Gordon, Michael S.; Gortner, Eric T.; Gottshall, Julie L.; Graber, Jonathan; Grass, Stuart E.; Greebel, Evan L.; Greenblatt, Russell E.; Guilfoile, Maureen C.; Hahn, Zvi; Campirides Hanif, Jasmine M.; Hardiman, Megan; Hassan, Christina E.; Healey, Tom; Heisler, Karl R.; Hicks, Christopher A.; Hicks, E. Perry; Hicks, Fred A.; Hinderman, Matthew M.; Hofeldt, Tiffany J.; Hoffmann, David S.; Holland, Kristin L.; Hollingsworth, Ricardo J.; Howell, Gary W.; Huben, Brian D.; Hutchison, James W.; Iskowitz, Joseph; Jackson, Carolyn H.; Jacobsen, Joni S.; Jones, Michael W.; Josephson, Kathy P.; Keiserman, John; Kelly, Sloan; Kim, Ann M.; Klooster, Tye J.; Klyce, Michael; Knight, Stacey McKee; Kobrine, Nicole Lynn; Korman, Gregory S.; Lange, Daniel B.; Lansden, Charles D.; Larsen, Ryan J.; Limardo, Mark A.; Linker, Arthur S.; Lombardo, Steve J.; Lyons, Scott E.; Malech, Rori H.; Mata Benedict, Maribel; Mathie, BeLinda I.; Mattingly, William E.; McFadden, Thomas J.; Minier, Leslie D.; Monsanto, Lisa-Marie C.; Mouhadeb, Raymond; Muir, John D.; Nemecek, Philip A.; Nichols, Kristin A.; Noren, Douglas L.; O'Brien, J. Phillip; Olsen, Matthew W.; Pagano, George J.; Paniaguas, John S.; Parrott, Matthew D.; Pazzol, Ross; Pearce, Brad; Pentlow, David A.; Polatsek, Daniel J.; Reale, John W.; Regan, William M.; Rich, Nancy J.; Riebling, Peter J.; Rii, Ethan E; Rock, Eric R.; Rohrbach, David C; Ryan, Jennifer C.; Sabados, Bruce M.; Shannon, Carlton A.; Shea, Peter J.; Shiffman, Steven; Shuchat, Jeffrey L.; Shusterman, Victoria; Siddiqui, Peter A.; Sink, Ann Marie; Smith, Eric A.; Sodikoff, Brian; Sorady, Marybeth; Stagman, David J.; Stern, Emily; Stern, Nancy Laethem; Swidler, Ira J.; Tamulewicz, Jan; Tortorich, Philip J.; Tully, Martin T.; Tyfield, Sam; Vetri, Scott M.; Volz, Carl E.; von Matthiessen, Kathryn; Weber, Elizabeth Fleming; Weinberg, Neil H.; Weiner, Joel R.; Weisman, M. David; Weiss, Robert; Wiener, Meryl E.; Wigness, Kristin C.; Wild, Robert J.; Wolfe, Jennifer I.; Wood, Catherine Sun; Wray, A. Victor; Xue, Feng; Yacker, Allison C.; Zelichov, Richard H.; Zourkova, Krassimira |
| **Cc:** | Dyer, Rae; Heckel, Susan D.; Silverman, Ross O. |
| **Subject:** | Compensation |
| **Importance:** | High |

TO ALL INCOME PARTNERS FIRM-WIDE:

We are currently engaged in the year-end collection push and I urge all of you to continue to make the calls necessary to insure a successful year. However, it's also time to start thinking about Income Partner Compensation.

1

As has been our practice, all Income Partners are encouraged to write a relatively brief Memorandum highlighting his/her accomplishments and contributions to the Firm during the Fiscal Year that will end on January 31, 2012. This Memorandum provides an opportunity for each of you to bring to our attention that information which you believe is pertinent to our evaluation of your overall contribution to the Firm.

Your memorandum should be no more than three pages, and e-mailed to **Sue Heckel at susan.heckel@kattenlaw.com no later than Friday, February 10, 2012**. At least one or more members of the Compensation Committee will meet with each Income Partner prior to the Committee making its final determinations.

Thanks again for your continuing hard work and effort on behalf of the Firm this year.

**VINCENT A.F. SERGI, ESQ.**
**National Managing Partner**
Katten Muchin Rosenman LLP
525 W. Monroe Street / Chicago, IL 60661-3693
p / (312) 902-5255 f / (312) 577-8889
vincent.sergi@kattenlaw.com / www.kattenlaw.com

VAFS:rae60701099v4

**From:** Silverman, Ross O.
**Sent:** Wednesday, January 07, 2015 4:23 PM
**To:** FRM-Non-Capital Partner
**Cc:** Heller, Noah S.; Sergi, Vincent A. F.; Soffer, Gil M.; Wayser, Joshua D.; Huffenus, Daniel S.; DiAngelo, Chris; Furey, Roger P.; Farley, Mark L.; Antweil, Brian F.; Sugden, Peter
**Subject:** Compensation

TO ALL INCOME PARTNERS FIRM-WIDE:

The Income Partner Compensation Committee will begin to meet in early February. This year Noah Heller and I will Co-Chair the Committee.

To enable the Committee to make a well-informed decision about your total compensation for this past fiscal year, we request that you write a memorandum highlighting your contributions to the firm during the past twelve months.

Your memorandum is a critically important part of the compensation process. We recognize that there are many kinds of tangible and intangible contributions that you may want to address. At a minimum, however, your memorandum must specifically address:

(i) your client chargeable hours,
(ii) your efforts to collaborate with others to grow the Firm's business with existing and/or prospective clients,
(iii) your contributions to the Firm and your department/practice group, and
(iv) any other factors you believe warrant an increase in your compensation from last year.

Your memorandum should be no more than three pages, and e-mailed to Sue Heckel at susan.heckel@kattenlaw.com no later than Friday, February 6, 2015.

At least one or more members of the Compensation Committee will meet with each Income Partner prior to the Committee making its final determinations.

Thanks again for your continuing hard work and effort on behalf of the Firm this year.

**ROSS O. SILVERMAN**
Chair, Chicago Litigation Department
Katten Muchin Rosenman LLP
525 W. Monroe Street / Chicago, IL 60661-3693
p / (312) 902-5240 f / (312) 577-8989
ross.silverman@kattenlaw.com / www.kattenlaw.com

| | |
|---|---|
| **From:** | Silverman, Ross O. |
| **Sent:** | Tuesday, January 22, 2013 11:47 AM |
| **To:** | FRM-Non-Capital Partner |
| **Cc:** | Furey, Roger P.; Huffenus, Daniel S.; Bregstein, Henry; Bryant, David J.; Wayser, Joshua D. |
| **Subject:** | Compensation |

TO ALL INCOME PARTNERS FIRM-WIDE:

As we approach our January 31 year-end, we request that you write a memorandum highlighting your contributions to the firm during the past twelve months. Your memorandum is a critically important part of the compensation process. We recognize that there are many kinds of tangible and intangible contributions that you may want to address. At a minimum, however, your memorandum should specifically address your client chargeable hours, your efforts to grow the firm's business with existing and/or prospective clients, and the factors you believe warrant an increase in your compensation from last year.

Your memorandum should be no more than three pages, and e-mailed to **Sue Heckel at susan.heckel@kattenlaw.com no later than Friday, February 8, 2013**. At least one or more members of the Compensation Committee will meet with each Income Partner prior to the Committee making its final determinations.

Thanks again for your continuing hard work and effort on behalf of the Firm this year.


**ROSS O. SILVERMAN**
Partner
Katten Muchin Rosenman LLP
525 W. Monroe Street / Chicago, IL 60661-3693
p / (312) 902-5240 f / (312) 577-8989
ross.silverman@kattenlaw.com / www.kattenlaw.com

1

**From:** Silverman, Ross O.
**Sent:** Friday, January 24, 2014 5:40 PM
**To:** FRM-Non-Capital Partner
**Subject:** Compensation


TO ALL INCOME PARTNERS FIRM-WIDE:

The Income Partner Compensation Committee will begin to meet in early February. This year Noah Heller and I will Co-Chair the Committee.

To enable the Committee to make a well-informed decision about your total compensation for this past year, we request that you write a memorandum highlighting your contributions to the firm during the past twelve months. Your memorandum is a critically important part of the compensation process. We recognize that there are many kinds of tangible and intangible contributions that you may want to address. At a minimum, however, your memorandum must specifically address your client chargeable hours, your efforts to grow the firm's business with existing and/or prospective clients, and the factors you believe warrant an increase in your compensation from last year.

Your memorandum should be no more than three pages, and e-mailed to **Sue Heckel at** susan.heckel@kattenlaw.com **no later than Friday, February 7, 2014**. At least one or more members of the Compensation Committee will meet with each Income Partner prior to the Committee making its final determinations.

Thanks again for your continuing hard work and effort on behalf of the Firm this year.



ROSS O. SILVERMAN
Partner

1

Katten Muchin Rosenman LLP
525 W. Monroe Street / Chicago, IL 60661-3693
p / (312) 902-5240 f / (312) 577-8989
ross.silverman@kattenlaw.com / www.kattenlaw.com