## Total Retrophin Time

| Invoice | License Agreements | Project Candlestick | Pierotti Litigation | General Representation | Project Tortoise | QCOR | Public Offering | Manchester Acquisition | Total Hours Billed |
|---|---|---|---|---|---|---|---|---|---|
| GX 836 (Nov. 2012) | | 13.70 | | | | | | | 13.70 |
| GX 837 (Dec. 2012) | 6.20 | 46.50 | | | | | | | 52.70 |
| GX 838 (Jan. 2013) | 0.40 | 3.00 | | | | | | | 3.40 |
| GX 839 (Feb. 2013) | | 72.10 | 10.10 | 14.30 | | | | | 96.50 |
| GX 840 (Mar. 2013) | 7.70 | | 29.80 | 125.40 | | | | | 162.90 |
| GX 841 (Apr. 2013) | 8.40 | | 59.40 | 210.10 | | | | | 277.90 |
| GX 842 (May 2013) | 71.20 | | 116.00 | 242.30 | | | | | 429.50 |
| GX 843 (June 2013) | 25.80 | | 92.20 | 159.20 | | | | | 277.20 |
| GX 844 (July 2013) | 10.30 | | 100.30 | 64.50 | | | | | 175.10 |
| GX 845 (Aug. 2013) | 14.00 | | 51.60 | 377.70 | | | | | 443.30 |
| GX 846 (Sept. 2013) | 27.20 | | 120.60 | 218.40 | 126.50 | | | | 492.70 |
| GX 847 (Oct. 2013) | 63.30 | | 205.10 | 156.10 | 271.20 | | | | 695.70 |
| GX 848 (Nov. 2013) | 66.70 | | 53.20 | 258.70 | 16.40 | 14.40 | | | 409.40 |
| GX 849 (Dec. 2013) | 20.70 | | 83.10 | 32.80 | | 173.20 | 469.70 | | 779.50 |
| GX 850 (Jan. 2014) | 36.70 | | 245.50 | 94.70 | | 197.70 | 392.00 | | 966.60 |
| GX 851-A (Feb. 2014) | 106.70 | | 247.60 | 170.50 | | 65.70 | | 239.00 | 829.50 |
| GX 852-A (Mar. 2014) | 247.70 | | 109.50 | 432.60 | | | | 206.50 | 996.30 |
| **Total Katten Hours Billed to Retrophin** | | | | | | | | | **7101.90** |

Total Time (All Timekeepers) - Count Seven[1]

| | |
|---|---|
| Total Billed to Retrophin - Count 7 | 96.1 |
| Total Billed to Retrophin - All | 7101.9 |
| Percentage of Total Retrophin Time - Count 7 | 1.4% |
| Forfeiture Calculation [1.4% x $476,249] | $ 6,667.49 |

| Date | Timekeeper | Hours Billed | Narrative |
|---|---|---|---|
| 2/20/2013 | E. Greebel | 1.9 | Conversation w/ M. Shkreli and review complaints and revise consulting agreements |
| 2/26/2013 | E. Greebel | 1.8 | Review settlement agreements and proposals, conversations w/ accountants regarding and deal w/ Pierotti |
| 2/28/2013 | E. Greebel | 2.9 | Conversation w/ H. Cotton and M. Shkreli, revise agreements |
| 3/14/2013 | E. Greebel | 4.1 | Conversation w/ E. Hackert, M. Shkreli and C. Massella, review s-1 and settlement agreements |
| 3/27/2013 | E. Greebel | 5.9 | Conversatiin w/ M. Shkreli, EAPD lawyer, revise settlement agreement, review 8k and related docs, review lease assignement and review docs for audit |
| 4/2/2013 | M. Griswold | 1.8 | Drafted and revised Settlement and Release Agreement |
| 4/8/2013 | E. Greebel | 5.8 | Conversation w/ M. Shkreli, M. Lavelle, review settlement docs, review audit docs, edit CRO agreement, review stj agreement |
| 4/9/2013 | E. Greebel | 6.9 | Conversation w/ M. Shkreli, M. Lavelle, Kocher attorney, C. Massella, review and edit confis, review PIPE docs, review and edit 10k and review audit status and review lease amendment |
| 4/10/2013 | M. Gordon | 0.5 | Review Lavelle settlement agreement and release; confer with Mr. Greebel re: same; issues re: Su complaint and motion to stay pending arbitration |
| 4/18/2013 | J. Levy | 1.7 | Reviewed additional confidentiality agreements, updated summary chart accordingly and drafted consulting agreement |
| 4/18/2013 | E. Greebel | 6.6 | Conversationw/ M. Shkreli, C. Massella, R. Tilles, review and edit kinexum agreement, settlement agreements, confis, agreements |
| 4/19/2013 | E. Greebel | 5.7 | Conversation w/ M. Shkreli, R. Tilles, A. Geller, C. Massella, review and edit consulting agreements, ndas, nda summaries, documents |
| 4/22/2013 | E. Greebel | 5.9 | Prepare employment agreement, revise settlement agreements, review info for audit, prep for and have bd meeting, review presentations |

## Total Time (All Timekeepers) - Count Seven[1]

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 4/23/2013 | E. Greebel | 5.7 | Review and edit employment agreement, service agreements, settlement agreements, audit info |
| 4/24/2013 | E. Greebel | 4.8 | Conversation w/ C. Massella, M. Shkreli, review and edit 10k, review and edit settlement agreements and service agreements, review info for audit |
| 4/25/2013 | E. Greebel | 4.1 | Conversation w/ C. Massella, M. Shkreli, A. Geller, D. Geller, review and edit settlement agreements, security filings |
| 4/26/2013 | E. Greebel | 3.4 | Conversation w/ C. Massella, M. Biesteck, M. Shkreli, Stifel, M. Rosensaft, investors, eidt settlement agreements and employment agreement |
| 4/29/2013 | E. Greebel | 3.9 | Conversation w/ R. Tilles, M. Biesteck, C. Massella, E. Belosa, review and edit consulting agreements, huang documents |
| 4/30/2013 | E. Greebel | 4.9 | Conversation w/ R. Tilles, M. Shkreli, review huang and su documents, review and edit settlement agreements and review and edit md&a |
| 8/26/2013 | E. Greebel | 3.8 | Conversation w/ M. Shkreli, M. Panoff, D. Buzkin, review accounting and settlement issues |
| 8/27/2013 | E. Greebel | 1.8 | Conversation w/ M. Panoff, M. Shkreli, D. Buzkin, E. Hackert, review settlement and disclosure |
| 8/28/2013 | E. Greebel | 1.9 | Conversation w/ M. Panoff, M. Shkreli, correspondence, review and edit settlement agreements |
| 1/13/2014 | E. Greebel | 2.2 | Edit consulting agreements and CSAs and conversation w. M. Panoff |
| 2/4/2014 | D. Kravitz | 3.1 | Edited and revised CDA; edited and revised consulting agreement; edited and revised term sheet; call with Orrick; final open issues with incentive comp. plan. |
| 2/26/2014 | E. Greebel | 3.7 | Conversation w/ M. Panoff, review and edit engagement letter, and consulting agreements, review securities laws and docs |
| 3/3/2014 | E. Greebel | 2.5 | Conversation w/ M. Shkreli, M. Panoff and M. Biesteck, review and edit consulting agreements and review peristein docs, review securities laws and review EL |
| 3/5/2014 | E. Greebel | 0.7 | Edit consulting agreement |
| **Total Count 7** | | **96.1** | |

[1] Includes all time billed from November 2012 through March 2014 (GX 836 through GX 852-A) by all Katten timekeepers for work related to the consulting and settlement agreements at issue in Count Seven.

Total Time (All Timekeepers) - Count Eight[2]

| | |
|---|---|
| Total Billed to Retrophin - Count 8 | 57.1 |
| Total Billed to Retrophin - All | 7101.9 |
| Percentage of Total Retrophin Time - Count 8 | 0.8% |
| Forfeiture Calculation [.8%x$476,249] | $3,809.99 |

| Date | Timekeeper | Hours Billed | Narrative |
|---|---|---|---|
| 11/14/2012 | M. Griswold | 2.6 | Reviewed and summarized due diligence documents |
| 11/15/2012 | M. Griswold | 1.1 | Reviewed and summarized due diligence documents |
| 11/24/2012 | M. Griswold | 0.3 | Sent out diligence documents |
| 11/27/2012 | M. Griswold | 1.5 | Reviewed DGTE bylaws and charter; research DE law |
| 11/28/2012 | M. Griswold | 4.3 | Reviewed and summarized due diligence documents and SEC filings; reviewed and revised Merger Agreement. |
| 11/29/2012 | M. Griswold | 3.9 | Reviewed and revised Merger Agreement; ordered lien and litigation searches. |
| 12/4/2012 | M. Griswold | 1.3 | Researched Delaware law; prepared amended and restated certificate of incorporation and bylaws. |
| 12/7/2012 | D. Kravitz | 1.2 | Delaware research |
| 12/12/2012 | M. Griswold | 0.6 | Reviewed Super 8-K; discussed Edgarization timing with printers. |
| 12/13/2012 | M. Griswold | 0.3 | Follow up re: Super 8-K. |
| 12/14/2012 | M. Griswold | 0.4 | Worked on Super 8-K. |
| 12/16/2018 | M. Griswold | 3.5 | Researched models and prepared DGTE Schedule 13D. |
| 12/17/2012 | M. Griswold | 6.5 | Revised Schedule 13D; worked on Super 8-K; had Super 8-K and exhibits Edgarized. |
| 12/18/2012 | M. Griswold | 5.8 | Worked on Super 8-K; reviewed and marked up Edgar proof; coordinated comments to Super 8-K with accountants; had Super 8-K filed. |
| 12/20/2012 | M. Griswold | 2.7 | Prepared and revised Shkreli Form 4 for Desert Gateway; revised Schedule 13D; had Schedule 13D Edgarized and filed. |
| 12/26/2012 | M. Griswold | 1.3 | Had Form 4 Edgarized and filed; prepared second Form 4. |
| 12/27/2012 | M. Griswold | 0.6 | Reviewed Form 4 and rules; correspondence regarding Form 4 filing. |
| 12/28/2012 | M. Griswold | 0.8 | Had Form 4 Edgarized and filed. |
| 1/31/2013 | M. Griswold | 1.5 | Reviewed FINRA response; prepared officer's certificate for FINRA; followed up re: CUSIP process. |

## Total Time (All Timekeepers) - Count Eight[2]

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 2/1/2013 | M. Griswold | | Prepared FINRA cover letter re: corporate history; sent documents to FINRA; prepared and submitted CUSIP application. |
| 2/4/2013 | M. Griswold | 1.5 | Follow up re: CUSIP number and FINRA application. |
| 2/5/2013 | M. Griswold | 0.2 | Called FTNRA; followed up re: FTNRA application and Certificate of Merger pre-clearance. |
| 2/15/2013 | E. Greebel | 0.4 | Review and edit 8k, 4 and 13d |
| 2/15/2013 | K. Kim | 1.9 | Draft Schedule 13D and Form 4; revise 8-K; finalize Warrants for delivery. |
| 2/18/2013 | E. Greebel | 4.1 | Review and edit filings |
| 2/18/2013 | K. Kim | 1.4 | Revise SEC filings; draft S-1. |
| 2/18/2013 | J. Milgrom | 4.9 | Revising a Non=Disclosure Agreement |
|  | | 2.5 | |
| **Total** | | **57.1** | |

[2] Includes all time billed from November 2012 through March 2014 (GX 836 through GX 852-A) by all Katten timekeepers for work related to Count Eight.