# EXHIBIT B: ALTERNATE FORFEITURE CALCULATION USING DEFENDANT'S METHODOLOGY

**COUNT SEVEN:**

| | |
|---|---:|
| Hours identified in DX-7[1] | 96.1 |
| Additional hours identified by government from time entries[2] | 61.3 |
| Total hours for Count Seven | 157.4 |
| Total hours billed to Retrophin[3] | 7101.9 |
| Percentage of total hours billed to Retrophin | 2.3% |
| Defendant's total ill-gotten gains | $476,249 |
| **Alternate Forfeiture Calculation** | **$10,555.15** |

**COUNT EIGHT**

| | |
|---|---:|
| Hours identified in DX-7 | 57.1 |
| Additional hours identified by government from individual time entries | 2.5 |
| Hours billed to Pierotti litigation to control Pierotti's Fearnow shares | 1524 |
| Total hours for Count Eight | 1583.6 |
| Total hours billed to Retrophin | 7101.9 |
| Percentage of total hours billed to Retrophin | 22.3% |
| Defendant's total ill-gotten gains | $476,249 |
| **Alternate Forfeiture Calculation** | **$106,195.23** |

**TOTAL ALTERNATE FORFEITURE CALCULATION: $116,750.38**

---

[1] The defendant provided the government and the Court with a hard copy of DX-7 in court on April 13, 2018. The first five pages of DX-7, which contain the defendant's forfeiture analysis, are attached as Exhibit A to the government's filing.

[2] The specific additional entries for each count are detailed on subsequent pages.

[3] The defendant calculated that there were 7101.9 hours billed to all Retrophin matters by Katten between November 2012 and March 2014.

1

**Additional Time Entries for Count Seven:**[4]

| Exhibit # | Bates # | Date | Individual | Hours Billed | Description |
|---|---|---|---|---|---|
| 841 | R048544 | 04/10/2013 | E. Greebel | 5.8 | Conversations with C. Massela, M. Shkreli, M. Lavelle and review and edits settlement agreements and comp charts and 10K |
| 842 | R048566 | 05/01/2013 | E. Greebel | 3.4 | Conversation w/ M. Biesteck, M. Shkreli, C. Brandeis, review and edit 10k, review settlement agreement |
| 842 | R048566 | 05/02/2013 | E. Greebel | 2.1 | Conversation w/ C. Massella, R. Tilles, M. Gordon, H. Cotton, review settlement agreements and confis |
| 842 | R048566 | 05/03/2013 | E. Greebel | 2.3 | Conversation w/ M. Panoff, M. Shkreli, review and edit settlement agreements and confir |
| 842 | R048566 | 05/06/2013 | E. Greebel | 2.7 | Review and edit agreements, review and discuss settlement agreements and materials for audit |
| 842 | R048566 | 05/07/2013 | E. Greebel | 3.6 | Conversation w/ M. Shkreli, D. Trachtman, A. Geller, J. Hynes, review and edit settlement agreements, review proile, review PIPE documents, review Catalyst situation |
| 842 | R048566 | 05/08/2013 | E. Greebel | 4.7 | Conversation w/ N. FLorio, C. Massella, M. Shkreli, M. Biestek, R. Tilles, review and edit consulting agreements, confis and related correspondence |
| 842 | R048566 | 05/09/2013 | E. Greebel | 2.9 | Conversation w/ M. Shkreli, D. Trachtenberg, A. Geller, C. Massella, N. Florio, review documents |
| 842 | R048567 | 05/10/2013 | E. Greebel | 2.9 | Conversation w/ C. Massella, N. Florio, M. Biesteck, R. Tilles, D. Trachtenberg, edit agreements |
| 842 | R048567 | 05/13/2013 | E. Greebel | 4.5 | Conversation w. M. Shkreli, M. Rosensaft, review indemnification agreements and securities laws, edit settlement agreements and review PIPE documents |
| 842 | R048567 | 05/14/2013 | E. Greebel | 3.5 | Conversation w. M. Biestek, C. Massela, R. Tilles, D. Trachtenberg, editing settlement agreements |

---

[4] The government has identified these time entries for work that appears to be closely tied to the counts of conviction, which are in addition to the time entries identified by the defendant in DX-7. However, given that many time entries are imprecise or lack detail, the government cannot be sure that this list is complete.

| Exhibit # | Bates # | Date | Individual | Hours Billed | Description |
|---|---|---|---|---|---|
| 842 | R048568 | 05/20/2013 | E. Greebel | 3.8 | Conversation w/ M. Rosensaft, M. Shkreli, review documents and settlement agreements |
| 842 | R048568 | 05/23/2013 | E. Greebel | 2.4 | Conversation w/ M. Shkreli, review and edit settlement agreements |
| 843 | R048593 | 06/17/2013 | E. Greebel | 2.1 | Conversation w/ M. Panoff, R. Tilles, S. Marshall, review and edit settlement agreement and related agreements |
| 843 | R048593 | 06/18/2013 | E. Greebel | 2.4 | Conversation w/ M. Panoff, review and edit consulting agreements, ICF, settlement agreements and related documents |
| 845 | R048660 | 08/30/2013 | E. Greebel | 3.5 | Conversation w/ M. Shkreli, M. Panoff, E. Hackert, D. Buzkin, M. Griswold, J. Milgrom review accounting and settlement issues and review precedents and erview and edit consulting agreements |
| 846 | R048682 | 09/23/2013 | E. Greebel | 3.7 | Review and edit consulting agreements and royalty agreements and conversation w/ M. Panoff |
| 846 | R048682 | 09/24/2013 | E. Greebel | 3.7 | Conversation w/ K. Banta, A. Geller, M. Panoff, review and edit documents |
| 849 | R048785 | 12/30/2013 | M. Rosensaft | 1.3 | Call with JD McCullough to discuss settlement; review MSMB Healthcare PPM |

**Additional Time Entry for Count Eight**:

| Exhibit # | Bates # | Date | Individual | Hours Billed | Description |
|---|---|---|---|---|---|
| 837 | R048476 | 12/18/2012 | G. Lazarro | 2.5 | Proof of 8K and exhibits, attention to request of M. Griswold and E. Greebel |

**Time Billed For Pierotti Litigation (February 2013-March 2014)**:

| Exhibit # | Total Hours Billed |
|---|---|
| 839 | 10.10 |
| 840 | 29.80 |
| 841 | 59.40 |
| 842 | 116 |
| 843 | 92.2 |
| 844 | 100.3 |
| 845 | 51.6 |
| 846 | 120.6 |
| 847 | 205.1 |

| Exhibit # | Total Hours Billed |
|---|---|
| 848 | 53.2 |
| 849 | 83.1 |
| 850 | 245.5 |
| 851-A | 247.6 |
| 852-A | 109.5 |

4