**EXHIBIT "B"**

No. 736213

## Certification

**STATE OF NEW YORK, COUNTY OF NEW YORK, SS:**

I, Milton Adair Tingling, County Clerk and Clerk of Supreme Court New York County, do hereby certify that on April 17, 2018 I have compared the document attached hereto,

**RM 109B CERTIFIED COPY OF STATE TAX WARRNT FOR MARTIN SHKRELI DOCKETED 1/4/2017 FOR $1,260,691.86 page(s) 1**

with the originals filed in my office and the same is a correct transcript therefrom and of the whole of such original in witness whereto I have affixed my signature and seal.

*Milton Adair Tingling*

**MILTON ADAIR TINGLING**
**NEW YORK COUNTY CLERK**

New York State Department of
**Taxation and Finance**
Civil Enforcement - Region 4A
W A Harriman Campus
Albany NY 12227-0001



# Warrant



**Commissioner of Taxation and Finance**
against

**MARTIN SHKRELI**

**Judgment Creditor**

**Judgment Debtor**

**Last Known Address**

**Warrant ID:**

**County of Judgment:**
NEW YORK

**Article of Tax Law:**
22/30

**The people of the state of New York to:** E SLAVEN
an officer or employee of the Department of Taxation and Finance: **Whereas,** a tax has been found due to the Commissioner of Taxation and Finance of the **state of New York** imposed by the above noted Article of Tax Law from the debtor named, the nature and amount of which, together with the interest and penalties thereon, are as follows:

| Assessment ID | Period Ending | Tax | Penalty | Interest | Assessment Total |
|---|---|---|---|---|---|
| L-045775758-5 | 12/31/15 | $ 896,978.00 | $ 282,490.06 | $ 50,286.30 | $ 1,229,754.36 |
| L-045136918-9 | 12/31/11 | 15,937.00 | 8,190.61 | 6,809.89 | 30,937.50 |

FILED 2017 JAN -4 AM 11:28 COUNTY CLERK N.Y. COUNTY

**Total amount due** ▶ $ 1,260,691.86

**And whereas,** said tax, interest and penalties now remain wholly unpaid;

**Now therefore, we command you** to file a copy of this warrant within five days after its receipt by you in the office of the clerk of the county named above, for entry by him in the judgment docket, pursuant to the provisions of the Tax Law.

**And we further command you,** that you satisfy said claim of said **Commissioner of Taxation and Finance** for said tax with penalties and interest out of the real and personal property in said county belonging to said debtor and the debts due to him at the time when said copy of this warrant is so docketed in the office of the clerk of such county or at any time thereafter; and that only the property in which said debtor who is not deceased has an interest or the debts owed to him shall be levied upon or sold hereunder; and return this warrant and pay the money collected, to the Commissioner of Taxation and Finance of the state of New York.

**Levy and collect** total amount due shown above plus accrued interest and any additional penalties provided by law.

Current interest rate  7.50 % per year on  $ 1,260,691.86 from  DECEMBER 31, 2016.
The interest rate may vary according to the Tax Law.

**Warrant** received at 9 o'clock A.M. on JANUARY  03, 2017.

Issued By _____ for the Commissioner
Deputy Tax Commissioner    of Taxation and Finance

DTF-977 (7/95)