**EXHIBIT "C"**

## STATE OF NEW YORK

## DEPARTMENT OF STATE

I hereby certify that on January 5, 2017 the New York State Department of Taxation and Finance filed with the New York State Department of State, pursuant to Section 6 of the Tax Law, a record of the fact of the issuance of a warrant. The information contained in such record is as follows:

Warrant ID#: ███████████

Recorded Taxpayer Name(s):  MARTIN SHKRELI

Address: ███████████

Docket Date:  January 04, 2017

County:  NEW YORK

Docket Amount:  $1,260,691.86

Satisfied Date:  None

Vacate Date:  None

Amend Date:  None

Expire Date:  None

WITNESS my hand and official seal of the Department of State at the City of Albany, on April 20, 2018.

*Richard DiGiovanna*
Richard DiGiovanna
Special Deputy Secretary of State