**EXHIBIT "D"**



**New York State Department of**
**Taxation and Finance**
NYS AR LEVY RECEIVABLES
P O BOX 4137
BINGHAMTON, NY 13902-4137

**Tax Compliance Levy**
**First and Final Demand**

Levy ID: ▮
Taxpayer ID: ▮

## The judgment creditor is the state of New York, or any of its agencies or municipal corporations, AND/OR the debt enforced is for child support, spousal support, maintenance or alimony.

E TRADE SECURITIES, INC
1271 AVENUE OF THE AMERICAS
14TH FLOOR
NEW YORK   NY   10020-1302

Garnishee

If you have any questions, please call: (518) 457-5434

Under authority of the Tax Law of the State of New York and Section 5232(a) of the Civil Practice Laws and Rules in the matter of the Commissioner of Taxation and Finance of the State of New York, Judgment Creditor - against:   **MARTIN SHKRELI**
▮

Judgment Debtor(s)

Accounts listed herein and any others which exist:

| Warrant ID | County | Date Docketed | Original Warranted Amount | Current Balance Due |
|---|---|---|---|---|
| E-042037970-W024-5 | NEW YORK | 1/04/17 | $ 1,260,691.86 | $ 627,905.02 |

Total Amount Due, Owing and Unpaid ▶ | $ 627,905.02

It appears that you are indebted to the above named judgment debtor(s) or that you are in possession or custody of property not capable of delivery which you know or have reason to believe that the judgment debtor(s) has(have) an interest.

You are required by Section 5232(a) of the Civil Practice Laws and Rules to immediately transfer to the undersigned all personal property not capable of delivery in which the judgment debtor(s), not deceased, is(are) known or believed to have an interest now in or hereafter coming into your possession or custody as may be necessary to satisfy the total amount due as set forth herein including all debts now or coming due from you to the judgment debtor(s) together with any other lawful additions including fees, costs and expenses of this levy, if any, to execute any documents necessary to affect such transfer or payment and to comply with any and all further provisions of such section.

Dated: 9/25/17
Signature: *Angi O'Leary*

Name: A OLEARY
Title: For Deputy Tax Commissioner

☐ No open account
☐ All exempt funds
☐ Restricted/Turnover required (acct. bal.$_____)
☐ Payment enclosed
(Make check or money order payable to the **Commissioner of Taxation and Finance**. Enter the Levy ID indicated above on the payment.)

☐ No account balance
☒ Other (attach explanation)

Acknowledgment of Service
Signature _____
Date 10-19-17  Time _____

Please refer to the back of this form for additional information and mailing instructions.

DTF-981 (8/11)



## Tax Compliance Levy
## Additional Information

Pursuant to the provisions of the Tax Law, the warrant(s) listed on the front constitute(s) a judgment in favor of the Commissioner of Taxation and Finance against the judgment debtor(s) named (whose last known address is also indicated) and the officer or employee of the Department of Taxation and Finance, whose signature appears on the front of this form, has all the rights and powers of a sheriff.

The Commissioner of Taxation and Finance **commands** any duly authorized officer or employee of the Department of Taxation and Finance to satisfy the warrant(s) out of the real and personal property in which the judgment debtor(s), not deceased, has(have) an interest or any debts owed to said judgment debtor(s). A notice to this(these) judgment debtor(s) substantially in the form set forth in CPLR 5222(e) was served upon the judgment debtor(s) within a year prior to the service of this levy.

Warrants filed pursuant to the Tax Law constitute perfected liens against real and personal property of the judgment debtor(s) against whom the warrants are issued. This levy serves as notice of the existence of such liens. No extension of levy is required to maintain the effectiveness of these liens.

Fold here

Fold here

**Please be sure that:**

- You check the applicable box on the front and indicate the payment amount enclosed, if any.

- You sign the Acknowledgment of Service section and indicate the date and time.

Fold here

Fold here

Return one copy of this form to the address below.

NYS AR LEVY RECEIVABLES
P O BOX 4137
BINGHAMTON, NY 13902-4137

DTF-981 (8/11) (back)