**EXHIBIT "E"**



E*TRADE Securities LLC
Harborside Financial Center
501 Plaza 2
Jersey City, NJ 07311

www.etrade.com
Member FINRA/SIPC

October 19, 2017

**VIA FED EX**

Attn: NYS Tax

**RE: NYS Levy: Martin Shkerli: Levy ID** ▓▓▓▓▓▓▓▓

Dear NYS Tax:

E*TRADE Securities LLC was served with a Federal Restraining Order from the US District Court, Eastern District of New York on January 07, 2016 to restrict all assets for Martin Shrkeli. Also, we have an additional request to restrict the account, pursuant to an IRS levy.

If you have any questions, please feel free to contact the undersigned at (201) 499 9834 or fax to my attention at (703) 236-4879.

Sincerely,

Douglas DePaola
Legal Process Manager
E*TRADE Securities LLC