AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 15 CR 637(S-1)(KAM) |
| Martin Shkreli | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Commissioner of Taxation & Finance of the State of New York, Interested Third Party.

Date:   04/20/2018

*Attorney's signature*

Jorge A. Rodriguez (Bar No. JR2162)
*Printed name and bar number*

New York State Office of the Attorney General
Civil Recoveries Bureau
The Capitol
Albany, New York 12224-0341
*Address*

Jorge.Rodriguez@ag.ny.gov
*E-mail address*

(518) 776-2179
*Telephone number*

(518) 915-7730
*FAX number*