# EXHIBIT A

| Home | | Help |
|---|---|---|

## Consolidated Statement of Tax Liabilities

| Taxpayer ID: **XXX-XX-0437** | Taxpayer name: **MARTIN SHKRELI** |
|---|---|

Our records indicate you have the following unpaid tax debts:

❓ - Select to learn more about a particular field

### Amount due - under collection

| Tax type | Assessment ID | Tax period ended | Tax amount assessed ($) | (+) Interest amount assessed ($) | (+) Penalty amount assessed ($) | (-) Assessment payments/credits ($) | (=) Current balance ($) |
|---|---|---|---|---|---|---|---|
| Personal Income | L-045775758-5 | 2015-12-31 | 896,978.00 | 133,775.25 | 314,480.69 | 867,760.89 | 477,473.05 |
| | | | | | | Total: | 477,473.05 |

### Amount due - not yet under collection

| Tax type | Assessment ID | Tax period ended | Tax amount assessed ($) | (+) Interest amount assessed ($) | (+) Penalty amount assessed ($) | (-) Assessment payments/credits ($) | (=) Current balance ($) |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0.00 |
| | | | | | | Total: | 0.00 |

### Estimated amount due - for returns not filed

| Tax type | Assessment ID | Tax period ended | Tax amount assessed ($) | (+) Interest amount assessed ($) | (+) Penalty amount assessed ($) | (-) Assessment payments/credits ($) | (=) Current balance ($) |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0.00 |
| | | | | | | Total: | 0.00 |

### Amount in protest

| Tax type | Assessment ID | Tax period ended | Tax amount assessed ($) | (+) Interest amount assessed ($) | (+) Penalty amount assessed ($) | (-) Assessment payments/credits ($) | (=) Current balance ($) |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0.00 |
| | | | | | | Total: | 0.00 |

| Amount in transit | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tax type | Assessment ID | Tax period ended | Tax amount assessed ($) | (+) Interest amount assessed ($) | (+) Penalty amount assessed ($) | (-) Assessment payments/credits ($) | (=) Current balance ($) |
| | | | | | | | 0.00 |
| | | | | | | Total: | 0.00 |

**Web survey**

Provide feedback about this online service through our Web Survey.

Print

## Instructions

**Amount due - under collection**

Liabilities listed in this section have been turned over to our collections unit. To avoid collection action and additional accruals of penalty and interest you should pay these amounts immediately. Amount due under collection no longer have appeal rights.

**Amount due - not yet under collection**

Liabilities listed in this section are not yet under collection. To avoid these liabilities from being turned over to the collections unit, and accruing additional penalty and interest, you should pay them as soon as possible.

**Estimated amount due - for returns not filed**

We have not received returns or reports for the liabilities in this section. We have estimated the amount due for these returns that have not yet been filed. The amount due will be cancelled once you complete the required return and pay the tax due, plus penalty and interest. If you pay the estimated amount due, you will still be required to file your return.

**Amount in protest**

The liabilities in this section are under review. You will be notified of our findings. Where applicable, additional penalty and interest will continue to accrue in accordance with New York State law.

**Amount in transit**

The liabilities in this section are scheduled to be mailed/emailed on a future date.

Accessibility    Disclaimer    Privacy    Security    Copyright    Email/Phishing