# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

May 10, 2018

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

On behalf of our client, Evan Greebel, we write to respectfully request the Court's permission for Mr. Greebel to travel to Delaware County, New York, in the Northern District of New York, this Friday, May 11, 2018. This daytrip is in connection with Mr. Greebel's assistance to build an in-patient drug and substance abuse rehabilitation center. Mr. Greebel will return to Scarsdale, New York on Friday evening.

We have spoken with pretrial services, which office has no objection to this request, and the government, which office takes no position as to this request.

We thank the Court in advance for consideration of this request.


Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky