# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

May 30, 2018

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

We respectfully make this submission pursuant to the Court's May 29, 2018 Order requiring Mr. Greebel to submit expert reports by May 30, 2018 at 12:00 p.m. Such reports are attached hereto for Dean Stephen Ferruolo, Gayle R. Klein, and Zachary Prensky as Attachments A, B, and C, respectively.

Further, in response to the government's May 29, 2018, letter, Dkt. 613, we make the following points:

1. We do not have any new Rule 26.2 material for Dean Ferruolo and Ms. Klein other than their expert reports, and we do not have any Rule 26.2 material for Mr. Prensky other than his expert report.

2. DX 7770, the First Amended Complaint in the Catalyst Advisors LLC lawsuit, is correct as marked; it was labeled on the trial exhibit index by the file number associated with the case. We include a copy of that exhibit herewith as Attachment D.

3. We inadvertently mislabeled the other exhibits identified by the government as ones they cannot locate as DX when they should have been labeled as GX. In other words, the exhibit numbers DX 102-8, DX 104-9, and DX 106-28 in our May 28 letter should have been listed in our letter as GX 102-8, GX 104-9, and GX 106-28. All were admitted at trial.

Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky