# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

**Reed Brodsky**
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

May 31, 2018

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

Pursuant to the Court's May 30, 2018 Order, we respectfully "submit all exhibits referenced in [Mr. Greebel's] May 28, 2018 letter to the court by May 31, 2018 at 9:00 AM. This includes, but is not limited to, those exhibits he specifically stated he intends to offer into evidence at the Fatico hearing."  Mr. Greebel hereby attaches all such exhibits.  In an effort to comply with the Court's direction and attach the exhibits to a single ECF filing, we have created combined PDFs by category: 1) DX exhibits admitted during trial (Attachment A); 2) GX exhibits admitted during trial (Attachment B, Parts 1 and 2); 3) exhibits marked as DX but not previously admitted (Attachment C); and 4) one unmarked new exhibit that we will mark if we submit it during the hearing (Attachment D).

Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky