# ATTACHMENT C

9/9

BD call

Steve [illegible] — [illegible]
Steve [illegible] — Ed [illegible]
[illegible] — [illegible]

1. Company determined to amend 10-K & 1Q'13 Q
for [illegible]

[illegible] subsequent event, liquidity [illegible]
& [illegible]
[illegible] 2,3 [illegible]
[illegible] book
[illegible]

[illegible] & [illegible]
[illegible]
& 2 [illegible]
nothing [illegible] change for K or Q
[illegible]

[illegible] final [illegible] for approval

2. 6/30 10Q
[illegible]
[illegible]

E. GREEBEL
DX-2158
exhibitsticker.com

[handwritten notes, largely illegible]

No *argument* & no *misrep*?

3. New *application* Stock *options*
   *side* *terms* — 15K
   *stock* *Eq* — 75K
   *Charter* *Purchase?* 15K
   *cleaning* *appear*

4. *Approval* & *not* *guilty* ~~[crossed out]~~
   to *sell*
   *unaware* *appeal* *Chapter* 1+1

5. ~~[crossed out]~~ *Sell* *Congs* *proposal*
   25K *cash*
   75K *option*
   *could* *offer* *stock* *option* *to* *sell* *all*
   *or* *sell*
   *unaware* *appeal*

[redacted]

7. *Gither* & *Arbitration* *as* *collateral*
   20% *of* *fees* *as* *at* *plan* *report*, *but*
   *set* *up* *to* 50% *at* *fees*
   *unaware*

[redacted]

6:45

Bd Meeting

1030

Steve Richardson
Steve Aselage
Jeff Paley
Neil Golding
Martin

Marc Panoff
SMM
Thomas

CEO Overview
Products
Market Value
Pharmaceutical Company w/ varied pipeline
Not afraid of drug failure

Development
PKAN
Sparsentan
ACTH Depot

Strategies
Manchester
Syntocinon
UCSD Schizophrenia [illegible]
Pipeline

Corporate Strategy Committee
directors need access to BD/CFO

E. GREEBEL
DX-2164
exhibitsticker.com

Mangement [illegible] flexibility & allocate [illegible]
[illegible]

Expand R+D
[illegible] on [illegible]
expand [illegible]

Financial
diluted early stage [illegible] [illegible]
[illegible] for [illegible] [illegible]

Company bd
[illegible] management [illegible]
Succession plan

Biography
highly accomplished
multi-billion [illegible]
[illegible] drug [illegible] / product [illegible]
global company
[illegible] [illegible] [illegible]
[illegible] for [illegible] > 100m
[illegible] Chief [illegible] Officer
[illegible] to bd
[illegible] [illegible] [illegible]

Need COO

Need management goals

Q+A
Source opportunities through B/D also
is expansion

Office Expense
NY - BD, Finance, HR, IT
SD - Medical Chem + [illegible]
MA - development + Service
cost + people [illegible] based on location

Careful about what employees get [illegible]
in acquisition
tempted to leave targets alone or
let them operate employees

[illegible]

CMO update

Missed timelines

Spiration

Significant supply on start study

Submit API to complete study

Follow maintenance — ~~[illegible]~~ will make another for new CMO

aiming to enroll first patient in Friday 11/14

should expand the trial/study sites

PRAN

have submitted dose to start trials on

will expedite for certain patients

will enroll first patient in February

will not see Hayflick priority

RE-034

having challenges doing clinical trials

Ketamine

focus on developing strategy

Study will be given for approval

simplify study

BD

Clozaril / Fanapt
CNS related
[illegible] 19 mm

patent [illegible]
[illegible] to [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] patent
[illegible] to [illegible] in [illegible]
80m [illegible]
8m [illegible]
challenge [illegible] integration
limited risk

Clinical
ACTH like drug
~ 50 [illegible] [illegible]
drug is a [illegible]
~20 [illegible] [illegible] [illegible] [illegible]
[illegible] 16 mm [illegible] [illegible]

Alkaline Phosphatase
patent [illegible] [illegible] phase

Fetal Pipeline Development

SLOS
no cure
failure to produce cholesterol
severe regression
~~[illegible]~~ 12-18 months out

Lafora
Similar to PKAN
fatal epilepsy
18-24 months

will consider partnering both

Outright Study + then consider partner

Mitochondria
categorize 6 patients on 024
results w/ 1st half

Funding / Financing

Currently 3/mo cash & [illegible] in [illegible] need

Have some flexibility on payments / licensing, [illegible] [illegible] on timeline

New financing - 40-60 m [illegible]

Syndax

Threat of additional regulatory delay
required meeting w/ FDA in March
waiting for resolution after meeting
Other companies are looking to take space

Budget

currently approved
calculation [illegible] UTM not [illegible]
calculation

FOIA Confidential Treatment Requested RTRX000003868

[handwritten notes, largely illegible]

FOIA Confidential Treatment Requested

RTRX000003869

E. GREEBEL
DX-2165

3/26
BL Mtg

Neal Golding — Marc Panoff
Steve Aselage
Jeff Paley
Martin

I Audit Committee Report
appeal the subject to firm + soliciting
capability needs to occur quickly
presentation
Document good in all material respects
Unanimous approval for firm solicitation

II ~~Dec Recent Chairman Report~~
Motion Report

10-K Consultant

Change of auditors after 10-K is filed

Please provide changes to 10-K relating

internal control + disclosure control weakness

IV Transaction Plan
Compensation / Sales protection ... refund
Preparing best practices


6/12

Board meeting ~ 9:45

Martin
Shawn [illegible]
Steve D

1 Business Update
Starting phase II
RE-024 very [illegible] [illegible]
planning [illegible] soon

2 Marketing [illegible]
9/2 on uptake
9/4 m delayed
acquire global [illegible] at Synaptic [illegible]
to next week
[illegible] 5/15 - 5/31

[illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible]
Could [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible]
[illegible] [illegible] [illegible] [illegible]

E. GREEBEL
DX-2217
exhibitsticker.com

CONFIDENTIAL

FOIA Confidential Treatment Requested

[illegible handwritten notes]

Exact Firm [illegible]

[illegible] — CMO — [illegible] approved

CFO — [illegible]

CEO [illegible]

Could [illegible] 6 month [illegible] 12 month

not [illegible]

can't give exclusivity — [illegible] 12 yrs

[illegible] approved

CONFIDENTIAL

FOIA Confidential Treatment Requested RTRX000014896

Audit Committee Mtg

Neal Cohen
Jeff Paley
[illegible]

[illegible]
Ed [illegible]
[illegible]

12/31/13 [illegible]
7 mil accruals
12.5m [illegible] 5G
Tm liability
[illegible] release of derivative liability

ASMD will pay Settl. the note

12/31/13 - 18.5m shares outstanding

[illegible] [illegible]

discussed restating of financials

Marcum overview
Mixed accounting analysis on-going
[illegible] revenues from liability
Investment policy
No deficiencies w/ management
in internal accounting
will be a going concern

E. GREEBEL
DX-2219

CONFIDENTIAL [illegible]

FOIA Confidential Treatment Requested RTRX000014936

It is a [illegible] [illegible] [illegible]
not [illegible] & int by [illegible]
not qualitatively material
required [illegible] in filing
disclosure in Fin to the
quarterly [illegible] all be [illegible]
Results of operation

Minor [illegible] of 11

Retain Consultants / Sox Consultant

Approved

Approved [illegible] other consulting engagement

Approved tax consulting

Approve [illegible] Suitability in the firm

## Outlook Mobile Service (Text Messaging)

**From:** Lou Ellis <LEllis@roth.com>
**Sent:** Tuesday, February 19, 2013 7:20 PM
**To:** 'Michelle Kijik'; 'evan.greebel@kattenlaw.com'
**Cc:** martin@msmbcapital.com; Michael Margolis
**Subject:** RE: RTRX Update
**Attachments:** RTRX SPA Sig Page (M Biestek).pdf; RTRX SPA & RRA Sig Page (Martin Shkreli).pdf; RTRX SPA Sig Page (Fernandez).pdf; RTRX RRA Sig Page (M Biestek).pdf; RTRX SSQ (Martin Shkreli).pdf; RTRX List of Investors.xlsx

Michelle and Evan,

I have attached the final list of investors and the remaining signature pages. We are missing the following for two individuals that Martin is tracking down. Please note the revised number of shares and warrants. We have received the last remaining wire.

Marek Biestek – Selling Securityholder Questionnaire
Thomas Fernandez – RRA & Selling Securityholder Questionnaire

Lou Ellis
Equity Capital Markets
ROTH Capital Partners, LLC
888 San Clemente Drive | Newport Beach, CA 92660
Office: 949.720.5739 | Mobile: 949.375.4560
Main: 800.678.9147 | Fax: 949.720.7227
Email: lellis@roth.com

---

**From:** Lou Ellis
**Sent:** Friday, February 15, 2013 7:37 AM
**To:** 'Michelle Kijik'; evan.greebel@kattenlaw.com
**Subject:** RE: RTRX Update

Evan,

Do you have this?

Lou Ellis
Equity Capital Markets
ROTH Capital Partners, LLC
888 San Clemente Drive | Newport Beach, CA 92660
Office: 949.720.5739 | Mobile: 949.375.4560
Main: 800.678.9147 | Fax: 949.720.7227
Email: lellis@roth.com

E. GREEBEL
DX-6170
exhibitsticker.com

**From:** Michelle Kijik [mailto:mkijik@egsllp.com]
**Sent:** Friday, February 15, 2013 7:24 AM
**To:** Lou Ellis
**Subject:** RE: RTRX Update

Good Morning Lou,

Could you please forward me the signature page to the RRA from Martin Shkreli as well as the SSQ?

Thank you,

Michelle Kijik
Paralegal
Ellenoff Grossman & Schole LLP
150 East 42nd Street, New York, NY 10017
Tel: 212-931-8717
www.egsllp.com
Email: mkijik@egsllp.com

---

**From:** Lou Ellis [mailto:LEllis@roth.com]
**Sent:** Thursday, February 14, 2013 9:34 AM
**To:** 'Martin Shkreli'; 'evan.greebel@kattenlaw.com'; Michelle Kijik
**Cc:** Michael Margolis; Aaron Gurewitz; Nazan Akdeniz; Robert F. Charron; Charles Phillips; Warren Dunnavant
**Subject:** RE: RTRX Update

Attached are the remaining signature pages for IPConcept. I have also attached an update List of Investors, which includes a wire update. We are waiting on Sabby's wires and one from Auriga. Martin said he is email is ready to go. Outside of the money today are there any other outstanding items for closing?

Lou Ellis
Equity Capital Markets
ROTH Capital Partners, LLC
888 San Clemente Drive | Newport Beach, CA 92660
Office: 949.720.5739 | Mobile: 949.375.4560
Main: 800.678.9147 | Fax: 949.720.7227
Email: lellis@roth.com

---

**From:** Lou Ellis
**Sent:** Wednesday, February 13, 2013 5:21 PM
**To:** 'Martin Shkreli'; 'evan.greebel@kattenlaw.com'; 'mkijik@egsllp.com'

**Cc:** Michael Margolis; Aaron Gurewitz; Nazan Akdeniz; 'Robert F. Charron'; 'Charles Phillips'; Warren Dunnavant
**Subject:** RE: RTRX Update

Here is a confirm from Perceptive, so we are good on 51%

Lou Ellis
Equity Capital Markets
ROTH Capital Partners, LLC
888 San Clemente Drive | Newport Beach, CA 92660
Office: 949.720.5739 | Mobile: 949.375.4560
Main: 800.678.9147 | Fax: 949.720.7227
Email: lellis@roth.com

---

**From:** Lou Ellis
**Sent:** Wednesday, February 13, 2013 4:57 PM
**To:** 'Martin Shkreli'; 'evan.greebel@kattenlaw.com'; 'mkijik@egsllp.com'
**Cc:** Michael Margolis; Aaron Gurewitz; Nazan Akdeniz; 'Robert F. Charron'; 'Charles Phillips'; Warren Dunnavant
**Subject:** RTRX Update

All,

Attached is IPConcept's SSQ. I have requested the signature page to it and the RRA. I have also attached acknowledgements from two investors (Sabby and Risk Reward) accepting Medical Strategy's participation of their third fund. The total investment of these two funds adds up to 45.7% of the deal. I am trying to get another confirm to take us up to 51%.

I have also attached a revised list of investors. The yellow highlights are the outstanding items and the orange are items that have changed.

You will also see an update on wires received in the far right column (Funds Recd.). Sabby is initiating their wire in the morning. I will be on early with Medical Strategy and Auriga to get an update on their wires.

Lou Ellis
Equity Capital Markets
ROTH Capital Partners, LLC
888 San Clemente Drive | Newport Beach, CA 92660
Office: 949.720.5739 | Mobile: 949.375.4560
Main: 800.678.9147 | Fax: 949.720.7227
Email: lellis@roth.com

---

**From:** Lou Ellis
**Sent:** Wednesday, February 13, 2013 7:12 AM
**To:** 'Martin Shkreli'; evan.greebel@kattenlaw.com; 'mkijik@egsllp.com'
**Cc:** Michael Margolis; Aaron Gurewitz; Nazan Akdeniz; Robert F. Charron; Charles Phillips
**Subject:** RE: RTRX / Medical Strategy

Martin,

I spoke to Medical Strategy and the third fund would like to come in for 22,000 shares. I have attached their signature page to the SPA. I have requested the RRA and SSQ, as well as confirming the legal name of the investing entity (it is rather long).

I spoke with Evan and Rob Charron yesterday regarding the ability for this investor to participate. The general consensus was that we could allow this investment since it was an oversight by Medical Strategy's custodian and their intention was to participate in the deal, but we would need approval from 51% of the investors.

I can reach out to the investors to try and obtain proper approval, but please let me know what you will require from them.

Lastly, who should I be in contact with to verify what wires have been received?

Lou Ellis
Equity Capital Markets
ROTH Capital Partners, LLC
888 San Clemente Drive | Newport Beach, CA 92660
Office: 949.720.5739 | Mobile: 949.375.4560
Main: 800.678.9147 | Fax: 949.720.7227
Email: lellis@roth.com

---

**From:** Martin Shkreli [mailto:Martin@retrophin.com]
**Sent:** Wednesday, February 13, 2013 4:45 AM
**To:** Lou Ellis; evan.greebel@kattenlaw.com; 'mkijik@egsllp.com'
**Cc:** Michael Margolis; Aaron Gurewitz; Nazan Akdeniz; Robert F. Charron; Charles Phillips
**Subject:** RE: RTRX / Medical Strategy

please let me know when you get the documents.

---

**From:** Lou Ellis [mailto:LEllis@roth.com]
**Sent:** Tuesday, February 12, 2013 11:28 AM
**To:** evan.greebel@kattenlaw.com; Martin Shkreli; 'mkijik@egsllp.com'
**Cc:** Michael Margolis; Aaron Gurewitz; Nazan Akdeniz; Robert F. Charron; Charles Phillips
**Subject:** RTRX / Medical Strategy

Martin and team,

I just hung up with Medical Strategy and they realized that they didn't send their other paperwork for a third fund that wanted to participate. We confirmed with Stefan last week that there is indication was US$410,000, but he never mentioned a third fund. The paperwork has been stuck in their custodian's legal group. The investment would be for an additional €50,000.

Is there a chance to let them in? When I spoke to him legal was still reviewing and may not get through the documents before closing.

Lou Ellis
Equity Capital Markets
ROTH Capital Partners, LLC
888 San Clemente Drive | Newport Beach, CA 92660
Office: 949.720.5739 | Mobile: 949.375.4560
Main: 800.678.9147 | Fax: 949.720.7227
Email: lellis@roth.com

Please access the attached hyperlink for an important electronic communications disclaimer:

http://www.roth.com/main/Page.aspx?PageID=1070

Please access the attached hyperlink for an important electronic communications disclaimer:

http://www.roth.com/main/Page.aspx?PageID=1070

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any tax penalty or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.

Please access the attached hyperlink for an important electronic communications disclaimer:

http://www.roth.com/main/Page.aspx?PageID=1070

# File Provided Natively

E. GREEBEL
DX-6172
exhibitsticker.com

CONFIDENTIAL R024045

**Retrophin, Inc., f/k/a Desert Gateway (RTRX.PK)**

*PIPE*

| | | |
|---|---|---|
| *Offer Price* | $ | 3.0000 |
| *Warrant Strike Price- 120%* | $ | 3.6000 |
| Investor Warrants 50.0% | | 1,522,964.00 |

| Institution | Certificate and Warrant Name: | Allocation Shares | Amount Invested-$ | Allocation Warrants | Address: Contact Info | Address: Certificate & Warrant Delivery | Tax ID | Signed SPA | Signed RR | Signed SSQ | | Funds Recd. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sabby Capital** | Sabby Healthcare Volatility Master Fund, Ltd. | 833,334.00 | 2,500,002.00 | 416,667.00 | c/o Sabby Management, LLC<br>10 Mountainview Road, Suite 205<br>Upper Saddle River, NJ 07458<br>Attn: Robert Grundstein<br>T: 646-307-4527<br>F: 201-661-8654<br>Email: rgrundstein@sabbycapital.com | Bank America Merril Lynch<br>One Bryant Park, 6th Floor<br>New York, NY 10036<br>Attn: Miguelina Seda | 98-1012742 | x | x | | $ | 2,500,002.00 |
| **Sabby Capital** | Sabby Volatility Warrant Master Fund, Ltd. | 166,666.00 | 499,998.00 | 83,333.00 | c/o Sabby Management, LLC<br>10 Mountainview Road, Suite 205<br>Upper Saddle River, NJ 07458<br>Attn: Robert Grundstein<br>T: 646-307-4527<br>F: 201-661-8654<br>Email: rgrundstein@sabbycapital.com | Bank America Merril Lynch<br>One Bryant Park, 6th Floor<br>New York, NY 10036<br>Attn: Miguelina Seda | 98-1017380 | x | x | | $ | 499,998.00 |
| **Auriga** | Auriga Global Investors SV, SA | 333,333.00 | 1,000,000.00 | 166,667.00 | Cuesta Sagrado Corazon 6-8<br>28020 Madrid, Spain<br>Attn: Daniel Arribas<br>Facsimile: 34-91-3244186<br>Telephone: 34-91-1442857<br>Email: daniel.arribas@aurigasv.es | Brown Brothers Harriman & Co.<br>40 Water Street<br>Boston, MA 02109-3661 | n/a | x | x | x | $ | 1,000,000.00 |
| **Auriga** | Auriga Investor Montserrat Global Fund | 83,333.00 | 250,000.00 | 41,667.00 | Cuesta Sagrado Corazon 6-8<br>28020 Madrid, Spain<br>Attn: Daniel Arribas<br>Facsimile: 34-91-3244186<br>Telephone: 34-91-1442857<br>Email: daniel.arribas@aurigasv.es | Brown Brothers Harriman & Co.<br>Investor Services<br>140 Broadway<br>New York NY 10005-1101 | n/a | x | x | x | $ | 250,000.00 |
| **Risk Reward** | RRC Bio Fund, LP | 400,000.00 | 1,200,000.00 | 200,000.00 | 9B Russell Street<br>Cambridge MA 02140<br>Attn: James Silverman<br>Telephone: 617-812-0515<br>Email: jim@rrcbio.com | Same | 20-5648865 | x | x | x | $ | 1,200,000.00 |
| **Preceptive** | Preceptive Life Sciences Master Fund Ltd | 333,333.00 | 1,000,000.00 | 166,667.00 | 499 Park Avenue, 25th Floor<br>New York, NY 10022<br>T: 646-205-5342<br>F: 646-205-5301<br>Attn: Steve Berger<br>Email: berger@perceptivelife.com | Same | 98-0338943 | x | x | x | $ | 1,000,000.00 |
| **Prosight Fund, LP** | Prosight Fund, LP | 166,667.00 | 500,001.00 | 83,334.00 | 2301 Cedar Springs Road, Suite 340<br>Dallas, TX 75201<br>Attn: Lawrence Hawkins<br>T: 214-468-0003<br>Email: lhawkins@prosightcapital.com | Same | 26-3706825 | x | x | x | $ | 500,001.00 |
| **Sphera** | Sphera Global Healthcare Master Fund | 166,667.00 | 500,001.00 | 83,334.00 | Platinum House<br>21 Ha'arba'ha St<br>Tel-Aviv, 64739 Israel<br>Attn: Doron Breen<br>T: 972-3-6845621<br>F: 972-3-6845621<br>Email: dbreen@spherafund.com | Same | n/a | x | x | x | $ | 500,001.00 |
| **Empery** | Hartz Capital Investments, LLC | 83,334.00 | 250,002.00 | 41,667.00 | Hartz Capital Investments, LLC<br>c/o Empery Asset Management, LP<br>1 Rockefeller Plaza, Suite 1205<br>New York, NY 10020<br>Attention: Ryan M. Lane<br>F: (212) 608-3307<br>T: (212) 608-3300<br>Residence: Cayman Islands<br>Email: notice@emperyam.com | Same | 26-1474239 | x | x | x | $ | 250,002.00 |

**Retrophin, Inc., f/k/a Desert Gateway (RTRX.PK)**

*PIPE*

| | | |
|---|---|---|
| *Offer Price* | $ | 3.0000 |
| *Warrant Strike Price- 120%* | $ | 3.6000 |
| Investor Warrants 50.0% | | 1,522,964.00 |

| Institution | Certificate and Warrant Name: | Allocation Shares | Amount Invested-$ | Allocation Warrants | Address: Contact Info | Address: Certificate & Warrant Delivery | Tax ID | Signed SPA | Signed RR | Signed SSQ | | Funds Recd. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sabby Capital** | Sabby Healthcare Volatility Master Fund, Ltd. | 833,334.00 | 2,500,002.00 | 416,667.00 | c/o Sabby Management, LLC<br>10 Mountainview Road, Suite 205<br>Upper Saddle River, NJ 07458<br>Attn: Robert Grundstein<br>T: 646-307-4527<br>F: 201-661-8654<br>Email: rgrundstein@sabbycapital.com | Bank America Merril Lynch<br>One Bryant Park, 6th Floor<br>New York, NY 10036<br>Attn: Miguelina Seda | 98-1012742 | x | x | | $ | 2,500,002.00 |
| **Empery** | Empery Asset Master, LTD | 33,334.00 | 100,002.00 | 16,667.00 | c/o Empery Asset Management, LP<br>1 Rockefeller Plaza, Suite 1205<br>New York, NY 10020<br>Attention: Ryan M. Lane<br>F: (212) 608-3307<br>T: (212) 608-3300<br>Residence: Cayman Islands<br>Email: notice@emperyam.com | Same | 98-0571318 | x | x | x | $ | 100,002.00 |
| **Empery - Individual** | Ryan M. Lane | 16,668.00 | 50,004.00 | 8,334.00 | c/o Empery Asset Management, LP<br>1 Rockefeller Plaza, Suite 1205<br>New York, NY 10020<br>Attention: Ryan M. Lane<br>F: (212) 608-3307<br>T: (212) 608-3300<br>Email: ryan.lane@emperyam.com | Same | 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 | x | x | x | $ | 50,004.00 |
| **Empery - Individual** | Susan B. Lane Revocable Trust of 2010 | 16,668.00 | 50,004.00 | 8,334.00 | Susan B. Lane<br>1525 Fairfield Beach Road<br>Fairfield, CT 06824<br>T: 203-254-2278<br>susanlane91@gmail.com | Same | 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 | x | x | x | $ | 50,004.00 |
| **Medical Strategy** | Medical Strategy GmbH for PHARMA/wHealth Management Company S.A on behalf of Pharma/wHealth | 23,333.00 | 70,000.00 | 11,667.00 | 4, rue Jean Monnet<br>L-2180 Luxemburg<br>Attention: Sebastian Kirch<br>F: +352 221 522-9489<br>T: +352 221 522-489<br>Residence: Luxemburg<br>Email: sebastian.kirch@oppenheim.lu | Same | n/a | x | x | x | $ | 70,000.00 |
| **Medical Strategy** | Oppenheim Asset Management Services S. à r.l. on behalf of FCP OP Medical BioHealth-Trends | 113,333.00 | 340,000.00 | 56,667.00 | 4, rue Jean Monnet<br>L-2180 Luxemburg<br>Attention: Sebastian Kirch<br>F: +352 221 522-9489<br>T: +352 221 522-489<br>Residence: Luxemburg<br>Email: sebastian.kirch@oppenheim.lu | Same | n/a | x | x | x | $ | 340,000.00 |
| **Medical Strategy** | IPConcept Luxembourg S.A. (IPConcept Fund Management S.A. is the former name and changed to IPConcept Luxembourg S.A. | 22,000.00 | 66,000.00 | 11,000.00 | IPConcept Luxembourg S.A.<br>4, rue Thomas Edison<br>L-1445 Luxemburg - Strassen<br>Attention: Nikolaus Rummler | DZ PRIVATBANK S.A.<br>Effektenkasse<br>4, rue Thomas Edison<br>L-1445 Luxemburg - Strassen | n/a | x | x | x | $ | 66,000.00 |
| **ROTH Individual** | Michael Chill | 3,333.00 | 10,000.00 | 1,667.00 | Michael Chill<br>600 West End Ave. Apt. 8A<br>New York, New York 10024<br>T: 646-245-2457<br>F: 212-315-0124<br>Email: mchill@roth.com | Same | | x | x | x | $ | 10,000.00 |
| **ROTH Individual** | John Chambers | 3,333.00 | 10,000.00 | 1,667.00 | John Chambers<br>14 Adams Lane<br>Pound Ridge, NY 10576<br>T: 914-588-4613<br>F: 212-315-0124<br>jchambers@roth.com | Same | | x | x | x | $ | 10,000.00 |

## Retrophin, Inc., f/k/a Desert Gateway (RTRX.PK)

*PIPE*

| | | |
|---|---|---|
| *Offer Price* | $ | 3.0000 |
| *Warrant Strike Price- 120%* | $ | 3.6000 |
| Investor Warrants 50.0% | | 1,522,964.00 |

| Institution | Certificate and Warrant Name: | Allocation Shares | Amount Invested-$ | Allocation Warrants | Address: Contact Info | Address: Certificate & Warrant Delivery | Tax ID | Signed SPA | Signed RR | Signed SSQ | Funds Recd. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sabby Capital** | Sabby Healthcare Volatility Master Fund, Ltd. | 833,334.00 | 2,500,002.00 | 416,667.00 | c/o Sabby Management, LLC<br>10 Mountainview Road, Suite 205<br>Upper Saddle River, NJ 07458<br>Attn: Robert Grundstein<br>T: 646-307-4527<br>F: 201-661-8654<br>Email: rgrundstein@sabbycapital.com | Bank America Merril Lynch<br>One Bryant Park, 6th Floor<br>New York, NY 10036<br>Attn: Miguelina Seda | 98-1012742 | x | x | | $ 2,500,002.00 |
| **ROTH Individual** | Michael Margolis | 3,334.00 | 10,002.00 | 1,667.00 | Michael Margolis<br>76 Ridge Drive<br>Livingston, NJ 07039<br>T: 973-342-2254<br>F: 212-315-0124<br>Email: mmargolis@roth.com | Same | | x | x | x | $ 10,002.00 |
| **Thomas E. Fernandez** | Thomas E. Fernandez | 40,526.00 | 121,578.00 | 20,263.00 | Thomas E. Fernandez<br>254 West 82nd Street, Penthouse<br>New York, NY 10024<br>T:<br>Email: thosfernandez@gmail.com | Same | 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 | x | | | $ 121,578.00 |
| **Marek Biestek** | Marek Biestek | 83,400.00 | 250,200.00 | 41,700.00 | Marek Biestek<br>59 Denton Avenue<br>East Rockaway, NY 11518<br>T:<br>F:<br>Email: mbiestek@gmail.com | Same | 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 | x | x | | $ 250,200.00 |
| **Martin Shkreli** | Martin Shkreli | 120,000.00 | 360,000.00 | 60,000.00 | Martin Shkreli<br>c/o Retrophin, Inc.<br>777 Third Avenue, 22nd, Floor<br>New York, NY 10017<br>T:<br>F:<br>Email: martin@retrophin.com | Same | 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 | x | x | x | $ 360,000.00 |
| | **SUB-TOTAL** | **3,045,929.00** | **$ 9,137,794.00** | **1,522,969.00** | | | | | | | **$ 9,137,794.00** |
| | 1/31 - 266,664 | 88,888.00 | 266,664.00 | N/A | | | | | | | $ - |
| | 1/18 - 450,000 | 150,000.00 | 450,000.00 | N/A | | | | | | | |
| | 12/17 - 100,000 | 33,333.00 | 100,000.00 | N/A | | | | | | | |
| | **SUB-TOTAL** | **272,221.00** | **$ 816,664.00** | N/A | | | | | | | |
| | **TOTAL** | **3,318,150.00** | **$ 9,954,458.00** | **1,522,969.00** | | | | | | | |
| | | (Over) / Short | $ 45,542.00 | | | | | | | | |

Delaware.gov | Text Only | Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service
Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

Frequently Asked Questions View Search Results

## Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | **4502186** | Incorporation Date / Formation Date: | **02/07/2008** (mm/dd/yyyy) |
| Entity Name: | **RETROPHIN, INC.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **HARVARD BUSINESS SERVICES, INC.** | | |
| Address: | **16192 COASTAL HWY** | | |
| City: | **LEWES** | County: | **SUSSEX** |
| State: | **DE** | Postal Code: | **19958** |
| Phone: | **(302)645-7400** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like Status Status,Tax & History Information Submit

Back to Entity Search

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

E. GREEBEL
DX-7770

KAT_0067403

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

CATALYST ADVISORS LLC,

Plaintiff,

-against-

MSMB CAPITAL MANAGEMENT, LLC, MARTIN SHKRELI and RETROPHIN, INC.,

Defendants.

Index No. 650384/2013

FIRST AMENDED COMPLAINT

Plaintiff Catalyst Advisors LLC ("Plaintiff" or "Catalyst"), by and through its counsel Cole, Schotz, Meisel, Forman & Leonard, P.A., as and for its Complaint against defendants MSMB Capital Management, LLC ("MSMB"), Martin Shkreli ("Shkreli") and Retrophin, Inc. ("Retrophin" or the "Company") (collectively, "Defendants"), alleges as follows:

**THE PARTIES**

1. Catalyst is a limited liability corporation organized under the laws of the State of New York with an office located in 415 Greenwich Street, Suite 8-C, New York, NY 10013.

2. Upon information and belief, MSMB is a limited liability company organized under the laws of the State of Delaware with a principal place of business located at 777 Third Avenue, 22nd Floor, New York, NY 10017.

3. Upon information and belief, Shkreli is a New York resident with an address at 777 Third Avenue, 22nd Floor, New York, NY 10017.

4. Upon information and belief, Retrophin is a corporation organized under the laws of the State of Delaware with a principal place of business located in 777 Third Avenue, 22nd Floor, New York, NY 10017.

Date Served: 7/24/13
Time Served 4:10
SK

## FACTUAL BACKGROUND

### I. The Contract

5. Catalyst is a specialty healthcare executive search firm focusing on, inter alia, recruiting for technologically innovative companies in the world of biopharmaceuticals and medical technologies.

6. On or about September 23, 2011, Catalyst and MSMB entered into an engagement agreement (the "Contract") by which Catalyst agreed to perform certain executive recruitment services for MSMB in exchange for payment of Catalyst's fees and expenses.

7. Catalyst provided all executive recruitment services requested by MSMB.

8. Defendants accepted Catalyst's executive recruitment services rendered pursuant to the Contract without objection or dispute.

9. Catalyst has performed all of its obligations under the Contract.

10. Catalyst delivered to Defendants three invoices in the amounts of $69,500.00, $32,500.00, and $69,500.00 (collectively, the "Invoices"), which represent the "Flat Cost Recovery" charges and portions of the "Retainer" as set forth in the Contract.

11. To date, Defendants have not made any payments to satisfy any of the Invoices.

12. To date, Defendants have never disputed Catalyst's invoices.

13. The unpaid balance due to Catalyst is $171,500.00.

14. Catalyst has demanded payment in full of the total amount due of $171,500.00.

15. Defendants have refused to make full payment to Catalyst for services rendered pursuant to the Contract.

**II. Retrophin Is Shkreli's Alter Ego**

16. According to Retrophin's most recent 10-K filing (the "10-K"), filed on or about June 13, 2013, Retrophin is a "development stage company focused on developing pharmaceutical products primarily for the treatment of rare diseases." At bottom, Retrophin is simply Shkreli's alter ego, formed to defraud his bona fide creditors.

17. Indeed, Retrophin and Shkreli operate out of the same space. Retrophin's 10-K lists its "Address of Principal Executive Offices" at 777 Third Avenue, 22nd Floor, New York, NY 10017. Upon information and belief, Shkreli's address is 777 Third Avenue, 22nd Floor, New York, NY 10017.

18. Shkreli manages Retrophin's operations, asserting control through various positions and methodically increasing his stock ownership therein through an intricate network of entities. The Company's 10-K lists Shkreli as "the founder of Retrophin LLC", a predecessor to Retrophin, and President of said LLC since its inception. Shkreli has served as Retrophin's Chief Executive Officer and director since December 17, 2012. Moreover, Shkreli "is also the founder and managing partner of [MSMB], a New York hedge fund founded in 2006 that manages a variety of partnerships."

19. Shkreli's massive accumulation of Retrophin stock further evidences that the Company is merely his alter ego. According to Retrophin's Schedule 13D (the "13D"), filed on or about February 15, 2013 and disclosing Shkreli's acquisition Company stock, Shkreli personally owns 2,713,520 shares of Retrophin shares.

20. On February 14, 2013, Shkreli "purchased 120,000 shares of Common Stock and Common Stock Purchase Warrants to purchase 60,000 shares of Common Stock…from [Retrophin] for an aggregated price of $360,000." According to the 13D, "[t]he source of funds

used by Mr. Shkreli to purchase such securities was his personal funds", and he therefore has sole voting power and sole dispositive power of those 2,713,520 shares.

21. Together with Shkreli, five additional entities appear as "reporting persons" in the 13D, namely, MSMB Capital LP, MSMB, MSMB Healthcare, MSMB Investors, and MSMB Management (collectively, the "Entities".) Shkreli, as the Entities' Managing Member, signed the 13D, certifying its contents as true, complete and correct.

22. Despite this wide array of reporting persons, the 13D clearly states that Shkreli, by virtue of his relationship with the Entities, "directly beneficially owns" each Entities' combined shares of Common stock, for a total of 3,187,207 shares or 27.17% of Retrophin stock. As a result of his accumulation of Retrophin stock, Shkreli dominates and controls the Company's operation, using this power to avoid MSMB's financial responsibilities to Plaintiff.

23. Shkreli's hold over Retrophin is such that the 10-K explicitly acknowledges that:

> "If [Shkreli] were to choose to act with other large stockholders, they would be able to control all matters submitted to our stockholders for approval, as well as our management and affairs. For example, these persons, if they choose to act together, will control the election of directors and approval of any merger, consolidation, sale of all or substantially all of our assets or other business combination or reorganization. This concentration of voting power could delay or prevent an acquisition of us on terms that other stockholders may desire. The interests of this group of stockholders may not always coincide with your interests or the interests of other stockholders, and they may act, whether by meeting or written consent of stockholders, in a manner that advances their best interests and not necessarily those of other stockholders…"

24. Shkreli not only operates out of the same business space as Retrophin, but is the Company's largest beneficial stockholder, has served as its Chief Executive Officer and director since December 17, 2012, and founded Retrophin LLC, the Company's predecessor. Clearly, Retrophin is nothing more than Shkreli's alter ego. Indeed, through the Entities, namely, MSMB,

and now through Retrophin –as successor to MSMB– Shkreli has shrewdly created an intricate web of corporations in order to ignore his bona fide creditors.

25. Absent relief from this Court, Shkreli's control over Retrophin will have been used to perpetrate a wrongful and unjust act toward Catalyst.

**III. Retrophin Is A Successor to MSMB**

26. Upon information and belief, Shkreli milked MSMB's corporate assets siphoning them off to Retrophin. Upon information and belief, MSMB is no longer in business.

27. MSMB's former address –777 Third Avenue, 22nd Floor, New York, NY 10017– is now Retrophin's current address.

28. Retrophin is a successor to MSMB by virtue of its relationship to the Entities. Indeed, upon information and belief, Retrophin was funded, inter alia, with whatever assets remained from MSMB's wind down. Retrophin is a mere continuation of MSMB, and was created to fraudulently escape MSMB's obligations to Catalyst. Not only does Retrophin share MSMB's former place of business, but it is controlled by Shkreli and his multitude of Entities.

29. MSMB's obligations to Catalyst, which were passed to its successor Retrophin, continue to this day. Nevertheless, Retrophin has not paid Plaintiff the $171,500.00 it is justly due pursuant to the Contract.

**AS AND FOR A FIRST CAUSE OF ACTION**
**(Breach of Contract)**

30. Catalyst repeats, realleges, and restates the allegations contained in paragraphs numbered "1" through "29," as though set forth at length herein.

31. Defendants accepted Catalyst's services rendered pursuant to the Contract without notice to Catalyst of any dispute with respect to the same.

32. Catalyst has performed all of its requirements under the Contract.

33. Pursuant to the terms of the Contract, Defendants owe Catalyst $171,500.00 for services rendered.

34. Catalyst has demanded payment in full of all amounts due from Defendants.

35. Defendants have failed and refused to pay Catalyst all amounts due.

36. Defendants have materially breached the Contract as a result of their failure to pay Catalyst all amounts due thereunder.

37. As a direct and proximate result of Defendants' breach of contract, Catalyst has been damaged in an amount not less than $171,500.00, plus attorneys' fees and costs and disbursements of this action.

**AS AND FOR A SECOND CAUSE OF ACTION**
**(Account Stated)**

38. Catalyst repeats, realleges, and restates the allegations contained in paragraphs numbered "1" through "37," as though set forth at length herein.

39. By virtue of Catalyst's presentation of its invoices to MSMB and Defendants' failure to pay or dispute the same, an account stated exists between Catalyst and Defendants.

40. As a direct and proximate result of Defendants' failure to pay the account stated, Catalyst has been damaged in an amount not less than $171,500.00, plus attorneys' fees and costs and disbursements of this action.

**AS AND FOR A THIRD CAUSE OF ACTION**
**(Unjust Enrichment)**

41. Catalyst repeats, realleges, and restates the allegations contained in paragraphs numbered "1" through "40," as though set forth at length herein.

42. MSMB requested that Catalyst perform executive recruitment services.

43. MSMB knew that Catalyst's services had reasonable value.

44. MSMB knew that Catalyst expected to be paid for its services rendered.

45. Despite Catalyst's demands for payment, Defendants have refused to pay Catalyst for the executive recruitment services rendered.

46. By virtue of their failure to pay for Catalyst's services, Defendants have been unjustly enriched in the amount of $171,500.00.

47. As a direct and proximate result of Defendants' actions, Catalyst has been damaged in an amount not less than $171,500.00, plus attorneys' fees and costs and disbursements of this action.

**AS AND FOR A FOURTH CAUSE OF ACTION**
**(Breach of Implied Covenant of Good Faith and Fair Dealing)**

48. Catalyst repeats, realleges, and restates the allegations contained in paragraphs numbered "1" through "47," as though set forth at length herein.

49. Implied in every contract in New York is a covenant of good faith and fair dealing.

50. By accepting the executive recruitment services provided by Catalyst and failing to pay the full amount due thereon, Defendants have breached the implied covenant of good faith and fair dealing.

51. As a direct and proximate result of Defendants' breach of the implied covenant of good faith and fair dealing, Catalyst has been damaged in an amount of not less than $171,500.00, plus attorneys' fees and costs and disbursements of this action.

**AS AND FOR A FIFTH CAUSE OF ACTION**
**(Quantum Meruit)**

52. Catalyst repeats, realleges, and restates the allegations contained in paragraphs numbered "1" through "51," as though set forth at length herein.

53. In performing the executive recruitment services as directed by MSMB, Catalyst provided valuable services to Defendants.

54. Defendants accepted and has benefited from Catalyst's services.

55. Catalyst expected to be paid as demanded by Defendants for performing the consulting services.

56. Defendants are obligated to pay Catalyst for the services rendered.

57. As a direct and proximate result of Defendants' failure to pay for the services rendered, Catalyst has been damaged in an amount not less than $171,500.00, plus attorneys' fees and costs and disbursements of this action.

**AS AND FOR A SIXTH CAUSE OF ACTION**
**(Successor Liability)**

58. Catalyst repeats, realleges, and restates the allegations contained in paragraphs numbered "1" through "57," as though set forth at length herein.

59. Retrophin is a successor to MSMB by virtue of the fact that it was created with the assets of MSMB, is a mere continuations of MSMB, and was created to fraudulently escape MSMB's obligations to Plaintiff.

60. As a direct and proximate result of Defendants' failure to pay for the services rendered. Catalyst has been damaged in an amount not less than $171,500.00, plus attorneys' fees and costs and disbursements of this action.

WHEREFORE, Catalyst demands judgment as follows:

(a) in the amount of $171,500.00, plus attorneys' fees and costs and disbursements of this action for the first cause of action;

(b) $171,500.00, plus attorneys' fees and costs and disbursements of this action for the second cause of action;

(c) $171,500.00, plus attorneys' fees and costs and disbursements of this action for the third cause of action;

(d) $171,500.00, plus attorneys' fees and costs and disbursements of this action for the fourth cause of action;

(e) $171,500.00, plus attorneys' fees and costs and disbursements of this action for the fifth cause of action;

(f) $171,500. plus attorneys' fees and costs and disbursements of this action for the sixth cause of action;

(g) and granting all such other and further relief that this Court deems just, necessary, and proper.

DATED: New York, New York
July 10, 2013

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation

By:______________________
Leo V. Leyva
Jed M. Weiss
Raimundo J. Guerra
Attorneys for Plaintiff,
Catalyst Advisors LLC
900 Third Avenue
16th Floor
New York, NY 10022-4728
(212) 752-8000

TO:

MSMB Capital Management, LLC
777 Third Avenue
22nd Floor
New York, New York 10017

Martin Shkreli
777 Third Avenue
22nd Floor
New York, New York 10017

Retrophin, Inc.
777 Third Avenue
22nd Floor
New York, New York 10017

Case 1:15-cr-00637-KAM Document 615-5 Filed 05/31/18 Page 37 of 38 PageID #: 20241

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

CATALYST ADVISORS LLC,

Plaintiff,

v.

**INDEX NO.** 650384/2013

MSMB CAPITAL MANAGEMENT, LLC,
MARTIN SHKRELI and RETROPHIN, INC.,

Defendants.

**FIRST AMENDED COMPLAINT**

LEO V. LEYVA, ESQ.
Cole Schotz Meisel Forman & Leonard, P.A.
A Professional Corporation
900 Third Avenue, 16th Floor
NEW YORK, NEW YORK 10022-1906
(212) 752-8000
Attorneys for Plaintiff

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

CATALYST ADVISORS LLC

Plaintiff/Petitioner,

- against -

MSMB CAPITAL MANAGEMENT, LLC, MARTIN SHKRELI and RETROPHIN, INC.

Defendant/Respondent.

Index No. 650384/2013

# NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING

PLEASE TAKE NOTICE that the matter captioned above, which has been commenced by filing of the accompanying documents with the County Clerk, is subject to mandatory electronic filing pursuant to Section 202.5-bb of the Uniform Rules for the Trial Courts. This notice is being served as required by Subdivision (b) (3) of that Section.

The New York State Courts Electronic Filing System ("NYSCEF") is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and self-represented parties. Counsel and/or parties who do not notify the court of a claimed exemption (see below) as required by Section 202.5-bb(e) must immediately record their representation within the e-filed matter on the Consent page in NYSCEF. Failure to do so may result in an inability to receive electronic notice of document filings.

Exemptions from mandatory e-filing are limited to: 1) attorneys who certify in good faith that they lack the computer equipment and (along with all employees) the requisite knowledge to comply; and 2) self-represented parties who choose not to participate in e-filing. For additional information about electronic filing, including access to Section 202.5-bb, consult the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center at 646-386-3033 or efile@courts.state.ny.us.

Dated: 7/11/2013

[signature] (Signature)
Raimundo J. Guerra (Name)
Cole, Schotz, Meisel, Forman & Leonard, P.A. (Firm Name)

900 Third Avenue, 16th Floor, New York, NY 10022 (Address)
646-563-8924 (Phone)
rguerra@coleschotz.com (E-Mail)

To: Retrophin, Inc.
The Corporation Trust Co., Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

4/8/11