**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

June 8, 2018

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

On behalf of Evan Greebel, we write to inform the Court that pursuant to its order we have provided our objections and corrections to the draft Presentence Investigation Report ("PSR") to the Probation Department today by email. We also sent a copy to the government by email. Because it is being submitted under seal in connection with a confidential PSR, we have mailed three copies to Your Honor for delivery on Monday. Should Your Honor wish to have a copy prior to Monday, we would be happy to make arrangements to submit by hand and/or by email.

Thank you in advance.

Yours truly,

*/s/ Reed Brodsky*

Reed Brodsky