**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

June 29, 2018

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

We respectfully write to submit an amendment to the submission we filed yesterday, June 28, 2018, concerning our discussion of proposed alternatives to Count Eight loss (at page 26). We proposed a calculation based on the number of shares of Retrophin purchased in the open market between December 17, 2012 and February 12, 2013. We mistakenly used the number of buy-side transactions from the raw bluesheet data, *see* GX 950, as opposed to the total share volume reported by Bloomberg. *See* GX 955. As the government's expert Deborah Oremland testified at trial, the bluesheet data overstates the actual trading volume on any given day, because it includes market maker activity. *See* Trial Tr. 5749:14–5750:12 ("[T]he blue sheet data includes trades that are made by intermediary firms that are called market makers . . . [the data includes] double counting or maybe sometimes triple counting because sometimes the market makers have to get shares from other firms in order to put the buyer and the seller together."). The more accurate number is the Bloomberg-reported figure of an aggregate of 254,440 shares traded in the open market between December 17, 2012 and February 12, 2013, GX 955, and we have filed an amended submission to reflect that change. Thank you for your consideration of this amendment and we apologize for the earlier confusion.

Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky