# EXHIBIT A

**EVAN GREEBEL COMMUNITY SERVICE**

| Years | Activity | Hours per Year | Organization/Beneficiary |
|---|---|---|---|
| 1979-1986 | Raised money for Synagogue | 30-40 | Temple Israel Center |
| 1981-1985 | Read-a-thons | 75-100 | Multiple Sclerosis |
| 1982-1985 | Picked up garbage, recycling drives, volunteered at WP Hospital, sold popcorn | 75-100 | Cub Scouts |
| 1984-1985 | Bike-a-thons | 30-50 | MS |
| 1985-1990 | Repaired walking bridges, made wreaths, sold popcorn, repaired community garden, cleaned river beds, cleaned garbage from streets | 100-150 | Boy Scouts |
| 1987-1989 | Researched and Wrote Westchester County Historical Trail | 100-150 | Eagle Scout Project—earned rank of Eagle Scout |
| 1988-1990 | Hebrew tutoring for child with Special Needs | 80-100 | Westchester Reform Temple |
| 1988-1991 | All-state band for Lions International | 40-50 | Member of the All State Band for the Annual Convention for the New York State and Bermuda Chapter of the Lion's Club International |
| 1987-1991 | Meals for homeless, elderly, gift wrapping for underprivileged children, community Jewish services for soldiers, multiple fundraisers for temple | 100-200 | Westchester Reform Temple |
| 1990 | Attended Presidential Classrooms for Young Americans | 100 | Selected for program due to Community Service |

| Years | Activity | Hours per Year | Organization/Beneficiary |
|---|---|---|---|
| 1990 | Filing intern | 20 | Judge Sondra Miller, Appellate Division of New York State Court Supreme Court, Second Department |
| 1989-1991 | High School Community Facilitator | 20-30 | One of 20 junior/seniors asked to facilitate round table discussions over course of junior and senior years in high school |
| 1990-1991 | New York State Sons of the American Revolution Scholarship Recipient (awarded in part due to my Community Service) | 10-15 | Sons of the American Revolution, New York State Chapter |
| 1992-1994 | Volunteered in law office | 300-500 | Cleaned up files of an attorney that had passed away and related document review |
| 1993-1995 | Organized college wide recruitment campaign for 30-40 campus organizations | 100-200 | University of Michigan |
| 1994-1995 | Helped homeless people develop skills to be employed | 50-100 | H.E.R.O—Flint and Ann Arbor Michigan |
| 1995-1998 | Developed organization for Jewish Young Professionals and Graduate Students in Washington, DC | 75-120 | Washington, DC/Hillel of Greater Washington |
| 1995-1997 | Note Taker for Disabled Student | 400-500 | Disabled student at Georgetown University Law Center |
| 1999-2001 | Provided pro bono legal advice for underprivileged/at-risk students to start new businesses | 40-60 | NFTE (National Federation of Teaching Entrepreneurship) |

| Years | Activity | Hours per Year | Organization/Beneficiary |
|---|---|---|---|
| 1999-2002 | Ran UJA Law Firm Campaign for Associates at my employer—encouraged other associates to donate to UJA New York | 30-50 | UJA New York |
| 2002-2008 | Established and Provided the money to a scholarship at the University of Michigan Hillel for students with an urgent family need | 10-30 | University of Michigan Hillel |
| 2003-2005 | Participated in UJA ELP Training Program to learn how to help UJA and the organizations that it supports | 50-75 | UJA New York training program for emerging volunteer leaders |
| 2005-2012 | On Committee that provided no/low-interest loans to Israeli Arabs, Ethiopian Israelis and Israeli Women to start businesses | 75-100 | UJA New York Loan Fund Task Force—Member and Committee Head |
| 2008-2012 | Analyzed growth and membership metrics, analyzed revenue sources, analyzed performing art opportunities | 30-40 | Lincoln Center Young Patrons Committee, Young Patrons Steering Committee and 2040 Committee |
| 2010-2014 | Quarterly volunteer projects for young families—including toy drives, gift wrapping, food preparation, holiday events | 30-40 | UJA New York |
| 2009-2011 | Volunteered and ran Young Members Committee—charged with planning events to increase membership of professionals under 40 | 20-30 | Association of Corporate Growth, New York Chapter |
| 2011-2015 | Nominating Committee—involved in creation and institutionalization of nominating committee and selected first woman President of ACG New York | 30-40 | Member, 2011-2013<br>Chair 2013-2015 |

| Years | Activity | Hours per Year | Organization/Beneficiary |
|---|---|---|---|
| 2011-2017 | Board of Directors | 50-75 | Association of Corporate Growth, New York Chapter |
| 2010-2014 | Prepare and draft various articles on legal issues (all pro bono) | 75-150 | Various publication—I was neither paid by any nor was I required to do |
| 2013-2015 | Various Bitcoin/virtual currency related speaking engagements (all pro bono) | 30-50 | FBI, Secret Service, ATF, Center for Financial Stability and Various Conferences held by American Conference Institute |
| 2014-Present | Coach 15-30 5-9 year olds in basketball | 75-100 | Scarsdale Youth Sports |
| 2014-Present | Coach 15-20 5-9 year olds in t-ball and little league | 75-100 | Scarsdale Youth Sports |
| 2016-Present | Helping wife start a new business to provide organic and natural food for children | 300-400 | Green Grown Meals |
| 2016-present | Caring Committee—providing food for members in need | 30-40 | Temple Israel Center |
| 2015-present | Assisting in the development of a new not-for-profit out-patient rehab facility in Central New York to serve the local community | 100-200 | Central New York |
| 2018-present | Cook, prep, serve and clean-up meals for homeless and food deprived New Yorkers | 150-200 | Hebrew Union College Soup Kitchen |

**TEACHING COMMUNITY SERVICE TO GREEBEL CHILDREN**

| Years | Activity | Hours per Year | Organization/Beneficiary |
|---|---|---|---|
| 2010-Present | Each child was taught that they need to select one gift from a birthday and 10% of candy from Halloween and donate it to the Ronald McDonald House. The children were then brought to the Ronald McDonald House to make the donation. Currently all 3 of my children do this. | 5-10 | Ronald McDonald House |
| 2011-Present | I gave each of my children a charity donation box (Tzedakah) when they were 2 and discussed the importance of them putting "found" money in the box weekly. The money is then donated to either the synagogue or UJA. Currently, all 3 of my children do this weekly. | 10-15 | Park Avenue Synagogue, Westchester Reform Temple, Temple Israel, UJA |
| 2012-Present | Family giving events at Synagogue, including: make challah, stuff gift bags, visit homes of the elderly | 25-40 | Park Avenue Synagogue, Westchester Reform Temple, |
| 2013-Present | Quarterly volunteer projects for young families— including toy drives, gift wrapping, food preparation, holiday events | 30-40 | UJA New York |
| 2014-Present | Helped my elementary school aged children volunteer at school events | 10-20 | Elementary School |

| | | | |
|---|---|---|---|
| 2017-Present | Helped my children organize and operate a lemonade/baked goods stand and collected hundreds of pounds of dog food and over 100 pounds of other dog supplies (and raised over $15,000) | 100-150 | SPCA of Westchester |
| 2017-Present | Oldest son in Cub Scouts and has baked items and prepared "cookie ingredient jars" to sell with proceeds going to local childrens' charities | 75-100 | Cub Scouts |