## Index of Letters Received in Support of Leniency - Redacted

| Number | Name |
|:---:|:---|
| 1 | Acharya, David |
| 2 | Anfang, Jessica & Mark |
| 3 | Arbeter, Amanda & Eitan |
| 4 | Auerbach, Catherine |
| 5 | Auerbach, Jason |
| 6 | Bass, Matthew & Erin |
| 7 | Bender, Craig |
| 8 | Bennis, Jonathan & Jennifer |
| 9 | Billick, Joan |
| 10 | Blake, Rabbi Jonathan |
| 11 | Braslavsky, Roman & Rohini |
| 12 | Brill, Jaymie |
| 13 | Brill, Taryn |
| 14 | Brookman, Justin |
| 15 | Brooks, Michael |
| 16 | Brown, Jennifer & Nicholas |
| 17 | Brucker, Elizabeth & Benjamin |
| 18 | Burk, Adam |
| 19 | Carnicelli, Evelyn |
| 20 | Cimmino, Noel Aaron |
| 21 | Cimmino, Ilyssa |
| 22 | Cimmino, Vincent M. |
| 23 | Citrin, Charles A. |
| 24 | Citrin, Nancy L. |
| 25 | Citrin, Niles L. |
| 26 | Cohen, Dara |
| 27 | Conrad, Adam J. |
| 28 | Cooperman, Joel |
| 29 | Culang, Brian M. |
| 30 | Damashek, Harris |
| 31 | Damashek, Lara |
| 32 | Dubbs, Nicole |
| 33 | Dvoretz, Ava & Michael |
| 34 | Dvoretz, Brian |
| 35 | Entin, Lisa |
| 36 | Entin, Rob |
| 37 | Farhadian, Leeor |
| 38 | Field, Mark & Mindy |
| 39 | Fields, Lauren |
| 40 | Fina, Brooke & Jeffrey |

| | |
|---|---|
| **41** | Fisher, Mark I. |
| **42** | Forschner, Lindsay & Alex |
| **43** | Forsted, Adam |
| **44** | Forsted, Marissa |
| **45** | Foster, Troy |
| **46** | Friedland, Eric |
| **47** | Gallo, Dave |
| **48** | Gans, Lisa |
| **49** | Gattuso Barbara |
| **50** | Gattuso, Nicol and Steve |
| **51** | Glucksman, James |
| **52** | Goihman, Monique Blanco |
| **53** | Goldman, Katy |
| **54** | Goldring, Todd |
| **55** | Gorman, Jeff |
| **56** | Gorman, Marne |
| **57** | Greebel, Barbara |
| **58** | Greebel, Charles |
| **59** | Greebel, Gennifer |
| **60** | Greebel, James & Marilyn |
| **61** | Greebel, Jodi |
| **62** | Greebel, Lawrence |
| **63** | Greebel, Margaret |
| **64** | Greebel, Robert |
| **65** | Greebel, Rory |
| **66** | Greebel, Shelley |
| **67** | Greenberger, Jessica and Matt |
| **68** | Greenberger, Paul |
| **69** | Greenthal, Brooke |
| **70** | Grossberg, Carly & Doug |
| **71** | Grosso, Suzanne |
| **72** | Gruenberg, Dara |
| **73** | Harrison, Alex |
| **74** | Harrison, Lori |
| **75** | Hartman, Aaron |
| **76** | Hendler, Susan |
| **77** | Hennes, David |
| **78** | Hertzog, Adam |
| **79** | Hertzog, David |
| **80** | Herzog, Kenny |
| **81** | Heyman, Douglas |
| **82** | Heyman, Eva |
| **83** | Hirschel, Seth |

| 84 | Hoffman, Arthur K. |
| 85 | Hoffman, Carol L. |
| 86 | Hsu, Kerry |
| 87 | Jacob, Max |
| 88 | Jacobson, Dana |
| 89 | Jahrmarkt, Chris |
| 90 | Jubelirer, Allison & Ari |
| 91 | Jun, Jason |
| 92 | Karol, Jennifer |
| 93 | Karsenti, Arnaud |
| 94 | Kaufman, Muriel |
| 95 | Keller, Elan |
| 96 | Keller, Jodi & Bill |
| 97 | Keslow, Marc |
| 98 | King, Brian |
| 99 | Kirschner, Rebecca & Mathew |
| 100 | Klein, Dena |
| 101 | Klurfeld, Casey |
| 102 | Lasner, Jonathan |
| 103 | Later, Jill |
| 104 | Later, Michael |
| 105 | Leichter, Stephanie & Kevin |
| 106 | Lesser, Matthew & Erin |
| 107 | Levine, Joseph (and Susan) |
| 108 | Malter, Lisa |
| 109 | Malter, Stefan |
| 110 | Merdinger, Michael |
| 111 | Miller, Alison |
| 112 | Miller, Helaine |
| 113 | Nigro, Mario |
| 114 | Nisman, Ari |
| 115 | Noble, Kenneth |
| 116 | Oliveira, Melissa |
| 117 | Paley, Jonathan |
| 118 | Perelman, Jeremy & Leslie |
| 119 | Perlyn, Eric & Susannah |
| 120 | Plotkin, Lesley |
| 121 | Pollock, Paul |
| 122 | Potack, Julie |
| 123 | Prevezer, Mark |

| 124 | Pristach, Doug |
|-----|----------------|
| 125 | Rabinowitz, Eric and Alexa |
| 126 | Rathbone, Steve |
| 127 | Reemer, Jeffrey and Samantha |
| 128 | Rich, Leonard |
| 129 | Rile, Christopher |
| 130 | Rosen, Jennifer |
| 131 | Rubin, Jon |
| 132 | Saideman, Rochelle |
| 133 | Schapiro, David & Stacie |
| 134 | Schwadron, Stacey Ciulla |
| 135 | Schwartz, Lisa |
| 136 | Schwartz, Murray |
| 137 | Shapiro, Amy |
| 138 | Shapiro, Michelle |
| 139 | Silbert, Barry |
| 140 | Silbert, Lori |
| 141 | Simon, David |
| 142 | Simon, Stephanie |
| 143 | Sinkman, David |
| 144 | Smolkin, Justin & Sharon |
| 145 | Sommer, David |
| 146 | Sommer, Lauren |
| 147 | Sorkin, Laurence |
| 148 | SPCA |
| 149 | Spivack, Steven |
| 150 | Staffieri, Brett |
| 151 | Steinberg, Mike |
| 152 | Stern, Brenda |
| 153 | Straker, Kim |
| 154 | Strauss, Eric |
| 155 | Strauss, Stacey |
| 156 | Sugar, Michael |
| 157 | Sugarman, Ian |
| 158 | Sussberg, Joshua |

| | |
|---|---|
| **159** | Sussman, Harold |
| **160** | Swasey, Elise Citrin |
| **161** | Swasey, Ted |
| **162** | Tauber, Matthew |
| **163** | Tavori, Avner |
| **164** | Tolchin, Susan |
| **165** | Trief, Gary |
| **166** | Weinberg, Marin & Brad |
| **167** | Weiser, Dan |
| **168** | Weiser, Robert & Ricki |
| **169** | Weiser, Shelby |
| **170** | Weiskopf, Lisa |
| **171** | Weiskopf, Mike |
| **172** | Weitzman, Elaine |
| **173** | Weitzman, Jessica |
| **174** | Wiczyk, Dana |
| **175** | Wiczyk, Omer |
| **176** | Winston, Dale |
| **177** | Winston, Peter |
| **178** | Winter, Scott |
| **179** | Wohlstadter, Erica |
| **180** | Wolf, Adam |
| **181** | Zaitchik, Amanda |
| **182** | Zombek, Lawrence |

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I am writing to you to ask for leniency on behalf of Evan Greebel.

I have known Evan for about 10 years and have always respected his legal counsel. Several years ago, when my firm was at a nascent stage and trying to find office space, Evan generously offered office space at Katten Muchin & Rosenmann. Furthermore, he offered that he was willing to discount his legal services and offer introductions to parties that might help us in our development. Evan served as one of the primary attorneys my firm used in a variety of matters relating to mergers and acquisitions and financings from 2013 to 2016. During this time, I got to know Evan and understand his commitment to his practice of law and his clients. In each instance of any legal engagement I provided to Evan, he provided sound and cautious legal advice.

I also appreciated that Evan always strived to "add value" for us as a client by going above and beyond in his willingness to deliver high quality legal services as well as help us with our goals of networking with potential investors and sourcing investment opportunities. This was uncommon for lawyers to do and in many respects, should command a "price premium", however, Evan was also attentive to our interests as a cost sensitive client. At times, even though there may have been an opportunity for Evan to charge significantly higher billings, he made concessions and advocated for our interests, even if that meant lower revenue for him. I can also recall a few instances where specialized expertise was required and Evan recommended that I seek the counsel of other experts as opposed to engaging him. I appreciated that Evan was not trying to maximize his personal revenue despite the fact that he had helped us greatly with respect to the office space, and had made numerous billing concessions already. I recall a particular transaction, where Evan was very thoughtful on his deal structuring advice that protected our interests and investors. In this transaction, Evan ultimately advised us to not proceed with the investment despite the material revenue opportunity it provided for him after our team discovered certain concerns in due diligence. Evan was very much interested in our success, and we respected that enthusiasm.

Additionally, over the past 10 years I have consistently networked with him Evan within the middle market deal making community. Prior to the events at issue, I heard similar stories from my peers of how Evan had assisted them in various transactions. Over these years, I have come to respect Evan as a family man of three kids, a loving husband and supportive family member to many of his relatives and community. On a personal note, Evan recruited me to the Board of Directors of a middle market deal making association where we hold 55 events a year attracting a national audience of over 8,000 attendees of dealmakers from private equity, legal, accounting and other transaction advisors. In addition to his board responsibilities, Evan also chaired the nominations committee which recruited the first female president in its 60-year history. I also have attended numerous events for this organization where Evan served on public panels to discuss certain topics related to deal making in the middle market and always provided conservative commentary.

I would like to thank you for taking the time to read my letter. We remain 100% confident that your ruling will be the correct and just ruling and thank you for your commitment to our community through your impeccable service as a judge. I ask only that you consider all of the contributions Evan has made during his career and give due consideration to the progress and rehabilitation that has occurred.

Cordially,

David Acharya
AGI Aura LLC
Authorized Signatory

The Honorable Kiyo A. Matsumoto
United States District Judge Eastern District of New York
225 Cadman Plaza East Brooklyn, NY 11201

Dear Judge Matsumoto:

First, I want to thank you for taking the time to read this letter. I recognize the case has concluded and your time is valuable. I have known Evan for six years since moving to Scarsdale with my wife, Jessica. Evan and I have two kids that that overlap in age and attend the same school.

I have had the opportunity to get to know Evan, his wife Jodi and his three kids through school, athletic, religious, and social events in town. The most important takeaway I would like you understand is that Evan is a very positive contributor to our community. He has been a positive influence on his kids as well as others in the community. Evan is a constant face at the kids functions, sporting events, and religious gatherings. My son███ and Evan's son███ have grown very close over the past three years. Evan is at all of ███ ; activities, whether at football, basketball, or lacrosse. Evan is a staple at all their events. He is a positive role model for the kids, constantly pushing them with positive reinforcement. His positive and reinforcing attitudes has translated into very respectful and well-rounded kids. ███ and███ are great kids who are kind, inclusive of others, and respectful of teachers and parents. I really believe the best reflection of us as parents and people is how we raise and teach our children. In this sense Evan and Jodi have succeeded and are clearly doing something right that a lot of us in the community can benefit from being around. I think my children will be become better people being around Greebel's children. As a parent that is highest compliment I can give someone.

Again, I appreciate your time reading this letter, I hope I have been able to give you some insight into a side of Evan you may not have had the opportunity to see. Evan and Jodi are a positive influence in the community; their incredible children are glimpse into the people they are. We are lucky to have them as a part of our lives.

Sincerely,

Mark and Jessica Anfang



April 22, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

We are writing you this letter to request leniency in your sentencing of Evan Greebel in the case of *The United States of America v. Evan Greebel*. We have known Evan and his wife, Jodi, for over 8 years. Our children, ███████████, are best friends with the Greebel's kids, ███████ ████████ and we have become social friends over the years as our family activities overlapped. We were shocked the day Evan was taken into custody in 2016 and devastated upon reading the verdict delivered by the jury during the holidays of 2018.

We do not know the Evan Greebel portrayed in the media and vilified by the prosecution. We know Evan as a loving husband and an engaged and attentive father. We can't remember the last sporting event or "Bring Your Special Person to School" day that Evan was not present for, patiently sitting on his knees making an art project with his daughter or throwing batting practice to his two sons. He devotes a significant amount of his time to his family and relishes in the joy of their lives. Even with the tremendous stress associated with this trial that he has faced over the past two years, Evan was always present with the same pleasant demeanor and gracious spirit. Evan and Jodi have created a wonderful family and have raised their kids to be nice, respectful young individuals. Despite the jury's verdict, we beg you to not only think about Evan at this time of sentencing but also to take into consideration the lives of his wife, Jodi, who has had her world turned upside down or his kids, who thus far have been shielded from the negativity of this case and to whom losing their father for a significant amount of time would be a devastating outcome. Please think about all the lives impacted rather the outcome for one individual.

We appreciate your consideration of our plea and hope you can find it in your heart to show leniency in this case.

Sincerely,

Eitan and Amanda Arbeter

Catherine Auerbach

May 1, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto,

The morning I woke up and heard one of our friends had been arrested was devastating for me. I know Evan and the way he was portrayed in the press was not the man I had come to know and truly care for. I don't understand the nuances of the case but that is not why I am writing. I am writing to tell you that the Evan Greebel I know is a kind man and so important to me that we named our third son the same as his oldest. What started out as a joke a few months before he was born ended up being a lifetime impact on me and my family.

The Evan I know is funny and quick to the punchline. I adore his wife and his children and see how they adore him back.

The Evan Greebel I know got me to go to the Capital Theatre to watch an 80s cover band when I would never have thought of doing such a thing. The irony is that Evan had planned this evening with us to help me get over some personal set-backs in life. When we made the plans, we had no idea what Evan would be facing when it came time for the concert. Yet, not 5 weeks after his arrest, Jodi and Evan insisted that we still go and they focused on my issues not theirs. The fact is that Evan is one of my husband's best friends but he and I developed our own rapport over the years. In that time I have come to love Evan like another member of my extended family. The morning of his arrest I cried for Jodi and their children. On the day of the verdict, I did not cry and resolved to be strong for my friends.

I know Evan in a very different way than most. I am the wife of his friend but funnily enough over the last 10 years I realized Evan always treated me like my own person and respected me for what I had accomplished in life. We have discussed philosophy on how to raise our children and that is what made me fond of Evan and eventually one of his biggest fans. Evan always respected me while other husbands treated me like another wife. Evan was even willing to talk to me about issues I didn't always understand. He was caring and compassionate. I realize through these events that while our families are quite close, Evan is my friend, a great friend. Nothing breaks my heart more than thinking there could be a day apart from his children. Evan Greebel may have done something wrong but he deserves a second chance. He deserves to be with his family. The verdict will follow him all of his life. Please don't take that life away. Please show Evan mercy because we as a society are better than that.

Respectfully,

Catherine Auerbach

Jason Matthew Auerbach

May 1, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto,

Evan has been one of my closest friends for the last 10 years and I am writing to ask that you consider his character when he is sentenced later this year. Evan is a friend, a client (I am residential mortgage banker) and in fact I am proud to say he was my attorney on several matters. My love and respect for Evan run very deep along with my affection for Jodi,                                      .

When I learned of Evan's arrest, I was devastated for Evan and his family. Knowing Evan as well as I do, the only word I can use is shock. I was on the phone with his wife within minutes expressing our support and our availability to help in any manner. In the over two years that this case moved forward I saw Evan several times a month to show him our support. My wife and I have dinner with them regularly and our children remained a constant presence in the family's life. I have told Evan and Jodi that our family will be there for them no matter what. We showed that support by attending several days of the trial and spoke with the family a mere few hours after the verdict. I saw Evan a few days later and make it a point to speak with him weekly and see him as often as possible. No matter the outcome of the sentencing, our family will be with his family and Evan will not be left alone by us.

Our family and I in particular will always be there for Evan because he is a friend and someone I trust implicitly. I have seen Evan at some of his most intimate moments and know the man who loves his family and friends. Evan is honest and I have seen it both in his personal life as well as his business life. My bank once retained Evan and his firm to represent us on a lending transaction. When the borrower messed up the bill and over paid Katten, Evan advised everyone of this mistake and ensured it was corrected. He worked with the borrower to ensure a smooth closing. My bank was especially proud to work with Evan due to his honesty and forthrightness.

As a side note, I wanted to mention something that came up during the trial, specifically the clause in the CEOs employment agreement about being let go if the client is convicted of a felony. In 2010, I was negotiating my own employment agreement when Evan referred me to one of his partners at Katten. That partner included the exact same clause in my employment agreement. Based on the advice I received from his partner, I have always believed that to be an appropriate clause. Imagine my surprise when I was sitting in court that day and the prosecutor claimed the clause inappropriate.

They say you see the real character of a man on the golf course and again Evan was always a man of character. Many years ago I was playing in a golf tournament with Evan where our opponent was clearly cheating, but Evan's even keel and presence kept everyone calm. What I found about Evan was that

when I was around him he did the right thing for the right reason and was never once doing it for show. He acted the same why in private. I have spent hours with Evan discussing our children and how we raise them and how we deal with adversity. Evan is fiercely loyal to his family and seeing his children you would know what an amazing person he is. Evan has not gone a day where I have not seen countless friends and family surround him, Jodi and the kids – that is a testament to the man Evan has become within his community.

Your honor, following his arrest, Evan has been trying to figure out the next steps in his life. While he will never be able to practice law again, Evan's concern for the future is not for himself but for his family. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ deserve to grow up with their father in their lives. Whether it is coaching baseball or watching a ballet recital, Evan is the rock of his family. Due to the shocking and terribly sad death of her brother, Jodi has had to rely on Evan in unimaginable ways. ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. No matter what work Evan did over the last 10 years, you always knew his family came first and I hope that you will show him the compassion this world so dearly needs to see in today's environment.

Your Honor, I do not think Society will benefit if Evan goes to jail. In fact, I believe Society will be worse off if Evan is taken away from his loved ones – all of us. I hope you will show him extreme leniency. I know I shudder at the thought of not being able to call my friend whenever I want or being able to get all our families together. Evan is a good man. I hope you will consider that when you consider his sentence.

Respectfully yours,

Jason M. Auerbach

April 30, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

We are writing to urge leniency in the sentencing of our friend, Evan Greebel. My wife Erin and I have known Evan since 2012 when our son ▮▮▮ was in the same preschool grade as Evan and Jodi's oldest son ▮▮▮▮. Since then, our friendship with Evan, Jodi and the entire Greebel family has grown – especially following their move to Scarsdale four years ago. Over this time, Erin and I have gotten to know Evan well: as a welcoming friend, a devoted member of the Scarsdale community, and a "Fantasy Football Commissioner," among other ways. Set forth below are some additional thoughts describing how we know Evan.

Welcoming friend. Erin and I don't have family in the immediate area and are often in Scarsdale for the holidays including Thanksgiving, Passover, Yom Kippur, etc. Evan welcomes us and others into his home as if we were family. It's never too short notice, too many people or too late – we always feel welcome in the Greebel house like we are family.

Devoted member of the community. Most fathers attempt coaching their kids in Little League at some point but few do it with the devotion and patience that Evan demonstrates. ▮▮▮ and ▮▮▮▮ were on the same Little League team last Spring that Evan coached. Evan would lead practice every Sunday morning at Quaker Ridge and always introduced new drills for the kids to enjoy and learn more about the game. Evan would pay unique attention to all the kids on the team, focusing on their specific needs and how to help them improve and making them feel like they were part of the team.

Fantasy Football Commissioner. For the past two years, Evan has tirelessly organized the Fantasy Football League for our boys and their group of friends. This is a great father-son bonding experience but also brings the boys closer together and is an event they can look forward to each year. With a group of more than twenty kids, it's not easy to be inclusive but Evan goes out of his way to make sure we have a draft time that works for as many kids as possible. These events wouldn't be the same without Evan's devotion and inclusive mindset.

These are just three examples how we have gotten to know Evan and all underscore some of his personal attributes.  Thank you for your time and consideration and any leniency you can offer with respect to Evan's sentencing.  Such decision will not be regretted based on his personal attributes.

Sincerely,

Matthew Bass

Erin Bass

May 1, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I am writing to you on behalf of my friend Evan Greebel. My name is Craig Bender
and I have known Evan for the past 25 years. It is important to me that you know
that Evan's recent legal issues have in no way changed my opinion of him as a good
friend, loving husband and father, and valuable member of our community. Evan
deserves as much leniency as possible in his upcoming sentencing.

Evan and I met at the University of Michigan where we were both members of the
same fraternity. At the time, Evan was highly respected amongst his peers and
volunteered much of his time as a leader and officer of our fraternity organizing
social and charitable events. Evan still maintains many strong friendships from his
time at Michigan.

After Evan's time at Michigan, he went on to law school and to a successful career as
a lawyer. Evan was known as a hard worker and a skilled tactician. His colleagues
admired him and his work was highly valued by his clients.

Today, Evan and I live in the same town. I see Evan and his family at social
gatherings and at our local synagogue, where they are active members. Evan is an
active participant in his children's lives and is a hands-on and attentive parent. His
family is well liked in the community.

My letter as well as the others you will receive on Evan's behalf should give you
comfort in providing Evan the utmost leniency in his sentencing. Should you choose
to do so, it is a decision that you will undoubtedly not regret.

Sincerely,

Craig Bender

## JONATHAN & JENNIFER BENNIS

███████████████

April 27, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     Evan Greebel

Dear Judge Matsumoto:

We are writing to you in support of our friend, Evan Greebel. Our families have known each other for 10 years as members of Fairview Country Club. Over this period of time, we have socialized often with Evan and Jodi while watching all of our children grow up together. The Greebel's are a valued and active part of the Fairview community which we regard as family.

We deeply feel that Evan is a valued and positive member of not just our community, but society in general. We have witnessed first-hand how Evan has prioritized his family and friends. When trying to schedule any social events with Evan, he is clear that his time and responsibilities with his family with come first. Additionally, Evan has always been warm and welcoming - frequently asking me to join in (whether a golf group or a family dinner together), we have always felt welcomed and included.

Evan has always had a positive impact on everyone around him from our direct experience with him. For these reasons, we would like to respectfully ask for your leniency when considering Evan's sentence. We have seen for over a decade how Evan has positively influenced his family and his community - we believe that a lenient decision would not be regretted.

Your time and consideration in this matter are truly appreciated. Thank you in advance for your thoughtful decision and please know that the sooner that Evan can return to his family and friends, our local community will greatly benefit.

Sincerely,

Jonathan and Jennifer Bennis



EST. 1911

**Douglas Elliman**
REAL ESTATE

575 Madison Avenue
New York, NY 10022
Office: 212.891.7000 | Fax: 212.891.7209
www.elliman.com

May 1, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Mr Evan Greebel

Dear Judge Matsumoto,

I am delighted to write a letter in support of Mr. Evan Greebel. What started out as a business relationship in 2007 has become, over the years, a close personal friendship with Evan and his family.

I would like to introduce myself to the Court. My name is Joan C Billick, I am a real estate broker in Manhattan and have been selling residential real estate in Manhattan for 31 years.

I was introduced to Evan in 2007 when he became engaged to his wife Jodi. Jodi's parents had been customers of mine for years before that. I was asked to assist Jodi and Evan in finding and purchasing a home for them that year, and again a few years later after their son ███ was born. Over the course of their two searches, and the corresponding closing processes, I got to know Evan quite well. At all times he was polite, professional and most accommodating. He always deferred to my professional expertise throughout the entire process and was most appreciative of my assistance. Although the process of purchasing an apartment can be overwhelming and stressful, Evan always displayed patience and a wonderful sense of humor in order to reach his goal for his family who he obviously adored.

Over the last several years, my relationship with Evan and Jodi has grown from a business relationship to a personal and close friendship. Evan and Jodi have a loving relationship as husband and wife and are parents to three beautiful children. Evan and Jodi are loving, caring and devoted parents. Having been invited to and attended numerous holiday and family dinners and celebrations in their home, I have always observed Evan to be completely devoted to his family. He is generous and always most welcoming. Evan is understandably very proud of his family and the life that he and Jodi have built together.

I hope this letter, which is very supportive of Evan, will convince the Court to show Evan leniency at sentencing. In my opinion, a show of leniency would be appropriate and would not be regretted by the Court. I hope the Court will find this letter informative and give the Court some insight as to Evan Greebel's fine character. If the Court requires any additional information, please contact me.

Sincerely,

*Joan C Billick*

Joan C Billick

**JOAN C BILLICK**
LICENSED ASSOCIATE REAL ESTATE BROKER
DOUGLAS ELLIMAN REAL ESTATE
Chairman's Circle Platinum and Gold Award Recipient
DIRECT: 212.350.8005
OFFICE: 212.891.7000
MOBILE: 917.783.5944
FAX: 212.521.4529
Joan.Billick@elliman.com

© 2018 DOUGLAS ELLIMAN REAL ESTATE. ALL MATERIAL PRESENTED HEREIN IS INTENDED FOR INFORMATION PURPOSES ONLY. WHILE, THIS INFORMATION IS BELIEVED TO BE CORRECT, IT IS REPRESENTED SUBJECT TO ERRORS, OMISSIONS, CHANGES OR WITHDRAWAL WITHOUT NOTICE. ALL PROPERTY INFORMATION, INCLUDING, BUT NOT LIMITED TO SQUARE FOOTAGE, ROOM COUNT, NUMBER OF BEDROOMS AND THE SCHOOL DISTRICT IN PROPERTY LISTINGS SHOULD BE VERIFIED BY YOUR OWN ATTORNEY, ARCHITECT OR ZONING EXPERT. EQUAL HOUSING OPPORTUNITY. EQUAL HOUSING OPPORTUNITY. ⌂ EQUAL HOUSING OPPORTUNITY



## WESTCHESTER REFORM TEMPLE

JONATHAN E. BLAKE
Senior Rabbi

JILL ABRAMSON
Senior Cantor

DAVID E. LEVY
Associate Rabbi
Jewish Learning Lab Director

AMANDA KLEINMAN
Assistant Cantor

DANIEL REISER
Assistant Rabbi

MIA FRAM DAVIDSON
Adjunct Associate Cantor

RICHARD J. JACOBS
Rabbi Emeritus

•JACK STERN
Rabbi Emeritus

ELIANA FISCHEL
Rabbinic Intern

ELI KORNREICH
Executive Director

SUE TOLCHIN
Director,
Early Childhood Center

MARCY R. HARRIS
President

JOAN FRANKLE
NANCY MICHAELS
MICHAEL OSTOW
. ERIKA RUBLIN
SCOTT SILBERFEIN
Vice Presidents

FRANKLIN SPEISER
Treasurer

ELAINE ROSENSTEIN
Secretary

HOWARD BERK
BARRY CITRIN
LEAH DEMBITZER
LISA EISENSTEIN
MARCY ENGEL
GIL FISHMAN
SHARON FORMAN
KRISTIN FRIEDMAN
LORI GERTZOG
MICHAEL GORELICK
HELENE GRAY
ADAM GROSS
DARA GRUENBERG
WARREN HABER
SARA LEVINE
JON MARK
JAY MUSOFF
ELLEN RABINA
MICHAEL ROSENTHAL
DAVID SHUSTER
VIVIAN SKLAR
BEN ZIPURSKY
Trustees

SUSAN GROSZ
CAROLE PRINCER LEVY
Co-Presidents,
Women of Reform Judaism

JEFFREY UNDERWEISER
President, Men's Club

WILLIAM A. BLUMSTEIN
HELENE GRAY
AMY LEMLE
LISA R. MESSINGER
MARJORIE L. MILLER
WILLIAM S. MILLER
ELLEN SUNNESS

•ROSEMARY BERDON
•IRVING BERKELHAMMER
•JOSEPH BERNSTEIN
•NORMAN L. BLUMSTEIN
•IRVING H. ISAAC
•DR. ROWLAND L. MINDLIN
•CLIFFORD H. RICH
•ALFRED RONALD
•ULRICH SCHWEITZER
•SEYMOUR SIMS
•EDWIN.J. STEEFEL
•RALPH WIENSHIENK
•DR. MILTON M. ZARET
Past Presidents

•deceased

April 26, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Mr. Evan Greebel**

Dear Judge Matsumoto:

I am writing on behalf of Evan Greebel, in the hope that you will consider this attestation in furtherance of his demonstration of his good character and his positive involvement in his civic and religious community, as well as his devotion to his family—including two aging parents, a wife of ten years, and three young children.

I am the senior rabbi of Westchester Reform Temple (WRT) in Scarsdale, New York. Ours is the largest Jewish house of worship in Westchester County. Evan's family has affiliated with WRT for close to forty years. He was raised in our congregation, celebrating both Bar Mitzvah and Confirmation here, and was an officer in our temple Youth Group. As a teenager, he received the *Ner Tamid* award, the highest distinction of merit for Jewish Boy Scouts. His parents, Barbara and Charles, continue to affiliate and are active in temple life, participating in weekly Shabbat services. I have known them for 15 years. It has always been evident that this is a particularly close-knit and caring family.

Dedicated service to the Jewish community has been a theme throughout Evan's life. His brother Rob and he set up a scholarship at the Hillel of the University of Michigan. During law school, Evan established a Jewish Group for Graduate Students and Young Professionals through Hillel of Greater DC. He was active in the New York City chapter of the UJA-Federation, going through their Emerging Leaders training and eventually serving as the chair of the Loan Task Force which provided low- or zero-interest loans to underprivileged populations including women in Israel, Arab Israelis, and Ethiopian Israelis.

When Evan and his own family moved back to Scarsdale in 2014, they promptly joined WRT and enrolled their son ███████ in our nursery school. Last year, his daughter ████ began in our ██████████ program. Evan and his wife Jodi are deeply invested in their family's Jewish heritage and education and are hands-on parents in all manner of temple activities, especially those that serve others, such as our regular drives that provide food and necessities for disadvantaged members of our wider community. They have continued to give back to others through their

involvement in UJA-Federation of Westchester. Additionally, Evan volunteers at the weekly soup kitchen of the Hebrew Union College in Manhattan, which provides New York City's homeless and hungry with a hot meal served with the kind of hospitality and attentiveness more commonly associated with nice restaurants.

Evan is a courteous, caring, and upstanding member of our community. He has been a pillar of support for his wife Jodi since the tragic death of her brother in 2015, ████████████████████████ ;
████████████████████████ And, of course his young children adore him and rely on him. His absence would have a devastating impact on his family. In my role as the congregation's spiritual leader, I would ask you to consider the needs of Evan's family as you evaluate his case. In such evaluation, I hope you will consider this letter favorably.

If I can be of assistance to you, please do not hesitate to reach out. You can email me at ████████████████████ or call me at Westchester Reform Temple, 914.723.7727.

With *shalom* - in peace,

Jonathan E. Blake

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Judge Matsumoto:

My husband, Roman Braslavksy, and I live in Scarsdale, NY. Roman works in real estate investing for GI Partners in Greenwich, CT and I am an advertising and marketing consultant.

Roman and I are friends and neighbors of Evan Greebel. His middle son, █████, and our older daughter were together at ██████████████████████████ and are now together in ████████ at ██████████████████ Evan's daughter, █████, and our son are together in the █ program at ████████████████. We have spent countless hours with Evan and his wife socializing, on the sidelines of soccer games and volunteering together at school events.

Evan and Jodi were some of the first people that we met when we moved to Scarsdale over three years ago. Evan and his family were very welcoming to us. In fact, they are known throughout our community as friendly, kind and always ready to help. Evan offered himself immediately as a resource to us as newcomers to town. Advice, recommendations - whatever we might need - Evan and Jodi were around the corner if we needed anything.

My husband and I have been with Evan at countless birthday parties where he goes out of his way to not only carefully attend to his children, but also to listen and take care of anything that any child around him needs. As that example would indicate, he is a kind, attentive and supportive father and husband who is incredibly involved in everything his children do.

We are aware of Evan's current legal situation and still fully support him because we know everything above to be the truth about his strong character and values. We ask you, Judge, to please be lenient in his sentencing. My husband I believe that you will not regret this decision.

Thank you for your time and consideration,

Roman + Rohini Braslavsky

The Honorable Kiyo A. Matsumoto
United States District Judge Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I am very lucky to say that I have known Evan Greebel for over ten years. Evan is the husband of my dear friend, Jodi, who I have known for over 25 years.

You cannot find people who are better than Evan and Jodi. They have hearts of gold and are the most generous friends you could ever ask for. When both of my parents passed away back to back over the last ten years, Evan and Jodi were there to help pick my family and me up. When my parents passed unexpectedly, I didn't have a family home to spend the holidays. Evan and Jodi immediately welcomed me into their home with open arms and have become my "new family." In addition, I had many challenges with finding a new apartment during some very difficult personal times, and Evan and Jodi put me in touch with people who were able to help on all fronts. They are always selfless with their time and I feel very blessed to have them in my life. When you walk into Evan and Jodi's house, you can feel the immediate warmth that surrounds them, their family, friends and loved ones. They are people who others want to be around. I cannot think of more caring, thoughtful or sincere individuals.

Over the years, I've also had the pleasure of getting to know Evan and Jodi's three young beautiful children. They are charismatic, polite, and genuine – direct reflections of their amazing parents, Evan and Jodi. Like their parents, Evan and Jodi have instilled their kids with morals, great work ethics, and integrity in everything that they do.

Despite Evan's Legal situation, I fully support Evan and his family – Evan and Jodi are two amazing people who make my life so much better.

With very warm regards,

Jaymie L. Brill

April 2018

The Honorable Kiyo A. Matsumoto
United States District Judge Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I have had the pleasure of knowing Evan Greebel for over 10 years, ever since his wife,
one of my dearest friends, fell in love with him. I have known Evan's wife, Jodi, since we
were 12 years old. Jodi is one of the kindest and most generous people I know: she has a
heart of gold and only surrounds herself with others that possess these qualities. So when
she told me Evan was the man she wanted to spend the rest of her life with, I had no
doubt that Evan was a man of the highest level of integrity, kindness, and honor. Jodi is
what you call a 'good egg' (in fact, she's the best egg), and in Evan she found her match.
Over the years, as I got to know Evan, and his character, it reminded me of all the reasons
I gravitated toward Jodi when we first met.

Evan and Jodi both come from wonderful families, raised by great parents who instilled
in them only the highest level of morality and values along with an incredible work ethic.
They were raised to treat others they way you would like to be treated, raised to know the
difference between right and wrong, raised to be good people, raised to have a moral
compass that guides them in everything they do. They are raising children with these
same qualities, and our world is better for it.

Sadly, I recently lost both of my parents, in their early 60s, to cancer back to back.
Needless to say, the holidays have become a very difficult time of year. Evan and all of
the Greebels welcome both my sister, and me every year into their home and treat us like
family members. It's the Greebel way. Evan always makes us feel comfortable: what's
theirs is ours. It's a rare occurrence to go to a "friend's" house, and feel like family.
That's what it means to know Evan and his family. Evan is gracious, giving, thoughtful,
and most of all a good person. I always say you can tell so much about a person by the
children they raise: how their kids behave and treat others. The three Greebel children are
being led by the incredible example of Evan and Jodi and it's such a joy to watch. They
are truly special, good-hearted children, filled with kindness - undoubtedly a testament to
Evan and their mom.

Finding friends who are real, honest, true, loyal, and stand up for what's right is not easy
to find. If you can find a handful of people in your lifetime who possess these traits,
(again, 'good eggs') consider yourself lucky. I am blessed because Evan is one of those
people. I am undoubtedly a better person for knowing both Evan and his wife, Jodi, and
proud to call them friends who have become my family.

With warm regards,
Taryn W. Brill

Justin Brookman



May 5, 2018

Judge Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Evan Greebel

Dear Judge Kiyo A. Matsumoto:

I am writing today to urge leniency in the sentencing of Evan Greebel.

My name is Justin Brookman, and I am a public interest lawyer working in Washington DC to protect individual rights and to hold institutions accountable for their actions. Previously, I worked at both the Federal Trade Commission and the New York Attorney General's office bringing enforcement actions against companies engaged in deceptive or fraudulent business practices. I write this letter in my personal capacity.

I first met Evan as a summer associate at the law firm Fried Frank Harris Shriver & Jacobson in 1997. Having grown up in Irmo, South Carolina, a New York law firm was a completely foreign world to me. Despite our completely different backgrounds, Evan was always incredibly kind to me and helped me to navigate my way through law firm life (until I could repay my student loans and leave). I absolutely could not have lasted as long as I did without Evan.

Probably the most notable thing about Evan is his intense commitment to his family. Evan talked about his family constantly and always spent much of his free time with his parents and siblings (when working at the law firm, we teased Evan about his insistence at living with his parents in Scarsdale). These deep ties were only strengthened after Evan and Jodi got married and had children. Evan and Jodi were also very supportive of my own family; for instance, they went out of their way to throw a baby shower for me and my wife in their Upper East Side apartment, despite knowing few of our close family members. Evan's family is his identity, and I am sure it is crushing to him that this case has brought disrepute to his family name.

Judge Kiyo A. Matsumoto
May 5, 2018
Page 2

I strongly believe that there is a lack of accountability in these times, and far too few persons of privilege are held accountable for wrongdoing. However I think it is important to note that Evan did not engage in these actions *for himself*; rather, I believe that he gave the advice that he did out of a desire to help the company that he was representing. Unfortunately, Evan had the extreme bad luck of working for a preternaturally villainous individual in Mr. Shkreli. Evan's professional career is over, and for people outside his family and friends, his work for Mr. Shkreli will always define him. However, we that know him know that he is fundamentally a sensitive, devoted, and kind person; for the sake of his family, but also for my friend, I urge you to consider a lenient sentence.

Sincerely,


Justin Brookman

May 8, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I write to you on behalf of Evan Greebel. I had the opportunity of getting to know Evan
when he was a student at The University of Michigan where I was the Executive Director
of University of Michigan Hillel for more than three decades, part of which time I also
served as the Jewish chaplain at the Federal Prison in Milan, Michigan. While I am aware
of the conduct that led to his conviction, the Evan Greebel I knew was in every way what
we call a mensch, and a very solid one. He helped to establish a fund for students who
needed to travel home for family emergencies who might otherwise not have been able
to do so, and was someone everyone could count on. While I fully understand why we
are all accountable for our wrongdoings, I also know the good that he has done and is
capable of doing. Evan has much to give back to our society and I ask that you weigh
this when making your sentencing decision.

Sincerely,

Michael Brooks

Jennifer & Nicholas Brown

April 30, 2018

The Honorable Kiyo Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Evan Greebel

Dear Judge Matsumoto:

Please accept this letter on behalf of our friend, Evan Greebel, as we respectfully ask
for leniency in connection with his sentencing. We have known Evan and his family
for nearly ten years, initially making his acquaintance at Fairview Country Club in
Greenwich, Connecticut.

Over the years, we have seen Evan evolve as a devoted father to his children and
caring husband to his wife, Jodi. This attention to his family has remained
unwavering over the years, through good times and the more trying ones recently
experienced. His steadfast loyalty as a friend has also been a constant, as evidenced
by the strong support he has received during his recent challenges.

We write this letter to respectfully request leniency on Evan's behalf. We hope that
his strong family values and countless contributions to his community will be
considered during his sentencing.

Sincerely,

Jennifer Brown

Jennifer & Nicholas Brown

April 30, 2018

Family and Friends of Evan Greebel
Re: Character and Leniency Letter

Dear Judge Matsumoto:

My name is Elizabeth Brucker, and along with my husband Dr. Benjamin Brucker, we want to express our sincere belief that Evan Greebel deserves leniency with regard to his sentencing. Ben and I have known Evan for the past 8 years. We met in New York City after both having our first kids at around the same time and quickly became friends.  Four years later, we followed each other to Westchester and have remained close family friends. Our ███████ son ████████ and their █████████████ son ██████████ have been best friends since birth. We have raised our kids together, side-by-side and look up to the Greebls as parents and as role models. Our kids were in a weekly playgroup together where we shared important milestone. First steps, first words. We have very fond memories of raising our kids with Evan and Jodi.

We have spent a lot of time with the Greebel family; from birthday parties, to the soccer and lacrosse fields, to skiing weekends. Evan is front and center coaching and cheering on all of the kids, giving them the confidence and motivation they need to succeed. He connects with kids, always making them laugh and sharing in their good time. He is always taking his kids to their next activity, sharing in their joy. It makes him happy when he can watch his kids thrive. We have raised our kids together and observed Evan to be a devoted, loving, hands on dad who would do anything for his kids, his family and his friends. Any time that he is taken away from his family just isn't fair. His kids adore him, look up to him, and need him in their lives and they don't deserve to be punished.

Evan is also an integral part of our community. We attend the same Synagogue in Scarsdale (Temple Israel Center) where Evan is an involved congregant. We have spent many Friday evening Shabbat services with our kids, helping to instill important Jewish values and traditions, which is something that is very important to Evan. Evan has demonstrated the importance of giving back to the community when he brought his kids to volunteer at a UJA event in the Bronx, at a facility where his grandmother used to live. My husband and Evan spent the afternoon with senior citizens, playing card games and chatting with them, which I'm sure was a real bright spot in their otherwise lonely day. He was not just telling his children how to be charitable but showing them first hand. Volunteering and helping others is important to Evan. It is experiences like these that he wants to continue to share with his kids. Shaping them to be good-natured, honest, generous people just like their Dad.

Not only is Evan a loving father, and friend he is a devoted husband to his wife Jodi, our very dear friend. Jodi is one of the most kind, genuine, sincere and thoughtful individuals that we have ever met. There are not enough adjectives to describe the incredibly strong, resilient, brave person that she is. Jodi and her family suffered tremendously after the

very tragic loss of her brother Mark. Evan was right there by Jodi's side, supporting her and helping her through a very emotional time. ███████████████████████████ ████████████████████████████████████████. The whole Scarsdale community rallied around Jodi and Evan after Mark's passing and yet again after Evan was indicted. People just couldn't do enough to help them through this awful time – helping out with their kids, dropping off dinners, just to make life a little easier for them. All anyone wanted to do was help them, which is true testament to who they are. They would be the first to help others who were in need of support. Evan and Jodi have been through enough hardship which is why we are strongly requesting leniency. They are a wonderful family and tearing them apart would be cruel. They don't deserve to be going through any of this.

Evan is a hard working, loyal, honest, smart and good person. He should not be judged solely on the basis of the conduct that led to his conviction. Family comes first for him. He has very strong family values and is an essential part of raising his kids to be the best that they can be. They need him around. We strongly request you consider his good-natured character with regards to his sentencing.

Respectfully,

Elizabeth and Benjamin Brucker

May 1, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:


My name is Adam Burk and I met Evan approximately ten years ago through his brother Rob. I understand Evan's current situation and can say with full confidence we are a better community with Evan Greebel a part of it. Evan is a kind, generous and honest individual who puts his family first and has provided me great advice both on professional and personal issues over the years. I trust him as a lawyer and friend.

As way of my own background, I currently work for a global financial services company as part of the extended executive leadership team. Previously I spent six years as a financial services investment banker and four years as a corporate attorney.

I consider myself a close friend of the Greebel family. I know Evan as well as his brother Rob, sister Gennifer and parents well. My relationship with Evan has been mostly of a personal nature although I have periodically sought legal advice. In all of my interactions with Evan over ten plus years he has always been a person of character, someone I trust and respect. He has three children and a lovely wife who depend on him and who he puts first. Whether Evan is attending his niece's baby naming or his son's sporting events, he is a dedicated family man who understands his priorities and what is important in life.

During my professional career, I have had the opportunity to explore several entrepreneurial opportunities and sought Evan's counsel on two occasions. One such opportunity was presented to me in 2013. An accomplished entrepreneur and I were looking at starting a financial guarantor insurance company to insure peer to peer loans. At the time, online peer to peer lending was a relatively new and emerging industry. We met with several law firms and most gave us the impression that we would be able to address the legal obstacles. The idea we proposed had numerous tax and structuring complexities. Evan is an excellent problem solver and strategic thinker so we met with him and he provided a straight forward and honest assessment of the proposal. After conferring with experts, he informed us that we would need a tax opinion to have the appropriate level of comfort to move forward. We appreciated the straightforward advice from the outset and decided not to proceed forward. In line with my personal interactions with Evan, he was honest and only had the best intentions for us.

On a personal level, I regularly see Evan. Usually we will connect at a Greebel family event. I always enjoy hearing about his children's latest achievements, sharing stories about my kids as he always asks, engaging in idea sharing and getting his view on my latest professional or personal question or issue. I value his opinion and over the years his advice has proven to be

very helpful. He is extremely smart, intellectually curious and always willing to help. When my sister in law started looking to move to the suburbs, I immediately contacted Evan and asked if he had any advice. He of course referred them to a great real estate broker who found them a home and helped guide them through Westchester with the same care and concern as a close friend or family member.

Today our world and community is very much a better place with Evan actively present in it. He is selfless person who truly cares about his family, friends and community. He is a man of integrity who has numerous times provided me honest counsel and sought to help in anyway way. Today more than ever I support Evan and would seek his advice and counsel the same as I would at any time in the last ten years. I pray that my friend will continue to spend his days a part of his community helping his family and friends and being able to raise his children.

Best,

Adam Burk

May 2018

The Honorable Kiyo A. Matsumoto
U.S. District Judge
Eastern District of New York
225 Cadman Place East
Brooklyn, NY  11201

Dear Judge Matsumoto:

My name is Evelyn Carnicelli and I have lived in Scarsdale for over forty years.

My career has been in teaching in New York City and with the government of Westchester County, NY in the Economic Development office for over twenty-five years.

At the beginning of my service in the Economic Development Office, I initiated a Tourism Program. At that time, Evan Greebel was seeking his Eagle Scout Award from the Boy Scouts of America after he completed the required projects.

I knew Evan at this time, since I met him as a preteen.

Because of his interest in the history of Westchester County, Evan believed he could highlight and promote the wonderful historic sites, so he and I worked together on his project, which he called "The Westchester County Historic Trail".

He knew he could encourage tourism and make a difference in the success of this program.  After visiting numerous sites, together, we picked representative ones.

The Westchester historic Trail was widely circulated.  It went to schools, businesses (real estate especially loved it) and places where tourism material was available to the public.

After visiting the designated sites on the Historic Trail, visitors answered questions about the sites, returned the answers to the Tourism Office and received a certificate of completion suitable for framing.

Evan's idea was innovative and unique. He worked tirelessly over many months to produce the product. His enthusiasm was felt over the villages, cities and towns in our county. Responses were many and over the months I interacted with Evan, I felt that this young man was very intelligent, well directed and sincere in what he did.

His enthusiasm for the effort was also felt by others at the sites and reflected in the increase of visitation, increasing the economic development of our county.

I truly believe that this focused and valued person exists today. His talent and vision could be so useful to so many in our county. I hope you will consider my opinion of his character and goals to improve conditions around him when judging him at sentencing.

Sincerely,

Evelyn Carnicelli

The Honorable Kiyo A. Matsumoto

United States District Judge

Eastern District of New York

225 Cadman Plaza East

New York, NY 11202


Dear Judge Matsumoto,

I am writing this letter on behalf of Evan Greebel, in the hopes to give you some insight into his character as you prepare for his upcoming sentencing hearing. I first met Evan almost 18 years ago with my now husband, Noel Cimmino. Noel wanted me to meet a particularly important friend of his because they grew up together and were practically brothers. Upon meeting Evan on a weekend trip, he spent what felt like hours essentially interrogating me. When I queried him on his line of questioning, he responded that he needed to make sure that I was going to be the right fit and be good to one of his closest friends. Thinking about this moment today, I realize that Even could have easily spent the weekend making casual conversation with me. Instead, he took the time to truly get to know me because he was so loyal and protective of this lifelong friend; moreover, he wanted to make sure that his friend was going to be well cared for by any potential significant other. We spent a lot of time together on that trip and after that weekend, I felt like he was a brother to me too.

Over the years, we have spent a significant amount of time with the Greebel family. Even though we live far away, Evan has made my family a priority of his and treats my kids like they are his own. We have stayed together in each other's homes and I've watched Evan with his wife and three children. He is a loyal husband and father and has always put the safety and care of his family and those close to him above everything else.

Professionally, I work in a family court in Michigan and I get the opportunity to see all sorts of family arrangements. Week in and week out I see multiple single-parent families that come before me that are raising their kids, because they have no other choice. Over the past ten years, Evan has taken an active role in raising his three children,                 From the moment he found out that his wife was pregnant until today, Evan has always gone above and beyond for his wife and kids. He is a hands-on father who has played an essential role in the raising and upbringing of his children. I fear that any absence due to incarceration would create a huge hole in the Greebel family, create a tremendous burden on his wife and cause significant and irreparable harm to his children at crucial developmental stage of their lives. After years of experience watching the effects of single-parent homes on children, it would really sadden me to

see these three children grow up without the benefit of having their father present to continue to help them mature to adulthood.

It has been very difficult for those who are close to Evan to learn about the events going on in the past few years with his court case.  His family and close friends have stood by him and supported him through this process, the way that he stands by and supports others he cares about.  He is a family man and gives a lot back to his local and religious communities.   He treats his family like royalty and his friends like family.

Those of us that are fortunate enough to have the opportunity to get to be a part of Evan's life, know that he is a caring, compassionate and loyal father, husband, son, brother, son-in-law, brother-in-law, uncle and friend.   I appreciate the opportunity to give you some input and I am hopeful that these letters of support allow you to get to know him in a different light and possibly offer him some leniency in your sentencing.


Very truly yours,

Ilyssa M. Cimmino

Friend of the Court Referee

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201


Dear Judge Matsumoto,

My name is Noel Cimmino and I have known Evan Greebel literally since he was born. Our mothers grew up together in White Plains, New York and would get us together at various times during our childhood. When I was ten Evan started attending the same summer camp I did and would tag along after myself and some of the other older kids and, despite being younger and smaller, would always courageously try to hang in with us on the playing fields. I lost contact with Evan for a few years after I finished camp until one day in college, who should come across my path but the newly minted freshman Evan Greebel. I gave in to whatever cosmic fate that clearly was pushing us together and Evan has been as close as a brother ever since. Accordingly, I write this letter seeking your leniency in Evan's sentencing with the heaviest of hearts, the saddest of souls and a pit in my stomach that's been there for the last two years as Evan's case has been winding through the justice system.

Its sadly ironic to me that Evan was convicted of a crime that basically involved him aiding another. While the purposes of this service were deemed illegal by a jury of his peers, the fact that his crime came while rendering service to others rings true with the Evan Greebel I've always known. Evan was well known among his peers at camp as being a voice of reason within the kids of his age group, for keeping the peace when flare ups between kids occurred and for getting behind those on his team, even when many of those kids would receive more playing time than he did. While not the most athletically gifted of the kids, he still was deferred to and sought out by the other kids. In college, Evan was an appointed and elected member of the leadership of our fraternity and was looked to fairly constantly as a leader of young men and a person who was often called on to arbitrate issues that arose. More importantly, Evan usually was our point person with many of the house's philanthropic endeavors. Needless to say getting a group of eighteen to twenty-one year college students to give time to something other than students and extracurriculars is not an easy task but Evan volunteered for the duty and always was successful in the daunting challenge of getting people to see the light and helping to do the right thing.

Most importantly, Evan has become an outstanding adult, friend and member of his community. Personally I can account for the scores of times that Evan has hopped on a plane or got in the car to rush to the sides of others when a personal tragedy happened. Several years ago when my younger sister was diagnosed with cancer it was Evan and his brother who rallied support for her and my parents as we were all facing down her diagnosis and treatment. Evan is always the first one to be at major events for our group of friends, even though we're spread out throughout the country including my family who

reside in Detroit. He's served as a leader in his local religious community and served on various committees with United Jewish Appeal. Needless to say, prior to the charges he's now been found guilty of, he's had a clean legal record and poses absolutely no threat to society or to anyone related to the charges. In fact, I fear the biggest victims in all of this will be his wife and children who will have to be without their father and husband for a period of time.

You have only known Evan Greebel in the context of the crime for which he was accused and convicted. I truly hope that the letters of support would paint a different picture for you and that you can find it in your heart for the sake of his wife and children to offer him leniency in your sentencing.

Very truly yours,

Noel Aaron Cimmino

April 24, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is Dr. Vincent Cimmino and I am an Emeritus Professor of
Surgery from the University of Michigan who is currently working with a
start-up medical school in Florida, Nova Southeastern University
College of Allopathic Medicine. I would like to take this opportunity to
offer some insight into the Evan Greebel that I know.

  Let me begin by saying that I have known Evan his entire life.  His
parents are close family friends that we have known for fifty years. I
have known Evan since he was an infant but since we did not live in the
same geographical area I really did not get to him well until he
attended the same summer boy's camp that my sons attended in New
York. What quickly impressed me about Evan is that he became a close
friend of my oldest son Noel, who at that time of his life was shy and
did not befriend people easily. Once I saw the union they developed I
knew that Evan had to have some pretty special qualities to have
become my son's friend. As time passed the two became closer when
they both attended the University of Michigan and in fact my son was
his "big brother" in the same fraternity. As a consequence I have spent
significant amounts of time in Evan's company and have found him to
be courteous, well-mannered and a pleasure to be around. We
attended his wedding and have watched him grow into loving husband,
father and family man.

  He continues to be one of my son's best friends, and one on whom my
son can depend. It is needless to say very difficult for my wife and I to
see him in his current predicament. It does not reflect the individual

that we know. I hope you can demonstrate some leniency in his case. Thank you for allowing me the time to express my feeling and concern for Evan's welfare.

Sincerely,
Vincent M. Cimmino, M.D., FACS

LAW OFFICES

# CITRIN & WALKER

3724 PINE TREE DRIVE
MIAMI BEACH, FL 33140-3936

**CHARLES A. CITRIN**
E-MAIL: CHASCITRIN@AOL.COM

TEL: 305.861.0999
FAX: 305.861.0032

**RICHARD N. KRINZMAN**
OF COUNSEL
E-MAIL: RNK@KHLLAW.COM

**J. FROST WALKER, III**
OF COUNSEL
E-MAIL: JFROSTY@BELLSOUTH.NET

April 16, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE: EVAN GREEBEL**

Dear Judge Matsumoto:

I write this letter in support of leniency for Evan Greebel. I have known Evan for over ten years. In those ten years, I have found Evan to be a good person, a good husband, a good father, and a good son-in-law. As such, I hope that he is not judged solely on the conduct that led to his conviction. I believe it was an aberration contrary to his normal character.

I have had the pleasure of practicing law in Florida for forty-six years. I have been bond counsel for numerous government entities and an Assistant County Attorney for Miami-Dade County. Presently, I am the City Attorney of Hialeah Gardens and General Counsel for the Hialeah Housing Authority. During these forty-six years, I have met many, many younger lawyers. While I have never worked with Evan on a professional basis, I have spoken to him about the law. He has always exhibited a great respect for the rule of law and the sanctity of ethics. I take pride in my judgment of other lawyers. As such, his conviction was shocking. While I know nothing of the facts of his case, I do know of the potential seduction of a charismatic client.

As a man, I have seen Evan at happy occasions, at his wedding and the wedding of his sister-in-law. Also, I've seen him at sad and trying times exhibiting tremendous empathy for his wife, Jodi, young children, ████████████████████, and especially for his mother-in-law and father-in-law, Nancy and Niles, during the mourning period after the tragic death of his brother-in-law, Jodi's younger brother, Mark.

I believe strongly that his work ethic, his industriousness, and his concern and empathy for others are assets to our society. Besides being smart, I have found him to be very level-

Page 1 of 2

headed and perceptive. Again, I believe that the facts of this case which led to his conviction are an aberration, and that our society and his community are best served through leniency to him. I strongly believe that Your Honor's leniency would not be regretted and that it will indeed be rewarded with Evan's very positive future contributions to his community. Indeed, if Evan were ever to resume the practice of law, I would not hesitate to offer him a job. I truly believe in Evan's worth.

I thank you for your attention to this letter.

Most respectfully,

Charles A. Citrin

May 1, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto,

I am Evan's mother-in-law and have known him since he and Jodi began dating 13 years ago. I know him to be warm, loving, caring, and a very good person . As a husband and father he puts his family first and over the years I have seen that he has an unusually close relationship with his parents, siblings, and with us, his in laws.

Shortly after Jodi and Evan began dating it became apparent to me just how close Evan's family relationships were. His brother, who was single and who had recently graduated from law school, was living on the couch in Evan's apartment. He continued to live there for a few years, making a lasting impression on me by demonstrating to me what a truly genuine and good person Evan was. It was also Evan's strong family values and his idea to initiate the Citrin/Greebel family dinner, hosted weekly by Evan and Jodi, for their siblings.

As a father Evan is very loving, devoted, caring, and hands on in every way. On the weekends both he and Jodi spend all day Saturday and Sunday with the 3 children. They run around together to sports, birthday parties and other activities with Evan totally involved in the children's lives. He is the kind of dad who is always outside playing with the children, running home on Halloween to go trick or treating with them, or simply sitting with them reading a book. He is the dad who can be found taking the boys to buy sporting equipment yet he is also the one to pitch in with a bath for the kids or a diaper change. On Friday nights he makes it his business to get home in time to celebrate Shabbat with the children in order to instill in the kids a love and understanding of religion and its importance in family life. And he is the one to suggest inviting single friends and acquaintances to our family holiday parties, realizing that otherwise these individuals would be spending the holiday alone.

Since the boys have started playing sports Evan has been a coach of their various teams, devoting great time and effort to the coaching. I have attended his children's sports events such as baseball games and watched Evan work with each kid on the team, always fairly and patiently. He has been a wonderful role model to all the children on his team and has created a team where good sportsmanship is more important than winning.

From the moment Evan joined our family he has been a wonderful husband to our daughter aside from a wonderful son- in- law to us. He is very appreciative of whatever is done for him and has been the guiding force for his family. He is a devoted husband and from the start has been the kind of husband that any parent would hope for their daughter... loving, respectful, conscientious, and very supportive. When our son, Jodi's brother, suddenly passed away 3 years ago, Evan stepped in immediately trying to help us, Jodi, and his children cope with our loss.

Evan's very positive outlook on life has helped all of us cope with the last few very difficult years. I am not sure any of us could have done this without him. Jodi and his children need him to be a part of their lives each and every day, especially during these early childhood years as he is a vital part of their everyday existence. Without his everyday presence there will be an enormous void and his young family will suffer tremendously. Please carefully consider this and grant him leniency in his sentencing.

Respectfully,

Nancy L. Citrin

Nancy L. Citrin

April 30, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Dear Judge Matsumoto,

My name is Niles Citrin, and I am Evan Greebel's father in law.  As you may know from testimony in the trial, I am a certified public accountant, consultant, and business advisor to my clients.  I am a co-founding partner of the firm Citrin Cooperman & Company, LLP.

I have known Evan for approximatly 12 years, ten of which he has been married to my daughter.  During the time they have been married, Evan has been a loving husband, a wonderful father (to three young children, ████████████.  He has also been a wonderful family man, dedicated to his parents, brother and sister, and importantly to me, to the Citrin family.  Evan has been a very inclusive son-in-law.  He has always welcomed us to his home, at any and all times. He has always been considerate of my wife's and my feelings and constantly inviting us to join them in day to day family activities as well as vacations.  In February, 2014 for example, Jodi and Evan decided to take their two sons (at that time daughter ████ was not yet born) to Orlando to Disneyworld.  Evan asked us if we would like to join him, Jodi and the boys, for this trip.  He very much wanted us to spend time with his children, experience the magic of Disneyworld and for the boys to bond and spend quality time with Nana Nancy and Grandpa Niles.  Moreover, Evan made arrangements for accomodations for all of us to stay together for the entire trip. He has not only been a loving husband and father, but a wonderful son in law.  I feel blessed to have a son in law who treats me like a father and my wife as a second mother, unlike so many people who have a son in law (or daughter in law) who keep them at a distance.

The Disney vacation was only one of numerous experiences that we have shared together as a family. Whether it has been holiday celebrations at home, a weekend day at the movies with Evan and the grandchildren, being at their home watching a ball game, it all comes down to quality time together as a family.

Almost three years ago, my son Mark (Jodi's brother) died at the age of 27, a tragedy from which we will likely never recover.  Evan really came through for all of us and was there every step of the way doing whatever he could to help us cope with our loss. ██████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████

1

Only a few months after Mark's tragic death, the FBI and the police shockingly and in an unneccesary display of force "knocked on the door" at a much too early hour in the morning and arrested Evan. This is a horrible experience for anyone to have to endure, especially considering the people involved; a housewife, three young children, and a partner in a law firm indicted for a white collar crime, not some violent and dangerous person. Needless to say, Jodi was devastated by Evan's arrest. The "shock and awe" tactics of the government were likely designed to have that effect on the whole family, and those tactics worked, particularly on Jodi. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇,
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇.

Despite Evan's own plight, he was well aware of how much Jodi and his children needed him through this harrowing time in their lives; and he was there for them.

The government painted Evan to be a bad person. I assure you that he is not a bad person.

When I first met Evan, he was a young adult, in his early 30's. He is now 44 years old. I have watched Evan grow as a person, as an attorney, as a businessman. Over the years, Evan and I would discuss business periodically when we would get together, both of us careful not to breach client confidentiality. Throughout our many discussions, I always admired Evan for his ethical view on the business of "lawyering". Whenever we would speak, Evan always was mindful of doing the right thing and to my knowledge always took the high road. Never in all the time I have known Evan did I have any doubts as to his integrity and good intentions. I truly believe that Evan did not consciously or intentionally do anything that he knew or believed was improper or illegal.

As a parent, I have learned that punishment for the sake of punishment does not necessarily achieve one's goal of changing the behavior of the person who did the act bringing on the punishment . The goal of any punishment should be to change the behavior and avert any relapse of the unacceptable behavior. To that end, it is important that the person understands what he did wrong so that he can correct his behavior.

Evan was ambitious and proud. He achieved a success that neither of his parents had attained. He graduated from a well respected law school , Georgetown, went to work for a large law firm, and eventually rose to the status of becoming a partner at Katten Muchin. He achieved success at a relatively young age. While he had not yet attained the status of "equity" partner, he was highly regarded by his colleagues. This was because Evan was, and still is, a good person, a good colleague, friend and lawyer. There is no doubt that as a result of two and a half years of trying to defend himself, subsequently being convicted of the charges and enduring the humiliation of the experience, Evan is truly humbled.

While his spirit has not yet been broken, I am deeply concerned for him. Whatever his future may hold, I can only hope that he is treated fairly and not excessively punished for his mistakes. It would truly be yet one more tragedy for our family if that should happen.

2

As I have stated before, Evan is a good person.  He finds himself in the very unfortunate position of facing a jail sentence of a duration over which you have complete control.  When you mete out Evan's sentence, please bear in mind that your decision will affect so many other people, but mostly his wife and his three small children. They too will suffer Evan's punishment.

Evan's parents, my wife, and I will be there to do the best we can to help ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ / cope with growing up without a father in the home for the length of time he is imprisoned.  Evan is my daughter's husband and the father of my grandchildren.  Having been found guilty of the charges against him, there is a price that Evan must pay to society.  However, the question is "what price?"   I pray that you will have compasssion and mercy on Evan, if not for his sake, at least for the sake of his wife and three small children.

Sincerely,

Niles L. Citrin

3

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Judge Matsumoto:


My name is Dara Cohen and I am a friend of the Greebel family.

I was first introduced to Evan's wife, Jodi, in 2014, by a close mutual friend when they
were moving to Scarsdale. We had moved a few months prior. Our friend introduced us
because we had sons the same age. Jodi and I became friends quickly, as did our boys.
It was not long before we introduced our husbands and all became friends.

Evan had grown up in Scarsdale and so he was incredibly knowledgeable about
everything in our town- schools, sports, etc. Evan was happy to answer any questions
and provided us with a lot of information that greatly helped to ease our adjustment into
life in Scarsdale.

In the years since we have known the Greebels, I have seen firsthand the kind of father,
husband and friend that Evan is. Evan is always willing to lend a hand and go the extra
mile for his friends and his family.

In the time that we have known the Greebels, we have been fortunate to be able to
celebrate many wonderful occasions but have also been there for some difficult times.
We have watched Evan support Jodi through the unexpected death of her brother; it is
very clear how strong their marriage is and the kind of husband he is- supportive, loving,
a true rock.

Evan is a truly dedicated father. We have been together at many children's birthday
parties, school events and barbecues; it is clear just how much he adores his children.
He is a very involved father and very present in his children's lives.

Seeing Evan coach his sons on the baseball field, push his daughter on the swings or
help his wife clear the table after a dinner they have hosted, show that this is a man who
is truly devoted to his wife and his family.

Sincerely,

Dara Cohen

**PERSONAL & CONFIDENTIAL**

May 7, 2018

Adam J. Conrad

████████████████

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I am writing on behalf of Evan Greebel, who has been a friend and occasional business colleague for more than 15 years. I have followed Evan's legal situation closely, and feel compelled to offer some thoughts on Evan as person and request leniency in his sentencing.

In my business dealings with Evan, I always felt him to be honest and straightforward, with an exceptional work ethic and unwavering loyalty. He has counseled me through both business and personal events, always with rational guidance. He has always been available to help, whenever called upon.

While traveling in New York many years ago, I was invited to Evan's home on a Sunday evening for dinner with Evan, his wife Jodi, and his siblings Robert and Gennifer. It was my understanding that this was a standing family event held every Sunday evening, and I was honored to be included. I very much enjoyed the banter among Evan and his siblings, and recall being struck by their strong sense of love and admiration for each other, and dedication to family and friends.

This evening was shortly after the birth of Evan's first child. I could tell that Evan was ecstatic to be a father and personally moved by the lifelong responsibility that this entails. Despite his strong work ethic and time spent cultivating personal relationships, Evan has always maintained family as his top priority in life.

Despite being many years ago, I recall this evening vividly, and it has always been part of my personal "measuring stick" with respect to my own family relationships. I strive to emulate the qualities that I have witnessed Evan exhibit in his relationships with family and friends.

Evan Greebel is a good man, a loyal friend, and a dedicated father. I strongly implore you to consider this in your sentencing decision.

Respectfully,

Adam J. Conrad



**CITRINCOOPERMAN®**
Accountants and Advisors

June 1, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Evan Greebel

Dear Judge Matsumoto:

I am aware of the upcoming sentencing of Evan Greebel and I offer this letter to you to ask for leniency.

I have had the pleasure of knowing Evan for over 11 years since his marriage to Jodi Citrin, whom I have known since her birth. Evan and Jodi have three wonderful children and I know Evan to be an outstanding, caring father who is not only very attentive but also very loving. I know how much he cares about his children and wife and how much they have all suffered as a result of his legal issues.

I have also known Evan in a professional capacity. His father in law, Niles Citrin, and I started our accounting firm, Citrin Cooperman & Company, together in 1979. I currently serve as the firm's Chief Executive Officer. In that capacity, our Partners and I have worked closely with Evan together on several clients and I have always found his advice to be thoughtful and professional. I truly believe that Evan is a man of integrity and I know my partners and our common clients would agree.

I respectfully ask that you consider all of the good Evan has done during his life and ask that you be lenient. I have no doubt that you will not regret it as I know in my heart that Evan will be a good citizen in the future.

Sincerely,

Joel Cooperman CEO

July 9, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge - Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I can't understate how surreal the experience of writing this letter on behalf of Evan Greebel is for me and my wife, Randi. Evan is a loving father, a caring and thoughtful friend and a respected member of our community. While the circumstances that he finds himself in at the moment are obviously relevant, I will ignore that for the purpose of this letter and would like to highlight to you the Evan Greebel that I know. I hope and pray that this effort will have some bearing on you as you deliberate the appropriate sentence in this case. I have faith that you will be fair, and I ask for leniency and compassion on behalf of Evan and his family.

Randi and I first met Evan shortly after our first child,      was born in New York City in the late fall of 2008. Randi knew Evan's wife, Jodi, from college and they re-acquainted in the city as they worked through the trials and tribulations of being new moms. Over the years, our friendship has grown, along with size our families. When we moved to Scarsdale in the summer of 2010, Evan was confident in telling me that he and Jodi would be joining us in the suburbs in short order. We were obviously thrilled to have them and their family as neighbors when they ultimately made the move a couple of years after us.

Evan is clearly suited to suburban life. He is extraordinarily devoted to               The weekends are where Evan and I often cross paths. If I imagine a typical weekend day, Evan is taking      to baseball, basketball and then lacrosse, and while on the sidelines (typically while wearing a U of Michigan hat), he will explain to me the intricacies of the upcoming family barbeque meal that he and Jodi are planning for their friends. Gathering and meals at the Greebel's home are always fun, memorable and delicious.

Evan has the ability to be a source of strength and support for those around him, particularly in difficult times. Unfortunately, I have seen this more than once over the last few years. When tragedy struck Jodi and her family two summers ago with the death of her brother, I witnessed Evan's compassion and strength first hand. He stepped up to care for a new born     , while shielding his young boys from the difficult circumstances around them. Most importantly, he was a loving, caring and supportive partner to Jodi. Throughout the last couple of difficult years, Evan has remained focused and productive. Rather than retreat from our community, he and Jodi worked together to start at least two companies. Evan is currently working on a project to improve access to healthcare to those impacted by the recent opioid epidemic inflicting so many across the country.

In closing, I am no lawyer, nor do I have any legal training. A quick Google search on "what are the goals of punishment" yielded 5 key points   retribution, incapacitation, deterrence, rehabilitation and restoration. The ordeal of the last two years has surely served as a deterrent to others in the legal profession, and I know that Evan is undoubtedly in a position to continue being a loving father, husband, friend and productive member of society.

Thank you very much for taking the time to read this letter and for your consideration of leniency.

Respectfully,

Brian M. Culang

April 17, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I met Evan roughly 10 years ago when I met my wife. Evan married my wife's best friend and in the last several years, I have developed a close relationship with Evan, and the Greebel family. Evan always struck me as one of the most hard-working attorneys I know. I come from a family of dedicated attorneys (my father, Philip Damashek, was a highly regarded personal injury attorney in NYC), and from the time I first spoke to Evan about his work, I wished my father were here to introduce them. Like my father, Evan impressed me with his drive and dedication to his career. In some ways, Evan also reminded me of my father, who decided my family should move to the suburbs of Westchester even though this would be a longer commute for him. They both wanted for their families the best educational opportunities, and a suburban lifestyle filled with carefree opportunities to be a kid enjoying more space, in a more peaceful setting.

Evan is a loyal friend to our family, and is always there for us, despite what stress he is going through. When I have traveled for my own work, the Greebels have invited my wife and children over for dinners, and welcomed them into their warm and loving home. Evan is an extremely dedicated husband and father. He truly enjoys the experience of being with his children, in every regard, from going to a child's birthday party, to his love for taking them to Disney. He is kind and loving with his children always, and despite having a busy work schedule in the years I've known him, he always places his family on top of his list of priorities.

Over the last couple of years, we have been at Evan's side as he has endured extreme stress, and what would seem to most as unimaginable disruption to one's life. However, Evan has amazed me with a positive outlook and determination to move forward and enjoy the wonderful parts of his life - particularly his times with his family. He is a dedicated brother, husband, father, and friend, and I am kindly asking that you consider his admirable character and grant him leniency. So many of us who know and love Evan and his family, feel strongly that he has been unfairly brought into this situation, and I promise you will not regret your decision regarding leniency.

Sincerely,
Harris Damashek

April 11, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I have known Evan since the day my best friend told me she met the perfect match for her, more than ten years ago, and have always respected him for his strong values and morals. It was no surprise to me that Jodi, who I often describe as having a heart of gold (she simply exudes warmth to all who meet her), would choose a partner who held similar values - family, a strong work ethic, and a commitment to being a good, honest person. Evan has always impressed me with his hard-working ethic and respect for his legal profession. As an attorney myself, I always regarded him as an attorney who loved to practice and who took his legal responsibilities extremely seriously.

At the same time, I have had the opportunity to know Evan well, in his role as a loving husband and father. Two recent evenings stand out in my mind, in which Evan's devotion to his family, and his goodness were both so apparent to me. The first evening was was the end of long, exhausting week of the trial, this past winter, and it was a Friday evening. I had brought my children over to the Greebel's house to celebrate the Jewish traditional Shabbat meal. Evan walked in after a long, draining day in court, and you would never have known it. He was all smiles and immediately refocused all of his energies towards his family. After we said the traditional prayers, which Evan led for all of us, he put on music to have in the background while we ate. He chose Disney music from a soundtrack he knew his children loved - so much warmth and love filled the air; you never would have known the stress that he endured that day, and in the two years prior. A couple of weeks later, on the Friday prior to Martin Luther King day (his trial had ended by this time), we were all sitting down for Shabbat dinner, again at his house, with our children. He asked the children to share what they were each learning in school about Martin Luther King and with each story, he reiterated the importance of what this admirable historical figure stood for, in a way that the children could understand and appreciate.

My husband and I often say that Evan is a pillar of strength and the grace with which he has handled the past two years is amazing. His family spent New Year's day with us, as we share many holidays together, and while we were all devastated with the recent news of the recent verdict, he immediately put us all at ease, with his humor and good nature. We have all been in hard places before, but Evan keeps perspective always. We have unfortunately been through other trying times together, including the tragic loss of Jodi's brother just a few years ago. In the days and months following his death, Evan was strong, supportive and compassionate to all who needed him - specifically his loving wife, and her family. Evan continues to remind us all of what is important in life and it is clear that even in times of unbelievable stress or hardship, he feels fortunate to have the beautiful gifts of his amazing and always supportive wife, and three

healthy children, and through his positive attitude on life, he is a reminder to all of us, about what is most important.

I am kindly asking for leniency given Evan's character and his long history of dedication to family. I promise that you will not regret such a decision.

Sincerely,
Lara Damashek

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York 225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is Nicole Dubbs and I am a friend of the Greebel family.
We live in the same town (Scarsdale), our children go to the same
schools, and we are both members at the same club. My family has
known Evan and the Greebel family for approximately 5 years.

Evan has always been very kind and friendly to my family. We
often see him in the dad and husband roles of his life at temple/pre-
school functions and events, where he is very supportive of the
temple community. We also spend time with Evan at our club. He
is always hands-on, enthusiastic, loving and encouraging of his
children. They are truly sweet, well mannered, and smart kids.
Evan is a good role model, kind person and an attentive husband
and father. He is also a friend and someone we enjoy being around.
Please be lenient on Evan's sentencing, as I know his whole family
would greatly suffer with him being away. His children need him.

Thank you for your time.

Sincerely,

Nicole Dubbs

The Honorable Kiyo Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

We met Evan Greebel more than 11 years ago when he and our
niece were dating, then got engaged and then married. Evan's
parents invited our family to their home so that we could all get
to know one another and our two family's could share our strong
family values. We spent hours talking to Evan and his family
learning how Evan shared our values of dedication to our
families.

Evan quickly became a close part of our family, spending many
holidays and weekends together.

After we moved to Florida, Evan continued the family tradition
by having the holidays in his home and being sure to include our
son and daughter in law in their holiday plans.

Evan is a devoted husband and father. We spent many weekends
at the beach together. Evan was always busy playing ball with
his children and getting into the plastic kiddie pool with them
and being part of their fun.

When Evan and his family came to Florida, he always made
time to get together with us. We visited with him and his family
at his parents home as well as his in law's home. We spent time
with him and saw what a devoted father he is. He always spent

time talking to his children, listening to them and playing with them on the slides, in the pool and on the climbing equipment.

Evan is a kind, loving, thoughtful person. We have been privileged to have him as a part of our family. We respectfully request you to grant leniency to Evan Greebel. We believe that such a decision will not be regretted.

Sincerely,

Ava Dvoretz and Michael Dvoretz



April 14, 2018


The Honorable Judge Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza
East Brooklyn, NY 11201


Dear Judge Matsumoto:

I am writing to request your leniency in the sentencing of my "cousin-in-law" Evan Greebel.

Evan is married to my cousin Jodi and I have known him for 12 years.  I am aware of the gravity of
the crime he was convicted of, but it is still hard for me to reconcile this with the man that I know,
and I'd like to give you my perspective on who I believe the real Evan is.

When I think of Evan, I think of two things:  a man for whom family holds the greatest importance
and a man of deep religious convictions.  These two characteristics are central to my relationship
with Evan over the years, as he believes not only in honoring the traditions of his Jewish faith but
also sharing and them with friends and family alike.  This is most evident in the pride and joy I saw
on Evan's face over the last several years as he listened to his young sons, ███████████████,
read the four questions for the first time at the Passover table.  I look forward to his youngest
daughter ███████ giving him similar moments as she grows beyond toddlerhood.

Perhaps most significant to me personally, is how Evan has made me a part of his immediate family.
Since my brother and parents no longer live in the area, Evan has always gone out of his way to
invite my wife and me to holiday celebrations with his own parents and siblings.  These gatherings
have been an important way for me to remain in touch with my own Jewish heritage when I really
had no other friends or family with whom I could celebrate, and I am so grateful.

I should add that my wife and I were not the only ones to experience such hospitality.  These
holiday gatherings were often attended by other "wayward souls."  Childhood friends and friends of
friends who have no other place to spend the holidays, all are welcome in Evan's home.

I cannot give a full description of Evan, without talking about his relationship with my cousin Jodi.  I
have always appreciated how well Evan treats her, as he's been a devoted and supportive husband
throughout their marriage.  Evan always seems to find a way to make Jodi laugh when we are
together.  And I was always impressed by how he supported her when she launched her organic
toddler food service and continues to support all her other endeavors.

Judge Matsumoto

April 14, 2018
Page 2


I hope that this gives you a better understanding of the Evan Greebel that I know: a loving father, devoted husband and a man willing to extend graciousness and hospitality to friends and family alike.  Extending leniency to Evan is a decision that you will not regret.

Respectfully,

*Brian Dvoretz*

Brian Dvoretz

May 8, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   Evan Greebel

Dear Judge Matsumoto:

I have known Evan since 1995.  I met him at the University of Michigan, through my husband.  Indeed, my first date with my husband was with Evan and his girlfriend.  I have no hesitation in saying that Evan is loyal, honest, trustworthy and kind.  We have relied on his good judgment in both personal and professional endeavors for over 20 years.  He has always cared deeply about my family.

We attended Evan's wedding to his amazing wife, Jodi.  I know him to be a devoted husband and father to three beautiful children.  Up until the last year, when he no longer was allowed to, he never missed one of our family's milestones.  He always makes himself available when we need him.  We love him and his family, and our heart breaks for their suffering.

We have seen firsthand how hard the last few years have been for him and his family.  A sentence of any jail time would continue to punish a family that never has had any hint of trouble in the past. I hope that you keep this in mind, and I respectfully request that you be lenient in your sentencing of a good man.

Sincerely,

Lisa Entin

May 8, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Evan Greebel

Dear Judge Matsumoto:

      I write on behalf of Evan Greebel, one of my closest friends for almost 26 years.  My hope is that with this letter, and the many others that you'll receive in support, you will have a clear picture of a talented lawyer, great friend, better husband, doting son, loyal brother, and amazing father.

      Evan and I met my freshman year at the University of Michigan.  Although he was a year older, we became fast friends, fraternity brothers, and apartment-mates.  His parents became my "adopted" parents when they visited Ann Arbor, and his brother and sister were my siblings too. I had no issues introducing him to a friend of mine from Chicago, and they dated for almost a year.  The first friend to whom I introduced my wife was him.

      While we initially bonded over common interests in Michigan football, hip hop music, raw cookie dough, and girlfriends who were attending colleges in Washington, D.C., his intelligence and drive became equally appealing.  As two twenty somethings with successful fathers as attorneys, he also became a confidante and advisor, especially when I struggled during my senior year to commit to going to law school.  Even though he was experiencing the pressures of his first year of law school, he always took my call, listened to my incessant ramblings, and called me on my hypocrisy. He didn't oversell the experience (how could you during your first year), but he told me what I needed to hear.  I would be exaggerating to say that he convinced me to take the LSAT after two occasions in which I had signed up but flaked out. But he certainly played a part in convincing me that I could succeed.  This was just one of many times over the past two decades where I relied on him for personal and professional advice.

      After Ann Arbor, Evan and I never lived in the same city again.  We remained close and visited with each other a few times a year.  As a fellow attorney, I was impressed with his dedication to his profession and his clients.  Once, I remember him telling me that he left work to watch the Yankees in the playoffs, only to return to the office after the game to work for a few hours.  When we would see each other at Michigan football games, I was "horrified" to see him email clients in the middle of the game.  Or take phone calls from clients as we tailgated.  Or get a few hours of work in during his bachelor party.  I haven't met many attorneys who made themselves so accessible.  I even think he enjoyed it.

      Evan comes from a great family.  His parents are hardworking and generous.  His brother and sister are incredibly successful.  And then there is his wife, Jodi.  She made him a better

person.  As a couple, they are kind and charitable.  Beyond being dear friends who have celebrated our family's many simchas and mitzvahs despite living halfway across the country, they are great parents to their three children.  I visited with Evan and stayed at his home a few weeks after he was indicted.  No one would have blamed him for being depressed and moody. Despite beginning the worst period of his life, you never would have known the burden he was bearing when watching him interact with his children.  He worshipped them, and they worshipped him.

I have practiced labor and employment law for 19 years, which is my entire legal career. I never have handled a criminal case during that time.  I have few memories of taking Criminal Law in law school.  I don't pretend to understand the subject matter which was before you for eight weeks last year.

I do, however, remember that in order to be convicted of a crime, a defendant must have *mens rea*.  In my opinion, Evan does not have a "guilty mind."  Based on his upbringing, his values, his integrity and strong moral compass, I do not believe that he would compromise a career that he worked so hard to build, all for a few hundred thousand of dollars in legal fees.

The last three years have been a nightmare for a fine person.  He and his family have been punished, unfairly in my opinion, for the crimes committed by a client.  It is my most sincerest and respectful request that you take all of this into account when you consider his sentence for this undeserved verdict.

With respect,


Rob Entin

April 17, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I am writing to ask for your leniency in the sentencing of Evan Greebel.

By way of professional background, I am a 2002 graduate of Harvard Law School and chief
investment officer for a family-office. I have known Evan for approximately fifteen years. Since
his arrest in 2015, I have followed his case closely.

Over the years, I have come to know Evan as a loving father to his children and a devoted
husband. In the summers, Evan would sometimes visit my rental home with his wife Jodi and
their children. There, I would see firsthand how Evan would attend to their every need, and
how much joy they had just being together.

Approximately five years ago, I experienced a significant change in career path. When I sought
Evan's professional advice, he responded with patience and warmth. He guided me through the
relevant issues and introduced me to other attorneys as well that helped ease my transition.

Thank you for your consideration.

Sincerely,

Leeor Farhadian

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Dear Judge Matsumoto:

My wife and I had the opportunity to meet Evan and Jodi approximately 10 years ago through
our daughter Samantha and son-in-law Jeff Reemer.  Evan and Jodi have always stuck out
among their peers as genuine, down to earth, and part of the foundation of their community.
When our kids first moved to the same suburban town as the Greebel's they were very helpful to
our kids in becoming acclimated to the area. They provided references and suggestions for home
owner responsibilities and made many social introductions.  They also helped to provide
guidance in navigating the preschool process. For all of this, we will be forever grateful.

Evan and Jodi are passionate and highly involved in their town, the kids' schools, and religious
community.  It is clear from the way their family operates that Evan strives, at all times, to be a
good role model for his children.  We have had the opportunity to be with and around Evan and
Jodi at many family functions. For example, we had the opportunity to see them at an annual
family Halloween party.  A memory that sticks out involves the Greebel family tradition of
collectively dressing up as the University of Michigan football team.  Evan and his oldest son
███████ dress up in Khaki pants, a Michigan shirt, a hat and clipboard - matching the typical
wardrobe of coach Harbaugh.  It would be heartbreaking to see his kids without their "coach".

As a seasoned Wall Street professional I have spent over 30 years building business and
managing teams. I have learned that a business is only as good as its people. I pride myself on
being a good judge of character and Evan is someone I would have on my team any day.  It is my
sincere hope that you can grant him some leniency in determining Evan's future.

Sincerely,

Mark E. Field

Mark and Mindy Field

**LAUREN FIELDS**

███████████████████

April 24, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

By way of introduction, my name is Lauren Fields and I am an attorney. I have known Evan Greebel since we were teenagers. We grew up in Scarsdale together and while Evan is three years older than me, his brother Robert Greebel was my classmate and a good friend of mine. Through my relationship with Robert, I got to know the entire Greebel family, including Evan. They are a very warm, kind, and close knit family.

Evan and I both moved back to Scarsdale which has given us the opportunity to spend more time together in recent years. In addition to being hard working, Evan has always been a nice, caring person and a good friend.

Just a few days before his arrest, Evan helped out my then four-year old daughter. It was around dinnertime on a Sunday night and my daughter's eye became so swollen that she could barely open it and was in a lot of pain. Given that it was a Sunday night, there were not many options of where I could take my daughter. She had previously seen Evan's sister, Gennifer, who is a local eye doctor. I called Evan to see if he could reach Gennifer so she could advise me where to take my daughter for immediate care. Evan was in the middle of a family holiday celebration with many extended family members when he took my phone call. Gennifer was at his house so he insisted that I bring my daughter over so Gennifer could help her. Even in the middle of a family event, Evan opened up his home to me and my daughter so she could get the help she needed. Evan came away from his guests to make sure we were ok and talked with us the entire time we were at his house. Evan is just that kind of a person. He is warm and caring and willing to help no matter what he is doing at the time. I will never forget that night for the help Evan and his family gave to me but also for the warmth and family closeness that I witnessed while at Evan's home.

I have known Evan for almost 30 years. He would be one of the last people I would believe to have carried out the behavior he was accused of. As a teenager, Evan was one of the nicest, most well behaved and hard working kids at our school. I have seen him work hard to become a successful lawyer as well as a wonderful father. Through the years, I have watched him be highly involved with his three children who love and adore him. I still can't reconcile the Evan that I have known for the past 30 years with the Evan who was found guilty. While I respect the legal system, given what I believe to be Evan's true character, I would encourage a lenient sentencing for Evan.

Sincerely,

Lauren Fields

May 1, 2018

Family and Friends of Evan Greebel
Re: Character and Leniency Letter


Dear Judge Matsumoto:

My name is Brooke Fina, and along with my husband Jeffrey, we want to strongly convey that Evan Greebel deserves leniency with regard to his sentencing. Jeff and I have known Evan for the past four years. We became friends with the Greebel family shortly after they moved to Scarsdale in 2014. We both have ▮▮▮ year old boys in ▮▮▮▮▮▮ who have become good friends.

We have spent a lot of time with the Greebels over the past four years. From standing on the sidelines of the sports fields cheering on our boys together, to attending birthday parties, we have witnessed Evan to be a very hands on, caring and loving father, husband and friend. His wife Jodi and their three kids mean absolutely everything to him. He would do anything for kids. His kids need their father around to help raise them into being good people just like their dad. They need to observe his charitable, good natured, hard working disposition.

Evan is an integral member of our community. We both attend Temple Israel Center where Evan is an involved participant. We carpool our kids to ▮▮▮▮▮▮▮▮ together every week and we can always rely on Evan to help out with our son ▮▮▮▮▮ We have spent time with Evan and Jodi during the High Holidays and at other events at our Synagogue. Sharing Jewish values and traditions with his family is something that is very important to Evan.

Evan is a very devoted husband to his wife Jodi. When Jodi lost her brother Mark a few years ago, Evan was by her side, giving her all the support she needed to get through a sad and difficult time. Evan and Jodi and their kids have suffered after losing Mark and Evans indictment and conviction. They have been through enough challenges which is why we are strongly requesting leniency.

Evan is a good, loyal individual. He should not be judged solely on the basis of the conduct that led to his conviction. His family needs him in their daily lives. It would be detrimental to them to not have him around. Any time that Evan is taken away from his family isn't fair. They need him. His family does not deserve to be punished. We strongly request you consider his good-natured character with regards to his sentencing.


Respectfully,

Brooke and Jeffrey Fina



***Mark I.Fisher***

April 18, 2018

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Matsumoto:

I am writing this letter on behalf of Evan Greebel to urge you to show leniency in the sentencing of Evan.

I have come to know the Greebel family through their membership over the past 10 years in Fairview Country Club, including having served on the Board of the Club for the past 2 years with Evan's wife, Jodi. I have personally observed the close-knit relationship between Evan, Jodi and their 3 young children. Evan is a hands on parent and, from my observation, devotes a significant portion of his time at the Club to his children. He limits his infrequent golf playing to the early morning so that he has the rest of the day to devote to his family. I have frequently seen Evan walking, hand in hand, through the Club with one of his children.

The Greebel family has suffered tremendous tragedies in the past, including the suicide of Jodi's only brother. Imposition of a significant sentence would be devastating to the fabric of the family and I urge you to be lenient in imposing a sentence.

Sincerely,

Mark I. Fisher

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

We are writing you on behalf of Evan Greebel to ask for leniency in his sentencing. We currently live in Scarsdale where we raise our two sons         Alex works in finance in New York City, while Lindsay, a former first grade teacher, stays on as a homemaker. We met Evan and his wife Jodi approximately 3 years ago through our eldest son,         and Evan's son        attended preschool together at The Westchester Reform Temple near our home in Scarsdale. As                        became fast friends, we also have the pleasure of socializing with Evan and his wife Jodi.

Evan has three children:                                    We know first hand that Evan is an extremely hands-on father. Many times we witness Evan playing a significant role in his children's daily lives, whether it be coaching their sports teams, attending school functions, or accompanying one of them to another child's birthday party. We see how involved he is with them day to day and feel it would be a travesty for his children to be without their father. Many times I have picked up my son from Evan and Jodi's home in which Evan is refereeing an impromptu hockey game that Evan started with the boys.

We ask you to please think of Evan's family. He's a compassionate man with a deep consideration to those he surrounds. Evan is our friend and we look at him only as the amazing father and husband he is.                              are wonderful children who need their father. Please, for their sake, be lenient on Evan.

Regards,

Lindsay & Alex Forschner

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Judge Matsumoto:

My name is Adam Forsted. I live in New York City and work in the investment management industry. I first met Evan almost 12 years ago, in April 2006, at a sushi restaurant on the Upper East side of New York City.

I had just started dating my then-girlfriend (and now my wife-we recently celebrated our 10th wedding anniversary) with her best friend Jodi and her then boyfriend Evan.

We immediately bonded, w/ much in common as we were both big sports fans (he a NY fan, I am from Philadelphia), liked good restaurants and enjoyed thoughtful conversation. I appreciated his blunt candor, and liked that he was upfront and open and quick with a joke. In short, we were fast friends.

Our friendship has evolved over the last 12 years as families and children have each changed our lives for the better, and we've grown to understand and relish the responsibilities and duties required of us as husbands and fathers and family members. My interactions w/ Evan over the last few years have taken place in large part with our families as he and his family moved to Scarsdale and we remained in the city.

Our time together has included experiences ranging from extended weekends at my in-laws former home in West Hartford, CT, where Evan and I took our oldest sons skiing in sub-freezing weather. We stood at the foot of Sundown Ski Mountain for an hour and a half, in the hopes we could catch a glimpse of our children long enough to get a picture, or video, to

show our wives, and have to remember how much pride and pleasure we took from our children's time growing up.

I saw first hand how important that role was to Evan, and how seriously he took it. He was always around to urge everyone to go outside, and throw a football, or have chicken fights with the kids in the pool at the Boca Hotel in Florida, and he was always up for an extended Nerf War battle w/ our 4 boys (his 2 and my 2), in the hallway of my 8th floor apartment in the city.

He was there to accompany █████ (his oldest child) every Saturday to the boys first music/sports classes at the 92nd Street Y for the Mimi/Pepe class. He was there at soccer classes every week on the Brearley School roof. He was there to teach tee ball drills to our oldest boys in Central Park, while they blithely chose to smash insects into the roots of the large oak trees above rather than heed their dads teachings.

And he was there for Jodi as well. He helped set tables and pour drinks for their guests at Shabbat dinners. He supported her entrepreneurial talents as a chef/nutritionist/consultant. They were the couple that was always first on the dance floor with us at friends weddings , and last to leave. Evan and Jodi are a great team, never far apart from each other, and always eager to be around their friends.

No matter the occasion, Evan is always there to find the humor and lighten the moment. His kids respond to that by seeking his answers and attention, and relishing the time with their dad.

Additionally, I've gotten to know his parents, brother and sister very well at countless bris, birthday parties, shivas and kids classes and Evans central role in their lives, as caretaker and central planner, is obvious. He's the glue in the center of their lives and his separation from his family would devastate them. His children are still growing up, and the huge hole he fills as husband, father, friend and teacher is irreplaceable.

Jodi, ██████████████████ need Evan home, with them where he belongs, in the center of their universe, as a family.

Thank you for your consideration .

*Alan Forbes* — ~~signature~~

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Judge Matsumoto:


My name is Marissa Forsted. I am married and have 2 sons that are similar ages to the Greebel boys. I have a Master's Degree in education and run my own business teaching private art classes to children. I was fortunate enough to meet Jodi Greebel over 20 years ago when she was at Duke and I was at Syracuse University. I was one of her first friends to meet Evan when Jodi started dating him. I was a member of the Greebel bridal party and have known Jodi and Evan's parents and extended family for years.  My family and I have spent holidays withthe Greebel family and weekends away together.  They are warm, loving people and active and involved in their community.


Jodi and I have been best friends for over 15 years, before our husbands were even a thought. But Jodi and I were lucky to each meet men who enjoyed each other's company. My husband and Evan became fast friends long before we were married and children were in the picture.  But the catalyst that solidified our friendship bond was finding out that Jodi and I were both having boys just three months apart. These little boys were best friends from day one and they both had very proud, incredibly involved Dad's who were always hands on. (Evan is the king of throwing his son highest in the pool- as evidenced during our Christmas trips in Florida)


He is a wonderful father, always ready to do whatever he could to make his children happy, and whole children adored him , and always approached him with smiles, ready for the quirky humor Evan was quick to use.  He was always eager to instill good values in his 3 children like good sportsmanship, honesty, loyalty and kindness. I have witnessed him advising my two boys, on how to be loving and kind to each other. He is the epitome of a family man. He is a wonderful son, interested brother and loving husband.


Jodi and Evan are both the oldest of their siblings and have set an amazing example on how to be a close family. We all have admired their Sunday night family dinners where Evan and Jodi's siblings and spouses would all come together every week. It is rare in this day and age that you find people making this commitment to their family, so consistently. In this vein, Evan took the lead in showing his family how to love  and support each other.


In addition, he was a loving supportive friend when I needed him most- when my father died last November from Brain Cancer, Evan went out of his way to take my children when I needed a break, and he was quick to drive into the city, and take the boys as a respite to me. He was always there with a hug, or asking what he could do for us, to try and ease our pain.

He is a family man who makes his 3 children his true priority. It is his world!! Evan is the father who drives to meet my husband ones a month early on a Saturday morning so that our boys can see each other. Jodi will be running the other two children around for their activities. and there is Evan meeting us at Exit 4 off the Cross-Country Parkway in front of Applebee's w/████████ ready to come to us for a sleepover. Evan makes it a point that our boys continue there close friendship as best friends no matter the time and effort involved. Evan has 3 amazing children that need him. What am i going to tell my son when he can't have his best friend visit because Jodi is too busy with the other kids. I ask for leniency in Evans sentencing, as Jodi and there children need him to be there to grow up around the vital energy and love that only he provides.

Thank you,

Marissa Forsted

*Marissa Forsted*

Troy Foster

PHONE 

EMAIL

May 12, 2018

**VIA ELECTRONIC MAIL**

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   **Leniency Request on behalf of Evan Greebel**

Dear Judge Matsumoto:

I hope all is well with you. I write today on behalf of a defendant that is before the Court for sentencing, Evan Greebel. I have known Evan since we were summer associates together in the Fried Frank summer class of 1997. I was a first-year law student from California trying to feel my way through a professional environment for the first time, while Evan was a long-time New Yorker in his second year and much more seasoned in the ways of private law firms. Evan played the role of an informal peer mentor to me and helped me find my way in that summer. It was a kindness that I have never forgotten.

Our paths diverged after that summer as Evan remained in New York and I moved on to a clerkship on the Ninth Circuit and a California law firm following my graduation. However, we did engage in a similar type of practice, working closely with founders and CEOs of companies to help them in fund raising and other types of transactions. Unfortunately for Evan, one of his clients appears to have been bent on engaging in criminal activity and dragging Evan unwittingly into his plans.

As a practicing lawyer, I know well the pressures to perform in the setting of a large private law firm. The firm where I am currently a partner has over 1,000 attorneys. The velocity of our practice requires trust. We have to trust that our partners in

130249403.1

May 12, 2018
Page 2

specialized practice areas are giving sound guidance. We have to trust that our associates are performing the tasks that we assign them with diligence and due care. And, most importantly we need to trust our clients to give us accurate information and conduct themselves in accordance with the standards of basic decency. Evan's client apparently failed on every count, and the resulting fiasco swept Evan up into this case.

Without trying to relitigate the merits of Evan's case, I am requesting that the extenuating circumstances of Evan's situation be considered. I have known Evan to be an upstanding citizen, a good father, devoted husband and committed professional. I do not believe that there will be any good that comes out of Evan serving a long prison sentence. I expect that upon his reentry into society he will have a positive contribution in the community. Speaking of which, if community service were in any way a possibility, I would urge you to give strong consideration to that option. Evan is affable and gregarious and would be particularly effective, I think, in connecting with young people; sharing his story as a cautionary tale. In closing, I want to thank you for your time in considering this request. I am deeply saddened by this situation but also hopeful that some good may yet come from it if the Court is inclined to show mercy to Evan.

Sincerely,

Troy Foster

Eric Friedland

April 30, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I am writing on behalf of Evan Greebel. He and I met in the Fall of 1993 at The
University of Michigan. We were fraternity brothers in Tau Kappa Epsilon, and as he
was a year ahead of me in school, he was assigned to be my "big brother" in the
fraternity. Our friendship was such that we roomed together in a two-bedroom apartment
the following year.

As both his friend and roommate, I knew Evan to be conscientious and
dependable. All of us in the fraternity recognized Evan's responsible nature, and were
aware of his career aspirations as an attorney. Accordingly, while he was not a formal
officer of the chapter, we created a special position for him – he was designated the head
of "risk management," consistent with his character. I specifically remember one episode
where, in his specially-designed role, Evan intervened to ensure the safety of several
young men. There was an event that was constructed to keep members of the fraternity
outside for hours at a time. The scheduling of this event coincided with historically low
temperatures in Ann Arbor in January, 1994. Rather than maintain the long-standing
tradition of the event, it was Evan's decision to break the custom and hold the activities
indoors, precluding the group from exposure to unnecessary harm and preserving their
well-being.

Like many friendships, ours grew apart after college. We largely lost touch, and
I've seen Evan only a handful of times in the past two decades. Through our brief
interactions and mutual acquaintances, I know Evan to be a loving husband, father, son
and brother. While I cannot speak to his legal situation, I humbly ask that Your Honor
consider leniency when imposing his sentence. Thank you for your consideration.

Respectfully,

Eric Friedland



May 1st, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is David Gallo, and I have been a friend of Evan Greebel's since 2010. I know Evan through his younger brother Rob, who is a very close friend of mine, and through Evan's younger sister Gennifer, who I also know quite well. I run a large New York-based investment firm called Valinor Management which I founded in 2007, several years after graduating from Harvard Business School.

While Evan isn't a very close friend, I have had many interactions with him because of my close relationship with his brother Rob. Evan has been to my house many times, we have played sports together, I've been to "Greebel family" occasions with him, and so on. I've witnessed very closely how he's treated everyone around him. He has always been kind, warm, ethical, generous, and helpful. I've also watched how he is with his three children (a wonderful father), how he treats his wife Jodi (like gold), and how he treats his siblings (like best friends). In fact, I believe he allowed his brother Rob to live on his couch for nearly a year when Rob first became a practicing attorney in New York City, something I don't think I would do for my own brother!

Importantly, as a professional investor for nearly 23 years – and one who makes "long" investments but also shorts stocks – I have been trained to judge the integrity (or lack thereof) of management teams, and have been practicing this skill for my entire career. I can tell you that in my judgement, I have never seen – ever – anything that would lead me to even slightly question Evan's ethics, honesty, or integrity.

I therefore would humbly ask that you consider leniency in your sentencing of Evan. I believe society would be better off with Evan's active participation in it, and you would not regret this decision in the future.

Sincerely,

David Gallo

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I first met Evan in the spring of 1997 at Georgetown Law School. I was introduced to Evan in the strangest of circumstances: during the first semester of my first year of law school, I was the victim of a crime in my apartment building in Washington, DC. Not wanting to remain in my apartment after the incident, I tried to find alternative living arrangements as quickly as possible. I was alone, in a strange city, far away from my family and I suddenly found myself needing a new apartment quickly.

Evan, overhearing my situation from a mutual friend, reached out and notified me that there was an apartment available in his building. Without really knowing me at all, he helped facilitate the rental, box up my apartment and move my belongings from my old apartment to the new one. And as if that wasn't enough, Evan also walked me to my car in our parking garage for months so that I did not have to walk there alone. All of this effort from someone who barely knew me and it was done all out of the goodness of his heart.

We continued to remain very good friends for the remainder of law school, often communting to class in the morning and studying together in the evening. I would say that we were as close as two friends could be who were not romantically involved. Throughout that time I always viewed Evan as smart, honest and loyal. He always exhibited good judgment and impeccable character. He was always the one lending a hand or helping others.

Over the past 20 years I have been lucky enough to remain friendly with Evan and have also gotten to know his wife, Jodi and their three beautiful children. Individually and as a family, they are generous people who contribute their time to the community.

I hope that you will take into consideration Evan's lifelong love for his family, generosity and kindness during sentencing. Thank you for taking the time to read this.

Sincerely,

Lisa Gans

To:  The Honorable Kiyo A. Matsumoto
From:  Barbara Gattuso
Date:  April 26, 2018
Re:  Evan Greebel

Dear Judge Matsumoto,

July 14, 2007 was such a happy day for me and my family.  My niece Jodi was going to walk down the aisle with the love of her life- Evan Greebel.  They had been dating for several years, and our family had grown very fond of him.  Evan was to become my nephew, and I couldn't have been happier.  He was a respectful young man who was there for all the holidays trying always to be as helpful as possible.

That was many years ago, and now they have three beautiful children of their own.  Evan has been a loving and kind husband and father.  That love and kindness was shared also with extended family.  I remember that he was in charge of the Fourth of July bonfire.  He gathered all the cousins and helped them roast marshmallows.  He took great pleasure in being in charge of this task. We adults were impressed watching him safely organize the children and the kindness he extended to the children.

I am asking you, as the judge, to grant Evan leniency.  His children need to have a father present at this time in their lives as they develop and go forward.  Having their father's love and kindness can only support them to be loving and kind themselves as they mature.

I do not take lightly your decision to grant leniency, but I also share that you will not regret granting leniency to this young man.


Respectfully,



Barbara Gattuso

April 14, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
225 Cadman Plaza Eastern District of New York
East
Brooklyn, NY 11201

Dear Judge Matsumoto,

We are writing this letter in regards to our family member, Evan Greebel (his wife is Steven's first cousin). Evan has been a part of the family for more than 12 years. We understand that Evan has been convicted of serious offenses and although you might think our familial connection would make us slightly biased, we feel that we are still a good enough judge of character to be considered fair reference. In Evan's personal life, he has many friends, among whom he is quite well respected and liked. He never has a bad word to say about anyone, and his kindness and generosity show in how he treats his wife, his children his in-laws and the extended family.

We have had the privilege of meeting Evan dating back to when he and Jodi were dating. We saw their relationship grow. And then we had the honor of attending their wedding- where our daughter was a bridesmaid. We watched Jodi and Evan start a family resulting in three amazing, adorable children. And we've spent many summer weekends & holidays with them.

To say Evan is a family man is an understatement. Our respective families spend many summer days together on Long Island. We gather, we eat, we laugh. Evan is always with his children. He is a true partner to his wife. He is always present and he is always kind. His children adore him. He plays catch with the boys, carries his daughter ▮▮▮ around and enjoys the entire family. To see Evan here, you know that he loves his children, loves his wife and truly enjoys being a part of the family.

Most recently my husband and I had a high school graduation party for our daughter. Of course Jodi, Evan and the kids came, even though we do not live that close. I smile when I think of their daughter ▮▮▮ enjoying the lemonade dispenser and how patiently Evan let her fill cup after cup. On this day, as a family, we enjoyed being together. Evan did what every dad does. He played catch with his boys. He mingled with the extended family. He carried his daughter around. He laughed and played lawn games with his children. And he and Jodi took turns tending to the kids so the other could sit and eat. The Greebels are regular, normal, down to earth people. They take care of their family and each other. And as far as extended family goes, we feel lucky to have them.

It is very hard to watch family members go through tough times. In writing this, we hope that you will be able to see past any negative perceptions that the media has tainted Evan with and be lenient in sentencing. We hope you will see that Evan Greebel is a loved and respected man with integrity and great character.

Sincerely,

Nicol & Steve Gattuso

# JAMES B. GLUCKSMAN, ESQ.

COUNSELLOR AT LAW
100 BRUSH HOLLOW CLOSE
RYE BROOK, NEW YORK 10573
jbglucksman@yahoo.com
(914) 482-4033
FACSIMILE (914) 305-4967

July 16, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     Re:  Recommendation for Leniency for Evan Greebel

Honorable Judge:

As a long-time friend of the Greebel family and a professional colleague of Charles Greebel, the Defendant's father, I strongly recommend leniency for Mr. Evan Greebel. I know the family from membership in the synagogue, my long-term involvement in the Scarsdale community, where I grew up, and from a social club.

The family is tightly knit, and has a sterling reputation in the community. Unfortunate things can happen to people, and it is my experience and belief that this is one of those circumstances. His education, training and overall good faith and intelligence can be put to use in community service, for the benefit of the People.

Mr. Greebel is a man of his family and community. My view is that Mr. Greebel has suffered significantly for his involvement with an individual who was not a person of honesty. The punishment benefits no one and I believe there is little chance of another offense.

Please strongly consider the minimum possible sentencing, in view of the foregoing.

                    Respectfully submitted:

                    James B. Glucksman, Esq.

**Monique Blanco Goihman**

███████████

May 1, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I write to you as a friend of Evan Greebel's family. I have known Jodi, Evan's wife, since college, and we have remained close friends for nearly 20 years. I met Evan when they started dating, which was while I lived in New York City. What struck me upon meeting Evan was how similar his and Jodi's backgrounds were. Both come from warm, close-knit families, had the same religious upbringing and have parents who were professionals but also dedicated to their kids. It was only natural for them to emulate this dynamic when they eventually grew their own family.

As a husband, Evan has given his all to Jodi, both emotionally and professionally. A few years ago, Jodi endured a significant tragedy when she lost her younger brother. Evan provided immeasurable emotional support for her during her grieving, and he also stepped in to help as necessary in the day-to-day care of their young children at that time. He has been a pillar of strength for her in the trying times they have faced together.

As their family has grown, Evan has consistently shown the same dedication to his children. His weekends are spent at sports games and birthday parties with his kids. We have spent time with them as a family when they've come down to Florida, and Evan has consistently shown that he is a devoted father and husband. It has been particularly notable to me that despite the stress they have been going through, and no doubt, their concern over the pending sentencing, Evan and Jodi have gone out of their way to make sure their children can continue to live their lives as normally as possible. It is exemplary of Evan's character both as a father and as a person.

I am writing this letter in an effort to demonstrate the kind of man Evan has always been, and in the hope that it can help convince you to grant him leniency in his sentencing. Evan is a devoted family man and a valuable member of his community, and I can comfortably say that, should you decide to grant him leniency, you would not regret it – and his wife and young children would undoubtedly appreciate it tremendously.

Thank you very much for your time and consideration.

Best regards,

*Monique Blanco Goihman*

Monique Blanco Goihman

April 21, 2018

Katy Goldman

███████████████

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I am writing to ask for leniency in the sentencing of Evan Greebel.

My name is Katy Goldman. I am a stay-at-home mom and my husband, Neil, is an attorney. Jodi Greebel and I met in Scarsdale in the fall of 2014 and I met Evan soon thereafter.

I know Evan to be a committed father, very involved in his children's lives. I've seen him at Little League games, cheering on his son, ████, and I've also seen him at the playground goofing around with his other son, ████ The kids are always so happy to have Evan there, and it shows by their big smiles.

I also know Evan to be an incredibly supportive husband to Jodi. When Jodi's brother passed away unexpectedly a few years ago, Evan was there for Jodi throughout that unimaginable tragedy. I don't know how Jodi would have gotten through that time in her life without Evan's support.

More recently, I've seen Evan attend various functions at our synagogue, Temple Israel Center of White Plains. Our children are in religious school together and they've had several events this year, which include family involvement. Evan has been there to support ████, along with Jodi, ████ and their daughter ████.

I am aware of Evan's legal situation and I support him anyway. It has already taken a tremendous toll on him and his family.

Sincerely,

Katy Goldman

April 19, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is Todd Goldring and I am writing this letter on behalf of my good friend, Evan
Greebel. I am a Director in Equity Sales at Citigroup. I have had a social relationship with Evan
for nearly 10 years, am friends with his wife, Jodi, and have children of similar age as his
children.

I knew from the start that there was something really unique about Evan. I watched what a
loyal and doting husband he was and what a wonderful father he became to his three children.
He stood by his wife and was her rock to lean on as she went through an incredibly difficult
time with the sudden passing of her brother. What makes a man in my opinion is not how they
handle success but rather how they handle themselves in times of adversity. I have seen Evan
endure obstacles in his life during the past decade and I could not be prouder to call him my
friend. I have searched long and hard for serious flaws in his character and he has shown time
and again that he is caring, loyal and good-natured.

Importantly, he has been a caring friend while I endured my own personal challenges. Over the
course of the past few years, my wife and I separated and then divorced. As anyone going
through such a situation knows, there were periods of anger, frustration and disappointment
for me. Through it all, Evan was a supportive friend who helped lift my spirits and for that I am
grateful.

I last saw Evan a couple months ago while we were together with our children. Despite the
challenges he has faced and those that are ahead of him, he was surprisingly upbeat and in
good spirits. His attitude and approach is inspiring to me.

I hope that you can see the good man that is before you during sentencing and respectfully
request you grant him as much leniency as possible. He loves his family, his friends and life very
much. His absence from my life and that of many others would be very unfortunate – he has a
lot to offer. Thank you for taking the time to read this.

Sincerely,

Todd Goldring

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Judge Matsumoto:

My name is Jeff Gorman and Evan I met about 18 months ago when my wife and I moved our family to Scarsdale, New York. My wife and I met Evan and his family shortly after settling into our new community and I realized extremely quickly that Evan was an individual I could relate to. Why was Evan someone I felt I could be friends with? Why did Evan leave such a positive impression on me? Evan attended the University of Michigan, like I did, and we immediately connected in regards to our passion for the University, what the school offers in terms of academics and sports, and the values it instilled in us to be successful in life both professionally and personally. It was this common bond that allowed Evan and I continue having fruitful conversations every time we encountered each other, whether planned or unplanned. Essentially, it wasn't too long after meeting Evan that I considered him one of the first friends that I met in my new community. It was then gut wrenching to learn about Evan's legal situation, but the first impression can leave a lasting impression, and my impression of Evan was that he is an honorable, honest, person and a committed father and friend.

Evan grew up in the Scarsdale. When I moved into my new home, the outside staircase we have leading down to the door that allows for entrance into our basement, was not protected by an enclosure with a gate. I spoke to Evan with respect to this situation and he immediately agreed that this was something that should be fixed for the safety of my children. Why did I approach Evan? He has children of his own, and from prior conversations I had with him, I knew that he valued the safety of his own children. Secondly, as a long-time member of the Scarsdale community with a vast network of friends, family, and business associates in the area, I felt that he would be the best individual to make a recommendation in regards to someone that could make the required repairs to my home. Upon speaking with Evan, he agreed that this was super important for the safety of my family. Evan legitimately stopped in his tracks to help me. I truly believe this story illustrates just how good of a friend and father Evan is.

Over this past winter, I had the luxury of coaching little league basketball with Evan. His son, █████████, and my son, █████ are the same age and have become friends as well. In fact, █████ had his first ever sleepover at the Greebel's home. Evan was the head coach and I was the assistant coach. Both Evan and I played basketball growing up and understand the fundamentals of the game. Watching Evan in action was a pleasure. While coaching these young boys, it was blatantly obvious to see Evan's supreme qualities shine through. Evan is a great teacher, father and leader. He is funny and passionate, and through the season, whether at games or practices we held, the team had fun. Evan kept the environment tailored to third grade boys. There was never a moment in time where I felt that the boys were not enjoying themselves. In the end, it was Evan's personality that allowed these boys to begin loving the game of basketball. There is no doubt in my mind that each player will be returning for fourth grade basketball, in large part, thanks to Evan.

In the time I have known Evan, he has truly demonstrated to me to that he is fantastic person. He values being a good friend, father, and husband. He immediately played a part in making my family feel comfortable in Scarsdale. I ask the court to show leniency in regards to Evan's case. Such a decision will not be regretted.

Best Regards,

Jeff Gorman

The Honorable Kiyo A. Matsumoto

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is Marne Gorman and I am a friend of Evan and Jodi Greebel. We moved to Scarsdale about 18 months ago, and before we moved the Greebel's were one of the first families we met in our new community. We were at visiting day at a new camp that our son was attending to try and acquaint him with kids he would be going to school with. During the chaotic visiting period, Jodi and Evan made an effort to seek us out, welcome us to town, and let us know that their son,         was excited to meet         and they looked forward to including him and us.  We were very nervous to be moving our son in the middle of elementary school to a new area, with new friends, and I will never forget the relief their kindness made me feel.

The Greebel's have been wonderful friends and made us feel welcomed before we even moved. I was shocked to learn of Evan's situation as my impression of him and Jodi was immediately positive. I was also moved that people dealing with so much would go the extra distance to show compassion and interest in others. Regardless of what they are dealing with, Evan and Jodi are always quick to ask how we are and to offer their help in any way. Evan coached our kids' basketball team with my husband and he was always positive and encouraging for the kids. We have spent a lot of time with the Greebel's and their kids,                                   – they are each kind, fun, and happy children – a true testament to their parents.  This was the reason that we were extremely comfortable and excited for         first ever sleepover to be at the Greebel's home. He had the best time and we never worried for a minute.

In my opinion, the Greebel's are kind, caring and honest people and I have no doubt that Evan has had a positive impact on the community, his children and friends. I am confident that the court will come to the same conclusion and allow Evan to be home with his family, where he belongs.

Respectfully,
Marne Gorman

Marne Gorman

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York   11201

Dear Judge Matsumoto,

I am proud to tell you that Evan Greebel is my 1st born son.  I have been at every appropriate court appearance, except when I was needed to take care of Evan's and Jodi's children, my grandchildren.  I was the oldest lady who sat in the front row on the aisle.  I watched your honor listen to the same testimony that I listened to and I sobbed uncontrollably with disbelief when I heard the verdict.  I would like to tell you more about Evan and our family and beg you to be as lenient as possible.  We are a family of unassuming people who are not famous celebrities or politicians.  Evan is not a threat to any society and he is urgently needed by his wife and 3 young children at home.  Since his arrest, he has suffered every second and has lost his means of support.

Through the first computer dating service "Operation Match", I married the man of my dreams.  Charles is caring, intelligent, and hard-working.  He enjoys being with his family and friends.  As a graduate of Syracuse Law, he is a sole practitioner who engages in family and general law.  We bought a fixer-up house with a shared driveway on a tiny piece of property in Scarsdale.  We wanted Evan as well as his brother and sister to benefit from attending a nationally ranked school system.  Every morning Charles took Evan to elementary school, sometimes by sled, as a safety precaution.  Charles always volunteered to coach Evan's sports teams and rarely missed a school function.

My father Irving was a well respected attorney in New York City and Westchester County.   As a graduate of Brooklyn Law School he defended the average worker or professional.  Irving's father died when he was in his twenties and he became the sole support for his mother and his three siblings.  When his Grandfather Irving died, Evan became very protective of his Grandmother Lucille.  Since they had a strong familial bond, it was natural that she relied on his wisdom and strength after she was diagnosed with lymphoma for the 2nd time.  Evan's grandmother was first afflicted with lymphoma in 1980.  There was no known cure. She enrolled in a clinical trial, her only hope.  The medicine worked!  My mother was a test subject for an experimental drug that has saved hundreds of thousands of lives all over the world.  Nineteen years later, the disease reoccurred with a vengeance, but she had developed an immunity to that 1st magic bullet. At that time, Evan was a young legal associate.  We hoped that a new drug, Retuxin would cure her and be her 2nd magic bullet.  Unfortunately, Evan's valiant Grandmother died within seven months.

Evan loved his grandparents and my mother was his last surviving one.  He witnessed the benefits of innovative medical treatments.  He recognized how they

could help families and loved ones.  Evan knows that Retrophin is the type of company we all want to succeed.  He worked tirelessly and unselfishly to support the growth of this company that is searching to cure many orphan diseases.  Let us hope that Retrophin succeeds in discovering so many needed magic bullets.

Sitting here today, I wish I had taught Evan the skills required to detect a fraudster or a liar.  Martin Shkreli created Retrophin; without him the company would not exist.  As one would hope, Evan consulted with many, well-respected legal partners in his law firm on behalf of Retrophin and represented the company to the best of his ability.  His advice and legal actions saved the company millions of dollars which would have been spent on numerous expensive, legal proceedings.

Evan worked overtime and during many holidays for the benefit of Retrophin.  He worked for the company when his wife was in the hospital having a baby and on vacations.  While he was attending his brother's wedding in Pennsylvania or with his family on the weekends, he was summoned to do company business.  He engaged in company discussions during his children's and wife's birthdays as well as school functions.  Most lawyers are not this conscientious and do not sacrifice so much for their client.  When Evan was hired to represent Retrophin, he was ***not*** aware of Mr. Shkreli's unsavory character.  He did not realize that an acknowledged genius had lied to him or had duped so many investors and employees.  My son has always pondered his decisions; when he was uncertain he sought the advice of others.  Evan rightfully relied on his mentor, Howard Jacobs, and other brilliant attorneys to provide information and legal documents so he could further Retrophin's legal interests; now, however, he is being punished.  As a member of the community I question the jury's verdict.

Every day, Evan makes me proud to be his mother.  As I look back, I realize that I never received a dreaded note or phone call about his behavior.  My son is the oldest of 3 and lives his life as an example to be emulated; a model for his family, peers, and colleagues.  Evan went to a Jewish preschool for 2 years and started religious school in 1st grade.  There he learned the meaning of charity and brought Tzeduakah (money for the needy) weekly.  He became a Bar Mitzvah at Temple Israel in White Plains when he was 13.  We joined a second synagogue so Evan could be confirmed at 15.  There he helped rekindle and attend a special high school program under the guidance of Rabbinic Intern Aaron Panken.  Through this program Evan went on many midnight runs to feed the poor.  Rabbi Panken was selected to be the President of the four campuses which comprise the Hebrew Union College.  Horribly, he died May 3rd in a single-engine plane crash at the age of 53.  Evan was a member of Aaron's high school trip to Israel.  Rabbi Panken always said he was a valuable member of the group and he was grateful that Evan was on his trip because of his kind disposition, maturity, and trustworthiness.  In addition, he relied upon Evan to help manage the other participants and appreciated his inquisitiveness and knowledge.

Evan was an active Cub Scout for three years and played the violin and the drums. While in 4th grade his music teacher required the band to learn the University of Michigan fight song. Evan was very upset because his father had graduated from its rival college( Michigan State), but he didn't complain to or criticize his elder. Seventh grade may have been the start of Evan's legal career. Remember Ryan White? Ryan was diagnosed with AIDS and was denied his right to go to school. Evan chose to defend Ryan during a social studies mock trial. RYAN LOST! Ryan would never sit in a classroom with his friends again. EVAN LOST, but won. Evan saw the injustice and absorbed the workings of our legal system. His legal path was set.

Evan was the 1st young man in our family to earn the rank of Eagle Scout. He proved he was exceptional and as a selected assistant troop leader he mentored younger scouts. With the cooperation of the liaison to Andrew O'Rourke, the Westchester County Executive, Evan created the Westchester County Historical Trail booklet, medal and patch as his Eagle project. Then he was chosen the New York State winner of the Sons of the American Revolution's Eagle Scout Award. The award, which is based on his patriotism as well as his knowledge of American History and genealogy, was presented at a luncheon at West Point. His twelve inch high, brass eagle still sits prominently in my home and he used the monetary award for college. Through determination and perseverance, Evan has always been able to do his best.

Since childhood, Evan has demonstrated the personality traits and moral character that we hope our children will exhibit. As parents, we try our best to be excellent role models for them, in hopes that they will become worthwhile citizens who will contribute to the future of our society and aide those in need. Evan interacts with people and conducts business every day as a man of integrity and honor. Despite his conviction, I know that Evan is still that man and is an asset to his community.

Evan has always selected the correct path and is a man on whom people can depend. One late night, when he was a freshman at The University of Michigan, his friend became violently ill. Despite the hour and having class early the next day, Evan brought her to the hospital's emergency room and stayed with her until the doctors completed her treatment. At Georgetown Law, he studied diligently to grasp the intricacies of the law and how to apply them. Using his legal knowledge and skill, he spent countless hours defending the indigent in a special legal program. During that time, he read his legal notes to a blind student so she could complete her degree. Additionally, for many years he has been mentoring new entrepreneurs so they could start businesses in Israel in order to earn a living.

Before this, Evan had never been in trouble, not even in camp. He is an astute, responsible person. When he was 7 years old, he discovered that his 4 day old sister had an elevated fever. Through his detection she was administered life saving medicine for meningitis and put in quarantine at White Plains Hospital. He was the hiker at the back of the group who helped the stragglers. He was the Red

Cross life guard who taught swimming to beginners.  He was chosen to be the camp bus supervisor because of his engaging personality and his ability to entertain the young campers with songs and games.  Evan succeeded in sports through hard work and practice.  Every teammate knew he could be relied upon to persevere and do his best.   When the varsity track team needed a third high hurdler, Evan joined; not because he was a skilled athlete, but because he was needed.

December 15, 2015 changed all our lives.  Charles and I were in Florida and then the unthinkable happened; our son was arrested.  That morning, we returned to Brooklyn to stand with our son.  As the charges were explained, I choked up and almost fainted when I signed the document that pledged our home as collateral. We raised an ethical, law abiding man.  He has always worked admirably with his colleagues and for the best interests of his clients.  He is not a kidnapper, murderer, embezzler or drug kingpin.  I love my son dearly and everyone he meets wants to be his friend.

Your honor, please vacate Evan's guilty verdict.   I think it was clear from all of the evidence that he had no intention to break the law or commit a crime.  He never acted in a sinister or self-serving manner.  While this may sound unorthodox, it is with tears in my eyes that I beg you to allow me to carry out your sentence in place of my wonderful son, Evan.  I am 72 years old and have had a fabulous life; fortunately the recipient of unconditional love and support from my whole family. When Charles and I needed financial help, Evan provided assistance for years, even though he went with less. **Evan's family needs him**.  His 3 young children ██████████████████ need his excellent guidance and love.  His wife Jodi needs his support and care.  I am a good cook, organizer and a very competent Reading/Learning Disabilities Teacher.  I would be an asset to prison life.  I could run an educational program, teach computer research or work in the library.

If you truly believe in your mind and heart that he must be punished, please be extremely lenient.  Evan has lost so much already.  He resigned from his law firm and has worked sporadically for the past 2.5 years; never as an attorney.  Due to his felony conviction, you know he will be disbarred and a dismal future looms over him. Please use your discretion and consider probation.  Our society may be better served if he is allowed to remain at home performing community service to aid the poor, write grants for non-profits, help Governor Cuomo's projects in Puerto Rico, assist with public housing, etc.  Evan is not a danger to the public and he needs to be able to earn a living in order to keep his family off welfare, Medicaid and other public assistance.  Rather than the Federal government wasting a substantial amount of tax-payers' money on his room, board, clothing, transportation, personal items, medical treatment and supervision, please let him stay with his family, serve those in need and support those he loves.

Please show your compassion and impose a sentence that will not tear his family apart; you will not be disappointed.  You have seen him behave as a respectful man. Currently, he is under area arrest and always abides by your guidelines.  A few

times he received your permission to travel outside your jurisdiction and he proved himself to be trustworthy.  He did not take advantage of your kindness or authority.  He was content, but disappointed to miss many life-cycle events even his best friend's daughter's Bat Mitzvah.

If you are absolutely convinced that he must go to prison, please consider a prison camp for a very short period.  Medically, he suffers from numerous food and air-born allergies.  He needs to receive routine allergy shots and to know the specific ingredients in his food.  I fear for his safety.  He never engaged in martial arts or contact sports such as football.  I am petrified that unsavory characters will prey upon him for their own demented purposes.  We practice Judaism and Evan is a devoutly, religious man.  Please, your honor, he needs to be in a camp with kosher food and a Torah so he can continue to reverently pray with his tallis around his shoulders to our God.

I know your honor will consider all the facts and reach a fair and just decision. Thank you for your time.

Respectfully yours,
Barbara Greebel

July 9, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Judge Matsumoto:

This is a letter that in my worst dreams I never thought that I would ever have to write.  I have often written to the Court as a practicing attorney for nearly 50 years, but never has it been this hard.  I am, however, honored and privileged to write to you, your Honor, in support of my son, Evan L. Greebel, and request that you impose the most lenient sentence possible.  As you may have noticed, I attended every hearing and every day of trial; I was there as a concerned father, proud member of the New York State Bar and former Chair of the Westchester County Bar Association Matrimonial and Family Law Section.  I can assure you that you will never regret the decision to be lenient because Evan is a supportive, empathetic, and honest person who is a tremendous asset to our community.

I appreciate, in advance, your patience as I would like to share who Evan is today and how he has been the same person since childhood.  During the course of Evan's trial, I am sure that your Honor saw all of the support he received from members of the community.  In addition to people who attended from New York, Connecticut and Pennsylvania, friends and supporters flew in from California, Florida, Illinois and Michigan.  They did this because of the positive impact Evan has had on their lives and to show how much he means to them.  As I will try to explain in this letter, Evan worked hard and was successful while at the same time he did the right things and spent much of his life helping others and making their lives better.

My daughter-in-law, Jodi, had a younger brother named Mark.  In August 2015, approximately three months before Evan's arrest, Mark suddenly and unexpectedly died.  He was in his mid-20s and his whole life was ahead.  Jodi, like many older sisters, was part best friend and part mom.  Mark was an intelligent and compassionate person who cared about everyone he met.  Mark was more than a brother-in-law to Evan and despite their 14-year age difference, the two had a very close relationship.  It is hard to explain the magnitude of this event on Jodi, Evan and Jodi's children, her extended family and our family.  To lose any family member suddenly is tragic.  It is particularly painful when they are young and have a bright future.  Following Mark's death, Evan was focused on helping Jodi survive each day as she tried to process her brother's death. Evan also had to care for his two sons, ██████████████, because Mark's death has had a profound impact on them. ████████ was █ when his uncle passed away and Evan was forced with the unfathomable task of trying to explain to ████████ what happened to his uncle. ████████████ was not even █ when Mark passed away, and as a parent and grandparent,

1

I can tell you, it is impossible to explain death to a child that age. Nevertheless, Evan tried and despite his efforts ▇▇▇▇▇▇▇ spent almost a year trying to find his uncle or understand where he went. For months, Evan focused on his wife and her parents, trying to help them confront each day.

Mark's sudden and unexpected death has been an overwhelming event for everyone.  While Jodi was beginning the grieving process for the death of her brother, Evan was arrested.  As a result of the combination of Mark's death and Evan's arrest, Jodi never really had the chance to enjoy the birth of ▇▇▇▇ their daughter, or properly grieve the loss of her brother.  With Evan unable to practice law, Jodi has had to assume additional burdens to help with family financial matters. All of the pressure and stress has unfortunately taken its toll on everyone, ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇ ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I mention all of this because I was not surprised Evan became the shoulder for his wife and in-laws to lean on. Jodi and the children need their husband and father to be home with them.  In my view, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇ By way of background, during my career, I have been a law guardian on numerous occasions in multiple family law matters. I understand the impact of a parent being incapable of raising minors and I do not make such a statement lightly, Evan, is, and has been Jodi's primary means of financial support as well as emotional support and stability.

My wife, Barbara, and I try to be as helpful as possible for our grandchildren.  We babysit when we can and Barbara cares for our grandchildren one to two days each week.  Jodi uses this time to see clients and try to generate some income.  I am approaching 75 and my wife is 72, and there is only so much we can do. Unfortunately, the events over the past three-years have taken a dramatic toll on my health as well.  Jodi's parents are super people and extremely supportive, but continue to grieve the loss of their son.

Evan places Jodi and the kids above all else and I am proud of him, but not surprised. From his earliest days, Evan has always looked out for others.  This trait, among many other positive ones, has flourished throughout his life.

Evan is the oldest of our three children.  He has always been a credit to our family and set a positive example for his younger siblings and cousins to follow.  From an early age, it was clear he would be a supportive and nurturing person. Just before Evan's third birthday, our second son, Robert, was born.  Uncommonly, Evan never demonstrated any signs of jealousy.  Even though he was accustomed to receiving all of the attention as the first child, all he wanted to do was teach and help his younger

2

brother and then younger sister. Now, nearly 42 years later, Evan has passed along his approach to his own children. ███████ Evan's oldest son, follows his father's lead and looks to include ███████, his younger brother, in activities and they both look to include ███

As Evan aged, he demonstrated the same qualities.  He joined the Cub Scouts and then Boy Scouts, where he focused on charitable work and community service, while rising to the rank of Eagle Scout. He was the only one from his elementary school who wanted to be a Boy Scout as it was not a popular activity.  For five years, Evan balanced scouting with school, sports, preparing for his Bar Mitzvah and all of the other activities that arise in the life of a young man.

Evan progressed through the ranks of scouting and created a historic trail for Westchester County, our home county, in connection with earning the rank of Eagle Scout.  Inspired by The Freedom Trail in Boston, Evan wanted to write a guide book of the colonial era historic sites in Westchester.  The scope of this project was unusually broad and complex.  It required multiple in-person visits to numerous historic sites around the County and coordination with many others. To help explain the significance of this project for a fifteen-year-old young man, I am enclosing a copy of the trail booklet.

Evan also successfully solicited the participation of the Westchester County Government.  When Evan was in the Eleventh Grade, the Westchester County Executive, the Honorable Andrew O'Rourke, held a press conference to announce the creation of this historic trail. Evan could have reached his goal by undertaking a much simpler Eagle Scout project.  He did not have to spend over a year working on it, but he wanted to create a meaningful and permanent contribution to Westchester. He was not interested in just achieving a goal, he wanted to create something lasting and memorable.

Throughout life nothing came easy and Evan worked hard at school, sports and learning to play musical instruments.  In all his pursuits, he committed himself to being the best he could.  This even included helping me, his Father, from time to time.

At a young age, Evan learned that I was an active member of the Lions Club International.  This is a charitable organization and when Evan discovered the club was collecting old eyeglasses to repurpose for those less fortunate, he started collecting them to help with the project.  What makes this story significant is that I *did not ask* Evan to help. Rather, he saw what I was doing and then one day gave me a bag full of glasses that he had collected on his own.

Evan's assistance was not limited to helping me when he was a child.  As a solo-practitioner, it is sometimes challenging finding new clients or collecting fees. At times that I struggled financially, Evan generously offered all of the financial support

3

he could afford.  No parent wants to look to their child for help, but it is a special child who is unselfish and there to help, no questions asked nor conditions imposed.

As long as I can remember, Evan only wanted to be an attorney. When he was a child, I presumed that was his goal because both I and his grandfather were attorneys and he saw how much we enjoyed helping people.  However, as he started adolescence, I realized that he wanted to be an attorney to protect people. That desire became apparent to me when he was concerned about sick and disabled children.  Evan wrote a school paper arguing that a child with AIDS should be allowed to attend public school. Remarkably, in the letter, he cited to relevant New York and federal statutes that he found from his own research.  After he researched and wrote the paper, he announced to my wife and I that he wanted to become an attorney.  My wife asked him why and he stated that he wanted to protect people. He could not understand why sick children would be treated differently.

His interest in the law continued through High School when he obtained an internship with a judge on the Appellate Division of the New York State Supreme Court. One day, after he completed his daily projects, he was in the Judge's library reading McKinney's New York Statutes.  When a Judge saw him reading this he asked Evan why he had not left for the day.  Evan said that he was supposed to stay at the internship until the end of the day and was reading McKinney's because it is interesting to read New York statutes and cases.  I learned this story months later when the late Judge Isaac Rubin shared it with me. This story captures two great elements of Evan's personality.  He knows the right thing to do and does it and he has a natural interest in the law.

In our family, Evan is a third-generation attorney.  When he was growing up, we often had Shabbat dinner with his grandparents.  Inevitably, Evan would overhear his grandfather and I discuss various legal issues.  Since we shared office-space, I often sought the advice of my father-in-law.  I am sure Evan overhead his grandfather and I discuss various challenges our clients encountered and how it was the attorney's obligation to anticipate and solve legal problems.  During those family dinners, Evan also learned that an attorney trusts his client and does not cross examine his own client, or its representative, to see if they are lying.

As a general practitioner, my practice included family law and is now focused on general and personal injury matters. Due to the unfortunate types of situations I had to help my clients with, I raised my children to be overly cautious and potentially even paranoid.  Evan often heard about these challenges as I tried to use real life examples as teaching opportunities for my children.  This has resulted in all of my children being hyper aware of potentially adverse events and often trying to stop them from occurring.

Throughout college and law school Evan worked for me and would regularly research projects or analyze fact patters.  Each time, I told him his focus was to figure out a way to identify all of the potential risks my clients faced or to ensure

4

that small problems would not become larger ones.  In fact, one prolonged project that Evan assisted me with involved tracking assets from a marriage.  Evan spent months analyzing bank accounts and property transfers and determined that a husband had hid millions of dollars in other entities that he controlled.  Evan researched the issue and determined that the soon to be ex-husband had commingled all of his assets.  He presented the analysis to me, explained the five-factor test that is critical in commingling cases and based on his work I was able to successfully contest and unravel the complicated financial web (which included a veil piercing argument).

During the entire course of Evan's life, my wife and I have been very active in helping the less fortunate. In fact, we raised our children to not merely donate money to charity, but also time.  We have a picture in our house of an 8-year old Evan after he successfully completed a read-a-thon to raise money for Multiple Sclerosis research.  Then, as now, Evan wanted to help those in need and never sought any credit for his actions.  His willingness to help others includes strangers, friends and family.  A few notable stories are worth sharing.

- During law school, I received an unexpected phone call from an old college friend who was the general counsel for a Washington, DC based government agency.  He told me that a local paper had written about Evan starting a Jewish graduate/young professional organization in the DC area for people that moved there from out-of-town.  Before my friend's call, Barbara and I were unaware of his efforts, and when we asked him, he said a number of people he knew were having trouble developing a friend and support system in Washington and he wanted to make it easier for them.

- When Evan's maternal grandmother was dying from cancer, he visited her daily.  To support his mother, who was very depressed, he delayed moving for over one year.  This meant he commuted an extra 40-60 minutes twice a day from Westchester to lower Manhattan.

- While a partner at Katten, Evan served as Chairman for the UJA Loan Task Force.  This committee helped create new businesses in Israel by allocating funds to Israeli women, Arab Israelis, Ethiopian Israelis and people who recently moved to Israel.  During a 2009 trip to Israel, Barbara and I met with the committee's local representatives. They were very impressed with Evan's work and dedication.  We visited a number of the businesses that benefited from the loans and could clearly see how much the money aided the recipients.

- Evan is a very active and attentive father and husband.  He coaches sports for his children, helps them with their homework and leads by example.  His community demonstrates their faith in him and support by both attending his trial and entrusting him to coach their children.

5

I have devoted almost 50 years of my life to the study and practice of law. Evan's grandfather was a lawyer for over 60 years. Yet Evan displayed an interest and love of the law in a way that I could never imagine. Evan worked tirelessly to practice his craft and made many sacrifices along the way. We often discussed our workloads and at no time did I feel that Evan operated in a vacuum. Part of why I encouraged him to be a transactional attorney was so he could work in a firm environment with trusted colleagues with whom he could discuss issues and receive advice. He did not steal from clients, he did not cheat on his tax returns and he thought he was preventing a company from being sued so that it could contribute to society (which it has). For one to argue that his client did not have too much exposure or that its liability was not that significant betrays everything I understand about the law. I have always believed liability and legal exposure are binary—one either has it or not. If lawyers are now being asked to weigh relative liability and to make determinations on exposure, that is putting a burden on the profession that none of us are qualified to undertake. More importantly, Evan used the forms that were given to him by his senior partners. Based on the testimony I heard at trial, it appeared that Evan believed he was doing the correct thing. I am not using this letter to question the jury's verdict, rather I question the message and implicitly society's expectation for attorneys and whether attorneys can meet such unrealistic expectations.

The life of a lawyer can be grueling. Evan sacrificed relationships and his life in order to hone his skills and represent his clients. While on family vacations, Evan always worked and regularly was late to family events due to client commitments. I regularly witnessed him being available around the clock to help associates, partners and clients. Throughout his life, he followed the rules and wanted to learn as much as possible. To Evan and Jodi, money has not been a focus. Before meeting Evan, Jodi left a successful job in finance to become a nutritionist in order to help people. While I heard a lot of focus on Evan's salary, if money was a driving focus for Evan he would have left law years ago for a more lucrative career. Evan made a nice living, he was lucky and was in position to afford things that I never could, however, I do not believe that Evan would ever intend to violate the law or risk his family and his law license for anything (much less increased compensation).

Even during the challenges of the past two and a half years, Evan and Jodi continue to teach their children about the importance of charity. Although I mentioned Jodi and her parents are still grieving the loss of Jodi's brother, Jodi and Evan helped their children organize a fundraiser for the SPCA in memory of Jodi's brother because Jodi's brother loved animals.

I humbly believe it is extremely important that Evan be at home every night for his children and his wife. ████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████

I sincerely hope that this letter helps you realize that a lenient sentence is just and appropriate. Evan will not be able to practice law and it is unclear how he will support his family.  The study and practice of law was Evan's lifelong passion and all he wanted to do since he was a young child. Losing his law license is a punishment he will suffer from every day for the rest of his life and directly links to the very conduct for which he was tried and convicted. Depriving him of the ability to help clients is an on-going and extremely impactful punishment for Evan. However, if you must impose an additional punishment, I pray your Honor will consider community service or probation.

Hopefully, your Honor will consider the welfare of Evan's wife and their three young children. ███████████████████████████████████ ██████████████████████████████████████████████████ ████████████████████████████████████████ Hopefully, the Court can be creative in sentencing Evan to community service while letting him remain home with his wife and children so he can support them emotionally and financially.

Thank you again for your patience with my letter.  I hope this has provided you with a more fulsome picture of who Evan is, how he contributes to society and how badly his wife and children need him at home with them.

Sincerely,


Charles R. Greebel, Esq.

7

June 9, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto,

My name is Gennifer Greebel and Evan Greebel is my eldest brother. Often I was sitting in the first row of the courtroom observing the case and supporting my brother, a man I have admired for 37 years. I am a pediatric ophthalmologist and multiple times Evan requested that I not attend the various hearings or the case, so that I could care for my patients. He stated that by attending the trial, I would do a disservice to the children I treat, and he did not want me to sacrifice my career or patient care. I work in Westchester and many of my patients know Evan and his family. My colleagues were familiar with Evan from visits to my office. Thus, my office and the families of my patients encouraged me to attend the trial. For me, I wanted to be by his side in the same way he has always been by mine. Your honor, I am asking for you to show as much leniency as possible when deciding his sentence. This decision will not be regretted because Evan is needed by his family and is an asset to his community.

Evan is not just my brother; he is my friend, my mentor, and my advisor. He has assumed these valuable roles in my life out of kindness and love, just as he naturally fills these roles in the lives of those around him. As your read the following anecdotes please know that my brothers and I were raised in a home with loving and nurturing parents. Evan never needed to fill a void or take on a responsibility out of duty. His honesty, strong moral character, sense of duty, and empathy are characteristics I have always striven to emulate.

One of my first memories of Evan, who is 7 years older, is waking up in his lap during a long car trip. He would tell me to lie down, get comfortable and take a nap. Later, he would carry me from the car and tuck me into bed. When he was a teenager he would sit on the floor and attend my tea parties, teach me strategy in board games, and patiently help me find the next puzzle piece. Many times, my friends and I counted on him to chaperone our group while trick or treating. Evan was my biggest fan as he cheered me on during numerous soccer, basketball, and softball games and always wrapped his arm around me when we lost. I remember following his lead on historical trails all over the country and visiting him at the Boy Scout Jamboree. We spent countless hours together as he explored historical sites in our home county while creating the Westchester County Historical Trail. I was so proud of him and smiled in awe as he was awarded the Eagle rank, the most prestigious award in Boy Scouting. Through Disney World or various sporting events, he would sit me on his shoulders as

we navigated our way through the crowd.  On snow days, I would awaken to the sound of a shovel scratching the pavement as he cleared the snow from our neighbor's and our shared driveway.  I would dress quickly, race outside, and attempt to help him and our other brother, while pushing my tiny, plastic shovel.  Whether times were good or bad, Evan was always there for me.  His warm and reassuring character fostered an unbreakable bond.

Evan left for college when I was 11, but ensured that our relationship remained strong.  He frequently called to hear about my day.  Our conversations were invaluable and he often assisted me in solving various social and academic conflicts.  Unfortunately, given our age difference, we rarely had long periods of time together. Either he was away at college or I at summer camp.  I'll never forget my third summer at camp when he decided that he and our brother Robert would drive 7 hours to surprise me.  To my amazement, our Grandma Lucille joined them for the adventure despite the long drive.  He and Grandma had a very close relationship.  Our Grandfather had recently passed away after an excruciating year suffering from cancer, and Evan understood that a spontaneous trip to Maine would be a special experience for all of us. I think that was the first time I realized that Evan is an extraordinary man.  As a teenager and later as a college student, Evan would schedule time to take me to the movies, treat me to dinner, and listen to my stories.  From an early age his true sense of right and wrong as well as his caring nature dictated his behavior.  He is a wonderful brother and a compassionate friend, on whom I depend.

I visited Evan during his senior year at the University of Michigan.  I was very excited, as it was to be the first time that I was old enough to sit with him in the student section at the football game.  He invited me to breakfast with his friends and then we took our seats.  An hour into the game, I started to feel weird.  The world was spinning and I was sweating even though it was only 40 degrees.  Suddenly, I felt as if I were flying.  I was fainting and had almost fallen over in a crowd of people.  Later, I was informed that Evan noticed I was behaving unusually.  He immediately picked me up, and with me in his arms, he navigated through the packed stadium and rushed me to the first aide station.  His lifeguard training prepared him to react instantaneously; thus, preventing me from falling and injuring myself. It was his selflessness, however, that made the difference.  I fainted in the middle of the most important football game of the season, and Evan was and remains a loyal fan.  He recognized the importance of helping me and missing the big game.  I was very lucky he was there care for me.  Now, as I treat patients in Emergency Rooms, I often see people drop off patients and disappear;  Evan, however, stayed with me every second.

When I was 17 and worrying about my college applications and my future, Evan was the one who taught me how to balance and manage stress.  My softball coach routinely mocked my energetic personality and degraded me on the field.  Despite my wanting to quit the team on which I had played for the last 3 years, Evan helped me be less impulsive.  While agreeing that my coach was not behaving professionally, Evan

2

explained how to respectfully communicate with my coach and resolve the conflict. The problem solving skills which he taught me have been invaluable in my medical career whether working with my colleagues or my patients. This was not the first nor the last time that Evan acted as a mediator displaying a clear mind with his thoughtful and calm demeanor.

During Evan's first year as a law associate he lived with our parents and helped our mother when her mother, Grandma Lucille, died. Later, he moved into a small apartment in Manhattan. He welcomed me to live there on the weekends so I could enjoy living near my friends and temper the rigors of medical school. I slept on a rollaway cot that he stored in his closet as Robert had already claimed the pullout couch. It was during this time that Evan initiated our tradition of Sunday dinners together and he often prepared my only home-cooked dinner of the week. During late nights at school, Evan would quiz me over the phone to help me study. He still claims that due to these hours he learned human anatomy and physiology as well as I. Evan did not have an older sibling to support him while in law school and he aimed to provide me with the assistance he had lacked. To Evan, life is a team sport and I am very fortunate to be a member of his team.

Your honor, I had a scary experience in medical school. I was exposed to blood possibly infected with HIV. When Evan heard about this, he left work in Manhattan and was by my side in Brooklyn within 45 minutes. He researched the risks of the exposure as well as the side effects of the prophylactic medications I was required to take. Even though I was the medical student, his research and analysis helped me make the proper treatment decisions. For days, I waited anxiously to find out if the patient was infected. Evan checked on me numerous times each day throughout this ordeal and helped manage my fears and stress.

As a third year medical student I needed to choose a specialty. While other people recommended a career in plastic surgery or dermatology because they guaranteed a comfortable lifestyle, Evan advised me to focus on the patient population I wanted to treat and the aspects of medicine I found most interesting. We discussed my interest in performing surgeries and my desire to maintain a enduring patient-doctor relationship. Just as long lasting relationships are strongly valued by Evan, I wanted such a relationship with my patients. Evan's assistance during this time, his open-mindedness, and his ability to listen and guide, enabled me to pursue a very rewarding career as a pediatric ophthalmologist. Evan is always willing to share his opinion and give of himself. Even after his life became very complicated as a partner in a large, prestigious law firm with a young and loving family of his own, Evan has always made time to listen and help me.

Going through this difficult legal ordeal, when one might withdraw from society and become entirely preoccupied with one's own problems, Evan continues to care for others. Evan has three children, ███████████████████. He coaches both of his

3

sons' baseball teams and participates in Cub Scout pack activities. During my frequent visits to his home, my brother is busy playing games with his children, helping them with school projects, or making his traditional family breakfast of pancakes or waffles. He still invites everyone over for family dinners.

Two weeks ago, I saw ███████ lift up ████ his little sister, in order to assist her in a children's museum. I almost started to cry. Immediately my mind flashed back to Evan doing the same for me. His son is growing into a person with the same strength of character and compassion. Kindness for others is natural for Evan and he is encouraging this virtue in his children. Just as ██████ assists his younger sister, Evan continues to do this for me, his family, and his friends.

Your honor, please be lenient when deciding my brother's fate. He is a loving husband, father, brother, and son; a true friend, a respected mentor, and a skilled coach. As a physician in the community in which he lives, I treat many children who know Evan and his family. Whenever I tell my patients that Evan is my brother, their faces light up. They proceed to tell me about the fun they have while learning new skills during baseball practice or playing games with Evan and my nephews. Their parents often mention that he is a wonderful father.

Anyone who interacts with Evan knows he is a man with a warm heart and a strong sense of morals. He values honesty and family above all, and strives to improve the lives of those around him. If Evan is confined, his absence would be a disservice to his family and would deprive his community of a wonderful man. My brother Evan has many strengths and a plethora of knowledge, all of which he could harness to serve his community. Such service by Evan would have a far more positive impact on our society than any other sentence. Please allow him to remain with his family and perform community service in order to compensate those who have been wronged, need assistance, or are trying to succeed in society. Please consider giving him the shortest sentence possible.

I sincerely appreciate the time you have taken to read my letter and the many others that accompany it. I realize you make difficult decisions every day and I do not underestimate your burden. I hope you understand that Evan is a compassionate and moral man who serves his community best by being a member, not an outcast. Please be as lenient as you can with his sentencing. Thank you for your time, understanding, and consideration.

Sincerely,

Gennifer Greebel, MD

4

James and Marilyn Greebel

████████████

██████████████

July 13, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

We write to request leniency for Evan Greebel.  For the past 47 years, I have been a practicing accountant and know Evan in both a familial and professional manner.  In addition to being my nephew, he has been a client for the past 20 years.  My wife and I attended numerous days of trial because Evan is a stand-up person. He is a supportive and loving father, caring nephew and very ethical.   When Evan was a young man, he always told us that he wanted to be an attorney and be part of the judicial system. He also said he wanted to be a judge at some point in his career.

Evan is the oldest of his generation and there are five children between my brother and myself.  The age difference between Evan and my daughter, the youngest, is nearly 13 years.  Evan epitomizes the ideals of an older brother and cousin.  Both of my children have looked to him for guidance and support throughout their lives.  For example, we appreciate Evan helping my daugher navigate the emotional ups and downs of dating in New York City. While these are topics a daughter does not necessarily discuss with her parents, we were re-assured knowing her oldest cousin was there for her.

From a professional perspective, I am always impressed with his judgment and approach.  As a service provider and tax professional, I have encountered people who want to take aggressive positions or who make questionable claims.  Evan is not one of those people and he has never even gotten close.  He is always conservative with his approach and has never shown any interest in being close to any lines.

Also, as his accountant, I have been impressed by his consistent financial commitment to various charities.  His support is not fleeting or one-off.  His

1

commitment to community began at a young age, was evident as he became an Eagle Scout, continued through college and law school and remains important to him as an adult.  He clearly believes in giving back to society both financially and through volunteering.

In his role as a father, we see his supportive nature first hand.  Evan and Jodi, his wife, always include our family for holidays, birthdays and general get-togethers.  Because family is very important to them. Despite living 45-60 minutes away from one another, we see him numerous times each year. It is clear from how his wife and children interact with him, and he them, that there is a significant amount of love and respect.  He is an encouraging father who teaches rather than tells his kids how to behave.

It has been our belief that non-violent criminals should not be sent away from their families as it does not help the family or society.  Instead, the person should do a certain amount of hours of community service to help improve the community. They should also be required to give monies to various charities that help families in time of need.  For example, Ronald McDonald House, St. Jude's Hospital,  Schreiners Hospital.  These charities are there for the family and the community.

We can only hope that your honor is as lenient as possible with his sentence so his young children continue growing-up with their father at home and the community continues benefiting from his efforts.

Thank you for your time and consideration.

Respectfully,

James and Marilyn Greebel

2

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My husband, Evan, and I met over 13 years ago. From the time I met Evan, there were two things that always stood out — his love and dedication to his family and his belief in being an ethical, moral person. Evan is a very hard worker and took great pride in being an attorney. He comes from a long line of attorneys and knew from a young age that he also wanted to pursue a career in law. Evan took his oath as a lawyer very seriously; he has always held himself to a higher standard of morality and integrity because of it. Being a good, honest person is innate for Evan and from the many stories I learned of him growing up from friends and family to the person I know, he has continuously demonstrated always doing the right thing.

No matter how hard Evan worked, he always prioritized his family. At our wedding, the rabbi said to us that he knew our marriage would last because Evan and I had the same values and had very strong ties to our families, always putting our families first.

Evan is an Eagle Scout, a fact in which he takes great pride. Evan believes that no matter how busy you are, you should always give back to the community. This is something he has demonstrated over the course of his life and made a priority to teach our children. Whether through religious organizations, schools or the town, Evan has always made it a priority to use his time (however limited) to help others and has encouraged me to always make time to do that as well. Before we had children, Evan made it clear that he thought being a cub scout and working to become an Eagle Scout was a priority that he wanted our children to experience. He felt that learning to give back from a young age helped embed it in you for life and helped build your character. With all of our three children, he has made giving back an essential part of their lives. When our children were young, Evan and I started a tradition where they had to select one birthday gift to donate to a child less fortunate. We teach them about taking some of their money that they receive from chores or gifts to give to others. Evan has encouraged our children to participate in events throughout the community such as visiting old age homes, making challah for others, collecting food to donate and more. With each event, Evan makes sure the children are active participants, but also helps the children understand why they are doing these things. No matter how hard Evan worked to support our family, he never complained. Whatever small amount of free time he had was always dedicated to our family or the community. Evan rarely takes time to do something just for himself. He can almost always be found surrounded by our immediate or extended family.

When Evan and I were dating a short period of time, my brother Mark was in college in Atlanta. Evan encouraged me to visit him because he believed it was important for siblings to maintain a close relationship regardless of the age difference or distance between them. My brother was almost 10 years younger than I am and I was often like another mother for him. Even though Evan and I were only dating at the time, Evan was the one who insisted that we go to Atlanta and Evan came with me to visit Mark. Evan knew that my sister, who was single at the time, wouldn't go by herself, so he suggested we invite her to join us for the weekend. It was also

Evan who suggested we take my brother out to dinner with a bunch of his friends so that we could get to know them better and ensure that we could be active participants in his life.

While we were dating, Evan thought it was important that all of our siblings spend time together and get to know each other better. We already spent a lot of time with both of our parents and our siblings separately, but not all of our siblings together. About a year into dating, Evan created a ritual where every Sunday, all of our siblings (and their significant others as time progressed) came over and had dinner at our apartment. Needless to say, I got very accustomed to cooking for a lot of people. My brother was in college at the time, but always came on the weekends that he was at home.

Evan makes it a point that we never miss any important event for any family member or friend. No matter how busy we were or how much I might have objected, Evan made sure we attended every baby naming, bris, wedding as well as every funeral, wake or condolence call for all our friends, their families and of course our own families no matter how far it was or what other obligations we had. Being there for others is incredibly important to Evan. Evan encouraged me to visit my grandmother with our oldest child frequently (our only child while she was alive). No matter how long it took to get to her at her assisted living facility, Evan felt it important that ▮▮▮▮ visit her. He felt it a blessing that she should have a great-grandchild and again, no matter what it meant for our schedules, we were frequently driving out to visit her so that she could have time with ▮▮▮▮. Sadly, she did not have the opportunity to meet our other children, but I am so thankful Evan encouraged frequent visits with her while she was alive.

Almost any time Evan has, he is found with our children. He is outside throwing a ball with them, teaching them to ride a bike, coaching a sports team, creating a project for them or helping with homework and learning to read. Evan has somehow found that perfect balance as a parent, where you teach your children but also make time for fun. To not be polite, help others or be kind to your family are just not behaviors that are acceptable to Evan as both an individual and a parent. Evan, however, does not get angry nor ever yell. I can think of only one time where I heard Evan raise his voice at anyone. Evan was coaching one of our son's baseball team. The other team had terrible sportsmanship and was calling out names and other terrible things about which their coach did not object. Evan would not allow his team to say anything in return, which was a challenge for 7 year old boys. When one child on his team did yell something inappropriate, Evan very sternly told him that it was not ok. This is the only time I have ever heard him do that. He let the child know, that no matter what others said, we do not say bad things back.

In the many years that I have known Evan, he has never cursed, lied, cheated, gossiped or said a bad word about anyone. It is not that he is trying not to do those things. They are just not part of his character. Evan is not selfish, greedy or jealous. I look up to him and admire how these things just come so naturally to him where most of us have to work hard at them and often for most of us, still are not successful.

While Evan has been a true partner throughout our relationship, he became so much more in the summer of 2015. A few weeks after our daughter was born, my brother passed away unexpectedly at the age of 27. I was devastated (and am still trying to cope) and did not know how I was going to survive. Getting out of bed to take care of three children, one of whom was just a baby, seemed too much to bare. Evan was my lifeline and helped me get up and put one foot in front of the other each day. In true Evan form, he offered for my parents (and their dog

who he is highly allergic to) to come live with us as he thought that it would be better for their mental state to be around all of us all the time. Not once did he think of himself and the impact this would have on him. ████████████████████████████████████████

Just a few short months after my brother's death, Evan was arrested. I was still trying to come to terms with my brother's death —I once again did not know how to face life. And, even though Evan was suffering tremendously, he continued to be my rock and strength helping me cope with each day.

It is Evan who always makes sure no family member or friend is without a place to go for any holiday. We have had extended family, family friends and local families for every holiday throughout each year since Evan and I were dating. Evan has made sure our door is always open to anyone without a home.

The last 2 and a half years have been something I wouldn't wish on my worst enemy. The pain of losing my young, smart, funny and wonderful brother unexpectedly followed a few months later by having my honest, hard-working, incredibly moral husband arrested (without knowing he was being investigated) and later convicted of a crime that has shattered the career he loved has left a gaping hole in my heart. Without Evan by my side, I am sure I would not have survived my brother's death and fear for what heavy burdens I would have placed on my young children. Evan has made sure I get up each day and keep our children's lives as normal as possible given what we have experienced. He has helped my children cope with my brother's death in ways I am not capable. Evan is more than my partner and my best friend. He is someone my children and I look up to, who participates in their lives to the fullest extent possible. Evan attends every conference, performance, event and game no matter how trivial it may seem to others. Our family, both the 5 of us, and our extended families would suffer tremendously without him around. I beg of you to be lenient in your sentencing.

Please allow Evan to continue to contribute to society through all of his volunteer efforts. Please ensure that Evan and I can raise three children who will be good, contributing members to our society. I know you will not regret it.

Thank you for your time and consideration.
Very truly yours,

*Jodi Greebel*

Jodi Greebel

# Greebel & Greebel

## 170 Old Country Road, Mineola, N.Y. 11501-4391
### (516) 248-7008

Lawrence M. Greebel*
Mitchell A. Greebel◊

Marvin Salenger
Of Counsel

*Admitted New York & Florida
◊Admitted New York & New Jersey

Telecopier
(516) 248-7715

May 15, 2018

AElliott@GibsonDunn.com

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matusomoto:

I know that you are reaching a determination of how to deal with my cousin Evan Greebel, so he can get on with his life.  I write to you as both his cousin and as a fellow member of the bar.  From the perspective of a family member, Evan is an empathetic and caring family member who belongs with his young children.  As an attorney practicing in Long Island for over 50 years, I am troubled by the precedence this case sets and it is clear Evan had no intent to commit a crime.

Evan's father and I are first cousins and we grew up in a close knit family, much like Evan's.  I remember when he was born, attended his bris, bar mitzvah, wedding and the bris of his sons'.  While I would not see him very often, especially over the past years, he was always welcoming and interested in my side of the family.  It was particularly touching when he attended my wife's funeral and then made a return trip from Manhattan to Long Island the following night to pay a condolence call.  In my time of need he offered his support and it was greatly appreciated and unexpected.

As an attorney with a general practice covering corporate and litigation matters, I know how important it is to rely on the representations of one's clients.  Our responsibility is not to second guess their decisions or usurp their judgment.  Rather, we are tasked with providing advice and guidance while taking directions and respecting

**Greebel & Greebel**

The Honorable Kiyo A. Matsumoto          May 15, 2018
United States District Judge              Page Two


their decisions.   Corporate officers are our liaisons and
their interactions with their own board members happen both
within and outside our presence.   Imposing a burden on an
attorney to independently determine the path a company
should take is far outside the norms of modern corporate
practice.   In the case at bar, directors are effectively
permitted to ignore what is sent to them for review,
selectively remember what is discussed at board meetings,
and refrain from disclosing when they have concerns about
the officers they have entrusted to run and manage a
company while blaming an outside advisor for not exercising
the oversight the board member was obligated to perform and
paid to perform. This sets up an unsustainable dynamic that
actually pits lawyers against their client.   I struggle to
see how this is a just and rational result.

I ask that you demonstrate as much compassion and leniency
as possible when you consider Evans sentence.   My wife and
I raised one son and two daughters and anyone who has
raised children know it is no easy task.   Evan's children
need him at home as does his wife.   Justice would not be
served by imprisoning him.   Please impose probation and/or
community service.

Thank you for your time and attention.

                         Sincerely,

                         Lawrence M. Greebel


GreebelEvan.GibsonLTR



Margaret Greebel

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza
East Brooklyn, NY 11201

4/17/18

Dear Judge Matsumoto:

Evan Greebel is my husband's first cousin whom I have known for 15 years (since 2003). He has always been like an older brother to my husband Rory, offering advice and support throughout life's ups and downs. I was introduced to Evan when Rory and I were dating in college. Evan and his brother Rob had traveled from New York down to Atlanta to visit their cousin. I had a lovely time getting to know Evan that weekend. He took us out to restaurants for dinner, which was so generous being that we were only students. We laughed a lot and talked about fun times, but Evan also told us about life as an adult and being a young lawyer. He acted as a strong mentor figure for both of us. I could tell from that visit how close Rory was with his older cousin Evan.

My husband Rory went on to become a lawyer to follow in Evan's footsteps. Since Evan had more experience, he guided Rory through the process of the LSATS, Law School, and the job market. Rory went through a difficult period when he was laid off from his job when I was 8 months pregnant. Evan was a true support for him. He met with him every morning at 8am for a week to strategize his next steps and get him back on his feet. Most importantly, these meetings helped my husband to stay positive and keep working towards getting a new job, which he found within a few weeks.

Evan and Jodi have been so closely connected to us throughout the years. They got married the month before we did and had children at the same time. All of our children have a strong relationship. Evan's oldest son will be going to sleep away camp this summer with my son who is the same age. Evan is very involved in his children's lives and is a great father. He always invites us over to their house for holidays and loves to see his family all together. For Evan, family always comes first. Even during all of the turmoil of his court case, he managed to show up and pay his respects to my family when my grandfather passed away recently.

Since Evan's arrest and now conviction, the family has been heartbroken. Your honor, I respectfully ask that your sentencing for Evan be lenient. His family, especially his three young children and wife truly need him at home.

Sincerely,

Margaret Greebel

Margaret Greebel

June 20, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is Robert Greebel and I am Evan Greebel's younger brother. You may have
noticed me sitting in the front row of your courtroom every day of the trial and for
each hearing. Evan is my older brother by three years and my closet friend. I
appreciate you taking the time to read this letter. My hope is that it gives you a
better understanding of Evan and our forty-two years together. I only ask that you
show him as much leniency and compassion as possible during sentencing as he is
an important member of our community and very much needed by his wife and
three children.

I consider our family to be very lucky. Our caring parents instilled in us the
importance of community, family, hard work and integrity. Evan embodies these
values and is actively teaching them to his children.

Evan has been contributing to society since a young age. As a Cub Scout and then
Boy Scout, Evan regularly volunteered around town and was a leader in the Troop.
In college, he served as a Vice-President of the Interfraternity Council working with
all of the fraternities on campus. He also developed a program to help the Ann
Arbor, MI homeless population. Evan continued volunteering while in law school
and then in Manhattan as a member of the UJA Commission for Jewish People and
was the Chair of the Loan Fund Task Force with a multi-million-dollar budget to
provide low and no interest loans to Israeli women, Israeli Arabs and Ethiopian
Israelis to start businesses of any kind. Despite all this, what stands out is his desire
to help people on an individual level too. He is always offering support to friends
and acquaintances. Notably, it turns out, quite a few of my friends have turned to
him for advice and guidance over the years.

As the oldest child, he set a great example of how his siblings should support our
loved ones. When our Grandfather passed away, he slept at our Grandmother
Lucille's house often to help her cope with her grief and transition from a 50-year
marriage to living alone for the first time in her life. Then, almost a decade later,
when Grandma Lucille became ill, he visited her every morning in the hospital
before work. While her predicament was grave, Evan thought his presence could
help lift her spirits. After she passed away, Evan delayed his move into New York
City and instead commuted each day from Westchester so he could help support our
Mom during her period of grief. This was particularly notable because he was a
first-year law firm associate working extreme hours and elected to live in the
suburbs to help his family.

Equally impressive was his financial support of our parents early on in his career when they needed assistance for several years and helping pay for our sister's medical school education.

As one could imagine, I always enjoyed visiting him in college and then followed him to The University of Michigan. We overlapped my Freshman year when he was a Senior. He welcomed me into his circle of friends, introduced me to his fraternity brothers and always looked out for me. His support did not end when he graduated college. Notably, when I graduated law school, he welcomed me to live in the living room of his one-bedroom apartment so I could save money at the beginning my career. This was an incredible act of generosity that lasted four years.

His connection to family was re-enforced by Jodi, his wife of over ten years. For the seven years they lived in Manhattan, they hosted family dinners nearly every Sunday night. This gave us an opportunity to connect with one another, play with our nephews (our niece was not born yet) and develop relationships with each other's siblings. These bonds were particularly important when tragedy struck Jodi's family in 2015. Jodi's brother Mark passed away in his late 20s. His sudden death was very hard on all of us and Evan was a constant source of support for Jodi, their children and her extended family.

Evan has a natural gift for working with children. It has been obvious since his days as a swim instructor teaching children from 3-15 years of age how to swim. Maybe he learned it from our Dad who coached nearly every sport we played during our childhood. No matter where he learned it, he has it and it is evident now in the way he interacts with                           . He is patient, loving and encouraging. I'll share one story with you. For the past few years          , Evan's oldest son, has been trying to learn how to ride a bike. Evan was always willing to work with him and each time          had a set-back, Evan would figure out another method of teaching him. Evan did not give up or let frustration overtake the experience. Rather, he adjusted his approach to fit the needs of his son. They recently sent me a video of          first successful ride and you could see the joy in both of their faces. There are numerous examples like this one and many do not even involve his children.

Evan serves many as a professional role model. For over fifteen years he showed tremendous dedication to his work and clients. I realized this during my first year of law school when he was a first-year associate. During finals, when I left the law library at 2am, he was the person I would talk to, except he was still in the office. After this happened several nights, it dawned on me that he had been working from the time he woke-up, through the day, through all the meals I had with friends, through the time I went to the gym and then into the early hours of the next morning. He loved practicing law and showed me what it takes to be successful.

2

As part of his love for practicing law, he always demonstrated exceptional judgment and integrity. Often times friends would ask my opinion on a variety of legal topics. Most often this occurred when they encountered a complex problem or sticky situation. While I felt qualified to answer, I often referred them to Evan. In addition to him being generous with his time, he would help them work through their problem and any nuances. He preferred a conservative approach to solving problems and valued doing the right thing over the quick or easy solution. This is a trait I know well in my brother and have benefited from it for many years. It is why so many people respect him and explains the outpouring of support he received throughout the trial.

I think it is amazing how Evan has responded to his arrest. No one is prepared to lose their livelihood overnight or face the challenge of a lifetime. As un-prepared as he was for these events, he has shown incredible resolve. While preparing his defense, he helped his wife try to create a business so they can provide for their family. He is also working on a non-profit designed to aid those suffering from substance abuse. I do not know how he has the strength to do all this and continue to coach various sports for the kids. Again, he is still helping others.

Your Honor, I hope you can see from my letter that Evan is deserving of as much leniency as possible. Since the age of five, all he wanted to do was follow in the footsteps of our Father and Grandfather and become an attorney. He dedicated his life to the practice of law and with his free time elected to help others and build a family. Ideally you will not incarcerate Evan, rather please allow him to remain with his family because he has a lot to offer society and we need him.

Thank you,

Robert A. Greebel, Esq.

**Rory G. Greebel**

██████████████

April 30, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I write on behalf of my cousin Evan Greebel and ask that you show him leniency when he is sentenced. I am a 2007 graduate of Fordham University School of Law and have been practicing law as a commercial litigator for more than a decade. Without question, Evan is one of the most important people in my life. He is someone I have looked to for advice since I was a young boy and that will never change.

There are countless examples when Evan has been a bastion of support during my childhood and adulthood, and especially my legal career. These include helping me with homework, cheering me on during my athletic endeavors, and even visiting me at college. However, despite the litany of options, two stories stand out which I think most accurately depict Evan's character.

No one was more proud of me when I was accepted into law school than Evan. The Greebel family has its fair share of lawyers and Evan always thought I would be successful following that path. I recall that the weeks leading up to my going off to school were nerve wracking for me. I was going to leave behind my girlfriend (now wife) and I did not know anyone else attending law school at Syracuse University College of Law (where my Uncle/Evan's father also attended). Evan made it his business to stay in contact with me during those last few nights to make sure I was okay and that I remained mentally focused on the journey ahead. The coup de grace of his attentiveness was his taking me out for dinner. The meal included his sage advice, his providing law school horn books, and most importantly demonstrating an overwhelming display of caring for my future. Even though Evan has a younger brother, he made me feel like one too. That evening was a calming force on my nerves, provided me a roadmap for my 1L year, and also motivated me to do well at school. His support was a constant presence throughout that first year of law school. Nothing gave me greater pleasure than calling Evan to tell him when I received a good grade on a law school exam, was selected to moot court team, and wrote onto a journal. Furthermore, despite his busy schedule, Evan always made time for me if something was amiss and I needed some guidance. His influence on my life cannot be understated and he played a pivotal role in my success that year including my transferring from Syracuse to Fordham to complete my legal studies.

1

Within 18 months of graduating law school, I encountered my first set back. It was the beginning of the Great Recession and my law firm was cutting back. I was last one in and so I became first one out. Evan was the first person I called; not my parents, not my wife (who was pregnant at the time), but Evan. At that point in 2009, Evan's tireless work ethic resulted in his being named one of the youngest partners in the history of Katten Muchin. I knew that if there was anyone who could help me, it was Evan. When I told him what was going on, he offered to drop everything and meet me in person. We instead decided to have breakfast the following morning to go over strategy. We would meet and chat several more times that week to discuss and finalize my job search plans and to make sure they were rock solid. Evan helped me develop a logical and organized plan and he followed-up with me regularly. This is one of Evan's notable traits...he does not cut corners. Funny enough, that is why Evan earned the rank of Eagle Scout as a teenager. He told me to cast a wide net, call everyone I knew and to not be afraid to call in a favor. I attribute my getting a new job within five weeks (and not having a lag in my resume) to Evan. His advice was spot on and something I will never forget.

Just as important as the stories I have recounted is the fact that Evan is someone who cherishes his family. He is the first to call to congratulate, the first to call when something is wrong, and the first to call to see what is going on in your life. Evan is my cousin, my older brother, and one of my closest friends. You cannot ask for anything more in a person. The only people who look at him with more adoration are his wife and three beautiful children. Evan's family and my family lived in the same apartment building in Manhattan for almost four years and I have witnessed first hand how important he is to them. They need him and he needs them. He and his wife Jodi are a team and because of that teamwork their children are growing into wonderful people. Evan's number one job in life is as the head of his family and taking that job away from him would be absolutely devastating to all involved.

Your Honor, I once again ask for leniency for Evan Greebel and that he be afforded the opportunity to remain with his family. It is in his best interest and more importantly their best interest as well.

Thank you for consideration of this letter.

Yours Truly,

Rory G. Greebel, Esq.

May 2, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto,

I am Evan Greebel's sister-in-law, married to his brother Robert, and I have known him for the past seven years. I attended almost the entire trial and most hearings to show my support of an honest man. I am writing to respectfully request as much leniency as possible with regards to Evan's sentencing.

Evan has been a brother to me ever since I joined the Greebel family. Evan and my husband are brothers and best friends. I got to know Evan and his wonderful wife, Jodi, pretty early on in my relationship with Robert. They hosted Sunday night family dinners for their siblings which often included their significant others. It was a relaxed way to spend time with each other catching up on the past week and playing with Evan and Jodi's young son,             (a few years later             arrived and joined the fun).

It was clear from the beginning that family was paramount to everything else for Evan. He is a phenomenal father - loving, caring, gentle, supportive, involved, engaged, playful and present. During Hurricane Sandy, Robert and I were dating and both of our apartments lost power. Without hesitation Evan welcomed us into their home where we stayed for a week. Despite having just brought their second son,             home from the hospital only 6 weeks earlier, Evan and Jodi could not have been more hospitable. I remember fondly arriving at their apartment and seeing Evan and                           wearing matching super hero capes playing red light, green light. You could see the pure joy on both             and Evan's faces as they ran down the hall.

To those who know Evan, he really is a super hero. The last two and half years have been excruciating and Evan has handled everything with such dignity. Family has continued to be his most important focus, with his role as father his number one priority. Despite everything going on during the time from indictment to trial, during the trial and post, Evan has not only been there for his wife, children and family, as he always had, he continues to be the husband and father they need and deserve. Coaching their sporting events, taking them to birthday parties, helping with homework, and leading by example, Evan and Jodi are raising three kind, caring, inquisitive, giving and loving children.

This past summer I gave birth to our daughter,             . Born 7 weeks prematurely she spent a month in the NICU. Since this is our first child, we had absolutely

nothing for a baby, as we thought we still had almost two months to prepare. With her early arrival and extensive NICU stay we were overwhelmed in every sense of the word. Evan and Jodi were at the hospital within hours of ███ delivery to support us. They had already put together all the necessities we would need for the baby, brought food to nourish and sustain us and most importantly they put everything else on hold to be with us - lifting us up and providing love and comfort during our most uncertain and stressful time.

Since visitors beyond parents were extremely limited in the NICU, as soon as we were able to bring ███ home from the hospital, Evan, Jodi and their children were the first to come meet their new niece/cousin. As ███ g-d-father, Uncle Evan and ███ have a special connection. In the early days not long after ███ was discharged from the NICU and we were exhausted, sleep deprived parents, Evan would step in to help comfort her. Despite all he had going on this past summer and fall and without any expectation, Evan always made time for his niece. He would rock her, hold her, make her smile and play with her. He gave us time to catch our breath and relax.

Your honor, I hope that this can help you see what a caring, dependable, loyal and devoted man Evan Greebel is to his family. He means everything to his family and imaging our world without him seems impossible. He is also a religious and pious man. He needs access to kosher food and a Torah. I respectfully request as much leniency as absolutely possible with regards to his sentence. If you have to punish him, please grant probation and at worst community service.

Evan's family, his incredible wife, Jodi, children, ███████████████, his extended family, friends and community need him. He means a lot to so many people and our community is a better one with Evan Greebel in it.

Thank you for your time and consideration.

Sincerely,

*Shelley Greebel*

Shelley Greebel

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


Dear Judge Matsumoto,


We thought it might be helpful for the court to get a better sense of Evan Greebel, the father, husband, son, brother and close friend, from those who have known him so well for the past many years.

My wife and I have known Evan for over a decade and see and know a very different Evan than whom the government portrayed in court. We have only ever witnessed the Evan Greebel that spends every weekend on various sports fields cheering on his three children or teaching them to swim in the local pool. We have only ever witnessed the Evan Greebel that just recently taught his youngest daughter to roller skate, with his wife on roller skates by his side, at our son's birthday party and perhaps most importantly, the Evan Greebel, notwithstanding the ordeal of the past two years, that was at all times primarily focused on the well-being of his children and on shielding them from the circumstances around them.

Having each attended court on many occasions, we were as awestruck, as I am sure your honor was, by the outpouring of support from friends, family and colleagues who came to court each day during the trial.  An entire community does not rally, for months on end, behind a man unworthy of such support.

We humbly thank your honor for her time.

Respectfully submitted,

Matthew J. Greenberger                    Jessica D. Greenberger

# BERNS, OCKNER & GREENBERGER, LLC

Douglas V. Bartman
Jordan Berns
Sheldon Berns
Paul M. Greenberger
Majeed G. Makhlouf*
Benjamin J. Ockner

Attorneys at Law
3733 Park East Drive – Suite 200
Beachwood, Ohio 44122
Telephone (216) 831-8838
Fax (216) 464-4489

**Extension 201**
pgreenberger@bernsockner.com

*Also admitted in New York and D.C.

www.bernsockner.com

April 30, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     **Letter in support of Evan Greebel**

Dear Judge Matsumoto:

I will have failed to achieve my objective if, by the end of this missive, I have not been able to adequately explain to the Court Evan Greebel's positive qualities, and why those qualities should weigh heavily in favor of leniency.

I begin by admitting that I'm clearly out of my element. Way out! Unlike the civil matters I have addressed on a day-to-day basis for the past 43 years, at stake here is the continuation of a friend's liberty and the implications of his possible unavailability on the lives of his wife and three small children. This makes this letter the most important "brief" of my career.

Over the past 5 or so years, I have come to know Evan on a personal level. He, his wife and their three young children are close with my son and my son's nuclear family. A good number of my interactions with Evan have been while each of us was watching our charges with one eye, (he, 3 small children; I, 2 small grandkids), while with the other eye, each of us was doing legal work for clients. We talked <u>often</u> about law and lawyering. That is how I came to know Evan as an attorney. From our first professional discussions, and at all times thereafter, Evan has exemplified what I believe were all the qualities of a competent and ethical attorney. My impression of Evan has not changed despite the unfortunate verdict.

I digress, momentarily, to give the Court insight as to where I'm coming from. To be clear, I have high standards for judging attorneys. I ascribe that to my full-time employment during law school (GWU) with the US Dept. of Justice, Criminal Division, during Watergate. As a law clerk (72-75) I was at the DOJ for the so-called "Saturday night massacre." I was also fortunate to interact multiple times on a daily basis with the immediate office staff of the Attorney General. I even spent time in the living room of the Attorney General at 4:30 a.m. I've kept Edward H. Levi's autographed photo on my wall for 43 years to keep me pointed in the right direction.

The Honorable Kiyo A. Matsumoto
United States District Judge
Page - 2 –
April 30, 2018

That said, I am fully aware of the verdict in Evan's case. But, despite that result I can state to this Court unequivocally and without reservation that in each and every discussion I had with Evan – and there were many – the only impression I took away was that he could represent me any time. If the Court is looking for a rationalization between my impression of Evan and the verdict, only one word comes to mind, namely: anomaly.

Simpler yet, is my impression of Evan as a husband, father and friend. As to the latter, I know that my son thinks enough of Evan to have tried to attend his trial at least once a week. My son has stated his intention to continue to stand by Evan and his family throughout. It should suffice to say that in every one of my numerous encounters Evan is an attentive, loving, and almost doting father and husband.

Your Honor, what I'm trying to convey here is that whatever the purpose of sentencing may be, Evan is deserving of whatever leniency and grace your discretion might allow. The community at large will benefit from allowing Evan to remain a productive member.

Of course, his wife and those very young children ...

I thank you for whatever consideration you deem appropriate.

Very truly yours,

Paul M. Greenberger

PMG:rls

Brooke A. Greenthal



April 26, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is Brooke Greenthal, and I am one of Evan Greebel's friends.  I first met Evan nearly 14 years ago when he started dating his now wife, Jodi Greebel, who is one of my dearest friends from college.  Initially I was struck by Evan's love and respect for Jodi, close connection to his family and friends, sense of humor, and passion for his work and clients.  After seeing Evan and Jodi's relationship grow, I was honored to serve as a bridesmaid in their wedding in 2007.

Since then, I have seen Evan become a proud father to ████████████████████ while taking on bigger responsibilities in his career.  As a full-time working mom to two young children, I respect how he has prioritized being an active, hands-on dad in addition to pursuing his professional ambitions.  Beyond his family and work, Evan recognizes the importance of giving back to his community.  I think all of this stems from Evan's deep sense of responsibility and loyalty, which I admire.

Over the years, I have spent a lot of time with Evan from getting together for everyday occasions to celebrating important milestones in life.  I appreciate his commitment to our group of friends, always treating everyone like family.  I also value that Evan is a wealth of knowledge, and has been willing to share that with me such as providing a tutorial on Bitcoin or giving me tips on how to approach a renovation project.

I respectfully request that you show Evan leniency at his upcoming sentencing.  You will not regret this decision because Evan has much more to give to his family, friends, and community.  I know he will continue to put his intelligence and drive to good use.

Sincerely,

Brooke A. Greenthal

April 27, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

Carly and I are writing to you on behalf of Evan Greebel. We are local friends with the Greebels
here in Scarsdale and have gotten to know them and their kids over the past three years. The
Greebels are an active family in our community and have conducted themselves impeccably
during what must be a very difficult time. Along with coaching his kids' teams, Evan is great
with all of the neighborhood kids and has a knack for pulling them away from their TVs to the
outdoors for sports and games.

You will always find Evan stepping up to help others, whether its lending a ride, hosting a
playdate, or running the bake sale table for a charity. In a community where egos can create
elitism, Evan is always the guy to say hello, welcome with a hug, make introductions and be a
good friend. He's close to his friends and family. His kids are always in tow, along with his
parents.

We can only speak to what we know of Evan, and we know him as a wonderful husband, father,
son, and a loyal friend. Carly and I would like to ask you to consider being lenient in his
sentencing. Evan is a good man who has been put in a difficult position. Please consider his
amazing wife and three outstanding kids and what he brings to our community when making
your decision.

Best,

Doug and Carly Grossberg

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Judge Matsumoto:

Good Afternoon, my name is Suzanne Grosso and I am the eldest first cousin to Jodi Greebel.
Evan Greebel has been a part of our close knit family for over 11 years now and I consider him
my cousin as well.  The purpose of this letter is to show my support for Evan and more
importantly request that he be granted leniency.

I am a Speech-Language Pathologist, specializing in children, by trade. However, I decided to
dedicate myself to being a Full Time mother once my children were born.  Through my
educational training and personal experience, I consider myself a tough critic when it comes to
how others are parenting and raising their children.

On March 11, 2009, Jodi and Evan welcomed their first child.  The entire family celebrated the
new addition.  We gathered on multiple occasions and holidays.  Evan appeared proud, loving,
and very involved with his son's care.  Through my observations, Evan was proving to be a
wonderful dad.  It was great to see Evan being so involved with his son.  On one particular
holiday, as we all gathered around the table, I specifically remember being impressed with Evan
as he patiently took the time to teach his son the meaning of the holiday.  He age appropriately
explained the importance of the holiday and encouraged his son to participate in the family's
traditions.  His son's face was beaming with pride as he participated. A moment that has
remained with me.

Jodi and Evan have added 2 more children to their happy family unit.  With three little ones now
in their home, Evan continues to provide attention and support to all three kids.  On many family
occasions, Evan is seen playing and teaching his children.  He provides a safe and structured
home which research proves is critical in the development of happy, well rounded children.  It
appears that Evan is taking his role as father very seriously.  The parenting teamwork of Evan
and Jodi is evident in their well mannered, enthusiastic kids.  It is so apparent to anyone who
meets the Greebel children that they are thriving.  I would only wish for all children to be as
lucky, as the Greebel children, to have both parents present and hands-on during these critical
years of their development.  Having their father participate in their daily nurturing, educational
support and activities is crucial during these critical years.

I kindly ask you Judge, to please take into consideration the importance of having a father
present during this crucial time of childhood development.  In addition, to consider all the
wonderful qualities behind the man, Evan Greebel.

I am confident that the court will not regret the decision to grant Evan leniency.

Thank you for your time.

Respectfully,

Suzanne Grosso

Dara Gruenberg
██████████

The Honorable Kiyo A. Matsumoto
United States District Judge Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I have known Jodi and Evan Greebel for several years. We were introduced through mutual friends prior to the family's move to Westchester. I was thrilled when I heard that Jodi and Evan were moving to Scarsdale and would be sending their youngest son, ███████ to ████████████████ for ████████████. Our sons are the same age and when they were put in class together became instant friends. ████████, like his two siblings, is a happy child who benefits from a loving family environment. Jodi and Evan are hands on parents who were regulars in the hallways of the ██████ school.

At the time, in addition to being a parent at the school, I was also in charge of the Parents Association for several years. We held myriad family events throughout the school year, and the Greebels were always in attendance with a smile on their faces and were warm and welcoming to new families. It is hard to make friends and feel comfortable in a new community, and Jodi and Evan understand that and go out of their way to make people felt at ease. Furthermore, Jodi led our "Dishin in the Kitchen" program which gathered parents to cook meals for the hungry. It was an opportunity for new parents to get to know one another while performing community service. Jodi was also a class parent, which is a time consuming labor of love. Evan was extremely supportive of all of Jodi's volunteer work at the ██████ and pitched in whenever he could.

When Jodi suffered an unspeakable tragedy and lost her brother, Evan was a pillar of strength and comfort for her. Whether it was taking the kids to school or spending as much time with Jodi and the family as possible, he was a loving and supportive husband. When I attended shiva, Jodi was nursing her daughter, a newborn at the time and coping with the shock of her loss. Evan did not leave her side tending to her every need.

Respectfully, I ask that you consider Evan's wife, Jodi, and their three young children, ████████ ████████████████ when deciding on Evan's sentencing.

Thank you for your consideration.

Sincerely,

*Dara Gruenberg*

Dara Gruenberg

April 30, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is Alexander Harrison. I grew up in the same town as Evan and my brother attended elementary school through high school with Evan. I knew Evan during this time as my older brother's friend. I also knew Evan's parents and siblings during this time. Over the years, I have celebrated many of life's milestones with Evan and his family. Evan's family was then, and continues to be, well-known, upstanding members of the community and they all have excelled academically, as professionals, and as volunteers, coaches and respected citizens. As a kid, I remember looking up to Evan's accomplishment of becoming an Eagle Scout.

About four years ago, I moved to the same town as Evan and reconnected. Two of my children are now in the same elementary school class as two of Evan's children and my wife and I have spent a significant amount of time with Evan and his family.

In my interactions with Evan, he has proven to be an amazing person, a good friend, a great husband and doting father. He and his wife have created a beautiful, loving family. It is obvious Evan cares deeply about his wife, Jodi; they are a good team and always helping one another. Their children are a clear reflection of Evan's value system - always polite, honest, engaging, intelligent and personable. Evan also is a father who works tirelessly to make sure his kids are well taken care of and happy. I always have full faith and trust leaving my children under Evan's supervision and know that they will have fun and be safe.

I have co-coached several kids' sports teams with Evan and found that he teaches the kids all the right things by focusing on learning, trying their best, respecting their opponents and most importantly, having fun.

Evan's family enjoys celebrating many holidays and family gatherings at their home. Evan always is a gracious host, whether it's Friday night Shabbat teaching the children important Jewish traditions, a Sunday family brunch with a lively game of hide and go seek in the backyard, or a group of his son's friends playing basketball and eating pizza in their backyard. These events have created many great memories over the years which have made a positive impact on myself and my family.

I hope that you can show whatever leniency is possible on Evan and his family. They have endured hardship over the last few years that I would not wish upon anyone. I cannot imagine them living separately but only growing older as a family over time.

Respectfully,

Alexander Harrison

April 30, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I had the pleasure of meeting Evan Greebel when I moved to Scarsdale in the fall of
2014. Having both grown up in Westchester, my husband, Alex, and I were thrilled to return and
build our own roots in the community that my husband grew up in (and next to the town that I
had called home for the first eighteen years of my life).

I had heard about Jodi and Evan through many people, the first being Alex's parents.
Alex's older brother and Evan graduated from the same high school class. Evan's parents were
at my wedding and Alex's parents were at Jodi and Evan's wedding. So when we moved back,
my mother in law eagerly told me about the Greebels who also had just moved to Scarsdale,
since their two kids were the same ages as our two kids. Between that connection and several
others, I first met Jodi at a playdate for our sons who were just entering Kindergarten. Not long
after that, Jodi and Evan graciously invited our family over for a barbeque, and we all became
quick and easy friends. Our kids would happily play in their backyard while Evan would
organize races and games while somehow simultaneously, he would be grilling hamburgers and
telling us stories.

Now, almost four year laters, our friendship with the Greebels has grown. Evan has
reinforced the reason we moved back to Scarsdale and the importance of community as we raise
our families together. Brunches where Evan makes special pancakes for ___ because he knows
that ___ won't eat the chocolate chip ones that most kids love. Family barbecues where Evan
stays up late with the boys organizing Olympic style games. Sporting games where Evan coaches
or watches patiently on the sidelines in all types of weather. Carpools where ___ comes running
home to tell us about the new game that Evan taught them in the car. Running into each other at
the diner or bagel shop on a Sunday morning. These small moments are what make up our lives.
Having my son feel just as comfortable going home with Evan after a lacrosse practice as he
does with me makes me so grateful for our friendship.

Evan knows my kids. He knows what sports teams ___ follows and what his favorite
foods are. He knows what extracurricular classes ___ takes and who her friends are. And he

always shows a genuine interest in what is going on in our daily lives, whether at work or at home. He has had us as a guest in his home more times than I can count. Whether it be for a playdate, birthday party or holiday dinner, he always makes us feel welcome. These small gestures speak volumes as to the type of person that Evan is.

The past several years have been trying on the Greebel family, if not us all, to say the least. I have watched Jodi and Evan try as hard as they can to try to maintain some sense of normalcy for their young children. They have done so with dignity, poise and heart. Understanding what has gone on in the courtroom somehow seems completely incongruous with the person I see raising his beautiful family with his incredibly loving and supportive wife. I know Evan to be a caring and patient dad, a doting and loyal husband, and an honest and dedicated friend and member of the community. I cannot imagine his children growing up in this community that he helped build without him by their side.                                   all deserve to have their Dad there as they approach their most critical childhood years. And Evan deserves to be there.

Your Honor, I ask that you please be lenient in your sentencing of Evan. Whatever discretion you have I beg that you use it. Not just for Evan, but for his incredible family and for our community.

Thank you for your consideration of this request.

Respectfully,

Lori E. Harrison

Lori E. Harrison


**MONROE**
**MOXNESS**
**BERG**

7760 France Avenue South    T 952.885.5999
Suite 700    F 952.885.5969
Minneapolis, MN 55435-5844    MMBLawFirm.com

Aaron R. Hartman
ahartman@mmblawfirm.com
Direct 952.885.1293

April 23, 2018

The Honorable Kiyo A. Matusumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, NY 11201

Re:    Evan Greebel

Dear Judge Matsumoto:

I have practiced law in Minnesota since 2002. My primary practice area is business litigation. I have never appeared in your courtroom, but I have in the past been privileged to appear *pro hac vice* before the Honorable Timothy J. Walker of the New York State Supreme Court. I am also a son, father, brother, and husband.

Evan Greebel is my friend. Please show Evan leniency at sentencing.

I knew Evan best during my first 2 years of college at the University of Michigan in Ann Arbor, MI. Evan was a part of the leadership team for a fellowship organization I joined during my first year. Though I did not appreciate it at the time, Evan was a steady, paternal figure for me in my first years away from home. More than 20 years later I cannot quote a particular thing Evan said or point to a single momentous event that illustrates this part of his character.

I can say that I saw Evan several times per week for 2 (academic) years. When our group held a social event, Evan was there. Social events were the easy part. When our group held a charity function, Evan was there. When our group went to the library for communal study time, Evan was there. If something went wrong at the house, Evan helped solve the problem. Evan was always there—to help and to lead. I do not believe that Evan gave so much of his time so that he could check a 'leadership' box on his resume. He gave too much of his time for me to reach that conclusion. I believe it was because he genuinely cared for all of us.

I last saw Evan in person in Ann Arbor about 3 years ago. It would have been easy, I suppose, to make small talk about the practice of law. Instead we talked about kids and family. From that conversation I have no doubt that Evan gives to his family just has he gave to me so many years ago.

We are all better off when people like Evan are given the chance to use their most productive years in service of others. This is Evan's gift. I hope your decision about his future will give him the opportunity to use it. Thank you for considering this request for leniency.

Hon. Kiyo A. Matsumoto
April 23, 2018
Page 2

Please do not hesitate to contact me if you have any questions about Evan or this request for leniency in Evan's sentencing.

Respectfully,

Aaron R. Hartman
Attorney at Law

ARH/arh

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

May 7, 2018

Dear Judge Matsumoto:

My name is Susan Hendler. I am a ███████████████████████████████████ in Scarsdale, New York. I have known Mr. Greebel for the past 4 years. I taught his oldest son, ████████████████████ and I am ████████████████████ teacher now. (████████ is Mr. Greebel's middle child.)

Mr. Greebel has been active in our school community by coming into the classroom for parent teacher conferences. He always showed an interest in the boy's well-being socially and academically. I remember this past March he asked me about ████████ enrichment activities at school in math. He told me he loved challenging ████████ at home with mental math problems.

Mr. Greebel came into our classroom for both boys as our Mystery Reader. He spent one morning in our class. He let the class interview him. The children asked questions like: what is your favorite color; sports team and/or your age. Mr. Greebel was very comfortable with the ████████████ s and enjoyed answering their questions. He also read a sports book to the class. He told the children he picked that book, because he loved playing sports with ████████.

Mr. Greebel joined all the dad's for our Father's Day celebration when I had ████████. I know he will be joining us in June for our Father's Day party this year.

Mr. Greebel participates in school activities for his children. He cares what goes on in class for the boys. He is also concerned with their academics.
One more note, ████████ is a bright ████████████████████ who writes about his dad. I wanted to include some of his notes here. On Mondays we write about our weekends, ████████ writes about what he has done with his dad on his IPAD. Likewise, when we wrote persuasive letters to our parents, ████████ wrote one to his dad.

Thank you for giving me the opportunity to write to you about Mr. Greebel.

If you have any further questions, feel free to call me at ████████████.

Susan Hendler



ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

May 1, 2018

· David B. Hennes
T +1 212 596 9395
david.hennes@ropesgray.com

The Honorable Kiyo A. Matsumoto, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     Sentencing of Evan Greebel

Dear Judge Matsumoto:

I write in connection with the sentencing of Evan Greebel, who is scheduled to be sentenced by your Honor in the near future. I am a partner at Ropes & Gray LLP in New York and head of the firm's corporate and shareholder litigation practice.

I have never written a letter such as this. I do so now only because I have known Evan for over 25 years and have always known him to be a decent, honorable, kind, and warm human being. I have also always known Evan to be a person of integrity, who is community minded, and who always acted with compassion and thoughtfulness toward others. I have been able to form that judgment because I have known Evan in every stage of his adult life – during college, as young lawyers practicing at the same law firm, and later in the community. I respectfully request that the Court show mercy on Evan, and allow him to begin the process of rebuilding his life.

When Evan and I met at the University of Michigan in the fall of 1991, Evan was in the process of joining my fraternity. Although I was several years older than Evan, Evan and I became friends and, at that time, I came to appreciate that he was a kind and warm-hearted young man. We kept in touch after I graduated and went to law school. After clerking for a federal judge, I became a litigation associate at Fried, Frank, Harris, Shriver & Jacobson LLP.

After graduating from Michigan, Evan went to Georgetown Law School. I helped recruit him to come to Fried Frank, first as a summer associate in the summer of 1997 and then as a full time corporate associate in the fall of 1998. Although we did not work in the same department (he was a corporate lawyer; I was a litigator), Evan was always well liked and respected at Fried Frank both personally and professionally and those who worked with him believed him to be decent and honorable, in addition to being a hard working and thoughtful young lawyer.

The Honorable Kiyo A. Matsumoto, U.S.D.J.          - 2 -          May 1, 2018

After Evan left Fried Frank, we stayed in touch.  I met his lovely wife and young children at Michigan events and at events at our Synagogue.  I was not surprised to see the success that he was having with his career given that I had seen him grow from college to law school to young professional.  It was also clear that his family was of the utmost importance to him.

To put it mildly, I was shocked when I heard of Evan's indictment and saddened by his conviction.  This was not the Evan that I know.  I always knew Evan to be a straight shooter, who wanted to succeed but was not driven by money, and who was, at his core, a good and kind person and, most fundamentally, an ethical lawyer.  I do not know the detailed facts of the case that was tried before the Court and the Court will properly make its own judgment in that regard, but I cannot help but share my view that I find it difficult to believe that Evan would knowingly do anything dishonest.

I certainly appreciate and understand from my years of practice how difficult sentencing can be.  I respectfully request that Your Honor temper justice with mercy, and ask that the Court impose a non-custodial sentence given the circumstances, which undoubtedly include the permanent damage to Evan's career and reputation that he has already suffered.

Thank you very much for your consideration of this letter.

Respectfully submitted,

David B. Hennes

April 23, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is Adam Hertzog and I have known Evan Greebel dating back
to elementary school, when we competed against each other in youth
sports, most notably basketball, where neither of our games was
particularly notable. Our relationship, which now spans nearly four
decades, continued throughout middle school, high school, and now
most recently in the last decade as friends at a golf club in Connecticut.

Even though I understand his legal situation, I ask you show leniency
towards Evan in his upcoming sentencing. While I don't work
professionally in the same field as Evan, ever since I have known him, he
has been a compassionate friend and now, in more recent years, I have
seen his finest qualities as it relates to his own wife, Jodi, and children. I
personally have seen how devoted he is as a father and husband. Evan
and I have had many conversations about his life and the many plans he
and Jodi have for their children. They, without question, are first and
foremost priority in his life. I've seen them all interact during the
summer months, when I'm up in the New York area since I live in
Florida right now. I've seen Evan take his sons out to play sports like
golf and tennis – he's definitely an active father. Each time I see them
over the summer – which is fairly frequently – we always laugh, catch
up, and talk about the things going on in our family's lives, and
reminisce about our glory days back in grade school.

Evan happens to have a terrific sense of humor and he is warm and
friendly – he's the kind of person others gravitate to as I saw first-hand
when he joined our country club about a decade ago. Even though I was
one of the only people he knew when he joined, I basically had to do
nothing out of the ordinary for him. Very quickly upon joining, Evan had
a group of close friends and within the first year of joining, it felt as if

Evan had been there for two decades, a pretty special situation since these kinds of places can be somewhat difficult to break into.

I hope that some of my experiences with Evan have shed some light on the kind of person he is as someone I have known on and off for nearly 40 years. Thank you for your time.

Sincerely,
Adam Hertzog



**David B. Hertzog**

May 3, 2018

Evan Greebel

Dear Judge Matsumoto:

I am writing on behalf of Evan Greebel to request that, if sentencing is to occur, you recognize that Evan is an honest and truly decent person who has, throughout my dealings with him, exhibited a high degree of professionalism and integrity. I have known Evan since his high school days when he and my son were in the same class, and have worked with Evan in 2007-2009, at the time I was a partner at Katten Muchin Rosenman LLP ("Katten").

During all the times that I have known him, I can attest that Evan has always acted ethically and competently, demonstrating a work regimen that fostered his quality legal practice. Evan worked with me on various corporate matters, including matters involving a public biotech company (not related to Shkreli or Retrophin). His work was of the highest caliber, and all my clients liked working with him. He painstakingly spent hours reviewing the honesty and forthrightness of his work, including the public disclosures of the biotech company.

I am finding it extremely difficult to reckon with the jury's verdict in Evan's case given my experience with him. In this light, I sincerely hope and request that you will act favorably and leniently in any sentencing of Evan. In this instance, I believe that justice and the rest of us would best be served with, at most, a probation requiring community service.

By way of background, I am an attorney who started with Cravath before founding my own firm (Hertzog, Calamari & Gleason) of which I was managing partner. One of my partners is currently chief judge of the Southern District (NY), and one other partner is or was chief judge of the Bankruptcy Court (Eastern District). I also served as a senior partner at Winston & Strawn and Katten. Additionally, I served as general counsel to a public utility, Allegheny Energy. Currently, I am President of Sprague Group, Inc., a legal and financial consulting company.

If you require anything further, please do not hesitate to contact me at . Thank you very much.

Sincerely yours,

David B. Hertzog

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

To The Honorable Kiyo A. Matsumoto.

My name is Kenny Herzog and I am writing this letter on behalf of my friend Evan Greebel. I have a wife and three children. We live in Greenwich CT. Evan and I have known each other for about 10 years now. And I consider him to be a good man and a good friend.

Despite having no commonality in careers (I am a TV commercial director and children's book author), we have a lot in common outside of work. We golf together, hang out and watch football, and our wives are friends as well, so we spend time together as families.

I've come to know Evan very well, and think of him first and foremost as a family man. He loves his wife and kids very much, and from what I've witnessed puts them above all else.

I wish there was one monumental event I could tell you that could help my friend's cause. But really it's been the little things about him that make him a good person and a solid citizen.

Best,

Kenny Herzog

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Judge Matsumoto:


Evan Greebel is a dear friend. I have known Evan for over ten years, and we were first introduced by mutual friends, because we were both new fathers living a few blocks from each other in New York City. Our early friendship developed during countless weekend mornings, sitting together on benches in various Central Park playgrounds, often just after sunrise. When Evan and Jodi had their first son, ████████, my wife, Eva and I had a just given birth to our second son. Each weekend, our baby boys would often wake in the early hours, and we would email to meet, grab coffee and bagels and push our strollers to the park. We would regularly talk and play with the kids until lunch time, nursing extra-large Dunkin' Donuts coffees.


Over the years, our families grew increasingly close, as my wife and Jodi became warm friends. We have two older boys and a daughter, just like Evan and Jodi, and our kids have played for years with ██████████████████████. From our earliest days meeting in the park to more recent BBQs in his backyard, the memories that stand out most are of Evan's care and focus on his family. He is a doting father that showers ████████████ with affection, teaches them proper table manners, and role-plays with ████ when she hands Evan a doll. Evan is also so clearly in love with Jodi and is effusively proud of her as a mother and entrepreneur.


When Evan, Jodi and the kids moved to Westchester, we were sad to see them leave the neighborhood; however, we continue to visit with the family regularly, and every Thanksgiving, Evan drives the kids into the city to meet me and my boys to watch the parade. He walks across the park with ████ on his shoulders, helping ████ ride his scooter, and carrying breakfast for everyone. Evan brings so much hot chocolate, bagels and Dunkin' Donuts munchkins that he ends up sharing with strangers in the crowd along Central Park West. This is emblematic of his generous nature. He loves seeing the kids smile as he pours hot chocolate on a frigid November morning.


In addition to being a caring and attentive father and husband during the good times, he is the family's rock during the challenging times. When Jodi's brother committed suicide recently, Evan's strength and sensitivity sustained Jodi when she was most vulnerable, and supported the kids through a confusing and scary time. Over the many years, I have cherished our relationship, his counsel, and his honestly, but I was most proud to be Evan's friend during that period.


Today, I am watching Evan and Jodi confront the most frightening time in their lives, and I am very aware of the legal issues driving this situation. In fact, my wife and I attended a number of

court hearings to provide our support to Evan, Jodi and their families. It is surreal to see my friend, who is such a positive force in his family's life and to all that are fortunate enough to know him, in this predicament. I know Evan as a caring father and husband, an honest and supportive friend, and as a generous neighbor, and I beseech you to show Evan and his family leniency. If shown this leniency, I am certain that Evan would lead a productive and positive life, and you would not regret such a decision.

Thank you,

Douglas Heyman

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto,

I am writing this letter in support of Evan Greebel, whom I have known for over a decade.

My husband and I met Evan and his wife, Jodi, before we had children. Since then, we have both grown our families and coincidentally have similar family dynamics (two sons and a youngest daughter). We feel incredibly lucky to have found the Greebels and be able to share this special stage of life with them.

As family friends, I've been able to observe first-hand the love and devotion Evan has for Jodi and their three children. He is a loving, committed partner to Jodi and a present, hands-on father. For example, at meals I am always struck by Evan's attentiveness to the children, helping them make healthy choices and reinforcing the importance of table manners. This is a small example, but it speaks to Evan's involvement and dedication as a parent.

Evan is a very generous, caring friend. A few years ago, I was transitioning to a new job and had some legal questions. Evan was more than happy to take the time to look over my employment contract. He provided sage advice, and was also honest about which areas he did not have experience to comment. Evan acted with professionalism and humility, and his counsel proved helpful.

I know you will be sentencing Evan shortly. I write this letter to convey to you the Evan I know: a decent, caring person; a loving, devoted husband and father; a principled lawyer; and a loyal, generous friend. It's heartbreaking to imagine Jodi and the kids without Evan. I'm praying that you show leniency and compassion.

Thank you for your kind consideration. Please don't hesitate to reach out if you need anything else or have questions. I can be reached at ▓▓▓▓▓▓▓▓▓.

Warmest regards,

Eva Heyman

Seth Hirschel
4 Ambler Farm Rd
Bedford, NY 10506

May 6, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

Firstly, thank you for your service and for your dedication to the Justice System.  I can only image the challenge, pressure and responsibility that this role must demand from you and your colleagues.  I'm a proud American and deeply respect and value our constitution and anyone who works to enforce its tenets.

I understand that you are presiding over the trial which involves Evan Greebel.   I'm familiar with the case and even attended some sessions of the trial.  I'm also familiar with the Martin Shkreli case and can appreciate the business and societal issues surrounding both.  Evan's case includes some complicated and nuanced business and legal details which I found interesting - and I think it's a reflection of how business and law can both get complicated at times.

I live in Bedford, New York, I'm a business owner of over a dozen customer facing businesses and a local fire fighter (Captain, Bedford FD).  I am also a long-time friend of Evan's, going back some 20 years.  Additionally, Evan has served as counsel to several of my businesses over the years.   I have always regarded Evan as an Intelligent, Understanding, Ethical and Fair person.  Whether he is advising me about a business dealing or helping with a ruling on the golf course, he was always honest and acted with integrity.  He is proud of his job, proud of his family and is a great friend and trusted attorney for me.   Evan has helped me strategically consider legal concepts and has also reviewed specific documents that were central to my business dealings.  His opinion was always relevant and often very valuable to me. There were even times that Evan told me things I could not do – and I valued his input even more in those cases.  His interest was always in helping me first and foremost.

With regard to Evan's trial and sentencing to come, I am honored to write this letter of support.  I believe Evan was acting in good faith for his client when he made decisions and gave legal advice.  I know it can very complicated and I know his client wove a web of deception on purpose.  I'm sorry Evan was associated with it.   However, I believe Evan was acting on the information he had at the time.  In the end, I trust what I know – the part that's not complicated - which is Evan's character, his set of values and his integrity.  I know Evan would not compromise his career or family for the sake of conspiring with a client.   That's not what he worked so hard for, it's not what defines him and it's not logical or possible that he would knowingly do something so out of character.

I respectfully request that you consider leniency in sentencing Evan.  He is not a threat to society, he has a family who loves him and friends who cherish him.  He is an honorable man, a loving father, a good husband and a trusted friend.


Sincerely,


Seth Hirschel

**T&H THOMAS, THOMAS & HAFER**LLP
——————— Attorneys At Law

Street Address:
305 North Front Street, Harrisburg, PA 17101
Mailing Address:
P.O. Box 999, Harrisburg, PA 17108
Phone: 717.237.7100 Fax: 717.237.7105

*Arthur K. Hoffman*
*(717) 441-7069*
*ahoffman@tthlaw.com*

April 20, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   **RE: Evan Greebel, Esquire**

Dear Judge Matsumoto:

   I have practiced law as an attorney in central Pennsylvania for nearly four decades, first as a prosecuting attorney for the Pennsylvania State Board of Medicine, and for the balance of my career in private practice concentrating in civil and administrative litigation. My daughter is married to Evan Greebel's younger brother, and I have known Evan since the two began dating about seven years ago.

   The purpose of this letter is to request that Your Honor consider to the greatest extent possible, imposing a lenient sanction on Evan for the jury's decision on the charges brought in his case. I attended several days of the trial, including most of the attorneys' concluding remarks, and the government's portrait of Evan simply does not fit with the person I have come to know personally, and respect, even admire, as a fellow private practice attorney.

   From my interactions with him directly, and observing him interact and converse with others, I see Evan as the epitome of a diligent, hardworking, well-intended attorney, who was not blessed with easily managed clients. Quite the contrary, from my own experiences in private practice, I recognize the challenges posed by the "difficult" client, with a "colorful" personality and outsized ego, in which the attorney attempts to advance his client's interests despite limited access to information and knowledge of the client's overall activities.

   From my observations, Evan is a loving and dutiful son, husband, and father, devoted to his family and community, and by history, strove mightily to build a career in an honorable and ethical fashion. I have engaged in a number of conversations with him over the years, on a wide range of topics, and never once detected any hint of an individual who would sacrifice codes of proper conduct to achieve an objective, or speak ill or harshly of others, or demonstrate an exploitative mindset or orientation.

**THOMAS, THOMAS & HAFER** LLP

Page 2

I would characterize Evan as a person of integrity and honesty, responsive to the concerns of others, and one who scrupulously avoids the use of expletives or derogatory language about others.

In my view, when looking at Evan's overall conduct as a professional, a family man, and a person in the community over the years, a harsh, punitive sentence would serve no one's interests and only add to the extraordinary pain, both personally and professionally, and humiliation he has already experienced throughout his prosecution.

Thank you for your kind consideration of these thoughts.

Very truly yours,

**Thomas, Thomas & Hafer, LLP**

Arthur K. Hoffman

AKH/ves:3083865.1

May 6, 2018

The Honorable Kiyo A. Matsumoto

United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I am writing to you to ask you for leniency in your sentencing of Evan Greebel. I have known Evan Greebel for about 8 years. My daughter is married to Evan's brother, Robert Greebel. I have found Evan to be a caring, considerate and compassionate person. When my daughter and son in law had some serious medical issues that proved to be very challenging, Evan could be counted on to provide help and guidance. Even though he had his own young family to take care of, Evan found the time in his very busy schedule to be there for his brother and sister in law.

I have seen Evan with his wife, Jodi and his three young children many times. He has always put them first. He is a hands on dad whether it be baseball games, school functions, family outings, etc. Evan values family and knows the importance of spending quality time with them.

Please consider how important it is for him to remain a vital part of their lives in their formidable growing years. Putting him in jail would remove him from the home where he along with Jodi need to be in order to raise caring, responsible children who can actively participate in society.

I appreciate your concern in this matter and hope you will take my letter under advisement when you consider Evan's sentence.

Very truly yours,

Carol L. Hoffman

Carol L. Hoffman

Kerry Hsu
4 Keswick Commons
New Albany, OH 43054

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

May 1, 2018

Dear Judge Matsumoto,

I am writing on behalf of Evan Greebel, whom I have known personally for nearly 15 years. I am aware of his conviction and I am deeply saddened by this news. Evan has always exhibited qualities of a high moral compass. Evan is driven, intelligent and extremely hard working. Despite his success he has always helped others excel at their careers. Additionally, Evan is dedicated to his family. Not only his wife and children but also his parents, siblings and his extended family. I ask for your leniency in his sentencing.

I currently live in Columbus, OH and I am a Vice President at an investment firm, Rockbridge, focused on hospitality investments. I recently moved from New York. My husband, Chris Dietrich, is a self-employed finance consultant. I first met Evan in 2004 through his then girlfriend (and now wife), Jodi, one of my dearest friends. Jodi and I were investment banking analysts in New York from 2000-2002. For two years, Jodi and I worked rigorous hours together that naturally formed a lasting bond. Chris and I became friends with both Evan and Jodi and have spent considerable time with them over the years. In all our interactions, Evan has always taken an interest in both Chris and my work, asking thoughtful questions and providing guiding advice. It is natural for Evan to be a mentor. When Chris thought about starting his own business, Evan spent time with him to help him think through the matrix of decisions and made introductions for Chris to help kickstart Chris' new venture. He had a genuine interest in seeing him succeed. Evan extended the same always to me as well. He has always been curious about my career and offering advice or his own insights. I have so many memories of having dinner with Jodi at her apartment after her first son was born. Evan would inevitably come home late evening from work. Even with a long day behind him, he would always take the time to sit down with me and ask me how I am doing.

Despite his busy lifestyle and commitment to his career, Evan always had time for his family. This included not only his immediate family but his parents, siblings and Jodi's family as well. I have been fortunate to be a part of key milestones in Evan and Jodi's life, including attending their wedding and their children's birthday parties. I have had the opportunity to watch their beautiful family grow. With each new baby, Evan would always send a proud dad email announcing the birth of their child. The excitement of announcing the newest member of the Greebel family always bounced off the email. Both Evan and Jodi are the oldest of three siblings and having a big family was important to them. They have a lot of love to share.

Being the oldest in their respective families, Evan and Jodi felt their duty to look after their siblings. When they first married, they had a Sunday night tradition of having all their siblings over their small New York apartment, Evan and Jodi cooking a home cooked meal. They were grateful to have everyone in the same city and made sure their siblings stayed connected and felt a sense of home with them. Evan continues to be a guiding force in the family and these events have been heartbreaking to all. Evan has always been a champion for others and is now in need of that love and support.

Sadly, the Greebel family has had its share of tragedy. In the summer of 2015, approximately a month after the birth of the Evan and Jodi's third child, ▮▮▮▮ and three months prior to the indictment, Jodi's youngest brother died suddenly and tragically. This death has been so hard to comprehend the family continues to grieve. The emotional toll of all these events has been extremely difficult on the entire family including my dear friend Jodi.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ She calls her mother every day, encouraging her to get up and face the day. She is one the most positive and hard-working people I know and always present for the people she loves. I don't know how she is coping with all the stresses in her life. We often talk about taking each day at a time and not look so far in the future. Both Jodi and Evan eagerly await the day that they can move forward and put the past behind them.

Life will never be the way it was prior to 2015, yet the family needs to continue to heal. Evan and Jodi are wonderful parents. They are so loving and so concerned about providing their children all they can. If Evan spends considerable time away from his family it would have a significant impact on the lives of so many, most importantly Evan's young family. Both Evan and Jodi have done everything in their control to shield their children from these events which unfortunately have been very public.

Judge Matsumoto, I ask for your leniency in sentencing Evan. Evan being away from his family would not only be a severe hardship for Jodi, their parents, and their siblings who have suffered so much already, but it would be heartbreaking to the young innocent children involved, ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮.

Thank you for your time in reading my letter.

Best regards,

Kerry Hsu

Max Jacob
93 David Dr.
Moraga, CA 94556

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

May 1, 2018

Dear Judge Matsumoto:

I am writing to share with you my relationship with Evan Greebel. I met Evan in 2000 at the University of Michigan when I was in business school getting my MBA with his brother Robert and have known him for almost 20 Years. Over the last two decades, I have kept in touch with Evan and consider him a personal friend.

As a first year MBA student in Ann Arbor, Evan went out of his way to introduce me to the city and help show me around. Even though I had just met Evan, I was treated like family because I was a friend of his brother.

Over the years, Evan's generosity and kind spirit has continued. When his brother Robert moved to New York City, Evan opened up his home to his brother and his brother's friends. I keenly remember Evan kindly hosting 5 of Robert's friends at his apartment in NYC. Evan has always treated everyone that he knows as family.

When Evan's son was born, I sent both him and his wife a baby gift.

I hope that you will show leniency on Evan in his sentencing. I do not see a need to incarcerate him. I can assure you that Evan is an upstanding citizen and will continue to make a positive impact on society.

Respectfully submitted,

Max Jacob

May 13, 2018

Dear Judge Matsumoto:

My name is Dana Jacobson (nee Greebel) and I am Evan's first cousin—our fathers are brothers—and I have been lucky to know him my whole life and request leniency for him right away. I work in the education management field by providing operational support to school districts implementing a Grade 6-12 Math and English Language Arts curriculum my company creates and sells.

I am the youngest of my immediate family and first cousins and ever since I can remember Evan has always referred to me as 'Cousin Baby.' It is a name I have grown to appreciate as Evan has always looked out for me while growing up.

While I was a sophomore in college I wasn't sure of my career path, so I reached out to Evan to see if he had any advice for me. Instead of just giving words of wisdom and pointers on how to write a resume, network and interview, Evan went three steps beyond what I had expected. He reached out to one of his friends, who at the time worked for NBC, and secured me a summer internship. Evan going above and beyond is emblematic of the person he is; he is caring, well intentioned and always wants to help others. Evan helped my professional career start on a positive track. I will be forever grateful to Evan for showing how much he believed in me and wanted his baby cousin to be successful.

Evan has always opened his home to me. There were countless times when I was in college that I would come into Manhattan for the evening and would sleep on Evan's couch—he would rather that I come back late, wake him up to get in, and have a place to sleep versus taking the train to Long Island at such a late hour. He wanted to make sure I was safe. Evan's protective instinct was on display well before he became a father and since that time I see first-hand on a regular basis how dutifully and lovingly he takes care of his wife and three children.

Evan continuously wants the best for me and I knew that when it came time to introducing someone to him he would be very diligent at making sure this person was worthy of me. My husband knew how important it was to meet Evan and my cousins. Evan asked my husband the same types questions that my father had asked—what his intentions were, what he does for a living, how much he cares about me, what his background is, etc. Evan's interest in my wellbeing was on full display as he wanted to make sure I met someone who could provide and take care of me the way he does for his family. He has wanted to see me happy and has been there along the way by being open, honest and providing guidance.

I am well-aware of Evan's situation and will continue to support him the way he has been there for me during my life. I will continue to be there for him and again ask for leniency.

Thank you so much for your time.

Best,

Dana Jacobson

Dana Jacobson

Chris Jahrmarkt
84 Walworth Ave
Scarsdale, NY 10583

July 11, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Masumoto:

My name is Chris Jahrmarkt and I have known Evan Greebel for nearly 9 years, both professionally and socially and based on my interactions with him respectfully urge you to be as lenient as possible in sentencing him.

I have dealt with Evan in many ways through the years and believe he is a wonderful, truthful and trusting person. Evan is an amazing father and loving husband which I have experienced firsthand in our hometown in Scarsdale, NY. As a member of the community I have seen him build friendships, help others and participate as a coach for various children sports teams. I have sat with him on the sidelines at lacrosse games (through all types of weather) and coached against him in Little League. I always noticed his positive interaction with the kids (whether as spectator or coach) and applaud his efforts to make sure the kids on his teams learn to play the "right way". He focuses less on winning or losing any particular game, and more on ensuring that all of the kids enjoy what they are doing, get better and develop an appreciation of the sport.

In my capacity as a Member of Northlight Financial, I have also had the pleasure of retaining Evan and his firm as outside counsel lawyer while he was a partner at Katten Muchin Rosenman LLP and later as a partner at Kaye Scholer LLP (now Arnold & Porter Kaye Scholer LLP). In this capacity I have always seen him to be careful and steadfastly diligent in his representation and in the service of the law, including when appropriate advising us not to proceed with proposed transactions if not in his opinion in our best interest. Evan was always focused on our best interests despite its potential ramification on his firm revenue.

In addition to exemplary legal advice, Evan would always ask what types of transactions we would like to invest in and seek them out. Neither Evan nor his law firms ever sought compensation for these origination activities. Rather he tried to help grow our business because that is who he is as a person.

I am aware of the legal situation Evan finds himself. Notwithstanding this situation, I continue to trust Evan's advice and would work with him in the future. Because of these facts I believe he is deserving of the utmost leniency in sentencing you might consider for Evan.

Sincerely yours,

Chris Jahrmarkt