The Honorable Kiyo A. Matsumoto
United States District Judge Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

April 15, 2018

Dear Judge Matsumoto:

We are Allison & Ari Jubelirer and have known Evan
Greebel for almost 10 years. During that time we have
seen Evan as a hands on and caring father to his three
beautiful children and a devoted husband to Jodi. He is
not the kind of father that sits on the side, he is involved
and loving.

Over the years, we've enjoyed a friendship with him and
his family through dinners and other social gatherings. He
has been a loyal friend, whether enjoying conversations
about cooking or discussing family matters. When one of
us was sick in recent years he acted as a concerned and
caring friend.

We know Evan as a good, kind man and ask that you find
it in your heart to be compassionate and lenient in your
sentencing as it would be devastating for
and Jodi to be without their father and
husband.

Sincerely,
Allison & Ari Jubelirer

**JASON J. JUN, ESQ.**
**280 METROPOLITAN AVENUE, APT. PHB**
**BROOKLYN, NEW YORK 11211**
**(917) 613-2210**
jasonjun@msn.com

April 16, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Request for Leniency for Evan Greebel

Dear Judge Matsumoto:

My name is Jason Jun and I am writing to you on behalf of Evan Greebel to request leniency in respect of his upcoming sentencing. I have been friends with Evan for nearly 25 years. In addition, I have been a corporate transactional attorney admitted to practice in the State of New York for nearly 16 years. Accordingly, I not only have an understanding of the kind of person Evan is but also of the nature and seriousness of the crimes for which he was convicted.

I first met Evan in January of 1994, on the campuses of The University of Michigan – Ann Arbor. I would note that until my first day of classes at The University of Michigan in the Fall of 1993, I had never stepped foot in the Midwest, let alone the State of Michigan. I had no connections to any of the students on campus. And having grown up on the East Coast, I had no understanding of what life would look like on campus at a large state university. And like many similarly situated college students, I eventually looked to the Greek system to make friends and to build a support network. It was during this process and ultimately through our fraternity that I met Evan. I think it's important to note that I had never actually considered joining a fraternity prior to arriving at Michigan. I'm an immigrant and I was raised in an immigrant household so it just wasn't a familiar concept. But it was meeting people like Evan that ultimately made me decide I would join a fraternity. He was a good guy. And it was easy from day one to talk and build a rapport Evan – we both grew up on the East Coast and had similar senses of humor. And he was a few years ahead of me and thus always a good resource to have on campus.

Even after Evan graduated from Michigan and moved onto Georgetown for law school, we remained friends. I recall reaching out to Evan to discuss my future plans. I had in theory

decided that I would go to law school and become a lawyer. And notwithstanding having done my diligence and research, I didn't have any real idea of what the process was like, what law school would be like. And in that moment, Evan was the person who helped fill in the blanks. He provided the type of information and guidance you don't find in career office pamphlets. And even as I began to debate whether I would ultimately go through the process, it was an evening of drinks in downtown Manhattan with Evan and his colleagues from Fried Frank that convinced me to move forward. Now, some 19 years since that evening, I am a Director and Assistant General Counsel at one of the largest financial institutions in the world. It was his advice and example that, at least in part, helped me to build the career that I have today.

As I stated earlier, I understand fully that the crimes for which Evan was convicted are serious in nature. And that as a member of the Bar, we are all held to a high standard of ethics and propriety. But I also know the friend he has been to me. That same good guy I met on campus nearly 25 years ago. The same good friend that provided me with real, meaningful career advice. The same Evan Greebel who was a good friend and mentor for his younger brother, Robert, who I also count as a friend and with whom I worked at Skadden. And it is for this Evan Greebel that I request leniency in his sentencing.

I thank you for giving me the opportunity to share with you the Evan Greebel I know.

Best Regards,

Jason Jun, Esq.

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I am writing this letter on behalf of Evan Greebel. I first met
Evan over ten years ago through his wife Jodi. We shared
mutual friends and Jodi was very pregnant at the time with their
first born son,          . We met at a bridal shower and I was
immediately struck by how kind and welcoming Jodi was, and
knew immediately that we would become close friends. Shortly
after meeting, and realizing we shared mutual friends, I was
introduced to Jodi's husband Evan. Evan shared the same
welcoming, friendly kind persona as his wife. Soon after I was
soon pregnant with my first daughter, so we would have kids a
few months apart. As our relationship evolved I began to know
Evan as loving husband, doting father and welcoming
individual. Evan was so proud of          of Jodi, and the
family life he created. He was so happy to have such a
wonderful loving family, and this was readily apparent in his
everyday actions. During the summer you could find Evan in the
pool playing catch, on the field throwing a ball, or just being
present with his family. Soon after Evans family expanded as
did mine. As we spent more time together I got to know Evan as
a family man, loyal son to his parents, kind, fair friend, and
respected member of his community. Evan has demonstrated
courage, love, and kindness in the many years I have known
him. Please show compassion when sentencing Evan as I have
seen him in his personal life exhibit kindness and a true love of
his family and friends. His children and family need him around
as he is the glue that binds them. Thank you very much for your
consideration and hearing my thoughts.

Sincerely,

Jennifer Karol
917 334. 6881

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I write to you today to plead for your leniency and mercy in regards to defendant Evan Greebel. I
have known Evan and his family for a very long time and can attest to their strong ethical and
value fabric. At the core, Evan is a family man that has always worked hard to provide for and
take care of his wife and children.

I met Evan through his wife Jodi, whom I have been friends with since our college days at Duke
University. Upon meeting Evan, I was immediately impressed by his warm demeanor and sense
of responsibility. He spoke so proudly of his children and was clearly devoted to his loving wife.

While I never personally did business with Evan, he always struck me as the kind of person that
would be very reputable to work with. I remember a time when Evan spoke proudly of the work
he was doing for his clients. It was clear to me that he took his work very seriously and had a
great sense of fiduciary and morality in regards to his work. I am unfortunately not qualified to
opine on any specifics of his case; however, I firmly believe that Evan was always focused on
doing the right thing while serving his clients.

As a hard working business owner and father of three myself, I have tremendous compassion for
Evan and the position he is in. Furthermore, I know what it is like to have to make tough
decisions in the face of certain circumstances. I know that Evan has always believed in doing the
right thing and that his heart and intentions have always been in the right place. I sincerely hope
that you take all of these human qualities into account as you decide on the fate of this bright
man's future.

Respectfully,

Arnaud Karsenti

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
222 Cadman Plaza East
Brooklyn, New York  11201

Dear Judge Matsumoto,

My name is Muriel Kaufman, and this letter is written on behalf of the above named Evan
Greebel.  Firstly, I would like to say that the Law and everything pertaining to it has been a part
of my life since I was a young woman.  My deceased husband was an attorney and I worked in
his office for some years.  I then took a position in the Law Department at General Foods
Corporation for the next 20 years.  I was assistant to the Head Food and Drug counsel and
followed with him when he became Assistant General Counsel.  In the course of those many
years I held the title of Foreign Patent Specialist, was in charge of the Pure Food Guarantee that
every food store in the US was proud to display.  After General Foods merged with Kraft Foods I
worked for 10 more years in the Law Department of Texaco.  I only tell you this because I have
great reverence for the Law in every aspect.

I have known Evan Greebel since he was a young boy.  His grandmother was a dear friend.  I
was very impressed with his deep respect and kind deeds toward elderly people.  I clearly
remember him going over to a car to help an elderly lady who was struggling to put her packages
in the car.

Another time, a small dog got free of his leash and the elderly owner of the dog was very upset
as the dog was approaching traffic.  We were sitting on a bench near his grandmother's apt. and
Evan  jumped up, ran to the road and grabbed the dog, returning it to the owner, who was very
grateful.  She even offered him some money to buy ice cream but he declined.

He was a wonderful grandson, always very kind and willing to spend time with us "old ladies".
As he grew older he became a wonderful husband and caring father.

I am aware of what transpired at his trial, nevertheless I feel that he is deserving of leniency, as I
have personally observed his kind acts and interest in others in many different situations over the
years.

Respectfully yours,


Muriel Kaufman

Elan P. Keller, Esq.
3 Hardscrabble Circle
Armonk, NY 10504

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is Elan Keller, and I am a friend and former colleague of Evan Greebel. Evan and I
were partners together at Kaye Scholer LLP ("Kaye Scholer"), and I met Evan when he joined
Kaye Scholer in the summer of 2015. I am aware of Evan's legal situation, and I am writing this
letter to respectfully ask your Honor to show Evan leniency at his sentencing. Your Honor, a
decision to show Evan leniency at his sentencing will not only impact Evan, but it will have a
profound positive and long-lasting impact on his loving wife and three very young children, who
deserve the love and adoration of a hands-on father who has played a tremendous role in their
lives, and he wants nothing more than to continue to do so. There is no bigger blessing in life—
no stronger meaning—then the love that a parent can give to their child, and every child deserves
to have this love in the most present and connected way possible.

I would like to recount two personal interactions I had with Evan—one relating to his family;
and one relating to his professional responsibility as a partner at Kaye Scholer. I hope and pray
that these two interactions help to give you insight into Evan as a loving father and a measured
lawyer who acted with integrity during my professional interactions with him.

In the summer of 2015, Evan and I were working on a client project together, and we decided to
put our pens down for the evening at around 6pm. I asked Evan if he wanted to get dinner before
going home. He responded, "no thanks, the 15 minutes I get to tuck my kids in at night are what
I live for, and I don't want to miss it if I can make it home in time." Evan's office was proudly
decorated with pictures of his three children and his wife, and Evan spent many moments telling
me stories about his family. It was clear that nothing was more important to Evan than his
family, and Evan was very present in his wife's life and his children's life. It was very obvious
that Evan had a deep and loving connection with his family. Your Honor, please allow Evan to
continue to tuck his three young children in to bed at night. This is time that as a parent, you can
never get back.

In the fall of 2015, Evan and I went to a meeting with a prospective client. I am a tax partner and
the meeting with this prospective client was to discuss a potential corporate and tax engagement

with Kaye Scholer. During the meeting, the prospective client proposed an international operational structure and wanted to engage Kaye Scholer to write a tax opinion that his proposed structure would effectively mitigate U.S. federal income taxes. In addition, the prospective client wanted to engage Kaye Scholer to "paper" the structure, and effectuate all of the corporate documentation, implementation, and execution. The overall corporate and tax engagement would have brought in substantial fees to Kaye Scholer, of which Evan would have been directly responsible for significant origination credit.

After the prospective client proposed his structure, I explained to the prospective client that his proposed structure would not effectively mitigate U.S. federal income taxes, since it had no economic or commercial substance, even though it had the appearance of working in form (i.e., the structure looked like it worked on paper, but once the facts were revealed, it lacked economic and commercial substance). As I was explaining my position to the prospective client that his structure lacked merit, he protested and reiterated that this engagement would bring in substantial fees to Kaye Scholer. Evan interrupted him and said that the "amount of fees are irrelevant if the structure has no substance. I am sorry that we can not assist you with this matter, but please let us know if you would want us to advise you on a structure that would have more substance." The meeting ended and as we were walking back to the office, I remember apologizing to Evan that this potential engagement was not going to work out. Evan was very gracious and quickly stated that there was "no need to apologize; it was clear from your advice that this structure wouldn't work, and so this outcome was the best result." Evan showed professional responsibility and integrity (and a lack of disappointment) even when faced with losing out on getting credit and attribution for substantial fees from a prospective client.

With the utmost respect, I hope that these two interactions that I had with Evan allow you to see Evan as a loving father who did have moments where he chose professional responsibility, integrity, and principle over substantial amounts of legal fees that would have been directly attributable to himself.

I once again respectfully ask your Honor to show Evan leniency in his sentencing, and keep his family intact for the sake of his wife and his three young children. I unqualifiedly and wholeheartedly believe you will not regret showing Evan leniency.

Yours truly,

Elan P. Keller, Esq.

April 23, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My wife and I feel lucky to have been friends with Evan Greebel and his family since they
moved to Scarsdale in 2014. His son, ▮▮▮ is in ▮▮▮ with our son, ▮▮▮, and the
boys became fast friends when they met at day camp before ▮▮▮—a friendship which
quickly grew to include the adults, as well. In the four years we have known Evan, we have
consistently found him to be a conscientious, thoughtful friend, a devoted father, and loving
husband.

As the boys' group of friends expanded and we were new to the circle, Evan always made a
point of making sure we felt included—whether it was for a father-son outing to see Star Wars or
what has become an annual father-son Fantasy Football league. When he invited us for family
dinner at their home, he was so concerned our daughter might feel left out while the boys played,
he offered to let our daughter bring her own friend along. He is the dad who made it to nearly
every one of our sons' lacrosse practices last spring, supporting not just ▮▮▮ but any boy
who made a good play, even on the coldest and rainiest days when my wife and I would draw
straws to be the one who could stay comfortably at home with our daughter. We'd often see him
rushing from there to Boy Scout meetings, which he told us were worth making time for because
of the valuable skills they instilled in him as child, like discipline, honesty, and hard work. He's
also the dad who patiently volunteered to chaperone ▮▮▮ and his friends when they
begged to visit our neighborhood's "Haunted House" this past Halloween, while the rest of the
dads waited outside, grateful to take a break after hours of trick-or-treating. When our ▮▮-year-
old son emerged crying (and embarrassed to have been scared), Evan was quick to reassure
▮▮▮ that he was not the only boy who felt that way and he was brave to admit it. We were
grateful for his steady demeanor, and the way his kind words reminded all of the boys to treat
each other sensitively and respectfully.

We are fully aware of Evan's legal situation, and support him completely. We hope you will
consider leniency and strongly believe such a decision will not be regretted. His absence would
be felt immensely, not just by his family, but by the entire community.

Sincerely,

Jodi & Bill Keller

Jodi and Bill Keller

April 29, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Camdan Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto,

My name is Marc Keslow and I am an old friend of Evan Greebel who I knew well during our years together as students of Scarsdale Middle School and High School. I am writing to you because I want you to know about the person I had the pleasure of knowing throughout these important formative years.

Evan Greebel was always a kind and thoughtful friend as well as a responsible and hardworking student. I always knew him to be someone who would go out of his way to help friends and peers in and out of the classroom.

Evan was an excellent student and someone I personally turned to for help when I was struggling in class. I never felt like I was nuisance to him and Evan never made me feel like he was judging me.

I also remember playing sports with Evan, sometimes on the same team and other times against each other. Evan was always a great teammate and a good sport. He was the kind of person that would run to help someone who had been knocked down on the basketball court and was always the first to shake someone's hand and say "good game," even when he was on the losing end.

When I think about Evan, I always think of him as a kind, thoughtful and caring person who was ready and willing to help those around him.

I have seen Evan several times over the past few years, and he is the same great person that I knew when we were growing up.

Your honor, I ask you for leniency in Evan's sentencing. Evan is good warm hearted person and I am certain he will continue to be a positive member society.

Sincerely,

Marc Keslow

The Honorable Kiyo A. Matsumoto                                    May 16, 2018

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201


Dear Judge Matsumoto:

I am writing this letter in support of Evan Greebel, who I have known for over five years. My name is Brian F. King and I have been a senior level executive officer of both public and private corporations during the last 30 years. Over the course of my career I have worked closely with many attorneys primarily related to acquisitions, security law and various aspects of corporate governance. Around five years ago I had the opportunity to work with Evan while he was an attorney at Kaaten and Munchin in New York City. I was the Chief Operating Officer of root9B Holdings , a public company listed on the NASDAQ exchange and was in charge of a proposed acquisition. Evan was part of the legal team that represented the Special Committee of the Board of Director's charged with overseeing the transaction. The work was complicated, time sensitive and involved a number of difficult business issues. The work required many long hours over the holidays and the ability to deal with several difficult individuals. Evan proved to be extremely hard working and knowledgeable about complex legal and business issues. His advice was always based on sound legal principles, business experience and the highest ethical standards.

More recently I have been involved with Evan as part of a group that is attempting to open a Drug Rehabilitation Facility in up-state New York. Evan has been a driving force behind locating a potential site for the facility, structuring the proposed transaction and identifying the key participants. Evan has put in many hours on this transaction over several years without receiving any compensation. He is driven primarily by his desire to make a positive contribution to the growing epidemic of opioid abuse and addiction impacting the country. Evan experienced this crisis first hand through a family member and is truly motivated and committed to making a difference.

I am aware of Evan's recent conviction which is inconsistent with my numerous interactions with him as an attorney and as an individual over many years. I am writing to urge leniency in sentencing as I do not believe that society's best interest will be served by incarcerating Evan for any period of time. If the Court determines that a period of incarceration is required than I would urge the shortest period possible so that Evan can return quickly and continue to make positive contributions to society through his endeavors.

Sincerely,

Brian F. King

(954)328-7803

The Honorable Kiyo A. Matsumoto
United States District Judge
Easter District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is Rebecca Kirschner and I am an attorney. My husband and I are good friends with Jodi and Evan Greebel. I have known Evan since 2003. We were introduced when he was visiting his cousin, Rory Greebel, at Emory University. I attended the trial several times to show my support for Evan. We continue to support Evan completely and whole-heartedly. Evan is an honest, kind, loving and loyal person. We respectfully ask that you grant Evan leniency.

We have witnessed first-hand how important Evan is to his wife, Jodi, and to his 3 young children,                                    . He is a devoted father, and is involved in every aspect of his children's lives. Evan has volunteered to coach                            basketball and little league teams for the past several year because he loves being with his kids and cherishes being a part of their lives. Evan is the kind of dad who knows which activities his kids have after school each day and how they are getting to those activities. Evan is a constant at every school event for his kids, whether it's a school carnival, a fundraiser, a parent-teacher conference, or "bring your special person to school day" at                        . Evan loves being with        , too, and although she is still too young for any teams, I'm sure he would love to coach her in the future, as well. Evan is a dedicated and loving father and his kids are lucky to have him as their Dad.

Evan and Jodi are a team in every sense of the word. They parent together, support each other, and always show each other respect, love and kindness. When we go out for dinner with them, it's not unusual to see them holding hands across the table. Jodi went through an incredibly difficult time when her brother unexpectedly passed away in the summer of 2015. Evan was her rock. He is truly an example to all who know him of what true love and support looks like.

It seems inconceivable that Evan could be taken away from Jodi,                                            . He is an integral and necessary part of their family unit. Again, we desperately hope that you show Evan leniency, as he is very much loved and needed by his family, his friends, and his community.

Best,

Rebecca & Mathew Kirschner

Dena Klein
151 East 78th Street
New York, NY 10075

April 29, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear The Honorable Judge Matsumoto:

This letter is on behalf of Evan Greebel. I met Evan over 5 years ago at our children's
pre-school. Evan's oldest son          and my son were in a weekly playgroup after
school. Through this experience, I grew close with Evan's wife Jodi and the entire
Greebel Family. I observed first-hand Evan's dedication to his children, wife, and
friends.

Evan is a devoted father who prioritizes spending time with his children above all
else. During the time our boys were together in playgroup, I saw Evan rush home in
the evenings to enjoy family dinners and activities with his children. Similarly, Evan
is a loyal and dedicated husband, who stands by his wife during joyful and trying
times. Following the passing of Jodi's brother, Evan's care and concern for Jodi and
her parents was evident. Finally, I have observed Evan to be someone who builds
lasting relationships and values family and friends.

For these reasons and more, I ask that you consider leniency during Evan's
sentencing. You will not regret this decision.

Sincerely,

Dena Klein

Dena Klein

April 30, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is Casey Klurfeld. I have known Evan Greebel and his wife Jodi since I moved to Scarsdale in 2014. My son is a friend of Evan and Jodi's son, and a classmate of his at their elementary school.

In the time I have known Evan, he has demonstrated his dedication as a father, husband and community member. He is always present – at sporting events, school functions and camp visiting days – cheering on      and supporting his teammates and classmates. Evan is active in our local community, having served as a volunteer coach for      little league team and basketball team. He is also an active and engaged congregant at the synagogue we belong to in White Plains, where he and Jodi regularly attend and participate in various family services and programming, along with their children.

It's important to note that      is a terrific kid -- kind, smart, gregarious and a wonderful friend. It saddens me to think that he might grow up without the support, guidance and day-to-day involvement of his father. As such, I would respectfully ask you to consider leniency when sentencing Evan – for Jodi and his children's sake, more than anything else. Thank you for your consideration.

Sincerely,

Casey Klurfeld

May 1, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto

I have had the good fortune of knowing Evan for nearly 25 years. I first met him in my freshman year of college and we have remained friends ever since. I have always known Evan to be a kind person, someone that I have been able to confide in over the years, and someone that has always expressed a genuine interest in me, my family, my career and my general well-being. I think that is one of Evan's most endearing qualities – his genuine concern for the well-being of others. Evan is the type of person that when he asks you how you are doing, he truly wants to know, and he is 100% focused on what you have to say.

In the years after college, we both became busy with our jobs and with our families. We saw each other less frequently, but as good friends do, we were always able to pick up where we left off. Fortunately, Evan and his family moved one block away from me and I had the opportunity to see them around the neighborhood every so often. It was obvious to me that he was a good husband and his children adored him.

In the aftermath of the financial crisis, I was going through a bit of a rough time and felt that my career was going sideways in the years that followed. Evan was always a great sounding board. He listened to me, gave me good advice and offered to help me in any way that he could. I will always appreciate his concern for me during that difficult time.

I recently met up with Evan. We hadn't seen each other in a while, but we were again able to pick up where we left off, even during this challenging time in his life. I could only imagine what Evan and his family have been through these past couple of years. It would be easy, and completely understandable, for someone in his situation to become wrapped up in their own problems and be indifferent to everything around them. But Evan remained true to form, wanting first to know about me, my family, and my career. When we finally got around to talking about Evan, I learned that he was raising capital to open a drug rehabilitation center. I assumed that this was Evan's plan to earn a living in his life after practicing law. I was surprised to learn (but in retrospect should not have been) that this was not his motivation at all. He is not an investor, not a member of the board, and seemingly has nothing to gain from this personally. I gathered that something must have happened in Evan's personal life that spurred him to action. He realized that there was an unmet need and he wanted to do something about it – not to find his next career, but out of the concern for others.

Evan has the opportunity to have a significant positive impact on the lives of others if given the chance. I am grateful for any consideration you may give to my request for leniency.

Respectfully,

Jonathan Lasner

The Honorable Kiyo A. Matsumoto

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201


Dear Judge Matsumoto:

My name is Jill Later and I am a close friend of Jodi and Evan Greebel. I first met Jodi over 23 years ago before starting our freshman year at Duke University. I was her roommate in Manhattan in 2004 when she first met and started dating Evan. Jodi is one of the most selfless, fun-loving and sensible individuals I have ever met. She comes from a very hardworking, disciplined and charitable family and she embodies these values in all she does and the relations she keeps. Anyone who knew Jodi before she met Evan would agree that the bar was set high but whomever won her heart was a lucky man.

I remember when Jodi came home from her first date with Evan. She couldn't believe how much they talked and how many of her values they shared. She was impressed by his intelligence, kindness and humor. When you saw them together it was clear he loved her warmth, strength and generosity and for those of us that know Jodi best, never saw her happier nor more confident to marry him.

Evan quickly became the "big brother" to me and my close-knit group of friends. He was always looking out for me and willing to provide his honest perspective - whether it be dating advice before I met my husband or career help. To this day, I still seek out his advice in matters of importance. Two years ago, I left my corporate position at Unilever to form a marketing consulting partnership with two former colleagues. I had many concerns about how best to structure the partnership, what type of paperwork to draft, questions to ask etc. Evan took the time to talk through scenarios and to offer his thoughts. He provided me with invaluable guidance to ensure I protected myself in this new endeavor. His "door" was always open for which I am grateful.

To know Evan is to know his family. When we first met, this was his brother Rob and sister Gennifer. In fact, I can't remember a time when I knew Evan without knowing his siblings and how significant they were in his life. I've admired how close the Greebel family is and the work-ethic and sincerity they share. Today, Evan is clearly defined by Jodi and his three children,

▬▬▬▬▬▬▬▬▬▬. He has often joked that he would have six kids if he could as he clearly loves being a father and adores the family he and Jodi have created. Evan encourages his children to try everything. He spends his weekends happily going from one sporting practice to another and I've seen him remind the boys about the importance of sportsmanship and honesty on and off the field. Their house is filled with love, laughter and respect. The strong network of friends and neighbors they have built in Scarsdale in a few short years is evidence of this.

I've spent many occasions with Evan and Jodi over the last 14 years – weddings, birthdays, Sunday night dinners, the birth of our children to name a few. Evan drove 1.5 hours to pay a shiva call when my grandmother died and made sure he was at my son's first birthday and bris. He is the type of person you can depend on to be there and do what is right. Never was this more evident than when Jodi's younger brother Marc passed away. Evan is a rock for Jodi and their extended family – everything he does is for them.

I am aware of Evan's legal situation and hope my words have provided insight as to why I am asking for leniency in his sentencing. Time he can spend with his family will not be taken for granted – especially during these formative years. He is a wonderful father, brother, son and friend and his absence for all that know him would be palpable.

Thank you.

Jill Later

Jill Later

Case 1:15-cr-00637-KAM   Document 639-3   Filed 07/16/18   Page 18 of 107 PageID #: 20815

The Honorable Kiyo A. Matsumoto

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is Michael Later. I have known Evan Greebel for twelve years as I am married to one
of Jodi's closest college friends. I am a project manager for BlackRock in Manhattan. For years
I lived a few blocks from the Greebel's apartment and today, I live close by in Westchester.

I am writing to show my unwavering support for Evan and to emphasize the hardworking and
trustworthy person he is. If asked to sum him up, I would first say that Evan loves being a
lawyer, University of Michigan, and above all else his family. From what I know about Evan, he
always wanted to be a lawyer. The long hours at the office or quick trips to China never seemed
to bother him as he truly enjoyed the work. I have always known Evan as a proud, "by-the-book"
individual with the utmost class and care for his family, friends and community.

My hope is, that at the time of sentencing, you will take leniency on this man who worked hard
for everything he has – including his family for which he is completely devoted. I can't image if
I had to leave my two small children (I have two boys, one a year older and one a year younger
than ████) at such a critical time in their lives. Most of all, I worry about Jodi. She is
extremely strong but has endured so much in the last three years. From the death of her brother
to Evan's arrest, she has tirelessly worked to create a sense of normalcy for her kids while still
running a business, supporting her extended family and being active in the Scarsdale community.
Evan is the foundation to their family and the reason why Jodi can be everything to everyone
else. In all aspects of their life together they are equal partners and it's hard to find the words to
describe how his absence would impact her.

Thank you for taking the time to read this letter. I do hope you can take into consideration how
wonderful the Greebel family is and the critical role Evan plays daily.

Regards,

Michael Later

Stephanie & Kevin Leichter
22 East 88th Street, Apt 6F
New York, NY 10128

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

We are writing this letter on behalf of our good friend Evan Greebel. We have known Evan
since 2012 when we met Evan, his wife Jodi, and their children at our Synagogue when our
children were entering Pre-school. By way of context, we live on the Upper East Side of
Manhattan. Kevin owns a global paint supplies business (Premier Paint Roller), and Stephanie is
Director of Research at an asset management firm (ITE Management).

We became fast friends with Evan and Jodi when our boys wound up in the same class during
the 2012/2013 school year. Our children were similar ages and loved to play with each other.
It turned out we had several good friends in common as well. Over the years, we have spent
great times with Evan and Jodi and their family. This included when they lived near us in New
York City, as well as over the summers, and then keeping in touch when they moved to
Scarsdale, NY in 2014. When we first met, we spent a lot of time together in our Synagogue –
Park Avenue Synagogue – where we were all members. Evan and Jodi have strong Jewish values
and placed a significant importance on religion being a large part of their family. Aside from
attending many events and holidays at the synagogue, they regularly hosted Friday night
Shabbat dinners in their home with family and friends.

Evan is a kind, warm, generous friend. He is also a smart, funny and endearing person. He is
the consummate family man and always welcomes friends and family into the Greebel home.
We have spent many meals with the Greebels with our children and as couples. Aside from
being a great friend, Evan has only shown us to be an excellent husband, father, brother and
son. His children light up when he walks into the room and love to be with him. Family and
friends hold huge importance to Evan and Jodi. Early on in our friendship, Evan made sure we
became acquainted with their extended family including his mom and dad as well as Jodi's
family and all of their siblings. They have a very special family relationship that we would all be
fortunate to have. Every Sunday when the Greebels lived in NYC, Evan and Jodi would host their
siblings for a family dinner. Living in a fast-paced high-pressure city, this was a rarity and
something we always found extremely impressive about Evan and Jodi. No matter what was
happening in their busy lives, they put family first to keep up this tradition. This exemplified
their strong upbringing and values.

We are aware of Evan's legal situation and we support him whole-heartedly.  We only know Evan to be a productive member of society and know he will continue to be so.  We feel distraught when we think about Evan being taken away from his precious young family.  We are writing this letter to ask for your leniency in Evan's sentencing. Such a decision will not be regretted.

Sincerely,

Stephanie and Kevin Leichter

Matthew & Erin Lesser

April 25th, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Letter of Character for Evan Greebel

Dear Judge Matsumoto :

We write to you on behalf of a dear friend, Evan Greebel. Mr. Greebel, his wife Jodi, and his three children have been one of our close friends since moving to the Scarsdale community in 2013. We understand he stands before you taking responsibility for his actions and seeking your compassion. We ask that you please show mercy and treat him fairly because he is one of the more compassionate and caring people we know. He has been extremely kind to our family and young children, and made our transition from Manhattan to Westchester a comfortable one. To help us acclimate the our new community, Evan and Jodi have graciously hosted our family to many dinners and lunches, specifically barbecues.

We understand the importance of letters like this. Those who work in the criminal justice system often have small windows of time in the worst of circumstances to become acquainted with a defendant. In the case of Mr. Greebel, this is especially unfortunate because he is a person that improves the lives of everyone around him. He is married to an amazing woman who is compassionate, caring for everyone around her, and has three wonderful children who have become very close with our children. They are respectful, smart, loving, and accommodating. All signs that reinforce who Evan and Jodi are as parents and people.

Mr. Greebel is unquestionably a good person who cares most about the wellbeing of others.

Please let us know if you have any questions regarding our letter or our experience knowing Mr. Greebel. Thank you for your time and consideration.

Regards,

Verified by PDFfiller    Verified by PDFfiller
05/2018              07/05/2018

Matthew & Erin Lesser

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201                              May 1 2018

Dear Judge Matsumoto,

My wife and I have known Evan Greebel from the time
he was a youngster in the same grade as our son Bradley.
Evan was always friendly and pleasant during those years
and our son and he were often on the same teams.

We thought of him as a member of a family in town
with good family values and a close knit family ethic.

I was also Evan's basketball coach in elementary school
and he was a cooperative and friendly team player.

We noted a few years ago that Evan and his wife
and children had moved back to his home town of Scarsdale
and we thought that was indicative of his ties to his
family and love for our community.

We believe his recent behavior with regard to
this legal issue is an aberration and does not reflect
Evan's true nature.

We recommend leniency in his case and think
he will learn from this experience and continue
on the correct path in the future.

Sincerely,
Joseph (and Susan) Levine
Scarsdale, New York

July 9, 2018


Dr. Lisa B. Malter


The Honorable Kiyo A. Matsumoto
United States District
Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 1120


Dear Judge Matsumoto:


I am writing on behalf of my dear friend, Evan Greebel, requesting leniency in his upcoming sentencing.

I have known Evan for nearly half of my own life dating back to 2000 when I was a recent graduate from the University of Michigan and regularly visited New York City during my medical school breaks to see my boyfriend, Stefan Malter.  While at Michigan I spent much time with Robert Greebel, Evan's younger brother and a very close friend of Stefan's, as well as Gennifer Greebel, Evan's younger sister, however I was not fortunate enough to meet Evan until a few years later.

Evan had become a confidant of Stefan's during his first few years in New York City after graduation from Michigan as he embarked on his career and matriculated in graduate school. Genuine, hard-working, cautious and thoughtful are all traits that were familiar in the younger two Greebel children and it was clear that Evan was cut from the same cloth upon our first introduction.  Stefan looked up to Evan for good reason and their relationship was one akin to that one would have with a big brother.   Evan could be counted on for personal and professional advice because of his methodical, careful and comprehensive evaluation of any situation posed and his honest feedback.

Not only did I get to know Evan when I frequented NYC but I was introduced to their parents, Barbara and Charles as well.  The entire Greebel family is so tight-knit and was immediately welcoming and giving.  I always looked forward to spending my Thanksgiving's throughout medical school in NYC as it was sure to involve a moveable feast that concluded with chocolate cake at the Greebel home with all of their children and extended family.

While in graduate school and residency training I did not get to spend tons of time with Evan, but I distinctly remember being introduced to his future wife during one holiday when we attended the same social gathering.  I was overjoyed at the happiness Jodi brought Evan and their relationship together served as a springboard for a family relationship that has held strong to this

day. As each of got married and started our families we learned of shared interests including exploration of NYC neighborhoods, traveling, the beach, food, cooking, the outdoors and spending time with friends and family. These common appreciations have led to numerous get-togethers and celebrations throughout the years that include many members of Evan and Jodi's nuclear family plus other members of the Greebel family. Evan and his family serve as an extended family to our own with each of our children connected to theirs—and our children begging to ask when we will see them next before we even say our goodbyes when we gather. Over the years we have gathered to support one another in times of joy and sorrow. Some of my fondest memories involve Stefan and Evan preparing a fire, sharing a chat while the kids play, and Jodi and I sift through hand-me-downs that my children insist we pass along to their younger children.

On August 26, 2015, when Evan and Jodi's youngest child was a mere six weeks old, Jodi's younger brother took a fatal plunge from his NYC apartment window. We had plans to see the Greebels that morning, but I was having trouble locating Jodi, who typically responds in a most prompt matter, only to start to worry if something was wrong. I have chills as I put this on paper as I remember where I was and how I felt when Evan reached out to Stefan to disclose what had happened earlier that morning. As a stay at home mom, Jodi kept track of the day to day activities of her busy family but during this tragic time Evan stepped in to offload so many of Jodi's responsibilities, so she could be there for her grieving parents and sister as well as tend to their newborn child. I can safely say that while Jodi has an extensive network of family and friends she could not have preserved through this tragedy without Evan at her side. The last three years of this poor woman's life have been decimated by the tragedies that have struck her. Not a day goes by when I question how she was given this lot in life. She is THE most giving, generous, thoughtful, hardworking, honest person I know. I cannot image the thought of her losing Evan after the calamities she has faced to date nor can I process how she will manage as a single mother to their three beautiful, young children.

Evan is a loving father, supportive and thoughtful spouse, caring friend who would be there to support me, Stefan or our children without any questions in a time of need. Now I ask you to consider this request to spare an honest, hardworking man and his family the pain associated with this process. You will not be mistaken or regret your decision.

Sincerely,

Lisa Malter

Lisa Malter

5/1/2018

Mr. Stefan H. Malter

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Dear Judge Matsumoto:**

I am writing in support of my friend and role model, Evan Greebel. I am imploring you to show discretion and leniency in your sentencing of Evan.

Evan and I developed our first connection as fellow University of Michigan Alumni through his brother, Robert. We soon developed our own friendship. Absent an older brother of my own, I adopted Robert's upon moving to New York City nearly 20 years ago. Perhaps in retrospect I should have realized how inevitably our friendship would deepen, but at the time I did not understand quite how passionately the Greebel Family cares for one another and those around them.

Robert and I would tag along whenever we could while Evan was at Georgetown Law School, hoping to glean clues as to what the life of a law student, and later an associate at a big firm, would be like. Evan would regale us with stories about his classes and classmates, the recruiting process and, later, the challenges of being an associate at a corporate law firm. However, at each step of the way it was clear how much pleasure Evan took at developing his craft and how deeply he cared about his reputation as an industrious and thorough attorney. Later, as I pursued my own law school career – largely because of Evan's influence – I realized how unique his passion and determination in this arena was. As he persevered after the tragedy of 9/11 and struggled with the displacement, and ultimate change in firms as necessitated by the physical conditions that remained for Downtown New Yorkers after those epic events, I was thoroughly impressed by the exceptional depth of his passion for and enjoyment in his work. The many honest and in depth conversations that we had during those years were influential in helping me to develop my own divergent career path. Although Evan may not realize it, I was encouraged to pursue a career outside of the practice of law in part because of the impossibly high standard he established.

As I alluded to, to know Evan personally is to know his entire family and the love and caring that they share for one another. I am privileged to have been welcomed by the whole family, not just Evan and Robert, but their sister, Gennifer, and their parents, Charles and Barbara. Even his cousins and aunt and uncle have embraced me, my wife and our children. All of that favor was conferred by the manner in which Evan treated me – at times even when Robert was not around. In subsequent years, it has been a great inspiration to see Evan begin to realize other important aspects of his family life. His wife, Jodi, has become a dear friend to my wife and to me. As a couple, they and their children have become a part of our family, and ours part of theirs – a next generation of friendship. Aside from some of the challenges we have faced together and apart, we have celebrated weddings, babies, birthdays, and of course, Evan's other passion: food.

While our shared love of the University of Michigan football team was another layer to our friendship, it soon led to passionate discussions about the esoteric offerings of Dairy Queen and Blimpie Burgers in Ann Arbor, Michigan. This turned out to be a slight window into the inner workings of one of Evan's other passions. I will leave the discussion about football to others, but his love of dining – high and low – turned into a topic for endless conversation about food, quality, life, travel, and barbeque style. It has also led us to visit neighborhoods all over the tri-state area to procure ingredients. There were days when we agreed to meet twice with our families; first to procure food and pizza in the Bronx's Belmont neighborhood, followed by a second appointment to serve a feast from the resultant bounty. Evan always takes pride in making food alongside Jodi inspired by things he has seen or tasted elsewhere and considerate of all guests' preferences, allergies, and all the other idiosyncratic ideas that Evan revels in remembering about everyone he comes across. He is particularly impactful and entertaining with my children – all 10 and under. Just as he has done at the beach and at other times, Evan has been able to divide his attention and focus on each of the childrens' needs in the moment. Remarkably, he has often been simultaneously enmeshed in complex negotiations in the background – without anyone else noticing.

I can continue to stress the low-key, self-effacing manner in which Evan enjoys his family, his life and his career. He selflessly coaches his sons' teams and contributes meaningfully to the various communities to which he belongs including his synagogue, his kids' school, the Cub Scouts, his parent's home in Florida, the neighborhood he lives in and grew up in, his various alumni associations ranging from summer camp, to high school, to the University of Michigan, to Georgetown Law, to the various law firms that have employed him, to the industry groups that he has participated in or even helped pioneer. Other people can and will surely attest to how vital Evan is in so many of these communities. But speaking as a de facto family member, the community that he is most vital to and which will benefit most from whatever leniency he can be afforded are his children and his wife – whose younger brother died tragically approximately 2 years ago.

Having spent the better part of 20 years as Evan's aspiring little brother, this outcome is heart-breaking and seemingly impossible. Always one to take his own counsel, Evan has been more of an inspiration to me in the diligent manner he has handled the proceedings and the outcome, the ups, the downs, the disappointments and the chastening that he has received, ironically, at the hands of the legal process that has been one of the passions that has defined him.

Whatever flexibility is afforded to you, please use as liberally as possible to my friend and brother, Evan. The lasting impact on all of those around him, myself included, lead me to believe that you will take pride in that decision over time and not consider regretting it for even a moment.

Sincerely,

Stefan Malter

421 Hudson Street, 509

3 May 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto,

I write to urge you to act with leniency in your sentencing decision for Evan Greebel. My request is informed by my varied experience serving as a pulpit rabbi, a hospital chaplain, a lawyer, and a business/strategic consultant. Most of all, it is informed by my personal knowledge of my friend Evan since we were children.

Having known Evan for decades, I can assert with confidence that in the life he has lived, the actions and events underlying his conviction are an anomaly. In spite of the picture of Evan that may have emerged from the trial proceedings, I share with you my firm belief that this does not reflect who he is. Instead, a wider-lens view shows him to be a man of integrity, kindness, and dedication to family and community.

Further, the charges and conviction have already punished him severely and adequately by destroying forever his reputation and--through the loss of his law license along with that reputation--his primary means of income and family support. I urge your Honor to exercise extreme leniency in Evan's sentencing. Deterrence and punishment have already been achieved; the charges and conviction have changed him forever; and, on the flip side, leniency will allow him to begin making a positive contribution again to community and society sooner rather than later.

I have been friends with Evan for 35 years. Those years have highlighted for me key elements of Evan's personality: his caring for others; his love for his country and family, and his dedication to doing the right thing.

The actions underlying his conviction may appear to undermine this assertion; but it is clear to me that they are sui generis within the context of his life. You can feel confident that he has not before, nor will again, be engaged in those actions. They are like a stain on an otherwise immaculate wall.

Evan and I met in summer camp when we were nine years old. When I met Evan, he had befriended another boy who one day began to tease me. My first impression of Evan was as the associate of a bully.

But when he realized that his first camp friend was a bully, Evan did a remarkable thing. He turned his back on the mean boy and became friends with me. He did not tolerate bullies or injustice.

For many years, our friendship was helped by geographical proximity—both in summers at camp and during the year in nearby towns, where we saw each other often. But when we grew older, Evan showed himself to be a different kind of friend—the type that even after a year or two of absence you can re-connect with as if no time had passed. Evan is the type of friend

whose loyalty transcends the vagaries of life circumstance, whose true friendship has always—since childhood—included but also gone beyond shared experience and enjoyment of company.

I remember when Evan was working on his project to become an Eagle Scout. I would wonder, "Why is he wasting his time doing this?" But as I got older I understood conceptually what was unclear to me in youth: Evan imbibed the values of duty, of honesty, of loyalty, with his mother's milk. I think it is these very values that motivated Evan to become a lifeguard in high school: Doing the right thing, helping others, saving lives. I remember (with a touch of inadequacy, I must confess) Evan's pride in lifeguarding, how seriously he took the responsibility for protecting others and saving lives.

Fast forward several years, and Evan and I took the same summer preparatory course to study for the New York Bar Exam. That was the first time, after years of friendship, that I was a colleague of Evan in a classroom and learning context. I admired Evan's work ethic, his rigorous schedule of study. He is not a man who defaults to taking shortcuts in life. While no person can boast of perfection or consistency, I can state that Evan's honesty and work ethic are the true descriptors of who he is, and more importantly, who he will be certain to remain, for the rest of his life.

After the Bar Exam, I was privileged to travel with Evan and his brother overseas. When I look back on that time, I don't have mental images of me standing with Evan at this statue or on that bridge, though I know we went to many typical famous places. Instead, what stands out most clearly is—in spite of and alongside his enjoyment of the local culture—Evan's pride in being an American. His pride in our country, in its freedoms, in its culture of liberty and human dignity.

Throughout the years, I have had conversations with Evan about a variety of topics. One recent conversation that stood out took place while Evan was preparing for trial, and he started asking about me. When he learned that I was trying to familiarize myself with blockchain for my work, Evan took the time to help me gain an understanding of the technology and structure underlying the blockchain in general, and Bitcoin in particular. Even as I was reaching out to support Evan, he was taking an active interest in helping me.

I have had the opportunity to speak with Evan a number of times over the past few years since his arrest, which came just a few short months after the tragic death of his brother-in-law Mark, his wife Jodi's brother. Amidst all the natural stress that attends being a defendant in the legal process and the attention he had to give to it, Evan's heart was focused only on creating a sense of normalcy for Jodi and his children, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; on protecting them from the powerful stresses whirling around them, and preserving their childhood; and on planning a future in which he can provide for his family while making a real contribution to the betterment of society.

Evan and Jodi stand in a very delicate place. Their daughter ▮▮▮ was born about a month before Mark's death. When it came time, a few months later, to give ▮▮▮ her official Hebrew name, Evan asked me a rather technical question about how it would be possible to name ▮▮▮, according to Jewish tradition, in memory of Jodi's recently deceased brother. It was shortly after those events that Evan was arrested, and I know that the pressure of these years on their family and reputation have undoubtedly been multiplied unimaginably by the grief of Mark's tragic loss which they did not have time to properly mourn.

Your Honor, I do not know of your religious affiliation, if any, but allow me to share an image from my own. I do believe that if you show leniency and compassion in Evan's sentencing, you will be walking in the footsteps of God, the true Judge, who mitigates justice with compassion.

Thank you for your attention and your openness to listen to my thoughts about Evan.

I live overseas, but would be happy to answer any further questions you might have. I am providing my contact information to Evan's lawyers should you wish to reach me.

Very truly yours,

Michael Merdinger

ALISON J. MILLER

May 1, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is Alison Miller. I am an attorney licensed to practice law in the State of Virginia. I practiced law for approximately eight years from 1998-2005. During that time, I represented radio and television stations before the Federal Communications Commission. The nature of my practice was regulatory and I advised companies in aspects of compliance with the FCC's rules and regulations.

I have known Evan and Jodi Greebel since September 2015. My daughter, , and their son were in preschool together. They attended in Scarsdale, New York. played together frequently and, as a result, I was able to get to know Evan and Jodi. Evan came to classroom frequently when the parents were invited. He was always doting and very loving towards . Evan also came to a lot of toddler birthday parties and activities and is a very involved dad. Evan seems to genuinely love spending time with his family.

My husband and I have socialized with Evan and Jodi on numerous occasions. Most recently, Evan and Jodi celebrated our oldest daughter's Bat Mitzvah with us this past March. We love spending time with them and it meant so much to us to have them with us for this special occasion.

Evan is also a loving and extremely caring husband. When Jodi's brother, Mark, tragically passed away, Evan was amazing. He took charge of his sons and so Jodi could mourn and be there for her own parents and sister. They had a newborn baby girl at the time and Evan did whatever he could to help his grieving wife.

I care a great deal about Evan and Jodi. Evan is an all-around good guy and family man. I want only good things for Evan and his family. I sincerely hope that you would consider being lenient in this case so Evan can continue to be the wonderful husband and father he already is.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Alison Miller

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn,NY 11201


Dear Judge Matsumoto:


This letter is in support of Evan Greebel. It is based on my observations of his behavior as our families interacted over the past 25 years, and the close friendship of our two families continues today. .My name is Helaine Miller. I am a retired elementary resource teacher.I serviced children with reading difficulties and learning disabilities in the City of Rye School District for 25 years. The Greebels and Millers spent many happy times together as we enjoyed the many recreational resources available in our community.Evan loved playing tennis with his dad and younger brother.He was also caring and attentive to his younger sister. We enjoyed many holiday picnics together. I have observed Evan.s progress through college and graduate school and have admired his excellent academic achievements as his records will attest to.As the years passed I saw him as a devoted husband to his wife and devoted father to his three young children, passing on the same strong family values that were demonstated by his caring and devoted parents.. Most importantly I have admired the strength he has shown through this sad and trying time.He spends much quality time with his 2 sons and young daughter building memories, as he realizes that he may be separated from them at any time. I hope that you will take into consideration that until this misstep Evan has shown exemplary good character and that you will grant him leniency in your decision.


Respectfully yours,

Helaine Miller

Helaine Miller

# Stikeman Elliott

June 29, 2018

**VIA EMAIL**

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

## RE: Evan Greebel Character Letter

Dear Judge, Matsumoto:

I am writing this letter to provide a character reference for Evan Greebel.

I am a lawyer and partner of the national Canadian law firm Stikeman Elliott LLP, based in Toronto, Canada. I have been practicing law for 20 years and have known Evan Greebel for over 6 years. I have had the opportunity to work with Evan on numerous matters where we collectively represented our common clients on cross-border mandates and transactions. Evan represented our clients on US legal matters and I represented our clients on Canadian legal matters.

Evan and I have worked closely together on various mandates and I have had the opportunity to see his exemplary character and judgment in practice on numerous occasions.

One example of a transaction where we worked together that clearly demonstrated his exceptional character and high legal standards was in respect of setting up a business for a US client in a regulated space in Canada. At our client's request, we were trying to find a legal structure that would place the most minimal regulatory burden on our client but the option with the least Canadian regulatory burden came with the most risk of challenge at a later date by the regulators. The option we were considering was one that was undeveloped and could result in short term gain for greater longer term regulatory risk and liability. The alternative approach to setting up the Canadian entity required more legal work as it required engaging with the regulators to ensure that the path forward was acceptable to the regulators. Such a path forward also required more start-up costs and time to meet the regulatory standards, both of which our client was against. Evan was responsible for advising his clients on the options of setting up the business in Canada. He was very respectful of the Canadian regulatory regime and appreciated the regulatory risks. He did not settle for the "easy answer" but rather wanted to ensure that if his client was going to accept the riskier alternative they had all the

6895533 v1

# Stikeman Elliott

facts and risks identified to them. We presented under Evan's leadership a very fulsome analysis of the legal options in Canada. The client, based on Evan's leadership and direction decided it was better to invest in the effort to collaborate with the Canadian regulators and incur the additional upfront time and costs to set up the Canadian entity in a manner that provided regulatory certainty and minimized risk. During our work together, Evan demonstrated a respect for legal practices and regulatory regimes that illustrated his commitment to the law and more importantly his commitment to the underlying principles of what makes a great lawyer, a willingness to 'drill down' on the facts and the law to ensure that his client was given all the information they needed to make a decision, even though the additional information may not be what his client may want to hear. Evan was determined to give his client the best legal advice.

In our work together, Evan has always demonstrated his upmost respect for the law. He has always worked hard to do "what is right" and not "what is easy". I have been honoured to have the opportunity to work with Evan and would recommend and refer him to my clients without question.

Evan exemplifies the skills and character that I would want in a lawyer and if I was looking today for a US lawyer for my personal matters, I would engage Evan without question. I would ask for leniency for Evan and I strongly believe that such leniency would not be regretted.

I would be happy to discuss my character reference of Evan Greebel at your convenience. Please do not hesitate to contact me at 416-869-6810 or by email at mnigro@stikeman.com.

Yours truly,

Mario Nigro

Mario Nigro
Partner
Stikeman Elliott LLP

The Honorable Kiyo A. Matsumoto
United States District Judge Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I want to thank you for allowing me to express my thoughts on Evan Greebel as he approaches the sentencing phase in the current court case before you.  For many friends and family who are scripting a note on Evan's behalf, this may be an easy letter to write.  Each will likely ask for you to consider all of the great traits that Evan possesses (which he does), and how offering him leniency will allow not only him, but us, to benefit from the great achievements he has to come, and the impact he can have on society.  For me, this letter is beyond impossible to write -- because I don't know how I can properly convey my relationship with Evan into words.  I've tried to write this note multiple times, each time crying too much in trying to complete my thoughts.  I want to make sure I get this right and to show you the person that I know and have come to love for twenty-five years.

I've been lucky to call Evan not only one my closest friends, but also my attorney.  Until this unfortunate situation occurred, he was the only lawyer that I would turn to or use for anything relating to my businesses – all companies that Evan helped me shape since college.  As such, both personally, and professionally, this has been very tough for me to comprehend and to overcome.  I'm probably one of the few that had the unique perspective to see him wear different hats – as both his friend and technically his client.

I was a freshman in college in 1993 when I first met Evan.  Like it was yesterday, I remember him sitting in the basement of our fraternity house, quizzing me about my attributes as I rushed to join as a brother.  He was confident, assertive, and "scary" at first; someone I didn't think that I would connect with.  After being accepted into the house, despite being a few years older than I, he immediately took me by the hand and under his wing.  He was my "big brother" in every way, shape and form as I tried to navigate the waters of college.  What I didn't realize then was that he was also taking me under his wing for a lifetime of friendship, guidance, support, and inspiration.  He quickly became the person that I admired and looked up to while attending Michigan.  For these twenty-five years, he's been the person that I always turn to for advice.  That respect and admiration has never stopped, Judge -- Evan has literally meant everything to me both in business and in life, and I don't know that I've ever told him this until now.  Again, probably the reason this has been so hard to write.

Do you want to know about the "charitable Evan" that would drag me (and pay for me) to attend charity events in New York City in our mid-20s when I barely had a few nickels to my name, but Evan thought attending charity events would be good for us?  Do you want to know about "good-hearted Evan" that pulled me out of bed at 6:00am on our vacations in Acapulco or on various cruise ships just to save pool chairs for everyone else in the group?  Do you want to know about "business-savvy Evan" who spent dozens of evenings coaching me through how to grow my

company into an international business?  Do you want to know about "friend Evan" who gave me a key to his NYC apartment to use hundreds of times because I lived in New Jersey, yet wanted to have a social life dating in NY, and couldn't afford the lifestyle?  And then years later, gave me that key again for my wife and I to stay there when we needed a place.

He's never missed calling on my birthday in 25 years; not once.  He sat for hours by my side when my father died.  He never dismissed any phone call I've ever made to him about a business question.  He's amazing to his friends.  He's even better to his wife and family.

Judge, I know that you've only seen Evan sit in front of you in court.  I wish you could get to know the Evan that I've had by my side for 25 years.  I would not be the person nor the businessman that I am today without his friendship, his guidance, his support, and his love.  Please consider these things as you decide Evan's fate.  His entire family, his beautiful children and his wonderful wife Jodi need him.  But many, many others need Evan around too.  I need Evan more than I can ever explain to you in this letter, and I ask and plead for your consideration to allow him to continue to make a positive effect on me, on everyone around him, and on our society.

Thank you again!

Ari Nisman

**McGuireWoods LLP**
1251 Avenue of the Americas
20th Floor
New York, NY 10020
Tel 212.548.2100
Fax 212.548.2150
www.mcguirewoods.com

**Kenneth E. Noble**
Direct: 212.548.7005

knoble@mcguirewoods.com

**McGUIREWOODS**

May 4, 2018

The Honorable Kiyo A. Matsumoto United States
District Judge Eastern District of New York
225 Cadman Plaza East Brooklyn, NY

Dear Judge Matsumoto:

I am a partner at the law firm of McGuireWoods LLP, specializing in insolvency and financial restructuring. I worked with Evan while I was a partner at Katten Muchin Rosenman LLP, as national co-chair of its restructuring practice, a member of its board of a directors and a member of its executive committee. Evan was a member of the Firm's corporate practice.

Evan was my "go to" corporate partner for complicated restructuring transactions, and he was the lead corporate attorney in several high-profile casino restructurings. One of those restructurings was a finalist for recognition based on legal excellence and creativity primarily as a result of Evan's thoughtful and hard work helping our client (a large commercial bank) reach its recovery objectives.

Evan was a valued member of the team based on several characteristics. First, he was always willing to take on a difficult project and put in the hard work to understand it thoroughly and to determine the most effective way to reach the client's objectives. Second, his personality was always positive and professional, which helped to ensure that teams worked together cohesively and clients had confidence in the advice he was providing.

Evan was also a terrific example as to how to balance the demands of a very rigorous legal practice and family life, including a wife that he always spoke of in a warm, proud and supportive terms. I was particularly touched by the way he spoke of his wife's business plan to deliver wholesome, healthy baby food to new mothers, and how supportive and committed he was to her and to the project. Evan was and is known by me and many others for his professionalism, hard work and devotion to family and colleagues.

I am generally aware of Evan's legal position, and remain proud to call him a colleague and friend. I hope this Court will show leniency in sentencing Evan and allow him to continue to make an important, positive impact on those around him. I am certain that this Court will not regret such a decision, and many others will continue to benefit from his contributions.

Sincerely,

Kenneth E. Noble

Atlanta | Austin | Baltimore | Brussels | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles - Century City
Los Angeles - Downtown | New York | Norfolk | Pittsburgh | Raleigh | Richmond | San Francisco | Tysons | Washington, D.C. | Wilmington

101848796_1

The Honorable Kiyo A. Matsumoto
United States District Judge Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

May 1, 2018

Dear Judge Matsumoto:

I am writing you on behalf of Evan Greebel, whom I have known for almost 15 years. I met Evan through his wife, Jodi (Citrin) Greebel, who is my best friend from Duke University. When Jodi and Evan met in New York, after we had graduated, I knew Evan was the perfect match for Jodi. He was kind, beyond thoughtful, supportive and mostly he loved Jodi with his entire being. Beyond loving Jodi, Evan embraced the entire Citrin family as his own. Evan, more so than any of my other friends' husbands, has totally devoted himself to Jodi's family – as if they were his own. In particular, when Jodi's brother Mark, tragically passed away, it was Evan who became the rock of their family. Jodi had recently given birth to their youngest child, ▮▮▮, and was devasted by the death of her brother. It was Evan who, day after day, provided strength, love and support to help Jodi and her family navigate through the loss of Mark.

Evan and Jodi got married a few years after they met and now have three beautiful children together. After living in New York City for the first part of their marriage, Jodi, Evan and their family moved to Scarsdale where they have made incredible friends and are deeply rooted in the community. I recently was able to visit Jodi and Evan in Scarsdale and was truly in awe of the community they love and have cultivated.

There are things that set Evan apart. In 2007, Jodi and I wrote a book together, *The Little Black Apron,* a cookbook for single girls. We were both in our late 20s and it was an amazing experience to write a book. However, we could not have written the book or made it a success without Evan's unwavering support and constant dedication. In fact, I think he enjoyed the book more than we did as its authors! I mention this because Evan was not just supporting Jodi, but me as well, which was supremely above and beyond what was required of him as my best friend's husband.

I live in Palo Alto, California and it has been very difficult being so far away during this extremely trying time for the entire Greebel family. However, the one thing I'm able to do is send fresh lemons from our home in California because Evan loves citrus. Specifically, Evan loves cooking for his family. Using this fresh produce, it brings Evan great joy to create wonderful meals for his wife, children, parents and siblings. Through this trying and turbulent time, Evan has been so inspiring to me – making lemonade from lemons.

In closing, from the bottom of my heart, I hope that you are able to see this wonderful man that is before you during sentencing. Evan is completely devoted and loves his family, his friends and community. Evan's positive impact on this world is remarkable and I cannot imagine a world where Evan is not able to contribute to those around him. Thank you for your time and consideration.

Sincerely,

Melissa Gibson Oliveira

April 20, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Justice Matsumoto,

My name is Jonathan Paley and I am writing to you on behalf of Evan Greebel. I am 44 years old, and I have known Evan for the last 41 years.

Evan and I went to pre-school, elementary school, Hebrew school, middle school, and high school together. We then continued our friendship as we both attended The University of Michigan together.

Evan Greebel is one of the finest people I have ever met.

There are so many stories I could tell you that showcase the kind of guy Evan has always been. It's hard to narrow them down. What holds true of all of them is that from the time we were little, Evan has always put others ahead of himself. As a father now, I realize just how hard this can be for young kids, but it speaks directly to his character and the kind of person he is. While growing up he did things that would make *you* happy despite what *he* wanted. There were so many times as kids that we were on a playdate and I would suggest playing one thing and Evan suggested another. Somehow we always wound up doing what I did without any complaint. This happened time after time, and while I was of course happy about it back then, it's as an adult that I truly recognized that it was always about putting others first to Evan, and that has always continued in our adult lives.

In addition to putting others first, Evan was always able to let things go. Like many of us did back then, Evan had insecurities. He was bullied by the kids that bully and he always had the heart to move passed it. He had the heart and maturity to continue being their friend.

Evan is an Eagle Scout. This wasn't the "cool" thing to do growing up but Evan didn't care about that. It didn't surprise me that Evan accomplished this probably because he inherently had most of the required traits in his DNA such as being an outstanding citizen in the community.

Evan was a great listener when we were kids, and that has never changed. He has always been the type of guy where if you have a problem, he will be the first in line to help – not because he feels an obligation to, but because he genuinely wants to. I remember a time years ago where we met for lunch and I started talking about a work problem I was having. He immediately offered to help. While it was a contract/legal situation, he sat and listened as a friend – not a lawyer. He gave me advice, told me that I could call him about this particular issue whenever, and that he'd help however he could for absolutely no charge. He always finds it important to make sure

people know that he supports them. His heart is always in the right place. And the thing about this quality, is that Evan never had or has ulterior motives for his thoughtfulness. I am trying now to do the same for Evan. I will support Evan in both the good times and bad, as he has done for me (and so many others), and while he faces this legal challenge, I will be there to support him.

Evan and I played on many sports teams together. In fact, his father, was often my coach. They were both so supportive of me. So complimentary. So patient. They were ahead of their time in the positive values youth sports should be about. I remember that if I didn't play well in a game, Evan was one of the few boys on the team that would make it a point to come up to me and make sure I was ok. That stuck with me. As a father now himself, Evan volunteers his time and coaches youth sports and I've seen those same qualities exhibited. I truly think these kids he coaches are so fortunate and I do very much find him to be an incredibly valuable member of our community.

Evan and I reside in neighboring towns and I can tell you that all that I have stated above has been reaffirmed by others I have talked to that met Evan later in life. That doesn't surprise me as Evan is still doing positive things for the community. Recently at lunch, Evan and I talked at length about a business he is getting involved in. This is a rehab facility for people who have opioid and other drug and substance abuse related issues. This hit home particularly hard for me because one of my close friends, Mike Stein, recently died from this exact issue. Evan was particularly focused on this issue because of similar events on his life and he made it clear that he wanted to try and do something about it. Evan described this business with passion and purpose. When I asked Evan about the details of the business, meaning how much he would own, he said nothing because this has absolutely nothing to do with money. This has to do with an issue he feels he can help with. This, your honor, is the Evan Greebel I have always known.

Your honor, I ask for your leniency in sentencing as I feel that Evan is a positive man who should not spend his time out of society. I ask that you think about all the positive qualities Evan has exhibited since he was a kid and that he not be judged solely on his conduct that led to this conviction. I feel confident saying that you will not regret this decision.

Respectfully submitted,

Jon Paley

Jonathan Paley

Jeremy & Leslie Perelman

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

We are writing this letter to seek leniency for our close friend, Evan Greebel. We first met Evan (and Jodi) in 2009, as both of our families had our first children born within two weeks of each other in New York City. While we initially shared the experience of becoming new parents, over the years, these experiences grew to include other important life experiences – everything the births of subsequent children and other celebratory moments, to the deaths of friends, family members, and the unexpected sequence of events which the Greebel family has faced over the past two and a half years.

While we always considered the Greebel's close friends, our bond with them strengthened when they moved to Scarsdale a few years ago. Subsequently, we've had a front row seats to see how Evan has dealt with the adversity he has faced since his December 2015 arrest. Through all of the good and bad times before and after his arrest, we have been struck by two key things about Evan which have remained remarkably consistent; his devotion as a father & husband, and his willingness to help his friends.

Despite what must be a constant stream of positive and negative thoughts going through his head, Evan had continued to be a constant fixture on the sidelines coaching his kid's sports teams since moving to Scarsdale. Being a youth sports coach is a significant time commitment, requires endless amounts of patience, and requires being a positive role model to many kids, not just his own. Evan's willingness to continue with this commitment, and to do so at the same time he has been fighting for his own freedom, I believe speaks volumes about his priorities in life.

Another example of how Evan thinks about his role as a father occurred when we helped to organize a family volunteer experience at a Senior Citizens Home in the Bronx. The day was cold and rainy, and parking was sparse, which led to a much lower turnout of Scarsdale families than we had hoped. Evan joined us with his three kids, as Jodi needed to run the family's weekly errands. When I asked Evan why he decided to come, he discussed the importance of showing his children that not everyone is as fortunate as they are. This is another clear example of how Evan prioritizes being a positive role model for his young children.

As a friend, Evan continually demonstrates a willingness to go out of his way to lend a hand when we are in need, and is a very positive role model to our kids. Whether it's helping to shuttle our son to and from his Boy Scout meetings, or helping our kids conquer their fears of jumping off the diving board, Evan has always gone out of his way to help his friends, and is a consistent positive influence for our children. While we can only imagine the burden, the weight, and the thoughts that Evan has carried with him since his arrest in December 2015, remarkably, his dedication as a father and a friend has been unwavering.

Your honor, as close friends of the Greebel family, we pray that you consider a lenient sentence for Evan. Regardless of Evan's sentence, the past two and a half years has already impacted Evan, his family, and his friends, in ways we never thought imaginable. But we know that upon the completion of Evan's sentence, he will continue to be a positive role model for his children, a friend we know we can continue to rely upon, and the productive member of society which he has been his entire life.

Thank you for your consideration.

Sincerely,

Jeremy & Leslie Perelman

April 30, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

We have known Evan and Jodi Greebel for many years and our families have had the pleasure of residing in the same community. To provide some background, I am a reading and learning specialist for young children and my husband works full time at an investment firm. We feel it is important for us to share with you how Evan has impacted our lives, and our children's lives, over the last several years.

Within the community, Evan has been highly engaged as a coach and mentor. One example of this is in Little League where he helped our son, and many other children in the community, understand the values around teamwork, commitment, and perseverance. As an educator myself, I have always been impressed with Evan's approach to coaching a group of children with a wide range of skills and abilities. Evan is inclusive and makes sure that each child feels comfortable with their place on the team. He also displays patience and understanding in mentoring a group of young boys. Most importantly...the kids always have fun with Evan. Evan is approachable and always willing to help.

As a family man, Evan is dedicated to his wife Jodi and their three young children. He is a wonderful father, who is kind and loving. He is engaged in his children's lives; whether it be back to school nights, sports practices, religious activities, or other extracurricular activities, Evan is always there with his children. He is a strong advocate for his kids and their peers.

We have been fortunate to be a part of the Greebel's social network, and they are wonderful friends. When we first moved into the community, Evan was one of the first people to reach out and welcome us, and soon thereafter Evan and Jodi hosted us at their house for dinner.

While we cannot adequately sum up our entire relationship with Evan and the Greebel family in one brief letter, our goal in sharing these examples is to paint a picture of the Evan we know. Thank you for your consideration of this letter, and we ask that this helps influence your leniency for the sentencing decision.

Sincerely,

Susannah and Eric Perlyn

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is Lesley Plotkin, a dear friend of Jodi and Evan Greebel. I have known Jodi for nearly
20 years. We met through a mutual friend upon moving to New York City after graduating from
college. I had the pleasure of meeting Evan during their early dating years, 15 years ago. Evan
impressed me from the moment I met him -- he was older than us and naturally more mature, a
true professional and displayed a deep respect for Jodi. She was immediately smitten and I
remember feeling overwhelmingly happy and excited when she announced their engagement. I
was thrilled to be one of her bridesmaids, as Evan grew up in a tight-knit family with close
siblings and parents and I knew that Jodi was marrying into a supportive family.

I was invited to many "Sunday Family Dinners" hosted in their New York City apartment.
Sunday dinners with all of their siblings was a routine occurrence and Evan generously
welcomed me into their home, always spending quality time discussing my career in the life
sciences industry and any new updates on my own dating experiences.

Soon after they were married,          , their oldest son, was born. The pride on Evan's face was
palpable at his son's bris. It was an honor and blessing to see their family expand with the births
of          .

Evan is an incredibly hands-on father to his three children and the yin to Jodi's yang. Together,
they juggle carpools, sport practices, not to mention Jodi's own entrepreneurial drive to deliver
nutritious food to children. Evan lives his life to provide the very best for his family.

I am aware of Evan's impending sentencing. Judge Matsumoto -- I politely ask for your leniency
with his sentencing. Time spent away from his three young children as well as his loving wife,
my very close friend, Jodi, will be a significant loss. As a mother of a young child myself, I can
only imagine the grave impact Evan's absence will have on all of their lives, immediately and for
years to come.

Additionally, this family has already suffered enormous loss, with the sudden death of Jodi's
youngest brother, Marc, 5 months before Evan's arrest. Please, I ask that you make note of this
when making your decision.

With kind regards,

Lesley Plotkin



590 Madison Avenue, New York, NY 10022-2524 ▪ p 212 223-4000 ▪ f 212 223-4134

Paul J. Pollock
(212) 895-4216
PPollock@crowell.com

July 12, 2018

Hon. Kiyo Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Evan Greebel

Dear Judge Matsumoto:

I am writing this letter in connection with the sentencing of my friend and former colleague, Evan Greebel.

By way of background, I was admitted to practice law in the State of New York in 1986, and I have been engaged in the private practice of law my entire career. I am currently a partner in the New York office of Crowell & Morning LLP. During over 30 years of practicing law, I have had extensive experience with commercial transactions, ranging from mergers & acquisitions to equity and debt financings, and rendering general corporate law advice.

I met Evan when I joined Katten Muchin Rosenman as a partner in the spring of 2003. Evan was an associate at that time and we began to work closely on a variety of matters. This close working relationship extended for my entire tenure as a partner at Katten until my departure in 2011. I watched Evan grow from a mid-level associate to a partner. Evan met all standards of excellence required of a law firm partner and I can unashamedly say that I was proud to be among the most ardent supporters of his elevation to the partnership at Katten.

To say I was shocked about the circumstances surrounding Evan's arrest and conviction would be an understatement. In thousands of interactions with lawyers over the years, I have seen numerous unscrupulous lawyers. The Evan Greebel that I know is not one of those. Evan is a man of high intelligence, stellar character and ethical integrity – a man who is intensely devoted to the practice of law and practice excellence. In my experience and observation, he is devoted to and zealously acts in the best interests of his clients. This is the man who I know and took under my wing and mentored as a young associate and saw grow into a fine attorney.

Evan and I spent countless hours together on business development activities. I chose to do this with Evan, as opposed to others at Katten, because of a relationship of trust that we shared. I thought so highly of Evan's skill and prospects as a lawyer that I spent the better part of two years after my departure from Katten attempting to recruit Evan to Crowell.

Hon. Kiyo Matsumoto
July 12, 2018
Page 2

I would like to relate one experience that reflects on how I and others view Evan. Before he met his wife, Jodi, one of my long-time clients felt so strongly about Evan's decency that he set him up on a date with his daughter. Although this relationship did not last, to this day the client regularly asks about Evan.

I want to emphasize to the court that my relationship with Evan extends well beyond the workplace. Our families have socialized together. I attended his wedding to Jodi, was at the bris of his son and was present at numerous other Pollock and Greebel family events. I can attest to his devotion to his family. Far from just a former colleague, I consider Evan a true and loyal friend in every sense of the word.

I respectfully thank you for taking the time to read my letter. I hope this has given you some insight into Evan and how much he has to give to his family and the community. Evan is a good man an the court would be entirely justified in granting leniency in sentencing.

Sincerely yours,

Paul J. Pollock

April 29, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I met Evan Greebel almost 15 years ago. While we grew up in the same town, I did not meet Evan until he started dating my good college friend, Jodi, who is now his wife.

I am writing you today to respectfully ask you for leniency in the sentencing of Evan. I am aware of the crimes he was convicted of and I was in the courtroom for many days of testimony. While I am fully aware of the serious nature of this conviction, I also firmly believe that Evan's presence at home is vital to the well-being of his family.

Over the years, my husband and I have spent many evenings with Evan and Jodi. I always notice how kind and loving Evan is to Jodi. They are always holding hands and I can tell that they are very much in a love. Whenever they speak about decisions they were making, such as where to live or where to send their kids to school, they always speak as a team, determined to make the decision that is best for their whole family.

A few years ago, Jodi and her family suffered a terrible tragedy. At that time, Evan and Jodi had just welcomed their third child to the world. With two young boys, and a newborn baby girl, Jodi was trying to present as a mother, while simultaneously feeling immense grief. It was during that time that I saw how much Evan truly cared for Jodi. He was her 'rock' and was there to care for the children while Jodi grieved. ▮

Evan is an engaged and loving father who takes his three children to sports games and birthday parties. Whenever we get together, he always speaks lovingly about the children. The pride that he feels is evident every time he talks about them.

Evan loves his wife and children very much and puts their needs before his own. If you can find it in your heart to be lenient at sentencing, you would be giving this family a great gift. Jodi and their three young children need their husband and father at home.

Thank you for taking the time to read this letter.

All the best,

Julie Potack

To the Honorable Kiyo A Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11021

Dear Judge Matsumoto

Re Evan Greebel

My name is Mark Prevezer, and I was a Senior Equity Partner and Global Head of
Real Estate at Watson Farley & Williams , an International Law Firm , with some
14 offices worldwide.

I live and work in London, although I have travelled extensively in my work
capacity.

My legal expertise covers Real Estate and I have also been involved in high quality
Corporate transactions during a career that commenced on qualification in 1981. I
was made up as a partner in 1984 , and co-founded a law firm in the City of London
in 1986.

I was the firm's Managing Partner from 1986 until 2004

I am therefore a highly experienced lawyer, and have also spent many of my years
working closely with lawyers of all descriptions, as well as managing and
interviewing them.

About 4 months before Evan Greebel's trial I was introduced to him by his father-
in - law, Niles Citrin, who I have known professionally and as a friend for many
years .

In my private capacity, as a friend of the family, Evan and I spent a very intense
period (over 3 hours), covering his career and work –as well as some of the issues
that resulted in Evan going to trial.

M Prevezer
10/7/18

So I am fully aware of the matters covered during Evan's trial, as well as the verdict of the Jury

During my time with Evan I found him honest and reliable, as well as an impressive man , both personally and professionally-as well as from the answers that he gave me during our intensive time together

As stated above, I have had over a lengthy period extensive experience in interviewing lawyers (and clients of course) including questioning them closely on numerous matters, working practices and about a multitude of issues .

After speaking at length with Evan, I came away with a very strong impression of a man who was upright, solid  and conscientious in how he conducted himself professionally and personally.

I should also add that after speaking to and questioning Evan that I came away with a clear impression and view that he had acted in good faith, and in a way that would be regarded as consistent to a corporate lawyer taking instructions from a CEO of a client company .

Indeed having reviewed the transcripts of the trial, I believe that Evan complied with the responsibilities of a corporate attorney, and did  nothing inconsistent with my understanding of the role of an outside attorney.

It was clear that he  also was a devoted family man, who was very concerned about his ability to provide for his family in the immediate future.

Given all the above I was profoundly shocked to read the result of Evan's trial , not least because of the matters referred to above – but also because I could not in any way reconcile my conversations and time with Evan to the picture of him portrayed by the prosecution. I would not hesitate to try to help Evan in the future , notwithstanding having knowledge of the Court's decision.

Lastly as I am aware  of the verdict of the Jury,  I would ask, and very much hope, for all the  reasons set out above,  that Evan be accorded as much leniency as possible .

Yours sincerely

Mark Prevezer

M S Prevezer

10/7/18

The Honorable Kiyo A. Matsumoto

United States District Judge Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201


Dear Judge Matsumoto:

My name is Douglas Pristach, and I have personally known Evan Greebel since meeting him at the University of Michigan in 1993. I am fortunate to have called Evan not just a fraternity brother, but a friend since that time. When I first met Evan, I found him to be very warm, welcoming and personable. He is someone who easily made friends and kept them, could always be trusted, and was a great leader of our fraternity and on campus.

After leaving Ann Arbor, distance and life itself have limited my in person interactions with Evan, but the occasional meet up in New York City or at a Michigan football game are always a treat. Having attended law school myself, and with no interest in big firm life, I was thoroughly impressed with Evan's career trajectory. Even more remarkable was his commitment to family at the same time that he was putting in countless hours at the office. Evan's dedication to and achievement of career and family success is the envy of many.

Not surprisingly, what has stood out the most with Evan is how he values his friendships. I recall visiting New York City in the summer of 2002 with a group of friends on a Northeast baseball stadium tour. Evan was suffering from some respiratory issues as a result of being very near the World Trade Center during the 9/11 attacks. Evan was supposed to be getting rest, but instead sacrificed his personal health for the all too infrequent opportunity to spend an evening with friends who had traveled in town from a distance.

Just a few years ago one of my best friends, who happened to be a former roommate of Evan's, had to cancel a big trip we had planned to celebrate his 40th birthday. Evan immediately answered the call and helped plan with others a different gathering for a larger group of friends to celebrate. He was completely unselfish in giving his time to do so, making sure plans were in place for friends and families, near and far, to be together.

I believe with the utmost conviction that there should be extreme leniency in the sentencing of Evan Greebel. As a father, husband, son, sibling and friend he is an asset to so many people who should not be deprived of that benefit for a significant length of time. When determining a sentence, please be fair and take into consideration the person that Evan is and what he means to those close to him.

Thank you,

Douglas E. Pristach

April 30, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My wife and I, Alexa and Eric Rabinowitz, are writing this letter on behalf of Evan Greebel to ask for leniency in his sentencing. We have known Evan since shortly after moving to Scarsdale, New York in the spring of 2014. Evan's younger son,          and our daughter,     were in          together at                                and we became friends with Jodi and Evan through that connection. I am a pharmaceutical executive and my wife stays at home with our children. We are writing this letter based upon our personal interaction with Evan in the Scarsdale community.

Evan is an active member of the Scarsdale community and a caring, loving father. Often on weekends, we spend time with Evan when he is accompanying his children to friend's birthday parties or community events, such as fairs, in town. Recently, while at the Harlem Wizards game against Scarsdale teachers, I sat with Evan. Evan and I had a wonderful time as our children ran around with their friends and enjoyed themselves. Even with everything Evan is going through, he remains a good friend and a great father to his children.

Another interaction we had with Evan was when our oldest children played tee-ball when they were in          . This was in the Spring of 2015 and our oldest daughter played Little League. Evan coached his son,          team and I coached my daughter     team. On the field every Saturday morning that spring, I witnessed the commitment Evan had to his children and our community. Despite a stressful job as a lawyer, Evan dedicated his time on the weekends to coach and spend time with his children. Evan was an enthusiastic coach and the children gravitated to him for guidance.

In closing, we would like to reiterate our request for you to provide Evan with leniency in his sentence. Evan is a loving, caring father to his three children and an active member of our community that deserves a second chance.

Thank you for your consideration.

Sincerely,

Alexa and Eric Rabinowitz

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is Steven Rathbone, I am a Managing Director in the Investment Banking group at Stout Risius Ross, Inc. in New York. I have enjoyed approximately a ten year relationship with Mr. Evan Greebel and his family. My relationship with Evan was initially one of occasional association at financial industry networking events, over time developing into a friendship with Evan and his family – Jodi, ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮

I am aware of the charges that Evan has been found guilty of, and offer this letter to you as an insight into the man I have known for near a decade. Evan is a man deserving of leniency, such a decision will not be regretted given Evan's contributions to his family and community.

I have known Evan as a man of principles – an honest and dedicated work ethic, a talented entrepreneurial spirit, and a kind, generous soul who willingly goes out of his way for others whether they be more or less fortunate than he.

Evan became partner at a major law firm at a relatively young age. From my perspective, Evan attained such a position by devoting thousands of hours to his craft while learning from his respected mentors, several of whom I enjoy a relationship with, and earning a reputation as a client advocate.

Evan is unique in his trade in that he has an entrepreneurial spirit which in my view, always enabled him to pursue other endeavors in the case he wished at a future point in his career.

Evan has always treated my family and I with respect and dignity, and he has consistently been involved in charitable events in the community. Whether it be the small things such as remembering my daughter's birthday and sending a gift, or going out of his way to provide a ride home after a corporate outing; to the larger, more important efforts such as Evan's direct and regular involvement in raising money for and sponsoring the Cure Carcinoid charity initiative which he was very passionate about, Evan's actions are those of a man of character.

More solid than any other attribute however, is the fact that Evan is as equally devoted a husband to his wife and father to his children as any man I have had the fortune to consider a friend. I have witnessed his conduct in many different situations over the years, and I have never seen him deviate from his complete devotion to family.

I trust this letter will help convey the type of man Evan Greebel is and that leniency will be granted in this case. Thank you for taking the time to read this letter.

Sincerely,

Steven M. Rathbone

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto,

We are writing this letter on behalf of our dear friend Evan Greebel. My wife and I (Jeffrey and Samantha Reemer) have known Evan for over a decade and as our lives have progressed we have watched our paths intertwine in many ways. While it's natural to develop mutual friends as families grow, we have developed mutual friends across generations and planted seeds for a lifetime of friendship for future generations.

Samantha and I lived in the same building as Evan and Jodi in the city. We watched their kids develop from infants to "mature" grade schoolers and eventual had kids of our own. At a dinner many years ago, Jodi asked Samantha if she knew of any girls that would be good for Evan's brother Rob. Her long shot suggestion turned into Rob's wife and they eventually joined us in the same building. When Evan and Jodi decided to move to Scarsdale, we were not far behind and its very common for Evan, Jodi, Rob, Shelley, Samantha and I (and the now 6 total kids) to spend our summer days together.

Watching this process has broken our heart. While we have done as much as we can to support the Greebel's, words can't describe the anxiety and pain that we feel by the prospect of Evan being taken away from his family. He is their foundation. We have done everything we can think of to provide emotional, logistical, and spiritual support however there is no replacement for what Evan brings to his family and his friends.

What has stood out throughout this process is Evan's strength and his confidence. His ability to continue to "move forward" with his life and plan for the future- disregarding the mountains that "sprung up" in front of him- has been astounding. In personal and private conversations it became clear that the source of his confidence was his belief that he is innocent and that the "system" that he dedicated his life to would "get it right".

My wife and I will never forget the wave of emotions and fear that wash over you when crossing the threshold into your court room. My wife and I spent many days in court as a show of support and how much the entire Greebel family means to us. One story that sticks in my mind is a train ride home that I spent with Evan and Jodi during jury deliberations. While my goal was to "distract" them from the gravity of the situation it is hard to avoid the "elephant in the room". I asked how Evan and Jodi met. Evan mentioned that his circuitous path from attending law school and eventually moving into the city led him to Jodi. While it is natural to look into the past and ask yourself: "What if... "What if I hadn't gone to law school and chose a different profession?... Would I be here today? What would my life look like? Would I be fighting for my freedom?". What surprised me was that Evan didn't think that way at all. He proudly confessed that he has no regrets. He has dedicated his life to a system that he has confidence in. In his heart he knows he is innocent and that "everything will be ok". And despite the recent years of immense pain and suffering he felt that it was "all worth it" because if he had not gone to law school he likely

wouldn't have met Jodi and wouldn't have his wonderful family. That is what Evan's family means to him and what he means to his family.

We pray that you show leniency in considering Evan's future. It is difficult to find words to accurately describe the punishing pain and suffering that has already been experienced by Evan and his family. A sentence that takes Evan away from his family and friends punishes "us" as well as him— perhaps and unintended consequence. While none of us can change the past we pray that you grant Evan the opportunity to begin his "future" as soon as possible.

Sincerely,

Jeffrey and Samantha Reemer

May 2, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Dear Judge Matsumoto:

My name is Leonard Rich, I am 81 years of age and continue to work full time as an investment advisor.
My wife and I have been married for 56 years and have 3 sons who have families as well.

I have known Evan Greebel and his family since the 1980's.  Evan was friendly with my son Andrew and I
was their baseball coach in the Scarsdale Recreational League.  Unlike some of the boys on my team,
Evan was always courteous, responsible and easy to coach.  I also coached his younger brother who was
friendly with my son Jon.  This time the sport was basketball.  Evan would often come to our games and
cheer on and encourage his brother as well as other kids on the team.

We have remained friendly with Evans parents and through them have been aware of Evan's life path,
through school business and family.

Until this recent digression, I have never known Evan to have done anything which could get him in
trouble.

When he moved back to Scarsdale, I have had occasion to speak with him and his family at our temple
religious services.  He continues to be courteous and seems to be a caring family man.  If there is any
possibility that leniency can be shown to Evan in sentencing, I think such a decision would be positive.
Knowing Evan's commitment to the community and his temple, I think that not only would his family
benefit, but the aforementioned entities as well.

Thank you for your time and consideration.

Leonard Rich
4 Canterbury Road
Scarsdale, NY  10583

Christopher William Rile



May 1, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Evan Greebel

Dear Judge Matsumoto:

      My name is Christopher William Rile. I am a resident of Manhattan and a corporate partner in the New York office of Ropes & Gray LLP. I am a 1996 graduate of the Fordham University School of Law and have been admitted in New York's First Judicial Department since 1997.

      I have known Evan Greebel and his wife Jodie on a social basis for more than a decade. During that time I have had the pleasure of engaging in countless discussions with Evan on topics ranging from lighthearted chitchat to very serious conversions about marriage, fatherhood, politics, social issues and the practice of law. The Evan I know is smart, ethical and moral. He is a good friend and a thoughtful man who cares deeply about his family, friends and the community in which he lives. Even though Evan has been consistently busy with family and work he is always connected to and acts in a caring manner towards those around him. He is always able to remember your most recent past conversions when you see him and he always follows up on what is going on in your life and with your family. I value and respect his opinions and his friendship.

      Evan has always impressed me with his work ethic as well as his commitment to family. During the time I have known Evan he was typically very busy with work but carved out as much time as possible to spend with his children. He's a great dad who can always be found tossing a ball with his kids on a summer holiday or taking them to their weekend activities. Evan's also a great husband. The last few years have been very trying for Evan and Jodie, not only with his recent trial, but also with the tragic loss of Jodie's younger brother Mark in 2015. Throughout this period Evan has done everything he can to support his wife and be strong for his family. His unwavering resolve during this long period of adversity has been unmistakable and admirable.

I know Evan Greebel well and have followed the details of his case in the press and fully understand his legal situation. I am writing to express my view that Evan deserves leniency. Evan is a good man and I am confident that he will make a positive difference in the community in which he lives for years to come.

Sincerely,

Christopher Rile

Jennifer A Rosen

April 28, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is Jennifer Rosen and I am writing this letter on behalf of Evan Greebel and his family whom I have known for the past 3 years.

My youngest son has grown up with Evan's youngest and I can attest to the character of this man and how wonderful he is as a father and friend.

Evan has always been first and foremost and incredible, loving, and involved father and husband, spending hours with his children at various activities as well as swimming and playing with them in the warm months.  I have always known Evan to be fun, friendly, loving, honest and generous with all around him.  I can recall the last 3 birthday parties for his daughter where he was not only doting on her, but running around with all of the toddlers at the party.  Particularly last summer when he spent hours running and splashing with the kids in the pool.

I implore the court to show leniency as Evan is a valuable member of our community and most importantly, the incredible father to 3 young children and wonderful wife, whose lives will be forever affected by this outcome.   This decision is one which will you will not regret!

Thank you for your consideration.

Best regards,


Jennifer Rosen

Jonathan S. Rubin
███████████████

May 7, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto,

My name is Jonathan Rubin and I have been a friend of Evan Greebel's since 1979, when we both started kindergarten together at Heathcote Elementary School in our hometown of Scarsdale, New York. As I'm writing this, I realize I've known Evan and his entire family now for 40 years...yet when I bumped into him a few months ago it was like no time passed, which is always the telltale sign of genuine childhood friends.

Evan and I were very friendly at a young age, and shared a common love for none other than 'Star Wars'...particularly, the action figures and toys that we'd play with after school for hours on end. At his house, his family was always very welcoming, not only to me but to everyone in the neighborhood, and I recall Evan as always being a very polite and respectful child, as well as a very good older brother to Robert and his then-baby sister Gennifer.

Starting in 3rd grade and lasting throughout 6th or 7th grade, his father Charles (who we affectionately called "Chuck") was my coach for little league basketball and baseball, and we had a lot of fun working as a team, even snagging a few championships in the process. Evan and I also played together for years on our temple's basketball team (Westchester Reform Temple), which Chuck Greebel coached as well. What always struck me on the court or the field was Evan's patience as an athlete, and his continuous effort, determination and significant improvement, even when more natural players may have been sprouting around him. At times the league could get very competitive, but Evan always stayed the course, did his job and never complained. His father's coaching skills, respectable manner and low-stress attitude I think helped shape Evan and the deep connection he has to his *own* children, and probably helped reiterate the age-old adage 'it's not whether you win or lose; it's how you play the game.'

Although Evan and I drifted a bit in high school and college – as childhood friends tend to do – I knew he was always a model student and was very well-respected among his peers for being in honors classes and always striving to do his best, especially while at University of Michigan (where some of my closest friends from Scarsdale were classmates of his). Any time we crossed paths or had time to catch up over the years, it was always great to see him, eventually learning about his engagement and then marriage to Jodi, which culminated with his move back to Scarsdale where he then started a wonderful young family.

I also know he had been very active in his temple in recent years, namely in the form of giving back through community service, which comes as no surprise because of the type of giving person Evan has always been. In fact, I recall him always being a bit more interested in our Jewish heritage and the state of Israel in general, proven by the fact that he continued his studies well beyond his Bar Mitzvah ceremony (which is when most kids can't stop quickly enough, truth be told). Evan's connection to his religion is another way he was able to maintain strong bonds at home and create new ones with friends who were of equal faith.

Professionally, I know Evan enjoyed a fruitful career as an attorney, and can only assume that his dedication, skill and honesty were among his strongest traits. That he spent many years working for the same firm, to me was yet another testament to his loyalty and perseverance. Yet at home is where I'm sure he has enjoyed even greater successes, thanks to his three young children; in fact when I bumped into Evan just a few months ago at Thunder Ridge ski mountain, he was enjoying just being a regular dad, while struggling to put on his son's ski boots just like the rest of us. In the few minutes we shared, he was quick to ask about my parents and brother - who *he's* known for 40 years now - which to me just showed how genuine and caring a guy he really is.

I know Evan is currently in a very tricky spot and I am writing this letter in support of him in the hopes of some leniency here, because this is a hard-working, charity-minded, generous family man who wants nothing more than to continue being the hands-on patriarch of his family. Any leniency that is granted in this instance will surely not be regretted.

Thank you for your time and consideration, your honor.

Sincerely,

Jonathan S. Rubin
Heathcote Elementary School, Class of '86

May 6, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Matsumoto:

I am writing this letter on behalf of Evan Greebel. I have known Evan and his family since he
was four years old and in the same nursery school as my older son Lewis. They became friends,
as did we with his parents, and continued on together through Hebrew School. Only later did we
discover that our fathers were first cousins.

Over the years I watched Evan develop into a gentle young man, with a core of strength and
dedication to a high work ethic. His parents instilled in all three children a love of family, a deep
concern for one another and genuine motivation to helping improve society.

I will always remember when my husband died thirteen years ago, the entire Greebel family,
including Evan, busy with work, appeared at the funeral services. I was deeply touched and have
never forgotten their presence that day.

The years passed and Evan and Jodi became the loving and dedicated parents of three beautiful
children. Evan's son          and my grandson          (now fourth cousins) found themselves
in the same nursery school and the same summer camp. The family chain continued.

Evan Greebel is a fine and decent human being. I am aware of his legal situation, but I hope you
will find a way to a path of leniency.

Yours truly,

Rochelle Saideman

Rochelle Saideman

Mr. & Mrs. David H. Schapiro



April 30, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

It is an honor to write to you today about our good friend, Evan Greebel.  We first met Evan (and his
wife Jodi) back in 2008 and we became instant and lifelong friends.  Not just any friends though, but
friends who bonded over time spent with our extended families, sharing many similar interests and
values.  At that time, we already had two young daughters but Evan and Jodi did not yet have any
children of their own.  Regardless, they joined us for many family meals with our daughters and it was
evident (by the way that they both cared for and took an interest in our children), that they would make
incredible and loving parents one day soon as well.

Over the course of the next five years, Evan and Jodi's family grew to include their three children.
███████ was born in ████, ███████ a few years later in ████, and finally, their ███████████
completed their family in ████.  Evan was so very proud of his family – his wife Jodi and each of their
three children.  You could see the smile on his face anytime he spoke about any one of them.  Living just
two blocks from each other in New York City, our worlds and our families became even more
intertwined over the years.   Evan and Jodi's children began Nursery School at Park Avenue Synagogue,
and with our family already very active there, it became a home away from home for all of us and we all
became part of an incredible community.  Evan's support of a Jewish education and upbringing for his
family laid the foundation for the years that soon followed.  While at Park Avenue Synagogue, Evan was
both a leader and a role model.  He became active in the school and synagogue and relished in the joy
and everyday activities of his children.

A few years ago, Evan and Jodi made the decision to move to Scarsdale.  They found a beautiful home
and quickly became an integral part of their new community, making friends and becoming immersed in

their children's schools as well as their synagogue up in Scarsdale. Although the move created a longer daily commute for Evan, he ALWAYS put the needs of his family FIRST as he knew family meant EVERYTHING.

We admire Evan for the father, husband and friend that he is. Always with a smile on his face, Evan is the first to offer advice or guidance on almost anything and he is ALWAYS there to support his family and friends. It would truly be a shame to see him taken away from the everyday activities of his family. We urge the judge to please be very lenient in sentencing. Evan's wife and children NEED him by their side. In addition, he would do the community a far better better service being at home with his family. Think about those three little children, they need BOTH of their parents. Evan and Jodi Greebel are truly good people with tremendous hearts and we are confident they will do many great things in the years ahead. They have a lot of good to offer their community.

Thank you so much for your time and consideration. We are more than happy to answer any additional questions you may have.

Sincerely,

David and Stacie Schapiro

May 1, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I am writing to you on behalf of Evan Greebel, who in the past two years has become a very dear friend. Two years ago, My husband Stuart and I, with our three young children decided to move out of Manhattan to Scarsdale. We knew very few people but Evan and Jodi couldn't have been better friends to have found in the early months of our move. Evan was one of the few who welcomed us with open arms and made the transition an amazing one. Having three children all of which are the same ages ,  we have plenty of overlap with school and activities.  Evan is always there with a huge smile and ready to participate with kids.

There was an instance this past December that stood out to me in particular. Our five year old boys had basketball practice and we were short a few coaches. Evan was the first to jump at the opportunity to help out. He happened to get the group of boys my son was in. He was particularly good with these kids.  He made them smile, laugh and gave them encouragement when they seemed to get down on themselves. He especially paid close attention to the boys that seem to struggle a bit more and worked with them closely.   It made me smile. It may seem like a small thing,  but to make a kid feel good about themselves is not easy , and Evan did this.

Since Stuart and I have only known Evan and Jodi since 2016, we've only known him having a looming legal situation, which we only were made aware of it by others. Despite the challenges facing him he has always remained in good spirits. Having three young children and and amazing partner in life,  he has continued to be a loving husband,  father and active in all aspects of their lives and our community.

I hope you can see the good in the man before you. He truly loves his family and community. The absence of him from many peoples lives including my family, and especially his would be very hard. Thank you for taking the time and consideration to read this.

Sincerely,

Stacey Ciulla Schwadron

4/19/18

The Honorable Kiyo A. Matsumoto
United States District Judge .
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I am writing to express my support for Evan Greebel, despite
being aware of the fact that he is involved in a legal matter. I am
also writing to request leniency in his sentencing.

I have known Evan for the past 4 years, along with his wife Jodi,
and their three children; and I have the privilege of living down
the street from these wonderful individuals. Evan is an excellent
father and a wonderful member of our community. As a child
psychologist, I am well suited to notice and comment on the fact
that I have always observed Evan to be compassionate, caring,
and trust-worthy; character traits that make him someone that
other parents value and admire. I can recall seeing Evan driving
his children, in addition to mine and several others, to numerous
birthday parties and sporting events, where he was able  to
manage multiple children at once with ease care, and humor. It
is easy to see how much Evan adores and enjoys being a dad.
 Evan is extremely involved in the day- to -day life of his
children and is the type of father who impacts his children and
his children's friends in a uniquely positive and valuable way.
We are so lucky to have him in our lives.

With all my support,

Lisa Schwartz

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is Murray Schwartz and I am a partner in the law firm Warshaw Burstein, LLP. I have practiced law in New York for over 30 years and spent 12 of those years as a Village Justice in the New York State court system.

I have known Evan Greebel for the last 15 years. We were partners at the law firm of Katten Muchin Rosenman. At Katten I asked Evan to be lead lawyer on a major transaction in which we represented the seller, a sixth generation family business to a buyer who was a multi national giant. Evan impressed me with his knowledge and skill and even more so with his ethical grounding. When representing a seller the due diligence task is arduous and complex. I have seen lawyers take shortcuts and fail in their ethical requirements to make full and fair disclosure. Some lawyers use a touchy feely test or "smell" test or start making "materiality" judgments to lighten the load. It took more than a year to complete the transaction and in that time Evan never took a shortcut. We could say both to the purchaser and our client that we had truly made full disclosure. The proof as it turned out was that no claims were made against the escrow. Everyone slept better with Evan at the helm. His standards were the highest and beyond reproach.

One Sunday afternoon in the middle of our transaction I invited Evan and his lovely then fiancé now wife Jodi to joins our clients to watch a football game. They were Patriot fans but Evan and I were able to let that go. My wife Kim and I then owned 2 standard poodles, our male picked out Evan as his companion and our female fell in love with Jodi. My late Aunt Sylvia was fond of saying that you cannot fool dogs or children. It was a literal "smell" test that Evan and Jodi passed with flying colors.

Even Greebel had a terrible encounter with the Devil Incarnate and sadly the Devil often wins. But he is hardly a criminal and the chances of his endangering society or anyone who dwells therein is zero. I believe that nothing in this world would benefit from suffering anymore than he already has and separating him from his devoted Jodi and children would just add to the carnage that the Devil has already caused. As a sitting judge, I used to divide mentally those defendants who would hurt someone from those that would not. Evan will not hurt a soul.

Please temper justice with mercy and keep his dear family together.

With great respect, your honor,

Murray D. Schwartz

**Amy Shapiro**



The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

4/15/2018

Dear Judge Matsumoto:

My name is Amy Shapiro and I have known Evan Greebel since the mid-2000's when he was introduced to me as the cousin of my brother-in-law. I have spent many family gatherings with Evan and his wife, Jodi.

Most recently, Evan and Jodi were kind enough to visit with me and my immediate family after my grandfather passed away in February 2018. Even in the midst of their own hardship, they took the time to travel to my aunt's house (in rush hour traffic!) to see how I was doing. This act is just one of the many examples of the Greebel's generosity and kindness, even when there is no benefit to themselves.

Evan is a family man with a wife and three young children who deserve to have a father at home. To separate Evan from his family, especially his young children, would be a real tragedy. I urge you to consider Evan's character and home situation when you consider his sentence.

Sincerely,

Amy Shapiro

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

April 30, 2018

      **Re:   US v. Evan Greebel**

Dear Judge Matsumoto:

As a white collar criminal defense lawyer who has drafted many sentencing memoranda, never in a million years did I imagine that I would one day be writing such a letter on behalf of a friend. But here we are. Evan and I met during the summer of 1997 as summer associates at Fried Frank in New York. In the Fall of 1998, we both returned to the firm upon our graduations from law school – me from Columbia and Evan from Georgetown. Evan and I worked together at Fried Frank until he left the firm in 2002. I left a year later to work at Hafetz & Necheles. Today, I am a partner in the NY office of Dentons US LLP.

For as long as I've known Evan, it has been clear he would achieve two things: 1) become a successful corporate partner at a prominent NYC law firm, and 2) get married, become a dad and move his family back to his beloved hometown of Scarsdale. It was thus no surprise when he did both. Through the years, Evan and I remained in touch. We applauded each other's career advancements, met each other's future spouses, helped celebrate our respective weddings, and welcomed the births of our children. Our conversations shifted from professional successes and challenges to preschool selections, little league, and PTA meetings. Your honor may have noticed that Evan is not one to wear his emotions on his sleeve. Indeed, I would never want to play poker with him. But get him talking about his family, and he cannot hide the wide smile or twinkle in his eye. Evan's three children and his wife Jody are, without question, his sun, his moon, and his stars.

Evan is a hard-working, devoted family man who makes it a priority to give back to his community. When we worked together, no matter how many hours he billed or projects he took on, Evan always made time for pro bono work and fundraising. I suspect he has gotten as much out of volunteering as have the beneficiaries of his efforts. To this day, Evan talks about his experience volunteering for NFTE, the Network for Teaching Entrepreneurship, an international non-profit organization providing entrepreneurship training and education programs to young people from low-income urban communities. Working with NFTE in approximately 1999-2001, Evan mentored 3 or 4 different groups of high school students, helping them to understand the different business structures, draft operating agreements and prepare "pitch decks" and marketing materials. He worked one-on-one with students who were trying to start a record label, a fashion label and a makeup company. In addition to mentoring these students, he helped support NFTE financially by attending several benefits.

As I mentioned at the beginning of this letter, I am a white collar criminal defense attorney. I understand the sentencing issues before this Court and know how important letters from people who truly know the defendant are to the difficult decision Your Honor has to make. I also understand 18 USC § 3553. That is why I feel compelled to write to the Court for the first time, not as a lawyer but as a personal contact.

Evan is not someone whom I have known to ever cross the line before, nor do I believe he is he someone who will ever come anywhere close to the line in the future. From what I understand, he got involved with Retrophin at the request of a partner who represented the company. He did not set out to commit a crime, and I am quite confident that if he could go back in time and decline to work on that very first matter, he would in a heartbeat. If fate had taken a slightly different path, this Court – no court – would have ever heard the name Evan Greebel. Except perhaps that someday, Your Honor might have come across his cutting-edge work in the field of bitcoin and digital currency, where he has spoken, written and advocated for the implementation of a strict regulatory regime to legitimize the industry. That's the context in which the world should have known him, not this one.

There seems little doubt that incarcerating Evan Greebel will do nothing to make society a better place. We do not need to be protected from him. Sentence aside, the other extreme consequences he is suffering, such as the loss of not just a job, but a career, and massive reputational damage, are surely sufficient to deter Evan and others from future criminal conduct.

Your Honor, Evan has so much to give. I hope you will find it in your heart to sentence him to community service, to allow him to continue to do his good works and to take care of his family. If you do, I am confident he will dedicate himself to ensuring you do not for one single moment regret your decision.

Respectfully submitted,

Michelle J. Shapiro

Michelle J. Shapiro

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

All of Evan's family and friends are devastated. How could somebody like Evan – a family man, a caring friend, an honest lawyer, a true professional – even be facing time in prison? Having known Evan for 12 years, initially as the spouse of one of my wife's closest friends, then as a personal friend, I'm saddened that he has ended up in this spot, but am hopeful that – with your help – this entire ordeal can now be behind him.

Prior to Evan's arrest, he was at the pinnacle of life – a loving wife, young children, a new home and new law firm. With his arrest, his life was turned upside down and, while I have seen him do his best to be there for his family, this entire experience has changed him. Evan will no longer be able to pursue his legal career and his reputation will forever be tainted by this conviction. He has learned his lesson.

If there was ever a case to be made for leniency, I hope you agree that this is one of them and you will allow Evan to remain a free person. Please give him the opportunity to start a new chapter now, and remain a productive member of society and, most importantly, be with his three children during these most formative years of their lives. His large network of friends and family are standing by, ready, willing and able to support Evan as he charts his new course.

Sincerely,

Barry Silbert

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is Lori Silbert and I have known Evan Greebel for close to 12 years, when he first began dating my close friend and college roommate, Jodi Citrin (now his wife, Jodi Greebel). To say that Jodi is the nicest, most thoughtful, honest and selfless human being that I know would be an understatement. I knew that if Evan was someone she wanted to spend the rest of her life with, he too must be a person of exemplary character.

As I have grown to know Evan over the years, I have watched him become a nurturing dad to three amazing children, two boys who look up to him and a daughter who adores him. I have seen him support Jodi and her family in times of unimaginable tragedy and provide insightful guidance to friends in need. I have experienced his generosity and encouragement first-hand and was particularly touched when my husband was nominated for an award early on in his career and, without any hesitation, he and Jodi purchased tickets to the event so that they could be there to show their support.

While you cannot always choose the people you work with, I do feel that the people who you surround yourself with in your personal life says a lot about who you are as a person. I am confident that you will receive many letters on Evan's behalf and I think you will find that friends, family and colleagues alike know Evan to be an intelligent, honest and caring person with an impressive work ethic. I ask that you be lenient in your sentencing of Evan Greebel. You will not regret the decision to allow a loving, involved father to be with his wife and children during these formative years. Thank you for your consideration.

Sincerely,
Lori Silbert

April 29, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is David Simon.  I am a social friend of Evan Greebel and I am well aware of his current legal situation.  I first came to know Evan and his family when my family joined our country club six years ago.  As an existing member, Evan was inviting and engaging and welcomed us into the club with open arms.  He and I are the same age. We quickly discovered we shared mutual friends and that his children are just a few years younger than mine. Eventually, Evan moved from the city to Scarsdale, the community my family and I call home, and the town where he grew up.

As a private equity investor, I enjoy business discussions with Evan as I find him to be sound, thoughtful and reasoned in how he approaches things.  As I came to know Evan better, I was particularly drawn to the way he cares for his wife and children as well as the warmth he displayed toward my wife and my children.  We shared many stories about the challenges and joys of raising young children and balancing work and family obligations over numerous rounds of golf.  Rest assured, he is not someone I seek to play with for the quality of play, but rather the quality of conversation and depth of friendship I experience during the round.

That said, it is the way in which Evan cares for his family that I would like to draw to your attention.  You likely are not aware of the personal tragedies his wife has faced over recent years.  I was particularly impressed with the love, devotion and care that Evan displayed for his wife while caring for her in her time of severe grieving as she lost her brother.  You of course also could not be aware of his genuine selflessness in the loving attention he showers on his young children.  While always a proud and instructive father toward his sons, his protective nature toward his toddler aged daughter is a wonderful thing to see.  While he was always certain to ensure his sons were doing things properly, whether it was a firm handshake, looking people in the eye, saying "Mr. Simon" instead of David, or any number of things that have long gone by the wayside, it is his unconditional love and joy toward his two-year old daughter that I always think of when I think of Evan.  I vividly recall one afternoon where Evan was in the pool in the middle of a gaggle of other similarly aged toddler girls as they all took turns splashing and jumping on him. Never more than a few feet from his daughter to protect and watch over her, Evan would have stayed there as long as the lifeguard would let him just to hear the continued laughter and joy of his daughter and her young friends.  He never seemed happier to me than when with his children.

As I write this letter about Evan and his devotion toward his wife and his kids, I am also reminded that Evan is a constant presence and someone I look forward to seeing at the Jewish high holiday services.  His devotion to family does not merely extend to his wife and children, but is evident in the way he attends to his parents as well.

I will not argue the merits of any decision concerning Evan's legal matter, but simply ask that you grant Evan leniency in your sentence.  In addition to everything else I have shared, I know Evan personally to be a charitable and good person, trying to raise his family the "right way", and I will continue to support him as I have since the news of his situation first broke a few years ago.  A decision for leniency will not be regretted.

Respectfully,

David Simon

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


April 24, 2018

Dear Judge Matsumoto:

My name is Stephanie Simon, and I am writing to you on behalf of my friend Evan Greebel.
Evan and I met in 2011, when our family joined Fairview Country Club and were warmly
welcomed by Evan and his wife Jodi as new members.  Subsequently, the Greebels moved to
Scarsdale where I live, so we have also had the good fortune of being neighborhood friends.

Evan is an affable and friendly person, who is always social, funny and happy to share a story.
We have had many opportunities over the years to socialize at larger club events, where he has
been engaging and warm, as well as at smaller couples and family dinners, where he has taken
a genuine interest in what is going on in my family's lives.

One example of Evan's caring and thoughtfulness is exemplified by his enthusiasm when we
told him that our son would be attending the same summer camp that he went to, an all-boys
camp with a 100+ year legacy of friendship, sportsmanship and shaping responsible young
adults.  Evan was so happy to speak with Leo about his experiences at camp, was even more
excited when Leo was selected for the same lifelong Color War team as Evan, and each time he
sees Leo they talk about camp and bond over their shared experiences.  He makes Leo feel
special, and it is a really unique quality for an adult to be able to connect with a child in that
way.

I am aware of Evan's current legal situation and wish for him as lenient of a sentencing as
possible, as he is not only a good person himself, but is surrounded by a loving wife and 3
beautiful young children who he is devoted to and need their father during these formative
years.

I appreciate you taking the time to read this letter, and your decision for a lenient sentence on
behalf of Evan will not be regretted.

Sincerely,

Stephanie Simon

May 1, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

We are residents of Scarsdale, New York and had the pleasure of meeting Evan and
his wife, Jodi, nearly four years ago. Sharon met Jodi at an arranged girls dinner the
day the Greebel's moved from New York City to Scarsdale. They became fast friends
and in turn our families became close. Spending time together as couples and
families became commonplace for us. We were old friends quickly and knew right
away that Evan and Jodi were people that could be counted on and trusted. This has
not changed for us. Over the last four years we have spent a lot of time with Evan
and his family in a variety of settings and we thought it was important to convey
some of the things we have personally learned about Evan over the years.

We are not from the New York area and do not have close family in the region. This
is pretty unusual for the community we live in where most people tend to have
immediate family in the area. Evan has always been the first to invite our family of
four to holiday dinners and gatherings. While Evan and Jodi have their families
around, they still reach out and welcome us into their dining room. We have spent
the last several Thanksgiving dinners and several other holidays making memories.
Evan goes out of his way to make us feel comfortable and welcome.

Our son ▮▮▮▮, and Evan's son ▮▮▮▮▮▮, have been close friends over the last four
years as well. This has given us plenty of opportunities to interact with Evan in
different ways. Evan is central in the Scarsdale Recreational Sports Program for our
kids. He is always one of the first to volunteer to be a coach for a team, regardless of
how busy he may be with other responsibilities. One thing that always sticks out to
us is how as a coach he treats all kids equally. He doesn't put his son or son's friends
ahead of any of the other kids. He also gives every child an equal opportunity
regardless of skill level or experience. He is fair and wants to make sure everyone
understands the rules, follows protocol, and has a chance to learn and have fun. He
wants to make every child feel like they have the opportunity to play their part and
as long as everyone follows the rules; it will always be a fun time.

Even this past weekend, while Evan was coaching little league for his son ▮▮▮▮▮▮,
he was making sure each child played a key position in the field and rotated on a fair
basis. He was cheering each kid on and giving pointers to everyone. This team would
not have had the same experience without Evan there. Scarsdale has been lucky to
have Evan as a coach and sports teacher to so many children over the last four years.

Another activity our sons have enjoyed together in recent years is participating in fantasy sports leagues. Evan has often taken on the responsibility of setting up these leagues for the children. While a typical fantasy sports league includes eight to ten children, Evan has insisted on being inclusive and not leaving children out of the league. Even when it became difficult to add more kids to the league, Evan insisted it didn't matter and that it was more important to be inclusive than risk hurting a child's feelings. He was creative, sensitive and thoughtful around how to solve this problem and created a league where nearly 20 boys could participate and have fun together. Evan always has this attitude whether it's with regards to the kids or other adults. It is not a quality that a lot of people possess.

Even through this difficult time, we continue to be a witness to Evan being a wonderful dad to his three children,                                ; a supportive son and brother to his parents and two siblings and a devoted husband to his wife Jodi. The community and his family all benefit from Evan's daily presence.

We ask for leniency as you consider your decision and strongly believe your decision will not be regretted. Evan has so much to give to his family and the community where we live.

Sincerely,

Justin and Sharon Smolkin

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I am writing to request leniency for Evan Greebel. He is a very honorable guy, a true family man and a rock solid community member.

I've had the good fortune of knowing Evan for over twenty years. We met in college at the University of Michigan and he was always kind, considerate and thoughtful of the other students in the dormitory. Evan was level-headed, responsible and a natural leader. I remember when someone in the dorms was being picked on or bullied Evan always stuck up for them. Evan was kind and friendly to everyone.

Over the last few years, Evan and I rekindled our friendship since we are both raising our children in the Scarsdale community and our children are in the same class.

Evan is charitable with his time and he supports all of the efforts that will help our children learn, grow and become solid community members. The children, parents and teachers all love Evan.

I spoke with Evan during the trial and I know he just wants to continue to be a great husband, father and productive member of our community. I hope you can see Evan is a good man and be lenient with your sentencing.

Sincerely,

Dave Sommer

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I am writing to request leniency for Evan Greebel.

As a close friend of Evan's wife, I have a front row seat to Evan as a family man. We frequent community activities together and are always welcome in the Greebel home; which is warm and provides such love and comfort to the three Greebel children. Evan is a wonderful husband and father and I know he plays a solid role in his family's life. Jodi and Evan are caring members of the community and have always been there for me and my children. Evan is the type of father who comes to preschool events and volunteers his time whenever asked.

I hope you can see Evan for the good family man and community member he is and be lenient with your sentencing.

Sincerely,

Lauren Sommer



**LAURENCE T. SORKIN**

May 11, 2018

Dear Judge Matsumoto:

I write as a long-time friend and neighbor of the Greebel family and as someone who has known Evan for most of his life and has had the pleasure of watching him grow up from a young child into the wonderfully caring, generous and community-spirited person that he is. I do not know what you know about Evan's personal qualities, but they are in every respect exemplary and totally inconsistent with the picture that emerged in the trial in your court.

I am a retired partner in the law firm of Cahill Gordon & Reindel LLP, where I practiced antitrust law for 47 years and was head of the firm's antitrust and trade regulation practice. I have been an adjunct professor at Fordham Law School since 2007, where I teach a seminar on global cartel enforcement. I am also a visiting professor at the University of Amsterdam Law School in The Netherlands and have taught at Yale Law School and Católica Law School in Lisbon, Portugal. I graduated from Brown University and Yale Law School, and I received an LL.M. from the London School of Economics and Political Science. In 1968-69 I was a law clerk to Judge J. Joseph Smith of the U.S. Court of Appeals for the Second Circuit.

My wife and I have known Barbara and Charles Greebel, Evan's parents, for more than 30 years. We live in the same neighborhood in Scarsdale; we belong to the same synagogue; and our son and daughter grew up and attended the Scarsdale public schools together with the Greebel children—Evan, Robert, and Gennifer. Barbara and Charles Greebel are highly respected members of the community and have been community volunteers and leaders for all of the time we have lived in Scarsdale. Charles coached youth soccer for many years and was the coach of my daughter's traveling soccer team. Barbara was very active in scouting, serving as a Cub Scout den mother and Brownie and Girl Scout troop leader. They encouraged both of their sons to become Eagle Scouts, the highest rank

that can be achieved as a Boy Scout. Their daughter Gennifer was the only scout in her grade to earn the Gold Award, the highest award in the Girl Scouts. All of the Greebel children excelled in school, were active in extracurricular activities, and devoted themselves to community service and other outreach projects benefiting the needy and less fortunate. All three became highly accomplished professionals—Gennifer is a pediatric ophthalmologist and surgeon at Columbia Presbyterian Hospital and White Plains Hospital. Robert is a successful investment banker. Evan, after graduating from the University of Michigan (where his brother and sister also received their undergraduate degrees) received his law degree from Georgetown University Law School, and went on to become a highly respected partner at two major New York law firms.

There are two aspects of Evan's life story that I would like to bring to the Court's attention because they may help the Court understand who Evan is and the core values that have guided him since he was a teenager. One relates to Evan's studies as a confirmation and post-confirmation student at our Temple. The other relates to his accomplishments in scouting and as an Eagle Scout. Both serve to demonstrate Evan's basic goodness and decency —his abiding concern for others and for the betterment of his community and the larger world—qualities that you would expect to find in someone who grew up in the kind of family he did. You might say that goodness and decency are part of his DNA.

When Evan was a teenager, he was active in the Temple youth group at the Westchester Reform Temple. At the time Evan was enrolled in the confirmation program for Jewish teens who chose to continue their formal Jewish education after their Bar Mitzvah, the senior rabbi at our Temple was Rabbi Jack Stern, Jr., who was one of the towering figures in American Jewry. Rabbi Stern had marched with the Rev. Martin Luther King, Jr. at Selma, and preached the gospel of social justice. Rabbi Stern was also a gifted teacher and Biblical scholar. He was a person of impeccable ethics, and held all those around him to the highest of ethical standards. Rabbi Stern was one of Evan's heroes and had a profound and lasting impact on Evan's spirituality and view of the world. Our Rabbi's sense of outreach to the larger community, his sense of repairing the world (the Hebrew words are "tikkun olam"), and his sense of charitable good works influenced how Evan ultimately chose to conduct himself as a person. When he was in the Temple youth group, Evan organized Midnight Runs, collecting and delivering food for the poor and homeless, manning stations at food kitchens

and food pantries, and volunteering at homeless shelters in southern Westchester. The Midnight Runs were vintage Evan—they were meticulously organized; they provided much needed assistance to people in need; and they were acts of beneficent kindness, conducted with minimal publicity and without any expectation of personal gain or self-aggrandizement. After being confirmed at our Temple, unlike most of his contemporaries, Evan still wanted to learn more about Judaism and become more deeply involved in social action within the Jewish community, and so Evan prevailed upon Rabbi Stern to organize a post-confirmation program—something unheard of at the time—for Evan and a few other classmates to undertake this unique experiment in Jewish education. Rabbi Stern chose Aaron Panken, then a young rabbinic intern with a love of Talmud and rabbinic texts, to lead the post-confirmation classes that Evan had so avidly sought. That experience was transformational, providing Evan with a rich and deeply nuanced sense of Jewish learning, history, and traditions, and serving as an unwavering moral compass to guide him in his adult life. Evan also traveled to Israel on a youth trip organized by Rabbi Panken, a trip that cemented a powerful and continuing connection between Evan and the land of Israel. Rabbi Panken, who would later become president of the Hebrew Union College and one of the leaders of the Reform Jewish movement, died this past weekend in a plane crash at the age of 53. To the end Evan considered Rabbi Panken a dear friend and mentor, and there is every reason to believe Rabbi Panken would have considered Evan a beloved friend and student.

As a teenager, Evan was also active in scouting. As a Cub Scout and Boy Scout, Evan marched every year in the Scarsdale Memorial Day parade, and he performed numerous community service projects, including the removal of trash from county parklands, the cleaning of camp sites, and other local beautification projects. For his Eagle Scout project, Evan created the Westchester County Historical Trail booklet, a compilation of historic sites in Westchester County, including such sites as George Washington's headquarters during the Revolutionary War, the Lyndhurst estate (now a historic home) in Tarrytown, and some of the spectacular Hudson Valley mansions of the so-called Gilded Age. To qualify for his Eagle Scout rank, Evan was required to demonstrate significant leadership skills and earn 21 merit badges in a broad range of areas, including citizenship in the community, the nation, and the world. One of Evan's merit badges was in swimming. He learned to swim at the Scarsdale village pool and competed in many swimming races on the Fourth of July. When he was in college he

worked many summers as a trusted lifeguard and admired swim instructor at Camp Mohawk, a children's camp in Westchester.

In all the years I have known Evan, he has been an honorable, honest, and highly ethical person. He has been a model citizen and an asset to every community in which he has lived. He has always sought to uphold the highest standards of the legal profession. I would urge the Court to grant him as much leniency as is possible at sentencing. In my view, the goals of sentencing and the good of the community would be better served by sentencing him to a term of community service rather than to a term of imprisonment.

Respectfully,

Laurence T. Sorkin

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

4



**Protecting Animal Welfare**
**By Providing:**
Shelter and Rehabilitation
Adoption Services
Low Cost Spay and Neuter
Cruelty Investigations
Outreach Programs
Help in Locating Lost Pets

**SPCA of Westchester, Inc.**
**590 North State Road**
**Briarcliff Manor, NY 10510**
**(914) 941-2896**
**(914) 762-8312 fax**
**www.spca914.org**

BOARD OF DIRECTORS
Deborah Klugman
*Chairman*
Mary Farley
*Treasurer*
Barbara Kobren
*Secretary*
Lisa P. Rockefeller
Sherley Weld

CHAIRMAN'S
ADVISORY COUNCIL
Jason Berg, D.V.M.
Steve Diller
Richard Joseph, DVM
Joan Kalman
Ellen Kera
Elizabeth Kilgallon, DVM
Tara Mikolay
Denise CR Santomero
Andrew V. Tung, ESQ.

EXECUTIVE DIRECTOR
Shannon Laukhuf

VETERINARIAN
Megan Caulfield, DVM

HUMANE LAW ENFORCEMENT
Ernest Lungaro

May 11, 2018

To Whom It May Concern:

It is with gratitude and much appreciation on behalf of our Board of Directors, staff and the animals, that we acknowledge Evan and Jodi Greebel, who with the help of their three children, collected hundreds of pounds dog food and much needed supplies for the SPCA of Westchester. In addition, they raised nearly $15,000 for our organization in 2017 and 2018.

No dog or cat should ever be victimized, abused or rendered homeless. The SPCA of Westchester is totally dedicated to saving and protecting innocent and homeless pets from cruelty and neglect, be it a frightened dog abandoned on the streets or kittens left in box.

Their gift makes a major difference and changes the lives of animals for the better, making it possible for us to provide food, shelter, veterinary care, training and socialization for our animals while they await adoption into loving homes.

We are beyond grateful for their support as are the many animals these donations will support.

Warmest regards,

Shannon Laukhuf
Executive Director
(914) 941-2896 x 12

***Special thanks, once again, from the animals!***

*\*No goods or services were received in exchange for this donation. To learn more about our programs, services and available volunteer opportunities, please visit www.spca914.org or follow us on social media.*

   

THE SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS *of* WESTCHESTER, NEW YORK INCORPORATED 1883
A 501(C)3 NON-PROFIT, NO KILL ANIMAL WELFARE ORGANIZATION

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Judge Matsumoto:

I first met Evan Greebel at his Bar Mitzvah. His father Charles Greebel was my attorney in my divorce. I was granted temporary custody of my daughter ██████ after many years of going to court in Dutchess County, New York in what I would call the worst divorce case in Dutchess County history. ████████ was extremely withdrawn and insecure throughout this ordeal. During this time Evan was to have his Bar Mitzvah and Charles had suggested that it might be a good idea to have ████████ come to the Bar Mitzvah. She was very apprehensive about going since she knew no one and while living with her mother she was not allowed to have friends or to socialize with her peers. The night of the Bar Mitzvah arrived and ████████ in her new dress timidly walked in with me not knowing what to expect. Within minutes of arriving Evan and his dad came over and introduced himself to us and said "come with me" taking her by the hand. He led her over to where all his friends were and literally spent a good part of the evening with her, dancing line dances, playing games and just having a great time.

I have no doubt that the time and attention that Evan showed ████████ was a life changing experience for her. She asked me if she could have a Bat Mitzvah. She started to have friends in school and was always saying that she wanted to be like Evan and his friends. She wanted to be happy. ██████████████████████████ She would come home telling me that she knows what Evan did was an act of chesed, kindness, and to this day she talks about  her life changing experience at Evan's Bar Mitzvah. She went on to become a special education teacher for the New York City board of Education teaching children in what is called District 75 schools. She said she wanted help her kids the way she was helped by someone who took the time out of such an important day in his life to care about her. That night was meant to be Evan's but for ████████ and I it became her night as well.

I watched Evan as he grew up. As he excelled in school, the scouts and as went off to Michigan to college. I attended his wedding and have seen him many times since and he never fails to ask "how is ████████" even though he only met her that one time.

Evan showed Monique a quality of gentleness and kindness that I am wishing and hoping that your honor will show towards him in his sentencing that he showed Monique.

With sincere respect,

Steven Spivack

Brett S. Staffieri

May 1, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My relationship with Evan Greebel goes back to 2007, as his wife, Jodi, is a lifelong family
friend of mine. Jodi's and my parents have been best friends for decades, and I have known Jodi
since we were newborns. Given the deep history of our relationship, I've always considered Jodi
a family member, and by extension Evan as well.

I went to dinner in New York City with Jodi and Evan after they had been dating for several
months. It was my first time meeting Evan, and I found him to be a friendly and engaging person
who was very easy to talk to. Evan's strong feelings and respect for Jodi were apparent at the
time, and he struck me as someone who cared deeply for his friends and family in general.

My wife (girlfriend at the time), Catherine, and I had dinner with Jodi and Evan at their
apartment in New York City soon after their first son, ▮▮▮▮▮, was born. I remember vividly
that Evan kept checking on ▮▮▮, who was sleeping, and was enthusiastically talking about
their life with a newborn. It didn't resonate with me at the time, but now as a father of three (just
like Evan) myself it's obvious that Evan was genuinely thrilled to be a father.

I fondly remember many other times with Evan, Jodi and their family, including a brunch at their
apartment in 2013 including my wife and our then two-year-old son, ▮▮▮. Evan had just
returned from basketball practice with ▮▮▮ which was quite a contrast to his checking on
▮▮▮ as a newborn several years earlier. In both cases, he was clearly an engaged and loving
father who cherished his family. I enjoyed seeing the dynamic between Evan and his family, and
I recall feeling happy for Jodi given our lifelong family connection.

These are only a few minor examples of my interactions with Evan over the years. In the time we
spent together, my impression was always the same – Evan is a kind, thoughtful and caring
person, and a dedicated family man to the core. I respectfully request your leniency on Evan and
ask you to please consider the dramatic impact that time away from his family would have on
Jodi, and particularly on his three children, ▮▮▮▮▮▮▮▮▮▮.

Sincerely,

Brett S. Staffieri

Michael Steinberg

April 22, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is Michael Steinberg, and I have known Evan Greebel for 4 years. Evan and I live in Scarsdale together, and have all of our kids around the same age. I have seen Evan in many lights including father, husband, coach, and community member. I am writing this letter to urge leniency in the sentencing of my friend. When I first moved to town, Evan welcomed me with open arms. While a lot of people were standoffish and generally unfriendly, Evan was the complete opposite. He always told me if I needed anything to not hesitate to call. I took him up on his offer and throughout the years we have forged a nice relationship. He is a great person to bounce an idea or two off of and I value his friendship and advice he gives.

Evan is an amazing father! While most men in town aren't that present, Evan is the complete opposite. He is always around at all of his kids activities, and you can see how deeply they love and adore their father. On Saturday mornings Evan is always at soccer. On Sundays its baseball. Regardless of the day or the activity he is always there supporting whatever his kids are doing. Very few men I know have that love and devotion to family. It brings tears to my eyes as I write this letter that those kids might have to lose their dad for a prolonged period of time. ████████████████ are sweet, well mannered kids and they need their father around. I ask you again for leniency for my friend, if not for him, then for ███████████████

Sincerely,

Michael Steinberg

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201


Dear Judge Matsumoto:

I am writing on behalf of Evan Greebel and the Greebel family.  The Greebel family has been enrolled in our ███████████████████████████████████████████ in Scarsdale, N.Y.  for several years and I have gotten to know them during this time.

This is a wonderful family and I have always been impressed by Mr. and Mrs. Greebel's involvement with and devotion to their children.  Their warmth, caring  and conscientiousness to their three young children is paramount in their lives- - what fortunate children to have two such wonderful parents.

Not only is their caring and warmth evident with their children but  it is also very evident in the way they relate to everyone in their path.  In a world where so many are uncaring, they are a refreshing antidote-always going out of their way to help people in the community. Many moms in our nursery school relay stories of how the Greebels have helped them in a variety of ways.

At this young and vulnerable age I feel it would be detrimental to the development of the children not to have both parents in their lives.  I truly hope they will continue to benefit by living with their family intact.

Sincerely,


Brenda Stern , MSW,  ACSW
████████████████████

May 1, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     Request for Leniency for Evan Greebel

Dear Judge Matsumoto:

My name is Kimberly Straker, and I'm an employment lawyer, Senior Counsel, at Seyfarth Shaw
LLP. My husband, David Straker, is a psychiatrist in private practice in Manhattan, as well as an
attending psychiatrist at White Plains Hospital and Columbia Presbyterian Hospital. We each
feel that based on our personal relationship with Evan and Jodi Greebel, as well as our respective
lines of work for 20 years where we deal directly with assessing character, we are well-
positioned to speak about Evan Greebel's character, and we respectfully request that you grant
him leniency in your sentencing. We urge you to consider so many positive attributes of Evan's,
and not to judge him solely based on the conduct that led to his conviction.

I'll never forget meeting Evan for the first time in early Spring of 2009. I was close to 9 months
pregnant with my second daughter when I met Evan's mother in the lobby of our apartment
building in Manhattan. She approached me to tell me that her son and daughter-in-law had just
had a baby, and by the looks of me, it was obvious that our children would be very close in age,
living in the same apartment building. She asked me if I would accompany her back to Evan and
Jodi's apartment to meet them, to which I gladly agreed. When she rang the doorbell, Evan
answered the door, with his baby ▉▉▉▉ in his arms, and as all first time parents look in the
first month, Evan looked tired, slightly overwhelmed, but happy and proud to be a daddy. As the
hands-on Dad that Evan was (and still is to this day), Evan was about to change ▉▉▉▉
messy diaper, and then feed him, and I'm sure the last thing he wanted to do was socialize with a
total stranger. Nevertheless, he smiled, very politely chatted with me, and took my contact
information down. From that day on, we became good friends with Jodi and Evan. We lived in
that same co-op apartment building together from 2009-2012, where we spent a lot of time
together as families raising young children in Manhattan. We witnessed first-hand the wonderful
father that Evan was to ▉▉▉▉, and then ▉▉▉▉, who came along approximately 3 years
later. Whether it was music time, feeding time, nap time, sports time, or dress-up and
Halloween, Evan was there as a hands-on, loving father to his boys, and as a nurturing
supportive husband to Jodi. As a lawyer at a big firm myself, I see many men who work late
nights and do not get home to see their children at night. Evan always made his family a
priority, and continually tried his hardest to support Jodi and be an equal partner for her.

During that time frame, we socialized together as families and as couples, and we always found
Evan to be kind, caring, loving, and loyal. Whether we hung out having pancakes in our
apartment, in Central Park with the kids, or out for dinner without the kids, we found Evan to be
consistently good-natured, supportive, and fun to be around. We remember when Jodi started

Din Dins, a business where she made by hand fresh, clean children's food and delivered it all over the Upper East Side, Evan was truly so proud and supportive of her, and was happy to pitch-in even more with the kids when needed. Some husbands may have been resentful of a small, start-up business that was not likely to be financially lucrative, but not Evan—he was encouraging and supporting of Jodi's new venture because he knew how excited she was about it.

Although we moved out of the city to Westchester in 2013, we kept in touch with Jodi and Evan, and have always welcomed the opportunity to see them and speak to them. A few years back, when Jodi's brother passed away, Evan once again showed us to be a loving, supportive husband always by her side and helping her in any way he could. He really felt Jodi's pain, and I remember seeing it in his face at the Shiva. Jodi and Evan have a wonderful marriage filled with affection and love that is easy for friends to see, and a pleasure to be around. Evan has always acted as a partner to her, and as an honest, loyal husband. Jodi has not wavered in her support of Evan—not even for a moment—throughout this entire ordeal, and that is remarkable, but truly a testament to their solid marriage built on trust and faith. They each treat their friends with the same level of respect and support—and that is why they have so many wonderful friends in their lives.

To be blunt, it is truly painful to see such a wonderful family go through such a rough time. We urge you to evaluate all of Evan's good qualities during sentencing, and we respectfully request that you grant him leniency. It will undoubtedly be a decision that you will not regret.

Very truly yours,

Kimberly and David Straker

 **Hospital for Joint Diseases**
NYU LANGONE MEDICAL CENTER

**Eric J. Strauss, MD**
Assistant Professor of Orthopaedic Surgery
Division of Sports Medicine

April 24, 2018

The Honorable Kiyo A. Matsumoto

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Judge Matsumoto:

Two years ago my wife Stacey and I, along with our three children, moved from New York City to Penn Road in Scarsdale. Very shortly after our moving trucks had left we were greeted by Jodi and Evan Greebel, our new neighbors. The Greebels welcomed us to their block and invited us to their home for dinner. From the outset, Evan could not have been nicer nor more helpful as he filled us in regarding our new town. Since that time, we have made family dinners a regular event and I have gotten to know Evan very well and consider him a true friend. I have been consistently impressed by his dedication to his family, his friends and his profession. Evan is a loving father, an adoring husband and the kind of person who wouldn't think twice about helping out whenever called upon. While our relationship is relatively short compared to some of his lifelong friends, I consider myself extremely fortunate to have Evan Greebel in my corner and lucky to have moved onto his block.

Evan Greebel is a good man and I ask that you grant him leniency as you consider his sentence. I know that such a decision will not be regretted.

Feel free to contact me if any questions arise at

Sincerely,

Eric J. Strauss, MD
Associate Professor
Division of Sports Medicine
Associate Residency Program Director
Department of Orthopedic Surgery
NYU Langone Medical Center
333 East 38th Street, 4th Floor
New York, NY 10016
Eric.Strauss@nyumc.org

April 27, 2018

Stacey Strauss

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Matsumoto,

I am writing to you on behalf of Evan Greebel, who is my neighbor and my friend. Evan and his wife graciously introduced themselves to my family when we first moved to their block nearly two years ago. Evan was quick to extend us an invitation to meet some of the other young families on the block. Since that initial gathering, our families continue to spend time together, at Evan's house, at my house and at other more public gatherings.

During the time we have spent together, I have been most impressed by Evan's dedication to his family. He is an incredibly involved father and devoted husband. Away from his family, Evan is also an important part of our community, both in town and as a participant of the synagogue which our families attend for religious holidays.

I hope that you will take into account Evan's good character and his standing in our community as you are arriving at your decision for sentencing.

Sincerely,

Stacey Strauss

May 7th, 2018

MICHAEL SUGAR

To whom it may concern,

I am writing on behalf of Evan Greebel, in hopes that my voice will add to the chorus of those seeking leniency for his sentence. I haven't spent much time with Evan since we graduated from law school, but he was a dear friend of mine while I was studying in Washington, D.C.  While I can't speak to what has transpired since, I can say with great resolve that I knew Evan only to be a kind, generous, engaging and compassionate person.  He loved his family, and embraced mine. He was funny, helpful, bright, and he had big dreams. While, obviously, some of his dreams are now shattered, the one he cared most about, even then, was to build a family—and I hope you will find a way to bring him back to his, as soon as possible. The time he will serve will not only punish him, but his children and wife. For their sakes, and for his, I hope this note finds you well and compassionate.

Very truly yours,


Michael Sugar



April 21, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Matsumoto:

I am writing this letter on behalf of the Sugarman family. My Mom passed away in 2010 after a heroic battle with cancer and my Dad is suffering from memory loss. I plan to move my Dad in with me shortly to hopefully reintroduce some normalcy into his life. We do not always agree, but we do believe strongly in family.

The Sugarman family has known Evan Greebel for a long time. He is married to Jodi Citrin. The Sugarman and Citrin families have been close friends since I was a young boy. My Mom even appointed Niles Citrin, Jodi's father, as my caretaker if anything ever happened to my parents as I was growing up.

My Mom was always the toughest judge of character. She liked people who were nice, generous with good manners, loyal, trustworthy, had a sense of humor, smart, able to communicate thoughts crisply, and never took things too seriously. My Mom really liked Evan Greebel. My Dad and I really like Evan Greebel.

I have always enjoyed my interactions with Evan at numerous family events. We spend our time talking about life, politics, relationships, and recent trips. When we talk about business, it is interesting and informative. Never once in all of our years of friendship did Evan talk about anything mischievous or ask me about any untoward business scheme.

As a former law clerk to the Honorable Kevin Thomas Duffy and a current Managing Director at Morgan Stanley, I appreciate the severity of this situation and the importance of protecting investors. However, I do not believe Evan has criminal intent. My Mom would have given Evan a good kick and he would have been on his way. Evan is all about family and he should be at home with his lovely wife helping to raise three young children. If we are a society that truly believes in rehabilitation, this would be a wonderful place to start. Evan poses zero threat and he can do a tremendous amount of good focused on charitable initiatives. Let that be the message to the media frenzy. I promise on behalf of the Sugarman family that Evan will make you proud.

Best regards.

Ian K. Sugarman

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Judge Matsumoto:

My name is Josh Sussberg. I have known Evan and Jodi Greebel for the better part of a decade. We both have sons in the third grade and our boys have been friends since they were infants (first in New York City and subsequently in Scarsdale). During this time, I have gotten to know Evan. In addition to socializing together, I have had the opportunity to coach with and against him in youth sports. And there is no doubt that it is better to have Evan on your sideline. He is engaging, committed, and a good role model for all of our boys. Through his attitude and approach to coaching, it is self-evident that he takes pride in everything he does and demonstrates a preparedness that is far from standard. He is also an intelligent and thoughtful person that takes great pride in his family and community.

On a more personal level, I dealt with significant health issues back in 2016 and I will never forget Evan both immediately reaching out and coming to visit with me in the midst of all the issues that he was dealing with. I was humbled and greatly admired Evan's compassion when we had an opportunity to sit together over lunch. I remember our conversation and was extremely appreciative of Evan's understanding and friendship at a very difficult time.

The qualities that Evan has displayed on the sidelines, as a father and a friend are the qualities that truly define him as a person and are constantly on display for those that interact with him to see.

Joshua A. Sussberg, P.C.

KE .

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

May 6, 2018

Dear Judge Matsumoto:

I am writing this letter to convey a request that you please conside Evan Greebel's fine upbringing and wonderful family values. Evan has been a fellow studen; d companion to my own sons from preschool thru high school. They all attended Havdalah sea ons on Saturday evenings at the Westchester JCC from their 5th thru 9th years of age. Evar vas always a straight laced individual. My wife, Jacqueline, and I attended his wedding cerem o; . He went on to produce 3 beautiful children of his own.

I beseech you to be lenient and considerate to Evan and his family and : mmunity. His intelligence and expertise could be put to better use than being incarcerate.

Thanking you in advance, I remain,
Respectfully yours,

Dr. Harold I. Sussman

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto,

My name is Elise Citrin Swasey. I am the sister of Jodi Greebel and the aunt to Evan's children,
                                                           I have known Evan Greebel for 13
years. Aside from being genuine, honest and principled, Evan is a devoted husband to my sister
and a loving father to my nephews and niece.

Jodi and I lived together in an apartment when she began dating Evan in 2004. Coming from a family
with strong values, I was relieved when my sister met a man who was equally dedicated to his own
family. While the natural progression of intimate relationships would cause most siblings to drift apart
as they began a new life, I found quite the opposite.

From the time Jodi and Evan began dating, I felt as though I had gained another brother. Evan
expanded his circle of friends to include me and welcomed me into his family. He and Jodi
established Sunday night dinners at his apartment with his brother, his sister, and me. We would take
turns cooking and share our weekly stories about the challenges of living, working and dating in
Manhattan as a young adult. Somehow, despite the hours he worked, Evan managed to cook a
number of these dinners (he was especially proud of his healthy honey mustard chicken) and more
importantly, he always put down his work for these dinners. These dinners lasted through all of the
years of their dating, engagement and into marriage, later including others such as our younger
brother, who was in college at the time the dinners began, the boyfriends and girlfriends who became
our spouses, and the children of the next generation.

One example of Evan's true character and the extent to which he has always gone out of his way to
include me was in 2005, when he insisted I join him and my sister on their anniversary dinner because
I had broken up with a boyfriend of two years earlier that day. I could barely see through the tears, but
Evan refused to leave me home alone. While this is just one example, it is an excellent representation
of the kind of man he is. I could not have asked for a kinder, more sincere or dependable husband for
my sister.

Evan has always helped me and cheered for me as I forged a new path. Through the years I have
known Evan, I have regularly discussed different business ideas with him. One hallmark of the advice I
received from Evan is that any business I start be set up the "right way". He wanted to make sure I
understood the structural formalities, ensure that I protected my intellectual property and most
importantly, he wanted to make sure that any advertising I did was honest and accurate. He reminded
me not to "cut corners" and also not to "over promise" on products I was offering.

Over the years Evan has always been there to provide advice or emotional support when I needed
it. When my brother tragically died in 2015, Evan became the rock and source of strength that my
sister, my parents, and I needed to continue living. While my family misses our brother every day,
Evan thought it was important to honor his memory so he and Jodi organized a fundraiser for the
Westchester SPCA. This was significant to me because while Evan is highly allergic to dogs and cats,
he knew our brother truly loved animals. Evan felt it was more important to honor our brother, even if it
meant Evan would be exposed to multi-day allergy attacks.

Our brother's passing greatly affected my sister and me. While I have had the ability to grieve in my
own time,
                                    . Due to Evan's unwavering support and comfort, my sister has tackled
each day and tried her best to raise my niece and nephews.

████████████████   I am frightened to imagine what could happen to them if Evan is not present to help raise them and my sister is not able to rely on Evan's strength.

I am perplexed and saddened by the jury's conviction of Evan for the crimes of which he was charged.  Evan is ethical and trustworthy and has always displayed the highest level of integrity.  He genuinely cares for other people and about doing things the right way.  This conviction is completely inconsistent with the man that I know.

The pain suffered by Jodi, Evan and their family during this ordeal has been considerable. I beg that when exercising your discretion at sentencing, you will consider Evan's many fine qualities and the impact that his absence, warmth, and immense love will have on my sister and their children during their formative years.

Most Sincerely,

Elise Cit Swasey

Elise Citrin Swasey

4/23/2018

Ted Swasey

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I am writing to you on behalf of Evan Greebel. Evan is married to my sister-in-law, Jodi.
While I have only known Evan since 2014, I can assure you that Evan is an individual of
solid character who places his family above all else.

I have three children from a prior marriage. Bringing different families together can be a
challenge, and was especially one for my son, who was probably the hardest hit by my
divorce. Evan has always gone out of his way to make my son feel a part of his new
extended family, effusively greeting him with a fist bump on all occasions and asking
him the sort of questions eleven years olds love to answer (i.e., anything about video
games).

That kindness also shows when he's with his own children. Evan is a wonderful and
engaging father, constantly teaching and playing with his kids. He's a paragon of
patience with them in all circumstances, whether showing them how to solve
complicated math problems or resolving disputes over the new rules of the board game
"Sorry." He's raised some amazing, sensitive, and empathetic children.

Evan especially shined two and a half years ago when my wife's brother tragically
passed away. He was a constant presence, taking time off from work to guide Jodi,
Elise, and her parents through an unbearably tough time. He has continued to be
supportive, helping organize a gathering to remember Mark a year later.

Evan is a kind, thoughtful family man. It's hard to believe he could be guilty of the
things he's been accused of. I know this case and subsequent conviction has already
taken a severe toll – I would imagine it would likely be impossible for him to ever go
back to practicing law, which he loved doing so much. I hope and pray that you will

think of his children, who would be devastated to lose him for any amount of time, and show him the leniency I truly believe he deserves.

Sincerely,

Ted Swasey

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is Matthew Tauber and I have lived in Scarsdale, NY for the past 6 years. I am an Executive Vice President of Sales for Apex Exchange which is part of Publicis Media. I have three elementary school aged children and have become an active member of the Scarsdale community. During my time in Scarsdale, I have gotten to know Evan Greebel and his family quite well. The purpose of my letter today is for you to gain a better understanding of who Evan Greebel is as a person and a member of the Scarsdale community. I am also asking that you show leniency in your sentencing of Evan as I think he is a stand up gentleman, a family man, an overall good person and a valuable member of the Scarsdale community.

Evan and I have coached little league baseball together and he has also been a coach for my son, Noah, in Recreational ("Rec") basketball as well. I have seen first-hand how Evan works exceptionally well with kids and is a fantastic coach. He is fair, understanding and most importantly knows how to bring fun into a little league or Rec basketball game. The kids on our team seem to have a great relationship with Evan. They trust him and seek out his advice on how to become a better player and improve upon their skills. Evan shows great patience with the kids on our team. While we all want to win, Evan understands that having fun, being inclusive to all kids and improving upon their skills is most important. My son Noah has told me on several occasions how much he enjoyed playing on Evan's Rec Basketball team. Evan has and continues to be a great role model as a coach and a parent and therefore I see him as a valuable asset to our community.

Understanding his situation, I still back Evan and support him 100% and hope that you can find the decency to seek leniency on him.

Thank you,

Matthew Tauber

Avner Tavori

May 6, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

In 2007 – 2011 I worked for the UJA Federation of New York, which is the
primary philanthropic agency that serves the Jewish community of New York and
also funds special initiatives in Israel. During that time I met Evan Greebel.

Evan Greebel was among a small group of volunteers who were active
participants in the work of UJA . He was a member of a small committee that I
managed, and which focused on creating small businesses in Israel as a tool for
lifting people out of poverty. The committee met regularly to discuss new ways of
helping people, and monitor existing programs.

Evan was passionate about using his personal knowledge and experience to the
benefit of the less fortunate in the Jewish community in New York and in Israel.

Sincerely,

Avner Tavori

April 25, 2018

To Judge Matsumoto,

I have been the Early Childhood Director at Westchester Reform Temple for the past 14 years. I have known Evan Greebel and his family for the past 4 years. Evan has been a wonderful father, attending all ECC events like Tot Shabbats, Sanctuary services, Shabbat in the classroom, ECC evening events like our art show, as well as Parent Teacher conferences to learn more about his children's growth. I know him to be polite, respectful and compliant when it comes to observing any of our school policies and programs.

Evan is a supportive father and husband and I see how happy his children are when he is present at any school functions.         , the middle boy, attended all three years at our preschool and flourished as a result of his parents support.         , his youngest is currently in our         and very attached to her dad. I have seen Evan interact with his children and the parents in this community. He is loved and respected..

A few years back Evan's wife's brother committed suicide and the ordeal was horrific for their family. Evan was there to support Jodi and their children through the toughest of times. He has been the rock in this family. This situation actually caused my staff to offer to help the Greebels with childcare if they needed it. The loss was so great and felt by all of us. We love and respect this family and wanted to help them in any way possible.

It is my opinion that any change to this household would certainly have a negative effect on his children in particular. The Greebels are indeed such a close family.

I hope this letter is helpful and if you wish to contact me directly with any questions, I can be reached at the email and phone number below.

Sincerely,

Susan Tolchin

Sue Tolchin, ECC Director

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I write this letter to ask for leniency and in support of my good friend, Evan
Greebel, ahead of his sentencing.    I hope this letter reaches your desk in time.

I have known Evan for approximately seven years.   We initially met through a
social club and became very good friends and golf buddies, spending time together with
our families on the weekends.    However, our relationship is also professional in nature,
as I chose Evan to represent me and negotiate the sale of my company at the end of
2015.  Because of this, I feel somewhat uniquely able to write in support of Evan's
personal and professional qualities.

First on the personal side, I can say without hesitation Evan is an amazing family
man.  Much more than the average guy, I can recall countless days of Evan spending
time patiently with his children, throwing a baseball or a football.  Evan's children have
always been his paramount concern and they have raised three beautiful children.    I
have always known Evan to be a "good" guy and in fact I always think of Evan as
having some of the highest ethical and moral standards amongst all of my friends.   I
still feel this way.

During the summer of 2015, as I was considering the sale of my company--one
of the biggest decisions of my life--I had another big decision to make.   Who, amongst
the many lawyers I knew in NYC, would I choose to represent me during this extremely
stressful, cumbersome, and complicated process?    I interviewed and spoke with many

was a ferocious advocate for my interests, and an overall fantastic attorney.   He had tremendous attention to detail.   After the completion of the sale, the acquiring company (for whom I worked for a while) mentioned to me multiple times that Evan had done a great job.   This not a man who should be spending years in prison-- It is a man who has a tremendous amount of intellect that he will contribute to society in coming years.

However, aside from Evan's great family characteristics and professional accomplishments, I have been most impressed with Evan since the day he was arrested.   Despite the tremendous, unknowable stress on Evan and his family, Evan has managed to forge forward with his life in numerous ways.   First, Evan spent hours sifting through thousands of documents in his own defense.   In the midst of doing this, Evan found time to start multiple entrepreneurial projects, including a healthy food movement in his children's schools and other locations, a potential drug rehabilitation program, and quite a few other ideas we have discussed recently.

I find this astounding.   I know many people who have gone through nothing compared to Evan during the last few years, yet have been far more unproductive and less creative.   I truly admire Evan for this.

I am certain that Evan will be a major asset for his family, his community, and society at large in the future.

Your honor, I ask you to take as much as leniency as possible when considering Evan's sentence.

Sincerely,

Gary C. Trief
4/26/2018

Marin and Brad Weinberg

April 30, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

We live on Penn Boulevard in Scarsdale, just two doors down the street from Evan
Greebel. We met Evan and his wife Jodi four years ago when they moved to town.

Evan and Jodi are the kind of people you hope to have as neighbors. They are
responsible for bringing a strong sense of community to our street. They have
hosted us for numerous Shabbat dinners and family get-togethers. Their door has
been open to our family since the day they moved to our street.

Our son, now age 7, began developing an interest in basketball last year. Evan,
realizing our driveway was a big hill, graciously offered for our son to come play at
his basketball hoop anytime.

Evan and Jodi also brought several families from our street together and hosted all
of us at their home. This initial get-together resulted in regular "neighborhood
family dinners" that rotate from house to house. These dinners that Evan and Jodi
organized have become a wonderful neighborhood tradition for both children and
adults alike.

Evan is a hands-on, loving and supportive husband and father. We have witnessed
first hand his closeness with his kids and his gratitude and appreciation for his wife
Jodi.

We are aware of Evan's legal situation and we support and stand by him. From the
bottom of our hearts, we ask that you grant leniency to Evan, our neighbor and
friend.

Sincerely,

Marin Weinberg & Brad Weinberg



May 1, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is Daniel Weiser and I live in Los Angeles, California where I am a licensed real estate broker and sell primarily residential real estate. I am married to Shelby Weiser and we have three sons.

I have known Evan Greebel since 2004. There are people I have known in my life, even close friends, that I cannot recall the circumstances under which we met or became friends. I remember the night I met Evan vividly. My wife, Shelby, has been extremely close with Evan's wife Jodi since they were college freshmen at Duke University. Shelby and I were living in Los Angeles at the time and came to New York for a visit, as we often did at that time. Jodi was dating Evan at that time and we all met one night after work. Evan made a lasting impression on me. He was without a doubt, the most passionate person I had ever met in regards to his work as an attorney. He was working an extraordinary amount of hours, by any standard, and seemed to love every minute of it. I remember speaking to Shelby after this first meeting (Shelby is also an attorney as are many members of her family in addition to my own brother) and being so impressed by Evan's work ethic and passion. I can't think of anyone in any field to date that has made this kind of impression on me. I was very happy for Jodi when they eventually became engaged that she found such an honest and "solid" man.

Jodi and Evan became great friends of ours, despite our living on opposite sides of the country. Shelby and Jodi made a pact in their youth that they would always be there for one another. We were at each other's weddings (Jodi and Shelby in each other's wedding parties) and all seemed to be on the same track in life.

Shelby and Jodi became pregnant within close proximity to one another and we each had our first of three children, our oldest boys, within about a month of each other. Before this point I knew Evan as an attorney, a boyfriend and then husband to Jodi, but now I got to see him in his new role as a father. I remember the first time in their apartment in New York with our young sons playing and exchanging stories of our new roles. Evan again was adjusting to a new role passionately and with what seemed like little effort as it was so natural to him.

THE AGENCY

DAN WEISER | DIRECTOR, ESTATES DIVISION | DAN@DANWEISER.COM
331 FOOTHILL ROAD, SUITE 100 | BEVERLY HILLS, CA 90210 | 310.721.5899
CALBRE #: 01757150

In August of 2015 when Shelby called me beside herself that Mark Citrin, Jodi's brother, had taken his own life, we were all crushed for their family. Shelby got on a plane immediately to New York while I stayed home with our three boys. Again, when we spoke after her arrival, out of everything that she witnessed with the family the one thing that stood out to her that she reported to me was how amazing Evan was and how he was taking care of everything and being strong for the family and was so good with Jodi who was grieving the loss of her brother while also taking care of a newborn. Again, none of this surprised me and I honestly would not have expected differently.

When we found out about Evan's arrest I was in complete shock. We checked in with Jodi often during this difficult time. In November of 2017, while Evan was on trial in your courtroom, we also came to support him and spent the day there. There was no question that we would make the trip to New York to do so. It was the least we could do for a friend who we were sure would do the same for us.

The following day after we were in your courtroom, we went to the Greebel home for the day. We spent time with the family and spoke to Evan about the trial. As usual, he was honest about the realities of the circumstances and he was doing a good job staying positive. Even under what I imagine to be the most stressful of circumstances, he was playing with his children, making arrangements for the kids' sports and activities over the next few days and just being a husband and a dad. I don't know that I would have held up as well under the same circumstances, but it did not surprise me that Evan was positive because he always knew how to stay strong and honest.

In the fourteen years that I have known Evan Greebel I know him to be nothing but an honorable and honest person. I have seen him in good times and bad. He is a good man, a good husband, a good father and despite anything that may has transpired I believe this to my core because I have had the benefit of seeing it first hand over the course of many years.

The words that I type cannot convey to you my passionate feelings for leniency for Evan's sentencing. I have been dreading this since we heard the verdict months ago. Evan needs to be at home with his wife and children and any period of time away from them will be devastating for a family that has already experienced a great deal of loss.

I have a very personal feeling about this because although under very different circumstances, I spent my life seeing what separation of a child from their parents did to everyone involved. My father was born in 1941 in World War II Europe. My grandmother had the foresight to get him hidden and cared for by another family before the Nazi's took her to Auschwitz. The good news is through a string of miracles everyone survived and my father was reunited with his parents after the war ended when he was about 8 years old. However, I saw, and continue to see the emotional scarring of my father, now in his late 70's, from that period of his life and saw the pain it caused my grandmother until the day she passed away.

To me, Evan not practicing law is difficult because he had such a passion for it, but the idea of him being separated from his family is unbearable. I feel that the punishment will be as much to Jodi,                              as it would be to Evan.

I respectfully request that you please take Evan's family in to account when weighing your decision as to his sentencing as any sentence you impose on him, will be imposed on them as well.

Sincerely,

Daniel Weiser