# ADDENDUM A

ADDENDUM FILED UNDER SEAL