**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

July 18, 2018

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

On behalf of our client, Evan Greebel, we write to respectfully request the Court's permission for Mr. Greebel to travel to the Northern District of New York for a family event this upcoming weekend. Mr. Greebel and his family will travel by car and will stay in a hotel from Friday, July 20, 2018 through Sunday, July 22, 2018. Mr. Greebel will return to Scarsdale, New York on Sunday.

We have spoken with pretrial services, which has no objection to this request, and the government, which takes no position as to this request.

We thank the Court in advance for consideration of this request.

Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.