**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

July 19, 2018

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

We respectfully submit this brief response to the government's July 18, 2018 letter. Dkt. 642. We have no objection to the government's requests for more time and/or a hearing. We complied with the Court's deadline. *See* May 11, 2018 Docket Entry ("In order to afford counsel additional time to collect letters and other materials in aid of sentencing, this [C]ourt grants Mr. Greebel one final adjournment of the 6/26/18 sentencing date to 8/9/18 at 11:00am. Counsel shall file a sentencing memoranda by 7/16/18 . . . ."). We also complied with the E.D.N.Y. Local Rules on redactions. *See* Local Civil Rule 5.2, Committee Notes. The length of our submission is due to the overwhelming outpouring of public support for our client and his family. We submitted an analysis by ███████████████████ ████████████████████████████████████████████, to provide the Court with information about ██████████████████████████████████████████████.

Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky