**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

July 20, 2018

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

We respectfully submit the attached letter from Howard Jacobs, which was inadvertently excluded from the compiled letters in support of Evan Greebel submitted with his sentencing memorandum on Monday, July 16, 2018. To the extent we receive additional letters in support, we will promptly provide them to the Court and government.

Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky