

U.S. Department of Justice

United States Attorney
Eastern District of New York

AES/DCP/DKK
F.#2014R00501

271 Cadman Plaza East
Brooklyn, New York 11201

July 23, 2018

By Hand and ECF

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: United States v. Evan Greebel
          Criminal Docket No. 15-637 (KAM)

Dear Judge Matsumoto:

      The government respectfully submits this letter to advise the Court that it will not seek a hearing regarding the contents of the sealed addendum ("Addendum A") that the defendant Evan Greebel filed in connection with his sentencing memorandum on July 16, 2018. (See Dkt. No. 639). In accordance with the Court's July 19, 2018 order, the government will file its response to the defendant's sentencing submission on July 25, 2018. At that time, for the reasons set forth in the government's prior letter dated July 18, 2018 (see Dkt. No. 642), the government will also file a motion to unseal portions of Addendum A, along with those portions of the government's sentencing submission that address the contents of Addendum A.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:   /s/_____
      Alixandra E. Smith
      David C. Pitluck
      David K. Kessler
      Assistant U.S. Attorneys
      (718) 254-7000