**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

July 26, 2018

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

We respectfully request two additional days to respond to the government's 86-page sentencing memorandum.  The current deadline for our reply submission is July 30, and we respectfully ask to instead respond on August 1, 2018.  We have conferred with the government, and they have told us they take no position on this request.

Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky