July 30, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Matsumoto:

    My name is Daniel Hoffman. I am a licensed attorney who practices commercial litigation in New York. I write to respectfully request that you exercise leniency in your sentence of Evan Greebel.

    My sister is married to Evan's younger brother, and I have known Evan since the two began dating over seven years ago. During that time, I have gotten to know Evan, along with the rest of the Greebel family, quite well, and in my observation, Evan is an upstanding and dedicated family man, and loving brother, father, son and husband. Evan, his wife Jodi, and the entire Greebel family, have been very welcoming to me and my wife, inviting us over for family celebrations, religious holidays and treating us like an extended part of their family.

    Just last year when my sister and brother-in-law were experiencing a challenging medical ordeal, Evan was incredibly helpful, supportive, and always ready to drop everything to lend a hand. The fact that Evan was so willing to dedicate his time and energy to family, despite his ongoing prosecution, speaks volumes as to the type of person he is.

    Over the last three years I have followed Evan's case closely, including attending trial while the government put on its case. The government's depiction of Evan is entirely inconsistent with the family man I have come to know. I am confident that if granted leniency, Evan will continue to be a loving and supportive family member and a positive, contributing member of society.

    I appreciate your time and consideration of this letter.

Respectfully Submitted,

Daniel Hoffman