```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X

UNITED STATES OF AMERICA                 MEMORANDUM AND ORDER

        - against -                      15-cr-637(KAM)

EVAN GREEBEL,

                Defendant.

-------------------------------------X
```

**MATSUMOTO, United States District Judge:**

The government's Motion to Unseal, (ECF No. 649), is granted. Mr. Greebel shall refile his Sentencing Submission, (ECF No. 639), on ECF with the government's proposed redactions to Addendum A of Mr. Greebel's Sentencing Submission, (ECF No. 639-5), applied. Those portions of Addendum A not included in Exhibit A to the government's Motion to Unseal, (ECF No. 649-1), may be fully redacted. The parties should also refile their respective letters regarding Addendum A, (ECF Nos. 642 and 643), on the docket without redaction. The government's Motion to Unseal is hereby unsealed.

Additionally, Mr. Greebel indicates on the docket that Exhibit A to the Sentencing Submission, (ECF No. 639-1), is redacted. However, no redactions are visible and Exhibit A does not appear to contain any personal or highly sensitive information. Mr. Greebel is asked to clarify whether the designation was entered in error. If Mr. Greebel intended to

redact Exhibit A, (ECF No. 639-1), or omitted pages from Exhibit A, Mr. Greebel is directed to resubmit Exhibit A with proposed redactions and an accompanying Motion to Seal.

**IT IS SO ORDERED.**

Dated: Brooklyn, New York
       August 2, 2018

                                     /s/
                              **KIYO A. MATSUMOTO**
                              United States District Judge
                              Eastern District of New York