

U.S. Department of Justice

United States Attorney
Eastern District of New York

AES/DCP/DKK  
F.#2014R00501

271 Cadman Plaza East  
Brooklyn, New York 11201

August 3, 2018

By Hand and ECF

Honorable Kiyo A. Matsumoto  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

         Re:  United States v. Evan Greebel  
               Criminal Docket No. 15-637 (KAM)

Dear Judge Matsumoto:

      Pursuant to the Court's Memorandum and Order dated August 3, 2018 (Dkt. No. 658), which granted the government's motion to unseal certain materials related to the sentencing hearing in the above-captioned matter, the government hereby publicly files the following attached documents: (1) an unredacted version of the government's July 18, 2018 letter, originally filed as ECF Docket No. 642, which is attached hereto as Exhibit 1, and (2) an unredacted version of the government's motion to unseal, dated July 26, 2018, originally filed as ECF Docket No. 649, which is attached hereto as Exhibit 2.

      In addition, also enclosed is Exhibit 3, which is provided only to the Court and defense counsel, and is not filed publicly. This exhibit constitutes pages 66 to 71 of the government's sentencing memorandum (initially filed as ECF Docket No. 648), which were previously redacted in full because Addendum A remained entirely under seal. Given that the Court has now unsealed portions of Addendum A, the government proposes revised redactions to these pages of its sentencing memorandum. The portions that the government proposes should nonetheless remain under seal are highlighted in yellow. If the Court agrees with the

government's proposed revised redactions to its sentencing memorandum, the government will also file that document publicly.

                              Respectfully submitted,

                              RICHARD P. DONOGHUE
                              United States Attorney

By:   /s/_____
       Alixandra E. Smith
       David C. Pitluck
       David K. Kessler
       Assistant U.S. Attorneys
       (718) 254-7000

cc:    Defense Counsel (via email)