**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

August 6, 2018

VIA HAND AND ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

We respectfully write in response to the Court's August 3, 2018 Order unsealing certain parts of Evan Greebel's sentencing memorandum and the government's response thereto. Dkt. 658. Pursuant to that Order, we attach herewith an unredacted version of Mr. Greebel's July 19, 2018 letter regarding Addendum A, which was originally filed in redacted form at Dkt. 643. We further clarify that Exhibit A to Mr. Greebel's sentencing memorandum (Dkt. 639-1) was designated as "redacted" on the docket in error; it was publicly filed in full and we do not seek to redact any part of that document.

We are also submitting to the Court and the government, but not yet filing publicly, a version of Addendum A to Mr. Greebel's sentencing submission. In addition to applying the redactions proposed in Exhibit A to the government's Motion to Unseal, Dkt. 649, we have also highlighted in yellow a few additional lines. We respectfully request that the Court allow these lines to remain redacted, as they concern additional sensitive personal information of various conditions. Should the Court grant this request, we will re-file Mr. Greebel's sentencing submission and Addendum A thereto with those redactions applied. If the Court declines our request, we will file Addendum A with the government's proposed redactions, but without our additional redactions.

Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky