**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

August 8, 2018

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

We write to inform the Court that we are respectfully withdrawing our request for additional redactions. We will refile on ECF this morning Mr. Greebel's sentencing memorandum (Dkt. 639) and all attachments pursuant to the Court's August 3, 2018 Order (Dkt. 658).

Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky