

**Robert and Ricki Weiser**

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto,

We met Evan Greebel approximately 13 years ago while he was dating our niece Jodi. We had the opportunity to get to know Evan while he was dating Jodi and then after they got married we were pleased that he became part of our extended family. I am a retired Executive of Macy's and now have my own consulting practice. My wife, Ricki, is a geriatric care manager. We are aware of Evan's situation and fully support him.

From the time that we first met Evan, we were impressed by his forthrightness and interest in learning about my wife and me. My wife and he discussed what it was like growing up in Scarsdale (although they grew up in different generations, they both had some of the same teachers). I also remember, Evan talking to my sons (who at that point were in High School and College). Despite being much older than each of my sons, Evan was curious about them and wanted to get to know them. We have been fortunate enough to share many happy occasions with Evan and Jodi, including weddings, brises and baby namings. Watching Evan as a father, we have always noticed how involved he is with his children. We especially notice how he prioritizes his children over anything else in his life.

However, one occasion stands out and it demonstrated to us the type of person Evan is. Almost 3 years ago (in the summer of 2015), our nephew (and Jodi's younger brother) suddenly and tragically passed away. From the moment it happened, Evan tried to be the support system for both his wife and his in-laws. Evan was focused on making sure his and Jodi's children were taken care of and not causing too much commotion. He also tried to make sure that Jodi was not overwhelmed with their infant child as she was grieving for her brother.

We also remember seeing their other children in the days following the funeral. I sadly remember seeing the look on their younger son's face as he tried to find his uncle. I also remember Evan asking our thoughts on how to deal with the older child's anguish. ██████████████████████████████████████████████████████████████████

Unfortunately, my wife's mother passed away last year. Despite the existing challenges in Evan's life, he and Jodi attended the funeral to support our family in our time of need. That is the Evan we have grown to know--one who prioritizes family and looks to support others when they need it.

In the days following the conclusion of his trial in December, I know that Evan and Jodi sought the opinion of many (including us), in how to discuss and update their children on the situation. The nature of that conversation is one that I hope no parent has to have with young children. ██████████████████████████████████████████████████████████████████ I am genuinely concerned about the impact that Evan's sentence will have on his kids given the trauma they already experienced at the sudden loss of their uncle.

We do not believe the events discussed in the trial define Evan. We also believe that he is a genuinely good person and respectfully ask that you be lenient. Our nephews and niece need Evan in their lives and will endlessly suffer if he is taken away from them

Sincerely,

*Robert R. Weiser*   *Ricki Weiser*

Robert and Ricki Weiser

Shelby Weiser

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is Shelby Weiser, and I am writing this letter on behalf of Evan Greebel who is due to be sentenced soon. I am very close friends with Jodi Greebel, Evan's wife, from our days at Duke University. I am a transactional entertainment attorney, and I work in Los Angeles. Like Jodi and Evan, I also have three young children.

My husband, Daniel, and I met Evan very soon after he and Jodi started dating in 2004. In the years that followed, Jodi and Evan flew to California to attend our wedding where Jodi was a bridesmaid, and Dan and I flew to New York to attend their wedding where I was a bridesmaid. Although we live across the country from each other, we still consider Jodi and Evan as some of our closest and dearest friends.

In 2005, after practicing law for two years, I left my first firm and I became an associate at Katten Muchin Rosenman, LLP where Evan also practiced. Given that my practice was transactional but not corporate in nature, I would often call Evan with corporate law questions, and Evan was always professional, ethical and well-reasoned in his responses. He gave excellent advice. It also became clear to me through these phone calls and the time we spent with Evan and Jodi in New York and Los Angeles that Evan's passion for and dedication to the law were greater than that of any attorney I had ever met (and I know a lot of attorneys).

Evan also loved his other role as husband and father. Any minute that Evan wasn't working, he was spending time with, and doting on, Jodi and his three children, ███████████████████. In 2015, tragedy struck Jodi's immediate family when Jodi's younger brother, Mark, took his own life. I flew to New York to sit Shiva (the traditional Jewish mourning period) for Mark. It was clear from being there with Jodi, Evan and Jodi's parents and sister that Evan was Jodi's rock as well as the rock for their entire family. Evan and Jodi also had a brand new baby girl who arrived a month or two before Mark's passing. As you might imagine, getting literally through each day at this point was a huge feat for Jodi, and Evan was there by her side loving and supporting her and their young family and ensuring she could make it through. And Evan continues to do this for Jodi to this day. Although the pain of Mark's passing dulls a bit with each year that passes, it will never go away, and Jodi relies on Evan to get her through the dark days and nights.

Judge Matsumoto - this family has already been through so much between Mark's passing and Evan's current legal situation. And every day for Evan not practicing law is a severe punishment in and of itself. Under these circumstances, I do not believe there would be any benefit to society if Evan is incarcerated. Evan is a good person, a wonderful father and a supportive husband, and his young family needs him home with them. It's hard for me to imagine Jodi raising ███████████████████ alone. She needs Evan there by her side. I am confident that Evan will live the rest of his life as an upstanding member of society and that any decision to

Shelby Weiser



be lenient will not be regretted.  I respectfully request that you keep all of the foregoing in mind when Evan is sentenced.

Thank you for your time and your consideration.

Respectfully,

Shelby Weiser

The Honorable Kiyo Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

April 30, 2018

Dear Judge Matsumoto,

My name is Lisa Weiskopf. I am a wife, a mother, and former Kindergarten teacher, living in Northville, MI. I have been asked to write a letter on behalf of my friend Evan Greebel. That being said, I am writing to paint you a picture regarding my history with Evan knowing that I am aware of his current legal situation.

I have known Evan for close to 20 years. He and my husband Mike met during their undergraduate years at the University of Michigan. After graduating, they each went in different directions. Evan to law school and New York City, and Mike teaching high school math and coaching high school football here in Michigan.

My initial meeting with Evan was at a University of Michigan homecoming weekend. I was the first serious girlfriend of the group (so I was told), and I was introduced to Evan and the people my husband still considers his closest and most trusted friend group. My memory of this was how attentive Evan was not just to myself, but towards Mike about his life in general although they hadn't seen each other for several years. Again, their lives were very different at this time, but Evan remembered details and was able to really have conversation with Mike about his job, and of course football. Throughout all these years, whether in person or over the phone, one of Evan's best qualities is, in my opinion, being a supportive and attentive friend towards my husband.

I find that this attentiveness and warmth spread to include our first child (the first of our group) seventeen years ago. I believe Evan came up with our group's nickname for him, "Tailgate Jake". It was at those football tailgates that I would observe Evan leave the adult group to toss a little football around with Jacob, or help him get some food if necessary. To this day, with three kids for us in the mix, Evan remains attentive and inclusive towards each of them when he is here in Michigan visiting for a University of Michigan football game, or coming in to share our special events, such as bar and bat mitzvahs, where my children made a point to include Evan and the others in their candle lighting speeches.

The next stage of our relationship is my favorite – Jodi. From the minute we met, I was confident that Evan had won the lottery. Her humor, kindness, and generosity are qualities that support and encourage Evan in his giving of himself in time, supporting charity work, and generosity. Now that they have their own young children, my observation of Evan, through phone conversations with my husband as well as when they are in town, is of a man who has matured in another direction- as a dad. A man dedicated and proud of his family, someone who is nurturing and passionate in giving his children life experiences that will make them well-rounded, socially adept, and kind to those around them.

In closing, I believe that the thread of friendship that has bound my husband, myself, and our family, with Evan (and now his family) continues to tie us together after all these years. I have only a limited understanding of what has led to Evan's current legal situation. I strongly believe that Evan has qualities that I find important and admire in a person that I would choose to have around myself and my children. This, to me, supersedes anything that brought him to his current situation.

Thank you for taking the time to read my letter.

Sincerely,
Lisa Weiskopf
Lisa S. Weiskopf

April 30, 2018


Michael G. Weiskopf




Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Judge Matsumoto:

My name is Michael Weiskopf.   I am a high school math teacher and football coach in Walled Lake, Michigan.  I am writing this letter on behalf of my friend Evan Greebel.  Evan and I met during my second, and his first year of college at the University of Michigan.  He and I came from very different backgrounds, he from Scarsdale New York and me from Oak Park Michigan.    Although he often played the role of the confident and brash New Yorker and I the role of the laid back kid from the mid-west, we became close friends immediately.  This friendship has continued through both our marriages, as we both stood up in the other's wedding, and our friendship remains close to this day even though he has returned to New York and I have remained in Michigan.

Knowing Evan for as long as I have,  I can honestly say that once he was married, and then became a father, his first priority has been his family.  I have spent many evenings on the phone with him, or on the occasion when we can visit each other, talking with him about what we both need to do to make sure that our wives and kids are taken care of both now and in the future.

As the older member of our friend group, I was the first to get married and have children. During this time, I often looked to Evan for advice for planning for the future.  He and I would discuss planning for future family events like schooling for the kids, career goals for myself and how to make sure my wife could choose to leave teaching and stay at home with our children when she wanted to do so.  Even though during many of these discussion Evan was far from being married or having kids, he had a wide knowledge of many of these topics.  I trusted not only his opinions as my friend, but also as someone who had a strong grasp of both legal and business ideas.  One example which really surprised me was a long discussion we shared regarding the merits of taking my kids to Gymboree, when  at the time, he was busy working long hours at his law firm and I am not sure he was even dating anyone at the time.  Yet he gave me a history of the Gymboree program and his thoughts on its merits.  I often wondered if he just knew this information off the top of his head or if he remembered me mentioning I was considering taking my son to this program and did his usual research on the topic so he could be part of an informed discussion.

As Evan progressed in his career, he also became more focused on settling down, getting married and starting a family. I felt very honored when he would call me for relationship advice. I am not sure what qualified me to give such advice other than Evan really liked my wife and I was lucky enough to marry her. He and I spent time talking about what one looks for in a partner and how that relationship grows over time. As a good friend, I was always ready to offer my thoughts about the women he was dating if asked. When Evan found Jodi, I knew she was the one for him, just by the calming effect she had on him the times we were together.

Today, Evan and I both have families. We still enjoy spending time talking about the future for our families. I have even begun considering my own retirement and a potential move to an area where my wife and I will be closer to Evan and his family even if it is only for a few months each year. After every visit with Evan and his family I remark to my wife how much I miss being able to spend time with him, Jodi and their kids. I often wish that he and I had the same proximity to each other that we did during our college years.

Evan and I grew up with families that took trips and visited relatives on vacation. We both spent time with our parents traveling, going to sporting events, and being involved in community activities. I can say without a doubt that giving his children this same type of experience has been a priority. Evan has been involved in coaching his children's athletic teams, he has organized group activities for his children, and designed his house so that the kids will have fun places to play and explore (even a secret room in the basement play room.) He has allowed his children the opportunity to try all sorts of activities to find which ones suit them best.

Evan has always been a friend who has encouraged me and pushed me to be my best and to take on new roles. This has been the case since we were in college and he pushed me to take the position of "new member educator" for our fraternity. I was reluctant due to the time commitment and how many other activities I was involved with. However, by offering to be my assistant , I was convinced to take on the role. While it did take up a lot of time, this turned out to be the right move for me. I really enjoyed educating the new members and helping to shape their image and goals for our fraternity. Being a future educator, I wanted to make this a positive experience for the new members and Evan was instrumental in helping me both plan and execute the program and activities. I still use some of the activities we created back then in my classroom today. Evan has continued to encourage me to take on new roles and become more of a leader in my career. These include the Mathematics Department Chair position at my high school , being a member of several state wide curriculum committees and organizations, and completing my National Board Certification. As Evan and I would discuss me embarking on each of these new positions, he would not only encourage me to step out of my comfort zone and attempt these new things, but also remind me of what he thought I would bring to these efforts and how important my input would be. His words of encouragement and support helped me to push myself and to take on these new roles with confidence.

My high school went through the process to become an IB School about 8 years ago. We were presenting to our school community the importance of a global perspective on learning. At that time, Evan was doing a lot of work involving business dealings with China. I noticed that his business card was in English on one side and Mandarin on the other. I used his card and this double representation as a concrete example of how

global all our business was becoming and how important it was that our students be prepared for this global world.

I continue to use Evan as an example with my own children of someone who has worked hard and been successful. I also hold him up as an example of someone who needs to be a good writer, being able to make a strong, clear, and concise argument on paper. He has spoken to my oldest son who is preparing to apply to University, about where he sees the trends in business and the world going so that he will be encouraged to study hard and strive to do well in his educational pursuits that will open doors for him in the future. I see Evan as having insight into these areas due to his work on Wall Street, and seeing firsthand the changes taking place in industries across the country and world. My oldest son is currently working on his Eagle Scout project here in Michigan, and again I used Evan as example since he is also an Eagle Scout. Evan has spoken to my son about completing his project and how valuable an experience this is for both his community and as something he can take personal pride in. Note- without being asked, Evan and Jodi made a donation towards my son's fundraising for his Eagle project even as he is involved in his current legal situation.

One aspect of Evan's character that I have always appreciated is how he takes care of his family and friends. I can speak to this first had since I am one of the people whom I feel he protects the most. He does this not because he feels that I am not capable, but because my circumstances differ greatly from the rest of our friends. In our group of friends almost all the members are lawyers, doctors, or business owners and all are quite successful. I am the only one who chose to work in public education. Additionally, I was the first to be married and have kids. I can say without question that I make the least amount of money within my group of friends and I was the first to have family expenses to consider.

Evan has always been conscious in making sure that I do not overpay when we all go out as a group. He used to take me aside and tell me that he felt I should only pay for my fair share and not for other's (for example wine and drinks with dinner as my wife and I do not choose to drink). He knew at that time that I did not have much extra money to spend, and he would subtly but forcefully make this clear to all those involved. I often argued this point with him to no avail as he would rather pay more, because he can.

Another very personal example of how he takes care of his friends is when I became ill in 2009/10. I was not sure what was causing me to feel so poorly. I went to my general practitioner and we tried to find out what was going on over many months. I was content to go along this slow process. One football homecoming weekend, Evan, along with another of our close friends, sat me down and demanded I talk to our friend's father who happened to be a surgeon at the University of Michigan Medical Center. I did, and with his help and resource, very quickly discovered that I had a mild form of lung cancer. Within 6 months I would have part of my left lung removed. Not only was Evan instrumental in pushing me to seek the medical help I needed, but he constantly called to check on me, see how I was doing, and see what I might need. He even bought me a year subscription to Netflix so I would have something to do while I recuperated. To this day, he still checks up on my health and he asks me friendly questions about how I am doing, I assume evaluating my overall health every time he asks.

I cannot speak to the events that have lead my friend to this point. I can tell you that Evan is a person who works hard to take care of his friends and family and making sure his family and friends are enjoying themselves. The Evan Greebel that I know works very hard and uses all his skills and knowledge to help those around him . I am very proud to be his friend. I value his friendship and advice. I know that he is a good person. The events that have lead my friend to this point are issues in which I have only a passing understanding. For me it comes down to this simple statement: Evan is a good friend who has always treated myself, my wife, and my three kids like we were members of his own family. I trust him with my most important decisions and I give tremendous value to his thoughts on all topics whether I agree with them or not. Regardless of how things turn out for him, I will always be his friend and I look forward to our continued friendship for many years to come.

I hope this gives you more insight into the person that I have known as a friend for well over 20 years.


Thank you for taking the time to consider my thoughts.

Respectfully,

Michael G. Weiskopf



*Elaine S. Weitzman*

May 18, 2018


The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto,

This letter is being written with deep affection for the Greebel family who I have known and who have been a part of my life for over fifty years. Lucille and Irving Nitzberg, my dearly departed friends were Evan Greebel's grandparents.

As a young man Evan Greebel was sincere, charming and kind. Always thoughtful of family and friends. He became a loving husband and devoted father, and as a friend of the family I reveled in his many accomplishments. I was with Evan and his family when he met his wife Jodi, when he courted her and when he married her. I've been watching him raise his three children and am impressed with the love and devotion he shows them.

I am deeply saddened that his life has taken such a turn and I encourage you, Honorable Judge, to take into consideration his goodness toward me and my family.

Sincerely yours,

Elaine S. Weitzman



*Jessica S. Weitzman*

May 20, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto,

I am writing to you today on behalf of Evan Greebel. Evan Greebel and I have known each other for over forty years. I have known Evan's family as well for the same length of time for our friendship stems back to when my parents were dear friends of Evan's grandparents, Lucille and Irving Nitzberg, when we lived up in Westchester County, Harrison, New York. In this time, Evan has proven to be of a fine and responsible character. Evan has also always been recognized as a reliable and respected member of his community.

I find it terribly upsetting to have learned about Evan Greebel's present situation. This letter is written with tremendous fondness for Evan, his wife Jodi, their children, Evan's parents, Barbara and Charles Greebel, and his very close siblings, Robert and Jennifer. Evan has always been a very devoted and caring son to his parents and a protective brother to his siblings. There has always been and still remains a tight bond between Evan and his brother and sister.

It is my hope that this letter regarding Evan Greebel and his situation will act as a positive and contributing factor when the court determines Evan's situation.

Very truly yours,

Jessica S. Weitzman

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

April 30, 2018

Dear Judge Matsumoto:

I am an attorney, currently on childcare leave from my position as an Assistant Corporation Counsel at the New York City Law Department, and I am writing to you in support of Evan Greebel.

I met Evan and his family almost two years ago when we moved to Scarsdale, three houses down from the Greebels. My husband, Omer, and I have two daughters, one in ████████ with Evan and Jodi's son ████████ and one in preschool with their daughter ████████ From the day we moved into our home, the Greebels have been kind, warm, and welcoming neighbors and friends.

The day after we moved, Evan and Jodi came by with homemade cookies and urged me to contact her with any and all questions I had about our new town. From that day forward, Evan and Jodi went above and beyond the call of ordinary neighbors, answering my numerous questions about garbage pick up, preschools, local playgrounds, and every other facet of suburban living.

When we had been living in town for only a couple of weeks, Evan and Jodi invited us to their home for their daughter ████████ birthday. They insisted we bring our older daughter too, as there would be kids for her to meet and play with as well.  I will never forget how I felt being in the Greebels' backyard that day, surrounded by so many unfamiliar parents and children, all there to celebrate Evan and Jodi and their daughter.  I wondered if my family and I would ever find our community the way that Evan and Jodi so clearly had.

Almost two years later, I feel lucky that we have found a community in our town, and my husband and I count Evan and Jodi among our dearest friends. We have play dates with our children and often have family dinners at each other's houses. We belong to the same synagogue, and we carpool our children to Hebrew school on Sundays. We wait at the bus stop together, and we see each other at school events, afterschool activities, and weekend sports.

I have firsthand knowledge of how involved Evan is as a father, and I know the essential role Evan plays in his family. I have been at their house in the evening when Evan is helping their oldest son, ████████ with his homework. I have witnessed Evan's kindheartedness and patience with my older daughter when he drives her to Hebrew school, and she makes demands that only a ██ year-old would dare make. I have watched

Evan play with our now almost three year-old daughters, being silly and making them laugh. I know Evan as a loving husband, always holding Jodi's hand when they're out and helping her in the house when they have friends over.

 I cannot imagine Evan's family without him, just as I cannot imagine our community without him. I hope you will take this into your consideration.

Respectfully,

Dana Wiczyk

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

April 24, 2018

Your Honor:

I am writing to give you my view about Evan Greebel, my neighbor, friend, someone that I admire, trust, and respect. My family and I moved to the suburbs from New York City in June 2016. It was a major transition, and I had many concerns about how our young daughters would adjust, and how my family would be welcome in our new community.

Within a week of our move, I met Evan and his family when they introduced themselves to us – they are our neighbors and live three houses away. From our first conversation, Evan has never hesitated to allay my concerns about our move and owning a home, has given me incredible advice and guidance, and introduced me to many of his friends, whom I now call my own. I've never had to ask Evan for anything; he's never hesitated to welcome me into his home and his life. There's no doubt in my mind that, without Evan's support and friendship, the transition would have been far more difficult.

Evan and I and our families have become close over the last two years, and we spend time together at family dinners and other events in our neighborhood. Those occasions have given me an opportunity to see how much Evan adores and dotes on his three wonderful children. He is the type of father who takes great pleasure in his kids. He's not embarrassed to be silly with his ████████████████████ and always makes time to attend the seemingly endless games and practices of his two sons ████████ and ████████. Evan is no absentee father – he is intimately involved in his children's upbringing, and it's a testament to his character that his three children are so warm, caring, and fun-loving.

I think it is also worth telling you about what kind of a husband Evan is. Jodi is hands-down one of the most wonderful people you could ever hope to meet, and there's a reason she and Evan are together. They are perfectly matched – two of the kindest, most compassionate, and down-to-earth people I've ever had the pleasure of knowing. Their love for one another, their strength as a couple, and their unity as parents become evident after spending only a short time with them.

It is my hope that, in determining what a just outcome would be in the matter before you, you take into account the person that Evan is and has been outside the events that led him to your courtroom. I have long believed that a prosecutor's job is to judge the act, not the person. It is far easier to do the work of the criminal justice system by removing the identity of those we charge and convict. But, of course, that model ignores the truth – defendants are always human beings, with lives and loved ones that it is easier to ignore than consider. Evan Greebel is a great friend, a kind neighbor, a loving husband and father, and a remarkable person who deserves equal measures of your consideration and compassion.

With the utmost respect,


Omer Wiczyk

April 25, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Judge Matsumoto:

I have known Evan Greebel since 2008.  During the last ten years, I have known Evan both personally and professionally.  He represented our firm Battalia Winston when we renewed our lease.  During these dealings he handled himself with the highest degree of professionalism and ethics.

Over the past ten years, we have gotten to know Evan and his family well.  He is an extraordinary father who always spends time with his children.  He is a proud father of three young children.  There in never a summer weekend where we don't see him with his children, teaching them how to swim, play golf and teaching them how to hit a softball.

It is unfortunate when good people are involved in challenging situations.  I can only speak to my personal knowledge and experience with Evan as a good father, a good husband and a good son.


Sincerely,


Dale Winston

Peter Winston

██████████

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I have known Evan Greebel his wife Jodi and their 3 kids for over 10 years now.  I have witnessed Evan grow from a Husband into a caring and loving father that puts his children ahead of everything else in his life including friends and work.

What I find remarkable about Evan is that during the period of his trial I was going through a very hard time in business and he would always contact me to see how I was doing. I had always thought to myself here is a person that is going through an extremely difficult time in his life, yet he finds time to reach out to me to see how I was doing and if there was anything I needed.  There are not many people I know that would think of others while he was going through such a difficult time themselves.

As a father of 2 myself I realize how important it is to be there for my children each day, to influence their learning and development. Evans absence from his family will be extremely hard for them and I hope that you can show leniency so that he can be there to support them through their childhood development and make sure they are raised with the same values as their dad.

I thank you for your time to read this letter,

Sincerely

Peter Winston

Scott Winter

5/25/2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Dear Judge Matsumoto:**

I would like to provide the Court with some background on Evan Greebel in the hopes that the Court provides leniency in Evan's sentencing so that he can rebuild his life with his family and put the events that led to his trial and conviction behind him.

I met Evan Greebel through Evan's brother, Robert Greebel. Rob and I are friends and we have known each other for nearly 20 years—first meeting in the Summer of 2000. For as long as I have known Rob, he has looked up to his older brother for guidance both personally and professionally. Rob followed his brother to the University of Michigan for his undergraduate degree and then Rob stayed on at Michigan for a JD/MBA, while Evan had left Michigan to go to law school.

I believe the first time I met Evan, he was attending an event for UJA-Federation, a charity in which Evan was very involved serving a leadership role. Rob introduced us and the three of us spent time together. We all had a lot in common, Rob, Evan and I were all about the same age, we were all lawyers, and had all attended Big 10 universities. Right away, I liked Evan personally. As both Evan and I live in Westchester, are married and both have three young children, we also know a lot of people in common.

My next encounter with Evan came professionally where I was able to observe Evan as a lawyer. Evan was a hardworking, knowledgeable and zealous advocate for his client. Although I am not aware of the specific facts of his case that led to this conviction, in my experience working with Evan, I only observed Evan giving honest legal advice of the highest caliber. There was never a moment where I doubted his ability as a lawyer, his honesty, or his character.

While I have worked with Evan in the past and have gotten to know Evan socially, I best know Evan through his brother Rob. Rob and I are good friends. We speak regularly—often multiple times a week--and we meet up socially for a drink or a meal multiple times a year. When Rob and I are together, we talk about our families, including our brothers. To put it simply, Rob idolizes his brother. The trial and conviction of Evan have been nothing short of traumatizing for the entire Greebel family.

Evan's wife and children are facing the prospect of losing their husband / father for some period of time. As a father of young children, I know how traumatic that would be for my family and I only hope that Evan's family doesn't suffer a long absence.

Finally, while I no longer practice corporate law, I would find it impossible to imagine that Evan could continue his legal career once he has completed his sentence. For someone like Evan that spent an entire life time training to become an lawyer and then practicing corporate law, the loss of his career is already a significant punishment.

For all of the reasons above, I hope that the Court is lenient in its sentencing as Evan has already suffered significantly and his family needs him.

Very truly yours,

Scott Winter

# Erica and Michael Wohlstadter



April 29, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is Erica Wohlstadter and I am writing on behalf of Evan Greebel. My
husband Michael and I have known Evan and Jodi for 9 years since our first children
were born in New York City. We became close friends very quickly, bonding over the joys
and hardships of first time parenthood. We spent countless birthday parties, classes and
playdates together witnessing our children's milestones and watching them form their own
special bond.  ██████  and  ██████  adored each other from the moment they could sit
up, eager to play together at any chance they could get. Jodi and Evan were always so
welcoming- they loved having people gather at their apartment. They would host endless
playdates and birthday parties and loved entertaining their friends as well. They have
always been extremely generous and just enjoy being surrounded by those they love.
During those early years in our sons' lives, Evan was a true example of a kind, patient and
loving father to ██████. He was extremely involved in his life and loved being a dad.
Nothing was more important to him than his family.

Over the years spent living in Manhattan, Jodi and I became extremely close and
eventually both of our families decided to move to the suburbs of Westchester. Jodi and I,
along with our children- we each now had two boys- had spent every Thursday afternoon
together for almost 5 years and I will never forget how we both burst into tears when it
came time for our final playdate. As a new mother, you long to find other women with
whom you can confide in and laugh about the roller coaster of being a mom and Jodi had
been that person to me. She is an incredible human being with a tremendous heart and
would do anything for her children and friends. Being a mother and friend are Jodi's
most cherished and important roles and she cannot do that to her utmost ability without
her husband present.

After living in Westchester for a few months, I will never forget the day Jodi told me she
and Evan were expecting their third child because my husband and I had the same news
to share with them. We were so excited to experience all of this together. One day, their
family was at our house for brunch and Jodi and I were sitting and eating with our

matching bellies and the four adults were discussing the impending arrivals of our third babies. Evan couldn't have been more calm and collected. He had always wanted three children and nothing about this new addition could rattle him. He has always had an even keeled attitude and has a very mature outlook on whatever is thrown his way. What Evan has been through these past two years would break most people but he has handled it with such grace, putting one foot in front of the other and being a pillar of strength for his wife and an admirable role model for his children.

When Jodi suddenly lost her brother Mark over two and half years ago, she needed Evan's strength more than ever. She experienced a loss that was so unimaginable and Evan supported her and her parents and sister through every painful moment. He was Jodi's emotional rock and when she couldn't find the words to explain this heartbreaking situation to their kids, Evan knew exactly what to say and how to handle it. His love and devotion to her is unmatched. This is what a wonderful marriage is all about. When one person is in need of support, the other provides it. When one person feels as though they are crumbling, the other picks them up.

Jodi and Evan have an unbreakable foundation and have proven that time and time again. It is evident to everyone who knows them which is why they should not be without one another. It is also exactly why their children need their father. Throughout all of their hardships, Jodi and Evan made sure that the lives of their three children, ███████ ███████████████ have barely skipped a beat. They are happy, terrific kids who are clearly the products of strong and loving parents who want nothing but to protect them and have their very best interests at heart. They deserve to have both their mother and father present in their lives which is why we are asking for leniency for Evan in regards to his sentencing. Evan is first and foremost a husband and father and his wife and children need him. Family is everything to him.

Sincerely yours,

Erica and Michael Wohlstadter



Adam B. Wolf
Tel: (415) 963-1568
E-mail: awolf@prwlegal.com

May 14, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

I write regarding the upcoming sentencing of Evan Greebel. Having known Evan for nearly two decades, I respectfully ask that he receives the greatest degree of leniency possible.

By way of background, I am an attorney and a Shareholder in my law firm. I have argued cases in the United States Supreme Court and various courts of appeals around the country. I also have had the honor of serving as a judicial law clerk to judges on the U.S. Court of Appeals and U.S. District Court.

I met Rob Greebel, Evan's brother, on my first day of law school at the University of Michigan. Evan and the rest of the Greebel family entered my life later that semester. Evan has been a trusted and loyal friend ever since.

I always have looked up to Evan—both professionally and personally. He has given me advice regarding careers, relationships, and family. He always has been thoughtful, respectful, and engaged. Whenever Evan talked, I listed carefully.

Evan is an important asset to his community and his family. I have met his wife and children on numerous occasions. It was clear—every time—just what a devoted husband and father he is. The idea of Evan not being with his family, even for a short period of time, is heartbreaking.

To know Evan is to respect Evan.  I respect him greatly.  I care about his family and him.
For the sake of his wonderful family, who receive Evan's tremendous love and care, I hope
that Evan can receive the most lenient possible sentence.

Thank you for your time and consideration, Your Honor.  I very much appreciate it.

Respectfully submitted,

/s/ Adam B. Wolf
Adam B. Wolf

April 24, 2018

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto:

My name is Amanda Zaitchik and I am writing to request your leniency in the sentencing of Evan Greebel. I have known Evan Greebel for the past ten years and met him and his wife, Jodi, when they were pregnant with their first child, ███████. Evan is extremely dedicated to his wonderful wife Jodi, as well as their three children.

Throughout the past ten years, we have spent a lot of time with Evan and the rest of the Greebel family, both in New York City, living seven blocks apart and now, in Scarsdale, living seven minutes apart. Our families belonged to the same country club for many years and socialized regularly both with our children and without. Evan is the kind of man who always has a smile on his face and is a doer. He always enjoyed taking his children in the pool, and playing golf with them, and is a very hands on dad. He has raised three incredibly sweet children, who are all University of Michigan fans, and would be heartbroken without their dad around to help raise them.

Evan and Jodi are incredible hosts and we've spent much time in their home and are always struck by Evan's warmth and generosity. We've celebrated Shabbat with them most recently, and despite what was happening in his personal life, he went out of his way to not focus on it and enjoy the time together.

We also attend many synagogue events with them as well as events at the religious school. Again, Evan is always present and values the time he spends with his children explaining the various customs and traditions.

Evan is also extremely close with his parents and brother and sister.  He lives in the same town as his parents and they spend a lot of time together. Evan's brother was at the trial every day to show his support and just like Jodi and Evan and their three children are close-knit, Evan and his parents and siblings share a special bond.

Children need their parents. It would be an incredible hardship on Evan's wife and children if he were to receive a harsh sentence. Evan is a thoughtful and responsible father, husband, brother, son, and friend and I ask you to consider my comments and show leniency during his sentencing. Thank you very much for your consideration.


Sincerely,


Amanda Zaitchik

# LAWRENCE
# ZOMBEK

███████████████████████

7/22/18

THE HONORABLE KIYO A. MATSUMOTO

UNITED STATES DISTRICT JUDGE

EASTERN DISTRICT OF NEW YORK

225 CADMAN PLAZA EAST

BROOKLYN, N.Y. 11201

Dear Judge Matsumoto:

I have known the Greebel family for over thirty years. At times, I would hear about Evan and his accomplishments through friends in the community, at the local Temple, and through the local Jewish Community Center.

I know Evan has had and still has an excellent reputation for his character and is an empathetic person. Evan has always been willing to do whatever he can to help people of all ages.

My background information is that I have built a residential real estate business. I am a husband, father, brother, uncle, cousin, and a volunteer fireman. After my children were raised, and finished college, I decided to go to law school. I am currently a third year student in a part time evening program.

For over thirty years, I have had experience retaining and working with attorneys. In my experience, when I retain an attorney, I expect the attorney to take direction from me as President or from my other managing members and not supplant their personal views in place of the business decisions that must be made. My late father-in-law was also a successful attorney who believed in what now seems old school-the adversarial process. Many years ago, when I spoke to him about the practice of law, he would tell me that in his

mind, an attorney's role is to listen to the client, take direction from the client or representative and that the attorney should not supplant the business decisions that were made. In fact, as a businessman, as I set forth above, that is exactly what I experienced and "never let the attorney kill the deal." I have learned that a company's needs at one point in time, may be different than in a later point in time, and that I did not always view things in the same way after the deal or years later. Like firefighting, the real estate business requires study and discipline, following rules and procedures, knowing all too well that conditions on the ground often dictate flexibility. As a law student, I have learned that as a practicing attorney, I will have to try and anticipate problems and protect the client from anticipated and unforeseen problems.

My late father-in-law warned me against going to law school, because he felt that my role as an attorney would conflict with my business decisions. Now that I a third year law student I am wondering if I decide to practice law, whether I could be intimidated, even attacked, and punished if I represent a controversial person, especially in the residential real estate industry. In addition to my grave concern over Evan's plight, I am concerned about the chilling effect on representation that the adversarial process demands, over me and my classmates.

Evan has always demonstrated himself to be a caring person. With Evan's basic good instincts, I do not believe he is a danger to society. There are numerous community service projects where Evan could help society in our community, which could serve the Courts purposes in the sentencing of Evan, as well as serving the society.

When my two sons were young, I often mentioned Evan as a type of person that they could emulate. Today my sons are successful in finance and sports business respectively. I sincerely hope that your Honor will consider the thoughts in this letter and be as lenient as possible in the sentence the Court imposes on Evan. To reiterate, I do not believe Evan is a danger to society and would be serving our community, instead of being incarcerated.

Sincerely,

Lawrence Zombek

**2**