# ADDENDUM A



**Index of Addendum A Documents – █████████**

| ███████ | | ██ | ██ |
|---|---|---|---|
| █ | ██████████ | ████████ | █ |
| █ | █████████████ | ██ | ██ |
| █ | ███████████████ | ████████ | ██ |
| █ | ███████████████ | ████████ | ██ |
| █ | ████████████████ | ████████ | ██ |
| █ | ██████████████ | ███████ | ██ |
| █ | ████████████████ | ████████ | ██ |
| █ | ███████████████ | ████████ | ██ |
| █ | █████████████ | ████████ | ██ |
| ██ | ██████████████ | ████████ | ██ |
| ██ | █████████████ | ████████ | ██ |

Simone Gordon, D.S.W., L.C.S.W./R
30 East End Avenue, 5P
New York, N.Y. 10028
212-794-3853

July 12, 2018

Renato C. Stabile, Esq.
580 Broadway, Suite 906
New York, N.Y. 10012

**Re: <u>United States v. Evan Greebel</u>, 15-CR-637 (KAM)**

Dear Mr. Stabile:

At your request, I met with Jodi Greebel, Evan Greebel's wife, on June 28 2018, to determine the impact of a custodial sentence for Evan Greebel on her and their three children, ███████████████████████████████████████. In addition, I have reviewed the information contained in the Pre-Sentencing Report (May 7, 2018).

The purposes of this report are to address (1) the impact Mr. Greebel's potential incarceration will have on his wife, Jodi Greebel, and her ability to function as a single parent to their three young children and (2) the impact of Father-absence and the secondary losses that affect children's psychological, emotional and cognitive development during childhood as a result of father loss. And in this case, the special issues associated with other traumas the children experienced as well as issues related to father loss due to incarceration.

1







4



















CONFIDENTIAL - FILED UNDER SEAL



14





16

███████████████████████████████████████████████████████████
████████████████████████████████

█ ████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
██████████████████████████████████████████████

        ███████████████████████████████████████████████████
        ████████████████████████████████████

█ ███████████████████████████████████████████████████████████
███████████████████████████████████████████

        ███████████████████████████████████████████████████████
        ███████████████████████████████████████████████████████
        ████████████████████████████████████

## SUMMARY AND CONCLUSION

Based on the findings in this evaluation, I believe that any type of custodial sentence in this matter will, in all likelihood, have significant short-term and long-term effects on the emotional and cognitive functioning of ████████████████████████████████. I also believe that any type of custodial sentence in this matter will, in all likelihood, have a significant impact on Jodi Greebel and cause her to be incapable of raising the young children during any period of incarceration.

Although Jodi Greebel has demonstrated resiliency and independence in her life, and is well-educated, she has been impacted by her brother's death and has relied on Evan in a number of extra-ordinary ways, including to be her main source of emotional support. Together, they have co-regulated their children's moods and made sure that their needs have been met.

        ███████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
██████████████████████████

While some of these concerns will be mediated by the social environment in which the children are raised, it is clear that both Jodi and their children's lives will be significantly impacted by any incarceration or absence of Evan.

17



Jodi is currently incredibly anxious and worried about the how she is going to take care of her three children's emotional needs while at the same time making sure that they get to school on time, ████████████████████████████████████████████████████████. She is very aware that both her parents and her in-laws are no longer young and that as much as they want to help her, they are themselves limited in what they can do to assist in the day-to-day care of her three young children.

It is difficult enough to raise adolescent boys when dad is present, it is even more of a challenge for single mothers. If the father is removed from the home, the challenges that would be in place in this situation, following the father's removal and the death of the uncle, are significant. It is well known that adolescent sons of absent fathers are at risk for developing ongoing issues during that stage of development. It is impossible to predict, with any degree of certainty, how ████████ and ████████ will respond to their father's prolonged absence in the event that Evan is confined for any period. It is also impossible to predict whether their mother will be able to be a single parent in the coming years given the traumas she has experienced and the magnitude upon which she relies upon Evan.

Therefore, I hope that the Court will consider all the factors contained in this report when considering the disposition of Evan Greebel's case.


Respectfully submitted,
        /s/
Simone Gordon, D.S.W., L.C.S.W./R
Psychotherapy Privilege, State of New York


18









CONFIDENTIAL - FILED UNDER SEAL





















