Howard Jacobs
100 Harbor View Drive apt. 605
Port Washington, New York 10050

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
August 8, 2018

Dear Judge Matsumoto:

I am writing to you because of a newspaper article I read about the government's sentencing brief. I would like to correct some misinformation that the government might have regarding my testimony at Evan Greebel's trial.

1. The article indicated that Evan Greebel withheld critical information from me. I do not believe that is true, nor did I say that during my trial testimony. I believe that whenever Evan sought my advice, which happened from time to time relating to Retrophin, he told me all the facts and answered any questions I had.

2. As you may recall during my testimony, I indicated that I had many discussions with Evan regarding Retrophin and Shkrelli and that I never emphasized the use of my time because I did not have to bill a lot of my time. I had other clients that I worked for.

3. I saw it reported that Evan disregarded my advice. I have followed the trial and I have known Evan for ten years. I do not remember any specific issue where he disregarded my advice. I told him, among other things, how I believed an attorney should act at a Board meeting, that an attorney at a Board meeting would act only as a scribe, would speak when specifically asked a question, and could draft settlement agreements to avoid litigation.

4. Finally, I want to make it clear that Evan and I spoke about setting up a drug facility in 2015 at lunch soon after his wife's brother pass away.

I hope this is helpful to you as you decide on Evan's sentence. I again ask you to take into account the punishment he has already suffered by being dismissed from his law firm, by probably being disbarred and by the tremendous effect this has had on his family. Thank you for your consideration.

Sincerely,
Howard Jacobs