August 15, 2018

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:    *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto,

In connection with sentencing, I am grateful for the opportunity to address Your Honor directly.

I first want to respectfully thank Your Honor for all of your hard work in my case. I know Your Honor handles many matters and cases, and I realize that this case has required the investment of a tremendous amount of time and attention on the part of the Court and Your Honor's law clerks. I want to express my appreciation to Your Honor, Your Honor's clerks, and the other members of Your Honor's chambers, as well as the court reporters, marshals, and other court personnel for their work in connection with this trial and their courtesy to me and my family.

I want to publicly apologize to my wife, my children, and my family (immediate and extended), as well as my friends, former colleagues, and clients. I can never repay the support and loyalty that each of them have shown me during this time. I am as humbled and grateful for it as I am ashamed and embarrassed to stand before them and the Court as a convicted man. The greatest source of pride in my life is being a husband and father; and I feel like I let my wife and children down. It pains me to see the suffering and shame that I caused my family and loved ones. I think about being away from my children, and not being able to care for my wife, and the emotions it stirs in me are overwhelming. My fear and concern for them mixes with my own anguish at the thought of being torn apart from them. And those thoughts magnify the shame and guilt that I already feel for what I have done to them. I know that I am the one responsible for their nightmares, sleepless nights, loneliness and despair. And I know that I am the one responsible for their continued suffering because of my failures.

From the beginning of this case, it has sickened me that anyone would believe that I would act or conspire to harm a client in order to benefit either myself or anyone else. I am devastated and ashamed by my criminal conviction and this is a burden that I will carry with me for the rest of my life.

As far back as I can remember, I have wanted two things—to have a family, and to be an attorney. Both dreams were inspired by my own family growing-up. I was fortunate to be raised in a loving home by attentive parents who cared for me and my two younger siblings. As to becoming a lawyer, my grandfather was an attorney with a general practice in New York City and Westchester who tried to help all of his clients throughout their lives. My father is a

1

personal injury attorney in Westchester. And, no doubt inspired by their example, many cousins of mine are attorneys. As a young boy, I enjoyed going with my father to his office, reading the case law books while he worked, and playing with the little toy cars in the office (which he apparently used to recreate accidents). From my grandfather and father I learned about the sanctity of the attorney-client relationship and the attorney's role in helping solve people's problems. Growing up, my friends dreamed of being professional athletes, actors, or musicians—and I wanted to be a lawyer.

One of the happiest days of my life was my graduation from law school, not only because I had completed 22 years of education, but because I was finally in a position to start practicing the craft that had been my life's ambition. I always knew I wanted to be an attorney, and with all respect to the work that goes on in courtrooms, the adversarial process was not appealing to me. I enjoyed analyzing issues and helping clients solve problems. So I embarked on a career as a transactional attorney. I greatly enjoyed watching and helping clients' grow their businesses and achieve their dreams. Through that work, I felt like I was contributing to society as well. I viewed myself as a detached advisor—and tried to give sound advice free of passion or prejudice. I always tried to give my clients careful and prudent guidance. The fact that I can no longer help clients is a profound loss to me; but even worse is the shame that I feel due to the fact that I can no longer practice the profession that I love.

The other happiest days of my life, of course, were the day of my wedding and the days my children were born. I have always considered myself lucky—I have an amazing and wonderful wife, beautiful children and a great family. For all of those things I am very thankful. But as I come before the Court having lost one dream, I am afraid of losing the other. I do not know how my family will survive going forward if I am not there to support and care for them.

Following my arrest, one of my greatest challenges has been to continue to provide the strength, stability, and emotional support that my wife and children need and deserve. I have done this not only because I love them, but because there is no alternative. After everything my wife and her family have been through, she needs me to be her emotional support system. No one should have to endure what she went through shortly before my arrest. Her world was turned upside down by the loss of her brother. My subsequent arrest completely destabilized her life and it is a day-to-day struggle to pick up the pieces from these combined events. She is doing everything she can to take care of our children and her parents following these dual traumas. I am the sole person on whom she can rely to help ease her pain and suffering. I only hope and pray and respectfully ask Your Honor to allow me to be there by her side as much as possible so that she is not forced to continue this difficult journey alone.

My children also need their father. I am uniquely qualified to understand the challenges facing them given their experiences to date. Equally important, due to my wife's suffering, I am in the best position to help my children discover and realize their potential. They have already had to endure more hardship in their young lives than I ever did, and now they might lose me for years

2

and they barely will be able to understand how or why. The primary school years are critical to a child's development and can never be recaptured. These years will fundamentally determine who my children become. I am heartbroken at the thought of not being there in the coming months and years to help them understand the turbulence and chaos that surrounded the earliest years of their lives. I am even more concerned about the potentially devastating impact on their development particularly if I am not there to help my wife and neither of us are able to help them.

Compounding my anxiety about my family's future is the fact that I have lost the way I supported my family financially. I have lost more than my law license. No matter what sentence Your Honor imposes, I will be a convicted felon. After everything I have put my wife and children through, I know that it is my responsibility to pick up the pieces of my life and figure out what I can do to provide for them. I have started to try to do that and hope to be able to continue to do so without interruption. But doing so as someone convicted of conspiring to commit fraud is difficult and, I fear, always will be.

As a husband, father, son, and friend, this was never the impact I wanted to have on my loved ones, or on my community. In both my professional and personal life, I have always tried to help others. Growing up, my mother and father taught me through their words and actions to help the less fortunate. Both of them led by example, devoting significant time to working with not-for-profit organizations that provided assistance to underserved communities. They also encouraged me to be involved with activities that "give back" to society by making the world a better place. I have tried hard to follow in their footsteps, on scales both small (tutoring disadvantaged children, taking notes for the handicapped or being a coach) and large (creating the Westchester County Historical Trail and trying to help businesses in various *pro bono* endeavors).

Since the fall of 2015, I have been working with others on an ambitious and difficult project, launching an in-patient drug and alcohol rehabilitation facility in the Catskills (which also has an out-patient component serving the local community). The opioid crisis has hit close to home (impacting friends and family) and I felt that I had to take meaningful action to make a difference in fighting this difficult battle. In researching the existing facilities, I realized that the vast majority of in-patient facilities are located in the west and southeast regions of the United States. It became apparent to me that, due to these locations, it was very difficult for New Yorkers who required treatment to include their families in the recovery process. We have located the facility in the Catskills to allow families to help their loved ones and be active participants in their treatment. We are not naïve enough to believe that we can solve the problem, but we hope to design a better solution by providing medical and therapeutic treatments and allowing patients' families to take a direct role in the patients' recovery. Because drug addiction knows no economic, racial, or gender boundaries, the facility will also provide services in a not-for-profit capacity and treat those on Medicaid. This work has started me on a path

toward rebuilding my life.  This is not a theoretical operation; I am proud to say that we are hoping that the facility will be open by the summer or fall of 2019.

That is an example of the type of change that I always hoped to bring to my community, and this is the example I have always sought to provide for my children (as my parents provided for me). I admit that I worked hard, but more important to me is that I always tried to be an attentive and loving husband and father.  And, in what free time I had, I tried to make other peoples' lives better—to help the child with special needs be more involved with our shared religion, to help children understand the value of teamwork and exercise, and hopefully to decrease the pain of addiction.  I look forward to continuing to use my free time to make the world a better place.

As I said in the beginning, I had two dreams as a young boy: to have a family and to be an attorney.  I am ashamed and devastated that my role as an attorney may destroy both those dreams.  I regret losing my professional identity, but I fear even more losing the opportunity to have a meaningful role in my children's lives—especially in their most formative years and given the tragic death of their uncle.

I am hopeful that I will be able to begin my future sooner rather than later.  Regardless of when I have that chance, I promise the Court that my future actions will make my wife, my children, my family, my former colleagues and clients, my community and Your Honor proud and be consistent with the values with which I was raised.  While I have lost my ability to practice law, I will embrace my next path with a love of and respect for the law, a commitment to do right and do good, and a continued intention to help others.  For all these reasons, I respectfully ask Your Honor to take all of these factors into account in determining my sentence.

Thank you for your time and attention—both to my case and to this letter.

Respectfully,

Evan Greebel