**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

August 21, 2018

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

We respectfully write to request that the Court recommend to the United States Bureau of Prisons that Mr. Greebel be designated to the FCI Otisville Satellite Camp.  This designation will allow Mr. Greebel to be located relatively near to his family in Scarsdale, N.Y., and the facility's large Jewish population will allow Mr. Greebel to celebrate and observe Shabbat and the holidays.

We further request that the Court recommend community reintegration at the earliest possible time so that Mr. Greebel is able to begin alcohol counseling.

Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky