

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| AES/DCP/DKK<br>F.#2014R00501 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

August 22, 2018

<u>By Hand and ECF</u>

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   United States v. Evan Greebel
             <u>Criminal Docket No. 15-637 (KAM)</u>

Dear Judge Matsumoto:

      At the sentencing hearing on August 17, 2018 in the above-captioned case, the Court stated that it would impose a forfeiture money judgment in the amount of $116,462.03. (<u>See</u> 08/17/18 Sentencing Tr. at 85). In light of the Court's ruling, attached please find a revised proposed Order of Forfeiture, which the government respectfully requests be entered by the Court and attached to the Judgment and Conviction in this case pursuant to Federal Rule of Criminal Procedure 32.2.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:  /s/_____
     Alixandra E. Smith
     David C. Pitluck
     David K. Kessler
     Laura D. Mantell
     Claire S. Kedeshian
     Assistant U.S. Attorneys
     (718) 254-7000

cc:    All counsel of record (via ECF)