**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

August 24, 2018

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

We write to notify the Court that, while Evan Greebel intends to appeal his conviction and strenuously maintains his innocence, he has made the exceptionally difficult decision not to seek bail pending appeal, and will self-report on the date chosen by the Court.

As the Court is aware, Mr. Greebel is devoted to his wife and three young children, and this decision is an effort to provide some certainty in their lives going forward. Mr. Greebel and his wife have come to the difficult conclusion that the best way for her to address the traumatic event of Mr. Greebel's conviction, together with the grief she is still coping with, is to start, and thus finish, as much of his sentence as quickly as possible.

We emphasize that Mr. Greebel continues to maintain his innocence, and respectfully submit that there are substantial issues to be presented on appeal that would entitle Mr. Greebel to, at the least, a new trial in which he will be exonerated. But, as Mr. Greebel told Your Honor at sentencing and in his August 15, 2018, letter to the Court, the well-being of his family is his paramount concern.

Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky