Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Eastern District of New York

Caption:

United States of America v.

Evan Greebel

Docket No.: 15-cr-00637

Kiyo A. Matsumoto
(District Court Judge)

Notice is hereby given that Evan Greebel appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify) entered in this action on August 24, 2018.
(date)

This appeal concerns: Conviction only |___|  Sentence only |___|  Conviction & Sentence |✓|  Other |___|

Defendant found guilty by plea |___| trial |✓| N/A |___|.

Offense occurred after November 1, 1987? Yes |✓|  No |___|  N/A |___|

Date of sentence: August 17, 2018  N/A |___|

Bail/Jail Disposition: Committed |✓|  Not committed |___|  N/A |___|

Surrender date set for October 17, 2018.

Appellant is represented by counsel? Yes |✓| No |___|  If yes, provide the following information:

Defendant's Counsel: Reed M. Brodsky

Counsel's Address: Gibson, Dunn & Crutcher LLP

200 Park Avenue, New York, NY 10166

Counsel's Phone: (212) 351-4000

Assistant U.S. Attorney: Alixandra E. Smith, David C. Pitluck, David K. Kessler

AUSA's Address: 271 Cadman Plaza East

Brooklyn, NY 11201

AUSA's Phone: (718) 254-7499

_Reed M. Brodsky/eeg_
Signature

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of August, 2018, a copy of this notice of appeal was uploaded to and filed with the CM/ECF System for the United States District Court for the Eastern District of New York, which served a copy on all counsel in the case.

*/s/ Reed M. Brodsky*

Reed M. Brodsky
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000
rbrodsky@gibsondunn.com