# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

September 28, 2018

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

On behalf of Evan Greebel, we write to respectfully request the Court's permission for Mr. Greebel to travel to the Northern District of New York on Monday, October 1, in connection with his work developing a rehabilitation facility. Mr. Greebel will return to Scarsdale that evening.

We have spoken with pretrial services and the government, and neither office takes a position as to this travel.

We thank the Court in advance for consideration of this request.

Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky