# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

October 31, 2018

<u>VIA ECF</u>

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     <u>United States v. Greebel</u>, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

On behalf of Evan Greebel, we write to respectfully request that the Court issue an Order allowing Pretrial Services for the Eastern District of New York to return Mr. Greebel's passport.  We have communicated with Pretrial Services, which has represented that they will release the passport upon a Court Order, and with the government, which takes no position on this request.

We thank the Court in advance for consideration of this request.

Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky