UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA

   - against -                                            15-CR-0637 (KAM)

EVAN GREEBEL,                              NOTICE OF APPEARANCE

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

        PLEASE TAKE NOTICE that Assistant United States Attorney Peter A. Laserna from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

> Assistant U.S. Attorney Peter A. Laserna
> United States Attorney's Office (Civil Division)
> 271 Cadman Plaza East, 8th Floor
> Brooklyn, New York 11201
> Tel: (718) 254-6152 / Fax: (718) 254-8702
> Email: peter.laserna@usdoj.gov

        In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Peter A. Laserna at the email address set forth above.

Dated:  Brooklyn, New York
         November 14, 2018

                                                Respectfully submitted,

                                                RICHARD P. DONOGHUE
                                                United States Attorney

                          By:    /s/ Peter A. Laserna
                                Peter A. Laserna
                                Assistant U.S. Attorney

cc:    Clerk of the Court (KAM)