UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal Docket No. |
| v. ) | 15-CR-0637 (KAM) |
| ) | |
| EVAN GREEBEL, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| Charles Schwab & Co., Inc., ) | |
| ) | |
| Garnishee. ) | |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America hereby makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment against property, in which the Defendant-Judgment Debtor EVAN GREEBEL ("Debtor") has a substantial nonexempt interest, in order to satisfy the judgment, in the amount of $10,448,179, plus interest, entered in United States v. EVAN GREEBEL, Criminal Docket 15-CR-0637 (E.D.N.Y.).

The sum of $25 has been credited toward the judgment, leaving a total balance due of $10,495,731.06, as of November 14, 2018. Interest is continuing to accrue.

Debtor's last known address is: FCI Otisville, Two Mile Drive, Otisville, New York 10963.

More than thirty (30) days has elapsed since demand for payment of the above-stated debt was made upon the Debtor and Debtor has failed to satisfy the debt.

1

The Garnishee is believed to owe or will owe money or property to the Debtor, or is in possession of property of the Debtor, and said property is a nonexempt interest of the Debtor.

The name and address of the Garnishee or his authorized agent is:

>  Charles Schwab & Co., Inc.
>  Attn: Corporate Legal Services (DENR3-03)
>  9800 Schwab Way, Lone Tree, CO 80124

Dated:   Brooklyn, New York
         November 15, 2018

>                    RICHARD P. DONOGHUE
>                    United States Attorney
>
>                    _____/s/_____
>                    PETER A. LASERNA
>                    Assistant U.S. Attorney
>                    (718) 254-6152

2