UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | Criminal Docket No. |
| v.   ) | 15-CR-0637 (KAM) |
| ) | |
| EVAN GREEBEL,   ) | |
| ) | |
| Defendant,   ) | |
| ) | |
| and   ) | |
| ) | |
| Merrill Lynch, Pierce, Fenner & Smith, Inc.,   ) | |
| ) | |
| Garnishee.   ) | |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America hereby makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment against property, in which the Defendant-Judgment Debtor EVAN GREEBEL ("Debtor") has a substantial nonexempt interest, in order to satisfy the judgment, in the amount of $10,448,179, plus interest, entered in United States v. EVAN GREEBEL, Criminal Docket 15-CR-0637 (E.D.N.Y.).

The sum of $25 has been credited toward the judgment, leaving a total balance due of $10,495,731.06, as of November 14, 2018. Interest is continuing to accrue.

Debtor's last known address is: FCI Otisville, Two Mile Drive, Otisville, New York 10963.

More than thirty (30) days has elapsed since demand for payment of the above-stated debt was made upon the Debtor and Debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the Debtor, or is in possession of property of the Debtor, and said property is a nonexempt interest of the Debtor.

The name and address of the Garnishee or his authorized agent is:

> Merrill Lynch, Pierce, Fenner & Smith, Inc.
> Retirement Benefits and Plan Services
> 1400 American Blvd.
> Mail Stop NJ2-140-03-50
> Pennington, New Jersey 08534

Dated:   Brooklyn, New York
         November 15, 2018

                                        RICHARD P. DONOGHUE
                                        United States Attorney

                                              /s/
                                        PETER A. LASERNA
                                        Assistant U.S. Attorney
                                        (718) 254-6152