FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 03 2018
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,           )
                                     )    Criminal Docket No.
        v.                           )    15-CR-0637 (KAM)
                                     )
EVAN GREEBEL,                        )
                                     )
        Defendant,                   )
                                     )
        and                          )
                                     )
Charles Schwab & Co., Inc.,          )
                                     )
        Garnishee.                   )

## ANSWER OF THE GARNISHEE

**Rachael Lundy**, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

(Complete as Applicable)

### IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of (Insert Full Name and Address of Business) _____

_____

### IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member of (Insert Name and Address of Partnership) _____

_____ composed of

(Insert Names of Partners)_____

of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the (Insert Official Title) Sr. Team Manager of the Garnishee,

(Insert Name and Address of Corporation) Charles Schwab & Co. Inc.

(State Name and Address of Corporation), a corporation organized under the laws of the

State of California.

IF GARNISHEE IS AN AGENCY OF A LOCAL, STATE OR FEDERAL GOVERNMENT:

That he/she is the (Insert Official Title) _____ of Garnishee, (Insert

Name of Agency) _____

an agency, of (Insert Name of Government) _____

FOR ALL GARNISHEES:

On Nov. 28, 2018 Garnishee was served with the Writ of Continuing Garnishment. **For the pay period in effect on the date of service of the Writ of Continuing Garnishment, as indicated above:**

1. Was Defendant-Judgment Debtor ("Debtor") in your employ?

   __ Yes          X No

2. Defendant is paid, as follows:

   __ weekly; __ bi-weekly; __ semi-monthly;

   __ monthly; or ☐ other: _____(please describe).

3. The pay period in effect on the date of service of the Writ of Continuing Garnishment began on _____ (Enter date). The pay period ends on _____.

4. Calculate amount of Debtor's net wages:

   (a) Gross pay                         $ _____

   (b) Federal income tax deduction      $ _____

   (c) F.I.C.A. deduction                $ _____

   (d) State income tax deduction        $ _____

   (e) Total of tax withholdings         $ _____

   (f) Net wages (Subtract (a) from (e)) $ _____

5. Have previous garnishments been issued with respect to the above-referenced Debtor?

   _X_ Yes          __ No

   If the answer is yes, set forth, e.g., dates of garnishment, for whose benefit, court of issue, amount of garnishment.

   9-27-18, DOJ, 10,448,179.00
   _____
   _____
   _____
   _____

3

6. Describe below the non-earnings property which the Garnishee has in its custody, control or possession and in which the Debtor maintains an interest:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| a. N/A | $ | |
| b. | $ | |
| c. | $ | |
| d. | $ | |

7. Describe below any other property which the Garnishee has in its custody, control or possession and in which the Debtor maintains an interest:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| a. N/A | $ | |
| b. | $ | |
| c. | $ | |
| d. | $ | |

8. Garnishee anticipates owing to the Debtor in the future, the following amounts:

| Amount | Estimate Date or Period Due |
|---|---|
| a. $ | |
| b. $ | |
| c. $ | |
| d. $ | |

4

9. (If applicable, check the appropriate items and explain accordingly in the space provided. Include attachments, if necessary.)

__ The Garnishee makes the following claim(s) of exemption on the part of Debtor:

__ The Garnishee has the following objections, defenses, or set-offs to the United States's right to apply Garnishee's indebtedness to Debtor upon Plaintiff's claim:

X The Garnishee is in no manner and upon no account indebted or under liability to the Debtor, EVAN GREEBEL, or the Garnishee does not have in his/her possession or control any property belonging to the Debtor, or is in no manner liable as Garnishee in this action.

10. The Garnishee has:

a. Filed the original answer via PACER of by mailing by or delivering the answer to:

> Clerk of the Court
> Eastern District of New York
> United States Courthouse
> 225 Cadman Plaza East
> Brooklyn, New York

b. Mailed copies of this answer on 11-29-18 by first class mail to:

> John Williams, Esq., Williams & Connolly LLP, *Counsel for Defendant Evan Greebel*, 725 Twelfth Street, N.W., Washington, DC 20005

> and

> Peter A. Laserna, Assistant U.S. Attorney, United States Attorney's Office, 271-A Cadman Plaza East, Brooklyn, New York 11201

_Rachel Luf_
Charles Schwab & Co., Inc.

Subscribed and sworn to before me this 29th day of November, 2018

_Shawnette Erdos_
Notary Public

SHAWNETTE ERDOS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20014014737
MY COMMISSION EXPIRES JULY 19, 2022

My Commission expires: July 19, 2022

5



Legal Services
P.O. Box 636010, Highlands Ranch, CO 80163

Clerk of the Court
Eastern District of New York
US Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

**PRIORITY MAIL**

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT™

APPLY PRIORITY MAIL POSTAGE HERE

United States Postal Service®
*SIGNATURE CONFIRMATION*™

2317 1640 0000 0454 5062

EP14H July 2013 Outer Dimension: 10 x 5