UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Docket No. |
| v. | CR-15-00637 (KAM) |
| EVAN GREEBEL, | |
| Defendant, | **ORDER** |
| and | |
| Charles Schwab & Co., Inc., | |
| Garnishee. | |

WHEREAS, the Clerk of the Court issued a Writ of Continuing Garnishment as to Garnishee Charles Schwab & Co., Inc. on or about November 15, 2018 (docket entry 696), pursuant to an application filed by the United States of America; and

WHEREAS, Garnishee Charles Schwab & Co., Inc., filed an answer of the garnishee on or about December 3, 2018 (docket entry 700), in which it stated that it had no property in its possession, custody or control in which Defendant Evan Greebel has an interest, now

IT IS HEREBY ORDERED THAT the Writ of Continuing Garnishment (Docket Entry 696) issued to Garnishee Charles Schwab & Co., Inc., is hereby QUASHED, pursuant to 28 U.S.C. § 3205(c)(10)(A), and that the above-captioned garnishment proceedings are hereby terminated.

Dated: Brooklyn, New York
       December _____, 2018

HONORABLE KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE

1