```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X

UNITED STATES OF AMERICA                        ORDER

        - against -                             15-cr-637(KAM)

Evan Greebel,

              Defendant,

Charles Schwab & Co., Inc.,

              Garnishee.

-------------------------------------X
```

**MATSUMOTO, United States District Judge**:

   WHEREAS, the Clerk of the Court issued a Writ of Continuing Garnishment as to Garnishee Charles Schwab & Co., Inc. on November 15, 2018 (ECF No. 696), pursuant to an application filed by the United States of America; and

   WHEREAS, Garnishee Charles Schwab & Co., Inc., filed an Answer of The Garnishee on December 3, 2018 (ECF No. 700), in which it stated that it had no property in its possession, custody or control in which Defendant Evan Greebel has an interest, now

   IT IS HEREBY ORDERED THAT the Writ of Continuing Garnishment (ECF No. 696) issued to Garnishee Charles Schwab & Co., Inc., is hereby VACATED, pursuant to 28 U.S.C. § 3205(c)(10)(A), and that the above-captioned garnishment

proceedings, as to the Garnishee Charles Schwab & Co., Inc., are hereby terminated.

Dated: Brooklyn, New York
       December 19, 2018

                                    _____/s/_____
                                    KIYO A. MATSUMOTO
                                    UNITED STATES DISTRICT JUDGE