

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, )
) Criminal Docket No.
v. ) 15-CR-0637 (KAM)
)
EVAN GREEBEL, )
)
        Defendant, )
)
and )
)
Charles Schwab Retirement Plan Services, )
)
        Garnishee. )

## ANSWER OF THE GARNISHEE

_Rachael Lundy_ BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

(Complete as Applicable)

### IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of (Insert Full Name and Address of Business) _____

_____.

### IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member of (Insert Name and Address of Partnership) _____

_____ composed of

(Insert Names of Partners)_____

of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the (Insert Official Title) Sr. Team Manager of the Garnishee,

(Insert Name and Address of Corporation) Charles Schwab

_____

(State Name and Address of Corporation), a corporation organized under the laws of the

State of California.

IF GARNISHEE IS AN AGENCY OF A LOCAL, STATE OR FEDERAL GOVERNMENT:

That he/she is the (Insert Official Title) _____ of Garnishee, (Insert

Name of Agency)_____

_____

an agency, of (Insert Name of Government) _____

_____.

*FOR ALL GARNISHEES*:

On Dec. 14, 2018 Garnishee was served with the Writ of Continuing Garnishment. **For the pay period in effect on the date of service of the Writ of Continuing Garnishment, as indicated above:**

1. Was Defendant-Judgment Debtor ("Debtor") in your employ?

    ___ Yes          _X_ No

2. Defendant is paid, as follows:

   __ weekly; __ bi-weekly; __ semi-monthly;

   __ monthly; or ☐ other: _____(please describe).

3. The pay period in effect on the date of service of the Writ of Continuing Garnishment began on _____ (Enter date). The pay period ends on _____.

4. Calculate amount of Debtor's net wages:  N/A

   (a) Gross pay                          $ _____

   (b) Federal income tax deduction       $ _____

   (c) F.I.C.A. deduction                 $ _____

   (d) State income tax deduction         $ _____

   (e) Total of tax withholdings          $ _____

   (f) Net wages (Subtract (a) from (e))  $ _____

5. Have previous garnishments been issued with respect to the above-referenced Debtor?

   __ Yes          ✗ No

   If the answer is yes, set forth, e.g., dates of garnishment, for whose benefit, court of issue, amount of garnishment.

   _____

   _____

   _____

   _____

3

6.  Describe below the non-earnings property which the Garnishee has in its custody, control or possession and in which the Debtor maintains an interest: ✗

    | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
    |---|---|---|
    | a. _____ | $ _____ | _____ |
    | b. _____ | $ _____ | _____ |
    | c. _____ | $ _____ | _____ |
    | d. _____ | $ _____ | _____ |

    ✗ Please see attached

7.  Describe below any other property which the Garnishee has in its custody, control or possession and in which the Debtor maintains an interest: N/A

    | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
    |---|---|---|
    | a. _____ | $ _____ | _____ |
    | b. _____ | $ _____ | _____ |
    | c. _____ | $ _____ | _____ |
    | d. _____ | $ _____ | _____ |

8.  Garnishee anticipates owing to the Debtor in the future, the following amounts: N/A

    | Amount | Estimate Date or Period Due |
    |---|---|
    | a. $ _____ | _____ |
    | b. $ _____ | _____ |
    | c. $ _____ | _____ |
    | d. $ _____ | _____ |

4

9. (If applicable, check the appropriate items and explain accordingly in the space provided. Include attachments, if necessary.)

   __ The Garnishee makes the following claim(s) of exemption on the part of Debtor:

   __ The Garnishee has the following objections, defenses, or set-offs to the United States's right to apply Garnishee's indebtedness to Debtor upon Plaintiff's claim:

   X  The Garnishee is in no manner and upon no account indebted or under liability to the Debtor, EVAN GREEBEL, or the Garnishee does not have in his/her possession or control any property belonging to the Debtor, or is in no manner liable as Garnishee in this action. * Please see attached

10. The Garnishee has:

   a. Filed the original answer via PACER of by mailing by or delivering the answer to:

   Clerk of the Court
   Eastern District of New York
   United States Courthouse
   225 Cadman Plaza East
   Brooklyn, New York

   b. Mailed copies of this answer on 1-4-19 by first class mail to:

   John Williams, Esq., Williams & Connolly LLP, *Counsel for Defendant Evan Greebel*, 725 Twelfth Street, N.W., Washington, DC 20005

   and

   Peter A. Laserna, Assistant U.S. Attorney, United States Attorney's Office, 271-A Cadman Plaza East, Brooklyn, New York 11201

   _____
   Charles Schwab Retirement Plan Services

   Subscribed and sworn to before me this
   4 day of Jan, 2019

   _____
   Notary Public

   My Commission expires: 1/30/22

   CHRISTOPHER J WALSER
   NOTARY PUBLIC
   STATE OF COLORADO
   NOTARY ID 20184004889
   MY COMMISSION EXPIRES JANUARY 30, 2022

5