UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>v. )<br> )<br>EVAN GREEBEL, )<br> )<br>Defendant, )<br> )<br>and )<br> )<br>Merrill Lynch, Pierce, Fenner & Smith, Inc., )<br> )<br>Garnishee. ) | Criminal Docket No.<br>15-CR-0637 (KAM) |

## CERTIFICATE OF SERVICE OF DOCUMENTS ON GARNISHEE

The United States of America, the judgment creditor herein, hereby certifies that a copy of the Writ of Continuing Garnishment in the above-captioned garnishment proceeding and supporting documents, such as, the Cover Letter to the Garnishee, the Instructions to the Garnishee, form Answer of the Garnishee, Notice to the Defendant Debtor on How to Claim Exemptions, Claim for Exemption Form, and Instructions to Defendant-Judgment Debtor/Clerk's Notice of Post-Judgment Garnishment, were personally served on the Garnishee on November 29, 2018, as described in the affidavit of service, dated December 4, 2018, and attached herewith.

Dated: Brooklyn, New York
       March 27, 2019

RICHARD P. DONOGHUE
United States Attorney

/s/
PETER A. LASERNA
Assistant U.S. Attorney

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| Index #: | 15-CR-0637 (KAM) |
| Date Filed: | November 15, 2018 |
| AOS Filed: | |
| Court Date: | |
| File No.: | |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ATTORNEY(S): U.S. Attorney's Office - EDNY  Peter A. Laserna, AUSA
ADDRESS: 271 Cadman Plaza East, 8th Floor  Brooklyn, NY 11201  PH: (718) 254-6152

*UNITED STATES OF AMERICA,*

*vs*  *Plaintiff*

*EVAN GREEBEL, Defendant and MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., Garnishee,*

*Defendant*

STATE OF NEW JERSEY, COUNTY OF BERGEN SS.:

_____James Reap_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age. On __November 29, 2018__ at __1:20 PM__ at __820 BEAR TAVERN RD., TRENTON, NJ 08628__, deponent served the within Cover Letter to the Garnishee, Writ of Continuing Garnishment, Application For Writ of Continuing Garnishment, Instructions to the Garnishee, Claim for Exemption Form, Answer of the Garnishee, Notice of Right to Garnish Federal Benefits, Instructions to Defendant-Judgment Debtor Clerk's Notice of Post-Judgment Garnishment, Notice to Defendant Debtor On How To Claim Exemptions, Claim for Exemption Form, Important Statement (For Wage Garnishment Only)

with Index Number __15-CR-0637 (KAM)__, and Date Filed __November 15, 2018__ endorsed thereon,

on: **MERRILL LYNCH PIERCE, FENNER & SMITH, INC., RETIREMENT BENEFITS AND PLAN SERVICES c/o THE CORPORATION TRUST COMPANY**, Garnishee therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP./ENTITY [X] By delivering to and leaving with **Breon Thompson - Authorized Agent** who indicated they were authorized to accept service on behalf of the Corporation/Entity.

#3 SUITABLE AGE PERSON [ ] By delivering a true copy of each to - a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

[ ] Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on

#5 MAIL COPY [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New Jersey.

#6 NON-SRVC [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other:

**Attempts**

#7 DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex __Male__  Color of skin __Black__  Color of hair __Black__  Age __30's__  Height __5ft4in - 5ft8in__  Weight __150-174 Lbs.__  Other Features: __Facial Hair__

#8 WIT. FEES [ ] $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [ ] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New Jersey and was informed that defendant was not.

#10 OTHER [ ]

Sworn to before me on this __4th__ day of __December, 2018__

_____
DONNA JEAN
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 11/30/22

_____
James Reap
Server's Lic #
Work Order # 1114365

CAPITAL PROCESS SERVERS, INC. 205 Post Avenue, Ste. 150, Westbury, NY 11590  Tel 516-333-6380  Fax 516-333-6382          NYC DCA Lic. # 1381942