UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>EVAN GREEBEL, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>Merrill Lynch, Pierce, Fenner & Smith, Inc., )<br>)<br>Garnishee. ) | Criminal Docket No.<br>15-CR-0637 (KAM) |

## CERTIFICATE OF SERVICE OF DOCUMENTS ON DEFENDANT

The United States of America, the judgment creditor herein, hereby certifies that a copy of the Writ of Continuing Garnishment in the above-captioned garnishment proceeding and supporting documents, such as, the Instructions to the Garnishee, form Answer of the Garnishee, Notice to the Defendant Debtor on How to Claim Exemptions, Claim for Exemption Form, and Instructions to Defendant-Judgment Debtor/Clerk's Notice of Post-Judgment Garnishment, were served on John Williams, Esq., counsel for the defendant Evan Greebel, by e-mail (JWilliams@wc.com) on November 15, 2018, as indicated in the attached copy of the undersigned Assistant U.S. Attorney's e-mail to counsel, and by Federal Express delivery on November 19, 2018, as indicated in the attached "FedEx Express Package US Airbill" and printout of Federal Express Tracking Number information.

Dated: Brooklyn, New York
      March 27, 2019

RICHARD P. DONOGHUE
United States Attorney

                       /s/
PETER A. LASERNA
Assistant U.S. Attorney

| | |
|---|---|
| From: | Laserna, Peter (USANYE) |
| To: | "Williams, John" |
| Subject: | FW: Activity in Case 1:15-cr-00637-KAM USA v. Shkreli et al Motion for Writ |
| Date: | Thursday, November 15, 2018 4:42:00 PM |
| Attachments: | Greebel - Application for Garnishment - Merrill Lynch .pdf |
| | Greebel - Instructions to Defendant and Clerks Notice - Merrill Lynch .pdf |
| | Greebel - Instructions to the Garnishee and Form Answer - Merrill Lynch.pdf |
| | Greebel - Proposed Writ of Garnishment - Merrill Lynch .pdf |
| | Greebel - Writ of Garnishment Issued by Clerk - Merrill Lynch .pdf |
| | Greebel - Instructions to Def and Clerks Notice Issued by Clerk - Merrill Lynch .pdf |

Dear John,

Please see the attached application for a writ of continuing garnishment to Merrill Lynch. Also attached are copies of the supporting documents that will be served on the garnishee. Thank you.

Best regards,
Peter A. Laserna
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271A Cadman Plaza East
Brooklyn, New York 11201
Telephone: 718-254-6152
Fax: 718-254-8702


**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Thursday, November 15, 2018 11:17 AM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:15-cr-00637-KAM USA v. Shkreli et al Motion for Writ


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered by Laserna, Peter on 11/15/2018 at 11:16 AM EST and filed on 11/15/2018

Case Name:          USA v. Shkreli et al
Case Number:        1:15-cr-00637-KAM
Filer:              USA
Document Number: 694

**Docket Text:**
MOTION for Writ *of Continuing Garnishment as to Merrill Lynch* by USA as to Evan Greebel. (Attachments: # (1) Proposed Writ of Garnishment as to Merrill Lynch, # (2) Instructions to Defendant-Judgment Debtor / Clerk's Notice of Post-Judgment Garnishment) (Laserna, Peter)

**1:15-cr-00637-KAM-2 Notice has been electronically mailed to:**

Alixandra Eleis Smith    alixandra.smith@usdoj.gov, caseview.ecf@usdoj.gov

Andrea L. Zellan    azellan@braflaw.com, tgeragos@braflaw.com

Benjamin Brafman    bbrafman@braflaw.com, pkuarlall@braflaw.com

Claire S. Kedeshian    claire.kedeshian@usdoj.gov, caseview.ecf@usdoj.gov, usanye-crdocket@usdoj.gov

David C Pitluck    david.pitluck@usdoj.gov, caseview.ecf@usdoj.gov, usanye-crdocket@usdoj.gov

David K. Kessler    david.kessler@usdoj.gov, caseview.ecf@usdoj.gov

Girish Karthik Srinivasan    karthik.srinivasan@usdoj.gov, caseview.ecf@usdoj.gov, usanye-crdocket@usdoj.gov

Jacob Kaplan    jkaplan@braflaw.com

Jacquelyn M. Kasulis    jacquelyn.kasulis@usdoj.gov, caseview.ecf@usdoj.gov, usanye-crdocket@usdoj.gov

James Martin McHale    mchalejm@sec.gov, cozzac@sec.gov

Joel M. Cohen    jcohen@gibsondunn.com, mao@gibsondunn.com

John Michael Burke    b33elmont@aol.com

Jorge Alberto Rodriguez    jorge.rodriguez@ag.ny.gov, Michael.Trajbar@ag.ny.gov

Joshua Evan Dubin    dubin.joshua@gmail.com

Laura D. Mantell    laura.mantell@usdoj.gov, caseview.ecf@usdoj.gov

Marc A. Agnifilo    magnifilo@braflaw.com

Mylan Lee Denerstein    mdenerstein@gibsondunn.com, aarias@gibsondunn.com

Peter A Laserna    peter.laserna@usdoj.gov, caseview.ecf@usdoj.gov

Randy M. Mastro    rmastro@gibsondunn.com, aarias@gibsondunn.com

Reed M. Brodsky    rbrodsky@gibsondunn.com, mao@gibsondunn.com

Renato C. Stabile    renato.c.stabile@gmail.com

Stephanie W. Chernoff    stephanie.w.chernoff@usdoj.gov, northern.taxcivil@usdoj.gov

Teny Rose Geragos    tgeragos@braflaw.com

Winston M. Paes    wmpaes@debevoise.com, mao-ecf@debevoise.com

Winston Y. Chan    wchan@gibsondunn.com, mao@gibsondunn.com

**1:15-cr-00637-KAM-2 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=11/15/2018] [FileNumber=13353798-0
] [976dd8180b90c9db42160678e6abb4b46454f2229c51c8f91397f47f0a611041c8c
19db8bc694ebe8c080e35fb883793edfaeb0c5755fc0ebda393d6af52190e]]
**Document description:** Proposed Writ of Garnishment as to Merrill Lynch
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=11/15/2018] [FileNumber=13353798-1
] [8669ee9b0f47bd7ec0e5dd27f504b22dc51c649ed0100184a7cd21ea979faa0b3e3
3f35a034e32dee28c0b46d36ca55e36903f7160070bac3dadfb6ff45b050f]]
**Document description:** Instructions to Defendant-Judgment Debtor / Clerk's Notice of Post-Judgment Garnishment
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=11/15/2018] [FileNumber=13353798-2
] [da6939bff4bb8d9dbc585c741c08fb03e2c951e8f9029e60821b73b9ed2534250ca
e98c154bab418654131378848bfc99159c82ad9f368f489ebfeb6f009c77b]]

**FedEx US Airbill**

MUR4
Form ID No. 0215

**1 From** Please print and press hard.

Date: 1/15/18
Sender's FedEx Account Number: 8079 3206 5221
Sender's Name: P. Guerra, AUSA
Phone: 718 254-6152
Company: USDOJ/US ATTY OFC
Address: 271 CADMAN PLZ E
City: BROOKLYN   State: NY   ZIP: 11201-1820
Internal Billing Reference: 1510-3230-3

**3 To**
Recipient's Name: John Williams, Esq.
Company: Williams & Connolly LLP
Address: 725 Twelfth St. NW
City: Washington   State: DC   ZIP: 20005

0119396267

**4 Express Package Service**
☑ FedEx Standard Overnight

**5 Packaging**
☑ FedEx Envelope

**7 Payment** Bill to:
☒ Sender

807932065221

# Delivered
## Monday 11/19/2018 at 9:39 am

**DELIVERED**

GET STATUS UPDATES
OBTAIN PROOF OF DELIVERY

| FROM | TO |
|---|---|
| BROOKLYN, NY US | WASHINGTON, DC US |

## Shipment Facts

**TRACKING NUMBER**
807932065221

**SERVICE**
FedEx Standard Overnight

**SPECIAL HANDLING SECTION**
Deliver Weekday

**SHIP DATE**
Fri 11/16/2018

**ACTUAL DELIVERY**
Mon 11/19/2018 9:39 am

## Travel History

Local Scan Time

Monday, 11/19/2018
9:39 am    WASHINGTON, DC    Delivered
Package delivered to recipient address - release authorized