UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                          15-CR-0637 (KAM)

MARTIN SHKRELI,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney BETH P. SCHWARTZ from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Assistant U.S. Attorney BETH P. SCHWARTZ
        United States Attorney's Office
        271 Cadman Plaza East
        Brooklyn, New York 11201
        Tel:  (718) 254-6017
        Email: beth.schwartz@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney BETH P. SCHWARTZ at the email address set forth above.

Dated: Brooklyn, New York
August 1, 2019

                                      Respectfully submitted,

                                      RICHARD P. DONOGHUE
                                      United States Attorney

                       By:    /s/ BETH P. SCHWARTZ
                                      BETH P. SCHWARTZ
                                      Assistant U.S. Attorney

cc: Clerk of the Court (KAM)