**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

February 7, 2020

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

We write on behalf of Evan Greebel, with the government's consent, to request a three-week extension of the current February 7, 2020 deadline ordered by the Court in Dkt. No. 721 for Mr. Greebel to respond to any of the Writs of Continuing Garnishment issued by the Court on November 19 and December 19 in Dkt. Nos. 695, 705.  Enclosed please find a Stipulation and Proposed Order, which the parties have jointly-drafted.

Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky


Enclosure

cc: Clerk of the Court (KAM) (by ECF)
    Counsel for the United States (by ECF)