# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

February 27, 2020

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

We write to respectfully request, with the consent of the Government, an extension to April 27, 2020 of the current February 28, 2020 deadline for Mr. Greebel to respond to the Writs of Continuing Garnishment issued by the Court. We provided the Assistant U.S. Attorney handling this matter, Thomas Price, a number of cases and documents for his consideration of the issues, and in hopes of reaching an agreement to avoid a dispute and any further litigation. Should we continue our discussions and need additional time to reach a resolution, we will write to Court in advance of April 27.

Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky


cc:   All Counsel of Record (Via ECF)

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.