**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

May 26, 2020

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

We write to respectfully request, with the consent of the Government, that the Court set a June 12, 2020 deadline for Mr. Greebel to object to the Writs of Continuing Garnishment issued by the Court, a July 2, 2020 deadline for the Government to respond, and a hearing at the Court's convenience on or after July 6, 2020.  As an update, the parties have engaged in several exchanges of documents and legal arguments and made significant progress, however, at this time we have likely reached the end of fruitful negotiations, and, in light of the reduced District Court schedule due to COVID-19, have agreed to the above proposed schedule.

The parties apologize for untimely filing this request the day before the deadline, instead of last Friday.

Respectfully submitted,

*/s/ Reed Brodsky*

Reed Brodsky