# Exhibit E

**Filed Under Seal Pursuant To Pending Court Order**