# Exhibit A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,      )

     Plaintiff,      )

     v.      )

EVAN GREEBEL      )

     Defendant,      )

     and      )

MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED.,      )

     Garnishee.      )

Criminal Docket No.
15-CR-0637 (KAM)

IN CLERK'S O...
U.S. DISTRICT C...
★ DEC 20 2018
BROOKLYN OFFICE

## ANSWER OF GARNISHEE MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

I, Joy Thompson, on behalf of Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S" or the "Garnishee"), DEPOSE AND SAY:

1. I am a Regulatory Inquiries Analyst for Bank of America, N.A., a subsidiary of Bank of America Corporation, a corporation organized under the laws of the State of Delaware.

2. On November 15, 2018, MLPF&S, a Garnishee in the above captioned matter, was served with a Writ of Continuing Garnishment in the above-styled matter (the "Garnishment"), naming Evan Greebel as the defendant (the "Defendant"), with the United States of America (the "United States") as Plaintiff.

3. The Garnishee has custody, control or possession of the following property, in which the

ANSWER OF GARNISHEE MERRILL LYNCH,
PIERCE, FENNER & SMITH INCORPORATED
*United States of America v. Evan Greebel Criminal Docket No. 15-CR-0637(KAM)*

Page 1 of 3

Defendant maintains an interest:

    a. 401(k) Plan account ending in *9975 (the "Account") titled "FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP 401(K) INCENTIVE SAVINGS PLAN GREEBEL, EVAN" with a total value of $133,283.05 as of November 30, 2018.

    b. The Account was frozen on October 3, 2018.

4. MLPF&S serves as a record keeper of the Account and is not the plan administrator. This means that MLPF&S does not control the funds and takes direction from the plan administrator. The plan administrator, Fried, Frank, Harris, Shriver & Jacobson LLP, may need to be part of any turnover order regarding the funds in the Account to the extent they are not exempt.

5. Garnishee has no other tangible or intangible personal property of Defendant in its possession or control.

6. The foregoing represents the true status of any indebtedness due Defendant at the time of the service of the Writ of Garnishment herein and at all times between the service of the Writ of Garnishment and the service of this Answer.

7. Garnishee does not know of any other person who may be indebted to Defendant or who may have any of the property of Defendant in its possession or control.

8. The Garnishee mailed a copy of this answer by first class mail to: (1) John Williams, Esq., Williams & Connolly LLP, *Counsel for Defendant Evan Greebel*, 725 Twelfth Street, N.W., Washington, DC 20005; and (2) Peter A. Laserna, Assistant U.S. Attorney, United States Attorney's Office, 271-A Cadman Plaza East, Brooklyn, New York 11201.

I swear the above to be true to the best of my knowledge.

**ANSWER OF GARNISHEE MERRILL LYNCH,**           **Page 2 of 3**
**PIERCE, FENNER & SMITH INCORPORATED**
*United States of America v. Evan Greebel Criminal Docket No. 15-CR-0637(KAM)*

Dated: December 19, 2018

Joy Thompson
For Garnishee,
Merrill Lynch Pierce, Fenner & Smith Inc.

Subscribed and sworn to before me this
19 day of December, 20 18

Notary Public

> **ANGELA M. CLIETT**
> Notary Public, State of Florida
> Commission# GG 234525
> My comm. expires July 2, 2022

Personally Known  ✓  OR Produced Identification _____
Type of Identification Produced _____

**ANSWER OF GARNISHEE MERRILL LYNCH,**
**PIERCE, FENNER & SMITH INCORPORATED**
*United States of America v. Evan Greebel Criminal Docket No. 15-CR-0637(KAM)*

**Page 3 of 3**



**Bank of America** 🇺🇸

Legal – Regulatory Inquiries Group

December 19, 2018

**BY UPS**

Clerk of the Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East, Rm. 130
Brooklyn, New York 11201

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC ᵒ 2018 ☆

BROOKLYN OFFICE

> **Re:** **Criminal Docket No.15-CR-0637 (KAM)**
> **ML File No. L201872733**

Dear Clerk,

Enclosed for filing, please find the Answer of Garnishee Merrill Lynch, Pierce, Fenner & Smith Incorporated for the above-captioned action(s). Please accept this Answer as our response for the matter. Should this Answer not be acceptable to the Court, please contact the undersigned.

Respectfully submitted,


Joy Thompson
For Garnishee

---