# Exhibit B



January 4, 2019

Corporate Legal Group
P.O. Box 636010
Highlands Ranch, CO 80163
Fax (888) 368-6355

**VIA USPS FIRST CLASS MAIL**

Clerk of the Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States of America v. Evan Greebel*
               Criminal Docket No.: 15-CR-0637 (KAM) (E.D.N.Y.)

Dear Clerk of the Court:

      This letter acknowledges that Charles Schwab Retirement Plan Services ("Schwab") has received the Writ of Continuing Garnishment issued in the listed matter. This letter and the attached Answer of Garnishee will serve as Schwab's response thereto.

      The funds of Evan Greebel ("Debtor") are part of the Katten Muchin Rosenman LLP Defined Contribution Plan ("Plan"). As of today's date, the Debtor's account balance under the Plan's trust is approximately **$788,086** (please note that the balance may fluctuate depending upon market conditions). The plan sponsor has authorized Schwab to place a hold on the account and the assets are currently frozen.

      Please note, Schwab serves only as a record keeper and directed trustee for the Plan and has no independent authority to distribute assets from the Plan's trust or from Mr. Greebel's account under the Plan's Trust. In the event a distribution is contemplated, the plan sponsor must direct Schwab to make the distribution.

      Please feel free to contact me with any questions.

Regards,

*Rachael Lundy*

Rachael A. Lundy
Senior Team Manager
Legal Services
Charles Schwab & Co., Inc.
*rachael.lundy@schwab.com*

cc:    Peter A. Laserna, Esq. (AUSA) [via electronic mail]
        John Williams, Esq. (counsel to defendant) [via electronic mail]

**Extremely Urgent**

This envelope is for use with the following services: **UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**

Visit **ups.com®** or call **1-800-PICK-UPS®** (1-800-742-5877) to schedule a pickup or find a drop off location near you.

**Insert shipping documents under window from the top.**

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic m weigh 8 oz. or less. UPS Express Envelopes containing i those listed or weighing more than 8 oz. will be billed b

**International Shipments**
- The UPS Express Envelope may be used only for docum value. Certain countries consider electronic media as do ups.com/importexport to verify if your shipment is clas

- To qualify for the Letter rate, the UPS Express Envelope UPS Express Envelopes weighing more than 8 oz. will be

Note: Express Envelopes are not recommended for shipm containing sensitive personal information or breakable it or cash equivalent.

Do not use this envelope for:

edited®

CHARLES SCHWAB & CO. INC
(720) 418-2955
CHARLES SCHWAB
9800 SCHWAB WAY
LONE TREE CO 80124

0.0 LBS    LTR    1 OF 1

SHIP TO:
CLERK OF THE COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
UNITED STATES COURTHOUSE
BROOKLYN NY 11201-1804

NY 111 9-50

UPS NEXT DAY AIR    1
TRACKING #: 1Z E8A 238 01 9672 5880

BILLING: P/P

Billable Cost Center: W58

**Window Envelope**
Use this envelope with shipping documents or inkjet printer on plain paper.

100% Recycled fiber
80% Post-Consumer

https://www.campusship.ups.com/cship/create?ActionOriginPair=default___PrintWindowP...   1/4/2019



International Shipping Notice —Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

0101951033  4/14 PAC  United Parcel Service

