# Exhibit F

Re: United States v. Greebel, S1 15 Cr. 637 (E.D.N.Y.)(KAM)     CASE NO. : 1:15-CR-00637-KAM

*Plaintiff*

vs

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in New York, New York

That on **11/3/2020** at **1:23 PM** at **28 Liberty Street, Messenger Center, New York, NY 10005**

deponent served **Formal Written Objection Pursuant to 28 U.S.C. §3205 with Exhibits A-E**

on **Merrill Lynch, Pierce, Fenner & Smith, Inc.**, a domestic corporation, c/o CT Corporation System, Registered Agent,

I left Formal Written Objection at CT Corporation System's designated drop box due to their Covid-19 procedures,

individual at intake box location refused to provide his first name and last name.

Description of Person Served:
Gender : Male
Skin :  Black
Hair : Black
Age : 22 - 35 Yrs.
Height : 5' 9" - 6' 0"
Weight :161-200 Lbs.
Other :

Sworn to before me this
4th day of November, 2020

----------------------------------
NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2023

----------------------------------
Juan Pimentel
License No.2066974

Re: United States v. Greebel, S1 15 Cr. 637 (E.D.N.Y.)(KAM)

CASE NO. : 1:15-cr-00637-KAM

## AFFIDAVIT OF SERVICE

State of New York }
County of New York }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in New York, New York That

on **11/4/2020** at **11:55 AM** at **28 Liberty Street, Messenger Center, New York, NY 10005**

deponent served **Formal Written Objection Pursuant to 28 U.S.C. §3205 with Exhibits A-E**

on **Charles Schwab,** a domestic corporation, c/o CT Corporation System, Registered Agent,

I left Formal Written Objection at CT Corporation System's designated drop box due to their Covid-19 procedures,

individual at intake box location refused to provide his first name and last name

Description of Person Served:
Gender : Male
Skin : Black
Hair : Black
Age : 22 - 35 Yrs.
Height : 5' 9" - 6' 0"
Weight :161-200 Lbs.
Other :

Sworn to before me this
4th day of November, 2020

---
NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2023

---
Juan Pimentel
License No.2066974

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160