UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA,                      :
:
          Plaintiffs,         :
:
  v.                                                          :   No. 15-cr-00637 (KAM)
:
EVAN GREEBEL,                                       :
:
          Defendant.           :
:
------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant Evan Greebel in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the following, an attorney duly admitted to practice before this Court:

> Marc Aaron Takagaki
> Gibson, Dunn & Crutcher LLP
> 333 South Grand Avenue
> Los Angeles, CA 90071-3197
> Telephone: (213) 229-7523
> MTakagaki@gibsondunn.com

Dated: December 30, 2020
       Los Angeles, California

                                                         GIBSON, DUNN & CRUTCHER LLP

                                                         By: */s/ Marc Aaron Takagaki*
                                                              Marc Aaron Takagaki

                                                        333 South Grand Avenue
                                                        Los Angeles, CA 90071-3197
                                                        Telephone: (213) 229-7523
                                                        Email: MTakagaki@gibsondunn.com

                                                        *Counsel for Defendant Evan Greebel*