# NOTICE OF APPEAL

### United States District Court

__Eastern__ District of __New York__

Caption:

United States of America v.

Evan Greebel

Docket No.: 15-cr-00637

Kiyo A. Matsumoto
(District Court Judge)

Notice is hereby given that __Evan Greebel__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [✓] __Order__ (specify) entered in this action on __April 16, 2021__ (date).

This appeal concerns: Conviction only [ ]   Sentence only [✓]   Conviction & Sentence [ ]   Other [ ].

Defendant found guilty by plea [ ]   | trial [ ]   | N/A [✓].

Offense occurred after November 1, 1987? Yes [✓]   No [ ]   N/A [ ]

Date of sentence: __August 17, 2018__   N/A [ ]

Bail/Jail Disposition: Committed [ ]   Not committed [ ]   N/A [✓]

Appellant is represented by counsel? Yes [✓] | No [ ]   If yes, provide the following information:

Defendant's Counsel: Reed M. Brodsky

Counsel's Address: Gibson, Dunn & Crutcher LLP

200 Park Avenue, New York, NY 10166

Counsel's Phone: 212-351-4000

Assistant U.S. Attorney: Thomas R. Price

AUSA's Address: 610 Federal Plaza

Central Islip, New York, NY 11722

AUSA's Phone: (631) 715-7893

/s/ Reed Brodsky
Signature

## CERTIFICATE OF SERVICE

      I hereby certify that on April 19, 2021, I filed and therefore caused the foregoing document to be served via the CM/ECF system in the United States District Court for the Eastern District of New York on all parties registered for CM/ECF in the above-captioned matter:

                                      /s/ Reed Brodsky
                                      Reed Brodsky