

U.S. Department of Justice

United States Attorney
Eastern District of New York

*610 Federal Plaza*
*Central Islip, New York 11722*

April 20, 2021

By ECF

Honorable Kiyo Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *United States v. Greebel*, 15-CR-0637 (KAM)

Dear Judge Matsumoto:

   This office represents the government in the above-captioned matter. Pursuant to the Court's April 16, 2018 Memorandum and Order, the government respectfully submits the attached Proposed Orders of Garnishment directing garnishees Merrill Lynch, Pierce, Fenner & Smith, and Charles Schwab Retirement Plan Services, to pay over to the Clerk of the Court the entire cash-surrender value of defendant Evan Greebel's retirement accounts held by each garnishee, in partial satisfaction of his outstanding restitution obligation.

   The government thanks the Court for its attention to this matter.

           Respectfully submitted,

           MARK J. LESKO
           Acting United States Attorney

     By: /s/ Thomas R. Price
        THOMAS R. PRICE
        Assistant U.S. Attorney
        (631) 715-7893

Encls.

cc: All Counsel of Record via ECF