**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Marc Aaron Takagaki
Direct: +1 213.229.7523
Fax: +1 213.229.6523
MTakagaki@gibsondunn.com

April 20, 2021

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

We respectfully write to inform the Court that we have filed a Notice of Appeal (ECF No. 771) on behalf of our client, Evan Greebel. We will be submitting an application to Your Honor by this Thursday (April 22) to stay any order to garnish Mr. Greebel's retirement accounts pending our appeal. Accordingly, we respectfully ask Your Honor to withhold issuing any order of garnishment to Charles Schwab and Merrill Lynch until Your Honor has had an opportunity to consider our motion to stay. Upon receipt of the government's proposed orders of garnishment, we immediately contacted the government to request that they consent to a stay pending appeal. We have not heard back from the government yet.

Thank you in advance.

Respectfully submitted,

*/s/ Marc Aaron Takagaki*

Marc Aaron Takagaki

cc: All Counsel of Record (*Via ECF*)