# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Marc Aaron Takagaki
Direct: +1 213.229.7523
Fax: +1 213.229.6523
MTakagaki@gibsondunn.com

April 22, 2021

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

We respectfully write to inform Your Honor that, in lieu of motion practice regarding a stay, the parties are attempting to reach an agreement regarding execution of the garnishment order in a way that would protect both Mr. Greebel's interests, in the event he were to prevail on appeal, and the government's interest in the present value of the funds.  Thus, Mr. Greebel does not intend to file a motion to stay today, and respectfully requests a two-week extension for these negotiations.  The government consents to this extension.  In the event the parties reach an agreement, the government has informed Mr. Greebel that it will submit revised proposed orders for the Court's consideration.

Thank you in advance.


Respectfully submitted,

*/s/ Marc Aaron Takagaki*

Marc Aaron Takagaki


cc:  All Counsel of Record (*Via ECF*)

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.