

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

May 6, 2021

By ECF

Honorable Kiyo Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Greebel*, 15-CR-0637 (KAM)

Dear Judge Matsumoto:

      This office represents the government in the above-captioned matter. On April 20, 2021, pursuant to the Court's April 16, 2021 Memorandum and Order, the government submitted Proposed Orders of Garnishment directing garnishees Merrill Lynch, Pierce, Fenner & Smith, and Charles Schwab Retirement Plan Services, to pay over to the Clerk of the Court the entire cash-surrender value of defendant Evan Greebel's retirement accounts held by each garnishee, in partial satisfaction of his outstanding restitution obligation. On the same day, Defendant filed a letter notifying the Court of his intent to move for a stay of the execution of the garnishment orders pending his appeal of the Court's April 16, 2021 decision. In an effort to avoid litigation over Defendant's motion to stay, as well as to avoid the potential for irreparable harm to Defendant, should he prevail on appeal, while also protecting the interests of the victim in this matter by preserving the principle value of the funds held in financial accounts to be garnished, the parties have agreed to the revised Proposed Stipulations and Orders of Garnishment submitted herewith, and respectfully request that the Court So Order the same.

      The government thanks the Court for its attention to this matter.

      Respectfully submitted,
      MARK J. LESKO
      Acting United States Attorney

By:   /s/ Thomas R. Price
      THOMAS R. PRICE
      Assistant U.S. Attorney
      (631) 715-7893

Encls.
cc:    All Counsel of Record via ECF