**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY  10166-0193
Tel 212.351.4000
www.gibsondunn.com

Marc Aaron Takagaki
Direct: +1 212.351.4028
MTakagaki@gibsondunn.com

November 14, 2022

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Greebel,* S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

We respectfully write regarding Your Honor's November 7, 2022 Order directing the government and counsel for Mr. Greebel to submit replies to the Mandate of the U.S. Court of Appeals (Dkt. No. 782) by November 21, 2022.  We wish to inform Your Honor that we plan to submit a petition for writ of certiorari with the United States Supreme Court, which is currently due on December 22, to review the Court of Appeal's October 24, 2022 judgment.  Accordingly, we respectfully request that, in lieu of potentially unnecessary motion practice and to conserve judicial resources, Your Honor stay the garnishment proceedings regarding Mr. Greebel's retirement accounts and postpone the parties' responses to Dkt. No. 782 until proceedings with the Supreme Court have concluded.  The government consents to this request.


Respectfully submitted,

*/s/ Marc Aaron Takagaki*

Marc Aaron Takagaki

cc:  All Counsel of Record (via ECF)