**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY  10166-0193
Tel 212.351.4000
gibsondunn.com

Marc Aaron Takagaki
Direct: +1 212.351.4028
Fax: +1 212.351.6228
MTakagaki@gibsondunn.com

April 18, 2023

The Honorable Kiyo Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

We represent Evan Greebel in the above-captioned matter.  We respectfully write in response to Your Honor's April 17, 2023 Order to provide an update on the status of Mr. Greebel's petition to the United States Supreme Court for a writ of certiorari.

On December 21, 2022, Mr. Greebel filed his petition, which presented the question "[w]hether lump-sum compensatory payments to an individual, such as those made pursuant to a retirement plan, qualify as 'earnings' subject to the [Consumer Credit Protection Act's] garnishment limitations."  The appeal has been assigned Supreme Court Docket Number 22-583.  On January 9, 2023, the Solicitor General waived her right to respond to Mr. Greebel's petition.  However, on January 18, the Supreme Court called for a response from the Solicitor General, which is due April 19.

Under the current schedule, the parties' papers will be distributed to the Court on May 9 and the petition will be initially considered at the Justices' Conference scheduled for May 25.

Sincerely,

*/s/ Marc Aaron Takagaki*
Marc Aaron Takagaki

cc: All Counsel of Record (via ECF)