

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

April 20, 2023

By ECF

Honorable Kiyo Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *United States v. Greebel*, 15-CR-0637 (KAM)

Dear Judge Matsumoto:

  This office represents the government in the above-captioned matter. Pursuant to the Court's April 20, 2023 Order, the government writes to confirm that it consents to the stay of the garnishment proceedings which are the subject of Defendant Evan Greebel's petition for a writ of certiorari currently pending before the United States Supreme Court, as set forth in Defendant's November 14, 2022 and April 18, 2023 letters to the Court. Docket Entries 783, 785.

  The government thanks the Court for its attention to this matter.

            Respectfully submitted,

            BREON PEACE
            United States Attorney

         By: /s/ Thomas R. Price
            THOMAS R. PRICE
            Assistant U.S. Attorney
            (631) 715-7893

cc: All Counsel of Record via ECF