May 31, 2023

The Honorable Kiyo Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Greebel*, S1 15 Cr. 637 (E.D.N.Y.) (KAM)

Dear Judge Matsumoto:

The parties in the above-entitled action respectfully write jointly in response to Your Honor's April 20, 2023 Order directing the parties to provide an update on the status of Mr. Greebel's petition to the United States Supreme Court for a writ of certiorari.

Yesterday, the Supreme Court denied Mr. Greebel's petition for a writ of certiorari.

The parties have conferred and, based upon current schedules, respectfully request that the Court set a July 14, 2023 deadline for the parties to submit their replies to the Mandate of the U.S. Court of Appeals Summary Order filed September 14, 2022.

Sincerely,

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | UNITED STATES ATTORNEY |
| */s/ Marc Aaron Takagaki* | */s/ Thomas R. Price* |
| Marc Aaron Takagaki | Thomas R. Price |
| 200 Park Avenue | Long Island Federal Courthouse |
| New York, NY 10166-0193 | 610 Federal Plaza |
| (212) 351-4028 | Central Islip, New York 11722 |
| MTakagaki@gibsondunn.com | (631) 715-7893 |
| | THOMAS.PRICE@usdoj.gov |
| *Attorneys for Defendant* | *Assistant U.S. Attorney* |

cc: All Counsel of Record (via ECF)