

U.S. Department of Justice

United States Attorney
Eastern District of New York

*610 Federal Plaza*
*Central Islip, New York 11722*
July 7, 2023

By ECF
Honorable Kiyo Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *United States v. Greebel*, 15-CR-0637 (KAM)

Dear Judge Matsumoto:

This Office represents the United States in the above-captioned action. We write, with the consent of defendant Evan Greebel ("Defendant"), to respectfully request a 45-day extension of time, from July 14, 2023 until August 28, 2023, for the parties to submit their replies to the Mandate of the U.S. Court of Appeals Summary Order (the "Replies"). *See* Docket Entry dated May 31, 2023.

This request is being made to allow the parties time to discuss the potential resolution of this matter on mutually agreeable terms without the need for further litigation or, at the least, to limit the scope of the issues that each party raises in their respective submissions. This is the first request by any party for an extension of the deadline to submit their Replies. Defendant, with consent of the United States, previously requested a stay of all proceedings in this action while his petition for a writ of certiorari (the "Petition") was pending before the United States Supreme Court. *See* Docket Nos. 783, 785, 786. The Court granted Defendant's request on April 20, 2023. *See* Docket Entry dated April 20, 2023. Defendant notified the Court on May 31, 2023 that his Petition was denied. Docket No. 788.

The United States thanks the Court for its attention to this matter.

Respectfully submitted,

BREON PEACE
United States Attorney

By:  /s/ Thomas R. Price
THOMAS R. PRICE
Assistant U.S. Attorney
(631) 715-7893

cc:  All Counsel of Record via ECF