

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

September 25, 2023

<u>By ECF</u>

Honorable Kiyo Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:    <u>*United States v. Greebel*, 15-CR-0637 (KAM)</u>

Dear Judge Matsumoto:

      This Office represents the United States in the above-captioned action. We write, with the consent of defendant Evan Greebel ("Defendant"), to respectfully request a 65-day extension of time, from September 27, 2023 until December 1, 2023, for the parties to submit their replies to the Mandate of the U.S. Court of Appeals Summary Order (the "Replies"). *See* Docket Entry dated August 15, 2023.

      As represented in their previous extension requests [Dkts. 789, 790], the parties have been engaging in good-faith efforts to resolve this matter without the need for further litigation, or at least to limit the scope of the issues that each party raises in their respective submissions. At this time, it appears that the parties will likely be able to reach agreement on the issue of how much of Mr. Greebel's retirement accounts should be turned over to the Government for application towards Mr. Greebel's outstanding restitution balance, and how much should be withheld in escrow pending a determination of Mr. Greebel's tax liability resulting from the garnishment of those accounts. However, the parties require additional time to complete their negotiations.

      This request is therefore being made to allow the parties additional time necessary to resolve this matter on mutually agreeable terms. This is the third request by either party for an extension of the deadline to submit their Replies. *See* Dkts. 789, 790. The Court previously approved the two prior requests which collectively extended the parties deadline by 75-days, from July 14, 2023 until September 27, 2023. *See* Docket Entries dated July 13, 2023 and August 15, 2023.

*United States v. Greebel*, 15-CR-0637 (KAM)

The United States thanks the Court for its attention to this matter.

        Respectfully submitted,

        BREON PEACE
        United States Attorney

By:   /s/ Thomas R. Price
        THOMAS R. PRICE
        Assistant U.S. Attorney
        (631) 715-7893

cc:    All Counsel of Record via ECF