**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Marc Aaron Takagaki
Direct: +1 212.351.4028
MTakagaki@gibsondunn.com

November 29, 2023

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Greebel*, 15-CR-0637 (KAM)

Dear Judge Matsumoto:

With the consent of the United States, I write to respectfully request an extension of time, from December 1, 2023 until February 2, 2024, for the parties to submit their replies to the Mandate of the U.S. Court of Appeals Summary Order (the "Replies").  *See* Docket Entry dated September 25, 2023.

As represented in their previous extension requests (ECF Nos. 789, 790, 791), the parties have been engaging in good-faith efforts to resolve this matter without the need for further litigation, or at least to limit the scope of the issues.  However, the parties require additional time to complete these efforts.  This request is therefore being made to allow the parties the additional time necessary to resolve this matter on mutually agreeable terms.

This is the fourth request by either party for an extension of the deadline to submit their Replies.  *See* ECF Nos. 789, 790, 791.  The Court previously approved the three prior requests which collectively extended the parties deadline from July 14, 2023 until December 1, 2023.  *See* Docket Entries dated July 13, 2023, August 15, 2023, September 25, 2023.

Respectfully,

*/s/ Marc Aaron Takagaki*

Marc Aaron Takagaki

Cc: All Counsel of Record (via ECF)