

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

November 27, 2024

By ECF

Honorable Kiyo Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *United States v. Greebel*, 15-CR-0637 (KAM)

Dear Judge Matsumoto:

        This Office represents the United States in the above-captioned action. We write, with the consent of defendant Evan Greebel ("Defendant"), to respectfully request an 18-day extension of time, from December 2, 2024, until December 20, 2023, for the parties to submit amended proposed stipulations and orders of garnishment (the "Amended Garnishment Orders"). The Amended Garnishment Orders, if approved by the Court, will resolve all outstanding issues in this action.

        As represented in Defendant's September 27, 2024 motion for an extension of time to file [Dkt. 799], the parties have reached an agreement in principle that will resolve the outstanding issues in this matter without the need for further litigation. The Court granted the parties' September 27th motion on September 30, 2024, and directed the parties to "submit amended proposed stipulations and orders of garnishment by December 2, 2024." Docket Entry dated September 30, 2024.

        This request is being made to give the parties time to finalize the language of the Amended Garnishment Orders, which incorporate and effectuate the parties' agreement in this action. This is the first request by either party for an extension of time to submit the Amended Garnishment Orders. The granting of this request will not affect any other scheduled dates in this action.

*United States v. Greebel*, 15-CR-0637 (KAM)

The United States thanks the Court for its attention to this matter.

        Respectfully submitted,

        BREON PEACE
        United States Attorney

By:   /s/ Thomas R. Price
        THOMAS R. PRICE
        Assistant U.S. Attorney
        (631) 715-7893

cc:    All Counsel of Record via ECF