# McGuireWoods

McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Noreen A. Kelly
Direct: 212.548.7025
nkelly@mcguirewoods.com
Fax: 212.715.6290

March 13, 2025

**VIA ECF**
Honorable Kiyo A. Matsumoto, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re: *United States v. Greebel*, Case No.: 15-CR-0637 (KAM)

Dear Judge Matsumoto:

  We represent Merrill Lynch, Pierce, Fenner & Smith, Inc. ("Merrill Lynch" or "Garnishee") in connection with the above-captioned action. Pursuant to Your Honor's Text Order, dated February 25, 2025 (the "Order"), enclosed please find a letter from Joaquin M. Sena, Deputy General Counsel for Merrill Lynch, addressing questions raised and directed toward the Garnishee in the Order. *See* **Exhibit A**.

            Respectfully submitted,

            */s/ Noreen A. Kelly*

            Noreen A. Kelly

To: All Counsel of Record via ECF