Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

### United States District Court

__Eastern__ District of __New York__

Caption:

United States v.

Evan Greebel

Docket No.: 15-cr-00637

Kiyo Matsumoto
(District Court Judge)

Notice is hereby given that __Evan Greebel__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other ✔ __Order__ (specify) entered in this action on __04/10/2025__.
(date)

This appeal concerns: Conviction only |___|   Sentence only |✔|   Conviction & Sentence |___|   Other |___|

Defendant found guilty by plea |___| trial |___| N/A |✔|.

Offense occurred after November 1, 1987?   Yes |___|   No |___|   N/A |___|

Date of sentence: __August 17, 2018__   N/A |___|

Bail/Jail Disposition: Committed |___|   Not committed |___|   N/A |✔|

Appellant is represented by counsel? Yes |✔| No |___| If yes, provide the following information:

Defendant's Counsel:   Reed Brodsky ; Akiva Shapiro ; Marc Aaron Takagaki

Counsel's Address:   Gibson Dunn & Crutcher LLP

200 Park Avenue

Counsel's Phone:   212-351-4000

Assistant U.S. Attorney:   Thomas R. Price

AUSA's Address:   610 Federal Plaza

Central Islip, New York, NY 11722

AUSA's Phone:   631-715-7893

/s/ Reed Brodsky
Signature

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2025, I filed and therefore caused the foregoing document to be served via the CM/ECF system in the United States District Court for the Eastern District of New York on all parties registered for CM/ECF in the above-captioned matter:

                                                  /s/ *Marc Aaron Takagaki*
                                                  Marc Aaron Takagaki